UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL CASES.

_____/

**ORDER SETTING INITIAL CONFERENCE**

      THIS MATTER is before the Court following the Transfer Order (ECF No. 1) from the Judicial Panel on Multidistrict Litigation.  The Court enters the following Order:

1.    **INITIAL CONFERENCE.**  An initial conference in the above-styled case shall take place before the undersigned at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-1, 400 N. Miami Avenue, Courtroom 13-1, Miami, Florida 33128, on **June 21, 2023, at 10:00 a.m.**[1]

    a.    **Attendance.**  In order to minimize costs and facilitate a manageable conference, parties are not required to attend the conference, and parties with similar interests are expected to agree to the extent practicable on a single attorney to act on their joint behalf at the conference.  A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during the litigation, and attendance at the conference will not waive objections to jurisdiction, venue, or service.

---

[1] To the extent necessary, the Parties shall attend a supplemental conference to resolve any issues unresolved at the initial conference on June 27, 2023 at 3:00 p.m.

  b. **Other Participants.**  Persons who are not named in this litigation but may later be joined as parties or are parties in related litigation pending in other federal and state courts are invited to attend in person or by counsel.

2. **PRELIMINARY REPORT.**  Counsel shall submit to the Court on or before June 18, 2023, a brief written statement, not to exceed five (5) pages, indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be binding, waive claims or defenses, and may not be offered in evidence against a party in later proceedings.  Counsel shall append to the Preliminary Report the following:

  a. **List of Affiliated Companies and Counsel.**  To assist the Court in identifying any problems of recusal or disqualification, counsel shall submit to the Court a list of all companies affiliated with the parties and all counsel associated in the litigation.

  b. **List of Pending Motions.**  Counsel shall submit a list of all motions pending before the original court or this Court.

  c. **List of Related Cases.**  Counsel shall submit a list of all related cases pending in state or federal court and their current status, to the extent known.  In addition, Counsel shall state whether there is an expectation of these cases becoming "tag along" cases.

3. **SERVICE LIST.**  This Order is electronically mailed to counsel of record.  Counsel are requested to forward a copy of the order to any attorneys who should be notified of the conference.  Counsel not admitted into the Southern District of Florida shall be required to file a motion to be admitted *pro hac vice* and obtain local counsel pursuant to Local Rule 4.

4. **FILING REQUIREMENTS.** Counsel is directed to comply with the following filing requirements and procedures:

    a. **Case Style.** All documents filed in this case shall include the Multidistrict Litigation Number 3076 and the Master File Number 1:23-md-03076-KMM, as well as the new case number for each individually transferred case to the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this __6th__ day of June, 2023.

                                             K. MICHAEL MOORE
                                             UNITED STATES DISTRICT JUDGE

c:      All Counsel of Record