# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>GARRISON v. BANKMAN-FRIED, *et al.*, No. 22-cv-23753-MOORE/BECERRA | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Andrew T. Figueroa of the law firm Gelber Schachter & Greenberg, P.A. appears as counsel for Defendant Sam Bankman-Fried, and requests that all papers served in this case also be delivered to and served at the addresses set forth below.

Dated: June 7, 2023

Respectfully Submitted,

*/s/ Andrew T. Figueroa*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
ANDREW T. FIGUEROA
Florida Bar. No. 1002745
afigueroa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Sam Bankman-Fried*