UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION   Case No. 1:23-md-03076-KMM

MDL No. 3076

This Document Relates To:

GARRISON v. BANKMAN-FRIED, *et al.*
No. 22-cv-23753-MOORE/BECERRA
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas Kroeger, of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendants Golden State Warriors, LLC, Thomas Brady, Gisele Bündchen, Lawrence Gene David, Naomi Osaka, and Shaquille O'Neal requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated:  June 15, 2023.

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: /s/ *Thomas Kroeger*
Thomas Kroeger
Florida Bar No. 19303
Email: tom@colson.com

*Attorney for Defendants Golden State Warriors, LLC, Thomas Brady, Gisele Bündchen, Lawrence Gene David, Naomi Osaka, and Shaquille O'Neal*