UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This Document Relates To:

*Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, N.D. Cal. No. 3:23-02222 (awaiting assignment of new case number)

*Hawkins v. Bankman-Fried, et al.*, N.D. Cal. No. 3:22-cv-07620 (N.D. Cal.) (awaiting assignment of new case number)

*Lucky D. v. Prager Metis LLP, et al.*, D. N.J. No. 2:23-cv-00389 (conditional transfer contested)

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20700

*Papadakis, et al. v. Bankman-Fried, et al.*, N.D. Cal. No. 3:23-cv-00024 (awaiting assignment of new case number)

*Pierce v. Bankman-Fried, et al.*, S.D. Fla. No. 1:23-cv-22206 (administratively closed)

*Siskind v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20439 (administratively closed)

_____/

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT PRAGER METIS CPAS, LLC**

PLEASE TAKE NOTICE that Ian M. Ross, Esq. of the law firm Sidley Austin LLP, hereby enters his appearance as counsel of record for Defendant Prager Metis CPAs, LLC. Pursuant to Federal Rule of Civil Procedure 5, it is requested that the Court and all parties henceforth serve copies of all record activity on the undersigned.

1

Dated: June 15, 2023                            Respectfully submitted,

                                                <u>/s/ Ian M. Ross</u>
                                                Ian M. Ross, Esq.
                                                Florida Bar No.: 91214
                                                iross@sidley.com
                                                SIDLEY AUSTIN LLP
                                                1001 Brickell Bay Drive
                                                Suite 900
                                                Miami, FL 33131
                                                Tel.: (305) 391-5100
                                                Fax: (305) 391-5101

                                                *Counsel for Defendant Prager Metis CPAs, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2023, I e-filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ian M. Ross*
Ian M. Ross, Esq.