Case No. 1:23-md-03076-KMM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

| | |
|---|---|
| In re FTX CRYPTOCURRENCY<br>EXCHANGE COLLAPSE LITIGATION | )<br>)<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Eric Niehaus of the law firm Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, Telephone: 619.231.1058, for purposes of appearance as co-counsel on behalf of Patrick J. Rabbitte and Mark Girshovich in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Eric Niehaus to receive electronic filings in this case, and in support thereof states as follows:

1.      Eric Niehaus is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of California, the United States Court of Appeals for the

Second Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, and the United States District Court for the Eastern District of California.

2. Movant, Stuart Davidson, Esquire, of the law firm of Robbins Geller Rudman & Dowd LLP, 225 NE Mizner Blvd., Suite 720, Boca Raton, FL 33432, Telephone: 561/750-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Eric Niehaus has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Eric Niehaus, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Eric Niehaus at email address: EricN@rgrdlaw.com.

WHEREFORE, Stuart Davidson, moves this Court to enter an Order allowing Eric Niehaus, to appear before this Court on behalf of Patrick J. Rabbitte and Mark Girshovich, for all purposes

Case No. 1:23-md-03076-KMM

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Eric Niehaus.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATED: June 16, 2023 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>STUART A. DAVIDSON<br>ANNY M. MARTIN |

s/ Stuart A.Davidson<br>STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN
PATTON L. JOHNSON
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff and Interim Class Counsel

- 4 -

                                                     Case No. 1:23-md-03076-KMM

HERMAN JONES LLP
JOHN C. HERMAN
CANDACE SMITH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com
csmith@hermanjones.com

Additional Attorneys for Plaintiffs