Case No. 1:23-md-03076-KMM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

| | |
|---|---|
| In re FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | )<br>)<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF ERIC NIEHAUS**

Eric Niehaus, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2. I am a member in good standing of the bars listed below:

• California

• The U.S. Court of Appeals Second Circuit

• The U.S. District Court for the Northern District of California

• The U.S. District Court for the Central District of California

• The U.S. District Court for the Southern District of California

- 2 -

Case No. 1:23-md-03076-KMM

- The U.S. District Court for the Eastern District of California

3. I have not filed three or more motions for pro hac vice admission in this District within the last 365 days

DATED: June 16, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP

s/ Eric Niehaus
ERIC NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)