Case No. 1:23-md-03076-KMM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

| | |
|---|---|
| In re FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) ) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Patton Johnson of the law firm Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, Telephone: 619.231.1058, for purposes of appearance as co-counsel on behalf of Patrick J. Rabbitte and Mark Girshovich in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Patton Johnson to receive electronic filings in this case, and in support thereof states as follows:

1. Patton Johnson is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of California, the United States District Court for the

Case No. 1:23-md-03076-KMM

Northern District of California, the United States District Court for the Central District of California, and the United States District Court for the District of Colorado.

2. Movant, Stuart Davidson, Esquire, of the law firm of Robbins Geller Rudman & Dowd LLP, 225 NE Mizner Blvd., Suite 720, Boca Raton, FL 33432, Telephone: 561/750-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Patton Johnson has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Patton Johnson, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Patton Johnson at email address: PJohnson@rgrdlaw.com

WHEREFORE, Stuart Davidson, moves this Court to enter an Order allowing Patton Johnson, to appear before this Court on behalf of Patrick J. Rabbitte and Mark Girshovich, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Patton Johnson.

Case No. 1:23-md-03076-KMM

Respectfully submitted,

DATED: June 16, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
ANNY M. MARTIN

        s/ Stuart A. Davidson
        STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN
PATTON L. JOHNSON
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff and Interim Class Counsel

- 4 -

                                        Case No. 1:23-md-03076-KMM

HERMAN JONES LLP  
JOHN C. HERMAN  
CANDACE SMITH  
3424 Peachtree Road, N.E., Suite 1650  
Atlanta, GA  30326  
Telephone:  404/504-6555  
404/504-6501 (fax)  
jherman@hermanjones.com  
csmith@hermanjones.com  

Additional Attorneys for Plaintiffs