Case No. 1:23-md-03076-KMM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

| | |
|---|---|
| In re FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) ) ) ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

## CERTIFICATION OF PATTON JOHNSON

Patton Johnson, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1.      I have studied the Local Rules of the United States District Court for the Southern District of Florida.

2.      I am a member in good standing of the bars listed below:

•      California

•      The U.S. District Court for the Northern District of California

•      The U.S. District Court for the Central District of California

•      The U.S. District Court for the District of Colorado

- 1 -

- 2 -

Case No. 1:23-md-03076-KMM

3.    I have not filed three or more motions for pro hac vice admission in this District

within the last 365 days.

DATED:  June 16, 2023                             ROBBINS GELLER RUDMAN
                                                        & DOWD LLP


                                                      s/ Patton Johnson
                                                    PATTON JOHNSON

                                               655 West Broadway, Suite 1900
                                               San Diego, CA  92101
                                               Telephone:  619/231-1058
                                               619/231-7423 (fax)