Case No. 1:23-md-03076-KMM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

| | |
|---|---|
| In re FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | ) ) ) |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) |

**[PROPOSED]ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Patton Johnson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Patton Johnson, may appear and participate in this action on behalf of Patrick J. Rabbitte and Mark Girshovich.  The Clerk shall provide electronic notification of all electronic filings to Patton Johnson, at PJohnson@rgrdlaw.com.

- 1 -

- 2 -

Case No. 1:23-md-03076-KMM

DONE AND ORDERED in Chambers at Miami County, Florida, this ___ day of June 2023.

_____
HONORABLE KEVIN MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record