**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**Case No. 1:23-md-03076-KMM**

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

ALL ACTIONS.

_____/

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Sarah A. Naccache, Esquire of the law firm Kass Shuler, P.A., hereby enters her appearance in this action as counsel of record for Plaintiff, Stephen Pierce. Pursuant to Federal Rule of Civil Procedure 5, it is requested that the Court and all parties henceforth serve copies of all record activity on the undersigned.

Dated: June 16, 2023.

> **/s/ Sarah A. Naccache**
> Sarah A. Naccache, Esquire
> Florida Bar Number 1028143
> Kass Shuler, P.A.
> Post Office Box 800
> Tampa, Florida 33601-0800
> Phone: (813) 229-0900
> Fax: (813) 229-3323
> Primary Email: snaccache@kasslaw.com
> Secondary Email: eservicetrybus@kasslaw.com
>
> *Attorney for Plaintiff Stephen Pierce*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

**/s/ Sarah A. Naccache**
Sarah A. Naccache, Esquire
Florida Bar Number 1028143