**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

---

This Document Relates To:

*Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, N.D. Cal. No. 3:23-02222 (awaiting assignment of new case number)

*Hawkins v. Bankman-Fried, et al.*, N.D. Cal. No. 3:22-cv-07620 (N.D. Cal.) (awaiting assignment of new case number)

*Lucky D. v. Prager Metis LLP, et al.*, D. N.J. No. 2:23-cv-00389 (conditional transfer contested)

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20700

*Papadakis, et al. v. Bankman-Fried, et al.*, N.D. Cal. No. 3:23-cv-00024 (awaiting assignment of new case number)

*Pierce v. Bankman-Fried, et al.*, S.D. Fla. No. 1:23-cv-22206 (administratively closed)

*Siskind v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20439 (administratively closed)

_____/

**CERTIFICATION OF BRUCE R. BRAUN, ESQ.**

Bruce R. Braun, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida;

2. I am a member in good standing of the State Bar of Illinois (IL Bar Number 6206628) and the United States District Court for the Northern District of Illinois (both the General and Trial Bars), the United States Courts of Appeals for the Second, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits, and the United States Supreme Court; and

3. I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Dated: June 16, 2023

*/s/ Bruce R. Braun*
Bruce R. Braun, Esq.