UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This Document Relates To:

*Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, N.D. Cal. No. 3:23-02222 (awaiting assignment of new case number)

*Hawkins v. Bankman-Fried, et al.*, N.D. Cal. No. 3:22-cv-07620 (N.D. Cal.) (awaiting assignment of new case number)

*Lucky D. v. Prager Metis LLP, et al.*, D. N.J. No. 2:23-cv-00389 (conditional transfer contested)

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20700

*Papadakis, et al. v. Bankman-Fried, et al.*, N.D. Cal. No. 3:23-cv-00024 (awaiting assignment of new case number)

*Pierce v. Bankman-Fried, et al.*, S.D. Fla. No. 1:23-cv-22206 (administratively closed)

*Siskind v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20439 (administratively closed)
_____/

**MOTION FOR JOANNA R. TRAVALINI TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joanna R. Travalini, Esq., of the law firm Sidley Austin LLP, 1 S. Dearborn, Chicago, IL 60603, (312) 853-

1

7000, for purposes of appearance as co-counsel on behalf of Defendant Prager Metis CPAs, LLC in the above-styled case only; and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joanna R. Travalini to receive electronic filings in this case; and in support thereof states as follows:

1. Joanna R. Travalini is not admitted to practice in the Southern District of Florida and is an active member in good standing and currently eligible to practice law in the State of Illinois and the United States District Courts for the Northern District of Illinois and Eastern District of Michigan.

2. Movant Ian M. Ross, Esq., of the law firm Sidley Austin LLP, 1001 Brickell Bay Drive, Suite 900, Miami, FL 33131, (305) 391-5100, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this States for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures, and who will fulfill all the duties required of local counsel as set forth in Rule 4(b)(3). See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joanna R. Travalini has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.    Joanna R. Travalini, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joanna R. Travalini, Esq. at email address: jtravalini@sidley.com.

WHEREFORE, Ian M. Ross moves this Court to enter an Order permitting Joanna R. Travalini to appear before this Court on behalf of Defendant Prager Metis CPAs, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic Filings to Joanna R. Travalini.

Dated: June 16, 2023

Respectfully submitted,

*/s/ Ian M. Ross*
Ian M. Ross, Esq.
Florida Bar No.: 91214
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

Joanna R. Travalini, Esq.
jtravalini@sidley.com
SIDLEY AUSTIN LLP
1 S. Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036

*Counsel for Defendant Prager Metis CPAs, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2023, I e-filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ian M. Ross*
Ian M. Ross, Esq.
