UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This Document Relates To:

*Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, N.D. Cal. No. 3:23-02222 (awaiting assignment of new case number)

*Hawkins v. Bankman-Fried, et al.*, N.D. Cal. No. 3:22-cv-07620 (N.D. Cal.) (awaiting assignment of new case number)

*Lucky D. v. Prager Metis LLP, et al.*, D. N.J. No. 2:23-cv-00389 (conditional transfer contested)

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20700

*Papadakis, et al. v. Bankman-Fried, et al.*, N.D. Cal. No. 3:23-cv-00024 (awaiting assignment of new case number)

*Pierce v. Bankman-Fried, et al.*, S.D. Fla. No. 1:23-cv-22206 (administratively closed)

*Siskind v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20439 (administratively closed)
_____/

**CERTIFICATION OF TOMMY HOYT, ESQ.**

Tommy Hoyt, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida;

2. I am a member in good standing of the State Bar of Illinois (IL Bar Number 6339124), the United States District Court for the Northern District of Illinois, and the United States Court of Federal Claims; and

3. I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Dated: June 16, 2023

/s/ Tommy Hoyt
Tommy Hoyt, Esq.