UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, N.D. Cal. No. 3:23-02222 (awaiting assignment of new case number)

*Hawkins v. Bankman-Fried, et al.*, N.D. Cal. No. 3:22-cv-07620 (N.D. Cal.) (awaiting assignment of new case number)

*Lucky D. v. Prager Metis LLP, et al.*, D. N.J. No. 2:23-cv-00389 (conditional transfer contested)

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20700

*Papadakis, et al. v. Bankman-Fried, et al.*, N.D. Cal. No. 3:23-cv-00024 (awaiting assignment of new case number)

*Pierce v. Bankman-Fried, et al.*, S.D. Fla. No. 1:23-cv-22206 (administratively closed)

*Siskind v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. No. 1:23-cv-20439 (administratively closed)
_____/

**[PROPOSED] ORDER GRANTING MOTION FOR TOMMY HOYT TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion for Tommy Hoyt, Esq. to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Tommy Hoyt, Esq., may appear and participate in this action on behalf of Defendant Prager Metis CPAs, LLC. The Clerk shall provide electronic notification of all electronic filings to Tommy Hoyt, Esq., at thoyt@sidley.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June, 2023.

Honorable K. Michael Moore  
United States District Judge

Copies furnished to: All Counsel of Record