UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

ALL ACTIONS.
_____/

### CERTIFICATION OF DONALD PATRICK ARTHUR YARBOROUGH

Donald Patrick Arthur Yarborough, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State Bar of Texas (Texas Bar No. 24084129) and the United States District Courts for the Southern District of Texas (Southern District of Texas Federal ID No. 2451377, Western District of Texas, Northern District of Texas, Eastern District of Texas District of Colorado, Eastern District of Michigan, and the Western District of Wisconsin, Eastern District of Wisconsin; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

*/s/ Patrick Yarborough*

_____
Donald Patrick Arthur Yarborough, Esquire