UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

ALL ACTIONS.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Donald Patrick Arthur Yarborough, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Donald Patrick Arthur Yarborough, may appear and participate in this action on behalf of Stephen Pierce, whose case has been transferred to this Court from the U.S. District Court for the Northern District of California (Case Number 3:22-cv-07444-JSC) and assigned U.S. District Court for the Southern District of Florida Case Number 1:23-cv-22206-KMM. The Clerk shall provide electronic notification of all electronic filings to Donald Patrick Arthur Yarborough, at patrick@fosteryarborough.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____.

_____
United States District Judge
K. Michael Moore

Copies furnished to: All Counsel of Record