UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

ALL ACTIONS.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Marshal Jerod Hoda of the law firm of The Hoda Law Firm, 12333 Sowden Road, Suite B, PMB 51811, Houston, Texas 77080, (832) 848-0046 and marshal@thehodalawfirm.com, for purposes of appearance as co-counsel on behalf of Plaintiff Stephen Pierce in the above-styled case only,[1] and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marshal Jerod Hoda to receive electronic filings in this case, and in support thereof states as follows:

---

[1] Stephen Pierce's case, which was originally filed in the U.S. District Court for the Northern District of California and assigned Case Number 3:22-cv-07444-JSC, has been transferred to this Court pursuant to the Transfer Order issued by the Panel on Multidistrict Litigation and entered on the Docket in this case as Docket #1. Mr. Pierce's case is a member case in the above-styled case, and it has been assigned U.S. District Court for the Southern District of Florida Case Number 1:23-cv-22206-KMM. On June 14, 2023, this Court entered a paperless order staying Mr. Pierce's case, stating: "THIS CAUSE came before the Court upon a sua sponte review of the record. The Court notes that this case is a member case in In Re: FTX Cryptocurrency Exchange Collapse Litigation, 1:23-md-03076-KMM. In the interests of judicial economy, it is hereby ORDERED AND ADJUDGED that this case is STAYED. The Clerk of the Court is instructed to administratively close this case for statistical purposes, while the claims proceed under 1:23-md-03076-KMM. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that the action may proceed to final disposition." FLSD Case No. 1:23-cv-22206-KMM, Dkt. 62, dated June 14, 2023. Accordingly, at this time, the undersigned moves for admission *pro hac vice* of Marshal Jerod Hoda in this case only.

1. Marshal Jerod Hoda is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas (Texas Bar No. 24110009) and the United States District Court for the Southern District of Texas.

2. Movant, Sarah Amber Naccache, Esquire, of the law firm of Kass Shuler, P.A., 1505 North Florida Avenue, Tampa, Florida 33602, (813) 229-0900, ext. 1379 (office), and snaccache@kasslaw.com, is a member in good standing of the Florida Bar (Florida Bar No. 1028143) and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Marshal Jerod Hoda has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Marshal Jerod Hoda, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marshal Jerod Hoda at email address: marshal@thehodalawfirm.com.

WHEREFORE, Sarah Amber Naccache, moves this Court to enter an Order Marshal Jerod Hoda, to appear before this Court on behalf of Stephen Pierce, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marshal Jerod Hoda.

**[Signature Block on Next Page]**

Dated: June 16, 2023.

/s/ **Sarah A. Naccache**
Sarah A. Naccache, Esquire
Florida Bar Number 1028143
Kass Shuler, P.A.
Post Office Box 800
Tampa, Florida 33601-0800
Phone: (813) 229-0900
Fax: (813) 229-3323
Primary Email: snaccache@kasslaw.com
Secondary Email: eservicetrybus@kasslaw.com

*Attorney for Plaintiff Stephen Pierce*