UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

ALL ACTIONS.
_____/

## CERTIFICATION OF MARSHAL JEROD HODA

Marshal Jerod Hoda, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Texas (Texas Bar No. 24110009) and the United States District Court for the Southern District of Texas; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

*[signature]*

Marshal Jerod Hoda, Esquire