## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>PIERCE v. BANKMAN-FRIED, *et al.*<br>    Case No. 1:23-cv-22206-KMM[1] | |

### **NOTICE OF APPEARANCE**

Tom K. Schulte of the law firm Hunton Andrews Kurth LLP hereby serves notice of his appearance as counsel for Defendant Armanino LLP in the above-styled action.  All parties are requested to take notice of said appearance and serve copies upon the undersigned of any documents and papers of any kind or nature in these proceedings, whether filed by the Court or any other party in interest.

Dated: June 16, 2023

Respectfully submitted,

/s/ *Tom K. Schulte*
Tom K. Schulte (FBN 1025692)
HUNTON ANDREWS KURTH LLP
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2480
Fax: (305) 810-2460
Email: tschulte@huntonak.com

*Counsel for Armanino LLP*

---

[1] Armanino LLP is named in two other matters listed in the Transfer Order dated June 5, 2023 (*See* ECF No. 1): *Hawkins v. Bankman-Fried, et al.*, Case No. 3:22-cv-07620 (N.D. Cal.) and *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024 (N.D. Cal.).  Additionally, Armanino LLP is named in one matter listed in the Conditional Transfer Order dated June 14, 2023 (*See* ECF No. 17): *Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, Case No. 3:23-cv-02222 (N.D. Cal.).  Armanino LLP anticipates these matters to soon be transferred to this Court for inclusion in the above-captioned MDL.

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Tom K. Schulte*
Tom K. Schulte (FBN 1025692)

*Counsel for Armanino LLP*