## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> PIERCE v. BANKMAN-FRIED, *et al*. <br>     Case No. 1:23-cv-22206-KMM[1] | |

### MOTION FOR MATTHEW P. BOSHER TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew P. Bosher, Esq. of the law firm of Hunton Andrews Kurth LLP, 2200 Pennsylvania Avenue, N.W., Washington, D.C. 20037-1701, Telephone No. (202) 955-1500, for purposes of appearance as co-counsel on behalf of Armanino LLP in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew P. Bosher, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1.  Matthew P. Bosher, Esq. (a) is not admitted to practice in the Southern District of Florida; (b) is a member in good standing of the Bars of the Commonwealth of Virginia, District

---

[1] Armanino LLP is named in two other matters listed in the Transfer Order dated June 5, 2023 (*See* ECF No. 1): *Hawkins v. Bankman-Fried, et al.*, Case No. 3:22-cv-07620 (N.D. Cal.) and *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024 (N.D. Cal.). Additionally, Armanino LLP is named in one matter listed in the Conditional Transfer Order dated June 14, 2023 (*See* ECF No. 17): *Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, Case No. 3:23-cv-02222 (N.D. Cal.). Armanino LLP anticipates these matters to soon be transferred to this Court for inclusion in the above-captioned MDL.

Court for the District of Columbia, as well as State of New York as well as the District Courts for Southern and Eastern Districts of New York, the Eastern District of Wisconsin, the Eastern and Western Districts of Virginia and the United States Court of Appeals for the Seventh and Fourth Circuits; and (c) has not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

2. Movant, Tom K. Schulte, Esq., of the law firm of Hunton Andrews Kurth LLP, 333 S.E. 2nd Avenue, Suite 2400, Miami, Florida 33131, Telephone No.: (305) 810-2500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew P. Bosher, Esq. has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew P. Bosher, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew P. Bosher, Esq. at email address: mbosher@huntonak.com.

WHEREFORE, Tom K. Schulte, Esq. moves this Court to enter an Order permitting Matthew P. Bosher, Esq., to appear before this Court on behalf of Armanino LLP for all purposes

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew P. Bosher, Esq.

Dated: June 16, 2023

Respectfully submitted,

HUNTON ANDREWS KURTH LLP

/s/ *Tom K. Schulte*
Samuel A. Danon (FBN 892671)
Jamie Z. Isani (FBN 728861)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@huntonak.com
jisani@huntonak.com
tschulte@huntonak.com

Matthew P. Bosher
(pro hac vice forthcoming)
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-1701
Tel.: (202) 955-1500
Fax: (202) 778-2201
mbosher@huntonak.com

Thomas R. Waskom
(pro hac vice forthcoming)
951 East Byrd Street
Richmond, Virginia 23219
Tel.: (804) 788-8200
Fax: (804) 788-8218
twaskom@huntonak.com

*Counsel for Armanino LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Tom K. Schulte*
Tom K. Schulte (FBN 1025692)

*Counsel for Armanino LLP*