UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>PIERCE v. BANKMAN-FRIED, *et al.*<br>     Case No. 1:23-cv-22206-KMM[1] | |

## **CERTIFICATION OF THOMAS R. WASKOM, ESQ.**

Thomas R. Waskom, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the Commonwealth of Virginia, the Commonwealth of Pennsylvania, and the State of New York; and also admitted to practice before the U.S. Supreme Court; the Courts of Appeals for the Third, Fourth, Sixth, Seventh and Federal Circuits, the Eastern and Western Districts of Virginia, the Northern District of Illinois, the Eastern District of Michigan, the Eastern and Western Districts of Pennsylvania, the Southern District of New York, the Northern District of Ohio, and the Eastern District of Wisconsin; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

*/s/ Thomas R. Waskom*
Thomas R. Waskom, Esq.

---

[1] Armanino LLP is named in two other matters listed in the Transfer Order dated June 5, 2023 (*See* ECF No. 1): *Hawkins v. Bankman-Fried, et al.*, Case No. 3:22-cv-07620 (N.D. Cal.) and *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024 (N.D. Cal.). Additionally, Armanino LLP is named in one matter listed in the Conditional Transfer Order dated June 14, 2023 (*See* ECF No. 17): *Cabo, et al. v. Sequoia Capital Operations, LLC, et al.*, Case No. 3:23-cv-02222 (N.D. Cal.). Armanino LLP anticipates these matters to soon be transferred to this Court for inclusion in the above-captioned MDL.