UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM
MDL No. 3076

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

JESSUP v. BANKMAN-FRIED, *et al.*,

No. 1:23-cv-22200

_____/

**NOTICE OF ATTORNEY APPEARANCE**

    Jonathan S. Klein of the law firm Mayer Brown LLP hereby appears in the above-captioned action as counsel for Defendant Sam Trabucco and requests service of all papers in this action through CM/ECF or (as appropriate) by email at jklein@mayerbrown.com or at the address specified below.

Date: June 16, 2023

/s/   Jonathan S. Klein
Jonathan S. Klein
Florida Bar No. 125254
jklein@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3327

*Counsel for Defendant Sam Trabucco*