UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM
MDL No. 3076

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

JESSUP v. BANKMAN-FRIED, *et al.*,

No. 1:23-cv-22200

/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Glenn K. Vanzura of the law firm of Mayer Brown LLP, for purposes of appearance as co-counsel on behalf of Defendant Sam Trabucco in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Glenn K. Vanzura to receive electronic filings in this case, and in support thereof states as follows:

1. Glenn K. Vanzura is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and the United States District Courts for the Central District of California and Northern District of California.

2. Movant, Jonathan S. Klein, Esquire, of the law firm of Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006-1101, (202) 263-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Glenn K. Vanzura has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Glenn K. Vanzura, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Glenn K. Vanzura at email address: *gvanzura@mayerbrown.com*.

WHEREFORE, Jonathan S. Klein, moves this Court to enter an Order permitting Glenn K. Vanzura, to appear before this Court on behalf of Defendant Sam Trabucco, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Glenn K. Vanzura.

Date: June 16, 2023                                   Respectfully submitted,

                                        */s/ Jonathan S. Klein*

                                        Jonathan S. Klein
                                        Florida Bar No. 125254
                                        jklein@mayerbrown.com
                                        MAYER BROWN LLP
                                        1999 K Street, N.W.
                                        Washington, D.C. 20006-1101
                                        Telephone: (202) 263 3000

                                        *Attorneys for Defendant Sam Trabucco*