**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:23-md-03076-KMM**
**MDL No. 3076**

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION
_____

This Document Relates To:

JESSUP v. BANKMAN-FRIED, *et al.*,

No. 1:23-cv-22200
_____/

**CERTIFICATION OF GLENN K. VANZURA**

## **CERTIFICATION OF GLENN K. VANZURA**

  Glenn K. Vanzura, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California and the United States District Courts for the Central District of California and Northern District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                    */s/   Glenn K. Vanzura*
                     Glenn K. Vanzura