**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:23-md-03076-KMM**
**MDL No. 3076**

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

JESSUP v. BANKMAN-FRIED, *et al*.,

No. 1:23-cv-22200

/

**CERTIFICATION OF ANDREW J. DEMKO**

## CERTIFICATION OF ANDREW J. DEMKO

     Andrew J. Demko, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the United States Court of Appeals for the Ninth Circuit, the United States District Courts for the Central District of California, Eastern District of California, Southern District of California, Northern District of California, and the District of Colorado; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                         /s/   Andrew J. Demko

                                                                               Andrew J. Demko