UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM
MDL No. 3076

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

JESSUP v. BANKMAN-FRIED, *et al.*,

No. 1:23-cv-22200

/

**CERTIFICATION OF JOSEPH J. VESCERA**

## CERTIFICATION OF JOSEPH J. VESCERA

    Joseph J. Vescera, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Northern District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                        */s   Joseph J. Vescera*

                                                                                              Joseph J. Vescera