UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL ACTIONS

_____/

# PLAINTIFFS' PRELIMINARY REPORT
# IN ADVANCE OF INITIAL STATUS CONFERENCE

Pursuant to this Court's June 7, 2023 Order Setting Initial Conference, [ECF No. 7] ("Order"), ¶ 2, Undersigned Plaintiffs' Counsel have conducted numerous meetings (via Zoom) and numerous telephone calls and very productive and cooperative sessions. As a result of the meetings, exchange of drafts, and coordination with all counsel, Plaintiffs submit the following Preliminary Report on the "facts involved in the litigation and the critical factual and legal issues" (*id.*) that will require the Court's and the Parties' attention. In addition, Plaintiffs attach Lists of Affiliated Companies and Counsel (**Exhibit A**), Pending Motions (**Exhibit B**), Related Cases (**Exhibit C**), and, for the Court's convenience, a Comprehensive Service List (**Exhibit D**). Now that the Judicial Panel for Multidistrict Litigation ("JPML") granted Plaintiffs' petition and centralized these actions[1] before this Court, Plaintiffs respectfully submit the Court can organize these cases in an effective manner, conserving the resources of the Court, the Parties and Counsel.

I.   **FACTUAL AND PROCEDURAL BACKGROUND**

In November 2022, the cryptocurrency exchange platform "FTX" suddenly collapsed. Valued at $32 billion, FTX and its affiliated companies saw their valuation plummet to almost nothing over the span of a mere ten days, and on November 11, 2022, filed for Chapter 11 bankruptcy protection. Numerous class and non-class actions arose as a result of the calamitous downfall of FTX, principally alleging fraudulent and conspiratorial conduct with regard to the promotion, marketing, auditing, and misappropriation of funds for the FTX platform.

The first-class action against FTX was filed before this Court two (2) business days after it was revealed that FTX operated as an alleged fraudulent scheme and sought emergency

---

[1] MDL Petitioners and all Parties agreed, and thus the JPML did not "include the claims against Signature Bank and the Silvergate Bank defendants" in its transfer order. *In re: FTX Cryptocurrency Exch. Collapse Litig.*, 1:23-md-03076-KMM, ECF No. 1 ("Transfer Order"), 3.

bankruptcy relief.[2] Extensive expert testimony was presented and all Defendants in *Garrison* were served. Since *Garrison*, additional cases have been filed, including state and federal actions, mainly in Florida and California,[3] against various defendants from the FTX collapse, including accountants, venture capital funds, law firms and FTX insiders[4] On May 12, 2023, this Court granted *Garrison* Plaintiffs leave to file a 327-page Amended Complaint, [ECF No. 205], which included significant substantive amendments, including newly uncovered information evidencing how FTX's Miami office served as the epicenter for most of the FTX domestic dealings with 3rd parties, as well as adding new parties and new expert analysis.[5] On June 5, 2023, the JPML entered the Transfer Order as the Related Actions "***arise from a common factual core***." *See* Trans. Order, 2.[6]

---

[2] *Garrison v. Bankman-Fried, et al.,* No. 1:22-cv-23753-KMM, ECF No. 192 (S.D. Fla.).

[3] One case was filed in the District of New Jersey (*Lucky D v. Prager Metis, LLP, et al.*, No. 23-389).

[4] On February 14, 2023, Plaintiff Patrick Rabbitte filed the first case against certain venture capital and private equity backers of FTX, Sequoia Capital Operations, LLC, Thoma Bravo, LP and Paradigm Operations LP ("Venture Capital Defendants") in the Northern District of California. On March 24, 2023, Judge Corley consolidated cases against the Venture Capital Defendants and appointed Robbins Geller Rudman & Dowd LLP as Interim Lead Class Counsel for those consolidated proceedings. *See In re FTX Investors Sequoia Capital Litig.*, No. 4:23-cv-00655-JSC, ECF No. 43 (N.D. Cal. Mar. 24, 2023).

[5] In addition, a case entitled *Paffrath,* No. 23-cv-21023, was filed as a class action against the largest FTX YouTube Influencer/Promoters. Plaintiffs obtained in *Paffrath* an order authorizing alternate service on international Defendants, [ECF No. 65], a comprehensive Case Management Order, [ECF No. 70], and Orders on jurisdictional discovery, which was in process when the JPML entered its Transfer Order. [ECF Nos. 88, 93]. On June 1, 2023, the Court stayed claims as to Defendant Kevin Paffrath pending approval of a proposed class settlement and potentially settlements with other Defendants. [ECF No. 112]. Similarly, a class action was filed in this Court against venture capital firms, banks, law firms and accounting firms. *O'Keefe, et al., v. Sequoia Capital Operations, LLC, et al.*, 1:23-cv-20700 (S.D. Fla.).

