UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE: FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO ALL ACTIONS

PRELIMINARY REPORT EXHIBIT A
List of Parties and Affiliations

| US District Court for the Southern District of Florida<br>Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753 |||
| --- | --- | --- |
| **Plaintiff(s)** | **Counsel(s)** | **Affiliated Companies** |
| Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Piano, Sunil Kavuri, Gary Gallant, and David Nicol | Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>David Boies<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999 | None known |

|  | Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>tulrich@bsfllp.com |  |

**US District Court for the Southern District of Florida**

**Norris et al v. Brady et al, Case No.: 1:23-CV-20439**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Michael Norris, Brandon Rowan, Michael Livieratos, Shengyun Huang, Vijeth Shetty, and Bo Yang | Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>David Boies<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999 | None known |

| | | |
|---|---|---|
| | Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | |
| **US District Court for the Southern District of Florida**<br>**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983** | | |
| **Plaintiff(s)** | **Counsel(s)** | **Affiliated Companies** |
| Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, and David Nicol | Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>David Boies<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440 | None known |

| | jose@markmigdal.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | |
|---|---|---|
| **US District Court for the Southern District of Florida**<br>**Garrison et al v Paffrath et al Case No.: 1:23-CV-21023** | | |
| **Plaintiff(s)** | **Counsel(s)** | **Affiliated Companies** |
| Edwin Garrison,<br>Gregg Podalsky,<br>Skyler Lindeen,<br>Alexander Chernyavsky, Gary Piano,<br>Sunil Kavuri,<br>Gary Gallant, and<br>David Nicol, | Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>Stephen N. Zack<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com<br>tulrich@bsfllp.com<br><br>Jose Manuel Ferrer<br>Michelle Genet Bernstein<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999,<br>Miami, FL 33131<br>305-374-0440 | None known |

|  | jose@markmigdal.com<br>michelle@markmigdal.com |  |
|---|---|---|
| **US District Court for the Southern District of Florida**<br>**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700** | | |
| **Plaintiff(s)** | **Counsel(s)** | **Affiliated Companies** |
| Connor O'Keefe | Amy Michelle Bowers<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>abowers@sfslaw.com<br>tkolaya@sknlaw.com<br><br>James R. Swanson<br>Kerry J. Miller<br>Benjamin D. Reichard<br>Molly L. Wells<br>Rebekka C. Veith<br>C. Hogan Paschal<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeorn@fishmanhaygood.com | None known |
| **US District Court for the Northern District of California**<br>**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024** | | |
| **Plaintiff(s)** | **Counsel(s)** | **Affiliated Companies** |
| Julie Papadakis | Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey Philip Campisi<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor | None known |

| | New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br>jcampisi@kaplanfox.com<br>jstrauss@kaplanfox.com<br><br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Kherkenhoff@kaplanfox.com<br>lking@kaplanfox.com | |
|---|---|---|

**US District Court for the Northern District of California**
**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Michael Elliott Jessup | Yaman Salahi<br>Rafey Sarkis Balabanian<br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212−9300<br>Fax: (415) 373−9435<br>ysalahi@edelson.com<br>rbalabanian@edelson.com | None known |

**US District Court for the Northern District of California**
**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Russell Hawkins | Joshua B. Silverman<br>Christopher P.T. Tourek<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>jbsilverman@pomlaw.com<br>ctourek@pomlaw.com<br><br>Eitan Kimelman | None known |

| | Peretz Bronstein<br>Bronstein, Gewirtz, & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>eitank@bgandg.com<br>peretz@bgandg.com | |

**US District Court for the Northern District of California**
**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Stephen T Pierce | Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Patrick Yarborough<br>Foster Yarborough, PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>713-331-5254<br>patrick@fosteryarborough.com | None known |

**US District Court for the Northern District of California**
**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Elliott Lam,<br>Julie Papadakis,<br>Elliott Jessup,<br>Russell Hawkins,<br>Stephen T. Pierce | Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com<br><br>Todd M. Logan | None known |

| | Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br><br>Joseph R. Saveri (phv forthcoming)<br>Steven N. Williams (phv forthcoming)<br>Christopher K.L. Young (phv forthcoming)<br>Louis A. Kessler (phv forthcoming)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415) 395-9940<br>Email:  jsaveri@saverilawfirm.com<br>           swilliams@saverilawfirm.com<br>           cyoung@saverilawfirm.com<br>           lkessler@saverilawfirm.com | |

