**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE: FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL ACTIONS

**PRELIMINARY REPORT EXHIBIT B**
**List of Any Pending Motions**

| List of Pending Motions | | | |
|---|---|---|---|
| **Full Case Name** | **Case No.** | **District** | **Pending Motions** |
| *Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Piano, Sunil Kavuri, Gary Gallant, and David Nicol, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Thomas Brady, Gisele Bundchen, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors LLC, Shaquille O'Neil, William Trevor Lawrence, Shohei Ohtani, Naomi Osaka, Lawrence Gene David, Solomid Corporation, d/b/a Team Solomid, TSM, and/or TSM FTX, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, and Dan Friedberg* | 1:22-cv-23753 | S.D.Fla. | None |
| *Michael Norris, Brandon Rowan, Michael Livieratos, Shengyun Huang, Vijeth Shetty, and Bo Yang, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Thomas Brady, Kevin O'Leary, and David Ortiz* | 1:23-cv-20439 | S.D.Fla. | None |
| *Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, and David Nicol, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Thomas Brady, Gisele Bundchen, Lawrence Gene David, Kevin O'Leary, David Ortiz, Udonis Haslem, Trevor Lawrence, Golden State Warriors, LLC, Stephen Curry, Shohei Ohtani, Naomi Osaka, Sam Trabucco, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, and Dan Friedberg* | 1:22-cv-23983 | S.D.Fla. | None |

| | | | |
|---|---|---|---|
| *Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Piano, Sunil Kavuri, Gary Gallant, and David Nicol, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC* | 1:23-cv-21023 | S.D.Fla. | None |
| *Connor O'Keefe, on behalf of himself and all others similarly situated,*<br><br>*v*<br><br>*Sequoia Capital Operations, LLC, Silvergate Bank, Signature Bank, Deltec Bank and Trust Company Limited, Farmington State Bank, Jean Chalopin, Thoma Bravo L.P., Paradigm Operations LP, Temasek Holdings (Private) Limited, Softbank Vision Fund (AIV M2) L.P., Ribbit Capital, L.P., Altimeter Capital Management, LP, Multicoin Capital Management LLC, Tiger Global Management, LLC, Sino Global Capital Limited, Fenwick & West LLP, Prager Metis CPAs, LLC, Armanino, LLP, Softbank Group Corp* | 1:23-cv-20700 | S.D.Fla. | Joint Agreed Motion for Reassignment/ Intra-District Transfer of Related Case and for Stay of Case Deadlines (ECF No. 89); Joint Agreed Motion for Extension of Time to Respond (ECF No. 81) |
| *Julie Papadakis, individually and on behalf all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Armanino LLP, Prager Metis CPAs, LLC, Caroline Ellison, Zixiao "Gary" Wang, and Nishad Singh* | 3:23-cv-00024 | N.D.Cal. | None |
| *Michael Elliott Jessup, individually, and on behalf of all others similarly situated*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino LLP, and Prager Metis CPAs, LLC* | 3:22-cv-07666 | N.D.Cal. | None |
| *Russell Hawkins, individually, and on behalf of all others similarly situated*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Caroline Ellison and Zixiao "Gary" Wang and Armanino LLP* | 3:22-cv-07620 | N.D.Cal. | None |
| *Stephen T. Pierce, individually, and on behalf of all* | 3:22-cv-07444 | N.D.Cal. | None |

| | | | |
|---|---|---|---|
| *others similarly situated*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino LLP and Prager Metis CPAs* | | | |
| *Elliott Lam, Julie Papadakis, Elliott Jessup, Russell Hawkins and Stephen T. Pierce, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Caroline Ellison and Golden State Warriors LLC* | 3:22-cv-07336 | N.D.Cal. | None |
| *Patrick J. Rabbitte, individually, and on behalf of all others similarly situated,*<br><br>*v.*<br><br>*Sequoia Capital Operations, LLC, Paradigm Operations LP, and Thoma Bravo L.P.* | 3:23-cv-00655 | N.D.Cal. | None |
| *Mark Girshovich, individually, and on behalf of all others similarly situated*<br><br>*v.*<br><br>*Sequoia Capital Operations, LLC, Paradigm Operations LP, Thoma Bravo LP* | 3:23-cv-00945 | N.D.Cal. | None |
| *Leandro Cabo, Erica Leeds, Sean Flood, Vardan Balayan, Kathy Bibby, Patrick Rabbitte, and Mark Girshovich, , on behalf of themselves and all others similarly situated,,*<br><br>*v.*<br><br>*Sequoia Capital Operations, LLC, Paradigm Operations LP, and Thoma Bravo LP* | 3:23-cv-02222 | N.D.Cal. | None |
| *Kenny Imbert individually, and on behalf of all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Zixiao "Gary" Wang, Nishad Singh, and Caroline Ellison* | 3:23-cv-02475 | N.D.Cal. | None |
| *Lucky D, Jong R.D., How Yuan, S Roberts, B Ken, J Bell, Morebet, LTD., L Zhao, Khpp Wing, P Devin, Sunli, Loods B.V., S James, Yang How, K David, Edward Johns, Nickle Lee, S Jong, Drake HK, Justin Berk, on behalf of themselves, and all others similarly situated,* | 2:23-cv-00389 | D.N.J | None |

4

| | | | |
|---|---|---|---|
| *v.*<br><br>*Armanino LLP and Prager Metis CPAs* | | | |
| *Steven Siskind, individually and on behalf of  all others similarly situated,*<br><br> *v.*<br>*Sequoia Capital Operations, LLC, et al.,* | 1:23-cv-22144 | S.D.Fla. | None |