UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE: FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO ALL ACTIONS

## PRELIMINARY REPORT EXHIBIT C
## RELATED CASES

| List of Related Cases | | | |
|---|---|---|---|
| **Full Case Name** | **Case No.** | **District** | **Case Status** |
| *Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Piano, Sunil Kavuri, Gary Gallant and David Nicol, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Thomas Brady, Gisele Bundchen, Kevin O' Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors LLC, Shaquille O'Neil, William Trevor Lawrence, Shohei Ohtani, Naomi Osaka, Lawrence Gene David, Solomid Corporation, d/b/a Team Solomid, TSM, and/or TSM FTX, Caroline Ellison, Gary (Zixiao)Wang, Nishad Singh and Dan Friedberg* | 1:22-cv-23753 | S.D.Fla. | Briefing schedule for omnibus motion to dismiss set, then stayed and sent to MDL |
| *Michael Norris, Brandon Rowan, Michael Livieratos, Shengyun Huang, Vijeth Shetty, and Bo Yang, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Thomas Brady, Kevin O'Leary, and David Ortiz* | 1:23-cv-20439 | S.D.Fla. | Stayed, then sent to MDL |
| *Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, and David Nicol, on behalf of themselves* | 1:22-cv-23983 | S.D.Fla. | No responsive pleading, sent to MDL |

| | | | |
|---|---|---|---|
| *and all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Thomas Brady, Gisele Bundchen, Lawrence Gene David, Kevin O'Leary, David Ortiz, Udonis Haslem, Trevor Lawrence, Golden State Warriors, LLC, Stephen Curry, Shohei Ohtani, Naomi Osaka, Sam Trabucco, Caroline Ellison, Zixiao Gary Wang, Nishad Singh, Dan Friedberg* | | | |
| *Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Piano, Sunil Kavuri, Gary Gallant, David Nicol, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, Creators Agency, LLC* | 1:23-cv-21023 | S.D.Fla. | Briefing schedule for omnibus motion to dismiss set, then stayed. Sent to MDL. |
| *Connor O'Keefe, on behalf of himself and all others similarly situated,*<br><br>*v*<br><br>*Sequoia Capital Operations, LLC, Silvergate Bank, Signature Bank, Deltec Bank and Trust Company Limited, Farmington State Bank, Jean Chalopin, Thoma Bravo L.P., Paradigm Operations LP, Temasek Holdings (Private) Limited, Softbank Vision Fund (AIV M2) L.P., Ribbit Capital, L.P., Altimeter Capital Management, LP, Multicoin Capital Management LLC, Tiger Global Management, LLC, Sino Global Capital Limited, Fenwick & West LLP, Prager Metis CPAs, LLC, Armanino, LLP, Softbank Group Corp* | 1:23-cv-20700 | S.D.Fla. | No responsive pleading yet filed, joint motion to transfer to MDL pending |
| *Julie Chon Papadakis and Julie Papadakis, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Armanino LLP, Prager Metis CPAs, LLC, Caroline* | 3:23-cv-00024 | N.D.Cal. | No responsive pleading, sent to MDL, CTO pending, SDFL case #<br><br>pending |

| | | | |
|---|---|---|---|
| *Ellison, Zixiao Gary Wang, Nishad Singh,* | | | |
| *Michael Elliott Jessup, individually, and on behalf of all others similarly situated*<br>*v.*<br>*Samuel Bankman-Fried, Caroline Ellison, Nishad Singh, Gary Wang and Sam Trabucco* | 3:22-cv-07666 | N.D.Cal. | No responsive pleading, sent to MDL, SDFL case # pending |
| *Russell Hawkins, individually, and on behalf of all others similarly situated*<br>*v.*<br>*Samuel Bankman-Fried, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino LLP, and Prager Metis CPAs, LLC* | 3:22-cv-07620 | N.D.Cal. | No responsive pleading, sent to MDL, CTO pending, SDFL case # pending |
| *Stephen T. Pierce, individually, and on behalf of all others similarly situated*<br>*v.*<br>*Samuel Bankman-Fried, Caroline Ellison, Zixiao Wang, Nishad Singh, Armanino LLP and Prager Metis CPA's* | 3:22-cv-07444 | N.D.Cal. | No responsive pleading, sent to MDL, CTO pending, SDFL case # 1:23-cv-22206 |
| *Elliott Lam, Julie Papadakis, Elliott Jessup, Russell Hawkins and Stephen T. Pierce, on behalf of themselves and all others similarly situated,*<br>*v.*<br>*Samuel Bankman-Fried, Caroline Ellison and Golden State Warriors LLC* | 3:22-cv-07336 | N.D.Cal. | No responsive pleading, sent to MDL, SDFL case # pending |
| *Patrick J. Rabbitte, individually, and on behalf of all others similarly situated*<br>*v.*<br>*Sequoia Capital Operations, LLC, Paradigm Operations LP, Thoma Bravo L.P.* | 3:23-cv-00655 | N.D.Cal. | Consolidated with other<br>N.D. Cal. venture capital actions Amended Complaint filed, but sent to MDL, CTO issued 6/15/23, SDFL case # pending |

