# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

### IN RE: FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO ALL ACTIONS

### PRELIMINARY REPORT EXHIBIT D
#### Service List

| US District Court for the Southern District of Florida |
| :---: |
| **Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753** |

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady, Gisele Bundchen, Lawrence Gene David, and Shaquille O'Neal:* |
| :--- | :--- |
| Adam M. Moskowitz | |
| Joseph M. Kaye | Roberto Martinez |
| The Moskowitz Law Firm, PLLC | Stephanie Anne Casey |
| Continental Plaza | Zachary Andrew Lipshultz |
| 3250 Mary Street, Suite 202 | Colson Hicks Eidson |
| Miami, FL 33133 | 255 Alhambra Circle, PH |
| Mailing Address: | Coral Gables, FL 33134 |
| P.O. Box 653409 | 305-476-7400 |
| Miami, FL 33175 | scasey@colson.com |
| Office: (305) 740-1423 | bob@colson.com |
| Direct: (786) 309-9572 | zach@colson.com |
| adam@moskowitz-law.com | |
| joseph@moskowitz-law.com | |
| service@moskowitz-law.com | Andrew B. Clubok |
| | Brittany M.J. Record |
| Jose Manuel Ferrer | Susan E. Engel |
| Mark Migdal and Hayden | Latham & Watkins LLP |
| 80 SW 8 Street, Suite 1999 | 555 Eleventh Street, NW, Suite 1000 |
| Miami, FL 33131 | Washington, DC 20004 |
| 305-374-0440 | 202-637-2200 |
| jose@markmigdal.com | andrew.clubok@lw.com |
| | Brittany.Record@lw.com |
| | Susan.Engel@lw.com |
| Stephen N. Zack | |
| Tyler Evan Ulrich | Elizabeth A. Greenman |
| Boies Schiller & Flexner | Jessica Stebbins Bina |
| 100 SE 2nd Street | Marvin Putnam |
| Suite 2800, Miami Tower | Latham & Watkins LLP |
| Miami, FL 33131-2144 | 10250 Constellation Blvd., Suite 1100 |
| 305-539-8400 | |

305-539-1307
szack@bsfllp.com
tulrich@bsfllp.com

David Boies
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235

*Counsel for Defendant Kevin O'Leary:*

Brandon Scott Floch
Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com
bfloch@mnrlawfirm.com
jneiman@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200
Fax: (954) 688-2492

*Counsel for Defendant David Ortiz and Udonis Haslem:*

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street

Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*

MGC Law
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Fax:803-748-0526

McAngus Goudelock & Courie LLC
Eric A. Fitzgerald, Esq.
Hillary N. Ladov
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

DIMOND KAPLAN & ROTHSTEIN, P.A.
Eshaba Jahir-Sharuz,
Alexander M. Peraza
David A. Rothstein
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920

*Counsel for Golden State Warriors, LLC and Naomi Osaka*

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street

San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

Stephanie A. Casey
Roberto Martínez
Zachary Lipshultz
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Bob@colson.com
scasey@colson.com
zach@colson.com

Gibson, Dunn & Crutcher LLP
Jamila MacEbong
Michael Dore
333 South Grand Ave.,
Los Angeles, CA 90071

*Counsel for Samuel Bankman-Fried*

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Richard M. Simins
Montgomery McCracken
1735 Market Street, 21st Floor, Philadelphia, PA
19103-7505
Telephone 215-772-1500
rsimins@mmwr.com

GERALD E. GREENBERG
ADAM M. SCHACHTER
GELBER SCHACHTER & GREENBERG
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
ggreenberg@gsgpa.com
aschachter@gsgpa.com

*Counsel for Stephen Curry*

Nathan M. Bull
**McDERMOTT WILL & EMERY LLP**
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com
**mblancoaleman@mwe.com**

Jason D. Strabo
Ellie Hourizadeh
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com

Sarah P. Hogarth
**McDERMOTT WILL & EMERY LLP**
*shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Counsel for Shohei Ohtani*

Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)
Edward.soto@weil.com

*Defendant Sam Trabucco:*
***(Dismissed)***

*Defendant Caroline Ellison*
327 Franklin Street
Newton, MA 02458
and
c/o Stephanie Avakian
Wilmer Hale

|  | 2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>*Defendant Zixiao Gary Wang*<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>*Defendant Nishad Singh*<br>746 Jennifer Way<br>Milpitas, CA 95035<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>Defendant, Dan Friedberg |
| --- | --- |
| **US District Court for the Southern District of Florida**<br>**Norris et al v. Brady et al, Case No.: 1:23-CV-20439** ||
| *Counsel for Plaintiffs:*<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | *Counsel for Defendant Thomas Brady*<br><br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br>zach@colson.com<br><br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP |

Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street, Suite 1999
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

David Boies
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com

555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angels, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*

Brandon Scott Floch
Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com
bfloch@mnrlawfirm.com

jneiman@mnrlawfirm.com
Marcus Neiman Rashbaum & Pineiro LLP
Jeffrey A. Neiman
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200
Fax: (954) 688-2492

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

---

**US District Court for the Southern District of Florida**

**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady, Gisele Bundchen, Lawrence Gene David, and Shaquille O'Neal:* |
|---|---|
| Adam M. Moskowitz | |
| Joseph M. Kaye | Roberto Martinez |
| The Moskowitz Law Firm, PLLC | Stephanie Anne Casey |
| Continental Plaza | Zachary Andrew Lipshultz |
| 3250 Mary Street, Suite 202 | Colson Hicks Eidson |
| Miami, FL 33133 | 255 Alhambra Circle, PH |
| Mailing Address: | |

P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
Direct: (786) 309-9572
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com
Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street, Suite 1999
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

David Boies
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com
dboies@bsfllp.com

Coral Gables, FL 33134
305-476-7400
scasey@colson.com
bob@colson.com
zach@colson.com

Andrew B. Clubok
Brittany M.J. Record
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235

*Counsel for Defendant Kevin O'Leary:*

Brandon Scott Floch
Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com
bfloch@mnrlawfirm.com

jneiman@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200
Fax: (954) 688-2492

*Counsel for Defendant David Ortiz and Udonis Haslem:*

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*

MGC Law
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Fax:803-748-0526

McAngus Goudelock & Courie LLC
Eric A. Fitzgerald, Esq.
Hillary N. Ladov
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

DIMOND KAPLAN & ROTHSTEIN, P.A.
Eshaba Jahir-Sharuz,
Alexander M. Peraza
David A. Rothstein
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920

*Counsel for Golden State Warriors, LLC and Naomi Osaka*

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

Stephanie A. Casey
Roberto Martínez
Zachary Lipshultz
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Bob@colson.com
scasey@colson.com
zach@colson.com

Gibson, Dunn & Crutcher LLP
Jamila MacEbong
Michael Dore
333 South Grand Ave.,
Los Angeles, CA 90071

*Counsel for Samuel Bankman-Fried*

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
1735 Market Street

Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Richard M. Simins
Montgomery McCracken
1735 Market Street, 21st Floor, Philadelphia, PA
19103-7505
Telephone 215-772-1500
rsimins@mmwr.com

GERALD E. GREENBERG
ADAM M. SCHACHTER
GELBER SCHACHTER & GREENBERG
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
ggreenberg@gsgpa.com
aschachter@gsgpa.com

*Counsel for Stephen Curry*

Nathan M. Bull
**McDERMOTT WILL & EMERY LLP**
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com
**mblancoaleman@mwe.com**

Jason D. Strabo
Ellie Hourizadeh
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
ehourizadeh@mwe.com
jstrabo@mwe.com

Sarah P. Hogarth
**McDERMOTT WILL & EMERY LLP**
*shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Counsel for Shohei Ohtani*

Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)
Edward.soto@weil.com

*Defendant Sam Trabucco:*
***(Dismissed)***

*Defendant Caroline Ellison*
327 Franklin Street
Newton, MA 02458
and
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

*Defendant Zixiao Gary Wang*
304 Island Lane
Egg Harbor Township, NJ 08234
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

*Defendant Nishad Singh*
746 Jennifer Way
Milpitas, CA 95035
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

