# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**

| | |
|---|---|
| In Re: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | CASE NO. 1:23-md-03076-KMM <br><br> DEFENDANT SAMUEL BANKMAN-FRIED'S PRELIMINARY REPORT |
| This Document Relates To: <br><br> GARRISON v. BANKMAN-FRIED, *et al*., No. 22-cv-23753-MOORE/BECERRA | |

**EXHIBIT A**

1. **Affiliated Companies and Counsel**

    a. **Affiliated Companies**: None.

    b. **Affiliated Counsel**:

    Richard M. Simins, Esq.
    Jeremy D. Mishkin, Esq.
    Edward L. Schnitzer, Esq.
    Gregory T. Donilon, Esq,
    **MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
    1735 Market Street, 21st Floor
    Philadelphia, PA 19103-7505
    Telephone 215-772-1500
    rsimins@mmwr.com
    jmishkin@mmwr.com
    eschnitzer@mmwr.com
    gdonilon@mmwr.com

    S. Gale Dick, Esq.
    Mark S. Cohen, Esq.
    Christian R. Everdell, Esq.
    **COHEN & GRESSER LLP**
    800 Third Avenue, 21st Floor

New York, New York 10022
(212) 957-7600
sgdick@cohengresser.com
mcohen@cohengresser.com
ceverdell@cohengresser.com

Marc. R. Lewis, Esq.
Zachary C. Flood, Esq.
**LEWIS & LLEWELLYN LLP**
601 Montgomery Street, Suite 2000
Sand Francisco, CA 94111
628-300-1525
mlewis@lewisllewellyn.com
zflood@lewisllewellyn.com

Gerald E. Greenberg, Esq.
Adam Schachter, Esq.
Andrew Figueroa, Esq.
**GELBER SCHACHTER & GREENBERG, P.A.**
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131-1715
Direct: (305) 728-0953
Main: (305) 728-0950
Fax: (305) 728-0951
ggreenberg@gsgpa.com
aschachter@gsgpa.com
afigueroa@gsgpa.com

2. **Pending Motions**

Mr. Bankman-Fried previously filed a Motion to Stay or Dismiss in *Garrison v. Bankman-Fried, et al.*, No. 22-cv-23753. As of the Court's Order (MDL Docket No. 10), the Motion to Stay is currently stayed. The Motion to Stay or Dismiss argues the civil action should be stayed through the pendency of the criminal action against Mr. Bankman-Fried, to preserve Mr. Bankman-Fried's Fifth Amendment Rights. Plaintiffs do not oppose the stay. In the alternative, the Motion argues Plaintiffs' claims should be compelled to arbitration or dismissed with prejudice under Rules 12(b)(1) and 12(b)(3) per FTX US and FTX Trading, Ltd.'s Terms of Service, which contain choice-of-law and venue clauses, arbitration agreements, and class action waivers.

3. **Related Cases**

a. **Class Actions:**

*Imbert v. Bankman-Fried, et al.*, No. 23-cv-02475 (N.D. Cal.).

b. **Bankruptcy Adversary Action:**

*Onusz v. West Shire Realms, Inc., et al.*, No. 22-11068, Adv. Proc. No. 22-50513(Bankr. D. Del.).