IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
No: 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To All Cases

### NOTICE OF APPEARANCE OF COUNSEL
### FOR DEFENDANT PARADIGM OPERATIONS LP

T. Todd Pittenger, Esq. of the Law Firm GrayRobinson, P.A., enters his appearance as counsel of record for the Defendant, Paradigm Operations LP, with a full reservation of all procedural and substantive defenses. Pursuant to Federal Rule of Civil Procedure 5, it is requested that the Court and all parties henceforth serve copies of all record activity on the undersigned.

Dated: June 17, 2023

Respectfully submitted,

*/s/ T. Todd Pittenger*
T. TODD PITTENGER, ESQ.
Florida Bar No.: 768936
todd.pittenger@gray-robinson.com
**GRAYROBINSON, P.A.**
301 E. Pine Street, Suite 1400
Orlando, FL  32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690

*Counsel for Defendant Paradigm Operations LP*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2023, I e-filed the foregoing document by using the Court's CM/ECF system which will send a notice of electronic filing to all registered users.

*/s/ T. Todd Pittenger*
T. TODD PITTENGER, ESQ