# EXHIBIT A

## List of Affiliated Companies and Counsel

Armanino LLP is a limited liability partnership. It has no parent and no publicly held corporation owns stock in Armanino.

The following individuals are counsel for Armanino LLP.

Samuel A. Danon (FBN 892671)
Jamie Z. Isani (FBN 728861)
Tom K. Schulte (FBN 1025692)
Hunton Andrews Kurth LLP
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Tel: (305) 810-2500
sdanon@HuntonAK.com
jisani@HuntonAK.com
tschulte@Huntonak.com

Matthew P. Bosher (*Pro Hac Vice* pending)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 955-1500
mbosher@HuntonAK.com

Thomas R. Waskom (*Pro Hac Vice* pending)
Hunton Andrews Kurth LLP
951 E. Byrd Street
Richmond, VA 23219
Tel: (804) 788-8200
twaskom@HuntonAK.com