# EXHIBIT B

## List of Pending Motions

Pursuant to the June 5, 2023 Transfer Order issued by the United States Judicial Panel on Multidistrict Litigation in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 1:23-MD-03076, the parties in *O'Keefe v. Sequoia Capital Operation, LLC, et al.*, Case No. 1:23-cv-20700-JEM (S. D. Fla.) on June 13, 2023 filed a joint agreed motion for reassignment and transfer of that case to the consolidated proceedings before this Court.

Armanino LLP has no other pending motions before this Court or the original courts in which its cases were filed.