## EXHIBIT C

## List of Related Cases

| Case Name | Location | Status |
|---|---|---|
| *O'Keefe v. Sequoia Capital Operation, LLC, et al.*, Case No. 1:23-cv-20700 | Southern District of Florida | Identified as a tag-along action. Joint agreed motion to transfer and reassign to this Court pending. |
| *Siskind v. Sequoia Capital Operation, LLC, et al.*, Case No. 1:23-cv-22144 | Southern District of Florida | Likely tag-along action. Noted as a related action in civil cover sheet accompanying complaint. |
| *Pierce v. Bankman-Fried, et al.*, Case No. 3:22-cv-07444-JSC | Northern District of California | Transferred to this Court. |
| *Hawkins v. Bankman-Fried, et al.*, Case No. 22-cv-07620-JSC | Northern District of California | Transferred to this Court. |
| *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC | Northern District of California | Transferred to this Court. |
| *Cabo et al v. Sequoia Capital Operations, LLC et al*, Case No. 3:23−02222 | Northern District of California | Tag-along action. Panel's conditional transfer order transferring case to this Court unopposed. |
| *Lucky D., et al. v. Prager Metis LLP and Armanino LLP*, Case No. 2:23-cv-00389 | District of New Jersey | Tag-along action. Plaintiffs have filed a notice of opposition to the Panel's conditional transfer order. |
| *Gonzalez v. Armanino LLP*, Case No. C22-02548 | Contra Costa County Superior Court, California | Stayed until December 4, 2023. |