**PRELIMINARY REPORT, EXHIBIT A**

**List of Affiliated Companies for Sports & Entertainer Defendants**

Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence Gene David, Golden State Warriors, LLC, Udonis Haslem, William Trevor Lawrence, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM, and/or TSM FTX, pursuant to the Court's Order Setting Initial Trial Conference, ECF 7, hereby submit: (1) a list of all affiliated companies associated with each of them,[1] and (2) a list of all counsel associated with each of them in this litigation.

1. **Affiliated Companies**

    a. Companies affiliated with Thomas Brady that relate to this litigation:

        i. TEB Capital Management, Inc.

    b. Companies affiliated with Stephen Curry that relate to this litigation:

        i. SC30, Inc.

        ii. Ruin the Game Events, LLC

        iii. Underrated Golf LLC

    c. Companies affiliated with Lawrence Gene David that relate to this litigation:

        i. Latte Larry, Inc.

    d. Companies affiliated with Golden State Warriors, LLC:

        i. GSW Sports LLC

    e. Companies affiliated with Udonis Haslem that relate to this litigation:

---

[1] Certain of the Sports and Entertainer Defendants have other entities in which they are majority or minority participants that have no connection to this litigation (for instance, personal charitable trusts or unrelated business ventures).

      i. UJH Enterprises, Inc.

      ii. FAB Consulting Solutions, LLC

f. Companies affiliated with William Trevor Lawrence that relate to this litigation:

      i. MMBOC LLC, c/o Excel Sports Management

      ii. Excel Sports Management, LLC

      iii. MGC Sports LLC

g. Companies affiliated with Kevin O'Leary that relate to this litigation:

      i. O'Leary Productions Inc.

h. Companies affiliated with Shaquille O'Neal:

      i. ABG-Shaq, LLC

      ii. ABG-Shaq Entertainment LLC

      iii. Astrals, LLC

i. Companies affiliated with David Ortiz that relate to this litigation:

      i. Radgen Sports Management, LLC

j. Companies affiliated with Naomi Osaka:

      i. Naomi Osaka LLC

k. Companies affiliated with Solomid Corporation d/b/a Team Solomid, TSM, and/or TSM FTX:

      i. Swift Media Entertainment, Inc.

      ii. TSM Global, Inc.

      iii. Solomid Corporation

      iv. Solomid E-Sports Ltda.

      v. Solomid India Private Limited

      vi. TSM LOL, Inc.

      vii. Icon Media Talent, LLC

      viii. Blitz App, Inc.

      ix. Swift Studios, Inc.

l. Companies related to this litigation but not affiliated with any of the Sports and Entertainer Defendants:

      i. West Realm Shires Services, Inc. d/b/a FTX US

      ii. FTX Trading Ltd.

      iii. Blockfolio, Inc.

**2. Affiliated Counsel**

a. Colson, Hicks, Eidson, P.A. – *counsel for Thomas Brady, Gisele Bündchen, Lawrence Gene David, Shaquille O'Neal, Golden State Warriors, LLC, and Naomi Osaka*

      i. Roberto Martinez, Esq. (Fla. Bar No. 305596)
Stephanie Anne Casey, Esq. (Fla. Bar No. 97483)
Zachary Andrew Lipshultz, Esq. (Fla. Bar No. 123594)
Thomas Allen Kroeger (Fla. Bar No. 19303)
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

b. Latham & Watkins LLP – *counsel for Thomas Brady, Gisele Bündchen, Lawrence Gene David, and Shaquille O'Neal*

      i. Andrew B. Clubok, Esq. (*pro hac vice*)
Susan E. Engel, Esq. (*pro hac vice*)
Brittany M.J. Record, Esq. (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

      ii. Marvin S. Putnam, Esq. (*pro hac vice*)
Jessica Stebbins Bina, Esq. (*pro hac vice*)
Elizabeth A. Greenman, Esq. (*pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

          (424) 653-5500

    iii.    Michele D. Johnson, Esq. (*pro hac vice*)
          650 Town Center Drive, 20th Floor
          Costa Mesa, California 92626-1925
          (714) 540-1235

