## PRELIMINARY REPORT, EXHIBIT B

### List of Pending Motions for Sports and Entertainer Defendants

Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence Gene David, Golden State Warriors, LLC, Udonis Haslem, William Trevor Lawrence, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM, and/or TSM FTX, pursuant to the Court's Order Setting Initial Trial Conference, ECF 7, hereby submit the following list of pending motions:

1. Motion to Stay Discovery, *Garrison v. Bankman-Fried et al.*, No. 1:22-cv-23753 (S.D. Fla.), *Garrison* ECF No. 162.

2. Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive notices of Electronic Filing for Michael Dore, *Garrison v. Bankman-Fried et al.*, No. 1:22-cv-23753 (S.D. Fla.), *Garrison* ECF No. 168.

3. Motion to Withdraw as Counsel by Stuart Z. Grossman and Manuel A. Arteaga-Gomez, *Garrison v. Bankman-Fried*, No. 1:22-cv-23753 (S.D. Fla.), *Garrison* ECF No. 212.