# Appendix A

## List of Affiliated Companies and Counsel

| | |
|---|---|
| Paul Courtney Huck , Jr<br>Lawson Huck Gonzalez, PLLC<br>334 Minorca Avenue<br>Coral Gables, FL 33134<br>305-793-3232<br>Email: paul@lawsonhuckgonzalez.com<br><br>Jennifer Kennedy Park (*Pro Hac Vice*)<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304<br>650-815-4130<br>Email: jkpark@cgsh.com<br><br>Joon Kim(*Pro Hac Vice*)<br>Rishi N. Zutshi(*Pro Hac Vice* application pending)<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2950<br>Email: jkim@cgsh.com<br>Email: rzutshi@cgsh.com | Counsel for **Sequoia Capital Operations, LLC.** Sequoia Capital Operations, LLC does not have any parent corporation and no publicly held corporation owns 10% or more of its stock. |
| Jordi Guso<br>Florida Bar No. 863580<br>Ana Elena Kauffmann<br>Florida Bar No. 0089092<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Ste 1900<br>Miami, FL 33131<br>305-714-4376<br>Email: jguso@bergersingerman.com<br>Email: akauffmann@bergersingerman.com<br><br>Mark McKane, P.C.<br>*(Pro Hac Vice Forthcoming)* | Counsel for **Thoma Bravo, L.P.** Thoma Bravo, LP does not have any parent corporation and no publicly held corporation owns 10% or more of its stock. |

| | |
|---|---|
| Anna Terteryan<br>(*Pro Hac Vice Forthcoming*)<br>Stephen Silva<br>(*Pro Hac Vice Forthcoming*)<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br>Email: mark.mckane@kirkland.com<br>Email: anna.terteryan@kirkland.com<br>Email: stephen.silva@kirkland.com | |
| Thomas Todd Pittenger<br>Kelly Jean Howard Garcia<br>GrayRobinson, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>407-843-8880<br>Fax: 407-244-5690<br>Email: todd.pittenger@gray-robinson.com<br>Email: kelly.garcia@gray-robinson.com<br><br>Alexander C. Drylewski (*Pro Hac Vice*)<br>Skadden, Arps, Slate, Meagher & From LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>Email: alexander.drylewski@skadden.com<br><br>Mark R.S. Foster<br>Skadden, Arps, Slate, Meagher & From LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>(650) 470-4500<br>Email: mark.foster@skadden.com | Counsel for **Paradigm Operations LP**. Paradigm Operations LP does not have any parent corporation and no publicly held corporation owns 10% or more of its stock. |
| Michael Tein<br>Tein Malone Trial Lawyers<br>3059 Grand Avenue<br>Coconut Grove, Florida 33133<br>Telephone: (305) 442-1101<br>Email: Tein@teinmalone.com<br><br>Brian E. Klein<br>Scott M. Malzahn | Counsel for **Multicoin Capital Management LLC**. Multicoin Capital Management LLC does not have any parent corporation and no publicly held corporation owns stock in Multicoin. |

| | |
|---|---|
| Waymaker LLP<br>515 S. Flower Street, Suite 3500<br>Los Angeles, California 90071<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850<br>Email: bklein@waymakerlaw.com<br>Email: smalzahn@waymakerlaw.com | |
| Peter H. White<br>Jeffrey F. Robertson<br>Schulte Roth & Zabel LLP<br>555 Thirteenth Street, NW<br>Suite 6W<br>Washington, DC 20004<br>Telephone: 202-729-7470<br>Facsimile: 202-730-4520<br>Email: pete.white@srz.com<br>Email: jeffrey.robertson@srz.com | Counsel for **Tiger Global Management, LLC.** Tiger Global Management LLC does not have any parent corporation and no publicly held corporation owns 10% or more of its stock. |
| Adam Foslid<br>Florida Bar No. 682284<br>Email: afoslid@winston.com<br>Daniel Tramel Stabile<br>Florida Bar No. 95750<br>dstabile@winston.com<br>WINSTON & STRAWN LLP<br>200 South Biscayne Blvd., Suite 2400<br>Miami, FL 33131<br>Telephone: (305) 910-0500<br>Facsimile: (305) 910-0505<br><br>Anna Erickson White<br>(*Pro Hac Vice Forthcoming*)<br>AWhite@mofo.com<br>Ryan M. Keats | Counsel for **Softbank Vision Fund (AIV M2) L.P.**[1] |

---

[1] As explained in the preliminary report, SVF II Tempest (DE) LLC, rather than SoftBank Vision Fund (AIV M2) L.P., is the proper party in the *O'Keefe* action, and Plaintiff in *O'Keefe* indicated that he intended to amend his complaint to substitute SVF II Tempest (DE) LLC for SoftBank Vision Fund (AIV M2) L.P. Counsel for SVF II Tempest (DE) LLC will provide a corporate disclosure statement if and when it is substituted for SoftBank Vision Fund (AIV M2) L.P.

| | |
|---|---|
| (*Pro Hac Vice Forthcoming*)<br>Email: RKeats@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Eric D. Lawson<br>(*Pro Hac Vice Forthcoming*)<br>Email: ELawson@mofo.com<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | |