# Appendix B

# List of Pending Motions

The Investor Defendants are aware of the following pending motions before this Court:

| Case | Pending Motion |
|---|---|
| *O'Keefe v. Sequoia Capital Operations, LLC et al.*, 23-cv-20700 (S.D. Fla.) | <ul><li>*Motion to Appear Pro Hac Vice*, ECF No. 67</li><li>*Motion to Appear Pro Hac Vice*, ECF No. 71</li><li>*Motion to Appear Pro Hac Vice*, ECF No. 72</li><li>*Joint Agreed Motion for Reassignment / Intra-District Transfer of Related Case and for Stay of Case Deadlines*, ECF No. 89</li><li>*Motion to Appear Pro Hac Vice*, ECF No. 90</li></ul> |
| *Garrison v. Bankman-Fried et al.*, 1:22-cv-23753 (S.D. Fla.) | <ul><li>*Motion to Stay Discovery*, ECF No. 162</li><li>*Motion to Appear Pro Hac Vice*, ECF No. 168</li><li>*Motion to Withdraw as Attorney*, ECF No. 212</li></ul> |