# Appendix C

# List of Related Cases

| No. | Case Name | Case No. | Jurisdiction | Tagged in MDL | Defendants |
|---|---|---|---|---|---|
| 1. | *Lucky D. et al. v. Prager Metis LLP et al.* | 23-cv-00389 | D.N.J. | CTO-1 | Prager Metis LLP, Armanino LLC |
| 2. | *Rabbitte v. Sequoia Capital Operations, LLC et al.* | 23-cv-00655 | N.D. Cal. | CTO-1 | Sequoia Capital Operations, LLC, Thoma Bravo, LP, Paradigm Operations LP |
| 3. | *Girshovich v. Sequoia Capital Operations, LLC et al.* | 23-cv-00945 | N.D. Cal. | CTO-1 | Sequoia Capital Operations, LLC, Paradigm Operations LP, Thoma Bravo, LP |
| 4. | *Cabo et al. v. Sequoia Capital Operations, LLC et al.* | 23-cv-02222 | N.D. Cal. | CTO-1 | Sequoia Capital Operations, LLC, Armanino LLP, Prager Metis CPAs, LLC |
| 5. | *Imbert v. Bankman-Fried et al.* | 23-cv-02475 | N.D. Cal. | CTO-1 | Samuel Bankman-Fried, Zixiao "Gary" Wang, Nishad Singh, Caroline Ellison |
| 6. | *O'Keefe v. Sequoia Capital Operations, LLC, et al.* | 23-cv-20700 | S.D. Fla. | Expected to be transferred to MDL via Intra-District Procedures | Altimeter Capital Management, LP, Armanino LLP, Deltec Bank and Trust Company Limited, Farmington State Bank d/b/a Moonstone Bank, Jean Chalopin, Fenwick & West LLP, Multicoin Capital Management LLC, Paradigm Operations LP, Prager Metis CPAs, LLC, Ribbit Capital, L.P., Sequoia Capital Operations, LLC, Sino Global Capital Limited, SoftBank Vision Fund (AIV M2) L.P., SoftBank Group Corp., Temasek Holdings (Private) Limited, Thoma |

| No. | Case Name | Case No. | Jurisdiction | Tagged in MDL | Defendants |
|---|---|---|---|---|---|
| | | | | | Bravo, L.P., and Tiger Global Management, LLC |
| 7. | *Garrison, et al. v. Bankman-Fried, et al.* | 22-cv-23753 | S.D. Fla. | Yes | Samuel Bankman-Fried, Thomas Brady, Gisele Bundchen, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors LLC, Shaquille O'Neil, William Trevor Lawrence, Shohei Ohtani, Naomi Osaka, Lawrence Gene David, Solomid Corporation, d/b/a Team Solomid, TSM, and/or TSM FTX, Caroline Ellison, Gary (Zixiao)Wang, Nishad Singh and Dan Friedberg |
| 8. | *Norris, et al. v. Brady, et al.* | 23-cv-20439 | S.D. Fla. | Yes | Thomas Brady, Kevin O'Leary, and David Ortiz |
| 9. | *Podalsky, et al. v. Bankman-Fried, et al.* | 22-cv-23983 | S.D. Fla. | Yes | Samuel Bankman-Fried, Thomas Brady, Gisele Bundchen, Lawrence Gene David, Kevin O'Leary, David Ortiz, Udonis Haslem, Trevor Lawrence, Golden State Warriors, LLC, Stephen Curry, Shohei Ohtani, Naomi Osaka, Sam Trabucco, Caroline Ellison, Zixiao Gary Wang, Nishad Singh, Dan Friedberg |
| 10. | *Garrison, et al. v. Paffrath, et al.* | 23-cv-21023 | S.D. Fla. | Yes | Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, Creators Agency, LLC |
| 11. | *Papadakis v. Bankman-Fried, et al.* | 23-cv-00024 | N.D. Cal. | Yes | Samuel Bankman-Fried, Armanino LLP, Prager Metis CPAs, LLC, |

| No. | Case Name | Case No. | Jurisdiction | Tagged in MDL | Defendants |
|---|---|---|---|---|---|
| | | | | | Caroline Ellison, Zixiao Gary Wang, Nishad Singh |
| 12. | *Jessup v. Bankman-Fried, et al.* | 22-cv-07666<br>23-cv-22200 | N.D. Cal.<br>S.D. Fla. | Yes | Samuel Bankman-Fried, Caroline Ellison, Nishad Singh, Gary Wang and Sam Trabucco |
| 13. | *Hawkins v. Bankman-Fried, et al.* | 22-cv-07620 | N.D. Cal. | Yes | Samuel Bankman-Fried, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino LLP, and Prager Metis CPAs, LLC |
| 14. | *Pierce v. Bankman-Fried, et al.* | 22-cv-07444<br>23-cv-22206 | N.D. Cal.<br>S.D. Fla. | Yes | Samuel Bankman-Fried, Caroline Ellison, Zixiao Wang, Nishad Singh, Armanino LLP and Prager Metis CPAs |
| 15. | *Lam, et al. v. Bankman-Fried, et al.* | 22-cv-07336<br>23-cv-22195 | N.D. Cal.<br>S.D. Fla. | Yes | Samuel Bankman-Fried, Caroline Ellison and Golden State Warriors LLC |
| 16. | *Siskind v. Sequoia Capital Operations, LLC, et al.* | 23-cv-22144 | S.D. Fla. | Yes | Sequoia Capital Operations LLC, Armanino, LLP, Thoma Bravo L.P., Paradigm Operations LP, Prager Metis CPAs, LLC |