UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Lead Case No. 1:23-md-03076-KMM
Associated Case No. 1:23-cv-22206

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

ALL ACTIONS.
_____/

### MOTION TO DESIGNATE STEPHEN T. PIERCE AS A PLAINTIFF

Stephen T. Pierce respectfully requests to be designated as a "Plaintiff" rather than a "Movant" in the above-styled case because he is the plaintiff in the Northern District of California case styled, *Stephen Pierce v. Samuel Bankman-Fried et al.*, C.A. No. 3:22-cv-07444, which was transferred to this Court for coordinated or consolidated pretrial proceedings pursuant to the Transfer Order filed on June 5, 2023 and entered on this Court's docket on June 6, 2023. [ECF No. 1]. A proposed order is attached.

Dated: June 20, 2023.

/s/ Sarah A. Naccache
Sarah A. Naccache, Esquire
Florida Bar Number 1028143
Kass Shuler, P.A.
Post Office Box 800
Tampa, Florida 33601-0800
Phone: (813) 229-0900
Fax: (813) 229-3323
Primary Email: snaccache@kasslaw.com
Secondary Email: eservicetrybus@kasslaw.com

*Attorney for Plaintiff Stephen T. Pierce*

1