UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Lead Case No. 1:23-md-03076-KMM
Associated Case No. 1:23-cv-22206

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

ALL ACTIONS.
_____/

**<u>ORDER DESIGNATING STEPHEN T. PIERCE AS A PLAINTIFF</u>**

THIS CAUSE having come before the Court on the Motion to Designate Stephen T. Pierce as a Plaintiff ("Motion"). This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Stephen T. Pierce is hereby designated as a "Plaintiff" rather than a "Movant" in the above-styled case.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2023.

_____
United States District Judge
K. Michael Moore

Copies furnished to: All Counsel of Record.