UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-md-03076-KMM/Becerra

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 20, 2023.

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge ALICIA M. OTAZO-REYES. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 1:23-md-03076-KMM/ Otazo-Reyes.

BY ORDER OF THE COURT this 20th day of June 2023, Miami, Florida.

CLERK OF COURT

By: *m.nicado*
Deputy Clerk