<div align="center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

</div>

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**
_____

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

<div align="center">

**SUPPLEMENT TO PLAINTIFFS' PRELIMINARY REPORT
IN ADVANCE OF INITIAL STATUS CONFERENCE**

</div>

Undersigned counsel, who include counsel for all the actions pending before, or transferred to, this Court, respectfully submit this Supplement to their Preliminary Report filed June 16, 2023.

Counsel have had an opportunity to meet both by Zoom and in person to discuss how to manage this litigation efficiently and expeditiously. Counsel have unanimously agreed to propose for the Court's consideration the attached Leadership Structure. Counsel will be prepared to respond to any questions the Court may have, and to furnish whatever information the Court would like to have, either at the hearing tomorrow or at the Court's convenience.

Dated: June 20, 2023                                              Respectfully submitted,

| | |
|---|---|
| *s/ Adam M. Moskowitz* | *s/ David Boies* |
| Adam M. Moskowitz | David Boies |
| Howard Bushman | Brooke Alexander |
| Joseph M. Kaye | Marc Ayala |
| The Moskowitz Law Firm, PLLC | Alexander Boies |
| Continental Plaza | Boies Schiller Flexner LLP |
| 3250 Mary Street, Suite 202 | 333 Main Street |
| Miami, FL 33133 | Armonk, NY 10504 |
| Mailing Address: | 914-749-8200 |
| P.O. Box 653409 | dboies@bsfllp.com |
| Miami, FL 33175 | aboies@bsfllp.com |
| Office: (305) 740-1423 | balexander@bsfllp.com |
| adam@moskowitz-law.com | mayala@bsfllp.com |
| joseph@moskowitz-law.com | |
| service@moskowitz-law.com | |

Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street, Suite 1999
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Laurence D. King
Kathleen A. Herkenhoff
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
Kherkenhoff@kaplanfox.com
lking@kaplanfox.com

Frederic S. Fox
Joel B. Strauss
Jeffrey Philip Campisi
Kaplan Fox & Kilsheimer
800 Third Avenue, 38th Floor
New York, NY 10022
212-687-1980
FFox@kaplanfox.com
jcampisi@kaplanfox.com
jstrauss@kaplanfox.com

Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

Stephen N. Zack
Tyler Evan Ulrich
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com
tulrich@bsfllp.com

Amy Michelle Bowers
Timothy Andrew Kolaya
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131
305-614-1400
Fax: 305-614-1425
abowers@sknlaw.com
tkolaya@sknlaw.com

Benjamin D. Reichard
C. Hogan Paschal
James R. Swanson
Monica Bergeron
Kerry James Miller
Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
(504) 586-5252
breichard@fishmanhaygood.com
hpaschal@fishmanhaygood.com
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
mbergeron@fishmanhaygood.com

<div style="display: flex;">

Patrick Yarborough
Foster Yarborough PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
713-331-5254
Fax: 713-513-5202
Patrick@fosteryarborough.com

Matthew W. Reiser
Michael Joseph Reiser
Reiserlaw
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
(925) 256-0400
matthew@reiserlaw.com
Michael@reiserlaw.com

Daniel C. Girard
Adam E. Polk
Tom Lane Watts
Girard Sharp LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
Fax: 415-981-4846
dgirard@girardsharp.com
apolk@girardsharp.com
tomw@girardsharp.com

Jason Scott Hartley
Jason Michael Lindner
Hartley LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
(619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com

lindner@hartleyllp.com

</div>

P. Solange Hilfinger-Pardo
Todd M. Logan
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
shilfingerpardo@edelson.com
tlogan@edelson.com

Eitan Kimelman
Peretz Bronstein
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
212-697-6484
eitank@bgandg.com
peretz@bgandg.com

J Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
ahood@pomlaw.com
jalieberman@pomlaw.com

Joshua B. Silverman
Christopher P. T. Tourek
Pomerantz LLP
10 South La Salle Street, Suite 3505
Chicago, IL 60603
312-377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

Shawn A. Williams
Hadiya Khan Deshmukh
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
Fax: (415) 288-4534
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Anny Marie Martin
Stuart Andrew Davidson
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd., Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
amartin@rgrdlaw.com
sdavidson@rgrdlaw.com

Brian Edward Cochran
Eric Ian Niehaus
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
Fax: (619) 231-7423
BCochran@rgrdlaw.com
kdolitsky@rgrdlaw.com
ericn@rgrdlaw.com

Azra Z. Mehdi
The Mehdi Firm, PC
95 Third Street
2nd Floor, Ste No. 9122
San Francisco, CA 94103
(415) 905-8880
azram@themehdifirm.com

James M. Davis
Thomas Joseph O'Reardon, II
Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
Fax: 619-338-1101
jdavis@bholaw.com
toreardon@bholaw.com
tblood@bholaw.com

Melanie Rae Persinger
Paul K. Joseph
Trevor Matthew Flynn
Caroline Emhardt
Jack Fitzgerald
Fitzgerald Joseph, LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
(619) 215-1741
melanie@fitzgeraldjoseph.com
paul@fitzgeraldjoseph.com
trevor@fitzgeraldjoseph.com
caroline@fitzgeraldjoseph.com
jack@fitzgeraldjoseph.com

William M. Audet
Kurt David Kessler
Ling Yue Kuang
Audet & Partners, LLP
711 Van Ness Avenue. Suite 500
San Francisco, CA 94102-3229
415-568-2555
415-568-2556
waudet@audetlaw.com
kkessler@audetlaw.com
lkuang@audetlaw.com

Robert Lawrence Lieff
PO Drawer A
Rutherford, CA 94573
415-250-4800
rlieff@lieff.com

4

John C. Herman
Herman Jones LLP
3424 Peachtree Road, NE Suite 1650
Atlanta, GA 30326
Phone No. 404-504-6500
Fax No. 404-504-6501
jherman@hermanjones.com
svickery@hermanjones.com
csmith@hermanjones.com

Timothy D. Battin
Christopher V. Le
BoiesBattin LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
(703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

David Stone
Stone & Mangnanini
400 Connell Drive
Berkeley Heights, NJ 07922
(973) 218-1111
Dstone@smcomplex.com

Joseph R. Saveri
Steven N. Williams
Christopher K.L. Young
Louis A. Kessler
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, California 94108
(415) 500-6800
Fax (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com
lkessler@saverilawfirm.com

Todd M. Logan
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
415-373-9435
tlogan@edelson.com

Kathryn Rachel Lanier
Alex J. Brown
J. Davis LaBarre
Lanier Law Firm
10940 W. Sam Houston Pkwy
North, Suite 100
Houston, TX, 77064
Phone: 713-659-5200
Alex.Brown@LanierLawFirm.com
Mark.Lanier@LanierLawFirm.com
Rachel.Lanier@LanierLawFirm.com
Matt.Przywara@LanierLawFirm.com
Belinda.Lower@LanierLawFirm.com
Audrey.Moore@LanierLawFirm.com
Davis.LaBarre@LanierLawFirm.com
Jonathan.Wilkerson@LanierLawFirm.com

Rachel Furst
John R. Byrne
Frank R. Maderal
Maderal Byrne & Furst, PLLC
2800 Ponce De Leon Blvd., Suite 1100
Coral Gables, FL 33134
(305) 520-569
rachel@maderalbyrne.com
frank@maderalbyrne.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I electronically served the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record in the Court's ECF filing system and via email or mail to counsel listed in the master service list attached as Exhibit D.

/s/ Adam M. Moskowitz
**Adam M. Moskowitz**