# FTX PLAINTIFFS' PROPOSED LEADERSHIP STRUCTURE

**Plaintiffs' Co-Lead Counsel:**

1. David Boies (Boies Schiller Flexner LLP)
2. Adam Moskowitz (Moskowitz Law Firm)

**Plaintiffs' Steering Committee:**

1. Robert Lieff (Law Office of Robert Lieff)
2. James Swanson (Fishman Haygood LLP)
3. Laurence King (Kaplan Fox & Kilsheimer LLP)
4. Stuart Davidson (Robbins Geller Rudman & Dowd LLP)
5. Rachel Lanier (Lanier Law Firm)
6. Joseph Saveri (Joseph Saveri Law Firm, LLP)
7. Rachel Furst (Maderal Byrne & Furst PLLC)
8. Steve Zack (Boies Schiller Flexner LLP)
9. Joseph Kaye (Moskowitz Law Firm)
10. William Audet (Audet & Partners, LLP)

**Plaintiffs' Committees and Chairperson(s)**

1. **Domestic Venture Capital Funds:**
   C: Stuart Davidson (Robbins Geller Rudman & Dowd LLP)

2. **FTX Accountants:**
   C: Laurence King (Kaplan Fox & Kilsheimer LLP)

3. **FTX Professionals, including Law Firms:**
   C: Rachel Furst (Maderal Byrne & Furst PLLC) and William Audet (Audet & Partners, LLP)

4. **FTX Promoters/Brand Ambassadors/Influencers:**
   C: Alex Brown (Lanier Law Firm)

5. **FTX Insiders:**
   C: Marc Ayala (Boies Schiller Flexner LLP) and Jose Ferrer (Mark Migdal & Hayden)

6. **Foreign Investors**:
   C: Joseph Saveri (Joseph Saveri Law Firm)

7. **Insurance Coverage Counsel:**
   C: Kerry Miller (Fishman Haygood LLP)

8. **Liaison with Bankruptcy, Criminal and Foreign Litigations:**
   C: Robert Lieff (Law Office of Robert Lieff)

9. **E-Discovery, Documents and ESI:**
   C: Marshal Hoda (The Hoda Law Firm) and Adam Shaw (Boies Schiller Flexner LLP)

10. **Expert Committee:**
    C: Josh Silverman (Pomerantz LLP) and Alex Boies (Boies Schiller Flexner LLP)

11. **Briefing Committee:**
    C: Joseph Kaye (Moskowitz Law Firm) and Brooke Alexander (Boies Schiller Flexner LLP)

12. **Named Individual Plaintiffs:**
    C: Howard Bushman (Moskowitz Law Firm) and Tyler Ulrich (Boies Schiller Flexner LLP)