SCHEDULE B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

In re:

**IN RE: FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Joseph R. Saveri_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Joseph R. Saveri
California State Bar #: 130064
Joseph Saveri Law Firm, LLP
601 California St #1000
San Francisco, CA 94108
(415) 500-6800
jsaveri@saverilawfirm.com

Attorney Signature: ___/s/ Joseph R. Saveri_____    Date: __June 23, 2023_____