SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-KMM

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION
_____/



FILED BY _____ D.C.

JUN 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Donald Patrick Arthur Yarborough, the undersigned, do hereby certify that:

1. I am a member of good standing of the State Bar of Texas.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Donald Patrick Yarborough
State Bar of Texas No. 24084129
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002
(713) 331-5254 telephone
patrick@fosteryarborough.com

Attorney Signature: *Patrick Yarborough*   Date: June 22, 2023

**FOSTER YARBOROUGH** PLLC
917 Franklin Street
Suite 220
Houston, Texas 77002

NORTH HOUSTON TX 773

22 JUN 2023 PM 4 L

United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, Florida 33128

MDL

33128-771899

REC'D BY _____ D.C.
JUN 26 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI