SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

In re:

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION
_____/

FILED BY _____ D.C.
JUN 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Candace Smith__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Georgia__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Candace Smith
GA State Bar No. 654910
Herman Jones LLP
3424 Peachtree RD NE
Atlanta, Georgia 30326
(404) 504-6500

Attorney Signature: _/s/ Candace Smith_   Date: __June 21, 2023__

HERMAN JONES LLP
3424 Peachtree Road, N.E
Suite 1650
Atlanta, GA 30326

To: Clerk of the Court
United States District Court,
Southern District of Florida
400 N. Miami Avenue,
Miami, FL 33128

MDL

3312847716 C075



REC'D BY _____ D.C.
JUN 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI