UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.
JUN 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| In Re: FTX Cryptocurrency Exchange Collapse Litigation | No. 1:23-md-03076-KMM |

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Joel B. Strauss, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of New York and New Jersey.

2. I have studied, understand, and will abide by the Local Rules of the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Joel B. Strauss
New York Bar Number 2514032
New Jersey Bar Number 025271992
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
(212) 687-1980
jstrauss@kaplanfox.com

_____          Date: June 23, 2023
Joel B. Strauss

FedEx Express Package US Airbill

FedEx Tracking Number: 8174 9190 2055

Form ID No. 0215

**1 From**
Date:
Sender's Name:
Phone:
Company:
Address:
Dept./Floor/Suite/Room
City: State: ZIP:

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name:
Phone:
Company:
Address:
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept./Floor/Suite/Room
Address:
Use this line for the HOLD location address or for continuation of your shipping address.
City: State: ZIP:

**4 Express Package Service** *To most

*Next Business Day*
☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
☐ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
☒ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.
☒ FedEx Envelope*    ☐ FedEx Pak*

**6 Special Handling and Delivery Sig**
☐ Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M.
☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☐ Direct S...

Does this shipment contain dangerous goods?
— One box must be checked —
☒ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Decla... not required.

Restrictions apply for dangerous goods—see the current FedEx Servic...

**7 Payment** Bill to:
☒ Sender — Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Th...

Total Packages   Total Weight
_____ lbs.

†Our liability is limited to US$100 unless you declare a higher value. See th...

Rev. Date 3/19 • Part #163134 • ©1994–2019 FedEx • PRINTED IN U.S.A.

Hold Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.
Hold Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

fedex.com 1.800.GoFedEx 1.800.463.3339

8174 9190 2055