

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: FTX Cryptocurrency Exchange Collapse Litigation | No. 1:23-md-03076-KMM |
| --- | --- |

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Frederic S. Fox, the undersigned, do hereby certify that:

1.  I am a member of good standing of the Bar of New York.

2.  I have studied, understand, and will abide by the Local Rules of the Southern District of Florida.

3.  I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.  I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.  I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Frederic S. Fox
New York Bar Number 1988542
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
(212) 687-1980
ffox@kaplanfox.com

Date: June 26, 2023

_____
Frederic S. Fox

**FedEx** Express

*Package*
*US Airbill*

FedEx Tracking Number   8174 9190 2055

Form ID No.   0215

fedex.com   1.800.GoFedEx   1.800.463.3339

**1   From**

Date

Sender's Name                     Phone

Company

Address                     Dept./Floor/Suite/Room

City          State     ZIP

**2   Your Internal Billing Reference**

**3   To**

Recipient's Name                     Phone

Company

Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.          Dept./Floor/Suite/Room

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City          State     ZIP

Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**4   Express Package Service**   • To most

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**5   Packaging**   • Declared value limit $500.

☒ FedEx Envelope*          ☐ FedEx Pak*

**6   Special Handling and Delivery Sig**

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct S
Someone e may sign fo

Does this shipment contain dangerous goods
One box must be checked.

☒ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Decla not required.

Restrictions apply for dangerous goods—see the current FedEx Servic

**7   Payment   Bill to:**

Enter FedEx Acct. No. be

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ T

Total Packages    Total Weight          lbs.

†Our liability is limited to US$100 unless you declare a higher value. See th

Rev. Date 3/19 • Part #183134 • ©1994–2019 FedEx • PRINTED IN U.S.A

8174 9190 2055