UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ____JA____ D.C.
Jun 29, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

| In Re: FTX Cryptocurrency Exchange Collapse Litigation | No. 1:23-md-03076-KMM |
|---|---|

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Kathleen A. Herkenhoff, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules of the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Kathleen A. Herkenhoff
California Bar Number 168562
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA  94612
(415) 772-4700
kherkenhoff@kaplanfox.com

/s/ Kathleen A. Herkenhoff
Kathleen A. Herkenhoff

Date: June 23, 2023

ORIGIN ID:JEMA    (415) 772-4700
LAURENCE D. KING
KAPLAN FOX
1999 HARRISON STREET, SUITE 1650

OAKLAND, CA 94612
UNITED STATES US

SHIP DATE: 27JUN23
ACTWGT:
CAD: 250863297/INET4610

BILL SENDER

TO  MDL CLERK OF THE COURT
U.S.D.C., S.D.F.L.
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100          REF: FTX
INV:
PO:                     DEPT:

583J2/29AB/FE2D




FedEx Express

WED - 28 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7725 7331 4322
0201

XG MPBA

33128
FL-US  MIA



FedEx Ship Manager - Print Your Label(s)

6/27/23, 9:56 AM