**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**Lead Case No. 1:23-md-03076-KMM**
**Associated Case No. 1:23-cv-22326**

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

ALL ACTIONS.

**NOTICE OF CHANGE OF ADDRESS**
**FOR ATTORNEYS FREDERIC S. FOX**
**AND JOEL B. STRAUSS**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective February 21, 2023, the New York office of

Kaplan Fox & Kilsheimer LLP has relocated, and the address information for attorneys

Frederic S. Fox and Joel B. Strauss has changed.

All future pleadings, memoranda, correspondence, orders, etc., shall be sent to

Frederic S. Fox and Joel B. Strauss at:

Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY  10022

The phone and fax numbers, and email addresses for Mr. Fox and Mr. Strauss remain the

same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  July 3, 2023

By:  /s/ *Joel B. Strauss*
       Joel B. Strauss

Frederic S. Fox
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714

*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Kathleen A. Herkenhoff
Blair E. Reed
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Counsel for Plaintiff Julie Papadakis*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2023, I electronically filed the foregoing document entitled

"Notice of Change of Address for Attorneys Frederic S. Fox and Joel B. Strauss," with the Clerk

of Court using the CM/ECF System which will send electronic notification of such filing to all

counsel of record registered for e-service in the Court's CM/ECF filing system.

In addition, the following party was served via *First Class Mail* at the address indicated:

**Defendant Zixiao Gary Wang**
c/o Alex B. Miller
FRIED FRANK
One New York Plaza
New York, New York 10004

I am readily familiar with my firm's processing of *First Class Mail* and that process is

that the documents are enclosed in sealed envelopes, with postage pre-paid thereon, addressed as

indicated above, and deposited with the United States Postal Service in the ordinary course of

business on the same date as this Proof of Service.


　/s/　*Joel B. Strauss*　
Joel B. Strauss

3