UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

| |
|---|
| In RE<br><br>FTX CRYPTOCURRENCY<br>EXCHANGE COLLAPSE LITIGATION |
| This Document Relates To:<br><br>O'KEEFE v. SEQUOIA CAPITAL OPERATIONS, LLC, et al.<br>     Case No. 1:23-cv-20700-KMM |

**DEFENDANT FENWICK & WEST LLP'S**
**NOTICE OF RESOLUTION OF PERSONAL JURISDICTION CHALLENGE**

Defendant FENWICK & WEST LLP ("**Fenwick**") files this Notice of Resolution of Personal Jurisdiction Challenge and states:

Pursuant to section VI of the Court's June 21, 2023 Order [ECF No. 61], Fenwick waives any challenge to personal jurisdiction for purposes of *O'Keefe v. Sequoia Capital Operations, LLC, et al.*, Case No. 1:23-cv-20700-KMM.

Respectfully submitted,

*/s/ Nicole K. Atkinson*
DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com

>STEPHEN C. RICHMAN
>Florida Bar No.: 1015692
>srichman@gunster.com
>jfirogenis@gunster.com
>
>GUNSTER, YOAKLEY & STEWART, P.A.
>Brickell World Plaza
>600 Brickell Avenue, Suite 3500
>Miami, FL 33131
>Tel: (305) 376-6000, (561) 655-1980
>Fax: (305) 376-6010, (561) 655-5677
>
>*Counsel for Defendant Fenwick & West LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

>*/s/ Nicole K. Atkinson*
>ATTORNEY

ACTIVE:18812839.2