UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

This Document Relates To:

GARRISON v. BANKMAN-FRIED
Case No. 1:22-cv-23753-KMM

## DEFENDANTS GOLDEN STATE WARRIORS, LLC'S AND NAOMI OSAKA'S NOTICE REGARDING PERSONAL JURISDICTION DEFENSES

Pursuant to the Court's June 21, 2023 Order (Dkt. 61, the "Order"), Defendants Golden State Warriors, LLC ("GSW") and Naomi Osaka provide the Court with the following update regarding their personal jurisdiction defenses.

In the Order, the Court ordered that "all issues related to personal jurisdiction shall be resolved and the Parties shall inform the Court of such resolution within 14 days of the date of this Order" (*i.e.*, July 5, 2023). Order at 4. On June 29, 2023, counsel for GSW and Ms. Osaka emailed Plaintiffs' counsel that GSW and Ms. Osaka do not waive their personal jurisdiction defenses. Counsel for GSW and Ms. Osaka asked how Plaintiffs' counsel would like to proceed in light of their representation during the June 21, 2023 Initial Conference that, for Defendants who do not waive their personal jurisdiction defenses, Plaintiffs "will simply file cases in [Defendants'] home states that would then be tagalong cases to this Court." June 21, 2023 Hr'g Tr. at 7.

As of the time of this filing, Plaintiffs have not responded to this email. If Plaintiffs fail to

dismiss their claims against GSW and Osaka and refile in the appropriate forum, GSW and Osaka intend to renew their motions to dismiss pursuant to Rule 12(b)(2) on or before September 21, 2023 pursuant to the Order's provision that "Defendants shall have 45 days from the filing of the amended complaints to file any responses to the amended complaints." Order at 4.

Dated:  July 5, 2023                                  Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/* Roberto Martínez
Roberto Martínez
Florida Bar No. 305596
  *bob@colson.com*
Stephanie A. Casey
Florida Bar No. 97483
  *scasey@colson.com*
Zachary Lipshultz
Florida Bar No. 123594
  *zach@colson.com*
Thomas A. Kroeger
Florida Bar No. 19303
  *tom@colson.com*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8379

Michael Dore
  *MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
  *JMacEbong@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 5, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: /s/ *Roberto Martinez*
Roberto Martínez