UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-md-03076-KMM

In re

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

This Document Relates To:

GARRISON et al. v. PAFFRATH et al.
    Case No. 23-cv-21023

**DEFENDANT TOM NASH'S NOTICE ON PERSONAL JURISDICTION**

As contemplated by the Court's initial scheduling order, ECF No. 61, Defendant Tom Nash states that he does not consent to personal jurisdiction in the U.S. District Court for the Southern District of Florida (or to any other U.S. District Court or forum in the United States).

Through the undersigned counsel, Nash informed Plaintiffs of this non-consent by e-mail on June 29, 2023.

Dated: July 5, 2023

TOTH FUNES PA

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@tothfunes.com
Ingraham Building
Freddy Funes
Florida Bar No. 87932
TOTH FUNES PA
ffunes@tothfunes.com
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
e-filings@tothfunes.com

*Counsel for Defendant Tom Nash*