UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Lead Case No. 1:23-md-03076-KMM
Associated Case No. 1:23-cv-21023

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION
_____

This Document Relates To:

GARRISON V. PAFFRATH, ET AL.
Case No. 23-cv-21023

_____/

**DEFENDANTS GRAHAM STEPHAN, ANDREI JIKH , AND JEREMY LEFEBVRE'S NOTICE REGARDING PERSONAL JURISDICTION**

Defendants, GRAHAM STEPHAN, ANDREI JIKH, and JEREMY LEFEBVRE (collectively "Defendants"), through undersigned counsel, and pursuant to this Court's initial Status Conference and Order dated June 21, 2023 [D.E. 61], hereby advise the Court that Defendants object to personal jurisdiction and have been unable to resolve all issues relating to personal jurisdiction and state as follows:

1.  At the Status Conference held on June 21, 2023, the Parties agreed to confer to try and resolve all issues related to personal jurisdiction within 14 days.

2.  Plaintiffs' counsel advised that if any defendant did not consent to personal jurisdiction, Plaintiffs would refile in a court with personal jurisdiction and transfer the case as a tag along to this multi-district litigation.

1

3. On June 26, 2023, Defendants, through undersigned counsel, sent an email to Plaintiffs' counsel advising Plaintiffs that Defendants do not waive their personal jurisdiction defenses and object to personal jurisdiction in Florida.

4. Defendants requested confirmation from the Plaintiffs that they would resolve the personal jurisdiction issue by refiling in a court with proper jurisdiction.

5. Plaintiffs never responded, and on June 28, 2023 and July 3, 2023 the undersigned sent additional emails to Plaintiffs' counsel advising that Defendants object to personal jurisdiction in Florida and seeking to resolve the issue.

6. Defendants have also made efforts to coordinate the refiling of the complaints and advised that the undersigned would accept service of the new matter on behalf of Defendants.

7. To date, despite numerous calls and emails, Defendants have not received any response from Plaintiffs.

Dated: July 5, 2023                                  Respectfully submitted,

   /s/ Josef M. Mysorewala

Josef M. Mysorewala, Esq.
Florida Bar ID No.: 105425
Law Office of Josef M. Mysorewala, PLLC
2000 S Dixie Highway, Suite 112
Miami, Florida 33133
Telephone: (305) 356-1031

Kimberly P. Stein, Esq. (*pro hac vice*)
**FLANGAS LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146
kps@fdlawlv.com
*Attorneys for Defendants,*
*Graham Stephan, Andrei Jikh and*
*Jeremy Lefebvre*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via email on this 5th day of July, 2023 to all counsel of record.

/s/ Josef M. Mysorewala
Josef M. Mysorewala, Esq.
