UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:23-md-03076-KMM

IN RE:

| |
|---|
| **FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** |
| **This Document Relates to:** <br><br> **GARRISON v. PAFFRATH, et al.** <br> **Case No. 23-cv-21023** |

_____/

## DEFENDANT JASPREET SINGH'S NOTICE ON PERSONAL JURISDICTION

As contemplated by the Court's initial scheduling order, ECF No. 61, Defendant Jaspreet Singh states that he does not consent to personal jurisdiction in the U.S. District Court for the Southern District of Florida.

Through counsel, Defendant Jaspreet Singh informed Plaintiffs of this non-consent via email on June 26, 2023.

Respectfully submitted,

/s/ David E. Ghannam
DAVID E. GHANNAM
Florida Bar Id. No. 854462
david@ghannam.law
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway, Fl 3
Dated: July 5, 2023     Livonia, MI 48152
(313) 945-0088
Attorneys for Defendant Jaspreet Singh

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this case. I hereby certify that I have mailed the paper to the following non-ECF participants: none.

Dated: July 5, 2023

/s/ David E. Ghannam
DAVID E. GHANNAM
Florida Bar Id. No. 854462
david@ghannam.law
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway, Fl 3
Livonia, MI 48152
(313) 945-0088
Attorneys for Defendant Jaspreet Singh