UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**(This Document Relates to All Actions)**

# DEFENDANT CREATORS AGENCY LLC, ERIKA KULLBERG AND BRIAN JUNG'S NOTICE OF INTENT TO CONTEST PERSONAL JURISDICION

Pursuant to this Court's June 21, 2023 Order [D.E. 61], Defendants Creators Agency LLC, Erika Kullberg,[1] and Brian Jung met and conferred with Plaintiffs' counsel seeking to resolve issues related to personal jurisdiction. To date, the parties have been unable to reach any such resolution. As a result, Defendants Creators Agency LLC, Erika Kullberg, and Brian Jung hereby file this notice indicating their intent to contest the Court's exercise of personal jurisdiction over them.

---

[1] Defendant Erika Kullberg also contests sufficiency of service of process and does not waive, but specifically preserves, her defenses under Fed. R. Civ. P. 12(b)(5) by filing this notice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 5, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

>STEARNS WEAVER MILLER WEISSLER
>ALHADEFF & SITTERSON, P.A.
>
>By: /s/       Jose G. Sepulveda
>       JOSE G. SEPULVEDA, FL Bar No. 154490
>       Primary: jsepulveda@stearnsweaver.com
>       Secondary:  mfigueras@stearnsweaver.com
>       150 W. Flagler Street, Suite 2000
>       Miami, Florida 33130
>       Telephone:  305-789-3200
>
>       and
>
>       POTOMAC LAW GROUP, PLLC
>       Derek Adams, Esq., *Pro Hac Vice*
>       Primary: dadams@potomaclaw.com
>       Secondary:  shendrix@potomaclaw.com
>       1300 Pennsylvania Avenue, NW, Suite 700
>       Washington, D.C. 20004
>       Telephone: 202-204-3005
>
>       *Counsel for Defendants Brian Jung,*
>       *Erika Kullberg, and Creators Agency LLC*