**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

This Document Relates To:

*Garrison v. Bankman-Fried*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES.
_____/

**DEFENDANT STEPHEN CURRY'S NOTICE REGARDING**
**PERSONAL JURISDICTION DEFENSE**

Pursuant to the Court's June 21, 2023 Order (ECF No. 61, the Order), Defendant Stephen Curry provides the Court with the following update regarding his personal jurisdiction defense.

In the Order, the Court instructed that "all issues related to personal jurisdiction shall be resolved and the Parties shall inform the Court of such resolution within 14 days of the date of this Order" (i.e., July 5, 2023). Order at 4.

On July 4, 2023, counsel for Mr. Curry informed Plaintiffs' counsel that Mr. Curry intends to renew his motion to dismiss the complaint for lack of personal jurisdiction and asked how Plaintiffs' counsel would like to proceed in light of their representation during the June 21, 2023 Initial Conference that, for Defendants who do not waive their personal jurisdiction defenses, Plaintiffs "will simply file cases in [Defendants'] home states that would then be tagalong cases to this Court." June 21, 2023 Hr'g Tr. at 7.

In response, Plaintiffs' counsel indicated that they would "be filing in the Northern District if California," and they "have not yet decided whether we will also dismiss our existing action." Accordingly, if Plaintiffs fail to dismiss their existing action against Mr. Curry and refile in the

appropriate forum, Mr. Curry intends to renew his motion to dismiss pursuant to Rule 12(b)(2) on or before September 21, 2023 pursuant to the Order's provision that "Defendants shall have 45 days from the filing of the amended complaints to file any responses to the amended complaints." Order at 4.

Dated: July 5, 2023

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Nathan Bull*
Nathan Bull (FBN 1029523)
  nbull@mwe.com
333 SE 2nd Ave Suite 4500
Miami, FL 33131
Tel.: (212) 547-5768

Jason D. Strabo (*pro hac vice*)
  jstrabo@mwe.com
Ellie Hourizadeh (*pro hac vice*)
  ehourizadeh@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Tel.: (310) 788-4125

Sarah P. Hogarth (*pro hac vice*)
  shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Tel.: (202) 756-8354

*Attorneys for Defendant Stephen Curry*