**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM  <br><br>MDL No. 3076 |
| This Document Relates To:<br><br>GARRISON V. BANKMAN-FRIED<br>No. 22-cv-23753-MOORE/OTAZO-REYES | |

**NOTICE REGARDING DEFENDANT LAWRENCE DAVID'S PERSONAL JURISDICTION CHALLENGE**

In the Court's Initial Scheduling and Case Management Order dated June 21, 2023, the Court required the Parties to inform the Court as to whether any resolution has been reached with respect to "[a]ll issues related to personal jurisdiction" within 14 days. ECF No. 61 at 4. Accordingly, Defendant Lawrence David hereby informs the Court that he does not waive his personal jurisdiction defense in *Garrison v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM (S.D. Fla.).

At the June 21, 2023 Initial Conference, counsel for Plaintiffs represented that, for Defendants who do not waive their personal jurisdiction defenses, Plaintiffs "will simply file cases in [Defendants'] home states that would then be tagalong cases to this Court." June 21, 2023 Hr'g Tr. at 7. Mr. David's counsel has reached out to Plaintiffs' counsel and requested that counsel confirm it will refile its claims against Mr. David and dismiss the instant claims, but has received no response. If Plaintiffs do not dismiss their claims against Mr. David and refile in the appropriate forum, Mr. David intends to renew his personal jurisdiction defense.

1

Dated: July 5, 2023                                           Respectfully submitted,

                      **COLSON, HICKS, EIDSON, P.A.**
                      255 Alhambra Circle, Penthouse
                      Coral Gables, Florida 33134
                      (305) 476-7400

                      By: */s/ Roberto Martinez*
                        Roberto Martínez
                        Florida Bar No. 305596
                          *bob@colson.com*
                        Stephanie A. Casey
                        Florida Bar No. 97483
                          *scasey@colson.com*
                        Zachary Lipshultz
                        Florida Bar No. 123594
                          *zach@colson.com*

                      *Attorneys for Defendant Lawrence David*

                      **LATHAM & WATKINS LLP**
                        Andrew B. Clubok (*pro hac vice*)
                          *andrew.clubok@lw.com*
                        Susan E. Engel (*pro hac vice*)
                          *susan.engel@lw.com*
                        Brittany M.J. Record (*pro hac vice*)
                          *brittany.record@lw.com*
                      555 Eleventh Street, N.W., Suite 1000
                      Washington, D.C. 20004-1304
                      Tel: +1.202.637.2200
                      Fax: +1.202.637.2201

                      **LATHAM & WATKINS LLP**
                        Marvin S. Putnam (*pro hac vice*)
                          *marvin.putnam@lw.com*
                        Jessica Stebbins Bina (*pro hac vice*)
                          *jessica.stebbinsbina@lw.com*
                        Elizabeth A. Greenman (*pro hac vice*)
                          *elizabeth.greenman@lw.com*
                      10250 Constellation Blvd., Suite 1100
                      Los Angeles, California 90067
                      Tel: +1.424.653.5500
                      Fax: +1.424.653.5501

                      **LATHAM & WATKINS LLP**
                        Michele D. Johnson (*pro hac vice*)
                          *michele.johnson@lw.com*
                      650 Town Center Drive, 20th Floor
                      Costa Mesa, California 92626-1925
                      Tel: +1.714.540.1235
                      Fax: +1.714.755.8290

                      *Attorneys for Defendant Lawrence David*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 5, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                                                        By: */s/ Roberto Martinez*
                                                             Roberto Martínez