UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-md-03076-KMM

In re

FTX Cryptocurrency Exchange
Collapse Litigation,
_____/

This Document Relates To:

GARRISON et al. v. PAFFRATH et al.
    Case No. 23-cv—21023
_____/

**DEFENDANT BEN ARMSTRONG**
**NOTICE OF INTENT TO CONTEST PERSONAL JURISDICTION**

Pursuant to the Court's June 21, 2023 Order [D.E. 61] ("Order"), Defendant, Ben Armstrong, hereby provides notice of intent to contest the Court's exercise of personal jurisdiction over him in this action. Prior to the Court's issuance of the Order, Defendant, Ben Armstrong, previously raised issues to opposing counsel contesting personal jurisdiction in this action. Preceding the filing of this notice, Defendant, Ben Armstrong, again reiterated to opposing counsel via email his intent to contest personal jurisdiction in this action; as such, opposing counsel is aware that Defendant, Ben Armstrong, intends to contest personal jurisdiction and plans to file a motion to dismiss, as allowed in accordance with the Court's Order.

July 5, 2023                                      Respectfully submitted.

                                                  **HEITNER LEGAL, P.L.L.C**
                                                  *Attorney for Defendant*
                                                  215 Hendricks Isle
                                                  Fort Lauderdale, FL 33301
                                                  Phone: 954-558-6999
                                                  Fax: 954-927-3333

By: /s/ Darren Heitner<br>
DARREN A. HEITNER<br>
Florida Bar No.: 85956<br>
Darren@heitnerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof.