**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To:

*O'Keefe v. Sequoia Capital Operations, LLC, et al.,*
No. 1:23-cv-20700

_____/

## DEFENDANT FARMINGTON STATE BANK'S NOTICE REGARDING PERSONAL JURISDICTION

Pursuant to the Court's June 21, 2023 Order (ECF No. 61) ("Order"), Defendant

Farmington State Bank d/b/a Moonstone Bank hereby provides the following notice to the Court

and confirms that it does not consent to personal jurisdiction in the Southern District of Florida

and does not waive any available personal jurisdiction defenses.

In the Order, the Court required that "all issues related to personal jurisdiction shall be

resolved and the Parties shall inform the Court of such resolution within 14 days of the date of

this Order." *See* Order, p. 4. On July 5, 2023, Defendant's counsel emailed Plaintiffs' counsel to

inform them that Defendant will be raising defenses to contest personal jurisdiction in this

action. The same day, Plaintiffs' counsel confirmed receipt of Defendant's email.

Dated: July 5, 2023

Respectfully submitted,

/s/ Marisa R. Dorough
Ty Kelly Cronin
(*Certificate of Understanding mailed*)
Frank C. Bonaventure, Jr.
(*Admitted Pro Hac Vice; Certificate of
Understanding mailed*)
BAKER, DONELSON, BEARMAN,

CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Phone: (410) 862-1049
tykelly@bakerdonelson.com
fbonaventure@bakerdonelson.com

-and-

Marisa Rosen Dorough, Esq.
Florida Bar No. 73152
(*Certificate of Understanding mailed*)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com

*Counsel for Defendant*
*Farmington State Bank d/b/a Moonstone Bank*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 5th day of July, 2023, I e-filed the foregoing document

using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of

record.

<u>s/ Marisa R, Dorough</u>
Marisa Rosen Dorough