IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
No: 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, No. 1:23-cv-20700; *Siskind v. Sequoia Capital Operations, LLC*, No. 1:23-cv-22144

**DEFENDANTS ALTIMETER CAPITAL MANAGEMENT, LP, DELTEC BANK AND TRUST COMPANY LIMITED, JEAN CHALOPIN, MULTICOIN CAPITAL MANAGEMENT LLC, PARADIGM OPERATIONS, LP, RIBBIT CAPITAL, L.P., SEQUOIA CAPITAL OPERATIONS, LLC, TEMASEK HOLDINGS (PRIVATE) LIMITED, THOMA BRAVO, L.P., AND TIGER GLOBAL MANAGEMENT LLC
<u>NOTICE REGARDING PERSONAL JURISDICTION</u>**

Pursuant to the Court's June 21, 2023 Order (ECF No. 61) ("Order"), Defendants Altimeter Capital Management, LP, Deltec Bank and Trust Company Limited, Jean Chalopin, Multicoin Capital Management LLC, Paradigm Operations, LP, Ribbit Capital, L.P., Sequoia Capital Operations, LLC, Temasek Holdings (Private) Limited, Thoma Bravo, L.P., and Tiger Global Management LLC (collectively, "Defendants") write to update the Court regarding their efforts to resolve issues related to personal jurisdiction in the above-captioned matter.

In the Order, the Court required that "all issues related to personal jurisdiction shall be resolved and the Parties shall inform the Court of such resolution within 14 days of the date of this Order." *See* Order at 4. On June 30, 2023, Defendants' counsel emailed Plaintiffs' counsel (1) to inform them that Defendants do not agree to waive any available personal jurisdiction defenses and (2) to request that Plaintiffs advise Defendants of what steps Plaintiffs intend to

take to address any personal jurisdiction issues. On July 5, 2023, Defendants' counsel emailed Plaintiffs' counsel once more to inquire about what steps, if any, Plaintiffs intend to take to address personal jurisdiction issues. As of the time of this filing, Defendants' counsel have not received a response from Plaintiffs' counsel.

Defendants write to inform the Court that they do not consent to personal jurisdiction in the Southern District of Florida and do not waive any available personal jurisdiction defenses. Accordingly, should Plaintiffs fail to resolve the personal jurisdiction issues with their claims against Defendants in the above-referenced *O'Keefe* and *Siskind* actions, Defendants intend to raise any available personal jurisdiction defenses at the appropriate time.

Dated: July 5, 2023                                              Respectfully submitted,

| */s/ Rishi N. Zutshi* | */s/ Jordi Guso* |
|---|---|
| Paul Courtney Huck, Jr | Jordi Guso |
| Lawson Huck Gonzalez, PLLC | Ana Elena Kauffmann |
| 334 Minorca Avenue | Berger Singerman LLP |
| Coral Gables, FL 33134 | 1450 Brickell Avenue |
| 305-793-3232 | Suite 1900 |
| Email: paul@lawsonhuckgonzalez.com | Miami, FL 33131-5308 |
|  | 305-755-9500 |
| Jennifer Kennedy Park (admitted *Pro Hac Vice*) | Fax: 305-714-4340 |
| Cleary Gottlieb Steen & Hamilton LLP | Email: jguso@bergersingerman.com |
| 1841 Page Mill Road, Suite 250 | Email: akauffmann@bergersingerman.com |
| Palo Alto, CA 94304 |  |
| 650-815-4130 | Anna Terteryan |
| Email: jkpark@cgsh.com | Mark McKane |
|  | Stephen Silva |
| Rishi N. Zutshi (admitted *Pro Hac Vice*) | Kirkland & Ellis LLP |
| Lilianna Rembar (admitted *Pro Hac Vice*) | 555 California Street |
| Cleary Gottlieb Steen & Hamilton LLP | San Francisco, CA 94104 |
| One Liberty Plaza | (415) 439-1400 |
| New York, NY 10006 | Email: anna.terteryan@kirkland.com |
| 212-225-2085 | Email: mark.mckane@kirkland.com |
| 212-225-2328 | Email: stephen.silva@kirkland.com |
| Email: lrembar@cgsh.com |  |
| Email: rzutshi@cgsh.com | *Counsel for Thoma Bravo, L.P.* |
|  | */s/ Michael Tein* |

