UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL ACTIONS

_____/

**PLAINTIFFS' NOTICE ON PERSONAL JURISDICTION**

In accordance with this Court's Order, Co-Lead Counsel for the Plaintiffs write to advise the Court as to how personal jurisdiction objections have been resolved. [ECF No. 61], ("All issues related to personal jurisdiction shall be resolved and the Parties shall inform the Court of such resolution within 14 days of the date of this Order.").

Defendant Fenwick & West has agreed to waive its personal jurisdiction defense. See [ECF No. 86]. Similarly, Defendant Shohei Ohtani has agreed to waive personal jurisdiction arguments regarding Mr. Ohtani for purposes of this litigation only, and Mr. Ohtani agrees to be subject to personal jurisdiction in the Southern District of Florida, again solely for purposes of this litigation. Subject to the Court denying an anticipated motion to stay discovery, Mr. Ohtani also agrees to sit for deposition after the end of the MLB playoffs season, which ends November 4th, 2023, on a mutually convenient date just before Thanksgiving, and to produce responsive documents to Plaintiffs in accordance with the deadline to do so in response to Plaintiffs' document requests.

Defendants Naomi Osaka [ECF No. 87], Golden State Warriors [ECF No. 87], Tom Nash [ECF No. 88], Andrei Jikh [ECF No. 89], Jeremy Lefebvre [ECF No. 89], Graham Stephan [ECF No. 89], Jaspreet Singh [ECF No. 90], Erika Kullberg [ECF No. 91], Brian Jung [ECF No. 91],

Creators Agency [ECF No. 91], Steph Curry [ECF No. 92], Lawrence Gene David [ECF No. 93], Ben Armstrong [ECF No. 94], Farmington State Bank [ECF No. 95], Sequoia Capital Operations, LLC [ECF No. 96], Altimeter Capital Management, LP [ECF No. 96], Deltec Bank and Trust Company Limited [ECF No. 96], Jean Chalopin [ECF No. 96], Multicoin Capital Management LLC [ECF No. 96], Paradigm Operations, LP[ECF No. 96], Ribbit Capital, L.P. [ECF No. 96], Temasek Holdings (Private) Limited [ECF No. 96], Thoma Bravo, LP [ECF No. 96], and Tiger Global Management LLC [ECF No. 96] have not agreed to waive their personal jurisdiction defense.

Thus far, only counsel for Defendants Andrei Jikh, Jeremy Lefebvre, and Graham Stephan have agreed to accept service of those complaints in the Defendants' home jurisdictions. Plaintiffs hope to reach agreement with additional Defendants with regards to service.

Plaintiffs are working expeditiously to draft those complaints, and to obtain local counsel where needed to file.

Dated: July 5, 2023

By: *s/ Adam M. Moskowitz*
 Adam M. Moskowitz
 Joseph M. Kaye
 The Moskowitz Law Firm, PLLC
 Continental Plaza
 3250 Mary Street, Suite 202
 Miami, FL 33133
 Mailing Address:
 P.O. Box 653409
 Miami, FL 33175
 Office: (305) 740-1423
 adam@moskowitz-law.com
 joseph@moskowitz-law.com
 service@moskowitz-law.com

Respectfully submitted,

By: *s/ David Boies*
 David Boies
 Alexander Boies
 Brooke A. Alexander
 Boies Schiller Flexner LLP
 333 Main Street
 Armonk, NY 10504
 914-749-8200
 dboies@bsfllp.com
 aboies@bsfllp.com
 balexander@bsfllp.com

 Stephen N. Zack
 Tyler Evan Ulrich
 Boies Schiller & Flexner
 100 SE 2nd Street
 Suite 2800, Miami Tower
 Miami, FL 33131-2144

305-539-8400<br>
305-539-1307<br>
szack@bsfllp.com<br>
tulrich@bsfllp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2023, I electronically served the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record in the Court's ECF filing system.

                                        By: */s/ Adam M. Moskowitz*
                                             Adam M. Moskowitz