UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-md-03076

In re:

FTX Cryptocurrency Exchange Collapse Litigation

_____/

FILED BY_____D.C.
JUL 0 6 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Marisa Rosen Dorough__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Florida.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name:  Marisa Rosen Dorough
State Bar Number:  Florida Bar No. 73152
Firm Name:  Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Mailing Address:  200 South Orange Avenue, Suite 2900, Orlando, Florida 32801
Telephone Number: (407) 422-6600
Email Address: mdorough@bakerdonelson.com

Attorney Signature: _Marisa Dorough_   Date: _6/29/2023_



**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

200 SOUTH ORANGE AVENUE
SUITE 2900
ORLANDO, FLORIDA 32801

PHONE: 407.422.6600
FAX: 407.841.0325

www.bakerdonelson.com

June 29, 2023

**VIA U.S. MAIL**

Attn: Clerk of Court
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

Re: **Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida**

*In re: FTX Cryptocurrency Exchange Collapse Litigation*
Case No.: 1:23-md-03076

Dear Clerk of Court:

On behalf of attorney Marisa R. Dorough, counsel for Farmington State Bank in this case, please find enclosed a signed Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida as requested by the Court in the above-reference case at Docket Entry 55 (entered June 20, 2023). Please note, Ms. Dorough is already a member of the Southern District of Florida with filing privileges. We provide the enclosed form, nonetheless, to comply with the Court's Order.

Thank you for your consideration, and please do not hesitate to contact me should you have any questions.

Sincerely,

Chyanne Anderson
Legal Support Coordinator
cranderson@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Enclosure: Signed Certificate of Understanding

# BAKER DONELSON

BAKER DONELSON
POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

ORLANDO FL 328
29 JUN 2023
FIRST-CLASS
ZIP 32801
02 7H
0006059005



US POSTAGE
$

MDL

Attn: Clerk of Court
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

33128-771699