# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:23-md-03076

In re:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____/



FILED BY _____ D.C.

JUL 0 6 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, <u>Tonya ("Ty") Kelly Cronin</u>, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Maryland.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

   **Name**: Tonya Kelly Cronin
   **State Bar Number**: Maryland CPF No. 0212180158
   **Firm Name**: Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
   **Mailing Address**: 100 Light Street, Suite 1900, Baltimore, MD 21202
   **Telephone Number**: (410) 862-1049
   **Email Address**: tykelly@bakerdonelson.com

Attorney Signature: _____     Date: _6│28│2023_

# BAKER DONELSON

100 LIGHT STREET · BALTIMORE, MARYLAND 21202 · 410.685.1120 · bakerdonelson.com

Ty KELLY, SHAREHOLDER
Direct Dial: 410.862.1049
E-Mail: tykelly@bakerdonelson.com

June 28, 2023

United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

  **In re:  FTX Cryptocurrency Exchange Collapse Litigation**
    **Case No.: 1:23-md-03076**

Dear Sir/Madam:

  Enclosed please find a Certificate Of Understanding Regarding Electronic Filing In The Southern District Of Florida on behalf of Tonya Kelly Cronin to be filed accordingly in the above captioned case.

  Thank you,

    Very truly yours,

    BAKER, DONELSON, BEARMAN
    CALDWELL & BERKOWITZ, PC

    Ty Kelly

Enclosures

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • NORTH CAROLINA • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

4893-7723-7613v1

# BAKER DONELSON

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

100 LIGHT STREET
BALTIMORE, MARYLAND 21202

BALTIMORE MD 2

28 JUN 2023 PM 2



US POSTAGE

ZIP 21202
02 4W
0000370385 JU

MDL

United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

33128-180199