SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
Case No. 1:23-md-3076-KMM

In re:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Yaman Salahi_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California_____.

    2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

    3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

    4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

    5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

    6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Yaman Salahi
California Bar No. 288752
Edelson PC
150 California St., 18th Floor
San Francisco, CA 94111
(415) 212-9300
ysalahi@edelson.com

Attorney Signature: _____/s/ Yaman Salahi_____      Date: June 28, 2023

**Edelson PC**

150 California Street, 18th Floor, San Francisco, California 94111
t 415.212.9300 | f 415.373.9435 | www.edelson.com

June 28, 2023

**VIA EXPRESS DELIVERY**

Hon. K. Michael Moore
United States District Court, Southern District of Florida
Clerk's Office
400 N. Miami Avenue
Miami, FL 33128

   Re: *In re. FTX Cryptocurrency Exchange Collapse Litigation* **No. 1:23-md-3076-KMM (S.D. FLA) – Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida**

To the Chambers of the Honorable K. Michael Moore:

   Enclosed, please find a courtesy copies of the Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida.

   Should you require any additional information or have any questions, please do not hesitate to contact me.

                              Respectfully Submitted,

                              EDELSON PC

                              */s/ Maria Parker*

                              Maria Parker,
                              Paralegal
                              (619) 614-0670

Enclosures

Chicago | San Francisco | Boulder | Washington, D.C.





**PRIORITY MAIL PRESS® FLAT RATE ENVELOPE** ANY WEIGHT

EP13F May 2020
OD: 12 1/2 x 9 1/2

13

**UNITED STATES POSTAL SERVICE® — Click-N-Ship®**

E
usps.com  9470 1036 9930 0072 4830 58 0287 5000 0083 3128
$28.75
US POSTAGE
Flat Rate Env
U.S. POSTAGE PAID
Click-N-Ship®

06/28/2023   Mailed from 94111   986753489603057

**PRIORITY MAIL EXPRESS 2-DAY®**

MARIA PARKER
EDELSON PC
FL 18
150 CALIFORNIA ST
SAN FRANCISCO CA 94111-4569

Scheduled Delivery Date: 06/30/23

0007

C075

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 6:00 PM

UNITED STATES DISTRICT COURT, SOUTHERN
CLERK'S OFFICE
400 N MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING #**

9470 1036 9930 0072 4830 58

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.








This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.