

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: FTX Cryptocurrency Exchange Collapse Litigation | No. 1:23-md-03076-KMM

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Brandon M. Fox, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of New York.

2. I have studied, understand, and will abide by the Local Rules of the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Brandon M. Fox
New York Bar Number 6008205
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY  10022
(212) 687-1980
bfox@kaplanfox.com

_____
Brandon M. Fox

Date: June 28, 2023

FedEx shipping label:

- ORIGIN ID: JRBA (212) 687-1980
- KENNETH ADAMS
- KAPLAN FOX
- 800 THIRD AVENUE, 38TH FLOOR
- KAPLAN FOX & KILSHEIMER LLP
- NEW YORK, NY 10022
- UNITED STATES US

- SHIP DATE: 29JUN23
- ACTWGT: 1.00 LB
- CAD: 251557395/INET4610
- BILL SENDER

TO: MDL CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI FL 33128
(212) 687-1980
REF: FTX
DEPT:

Tracking: 7725 9803 4499
XG MPBA
FRI - 30 JUN 10:30A
PRIORITY OVERNIGHT
33128 FL-US
MIA

REL# 3785346
FedEx Express
583J2/29AB/FE2D

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.