UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-md-03076

In re:

FTX Cryptocurrency Exchange Collapse Litigation

_____/



FILED BY _____ D.C.
JUL 0 6 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, <u>Frank C. Bonaventure, Jr.</u>, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Maryland.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**Name**: Frank C. Bonaventure, Jr.
**State Bar Number**: Maryland CPF No. 8011010040
**Firm Name**: Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
**Mailing Address**: 100 Light Street, Suite 1900, Baltimore, MD 21202
**Telephone Number**: (410) 862-1105
**Email Address**: fbonaventure@bakerdonelson.com

Attorney Signature: _/s/ Frank C. Bonaventure, Jr._   Date: _6/28/23_

# UNITED STATES
# POSTAL SERVICE

**PRIORITY MAIL**



**PRIORITY MAIL EXPRESS®**

EJ 940 737 155

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 410 ) 274-7827

FRANZ BONAVENTURE
BAKER DONELSON
100 LIGHT ST
19TH FL
BALTIMORE, MD 21202

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED
☑ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

United States District Ct
Southern Dist of Florida
400 N. Miami Avenue
Miami, FL 33128

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 1 2 8

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military
PO ZIP Code: 21842
Scheduled Delivery Date: 
Date Accepted: 06/29/23
Scheduled Delivery Time: ☐ 6:00 PM
Time Accepted: 10.00 ☑ AM  ☐ PM
Special Handling/Fragile
Weight: ☑ Flat Rate
Acceptance Employee Initials: GB

**DELIVERY (POSTAL SERVICE USE ONLY)**
FILED BY
CLERK U.S.
S. D. OF FLA.

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

U.S.M.S. INSPECTED BY

FLAT RATE ENVELOPE
ANY WEIGHT

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* • TRACKED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.