UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Matthew P. Bosher, the undersigned, do hereby certify that:

1.  I am a member of good standing of the Bars of the Commonwealth of Virginia, the District of Columbia, and the State of New York; and am also admitted to practice in the District Court for the District of Columbia, the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, the Eastern and Western Districts of Virginia and the United States Court of Appeals for the Seventh and Fourth Circuits.

2.  I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.  I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.  I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.  I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

    Matthew P. Bosher
    DC Bar No.: 501874
    VA State Bar No.: 75894
    NY State Bar No.: 4081014
    Hunton Andrews Kurth LLP
    2200 Pennsylvania Avenue, N.W.
    Washington, DC 20037

Tel.: (202) 955-1500
mbosher@huntonak.com

Attorney Signature: __*[signature: Matthew P. Bosher]*__  Date: ___7/7/2023_____

125818.0000003 DMS 302660418v1