**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Michael J. Bisceglia, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the Commonwealth of Virginia and the State of New York; and am also admitted to practice before the Southern District of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

    Michael J. Bisceglia
    VA Bar No.: 98642
    NY Bar No.: 5542451
    Hunton Andrews Kurth LLP
    951 E. Byrd Street
    Richmond, VA 23219
    Tel.: (804) 828-8200
    mbisceglia@huntonak.com

Attorney Signature: _____  Date: __7/7/2023_____

2

125818.0000003 DMS 302772309v1