UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-md-3076-KMM

In RE
FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

THIS DOCUMENT RELATES TO ALL CASES

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of New York and the Bar of the State of New Jersey. I am also a member of good standing of the Bars for the United States District Courts for the Southern District of New York, Eastern District of New York, and the District of New Jersey.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Matthew J. Corriel
State Bar Number: New York Bar No.: 5219670; New Jersey Bar No.: 086452013
Firm Name: Ropes & Gray LLP
Mailing Address: 1211 Avenue of the Americas, New York, NY 10036-8704
Telephone Number: 212-596-9502
Email Address: Matt.Corriel@ropesgray.com

Attorney Signature: /s/ _____  Date: 07/11/2023