UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

**ORDER ADOPTING CASE MANAGEMENT PROTOCOLS**

This matter came before the Court on Plaintiffs Co-Lead Counsel's and Steering Committee's Agreed Motion for Order Adopting Case Management Protocols. [ECF No. 120] (the "Motion"). Being fully advised, it is hereupon **ORDERED and ADJUDGED** that the Motion is **GRANTED**.

The Case Management Protocols outlined in the Motion shall be implemented for the billing of attorney time and expenses by Plaintiffs' Participating Counsel (as defined by the Motion) in this litigation. This shall include the FTX Billing Guidelines, which Co-Lead Counsel and the Steering Committee have established and will provide to all Participating Counsel.

DONE and ORDERED in Chambers at Miami, Florida, this  11th   day of July, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE