UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO ALL CASES.

_____ /

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

The undersigned attorneys Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., pursuant to S.D. Fla. L.R. 11.1(d)(3), respectfully move this Honorable Court for leave to withdraw their appearance as co-counsel for Plaintiffs in the matter of: <u>Edwin Garrison, et al. on behalf of themselves and all others similarly situated v. Sam Bankman-Fried, et al.</u>, USDC Case No.: 1:22-cv-23753-KMM.

In support thereof, the undersigned state:

1.     The undersigned appeared in this matter as co-counsel at the request of The Moskowitz Law Firm, PLLC, to provide it aid and support. There is no further need for the undersigned's services in this matter.

2.     The undersigned's withdrawal will not cause any prejudice or delay. The Moskowitz Firm, PLLC continues as lead Plaintiffs' counsel and two other law firms continue to serve as Plaintiffs' co-counsel. All remaining Plaintiffs' counsel are listed in the case's online electronic docket.

WHEREFORE for the foregoing reasons, the undersigned attorneys Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., respectfully request leave of Court to withdraw as counsel.

DATED: <u>July 13, 2023.</u>             Respectfully submitted,

By:  <u>/s/ Stuart Z. Grossman</u>
Stuart Z. Grossman, Esq.
Florida Bar No.: 156113
Manuel A. Arteaga-Gomez, Esq.
Florida Bar No.: 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed on July 13, 2023, with the Court via the CM/ECF system, which will send notification of such filing to the following attorneys and/or parties of record:

Plaintiff, Edwin Garrison
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Gary Piano
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Gregg Podalsky
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Skyler Lindeen
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Alexander Chernyavsky
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Sunil Kavuri
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Gary Gallant
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, David Nicol
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Stephen N. Zack, Esq.
Tyler E. Ulrich, Esq.
Ursula Ungaro, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144

Alexander Boies, Esq.
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001

David Boies, Esq.
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504

Jose M. Ferrer, Esq.
MARK MIGDAL HAYDEN LLP
80 SW 8th Street, Suite 1999
Miami, FL 33131

*Co-Counsel for Plaintiffs, Edwin Garrison, Gary Piano, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, David Nicol, and Sunil Kavuri*

Gerald E. Greenberg, Esq.
Adam M. Schachter, Esq.
GELBER SCHACHTER & GREENBERG, PA
One Southeast Third Avenue, Suite 2600
Miami, FL 33131-1715

Jeremy D. Mishkin, Esq.
Richard M. Simins, Esq.
MONTGOMERY McCRACKEN
1735 Market Street, 21st Floor
Philadelphia, PA 19103

*Counsel for Defendant, Sam Bankman-Fried*

Roberto Martinez, Esq.
Stephanie A. Casey, Esq.
Zachary A. Lipschultz, Esq.
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351

Andrew B. Clubok, Esq.
Brittany M.J. Record, Esq.
Elizabeth A. Greenman, Esq.
Jessica S. Bina, Esq.
Marvin Putnam, Esq.
Michele D. Johnson, Esq.

Susan E. Engel, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

*Counsel for Defendants, Thomas Brady, Gisele Bundchen, Shaquille O'Neal, and Lawrence Gene David*

Nathan M. Bull, Esq.
730 Saldano Avenue
Coral Gables, FL 33143

Ellie Hourizadeh, Esq.
Jason D. Strabo, Esq.
Sarah P. Hogarth, Esq.
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067

*Counsel for Defendant, Stephen Curry*

Roberto Martinez, Esq.
Stephanie A. Casey. Esq.
Zachary A. Lipshultz, Esq.
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351

Jamila MacEbong, Esq.
Matthew Kahn, Esq.
Michael Kahn, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

*Co-Counsel for Defendant, Golden State Warriors*

Christopher Stephen Carver, Esq.
AKERMAN LLP
Three Brickell City Centre, Suite 1100
98 Southeast 7th Street
Miami, FL 33131

Katherine A. Johnson, Esq.
Jason S. Oletsky. Esq.
AKERMAN LLP

201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

*Counsel for Defendants, Udonis Haslem, and David Ortiz*

David A. Rothstein, Esq.
Alexander M. Peraza, Esq.
Eshaba Jahir-Sharuz. Esq.
DIMOND KAPLAN & ROTHSTEIN, P.A.
2665 S. Bayshore Drive, Suite PH-2B
Coconut Grove, FL 331333

Eric A. Fitzgerald, Esq.
Hillary N. Ladov, Esq.
McANGUS GOUDELOCK & COURIE LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103

*Counsel for Defendant, William Trevor Lawrence*

Edward Soto, Esq.
WEIL GOTSHAL & MANGES
1395 Brickell Avenue, Suite 1200
Miami, FL 33131

*Counsel for Defendant, Shohei Ohtani*

Roberto Martinez, Esq.
Stephanie A. Casey, Esq.
Zachary A. Lipschultz, Esq.
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351

Michael Dore, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

*Counsel for Defendant, Naomi Osaka*

Brandon S. Floch, Esq.
MARCUS NEIMAN & RASHBAUM, LLP
One Biscayne Tower, Suite 2530
2 South Biscayne Boulevard
Miami, FL 33131

Jeffrey E. Marcus, Esq.
Michael A. Pineiro, Esq.
MARCUS NEIMAN & RASHBAUM, LLP
One Biscayne Tower, Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131

Jeffrey A. Neiman, Esq.
MARCUS NEIMAN & RASHBAUM, LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394

Andrew B. Brettler,
BERK BRETTLER LLP
9119 Sunset Boulevard
West Hollywood, CA 90069

*Counsel for Defendant, Kevin O'Leary*

By: *  /s/ Stuart Z. Grossman  *
           STUART Z. GROSSMAN