UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL CASES.

/

## ORDER

THIS CAUSE came before the Court upon the Motion to Withdraw of Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., who appeared as co-counsel for Plaintiffs in the matter of: <u>Edwin Garrison, et al. on behalf of themselves and all others similarly situated v. Sam Bankman-Fried, et al.</u>, USDC Case No.: 1:22-cv-23753-KMM [ECF No. 125]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Stuart Z. Grossman, Esq., Manuel A. "Alex" Arteaga-Gomez, Esq., and Grossman Roth Yaffa Cohen, P.A. are permitted to withdraw as co-counsel for the Plaintiffs and shall have no further obligation in this matter.

**DONE AND ORDERED** in Miami, Florida, this _____ day of July, 2023.

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record