BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: | MDL No. 3076 |
| FTX Cryptocurrency Exchange Collapse Litigation | Case No. 1:23-md-03076-KMM |
| _____ / | |

## NOTICE OF APPEARANCE

Michael R. Tein, Esq., of TEIN MALONE PLLC, hereby gives notice of his appearance on behalf of Defendant Multicoin Capital Management LLC, and requests that copies of all motions, notices, and other pleadings filed or served in this case be furnished to the undersigned.

Dated: July 18, 2023

                                              Respectfully submitted,

                                              **TEIN MALONE PLLC**

By:    */s/Michael R. Tein*
          MICHAEL R. TEIN
          Fla. Bar No. 993522
          7741 SW 95th Terrace
          Miami, FL 33156
          Telephone: (305) 442-1101
          Email: tein@teinmalone.com

          *Counsel for Defendant,*
          *Multicoin Capital Management LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel or record.

/sMichael R. Tein
MICHAEL R. TEIN