BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re:                                          MDL No. 3076

FTX Cryptocurrency Exchange Collapse            Case No. 1:23-md-03076-KMM
Litigation
                                        /

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Brian Klein, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bars of California, Washington, and New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Dated: July 17, 2023

Respectfully submitted,

By: /s/ Brian E. Klein

Brian E. Klein
bklein@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (424) 652-7800

*Counsel for Defendant,*
*Multicoin Capital Management LLC*