UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

**DEFENDANT TIGER GLOBAL MANAGEMENT, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tiger Global Management, LLC ("Tiger Global"), by and through its undersigned counsel, hereby discloses the following:

Tiger Global has no parent corporation, and no publicly held corporation owns 10 percent or more of Tiger Global's stock.

DATE:  July 18, 2023          SCHULTE ROTH & ZABEL LLP

*/s/ Jeffrey F. Robertson*
Jeffrey F. Robertson
919 Third Avenue
New York, NY  10022

*Attorney for Defendant*
*Tiger Global Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2023, I e-filed a true and correct copy of the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Jeffrey F. Robertson*
Jeffrey F. Robertson