# Exhibit A

Plaintiffs' First Set of Requests for Production to Defendants Prager
Metis CPAs LLC and Armanino LLP

– and –

Plaintiffs' First Set of Interrogatories to Defendants Prager Metis CPAs
LLC and Armanino LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

In Re: FTX Cryptocurrency Exchange Collapse Litigation

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO**
**DEFENDANTS PRAGER METIS CPAs LLC AND ARMANINO LLP**

Plaintiffs, pursuant to Fed. R. Civ. P. 26 and 34, and Local Rule 26.1 of the United States

District Court for the Southern District of Florida, request that Defendants Prager Metis CPAs

LLC and Armanino LLP, respectively, produce the documents requested in response to these

document requests.

Respectfully submitted,

DATED: June 30, 2023

By: /s/ *David Boies*　　　　　　　　
　　　David Boies

David Boies (*Pro Hac Vice*)
Alex Boies (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
*dboies@bsfllp.com*

Adam M. Moskowitz Florida Bar No. 984280
Joseph M. Kaye Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street, Suite 202
Miami, FL 33133
Mailing Address:
P.O. Box 653409
Miami, FL 33175
Telephone: (305) 740-1423
*adam@moskowitz-law.com*
*joseph@moskowitz-law.com*

Stephen Neal Zack Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
*szack@bsfllp.com*

*Plaintiffs' Co-Lead Counsel*

DATED: June 30, 2023

By: /s/ *Laurence D. King*
                Laurence D. King

Laurence D. King
Kathleen A. Herkenhoff
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone:  (415) 772-4700
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*

Frederic S. Fox
Joel B. Strauss
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*

*Plaintiffs' Steering Committee Member*

## DEFINITIONS AND INSTRUCTIONS

Unless otherwise specified, the terms set forth below have the following meanings:

1.      "Alameda" refers to Alameda Research LLC, including, but not limited to, its past and present subsidiaries, affiliates, divisions, segments (including any mobile application and/or web-based cryptocurrency investment services or trading platform), predecessors (including acquired entities or lines of business), successors, directors, officers, employees, representatives and/or agents.

2.      All/Each and And/Or – The terms "all", "each", "and" and "or" shall be construed as meaning either all or each as necessary, or conjunctively, to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

3.      "Armanino" refers to Armanino LLP, including, but not limited to, its international, national or local branches or offices, and current and prior partners, employees and agents.

4.      "Bankruptcy Actions" refers to Case No. 22-11068 (JTD) (Jointly Administered) pending in the United States Bankruptcy Court for the District of Delaware, and all bankruptcy proceedings filed in or after November 2022 on behalf of any of the FTX Entities and/or Alameda, and all adversary proceedings filed in connection therewith.

5.      "BDO" refers to BDO International Limited, its network of independent member firms, BDO USA, LLP, and their related entities, including any international, national or local branches of offices of BDO, and its current and prior partners, employees or agents.

6.      "Communication" refers to the transmittal of information in the form of facts, ideas, inquiries or otherwise, and whether orally or in writing, or by any other means or medium, including in person, electronically and/or by exchange or communication of any document.

7.      "Concerning" means relating to, referring to, describing, evidencing or constituting.

8.      "Creditors" refers to all creditors in the Bankruptcy Actions, including, but not limited to, any committees of such creditors.

9.      "Debtors" refers to all FTX Entities and/or Alameda that have filed petitions for bankruptcy protection in the Bankruptcy Actions.   When referring to the FTX Entities and/or Alameda in the Requests, the Requests cover the periods both prior to, and after, their filing of any of the Bankruptcy Actions.

10.     "Defendants" refers to any and all persons and/or entities named as defendants in any of the actions consolidated with, and into, the above-captioned action.   For purposes of these Requests, Defendants also includes Silvergate Capital Corporation (a/k/a Silvergate Bank).

11.     "Deloitte" refers to Deloitte Touche Tohmatsu Limited ("DTTL"), its network of member firms, and their related entities, including any international, national or local branches of offices of Deloitte, and its current and prior partners, employees or agents.   Deloitte specifically includes Deloitte US and Deloitte Global.

12.     "Document" refers to any written, printed, typed or other graphic matter, of any kind or nature, whether in hard copy or electronic format, whether the original, draft, or a copy and copies bearing notations or marks not found on the original,

including, but not limited to, memoranda, reports, recommendations, notes, letters, envelopes, post-its, emails, text messages, instant messages (including, but not limited to, messages exchanged or sent using Slack, Teams, Discord, WhatsApp, Signal or any other similar application), transcripts, studies, analyses, tests, books, articles, minutes, agreements, contracts, and all other written communications, of any type, including inter and intra-office communications, questionnaires, surveys, charts, graphs, videos, photographs, tapes, voice messages or other recordings, print-outs or compilations from which information can be obtained or, if necessary, translated through detection devices into reasonably usable form, including all underlying or preparatory materials and drafts thereof.  To the extent not already covered in the above definition, "Document" specifically includes any "writing", "recording", "photograph", "original" or "duplicate" as defined in Rule 1001 of the Federal Rules of Evidence, and/or "Electronically Stored Information" as set forth in Rule 34 of the Federal Rules of Civil Procedure and/or as further defined as "ESI" herein.

13. "ESI" refers to Electronically Stored Information, as consistent with Rule 34 of the Federal Rules of Civil Procedure, and includes all computer or electronically stored or generated data and information, including all attachments to and enclosures within any requested item, and all drafts thereof. ESI includes all information and documents stored in any format and on any storage media, including, but not limited to: internal and external storage devices, hard drives, flash drives; and magnetic tape, whether fixed, portable or removable, and ESI further includes, but is not limited to, electronic spreadsheets, electronic presentation documents, e-mail

messages, text messages, message platforms (including, but not limited to, Slack, Teams, Discord, WhatsApp, Telegram, Messenger, Signal or any other similar platforms where chat messages are exchanged); image files; sound files; material or information stored in a database or accessible from a database (including, but not limited to, Salesforce, Azure Cloud, or SQL databases). Responsive ESI may also include data on social media websites (e.g., LinkedIn, Facebook, Twitter, Instagram, and internal intranet social media). To the extent that a document or ESI contains tracked changes, comments, or other hidden text, the document or ESI should be imaged with that hidden text displayed. ESI also includes all associated metadata that is maintained or saved (including for example, author, recipient, file creation date, file modification date, etc.). Metadata preservation includes preserving parent-child relationships within a document family (the association between an attachment and its parents' document or between embedded documents and their parent). The entire document and attachments will be produced, except any attachments that may be withheld or redacted on the basis of any protection or privilege, work product, or other applicable protection. Best efforts shall be made to ensure that the parent-child relationships within a document family (the association between an attachment and its parent document) are preserved and that such responsive child document(s) should be consecutively produced immediately after the responsive parent document.

14.     "EY" refers to Ernst & Young Global Limited, including, but not limited to, Ernst & Young LLP, and their related entities, including any international, national or local branches of EY, and its current and prior partners, employees or agents.

