# Exhibit B

*In re Checking Acct. Overdraft Litig.*,
Case No. 09-md-2036 (S.D. Fla. Nov. 13, 2009)

Order Granting Motion to Stay Discovery [ECF No. 148]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

This cause comes before the Court upon Defendants' Corrected Motion to Stay Discovery and Memorandum in Support (DE # 106) filed on October 20, 2009. Plaintiffs Responded (DE # 127) on November 6, 2009.

In this Motion, Defendants propose that the Court stay all discovery except for (a) initial disclosures pursuant to Rule 26; (b) Defendants' deposit account agreements, account statements, and certain other documents pertaining to the named Plaintiffs; and (c) discussions over Plaintiffs' anticipated document requests. Defendants contend that a stay of discovery pending the resolution of Defendants' anticipated motions to dismiss will minimize the risk and burden of premature discovery in this complex case.

Plaintiffs respond that the pendancy of motions to dismiss does not justify a stay of discovery pending a ruling on those motions. Further, Plaintiffs contend that the discovery they intend to conduct at this stage will not be unduly burdensome on Defendants and that Plaintiffs will be prejudiced if the stay is granted.

The court, however, finds that discovery should be stayed pending the resolution

of Defendants' anticipated motions to dismiss. It is the normal practice in complex litigation to resolve the pleadings before commencing broad discovery. The court finds that this a good practice to follow. All discovery, except for the aforementioned exceptions, is therefore stayed.

After a careful review of the record, and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Defendants' Corrected Motion to Stay Discovery (**DE # 106**) be, and the same, is hereby **GRANTED**. Discovery will be **STAYED** pending the resolution of Defendants' motions to dismiss the operative complaints.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 13th day of November, 2009.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record