# Exhibit C

Proposed Order Granting Stay of Discovery

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-MD-3076-MOORE/Otazao-Reyes

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**This Document Relates to All Actions**

**ORDER GRANTING DEFENDANT ARMANINO LLP'S**
**<u>MOTION FOR STAY OF DISCOVERY</u>**

THIS CAUSE having come before the Court on Defendant Armanino LLP's Motion to

Stay Discovery [ECF No. ____], and the Court, having considered the motion and other pertinent

portions of the record, and for good cause shown, it is hereby ORDERED AND ADJUDGED

that:

1.      Armanino LLP's Motion is GRANTED.

2.      All discovery between Plaintiffs and Armanino LLP, including the requirement to

provide initial disclosures, shall be stayed until such time as the Court has issued an order on

Armanino LLP's motion to dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____,

2023.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record