# **EXHIBIT B**
# Proposed Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To All Actions
_____/

**[PROPOSED] ORDER STAYING DISCOVERY**

THIS CAUSE came before the Court upon the Motion to Stay Discovery of Prager Metis CPAs, LLC. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Discovery is hereby stayed until this Court enters a ruling on Prager Metis CPAs, LLC's forthcoming motion(s) to dismiss Plaintiffs' consolidated complaint(s).

**DONE AND ORDERED** in Miami, Florida, this _____ day of _____, 2023.


_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE