SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __William M. Audet__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

William M. Audet
California State Bar #: 117456
Audet & Partners LLP
711 Van Ness Ave., Suite 500
(415) 568-2555
waudet@audetlaw.com

Attorney Signature: /s/ William M. Audet

Date: July 13, 2023

# PRIORITY® MAIL

PRIORITY MAIL POSTAGE REQUIRED



ctions apply).*

destinations.

ed.

ee the Domestic

ns of coverage.

**UNITED STATES POSTAL SERVICE®**

**Click-N-Ship®**

usps.com
$8.80
US POSTAGE
Insured

9405 8301 0935 5010 7376 11 0088 0001 0003 3128

U.S. POSTAGE PAID
Click-N-Ship®

07/18/2023   Mailed from 94102

## PRIORITY MAIL®

Audet & Partners LLP
William Audet
711 VAN NESS AVE STE 500
SAN FRANCISCO CA 94102-3275

07/20/2023


INSPECTED BY:

RDC 02
C075



Clerk's Office
United States District Court  Southern District of F
400 N MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING #**



9405 8301 0935 5010 7376 11



ORDER FREE SUPPLIES ONLINE