UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Kevin S. Rosen, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**Name:** Kevin S. Rosen
**State Bar Number:** 133304
**Firm Name:** Gibson, Dunn & Crutcher LLP
**Mailing Address:** 333 South Grand Avenue, Los Angeles, CA 90071-3197
**Telephone Number:** (213) 229-7635
**Email Address:** KRosen@gibsondunn.com

Attorney Signature: _____ Date: 7/17/23

ACTIVE:18965941.1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071
Tel 213.229.7000
gibsondunn.com

Samuel Eckman
Direct: +1 213.229.7204
Fax: +1 213.229.6204
SEckman@gibsondunn.com

Client: 30573-00005

July 17, 2023

<u>VIA U.S. MAIL</u>

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Ave.
Miami, FL 33128

Re:   In re: FTX Cryptocurrency Exchange Collapse Litigation, Case No.: 1:23-md-03076

Dear Sir or Madam:

Enclosed please find Certificates of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of Kevin Rosen and Sam Eckman, *appearing on behalf of Fenwick & West, LLC*, to be filed in the above-captioned case.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP


/s/
Samuel Eckman
Associate Attorney

SE
Enclosure

106474250.1

# GIBSON DUNN

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Ave.
Miami, FL 33128

33126#7716 C075

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197