UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

O'KEEFE v. SEQUOIA CAPITAL
OPERATIONS, LLC, et al.
    Case No. 1:23-cv-20700-KMM

## NOTICE OF APPEARANCE

MICHAEL J. HOLECEK, ESQ., of GIBSON, DUNN & CRUTCHER LLP, hereby gives notice of his appearance as counsel for Defendant FENWICK & WEST LLP, and requests that copies of all motions, notices, orders, and other pleadings hereafter filed or served in this case be directed to the undersigned at the address below.

Respectfully submitted,

/s/ *Michael J. Holecek*
Michael J. Holecek
Florida Bar No.: 1035950
mholecek@gibsondunn.com

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7018
Fax: (213) 229-6018

*Counsel for Defendant Fenwick & West LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/  *Michael J. Holecek*
Michael J. Holecek