**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
No. 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates to:

    ALL ACTIONS.

**NOTICE OF APPEARANCE OF ATTORNEY MARC A. WITES**

PLEASE TAKE NOTICE that Marc A. Wites of Wites & Rogers hereby enters his appearance as counsel of record for Plaintiff Julie Papadakis, and requests that all papers served in this case also be delivered to and served at the address set forth below.

                              Respectfully submitted,

                              WITES & ROGERS

DATED: July __ 2023              By:  /s/ *Marc A. Wites*
                                      Marc A. Wites

                              4400 North Federal Highway
                              Lighthouse Point, FL 33064
                              Telephone: (866) 558-9631
                              Email: *mwites@witeslaw.com*

                              *Counsel for Plaintiff Julie Papadakis*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2023, I e-filed the foregoing document by using the Court's CM/ECF system which will send a notice of electronic filing to all registered users.

                                 /s/ *Marc A. Wites*
                                 Marc A. Wites