**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
No. 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates to All Cases

**MOTION TO BE REMOVED FROM CM/ECF DISTRIBUTION LIST**

Counsel for former Defendant Silvergate Bank files this motion to be removed from the CM/ECF Distribution List and states as follows:

1. On February 22, 2023, Plaintiff Connor O'Keefe filed his original Complaint in Case No. 23-cv-20700-KMM naming Silvergate Bank as one of the Defendants. *See* [D.E. 1] in Case No. 23-cv-20700-KMM.

2. On June 13, 2023, Plaintiff O'Keefe voluntarily dismissed all of his claims against Silvergate Bank. *See* [D.E. 88] in Case No. 23-cv-20700-KMM.

3. Despite Plaintiff O'Keefe's dismissal of Silvergate Bank, counsel for Silvergate Bank remained on the CM/ECF distribution list and continued to receive notifications of all filings.

4. On June 20, 2023, Plaintiff O'Keefe's case was transferred to this MDL and the underlying case was stayed. *See* [D.E. 96] and [D.E. 97] in Case No. 23-cv-20700-KMM. Consequently, counsel for former Defendant Silvergate Bank are receiving notifications of all filings in this action.

5. Prior to filing this motion, counsel for former Defendant Silvergate Bank contacted the Clerk's office in an attempt to be removed from the CM/ECF Distribution List, but was

informed by the Clerk's staff that they could not remove counsel from the CM/ECF Distribution List without an order from the Court.

WHEREFORE, counsel for former Defendant Silvergate Bank, specifically Stephen Patrick Warren, Benjamin Joseph Tyler, Polly Towill, John Landry, and Madalyn A. Macarr, move the Court for an order instructing the Clerk of Court to remove them from the CM/ECF Distribution Lists in this action and the underlying action, Case No. 23-cv-20700-KMM.

Respectfully submitted,

/s/ *Benjamin Tyler*
Stephen Warren
Fla. Bar No. 788171
stephen.warren@hklaw.com
Benjamin Tyler
Fla. Bar No. 1003552
benjamin.tyler@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

and

Polly Towill
Cal. Bar. No. 120420
*Pro Hac Vice*
ptowill@sheppardmullin.com
John Landry
Cal Bar No. 194374
*Pro Hac Vice*
jlandry@sheppardmullin.com
Madalyn A. Macarr,
Cal. Bar. No. 301539
*Pro Hac Vice*
mmacarr@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

*Attorneys for former Defendant Silvergate Bank*