UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/



## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Mikal Davis-West, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of New York; and am also admitted to practice in the United States District Court for the Eastern and Southern Districts of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Mikal Davis-West
NY Bar No.: 5685482
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2377
Email: mikal.davis-west@skadden.com

Attorney Signature: *Mikal D West*          Date: July 31, 2023

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

---

TEL: (212) 735-3000
FAX: (212) 735-2000

<u>VIA FEDEX OVERNIGHT</u>                                         July 31, 2023

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Ave.
Miami, FL 33128

        Re:    <u>In re: FTX Cryptocurrency Exchange Collapse Litigation,</u>
              <u>Case No.: 1:23-md-03076</u>

Dear Sir or Madam:

Enclosed, please find the Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of Mikal Davis-West, *appearing on behalf of Paradigm Operations LP*, to be filed in the above-captioned case.

                                       Sincerely,

                                       <u>*/s/ Mikal Davis-West*</u>
                                       Mikal Davis-West
                                       **SKADDEN, ARPS, SLATE,**
                                       **MEAGHER & FLOM LLP**
                                       One Manhattan West
                                       New York, NY 10001
                                       Telephone: (212) 735-2377
                                       mikal.davis-west@skadden.com



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).