## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

In re:

## IN RE: FTX CRYPTOCURRENCY
## EXCHANGE COLLAPSE LITIGATION

_____/

FILED BY_____D.C.

AUG 0 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _____Robert L. Lieff_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _____California_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted _pro hac vice_ status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Robert L. Lieff
California State Bar #: 037568
P.O. Drawer A
Rutherford, California 94573
(415) 250-4800
rlieff@lieff.com

Attorney Signature: _____

Date: 7/28/23

July 28, 2023

**Via Overnight Delivery**

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

    Re:    *In Re: FTX Cryptocurrency Exchange Collapse Litigation*
           Case No. 1:23-md-03076-KMM (S.D. Fla.)

Dear MDL Filing Clerk:

Enclosed please find the Certificate of Understanding Regarding
Electronic Filing in the Southern District of Florida for attorney
Robert L. Lieff. Please file in the above-noted matter.

Thank you,

Robert L. Lieff



ORIGIN ID:NOTA   (707) 968-5499
ADAMS STREET SHIPPING
1241 ADAMS ST
SAINT HELENA, CA 94574
UNITED STATES US

SHIP DATE: 31JUL23
ACTWGT: 0.25 LB
CAD: 251490245/INET4534

BILL SENDER

TO MDL FILING CLERK
UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE

MIAMI, FL 33128
(707) 490-4929

REF: 099224
DEPT:

583J3/A140/9AE3

FedEx Express

TRK# 7729 0054 8089
0201

XG MPBA

TUE - 01 AUG 5:00P
STANDARD OVERNIGHT

FL-US MIA
33128

J233123072501uv

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.