IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No: 1:23-md-03076-KMM

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION<br><br>This Document Relates To All Cases | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mikal Davis-West, of Skadden, Arps, Slate, Meagher & Flom LLP, admitted to the Bar of New York and admitted to practice in the United States District Court for the Eastern and Southern Districts of New York, hereby enters his appearance as counsel of record for defendant Paradigm Operations LP and requests copies of all motions, notices, and other pleadings filed or served in the case to be furnished to the undersigned.

Dated: August 2, 2023
New York, NY

                                                                         */s/ Mikal Davis-West*
Mikal Davis-West
NY Bar No.: 5685482
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-2377
Facsimile: (917) 777-2377
mikal.davis-west@skadden.com

*Counsel for Defendant
Paradigm Operations LP*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 2, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel or record.

                                                                       */s/ Mikal Davis-West*
                                                                       Mikal Davis-West