UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Molly Wells, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of Louisiana; and am also admitted to practice in the United States District Court for the Eastern, Middle and Western Districts of Louisiana.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL Action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Molly Wells
Louisiana Bar No.: 36721
**FISHMAN HAYGOOD, LLP**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5506
Email: mbergeron@fishmanhaygood.com

Attorney Signature: _/s/ Molly Wells_____   Date: _August 2, 2023_____

# FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

**Kerry J. Miller**
Partner
Direct: 504.556.5549
kmiller@fishmanhaygood.com

August 3, 2023

**Via Federal Express**
MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

Re:  *In Re: FTX Cryptocurrency Exchange Collapse Litigation*
Case No. 1:23-md-3076

Dear Sir/Madam:

Enclosed please find Certificates of Understanding regarding Electronic Filing in the Southern District of Florida on behalf of Kerry J. Miller, James R. Swanson, Molly Wells, Benjamin D. Reichard, Rebekka C. Veith, Monica Bergeron, and C. Hogan Paschal, *appearing on behalf of plaintiff, Connor O'Keefe* in the above-captioned matter.

Thank you for your courtesies and assistance. Please do not hesitate to contact our office should you have any questions.

Sincerely,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

KJM/mgc
Enclosures

```
KERRY J. MILLER
201 SAINT CHARLES AVE
STE 4600
NEW ORLEANS, LA 70170
UNITED STATES US

BILL SENDER

TO  MDL CLERK
    USDC - SOUTHERN DISTRICT OF FLORIDA
    400 N. MIAMI AVE

    MIAMI FL 33128
(504) 556-5550              REF: 4309-01
INV:
PO:                          DEPT:
```




FedEx Express

FRI - 04 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 7729 4616 3241
0201

USMS INSPECTED

XG MPBA                      33128
                       FL-US  MIA





MDL