**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 3076
Case No. 1:23-md-3076-KMM

In re:

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE**
**LITIGATION**

_____/

**<u>NOTICE OF APPEARANCE</u>**

     Scott M. Malzahn, Esq., of WAYMAKER LLP, hereby gives notice of his appearance on behalf of Defendant Multicoin Capital Management LLC, and requests that copies of all motions, notices, and other pleadings filed or served in this case be furnished to the undersigned.


DATED:  August 9, 2023          By:    */s/ Scott M. Malzahn*
                                    SCOTT M. MALZAHN
                                    CA Bar No.: 229204
                                     WAYMAKER LLP
                                    515 S. Flower Street, Suite 3500
                                    Los Angeles, CA 90071
                                    Telephone: (424) 652-7800
                                    smalzahn@waymakerlaw.com

                                    *Attorneys for Defendant*
                                    *Multicoin Capital Management LLC*