## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
Case No. 1:23-md-3076-KMM

In re:

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE**
**LITIGATION**

_____/

## <u>NOTICE OF APPEARANCE</u>

Brian E. Klein, Esq., of WAYMAKER LLP, hereby gives notice of his appearance on

behalf of Defendant Multicoin Capital Management LLC, and requests that copies of all motions,

notices, and other pleadings filed or served in this case be furnished to the undersigned.

DATED:  August 9, 2023

By:   _/s/ Brian E. Klein_____
BRIAN E. KLEIN
CA#258486/WA#30732/NY#4126199
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com

_Attorneys for Defendant_
_Multicoin Capital Management LLC_