UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Court Administrator • Clerk of Court



August 10, 2023

United States District Court

California Northern District (San Francisco)

RE:    MDL No.          3076

Our Case No.    1:23-md-3076-KMM

Your Case No.    3:23-cv-03628-VC, Garrison et al v. Golden State Warriors, LLC et al
3:23-cv-03655-JD, OKeefe v. Temasek Holdings (Private) Limited et al

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable K. Michael Moore.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** _____2_____ ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

ANGELA E. NOBLE
Clerk of Court

By:   s/   Jeff Adams
MDL Clerk

Encl.

| ☒400 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 8N09 | Room 108 | Room 202 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |