UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO:

*Garrison, et al. v. Paffrath, et al.,*
No. 1:23-cv-21023-CMA (S.D. Fla.)
_____/

**[PROPOSED] ORDER REGARDING JOINT NOTICE OF COMPLIANCE WITH JULY 11TH ORDER AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL**

This CAUSE came before the Court on the Joint Notice of Compliance With July 11th Order and Request for Briefing Schedule for Motion for Preliminary Approval (ECF No. _____) ("Joint Notice"), filed by Plaintiffs and Defendant Kevin Paffrath ("the Settling Parties").

The Court has reviewed the Joint Notice and hereby **ORDERS AND ADJUDGES** as follows:

a. Plaintiffs' request is **GRANTED**.

b. On September 15, 2023, if other FTX Defendants have settled, Class Counsel shall submit a Status Report with a proposed schedule for filing of a Motion for Preliminary Approval which will include the *Paffrath Settlement*.

c. If no other FTX Defendant has settled by September 15, 2023, the Parties shall move for preliminary approval of the *Paffrath Settlement* on or before September 15, 2023.

DONE AND ORDERED in Miami, Florida this _____ day of August, 2023.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

148322591.1

Copies furnished to:
Counsel of record

148322591.1