[6] Some of the cases in California had the benefit of a formal Initial Case Management Conference ("CMC") Statement filed with significant input from not only plaintiffs but also from defendants. *See Lam v. Bankman-Fried, et al.,* No. 3:22-cv-07336-JSC, ECF No. 60 (N.D. Cal.).

2

As the JPML noted in the Transfer Order, Defendant Daniel Friedberg, former Chief Compliance Officer of FTX, filed a Declaration with the *Garrison* Amended Complaint, explaining a soon-to-be proposed Class-wide Settlement, whereby he agrees to provide significant cooperation and information to Plaintiffs regarding different FTX Defendants and Insiders, and provides factual information, such as facts illustrating the strong connection between FTX's Miami office and many of the aiders and abettors.[7] On June 13, 2023, the *Lucky D* plaintiffs filed before the JPML a notice of opposition to the conditional transfer order. *See* MDL 3076, ECF No. 142.

## II. CRITICAL FACTUAL & LEGAL ISSUES

One of the first legal issues the Court will face concerns the appointment of Plaintiffs' lead counsel and organizing a leadership structure (the Court may also consider appointing a Defendants' Liaison Counsel). *Fed. Judicial Ctr., Manual for Complex Litigation* (4th ed. 2004) ("*Manual*"), § 10.22. Establishing a structure now to clarify the duties and responsibilities of Plaintiffs' counsel will help avoid issues associated with duplication of effort and wasting the time and resources of the parties and the Court. *Id.*

As the JPML confirmed, there are both substantial issues that overlap among the various claims against various defendants, and there are substantial issues that are specific to particular claims against particular defendants. Undersigned Counsel believe, subject to the Court's view, of course, that an overall structure managed by Co-Lead Counsel and a Plaintiffs' Steering Committee, will provide the most efficient and effective representation of the class. *See*, *e.g.*, *Manual* § 10.221.

---

[7] As noted in the JPML Transfer Order, "a significant part of FTX's conduct allegedly emanated from this District." *See* Transfer Order, 3.

3

Once Leadership is appointed, Plaintiffs believe that the key factual and legal issues likely faced by the parties include the following fourteen (14) items: :

(1) negotiations with defendants on several initial agreements that would facilitate the early exchange of information such as available insurance;

(2) a confidentiality protective order, ESI protocol, and a privilege log protocol;

(3) preliminary and final approval of proposed settlements with certain Defendants;

(4) preparation and filing of a Consolidated Complaint(s);

(5) coordination/monitor FTX cases in the bankruptcy and criminal courts, both foreign and domestic;

(6) whether this Court, now as an "MDL Transferee Court" with additional powers, has jurisdiction over all of the named Defendants;

(7) whether certain class representative plaintiffs have standing to pursue claims against certain defendants and to support various state and federal claims;

(8) whether discovery should be staged and/or bifurcated in any manner;

(9) whether FTX and/or its executives operated the FTX Platform as a Ponzi scheme and/or committed other, related misconduct;

(10) whether certain Defendants provided substantial assistance to FTX and/or its executives, in connection with any alleged misconduct;

(11) the extent of liability for the named professionals, such as the accountants, law firms and venture capital funds;

(12) whether the FTX Platform, FTT token, and/or the FTX Yield Bearing Accounts meet the applicable requirements to be considered "securities," including under the *Howey* and/or *Reves* tests,

(13) whether the FTX Exchange can, and should be liable for offering or selling other (non FTT) crypto assets, and whether those sales were the sale of unregistered securities; and

(14) whether class treatment is appropriate under Fed. R. Civ. P. 23, for any of the proposed issue and/or class certifications.

**Dated: June 16, 2023**                            **Respectfully submitted,**

| | |
|---|---|
| *s/ Adam M. Moskowitz*<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | *s/ David Boies*<br>David Boies<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com |
| Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com | **Maderal Byrne & Furst PLLC**<br>2800 Ponce de Leon Boulevard, Suite 1100<br>Coral Gables, Florida 33134<br>(305) 520-5690<br><br>Rachel Wagner Furst<br>Fla. Bar No. 45155<br>rachel@maderalbyrne.com<br><br>John R. Byrne<br>Fla. Bar No. 0126294<br>john@maderalbyrne.com<br><br>Francisco R. Maderal<br>Fla. Bar No. 0041481<br>frank@maderalbyrne.com |
| Stephen N. Zack<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>tulrich@bsfllp.com | **Nigh Goldenberg Raso & Vaughn**<br>**Marlene Goldenberg**<br>Minnesota Bar No. 0394943<br>mgoldenberg@Nighgoldenberg.com<br>*(Motion to Appear Pro Hac Vice to be Filed)*<br>A:14 Ridge Square NW Third Floor<br>Washington, D.C., 20016<br>(202) 792-7927<br><br>**Daniel Nigh** |