**US District Court for the Northern District of California**
**Rabbitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Patrick J. Rabbitte | Shawn A. Williams<br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>shawnw@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>Anny Marie Martin | None known |

| | | |
|---|---|---|
| | Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>amartin@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br><br>Brian Edward Cochran<br>Kenneth P. Dolitsky<br>Eric Ian Niehaus<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>BCochran@rgrdlaw.com<br>kdolitsky@rgrdlaw.com<br>ericn@rgrdlaw.com | |

**US District Court for the Northern District of California**

**Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Mark Girshovich | Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>azram@themehdifirm.com<br><br>John C. Herman<br>Herman Jones LLP<br>3424 Peachtree Road, NE Suite 1650<br>Atlanta, GA 30326<br>Phone No. 404-504-6500<br>Fax No. 404-504-6501<br>jherman@hermanjones.com<br>svickery@hermanjones.com<br>csmith@hermanjones.com | None known |

**US District Court for the Northern District of California**

**Cabo, et al. v. Sequoia Capital Operations, LLC, et al., Case No.: 3:23-CV-0222**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Leandro Cabo, Erica Leeds, Sean Flood, Vardan Balayan, and Kathy Bibby | Kathryn Rachel Lanier<br>Lanier Law Firm<br>10940 W. Sam Houston Pkwy North, Suite 100<br>Houston, TX, 77064<br>Phone: 713-659-5200<br>Rachel.lanier@lanierlawfirm.com<br>Alex.Brown@LanierLawFirm.com<br>Mark.Lanier@LanierLawFirm.com<br>Dara.Hegar@LanierLawFirm.com<br>Sara.Abston@LanierLawFirm.com<br>Rachel.Lanier@LanierLawFirm.com<br>Audrey.Moore@LanierLawFirm.com<br>Belinda.Lower@LanierLawFirm.com<br>Davis.Labarre@LanierLawFirm.com | None known |

**US District Court for the Northern District of California**
**Imbert v. Bankman-Fried, LLP et al, Case No.: 3:23-CV-02475**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Kenny Imbert | William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102−3229<br>415−568−2555<br>Fax: 415-568−2556<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com | None known |

**United States District Court for the District of New Jersey**
**Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Lucky D, Jong R.D., How Yuan, S Roberts, B Ken, J Bell, Morebet, LTD., | Anthony Scordo<br>1425 Pompton Avenue<br>Cedar Grove, NJ 07009<br>973 837-1861<br>anthonyscordo@msn.com | None known |

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| L Zhao, Khpp Wing, P Devin, Sunli, Loods B.V., S James, Yang How, K David, Edward Johns, Nickle Lee, S Jong, Drake HK, Justin Berk | | |

**United States District Court Southern District of Florida Miami Division**
**Steven Siskind v. Sequoia Capital Operations, LLC, et al., Case No. 1:23-cv-22144**

| Plaintiff(s) | Counsel(s) | Affiliated Companies |
|---|---|---|
| Steven Siskind | **Maderal Byrne & Furst PLLC** 2800 Ponce de Leon Boulevard, Suite 1100 Coral Gables, Florida 33134 (305) 520-5690 <br><br>**Rachel Wagner Furst** Fla. Bar No. 45155 rachel@maderalbyrne.com <br><br>**John R. Byrne** Fla. Bar No. 0126294 john@maderalbyrne.com <br><br>**Francisco R. Maderal** Fla. Bar No. 0041481 frank@maderalbyrne.com <br><br>**Nigh Goldenberg Raso & Vaughn** **Marlene Goldenberg** Minnesota Bar No. 0394943 mgoldenberg@Nighgoldenberg.com *(Motion to Appear Pro Hac Vice to be Filed)* A:14 Ridge Square NW Third Floor Washington, D.C., 20016 (202) 792-7927 <br><br>**Daniel Nigh** Florida Bar No. 30905 Dnigh@Nighgoldenberg.com 1333 College Parkway, Suite 1049 Gulf Breeze, Florida 32563 | None known |

|   |   |   |
|---|---|---|
|   |   |   |