| | | | |
|---|---|---|---|
| *Mark Girshovich, individually, and on behalf of all others similarly situated*<br><br>*v.*<br><br>*Sequoia Capital Operations, LLC, Paradigm Operations LP, Thomas Bravo LP* | 3:23-cv-00945 | N.D.Cal. | No responsive pleading, sent to MDL, CTO issued 6/15/23, SDFL case # pending |
| *Leandro Cabo, Erica Leeds, Sean Flood, Vardan Balayan, Kathy Bibby, Patrick Rabbitte, and Mark Girshovich, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Sequoia Capital Operations, LLC, Paradigm Operations LP, Thomas Bravo LP* | 3:23-cv-02222 | N.D.Cal. | No responsive pleading, sent to MDL, CTO issued 6/15/23, SDFL case # pending |
| *Kenny Imbert individually, and on behalf of all others similarly situated,*<br><br>*v.*<br><br>*Samuel Bankman-Fried, Zixiao "Gary" Wang, Nishad Singh and Caroline Ellison* | 3:23-cv-02475 | N.D.Cal. | No responsive pleading, sent to MDL, CTO issued 6/15/23, SDFL case # pending |
| *Lucky D, Jong R.D., How Yuan, S Roberts, B Ken, J Bell, Morebet, LTD., L Zhao, Khpp Wing, P Devin, Sunli, Loods B.V., S James, Yang How, K David, Edward Johns, Nickle Lee, S Jong, Drake HK, Justin Berk*<br><br>*v.*<br><br>*Armanino LLP and Prager Metis CPA's* | 2:23-cv-00389 | D.N.J | No responsive pleading, sent to MDL, Opposition to CTO filed 6/13/23, SDFL case # pending |
| *Nicole Keane, on behalf of herself, all others similarly situated,*<br><br>*v.*<br><br>*Silvergate Bank, Silvergate Capital Corporation* | 3:23-cv-00670 | N.D. Cal. | Consolidated with *Bhatia*, not sent to MDL |
| *Matson Magleby and Golam Sakline, on behalf of themselves and all others similarly situated,*<br><br>*v.*<br><br>*Silvergate Bank and Silvergate Capital* | 3:23-cv-00669 | N.D. Cal. | Consolidated with *Bhatia*, not sent to MDL |

| | | | |
|---|---|---|---|
| *Corporation,* | | | |
| *Commodity Futures Trading Commission v.* *Samuel Bankman-Fried, FTX Trading Ltd., Alameda Research LLC, Caroline Ellison, Zixiao Gary Wang* | 1:22-cv-10503 | S.D.N.Y. | Stayed pending criminal matter |
| *Commodity Futures Trading Commission v.* *Nishad Singh* | 1:23-cv-01684 | S.D.N.Y. | Consent order for judgment as to liability and partial injunctive relief |
| *Securities and Exchange Commission v.* *Caroline Ellison and Zixiao Gary Wang* | 1:22-cv-10794 | S.D.N.Y. | Judgment entered against Ellison & Wang, closed |
| *Securities and Exchange Commission v.* *Nishad Singh* | 1:23-cv-01691 | S.D.N.Y. | Judgment entered against Singh, closed |
| *Statistica Capital Ltd., Statistica Ltd. v.* *Joseph DePaol, Scott A Shay, Stephen Wyremski, and Eric Howell* | 1:23-cv-00993 | S.D.N.Y. | Stayed pending administrative claims process |
| *United States v.* *Bankman-Fried, Caroline Ellison, Nishad Singh and Zixiao Gary Wang* | 1:22-cr-00673 | S.D.N.Y. | In active litigation – motion to dismiss pending |
| *Austin Onusz, Cedric Kees van Putten, Nicholas Marshal, and Hamad Dar, on behalf of themselves and all others similarly situated v.* *West Realm Shires Inc., FTX Trading Ltd, Sam Bankman-Fried, Zixiao Wang, Nishad Singh, Alameda Research LLC, Caroline Ellison* | 1:22-ap-50513 | Bankr. D. Del. | In active bankruptcy proceedings |

| *FTX Trading Ltd.* | 1:22-bk-11068 | Bankr. D. Del. | In active bankruptcy proceedings |
|---|---|---|---|
| *Soham Bhatia, Matson Magleby, Golam Sakline, Nicole Keane, Joewy Gonzalez*<br><br>*v.*<br><br>*Silvergate Bank, Silvergate Capital Corporation and Alan J. Lane* | 3:23-cv- 00667 | N.D. Cal. | Primary Consolidated Docket for ND Cal. Silver gate actions, Amended Complaint Filed, not sent to MDL |
| *STEVEN SISKIND, individually and on behalf of all others similarly situated,*<br><br>*v.*<br><br>*Sequoia Capital Operations, LLC, et al.,* | 1:23-cv-22144 | S.D.Fla. | No responsive pleading, stayed, then sent to MDL |