Defendant, Dan Friedberg

| | |
|---|---|
| **US District Court for the Southern District of Florida** | |
| **Garrison et al v Paffrath et al Case No.: 1:23-CV-21023** | |

| *Counsel for Plaintiffs:* | *Counsel for Kevin Paffrath* |
|---|---|
| Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Miami, FL 33133<br>Mailing Address:<br>P.O. Box 653409<br>Miami, FL 33175<br>Office: (305) 740-1423<br>Direct: (786) 309-9572<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | JOSEPH A. DEMARIA<br>ADAM J. LAMB<br>FOX ROTHSCHILD LLP<br>One Biscayne Tower, Suite 2750<br>2 South Biscayne Blvd.<br>Miami, Florida 33131<br>Telephone: 305.442.6547<br>Facsimile: 305.442.6541<br>JDeMaria@FoxRothschild.com<br>ALamb@FoxRothschild.com<br>mmiller-hayle@foxrothschild.com<br>JPoli@foxrothschild.com |
| | *Counsel for Graham Stephan, Andrei Jikh, and Jeremy Lefebvre* |
| Stephen N. Zack<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com<br>tulrich@bsfllp.com | Josef M. Mysorewala<br>Law Office of Josef M. Mysorewala, PLLC<br>2000 S Dixie Highway, Suite 112<br>Miami, Florida 33133<br>Telephone: (305) 356-1031<br>josefm@lawjmm.com |
| | Kimberly P. Stein,<br>Flangas Law Group, Inc.,<br>3275 South Jones Blvd., Suite 105<br>Las Vegas,<br>NV 89146<br>Telephone: (702) 307-9500<br>kps@fdlawlv.com |
| Jose Manuel Ferrer<br>Michelle Genet Bernstein<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999,<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>michelle@markmigdal.com | *Counsel for Defendant Jaspreet Singh*<br>Ronald G. Acho<br>**Cummings, McClorey, Davis & Acho, PLC**<br>17436 College Parkway<br>Livonia, MI  48152<br>Telephone: (734) 261-2400<br>Facsimile:  (734) 261-4510<br>racho@cmda-law.com<br>mcummings@cmda-law.com |
| | *Counsel for Tom Nash* |

Brian W. Toth
Freddy Funes
TOTH FUNES PA
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com

*Counsel for Ben Armstrong*

Darren Heitner
Alan Wilmot
HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
darren@heitnerlegal.com
alan@heitnerlegal.com

*Counsel for Creators Agency, Erika Kullberg, Brian Jung*

JOSE G. SEPULVEDA
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com

*Additional Counsel for Brian Jung*

Derek Adams
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washngton, DC 20004
202-743-1511
dadams@potomaclaw.com

**US District Court for the Southern District of Florida**

**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700**

| Counsel for Plaintiff: | Counsel for Sequoia Capital Operations, LLC |
|---|---|
| Timothy A. Kolaya, Fla. Bar No. 056140<br>Amy M. Bowers, Fla. Bar No. 105755<br>STUMPHAUZER KOLAYA<br>NADLER & SLOMAN, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>T: (305) 614-1400; F: (305) 614-1425<br>tkolaya@sknlaw.com<br>abowers@sknlaw.com<br><br>James R. Swanson, La. Bar. No. 18455<br>(Admitted Pro Hac Vice)<br>Kerry J. Miller, La. Bar. No. 24562<br>(Admitted Pro Hac Vice)<br>Benjamin D. Reichard, La. Bar. No. 31933<br>(Admitted Pro Hac Vice)<br>Molly L. Wells, La. Bar. No. 36721<br>(Admitted Pro Hac Vice)<br>Rebekka C. Veith, La. Bar. No. 36062<br>(Admitted Pro Hac Vice)<br>C. Hogan Paschal, La. Bar. No. 38495<br>(Admitted Pro Hac Vice)<br>Monica Bergeron, La. Bar. No. 39124<br>(Admitted Pro Hac Vice)<br>FISHMAN HAYGOOD L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com | Alexander C. Drylewski<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>Paul C. Huck, Jr.<br>Florida Bar No. 968358<br>alexander.drylewski@skadden.compaul@lawsonhuckgonzalez.com<br>Lawson Huck Gonzalez PLLC<br>334 Minorca Avenue<br>Coral Gables, Florida 33134<br>(305) 441-2299<br><br>Mark R.S. Foster<br>Jennifer Kennedy Park (admitted pro hac vice pending)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>mark.foster@skadden<br>jkpark@cgsh.com<br>jkpark@cgsh.com<br><br>Counsel for Silvergate Bank<br><br>Polly Towill<br>Joon Kim (admitted pro hac vice pending)<br>jkim@csgh.com<br>Rishi N. Zutshi (pro hac vice forthcoming)<br>rzutshi@cgsh.com<br>Sheppard, Mullin, Richter & Hampton LLPCLEARY GOTTLIEB STEEN & HAMILTON LLP<br>333 S. Hope Street, 48th Floor<br>1841 Page Mill Rd Suite 250<br>Los Angeles, CA 90071Palo Alto, CA 94304<br>213-620-1780<br>Tel: (650) 815-4130<br>Fax: 213-620-1398(650) 815-4199<br>ptowill@sheppardmullin.comVia |