3. Gibson, Dunn & Crutcher LLP – *counsel for Golden State Warriors, LLC and Naomi Osaka*

    a.    Matthew S. Kahn, Esq. (*pro hac vice*)
         Michael J. Kahn, Esq. (*pro hac vice*)
         555 Mission Street, Suite 3000
         San Francisco, CA 94105-0921
         (415) 393-8379

    b.    Michael Dore (*pro hac vice* pending)
         Jamila MacEbong (*pro hac vice*)
         333 South Grand Avenue, Suite 4600
         Los Angeles, CA 90071-3197
         (213) 229-7155

4. Venable LLP – *counsel for Naomi Osaka*

    a.    David E. Fink
         2049 Century Park East, Suite 2300
         Los Angeles, CA 90067
         (310) 229-9900

5. Dimond Kaplan & Rothstein, P.A. – *counsel for William Trevor Lawrence*

    a.    David A. Rothstein, Esq. (Fla. Bar No. 995762)
         Alexander M. Peraza, Esq. (Fla. Bar No. 107044)
         Eshaba Jahir-Sharuz, Esq. (Fla. Bar No. 1038846)
         Offices at Grand Bay Plaza
         2665 South Bayshore Drive, PH-2B
         Miami, FL 33133

6. McAngus Goudelock & Courie LLC – *counsel for William Trevor Lawrence*

    a.    Eric A. Fitzgerald, Esq. (*pro hac vice*)
         Hillary N. Ladov, Esq. (*pro hac vice*)
         2000 Market Street, Suite 780
         Philadelphia, PA 19103

7. Akerman LLP – *counsel for Udonis Haslem and David Ortiz*

    a.    Christopher S. Carver, Esq. (Fla. Bar No. 993580)
         Jason S. Oletsky, Esq. (Fla. Bar No. 9301)
         Katherine A. Johnson, Esq. (Fla. Bar No. 1040357)
         350 East Las Olas Boulevard – Suite 1600
         Ft. Lauderdale, FL 33301
         (954) 463-2700

8. McDermott Will & Emery LLP – *counsel for Stephen Curry*

    a. Nathan Bull (Fla. Bar No. 1029523)
       333 SE 2nd Ave., Suite 4500
       Miami, Florida 33131
       (212) 547-5768

    b. Jason D. Strabo (*pro hac vice*)
       Ellie Hourizadeh (to file *pro hac vice*)
       2049 Century Park East, Suite 3200
       Los Angeles, CA 90067
       (310) 788-4125

    c. Sarah P. Hogarth (*pro hac vice*)
       500 North Capitol Street NW
       Washington, DC 20001
       (202) 756-8354

9. Weil, Gotshal & Manges LLP – *counsel for Shohei Ohtani*

    a. Edward Soto (Fla Bar. No. 0265144)
       1395 Brickell Avenue, Suite 1200
       Miami, FL 33131-3368
       (305)-577-3100

10. Marcus Neiman Rashbaum & Pineiro LLP – *counsel for Kevin O'Leary and Solomid Corporation d/b/a Team Solomid, TSM, and/or TSM FTX*

    a. Jeffrey Neiman (Fla Bar. No. 544469)
       Jeffrey Marcus (Fla. Bar No. 310890)
       Michael Pineiro (Fla. Bar No. 041897)
       Brandon Floch (Fla. Bar No. 125218)
       100 Southeast Third Avenue, Suite 805
       Fort Lauderdale, Florida 33394
       (954) 462-1200
       2 South Biscayne Blvd., Suite 2530
       Miami, Florida 33131
       (305) 400-4260

11. Berk Brettler LLP – *counsel for Kevin O'Leary and Solomid Corporation d/b/a Team Solomid, TSM, and/or TSM FTX*

    a. Andrew B. Brettler (*pro hac vice*)
       9119 Sunset Boulevard
       West Hollywood, CA 90069
       (310) 278-2111