| | |
|---|---|
| *Counsel for Sequoia Capital Operations, LLC* | Michael Tein<br>Tein Malone Trial Lawyers |
| */s/ Alexander C. Drylewski*<br>Thomas Todd Pittenger<br>Kelly Jean Howard Garcia<br>GrayRobinson, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>407-843-8880<br>Fax: 407-244-5690<br>Email: todd.pittenger@gray-robinson.com<br>Email: kelly.garcia@gray-robinson.com | 3059 Grand Avenue<br>Coconut Grove, Florida 33133<br>Telephone: (305) 442-1101<br>Email: Tein@teinmalone.com<br><br>Brian E. Klein (notice of appearance forthcoming)<br>Scott M. Malzahn (notice of appearance forthcoming)<br>Waymaker LLP<br>515 S. Flower Street, Suite 3500 |
| Alexander C. Drylewski (*Pro Hac Vice*)<br>Skadden, Arps, Slate, Meagher & From LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>Email: alexander.drylewski@skadden.com | Los Angeles, California 90071<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850<br>Email: bklein@waymakerlaw.com<br>Email: smalzahn@waymakerlaw.com<br><br>*Counsel for Multicoin Capital Management LLC* |
| Mark R.S. Foster (admitted *Pro Hac Vice*)<br>Skadden, Arps, Slate, Meagher & From LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>(650) 470-4500<br>Email: mark.foster@skadden.com | */s/ Jeffrey F. Robertson*<br>Peter H. White<br>Jeffrey F. Robertson<br>Schulte Roth & Zabel LLP<br>555 Thirteenth Street, NW<br>Suite 6W |
| *Counsel for Paradigm Operations LP* | Washington, DC 20004<br>Telephone: 202-729-7470 |
| */s/ Amy Jane Longo*<br>Jay Brian Shapiro<br>Alejandro David Rodriguez<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>Museum Tower<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130<br>305-789-3229<br>305-975-0783<br>Fax: 789-3395<br>Email: jshapiro@stearnsweaver.com<br>Email: arodriguez@stearnsweaver.com | Facsimile: 202-730-4520<br>Email: pete.white@srz.com<br>Email: jeffrey.robertson@srz.com<br><br>*Counsel for Tiger Global Management, LLC*<br><br>*/s/ Adam Seth Fels*<br>Adam Seth Fels<br>Fridman Fels & Soto, PLLC<br>150 Alhambra Circle Suite 715<br>Suite 715<br>Suite 750<br>Coral Gables, FL 33134<br>786-338-8272<br>Email: afels@ffslawfirm.com |
| Amy Jane Longo (admitted *Pro Hac Vice*)<br>Ropes & Gray LLP | |

| | |
|---|---|
| 10250 Constellation Boulevard<br>Los Angeles, CA 90067<br>(310) 975-3269<br>Email: Amy.Longo@ropesgray.com<br><br>David B. Hennes (*Pro Hac Vice*)<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 596-9695<br>Email: David.Hennes@ropesgray.com<br><br>*Counsel for Altimeter Capital Management, LP*<br><br><br>*/s/ Lara Samet Buchwald*<br>Lara Samet Buchwald (notice of appearance forthcoming)<br>Tatiana Martins (notice of appearance forthcoming)<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave<br>New York, NY 10017<br>(212) 450-4351<br>(973) 865-3293<br>lara.buchwald@davispolk.com<br><br>*Counsel for Jean Chalopin and Deltec Bank and Trust Company Limited* | Andrew J. Ehrlich<br>Brad S. Karp<br>Nina Kovalenko<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3000<br>Email: bkarp@paulweiss.com<br>Email: aehrlich@paulweiss.com<br>Email: nkovalenko@paulweiss.com<br><br>*Counsel for Temasek Holdings (Private) Limited*<br><br>*/s/ Nicholas D. Marais*<br>Jacqueline M. Arango<br>Florida Bar No. 664162<br>Akerman LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, FL 33131<br>305-374-5600<br>Fax: 305-374-5095<br>Email: jacqueline.arango@akerman.com<br><br>Steven P. Ragland<br>Nicholas D. Marais<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Telephone: (415) 391-5400<br>Email: sragland@keker.com<br>Email: nmarais@keker.com<br><br>*Counsel for Ribbit Capital, L.P.* |

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2023, I e-filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                      */s/ Jordi Guso*
                                                                       Jordi Guso