15.    "FTX Entities" refers to FTX Trading and/or FTX US.

16.    "FTX Trading" refers to FTX Trading Ltd. d/b/a FTX Trading, including, but not limited to, its past and present subsidiaries, affiliates, divisions, segments (including any mobile application and/or web-based cryptocurrency investment services or trading platform, such as FTX.com), predecessors (including acquired entities or lines of business such as Blockfolio, Inc.), successors, directors, officers, employees, representatives and/or agents.

17.    "FTX US" refers to West Realm Shires Services Inc. d/b/a FTX US, including, but not limited to, its past and present subsidiaries, affiliates, divisions, segments (including any mobile application and/or web-based cryptocurrency investment services or platform, such as FTX.com), predecessors (including acquired entities or lines of business such as Blockfolio, Inc.), successors, directors, officers, employees, representatives and/or agents.

18.    "Liquidators" refers to all liquidators in the Bankruptcy Actions, including, but not limited to, the Joint Provisional Liquidators of FTX Digital Markets Ltd.

19.    "Person" or "People" refers to any natural person(s) or any business, legal, or governmental entity (or entities) or association(s).

20.    "Prager Metis" refers to Prager Metis CPAs LLC, including, but not limited to, its international, national or local branches or offices, and current and prior partners, employees and agents.

21.    "PWC" refers to PriceWaterhouseCoopers LLP and/or PricewaterhouseCoopers International Limited (PwCIL) and any international, national or local branches or offices of PWC, and its current and prior partners, employees or agents.

22.     "Trustee" refers to the U.S. Trustee assigned in the Bankruptcy Actions, including any of the Trustee's employee or agents, including any examiner appointed in the Bankruptcy Actions.

23.     "Work Papers" refers to all documents prepared, maintained and/or obtained by you concerning the planning, procedures performed, information obtained, and conclusions reached in connection with any engagement you performed for any of the FTX Entities or Alameda. With respect to any audit you performed of the financial statements of any of the FTX Entities or Alameda, the term "Work Papers" shall also refer to Audit Documentation prepared by you as required by AU-C Section 230 of Auditing Standards set forth by the American Institute of Certified Public Accountants.  "Work Papers" also includes documents that you have in your possession, custody or control that were prepared, maintained and/or obtained by you concerning the FTX Entities and/or Alameda that were prepared or obtained by any other persons or entities providing accounting, auditing, or consulting services to the FTX Entities and/or Alameda.

24.     "You" or "Your" shall refer to the defendant responding to these requests, including, but not limited to, its international, national or local branches or offices, and current and prior partners, employees and agents.

25.     Whenever a reference to a business entity appears, the reference shall mean the business entity, its affiliated companies, partnerships, divisions, subdivisions, directors, officers, employees, agents, clients or other representatives of affiliated third parties.

26.     Defined terms may or may not be capitalized or made uppercase; the given definitions apply even if a term in question is not capitalized or made uppercase. No waiver of a definition is implied by the use of a defined term in a non-capitalized or lowercase form.

## <u>INSTRUCTIONS</u>

1.      Production of documents and items requested herein shall be made at the offices of The Moskowitz Law Firm, P.O. Box 653409, Miami, FL 33133, or via electronic mail to the email addresses provided in the signature blocks of the attorneys serving these requests.

2.      Unless otherwise stated in a request, the time period for which you must respond is January 1, 2019 through the date of production.

3.      Objections: Where an objection is made to any request, the objection shall state with specificity all grounds for the objection. Any ground not stated in an objection within the time provided by the Federal Rules of Civil Procedure, or by the Court's order, or any extensions thereof, shall be waived.

4.      These requests shall include all documents that are in your possession, custody or control or in the possession, custody or control of your present or former agents, representatives, or your attorneys, or any and all persons acting on your behalf, or your present or former agents, representatives, or attorneys.

5.      For any document, or portion thereof, covered by a request that is withheld from production (or redacted in whole or in part) under claim of privilege, work product protection or any other basis, you shall provide the following information in the form of a privilege log:

   a.      the reasons and facts supporting any withholding, and legal basis for withholding the document;

   b.      the date such document was prepared;

    c.     the names, employment positions and addresses of the author or preparers of such document;

    d.     the names, employment positions, and the addresses of each person who received such document;

    e.     the title, a brief description, and the subject matter of the document; and

    f.     the number of the request under which such document would be produced but for the objection.

6.     If any document responsive to a request has been destroyed, produce all documents describing or referencing:

    a.     the contents of the lost or destroyed document

    b.     all locations in which any copy of the lost or destroyed document had been maintained;

    c.     the date of such loss or destruction;

    d.     the name of each person who ordered, authorized, and carried out the destruction of any responsive document;

    e.     all document retention and destruction policies in effect at the time any requested document was destroyed; and

    f.     all efforts made to locate any responsive document alleged to have been lost.

7.     In producing the documents requested, indicate the specific request(s) pursuant to which document or group of documents is being produced.

8.     These requests should be deemed continuing, and supplemental productions should be provided as additional documents become available.

9.   All documents that cannot be accurately represented in TIFF format (such as spreadsheets, computer slide presentations, audio files, video files, and other similar file types) shall be provided in its native format. The parties will further meet and confer regarding appropriate format of production for databases and structured data (e.g., Microsoft Teams, Slack, Microsoft Access, Azure Cloud, Salesforce, Oracle, or other ephemeral messaging or proprietary database systems).

10.  All documents are to be produced in the following method if not produced in its Native Format:

   a.   Single page .TIFF images

   b.   Color.jpg (documents wherein reflection of importance relies on color, shall be produced in .jpg format)

   c.   Document level Text Files containing extracted full text or OCR text

   d.   Electronic documents, e-mails, text or instant messages are to be processed and converted from the electronic format to single page tiff.

## REQUESTS FOR PRODUCTION

1.     All documents concerning engagement agreements entered into between you and any of the FTX Entities, Alameda or any of the Defendants.

2.     All work papers concerning the fiscal and/or calendar year-end 2020 and 2021 financial statements for any of the FTX Entities or Alameda.

3.     All work papers concerning the quarterly financial statements for fiscal and/or calendar year 2020, 2021 and/or 2022 for any of the FTX Entities or Alameda.

4.     All audit reports and/or opinions issued by you concerning the financial statements of any of the FTX Entities or Alameda.

5.     All permanent files concerning any of the FTX Entities and/or Alameda that were prepared or maintained in connection with, and/or referred to, in connection with any engagement you performed for any of the FTX Entities and/or Alameda.

6.     To the extent not provided in connection with the foregoing Requests, any and all management representation letters concerning any engagements, consulting, advising, attestation, tax or any other work you performed for, or on behalf of, the FTX Entities and/or Alameda.

7.     All documents concerning any working group lists, or the names and contact information for all persons or entities, you received, prepared, or maintained in connection with any engagement, consulting services, advising services or any other activities you performed concerning the FTX Entities and/or Alameda.