5

| | |
|---|---|
| | Florida Bar No. 30905<br>Dnigh@Nighgoldenberg.com<br>1333 College Parkway, Suite 1049<br>Gulf Breeze, Florida 32563 |
| Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey Philip Campisi<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br>jcampisi@kaplanfox.com<br>jstrauss@kaplanfox.com<br><br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Kherkenhoff@kaplanfox.com<br>lking@kaplanfox.com | James R. Swanson<br>Kerry J. Miller<br>Benjamin D. Reichard<br>Molly L. Wells<br>Rebekka C. Veith<br>C. Hogan Paschal<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeorn@fishmanhaygood.com |
| Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | Eitan Kimelman<br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>eitank@bgandg.com<br>peretz@bgandg.com |
| Patrick Yarborough<br>Foster Yarborough, PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>713-331-5254<br>patrick@fosteryarborough.com | P. Solange Hilfinger-Pardo<br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br>tlogan@edelson.com |
| Matthew W. Reiser<br>Michael Joseph Reiser | Joshua B. Silverman<br>Christopher P.T. Tourek |

6

| | |
|---|---|
| Reiserlaw<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400<br>matthew@reiserlaw.com<br>Michael@reiserlaw.com | Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>jbsilverman@pomlaw.com<br>ctourek@pomlaw.com |
| Daniel C. Girard<br>Adam E. Polk<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com | Amy Michelle Bowers<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Solman, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>abowers@sfslaw.com<br>tkolaya@sknlaw.com |
| Jason Scott Hartley<br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>hartley@hartleyllp.com<br>lindner@hartleyllp.com | James M. Davis<br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>jdavis@bholaw.com<br>toreardon@bholaw.com<br>tblood@bholaw.com |
| Shawn A. Williams<br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>shawnw@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>Anny Marie Martin<br>Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd., Suite 720 | Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor Matthew Flynn<br>Caroline Emhardt<br>Jack Fitzgerald<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>melanie@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com |

| | |
|---|---|
| Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>amartin@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br><br>Brian Edward Cochran<br>Kenneth P. Dolitsky<br>Eric Ian Niehaus<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>BCochran@rgrdlaw.com<br>kdolitsky@rgrdlaw.com<br>ericn@rgrdlaw.com | |
| Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>azram@themehdifirm.com | William M. Audet<br>Kurt David Kessler<br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br>kkessler@audetlaw.com<br>lkuang@audetlaw.com |
| John C. Herman<br>Herman Jones LLP<br>3424 Peachtree Road, NE Suite 1650<br>Atlanta, GA 30326<br>Phone No. 404-504-6500<br>Fax No. 404-504-6501<br>jherman@hermanjones.com<br>svickery@hermanjones.com<br>csmith@hermanjones.com | Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com |
| Joseph R. Saveri (phv forthcoming)<br>Steven N. Williams (phv forthcoming)<br>Christopher K.L. Young (phv forthcoming)<br>Louis A. Kessler (phv forthcoming)<br>**JOSEPH SAVERI LAW FIRM, LLP** | Kathryn Rachel Lanier<br>Lanier Law Firm<br>10940 W. Sam Houston Pkwy North, Suite 100<br>Houston, TX, 77064<br>Phone: 713-659-5200 |

8

| | |
|---|---|
| 601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415) 395-9940<br>Email:  jsaveri@saverilawfirm.com<br>    swilliams@saverilawfirm.com<br>    cyoung@saverilawfirm.com<br>    lkessler@saverilawfirm.com | Rachel.lanier@lanierlawfirm.com<br>Alex.Brown@LanierLawFirm.com<br>Mark.Lanier@LanierLawFirm.com<br>Dara.Hegar@LanierLawFirm.com<br>Sara.Abston@LanierLawFirm.com<br>Rachel.Lanier@LanierLawFirm.com<br>Audrey.Moore@LanierLawFirm.com<br>Belinda.Lower@LanierLawFirm.com |
| | Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically served the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record in the Court's ECF filing system and via email or mail to counsel listed in the master service list attached as Exhibit D.

*/s/ Adam M. Moskowitz*
**Adam M. Moskowitz**