Defendant, Signature Bank
565 Fifth Avenue
New York, NY 70017

Defendant, Deltec Bank and Trust Company Limited
Deltec House, Lyford Cay
Nassau, Bahamas

Counsel for  Farmington State Bank

Ty Kelly Cronin
(Pro hac vice application pending)
Frank C. Bonaventure, Jr.
Marisa Rosen Dorough
Ty Kelly
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
(admitted Pro hac vice application pending)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MDMaryland 21202
Phone: (410-) 862-11051049
tykelly@bakerdonelson.com
fbonaventure@bakerdonelson.com
  -and-
Marisa Rosen Dorough, Esq.
Florida Bar No. 73152
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com
tykelly@bakerdonelson.com


Defendant, Jean Chalopin
Deltec Houst, Lyford Cay
Nassau, Bahamas

Counsel for  Thoma Bravo L.P.

Jordi Guso
Florida Bar No. 863580
jguso@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131

Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

Mark McKane, P.C. (admitted pro hac vice pending)
mark.mckane@kirkland.com
Anna Terteryan (admitted pro hac vice pending)
anna.terteryan@kirkland.com
Stephen Silva (admitted pro hac vice pending)
stephen.silva@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com


Counsel for Paradigm Operations LP

T. TODD PITTENGER, ESQ.
Florida Bar No.: 768936
todd.pittenger@gray-robinson.com
KELLY J.H. GARCIA, ESQ.
Florida Bar No. 0694851
kelly.garcia@gray-robinson.com
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL  32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690

Alexander C. Drylewski (admitted pro hac vice
pending)
Skadden, Arps, Slate, Meagher Flom LLP
alexander.drylewski@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212-) 735-3000
FaxFacsimile: (212-) 735-2000
Email: alexander.drylewski@skadden.com

Mark R.S. Foster  (admitted pro hac vice pending)
Skadden Arps Slate Meagher & Flom LLP
525 University Ave. Ste 1400
Palo Alto, CA 94103

(650) 470-4580
Fax: (650) 470-4570
Email: mark.foster@skadden.com

Defendant, Temasek Holdings (Private) Limited
Through It's Registered Agent, Corporation Service
Company 251 Little Falls Drive Wilmington, DE
19808
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Counsel for Softbank Vision Fund (AIV M2) L.P.

Adam Michael Foslid
Florida Bar No. 682284
Email: afoslid@winston.com
Daniel Tramel Stabile
Florida Bar No. 95750
dstabile@winston.com
Winston & StrawnWINSTON & STRAWN LLP
200 SSouth Biscayne Blvd., Suite 2400
Miami, FL 33131
305-910-0646
AFoslid@winston
Telephone: (305) 910-0500
Facsimile: (305) 910-0505

ANNA ERICKSON WHITE
(Pro Hac Vice Forthcoming )
AWhite@mofo.com
RYAN M. KEATS
(Pro Hac Vice Forthcoming )
RKeats@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIC D. LAWSON
(Pro Hac Vice Forthcoming )
ELawson@mofo.com
Morrison & Foerster LLP
250 West 55th Street

New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Counsel for  Ribbit Capital, L.P.

AKERMAN LLP
Jacqueline MarieM. Arango
Akerman, Senterfitt
Florida Bar No. 664162
Three Brickell City Centre
98 Southeast Seventh Street
, Suite 1100
Miami, FLFlorida 33131
Telephone:  (305) 374 5600
jacqueline.arango@akerman.com

Steven P. Ragland (pro hac vice forthcoming)
Nicholas D. Marais (pro hac vice forthcoming)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
Telephone:  (415) 391-5400
sragland@keker.com
nmarais@keker.com