8.     All documents concerning internal accounting controls at any of the FTX Entities and/or Alameda.

- 11 -

9.      All documents concerning the terms of service agreements entered into between any of the FTX Entities and their customers or investors.

10.     All documents concerning proof of reserves, real time attestations, tax, consulting and/or other services you provided to, received from, or exchanged with, any of the FTX Entities and/or Alameda.

11.     All documents concerning services provided to any of the FTX Entities or Alameda by any other auditing or accounting firm (including, but not limited to, Deloitte, PWC, BDO or EY) including any audit, consulting, proof of reserves, real time attestations, tax and advisory services.

12.     All documents concerning the posting on the Prager Metis website in approximately June 2022 that "Prager Metis is proud to support FTX US", including, but not limited to, the propriety of such posting.

13.     All documents concerning the posting on your website or on social media of any statements concerning the FTX Entities, Alameda and/or any of the Defendants.

14.     All documents concerning the tweet made by Armanino on December 8, 2021 that stated "Next up…@SBF_FTX Let's go buddy!".

15.     All documents concerning statements made on any website or any social media platform by Samuel Bankman-Fried, the FTX Entities, Alameda, or by any of the Defendants, including statements concerning:

a.      the financial statements of the FTX Entities and/or Alameda; and/or

b.      that the financial statements of FTX Entities and/or Alameda had been audited.

16.     All documents concerning any communications between you and each of the following entities and/or persons concerning the FTX Entities and/or Alameda:

a.      the United States Securities and Exchange Commission ("SEC");

b.      the Commodity Futures Trading Commission ("CFTC");

c.      the United States Department of Justice, including any United States Attorneys' Office ("DOJ");

d.      any Committee or member of the House of Representatives and/or the Senate of the United States;

e.      the PCAOB, AICPA or any other national or international entity regulating your work or services;

f.      the Government of the Bahamas and/or any agency thereof;

g.      any state or administrative agency or regulatory entity;

h.      any federal or foreign governmental agency, administrative agency or regulatory entity;

i.      any accounting firm, accountant or auditor;

j.      any actual or prospective customer of any of the FTX Entities and/or any actual or prospective investor in any of the FTX Entities.

k.      any Debtors, Creditors, Liquidators, the U.S. Trustee (or any person or entity acting on their behalf), and/or any person or entity filing an adversary proceeding in the Bankruptcy Actions.

l.      any of the Defendants.

17.     All documents concerning the FTX Entities and/or Alameda you provided to or exchanged with:

- 13 -

a.      the SEC;

b.      the CFTC;

c.      the DOJ;

d.      any Committee or member of the House of Representatives and/or Senate of the United States;

e.      the PCAOB, AICPA or any other national or international entity regulating your work or services;

f.      the Government of the Bahamas and/or any agency thereof;

g.      any state or administrative agency or regulatory entity;

h.      any federal or foreign governmental agency, administrative agency or regulatory entity;

i.      any accounting firm, auditor or accountant;

j.      any actual or prospective customer of any of the FTX Entities and/or Alameda and/or any actual or prospective investor in any of the FTX Entities and/or Alameda.

k.      any Debtors, Creditors, Liquidators, the U.S. Trustee (or any person or entity acting on their behalf) and/or any person or entity filing an adversary proceeding in the Bankruptcy Actions.

l.      any of the Defendants.

18.      All documents concerning the identification of all persons or entities who received, or were provided a copy of, your audit report(s) concerning the financial statements of either of the FTX Entities and/or Alameda, whether in whole or in part.

19.     All documents concerning communications between you and John J. Ray III (or any of his agents or employees conducting operations on behalf of the FTX Entities or Alameda on or after the filing of bankruptcy petitions in the Bankruptcy Actions) concerning the FTX Entities and/or Alameda.

20.     All documents concerning your bills and invoices to any of the FTX Entities or Alameda, or to any present or former director, officer, employee and/or agent of the FTX Entities and/or Alameda, including itemized descriptions of the work you performed and the amounts billed for same.

21.     All documents concerning any exchange of payments of any kind, or the receipt of any item of value (including, but not limited to, items such as cryptocurrency, digital assets, fiat currency, real estate, assets, gifts, entertainment, or any other item of value) between or among you and/or any of the FTX Entities, Alameda and/or any present or former director, officer, employee and/or agent of the FTX Entities and/or Alameda.

22.     All documents concerning any monies or anything of value received by you from the FTX Entities, Alameda and/or any of the Defendants.

23.     To the extent not already produced in connection with any of the above requests, all transcripts and recordings of any depositions, testimony, interviews, or statements you have provided concerning the FTX Entities and/or Alameda in any court, administrative proceedings, the Bankruptcy Actions or any other foreign or domestic forum.

24.     All documents concerning any written or oral statements, presentations, whitepapers, articles, or any other communications you have issued or made

concerning auditing or engagements for cryptocurrency or digital assets, including, but not limited to, proof of reserves and/or real-time attestation of digital assets.

25.   To the extent not produced in connection with the above Requests, all documents concerning any services or work you performed for the FTX Entities and/or Alameda, or any documents prepared by any other person or entity, concerning the cryptocurrency and/or digital assets of any kind or accounts held, managed, maintained and/or received by the FTX Entities and/or Alameda (whether for the benefit of the FTX Entities, Alameda, and/or customers and investors), including any such information generated using any software or application including, but not limited to, TrustExplorer, LedgerLens, CryptoPrep, Crypto-Asset Accounting & Tax, Silvergate Exchange Network, or any similar software or application.

26.   To the extent not produced in connection with the above Requests, all documents concerning any transactions between or among the FTX Entities, Alameda and/or any of the Defendants, including but not limited to, any: a) related party transactions; b) transfers of digital assets, cryptocurrency assets, monetary assets (including fiat currency or e-money), tokens, bitcoin or any other form of assets; c) real estate transactions; and/or d) disbursements or loans of any kind.

27.   All documents concerning your policies and procedures for the preservation, maintenance and/or destruction of the documents sought by these Requests, including any ESI or e-mail.

28.     All insurance policies under which you may seek coverage in connection with the above-referenced action or your work and/or engagements on behalf of the FTX Entities.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

In Re: FTX Cryptocurrency Exchange Collapse Litigation

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS PRAGER METIS CPAs LLC AND ARMANINO LLP

Plaintiffs, pursuant to Fed. R. Civ. P. 26 and 33, and Rule 26.1 of the Local Rules of the Southern District of Florida, request that Defendants, Prager Metis CPAs LLC and Armanino LLP, respectively respond, in writing and under oath, to the following interrogatories, within the time prescribed by such rules.