Counsel for  Altimeter Capital Management, LP

Jay Brian ShapiroB. Shapiro
Alejandro David Rodriguez
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
Fla. Bar # 776361
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 WWest Flagler Street, Suite 2200
Miami, FL 33130
Tel.:  (305-) 789-32293200
Facsimile:  (305) 789-2664
jshapiro@stearnsweaver.com;
arodriguez@stearnsweaver

David Hennes (admitted pro hac vice application
pending)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000

Fax: (212) 596-9090
David.hennes@ropesgray.com

Amy Jane Longo (admitted pro hac vice application pending)
David B. Hennes
Lauren M. Bergelson
RopesROPES & GrayGRAY LLP
10250 Constellation BoulevardBlvd.
Los Angeles, CACalifornia 90067
Tel.: (310-) 975-32693000
David.Hennes@ropesgray.com
Lauren.Bergelson@ropesgray.com
Amy.Longo@ropesgray.com
Fax: (310) 075-3400
Amy.longo@ropesgray.com

Counsel for Multicoin Capital Management LLC

Michael Ross Tein
Fla. Bar # 993522
Lewis Tein Malone Trial Lawyers
3059 Grand Avenue, Suite 340
Coconut Grove, FLFlorida 33133
(305-) 442-1101
teinTein@teinmalone.com

Brian E. Klein (pro hac vice application pending)
Scott M. Malzahn (pro hac vice application pending)
WaymakerWAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CACalifornia 90071
Telephone: (424-) 652-78147800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

Defendant,Counsel for Tiger Global Management, LLC
Through It's Registered Agent,
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Peter H. White (Pro Hac Vice forthcoming)
(pete.white@srz.com)
Jeffrey F. Robertson (Pro Hac Vice forthcoming)
(jeffrey.robertson@srz.com)

SCHULTE ROTH & ZABEL LLP
555 Thirteenth Street, NW
Suite 6W
Washington, DC 20004
202-729-7470
202-730-4520 (fax)

Defendant, Sino Global Capital Limited
c/o Matthew Graham Chaoyang, Beijing, Beijing Shi,
100125, China

Counsel for Fenwick & West LLP

David Richardson Atkinson, Jr.
Nicole K. Atkinson
Stephen Carli Richman
Gunster Yoakley & Stewart
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
777 South Flagler Drive, Suite 500 East600 Brickell
Avenue, Suite 3500
West Palm Beach, FL 33401
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

/s/ David R. Atkinson
David R. Atkinson
Florida Bar No.: 767239
datkinson@gunster.com
srichman@gunster.com
Nicole K. Atkinson
Florida Bar No.: 167150
natkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com

Counsel for Prager Metis CPAs, LLC

Ian M. Ross, Esq.
Florida Bar No.: 91214
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Telephone: (305) 391-5100
Facsimilie: (305) 391-5101

|  | Bruce R. Braun (admitted pro hac vice pending)<br>bbraun@sidley.com<br>Joanna R. Travalini (admitted pro hac vice pending)<br>Irene Yang<br>Sidley Austin LLP<br>1 S. Dearborn<br>Chicago, IL 60603<br>(312) 853-7000<br>jtravalini@sidley.com<br>Tommy Hoyt (admitted pro hac vice pending)<br>irene.yangthoyt@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: +1 312 853 7050<br>Facsimile: +1 312 853 7036<br><br>Counsel for Defendant, Armanino, LLP<br>HUNTON ANDREWS KURTH LLP<br><br>Samuel A. Danon (FBN 892671)<br>Tom K. Schulte (FBN 1025692)<br>333 S.E. 2nd Avenue, Suite 2400<br>Miami, Florida 33131<br>Tel.: (305) 810-2500<br>Fax: (305) 810-2460<br>sdanon@huntonak.com<br>tschulte@huntonak.com<br><br>Matthew P. Bosher (admitted pro hac vice pending)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NWN.W.<br>Washington, DCD.C. 20037-1701<br>202419-2149<br>Tel.: (202) 955-1500<br>Fax: (202) 778-2201<br>mbosher@HuntonAKhuntonak.com<br><br>Defendant, Softbank Group Corp.<br>Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070<br>Thomas R. Waskom (admitted pro hac vice pending)<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Tel.: (804) 788-8200<br>Fax: (804) 788-8218<br>twaskom@huntonak.com |

|  |  |
|---|---|

**US District Court for the Northern District of California**

**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**

| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
|---|---|
| Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey Philip Campisi<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br>jcampisi@kaplanfox.com<br>jstrauss@kaplanfox.com<br><br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Kherkenhoff@kaplanfox.com<br>lking@kaplanfox.com | Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>mbosher@HuntonAK.com<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>*Counsel for Defendant Prager Metis CPAs, LLC:*<br><br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Bruce Roger Braun<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br>thoyt@sidley.com<br>bbraun@sidley.com<br><br>Sarah Alison Hemmendinger<br>Irene Yang<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104 |