Dated: June 30, 2023

Respectfully submitted,

By: /s/ *David Boies*
David Boies

David Boies (*Pro Hac Vice*)
Alex Boies (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
*dboies@bsfllp.com*

Adam M. Moskowitz Florida Bar No. 984280
Joseph M. Kaye Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street, Suite 202
Miami, FL 33133
Mailing Address:
P.O. Box 653409
Miami, FL 33175
Telephone: (305) 740-1423
*adam@moskowitz-law.com*
*joseph@moskowitz-law.com*

Stephen Neal Zack Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
*szack@bsfllp.com*

*Plaintiffs' Co-Lead Counsel*

Dated: June 30, 2023                By: /s/ *Laurence D. King*
                                       Laurence D. King

Laurence D. King
Kathleen A. Herkenhoff
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone:  (415) 772-4700
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*

Frederic S. Fox
Joel B. Strauss
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*

*Plaintiffs' Steering Committee Member*

## **DEFINITIONS**

Unless otherwise specified, the terms set forth below have the following meanings:

1.      "Alameda" refers to Alameda Research LLC, including, but not limited to, its past and present subsidiaries, affiliates, divisions, segments (including any mobile application and/or web-based cryptocurrency investment services or trading platform), predecessors (including acquired entities or lines of business), successors, directors, officers, employees, representatives and/or agents.

2.      All/Each and And/Or – The terms "all", "each", "and" and "or" shall be construed as meaning either all or each as necessary, or conjunctively, to bring within the scope of the interrogatories all responses that might otherwise be construed to be outside their scope.

3.      "BDO" refers to BDO International Limited, its network of independent member firms, BDO USA, LLP, and their related entities, including any international, national or local branches of offices of BDO, and its current and prior partners, employees or agents.

4.      "Concerning" means relating to, referring to, describing, evidencing or constituting.

5.      "Defendants" refers to any and all persons and/or entities named as defendants in any of the actions consolidated with, and into, the above-captioned action.  For purposes of these interrogatories, Defendants also includes Silvergate Capital Corporation (a/k/a Silvergate Bank).

6.      "Deloitte" refers to Deloitte Touche Tohmatsu Limited ("DTTL"), its network of member firms, and their related entities, including any international, national or

local branches of offices of Deloitte, and its current and prior partners, employees or agents. Deloitte specifically includes Deloitte US and Deloitte Global.

7.    "Document" means any written, printed, typed or other graphic matter, of any kind or nature, whether in hard copy or electronic format, whether the original, draft, or a copy and copies bearing notations or marks not found on the original, including but not limited to memoranda, reports, recommendations, notes, letters, envelopes, post-its, emails, ext messages, instant messages (including, but not limited to, messages exchanged or sent using Slack, Teams, Discord, WhatsApp, Signal or any other similar application),  transcripts, studies, analyses, tests,  books, articles, minutes, agreements, contracts, and all other written communications, of any type, including inter and intra-office communications, questionnaires, surveys, charts, graphs, videos, photographs,  tapes, voice messages or other recordings, print-outs or compilations from which information can be obtained or, if necessary, translated through detection devices into reasonably usable form, including all underlying or preparatory materials and drafts thereof.  To the extent not already covered in the above definition, "Document" specifically includes any "writing", "recording", "photograph", "original" or "duplicate" as defined in Rule 1001 of the Federal Rules of Evidence, and/or "Electronically Stored Information" as set forth in Rule 34 of the Federal Rules of Civil Procedure and/or as further defined as "ESI" herein.

8.    "ESI" refers to Electronically Stored Information, as consistent with Rule 34 of the Federal Rules of Civil Procedure, and includes all computer or electronically stored or generated data and information, including all attachments to and enclosures within any requested item, and all drafts thereof. ESI includes all information and

documents stored in any format and on any storage media, including, but not limited to: internal and external storage devices, hard drives, flash drives; and magnetic tape, whether fixed, portable or removable, and ESI further includes, but is not limited to, electronic spreadsheets, electronic presentation documents, e-mail messages, text messages, message platforms (including, but not limited to, Slack, Teams, Discord, WhatsApp, Telegram, Messenger, Signal or any other similar platforms where chat messages are exchanged); image files; sound files; material or information stored in a database or accessible from a database (including, but not limited to, Salesforce, Azure Cloud, or SQL databases). Responsive ESI may also include data on social media websites (e.g., LinkedIn, Facebook, Twitter, Instagram, and internal intranet social media). To the extent that a document or ESI contains tracked changes, comments, or other hidden text, the document or ESI should be imaged with that hidden text displayed. ESI also includes all associated metadata that is maintained or saved (including for example, author, recipient, file creation date, file modification date, etc.). Metadata preservation includes preserving parent-child relationships within a document family (the association between an attachment and its parents' document or between embedded documents and their parent). The entire document and attachments will be produced, except any attachments that may be withheld or redacted on the basis of any protection or privilege, work product, or other applicable protection. Best efforts shall be made to ensure that the parent-child relationships within a document family (the association between an attachment and its parent document) are preserved and that

- 3 -

such responsive child document(s) should be consecutively produced immediately after the responsive parent document.

9. "EY" refers to Ernst & Young Global Limited, including but not limited to Ernst & Young LLP, and their related entities, including any international, national or local branches of EY, and its current and prior partners, employees or agents.

10. "FTX Entities" refers to FTX Trading and/or FTX US.

11. "FTX Trading" refers to FTX Trading Ltd. d/b/a FTX Trading, including but not limited to its past and present subsidiaries, affiliates, divisions, segments (including any mobile application and/or web-based cryptocurrency investment services or trading platform, such as FTX.com), predecessors (including acquired entities or lines of business such as Blockfolio, Inc.), successors, directors, officers, employees, representatives and/or agents.

12. "FTX US" refers to West Realm Shires Services Inc. d/b/a FTX US, including but not limited to its past and present subsidiaries, affiliates, divisions, segments (including any mobile application and/or web-based cryptocurrency investment services or platform, such as FTX.com), predecessors (including acquired entities or lines of business such as Blockfolio, Inc.), successors, directors, officers, employees, representatives and/or agents.

13. "Person" means any natural person(s) or any business, legal, or governmental entity (or entities) or association(s).

14. "PWC" refers to PriceWaterhouseCoopers LLP and/or PricewaterhouseCoopers International Limited ("PwCIL") and any international, national or local branches or offices of PWC, and its current and prior partners, employees or agents.

15.     "Robert Lee & Associates" refers to Robert Lee & Associates and any international, national or local branches or offices of Robert Lee & Associates, and its current and prior partners, employees or agents.

16.     "You" or "Your" shall refer to the defendant responding to these interrogatories, including but not limited to its international, national or local branches or offices, and current and prior partners, employees and agents.

17.     When referring to a person, "to identify" means to give, to the extent known, the person's full name and present or last known address and, when referring to a natural person, additionally, the present or last known place of employment.

18.     Defined terms may or may not be capitalized or made uppercase; the given definitions apply even if a term in question is not capitalized or made uppercase. No waiver of a definition is implied by the use of a defined term in a non-capitalized or lowercase form.

## **INSTRUCTIONS**

1.    Production of responses and objections to the interrogatories shall be made at the offices of The Moskowitz Law Firm, P.O. Box 653409, Miami, FL 33133, or via electronic mail to the email addresses provided in the signature blocks of the attorneys serving these interrogatories.

2.    Unless otherwise stated in an interrogatory, the time period for which you must respond is January 1, 2019 through the date of response to these interrogatories.