415-772-7413
415-772-7400
shemmendinger@sidley.com
irene.yang@sidley.com

Defendant Samuel Bankman-Fried
c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

*Counsel for Caroline Ellison*

Christopher William Johnstone
Nicholas Werle
Peter Neiman
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
650-858-6147
nick.werle@wilmerhale.com
Peter.Neiman@wilmerhale.com
chris.johnstone@wilmerhale.com

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
And
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com

| | +1 202 842 7800 phone |
|---|---|

| US District Court for the Northern District of California |
|---|
| **Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC** |

| *Counsel for Plaintiff:* | *Counsel for Samuel Bankman-Fried* |
|---|---|
| P. Solange Hilfinger-Pardo<br>Todd M. Logan<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br>tlogan@edelson.com | Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |

| | Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 |
|---|---|

**US District Court for the Northern District of California**
**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620**

| *Counsel for Plaintiff:* | *Defendant Samuel Bankman-Fried* |
|---|---|
| Joshua B. Silverman<br>Christopher P.T. Tourek<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>jbsilverman@pomlaw.com<br>ctourek@pomlaw.com | Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| Eitan Kimelman<br>Peretz Bronstein<br>Bronstein, Gewirtz, & Grossman,<br>LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>eitank@bgandg.com<br>peretz@bgandg.com | *Counsel for Caroline Ellison*<br><br>Christopher William Johnstone<br>Nicholas Werle<br>Peter Neiman<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>650-858-6147<br>nick.werle@wilmerhale.com<br>Peter.Neiman@wilmerhale.com<br>chris.johnstone@wilmerhale.com<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And |

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

*Counsel for Defendant Armanino LLP:*

Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202419-2149
mbosher@HuntonAK.com

Ann Marie Mortimer
Kirk Austin Hornbeck
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2103
amortimer@HuntonAK.com
khornbeck@HuntonAK.com

Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

| | |
|---|---|
| **US District Court for the Northern District of California** | |
| **Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444** | |
| *Counsel for Plaintiffs:* | *Counsel for Samuel Bankman-Fried* |
| Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Patrick Yarborough<br>Foster Yarborough, PLLC | Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>*Counsel for Caroline Ellison*<br><br>Christopher William Johnstone |

| | |
|---|---|
| 917 Franklin Street, Suite 220<br>Houston, TX 77002<br>713-331-5254<br>patrick@fosteryarborough.com | Nicholas Werle<br>Peter Neiman<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>650-858-6147<br>nick.werle@wilmerhale.com<br>Peter.Neiman@wilmerhale.com<br>chris.johnstone@wilmerhale.com<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>mbosher@HuntonAK.com<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071 |

213-532-2103
amortimer@HuntonAK.com
khornbeck@HuntonAK.com

Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

*Counsel for Prager Metis CPAs, LLC:*

Bruce Roger Braun
Joanna Rubin Travalini
Tommy Hoyt
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com
jtravalini@sidley.com
thoyt@sidley.com

Sarah Alison Hemmendinger
Irene Yang
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com
irene.yang@sidley.com

|  |  |
|---|---|
| **US District Court for the Northern District of California** | |
| **Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336** | |
| *Counsel for Plaintiffs:* | *Defendant Sam Bankman-Fried* |
| Joseph R. Saveri | Jeremy D. Mishkin |
| Steven N. Williams | Montgomery McCracken Walker & Rhoads LLP |
| Christopher K.L. Young | 1735 Market Street |
| Louis A. Kessler | Philadelphia, PA 19103-7505 |
| Joseph Saveri Law Firm, LLP | Direct: 215-772-7246 |
| 601 California Street, Suite 1000 | jmishkin@mmwr.com |
| San Francisco, California 94108 | |
| Telephone: (415) 500-6800 | *Defendant Caroline Ellison* |