3.    These interrogatories shall include all information in your possession, custody or control or in the possession, custody or control of your present or former agents, representatives, or your attorneys, or any and all persons acting on your behalf, or your present or former agents, representatives, or attorneys.

4.    Each interrogatory objection and/or response must immediately follow the quoted interrogatory, and no part of an interrogatory shall be left unanswered merely because an objection is interposed to another part of the interrogatory.

5.    If you claim there is any ambiguity in either a particular interrogatory or in a definition or an instruction applicable thereto, you shall not use such claim as a basis for refusing to respond to the interrogatory, but you shall set forth as part of the response the language you deem ambiguous and the interpretation you used in responding.

6.    Where an objection is made to any interrogatory, the objection shall state with specificity all grounds. Any ground not stated in an objection within the time provided by the Federal Rules of Civil Procedure, the local rules of the Southern

District of Florida, or by the Court's order, or any extensions thereof, shall be waived.

7.    Where a claim of privilege or protection from disclosure is asserted in objecting to any interrogatory, or sub-part thereof, and a complete answer is not provided on the basis of such assertion, you shall provide a log within the time period set forth in Rule 26.1 of the Local Rules of the Southern District of Florida, and in conformity with the requirements of that rule.

8.    If you answer any interrogatory by reference to records or materials from which the answer may be derived or ascertained, you shall make available within the time period specified in Rule 26.1 of the Local Rules of the Southern District of Florida:

   a.    any electronically stored information or summaries thereof that you have or can adduce by a relatively simple procedure, unless those materials are privileged or otherwise immune from discovery.

   b.    any relevant compilations, abstracts or summaries in your custody or readily obtainable by you, unless those materials are privileged or otherwise immune from discovery.

9.    All documents that cannot be accurately represented in TIFF format (such as spreadsheets, computer slide presentations, audio files, video files, and other similar file types) shall be provided in its native format. The parties will further meet and confer regarding appropriate format of production for databases and structured data (e.g., Microsoft Teams, Slack, Microsoft Access, Azure Cloud, Salesforce, Oracle, or other ephemeral messaging or proprietary database systems).

10. All documents are to be produced in the following method if not produced in its Native Format:

    a. Single page .TIFF images

    b. Color.jpg (documents wherein reflection of importance relies on color, shall be produced in .jpg format)

    c. Document level Text Files containing extracted full text or OCR text.

    d. Electronic documents, e-mails, text or instant messages are to be processed and converted from the electronic format to single page tiff.

11. These interrogatories shall be deemed continuing, and supplemental interrogatory responses shall be provided as additional responsive information becomes available.

## **INTERROGATORIES**

1.    For each audit report and/or opinion you issued concerning the financial statements of the FTX Entities and/or Alameda, identify each person who you have reason to believe received or reviewed such a report or opinion, whether as issued or in draft.

2.    For any statement concerning the FTX Entities, Alameda, or any of the Defendants made by you, other than to the FTX Entities and Alameda itself (including but not limited to any online or internet posting, whether on a website, social media, or otherwise), identify each person involved in creating and/or approving such posting, including, but not limited to, your current and/or former partner(s) and/or employees.

3.    Identify all services you and/or any other accounting firm, including but not limited to BDO, Deloitte, EY, PWC or Robert Lee & Associates, provided to any of the FTX Entities and/or Alameda, including (i) the timing of such services; (ii) the identities of each partner and/or employee of your firm and/or any other accounting firm who participated in the performance of such services; and (iii) the location(s) of the office(s) from which such services were provided.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

In Re: FTX Cryptocurrency Exchange
Collapse Litigation

---

### PROOF OF SERVICE

I, Suzanne Powley, declare and state as follows:

I am employed by the law firm of Kaplan Fox & Kilsheimer LLP, 1999 Harrison Street, Suite 1560, Oakland, CA 94612.  My email address is spowley@kaplanfox.com.  I am over the age of 18 and am not a party to this action.

On this day, June 30, 2023, I served the following documents via electronic mail:

1.    Plaintiffs' First Set of Requests For Production of Documents to Defendants Prager Metis CPAs LLC And Armanino LLP

2.    Plaintiffs' First Set of Interrogatories to Defendants Prager Metis CPAs LLC And Armanino LLP

upon the following parties, at their electronic addresses, as indicated below.  Additionally, some parties receiving electronic mail also received First Class Mail service and those parties are indicated with an asterisk (*) mark.

**COUNSEL FOR DEFENDANT ARMANINO, LLP**

| | |
|---|---|
| Matthew P. Bosher * | Thomas R. Waskom * |
| Torsten M. Kracht * | HUNTON ANDREWS KURTH LLP |
| HUNTON ANDREWS KURTH LLP | 951 East Byrd Street |
| 2200 Pennsylvania Avenue, N.W. | Richmond, VA 23219 |
| Washington, DC 20037 | 804-788-8200 |
| 202-955-1500 | twaskom@huntonak.com |
| mbosher@huntonak.com | |
| tkracht@huntonak.com | |

1

Ann Marie Mortimer *
Kirk A. Hornbeck *
HUNTON ANDREWS KURTH LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2020
amortimer@huntonak.com
khornbeck@huntonak.com

Justin Taylor Quinn *
Robinson Miller LLC
110 Edison Place, Suite 302
Newark, NJ 07102
973-690-5400
jquinn@rwmlegal.com

**COUNSEL FOR DEFENDANT PRAGER METIS CPAs LLC**

Bruce R. Braun *
Joanna R. Travalini *
Tommy Hoyt *
Sidley Austin LLP
1 S. Dearborn
Chicago, IL 60603
312-853-7000
bbraun@sidley.com
jtravalini@sidley.com
thoyt@sidley.com

Ian M. Ross *
Sidley Austin LLP *
801 Brickell Avenue, Suite 800
Miami, FL 33131
305-391-5218
ioss@sidley.com

Sarah A. Hemmendinger *
Irene Yang *
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1200
shemmendinger@sidley.com
irene.yang@sidley.com

Meredith Stoma *
Lewis Brisbois Bisgaard & Smith LLP
1 Riverfront Plaza, Suite 800
Newark, NJ 07102
(973) 577-6260
meredith.stoma@lewisbrisbois.com

Peter Thomas Shapiro *
Lewis Brisbois Bisgaard & Smith LLP
77 Water St., Suite 2100
New York, NY 10005
(212) 232-1322
Fax: (212) 232-1399
peter.shapiro@lewisbrisbois.com

**Counsel for Defendant Multicoin Capital Management LLC**

Michael Ross Tein
Lewis Tein Malone Trial Lawyers
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
(305) 442-1101
tein@teinmalone.com

Brian E. Klein
Scott M. Malzahn
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

**Counsel for Defendants Thomas Brady, Gisele Bundchen, Lawrence Gene David, and Shaquille O'Neal**

Andrew B. Clubok
Brittany M.J. Record
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Roberto Martinez
Stephanie Anne Casey
Zachary A. Lipschltz
Thomas A. Kroeger
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com
scasey@colson.com
zach@colson.com
tom@colson.com