| | |
|---|---|
| Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>swilliams@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>lkessler@saverilawfirm.com | c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | *Defendant Golden State Warriors, LLC*<br><br>c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |
| Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com | |
| Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com | |
| Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB<br>51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |
| Joseph R. Saveri (phv forthcoming)<br>Steven N. Williams (phv<br>forthcoming)<br>Christopher K.L. Young (phv<br>forthcoming)<br>Louis A. Kessler (phv forthcoming)<br>**JOSEPH SAVERI LAW FIRM,<br>LLP**<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone: (415) 500-6800 | |

| Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>swilliams@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>lkessler@saverilawfirm.com | |
|---|---|
| **US District Court for the Northern District of California**<br>**Rabbitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655** | |
| *Counsel for Plaintiff*<br><br>Shawn A. Williams<br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>shawnw@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>Anny Marie Martin<br>Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>amartin@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br><br>Brian Edward Cochran<br>Kenneth P. Dolitsky<br>Eric Ian Niehaus<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>BCochran@rgrdlaw.com<br>kdolitsky@rgrdlaw.com<br>ericn@rgrdlaw.com | *Counsel for Sequoia Capital Operations, LLC*<br><br>Jennifer Kennedy Park<br>Ye Eun Chun<br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd, Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>Email: jkpark@cgsh.com<br>Email: jwalden@cgsh.com<br>Email: chchun@cgsh.com<br><br>*Counsel for Thoma Bravo,*<br><br>Mark Edward McKane<br>Anna Terteryan<br>Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>Fax: (415) 439-1500<br>Email: mark.mckane@kirkland.com<br>Email: anna.terteryan@kirkland.com<br>Email: stephen.silva@kirkland.com<br>*Counsel for Paradigm Operations LP*<br><br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>alexander.drylewski@skadden.com<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP |

| | 525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com |
|---|---|

### US District Court for the Northern District of California

### Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945

| *Counsel for Plaintiff* | *Counsel for Sequoia Capital Operations, LLC* |
|---|---|
| Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>azram@themehdifirm.com<br><br>John C. Herman<br>Herman Jones LLP<br>3424 Peachtree Road, NE Suite 1650<br>Atlanta, GA 30326<br>Phone No. 404-504-6500<br>Fax No. 404-504-6501<br>jherman@hermanjones.com<br>svickery@hermanjones.com<br>csmith@hermanjones.com | Jennifer Kennedy Park<br>Joshua Walden<br>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>650-815-4160<br>jwalden@cgsh.com<br>chchun@cgsh.com<br>jkpark@cgsh.com<br><br>*Counsel for Thoma Bravo, L.P.*<br><br>Mark Edward McKane<br>Anna Terteryan<br>Stephen M. Silva<br>Kirkland and Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>415-439-1864<br>Fax: 415-439-1500<br>anna.terteryan@kirkland.com<br>stephen.silva@kirkland.com<br>mark.mckane@kirkland.com<br><br>*Counsel for Paradigm Operations LP*<br><br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>alexander.drylewski@skadden.com<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP |

|  | 525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>mark.foster@skadden.com |
|---|---|

**US District Court for the Northern District of California**

**Cabo v. Sequoia Capital Operations, LLC et al, Case No.: 3:23-CV-02222**

| *Counsel for Plaintiffs* | *Counsel for Sequoia Capital Operations, LLC* |
|---|---|
| Kathryn Rachel Lanier<br>Lanier Law Firm<br>10940 W. Sam Houston<br>Pkwy North, Suite 100<br>Houston, TX, 77064<br>Phone: 713-659-5200<br>Rachel.lanier@lanierlaw<br>firm.com<br>Alex.Brown@LanierLawFirm.com<br>Mark.Lanier@LanierLawFirm.com<br>Dara.Hegar@LanierLawFirm.com<br>Sara.Abston@LanierLawFirm.com<br>Rachel.Lanier@LanierLawFirm.com<br>Audrey.Moore@LanierLawFirm.co<br>m<br>Belinda.Lower@LanierLawFirm.co<br>m | Jennifer Kennedy Park<br>Ye Eun Chun<br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd, Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>jkpark@cgsh.com<br>jwalden@cgsh.com<br>chchun@cgsh.com<br><br>*Counsel for Paradigm Operations LP*<br><br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>alexander.drylewski@skadden.com<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>mark.foster@skadden.com<br><br>*Counsel for Armanino LLP*<br><br>Matthew P. Bosher<br>Torsten Michael Kracht<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149 |