**Counsel for Defendant Kevin O'Leary**

Brandon Scott Floch
Jeffrey Eldridge Marcus
Michael Anthony Pineiro
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com

Jeffrey Adam Neiman
Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

**Counsel for Defendant Paradigm Operations LP**

T. TODD PITTENGER, ESQ.
KELLY J.H. GARCIA, ESQ.
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400

Alexander C. Drylewski
Skadden, Arps, Slate, Meagher Flom LLP
One Manhattan West
New York, NY 10001-8602

Orlando, FL  32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

Telephone: (212-) 735-3000
Email: alexander.drylewski@skadden.com

Mark R.S. Foster
Skadden Arps Slate Meagher & Flom LLP
525 University Ave. Ste 1400
Palo Alto, CA 94103
mark.foster@skadden.com

**Counsel for Defendant Thoma Bravo L.P.**

Jordi Guso
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
jguso@bergersingerman.com

Mark McKane, P.C.
Anna Terteryan
Stephen Silva
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

**Counsel for Defendant Softbank Vision Fund (AIV M2) L.P.**

Adam Michael Foslid
Daniel Tramel Stabile
WINSTON & STRAWN LLP
200 South Biscayne Blvd., Suite 2400
Miami, FL 33131
afoslid@winston.com
dstabile@winston.com

Anna Erickson White
Ryan M. Keats
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
AWhite@mofo.com
RKeats@mofo.com

Eric D. Lawson
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601
ELawson@mofo.com

**Counsel for Defendants David Ortiz and Udonis Haslem**

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

**Counsel for Defendant Altimeter Capital Management, LP**

| | |
|---|---|
| Jay Brian Shapiro | David Hennes |
| Alejandro David Rodriguez | ROPES & GRAY LLP |
| STEARNS WEAVER MILLER WEISSLER | 1211 Avenue of the Americas |
| ALHADEFF & SITTERSON, P.A. | New York, New York 10036 |
| 150 West Flagler Street, Suite 2200 | Tel: (212) 596-9000 |
| Miami, FL 33130 | david.hennes@ropesgray.com |
| jshapiro@stearnsweaver.com | |
| arodriguez@stearnsweaver.com | |

Amy Jane Longo
David B. Hennes
Lauren M. Bergelson
ROPES & Gray LLP
10250 Constellation Boulevard
Los Angeles, CA 90067
David.Hennes@ropesgray.com
Lauren.Bergelson@ropesgray.com
Amy.Longo@ropesgray.com

**Counsel for Defendant William Trevor Lawrence**

| | |
|---|---|
| Eric A. Fitzgerald | David Alan Rothstein |
| Hillary N. Ladov | Alexander Manuel Peraza |
| McAngus Goudelock & Courie LLC | Eshaba Jahir-Sharuz |
| 2000 Market Street, Suite 780 | Dimond Kaplan & Rothstein |
| Philadelphia, PA 19103 | 2665 South Bayshore Drive, PH-2B |
| (484) 406-4334 | Coconut Grove, FL 33133 |
| eric.fitzgerald@mgclaw.com | 305-374-1920 |
| hillary.ladov@mgclaw.com | Fax: 374-1961 |
| | drothstein@dkrpa.com |
| | aperaza@dkrpa.com |
| | eshaba@dkrpa.com |

Tommy Lydon
MGC Law
1320 Main Street, 10th Floor
Columbia, SC 29201
tlydon@mgclaw.com

**Counsel for Defendants Golden State Warriors and Naomi Osaka**

| | |
|---|---|
| Matthew S. Kahn | Michael Dore |
| Gibson, Dunn & Crutcher LLP | Jamila MacEbong |
| 555 Mission Street | 333 South Grand Avenue, Suite 4600 |
| San Francisco, CA 94105-0921 | Los Angeles, CA 90071-3197 |
| Tel: 415.393.8212 | Phone: 213.229.7155 |
| Fax: 415.374.8466 | MDore@gibsondunn.com |
| MKahn@gibsondunn.com | JMacEbong@gibsondunn.com |

**Counsel for Defendant Shohei Ohtani**

Edward Soto
WEIL, GOTSHAL & MANGES LLP

1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100
edward.soto@weil.com

**Counsel for Defendant Stephen Curry**

Nathan Bull
McDERMOTT WILL & EMERY LLP
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500
nbull@mwe.com
mblancoaleman@mwe.com

Jason D. Strabo
Ellie Hourizadeh
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
jstrabo@mwe.com
ehourizadeh@mwe.com

Sarah P. Hogarth
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087
shogarth@mwe.com

**Counsel for Defendant Samuel Bankman-Fried**

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Richard M. Simins
Montgomery McCracken
1735 Market Street, 21st Floor
Philadelphia, PA 19103-7505
Telephone 215-772-1500
rsimins@mmwr.com

Zachary C. Flood
Lewis & Llewellyn LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
zflood@lewisllewellyn.com

Gerald E. Greenberg
Adam M. Schachter
Andrew T. Figueroa
GELBER SCHACHTER & GREENBERG
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
ggreenberg@gsgpa.com
aschachter@gsgpa.com
afigueroa@gsgpa.com

**Counsel for Defendant Zixiao Gary Wang**

Alex B. Miller *
Fried Frank
One New York Plaza
New York, New York 10004

T: 212.859.8000
alex.miller@friedfrank.com

**Counsel for Defendant Nishad Singh**
Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com

**Counsel for Defendant Kevin Paffrath**
Joseph A. DeMaria
Adam J. Lamb
FOX ROTHSCHILD LLP
One Biscayne Tower, Suite 2750
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: 305.442.6547
Facsimile: 305.442.6541
JDeMaria@FoxRothschild.com
ALamb@FoxRothschild.com
mmiller-hayle@foxrothschild.com
JPoli@foxrothschild.com

**Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebvre**
| | |
|---|---|
| Josef M. Mysorewala | Kimberly P. Stein |
| Law Office of Josef M. Mysorewala, PLLC | Flangas Law Group, Inc., |
| 2000 S Dixie Highway, Suite 112 | 3275 South Jones Blvd., Suite 105 |
| Miami, Florida 33133 | Las Vegas, NV 89146 |
| Telephone: (305) 356-1031 | Telephone: (702) 307-9500 |
| josefm@lawjmm.com | kps@fdlawlv.com |

**Counsel for Defendant Jaspreet Singh**
| | |
|---|---|
| David E. Ghannam | Michael O. Cummings |
| David E. Ghannam, P.C. | Ronald G. Acho |
| 17436 College Parkway | Cummings, McClorey, Davis & Acho, PLC |
| Livonia, MI 48152 | 17436 College Parkway |
| 313-945-1199 | Livonia, MI 48152 |
| david@ghannam.law | Telephone: (734) 261-2400 |
| | Facsimile:  (734) 261-4510 |
| | racho@cmda-law.com |
| | mcummings@cmda-law.com |
| | jcallahan@cmda-law.com |