|  | tkracht@HuntonAK.com<br>mbosher@HuntonAK.com<br><br>**Justin Taylor Quinn**<br>Robinson Miller LLC<br>Ironside Newark<br>110 Edison Place, Suite 302<br>Newark, NJ 07102<br>973-690-5400<br>Email: jquinn@rwmlegal.com<br><br>*Counsel for Thoma Bravo L.*P.<br><br>Mark McKane, P.C.<br>Anna Terteryan<br>Stephen Silva<br>KIRKLAND & ELLIS LLP<br>555 California Street San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>mark.mckane@kirkland.com<br>anna.terteryan@kirkland.com<br>stephen.silva@kirkland.com |
|---|---|

| **US District Court for the Northern District of California** |
|---|
| **Imbert v. Bankman-Fried, LLP et al, Case No.: 3:23-CV-02475** |

| *Counsel for Plaintiff* | *Counsel for Samuel Bankman−Fried* |
|---|---|
| William M. Audet<br>Kurt David Kessler<br>Ling Yue Kuang<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br>kkessler@audetlaw.com<br>lkuang@audetlaw.com | Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br><br>Defendant Zixiao "Gary" Wang<br><br>Defendant Nishad Singh<br><br>Defendant Caroline Ellison |

| **United States District Court for the District of New Jersey** |
|---|
| **Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389** |

| *Counsel for Plaintiffs* | *Counsel for Prager Metis CPAs, LLC:* |
|---|---|
| Anthony Scordo | Meredith Kaplan Stoma |

| | |
|---|---|
| 1425 Pompton Avenue<br>Cedar Grove, NJ 07009<br>973 837-1861<br>anthonyscordo@msn.com | Amy Canning<br>Lewis Brisbois Bisgaard & Smith LLP<br>Newark<br>1 Riverfront Plaza, Suite 800<br>Newark, NJ 07102<br>(973) 577-6260<br>meredith.stoma@lewisbrisbois.com<br>amiecanning@gmail.com<br><br>Peter Thomas Shapiro<br>Lewis Brisbois Bisgaard & Smith LLP<br>77 Water St., Suite 2100<br>New York, NY 10005<br>(212) 232-1322<br>Fax: (212) 232-1399<br>peter.shapiro@lewisbrisbois.com<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000 - 312-853-7036<br>bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Irene Yang<br>Sidley Austin LLP<br>555 California St<br>San Francisco, CA<br>(415) 772-1230<br>irene.yang@sidley.com<br><br>*Counsel for ARMANINO LLC*<br><br>Matthew P. Bosher<br>Torsten Michael Kracht<br>Hunton Andrews Kurth LLP |

|  | 2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202419-2149<br>tkracht@HuntonAK.com<br>mbosher@HuntonAK.com<br><br>**Justin Taylor Quinn**<br>Robinson Miller LLC<br>Ironside Newark<br>110 Edison Place, Suite 302<br>Newark, NJ 07102<br>973-690-5400<br>Email: jquinn@rwmlegal.com |
|---|---|
| *Counsel for Plaintiffs* | *No Counsel for Defendants* |
| **Maderal Byrne & Furst PLLC**<br>2800 Ponce de Leon Boulevard, Suite 1100<br>Coral Gables, Florida 33134<br>(305) 520-5690<br><br><br>Rachel Wagner Furst<br>Fla. Bar No. 45155<br>rachel@maderalbyrne.com<br><br>John R. Byrne<br>Fla. Bar No. 0126294<br>john@maderalbyrne.com<br><br>**Francisco R. Maderal**<br>Fla. Bar No. 0041481<br>frank@maderalbyrne.com<br><br>**Nigh Goldenberg Raso & Vaughn**<br>**Marlene Goldenberg**<br>Minnesota Bar No. 0394943<br>mgoldenberg@Nighgoldenberg.com<br>*(Motion to Appear Pro Hac Vice to be Filed)*<br>A:14 Ridge Square NW Third Floor<br>Washington, D.C., 20016<br>(202) 792-7927<br><br>**Daniel Nigh**<br>Florida Bar No. 30905<br>Dnigh@Nighgoldenberg.com |  |

| 1333 College Parkway, Suite 1049<br>Gulf Breeze, Florida 32563 | |