**Counsel for Defendant Tom Nash**
Brian W. Toth
Freddy Funes
TOTH FUNES PA

Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com

**Counsel for Defendant Ben Armstrong**
Darren Heitner
Alan Mensa-Wilmot
HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
darren@heitnerlegal.com
alan@heitnerlegal.com

**Counsel for Defendants Creators Agency, Erika Kullberg, and Brian Jung**

| | |
|---|---|
| JOSE G. SEPULVEDA | Derek Adams |
| STEARNS WEAVER MILLER WEISSLER | Potomac Law Group, PLLC |
| ALHADEFF & SITTERSON, P.A. | 1300 Pennsylvania Avenue, NW, Suite 700 |
| 150 W. Flagler Street, Suite 2000 | Washington, DC 20004 |
| Miami, Florida 33130 | 202-743-1511 |
| jsepulveda@stearnsweaver.com | dadams@potomaclaw.com |
| mfigueras@stearnsweaver.com | |

**Counsel for Defendant Sequoia Capital Operations, LLC**

| | |
|---|---|
| Jennifer Kennedy Park | Lilianna Rembar |
| Ye Eun Chun | Rishi N. Zutshi |
| Joshua Walden | Cleary Gottlieb Steen & Hamilton LLP |
| Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza |
| 1841 Page Mill Road, Suite 250 | New York, NY 10006 |
| Palo Alto, CA 94304 | lrembar@cgsh.com |
| jpark@cgsh.com | rzutshi@cgsh.com |
| chchun@cgsh.com | |
| jwalden@cgsh.com | |

Paul C. Huck, Jr.
Lawson Huck Gonzalez, PLLC
334 Minorca Avenue
Coral Gables, Fl 33134
paul@lawsonhuckgonzalez.com

**Counsel for Ribbit Capital, L.P.**

| | |
|---|---|
| Jacqueline M. Arango | Steven P. Ragland |
| AKERMAN LLP | Nicholas D. Marais |
| Three Brickell City Centre | KEKER, VAN NEST & PETERS LLP |
| 98 Southeast Seventh Str, Suite 1100 | 633 Battery Street |
| Miami, FL 33131 | San Francisco, California 94111 |

Telephone:  (305) 374 5600                    Telephone:  (415) 391-5400
jacqueline.arango@akerman.com                 sragland@keker.com
                                              nmarais@keker.com


**Counsel for Defendant Caroline Ellison**
Christopher William Johnstone              Stephanie Avakian
Nicholas Werle                             Wilmer Hale
Peter Neiman                               2100 Pennsylvania Avenue NW
Wilmer Cutler Pickering Hale and Dorr LLP  Washington DC 20037
2600 El Camino Real, Suite 400             Phone: 202-663-6471
Palo Alto, CA 94306                        stephanie.avakian@wilmerhale.com
650-858-6147
nick.werle@wilmerhale.com
Peter.Neiman@wilmerhale.com
chris.johnstone@wilmerhale.com


**Counsel for Defendant Tiger Global Management, LLC**
Peter H. White
Jeffrey F. Robertson
 SCHULTE ROTH & ZABEL LLP
555 Thirteenth Street, NW, Suite 6W
Washington, DC 20004
pete.white@srz.com
jeffrey.robertson@srz.com


**Counsel for Defendant Farmington State Bank**
Frank C. Bonaventure, Jr.                  Marisa Rosen Dorough, Esq.
Ty Kelly                                   BAKER, DONELSON, BEARMAN,
BAKER, DONELSON, BEARMAN,                  CALDWELL & BERKOWITZ, P.C.
CALDWELL & BERKOWITZ, P.C.                 200 South Orange Avenue, Suite 2900
100 Light Street, 19th Floor               Orlando, Florida 32801
Baltimore, MD 21202                        Phone: (407) 422-6600
tykelly@bakerdonelson.com                  mdorough@bakerdonelson.com
fbonaventure@bakerdonelson.com


**Counsel for Defendant Tiger Global Management, LLC**
Peter H. White
Jeffrey F. Robertson
 SCHULTE ROTH & ZABEL LLP
555 Thirteenth Street, NW, Suite 6W
Washington, DC 20004
pete.white@srz.com
jeffrey.robertson@srz.com

**Counsel for Defendant Fenwick & West LLP**
David Richardson Atkinson, Jr.
Nicole K. Atkinson
Stephen Carli Richman
Gunster Yoakley & Stewart
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
datkinson@gunster.com
natkinson@gunster.com
srichman@gunster.com

**Counsel for Defendant Sam Trabucco**
Jonathan S. Klein                        Glenn K. Vanzura
MAYER BROWN LLP                          Andrew J. Demko
1999 K Street, N.W.                      Jason D. Linder
Washington, D.C. 20006-1101              Joseph J. Vescera
Telephone: (202) 263-3327                MAYER BROWN LLP
jklein@mayerbrown.com                    333 S. Grand Avenue, 47th Floor
                                         Los Angeles, CA 90071
                                         gvanzura@mayerbrown.com
                                         ademko@mayerbrown.com
                                         jlinder@mayerbrown.com
                                         jvescera@mayerbrown.com

**Counsel for Defendant Temasek Holdings (Private) Limited**
Adam S. Fels                             Andrew J. Ehrlich
Fridman Fels & Soto, PLLC                Brad S. Karp
150 Alhambra Circle, Suite 715          Nina Kovalenko
Coral Gables, FL 33134                   Jessica S. Carey
786-338-8272                             Elizabeth M. Sacksteder
afels@ffslawfirm.com                     H. Christopher Boehning
                                         Paul Weiss Rifkin Wharton & Garrison
                                         1285 Avenue of the Americas
                                         New York, NY 10019
                                         212-373-3000
                                         aehrlich@paulweiss.com
                                         bkarp@paulweiss.com
                                         nkovalenko@paulweiss.com
                                         jcarey@paulweiss.com
                                         esacksteder@paulweiss.com
                                         cboehning@paulweiss.com

**PLAINTIFFS' CO-LEAD COUNSEL**
Adam M. Moskowitz                        Stephen N. Zack
Joseph M. Kaye                           Tyler Evan Ulrich
Barbara C. Lewis                         Boies Schiller & Flexner
Howard Bushman                           100 SE 2nd Street Suite 2800
The Moskowitz Law Firm, PLLC             Miami, FL 33131-2144
2 Alhambra Plaza, Suite 601              305-539-8400

Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com
howard@moskowitz-law.com

305-539-1307
szack@bsfllp.com
tulrich@bsfllp.com

Alexander Boies
David Boies
Boies Schiller Flexner LLP 333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com
dboies@bsfllp.com

**Counsel for Plaintiff Edward Garrison, et al.**

Jose Manuel Ferrer
Michelle Genet Bernstein
Mark Migdal and Hayden
80 SW 8 Street Suite 1999
Miami, FL 33131
305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
kristine@markmigdal.com

Adam M. Moskowitz
Joseph M. Kaye
Barbara C. Lewis
Howard Bushman
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com
howard@moskowitz-law.com

Stuart Z. Grossman
Manuel A. Arteaga-Gomez
Grossman Roth Yaffa Cohen
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134
(305) 442-8666
szg@grossmanroth.com
aag@grossmanroth.com

**Counsel for Plaintiff Michael Jessup**

Todd M. Logan
Edelson PC
150 California Street
18th Floor
San Francisco, CA 94111 415-212-9300
tlogan@edelson.com

**Counsel for Plaintiff Russell Hawkins**

Jennifer Pafiti
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor

Jeremy A. Lieberman
J. Alexander Hood II
POMERANTZ LLP

Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

Peretz Bronstein
Eitan Kimelman
BRONSTEIN, GEWIRTZ & GROSSMAN,
LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com
eitank@bgandg.com

**Counsel for Plaintiff Stephen Pierce**

Marshal J. Hoda
THE HODA LAW FIRM, PLLC
12333 Sowden Road, Suite B
Houston, TX 77080
Tel: (832) 848-0036
marshal@thehodalawfirm.com

Patrick Yarborough
Foster Yarborough, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
713-331-5254
patrick@fosteryarborough.com

Steven C. Vondran
THE LAW OFFICES OF STEVEN
C. VONDRAN, PC
One Sansome Street, Suite 3500
San Francisco, CA 94104
Tel: (877) 276-5084
steve@vondranlegal.com

**Counsel for Plaintiff Elliott Lam**

Joseph R. Saveri
Steven N. Williams
Christopher K.L. Young
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com

Edward Lehman
Jacob Blacklock
LEHMAN, LEE & XU LLC (Saipan #25977-
001-1)
c/o LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street
Causeway Bay, Hong Kong
Telephone: (852) 3588-2127
Facsimile: (852) 3588-2088
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

Robert L. Lieff
P.O. Drawer A
Rutherford, California 94573

Email: rlieff@lieff.com

**<u>Counsel for Plaintiff Patrick J. Rabbitte</u>**

Shawn A. Williams
Hadiya K. Deshmukh
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545
Fax: (415) 288-4534
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Eric Ian Niehaus
Patton Johnson
Brian E. Cochran
Kenneth P. Dolitsky
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
ericn@rgrdlaw.com
pjohnson@rgrdlaw.com
bcochran@rgrdlaw.com
kdolitsky@rgrdlaw.com

Anny Marie Martin
Stuart A. Davidson
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd., Suite 720
Boca Raton, FL 33432
561-750-3000
amartin@rgrdlaw.com
sdavidson@rgrdlaw.com

**<u>Counsel for Plaintiff Mark Girshovich</u>**

Stuart A. Davidson
Robbins Geller Rudman & Dowd LLP
225 NW Mizner Blvd., Suite 720
Boca Raton, FL 33432
561-750-3000
amartin@rgrdlaw.com
sdavidson@rgrdlaw.com

John C. Herman
Herman Jones LLP
3424 Peachtree Road, NE Suite 1650
Atlanta, GA 30326
Phone No. 404-504-6500
Fax No. 404-504-6501
jherman@hermanjones.com

Eric Ian Niehaus
Patton Johnson
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058
ericn@rgrdlaw.com
pjohnson@rgrdlaw.com

Azra Z. Mehdi
The Mehdi Firm, PC
95 Third Street
2nd Floor, Ste No. 9122
San Francisco, CA 94103
(415) 905-8880
azram@themehdifirm.com

**<u>Counsel for Plaintiff Connor O'Keefe</u>**

Timothy A. Kolaya
Amy M. Bowers
STUMPHAUZER KOLAYA NADLER &
SLOMAN, PLLC

James R. Swanson
Kerry J. Miller
Benjamin D. Reichard
Molly L. Wells

2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
T: (305) 614-1400; F: (305) 614-1425
tkolaya@sknlaw.com
abowers@sknlaw.com

Rebekka C. Veith
C. Hogan Paschal
Monica Bergeron
Jorge A. Perez Santiago
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor New
Orleans, Louisiana 70170-4600 (504) 586-
5252; (504) 586-5250 fax
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
breichard@fishmanhaygood.com
mwells@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
mbergeron@fishmanhaygood.com
jperezsantiago@fishmanhaygood.com

**Counsel for Plaintiff Kenny Imbert**
William M. Audet
Kurt David Kessler
Ling Yue Kuang
AUDET & PARTNERS, LLP
711 Van Ness Avenue. Suite 500
San Francisco, CA 94102-3229
415-568-2555
415-568-2556
waudet@audetlaw.com
kkessler@audetlaw.com
lkuang@audetlaw.com

**Counsel for Plaintiff Lucky D.**
Anthony Scordo
1425 Pompton Avenue
Cedar Grove, NJ 07009
973 837-1861
anthonyscordo@msn.com

**Counsel for Plaintiffs Balayan, Bibby, Flood, Leeds and Cabo**

| | |
|---|---|
| W. Mark Lanier | K. Rachel Lanier * |
| Alex J. Brown | The Lanier Law Firm, P.C. |
| John Davis LaBarre | 2829 Townsgate Road, Suite 100 |
| The Lanier Law Firm, P.C. | Westlake Village, CA  91361 |
| 10940 W. Sam Houston Pkwy N., Suite 100 | (713) 659-5200 |
| Houston, TX, 77064 | |
| Phone: 713-659-5200 | |
| WML@lanierlawfirm.com | |
| Alex.Brown@lanierlawfirm.com | |
| Davis.LaBarre@lanierlawfirm.com | |

**Counsel for Plaintiff Steven Siskind**

| | |
|---|---|
| Rachel Wagner Furst | Marlene Goldenberg |
| John R. Byrne | Nigh Goldenberg Raso & Vaughn |
| Francisco R. Maderal | 14 Ridge Square NW Third Floor |
| Maderal Byrne & Furst PLLC | Washington, D.C., 20016 |
| 2800 Ponce de Leon Boulevard, Suite 1100 | (202) 792-7927 |
| Coral Gables, Florida 33134 | mgoldenberg@Nighgoldenberg.com |
| (305) 520-5690 | |
| rachel@maderalbyrne.com | Daniel Nigh |
| john@maderalbyrne.com | 316 South Baylen Street |
| frank@maderalbyrne.com | Pensacola, FL 32502 |
| | Dnigh@Nighgoldenberg.com |

I am familiar with my firm's practice for the sending of <u>electronic mail</u>, and that practice is that the documents are emailed to the parties at the electronic addresses indicated on this Proof of Service from the email address of the declarant, on the same date as this Proof of Service.

I am also familiar with my firm's practice for the sending of documents via <u>First Class Mail</u> and that practice is that the documents are enclosed in sealed envelopes, with postage prepaid thereon, addressed as indicated, and deposited with the United States Post Office in the ordinary course of business on the same date as this Proof of Service from our office in Oakland, California.

Executed this 30th day of June, 2023 from Port Saint Lucie, Florida.


<u>/s/ Suzanne Powley</u>
Suzanne Powley