UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

In RE

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____

This Document Relates To All Actions

_____/

## DEFENDANT FARMINGTON STATE BANK'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT A SPECIAL MASTER

Defendant Farmington State Bank d/b/a Moonstone Bank, by and through its undersigned attorneys, hereby joins the Investor Defendants' Opposition to Plaintiffs' Motion to Appoint a Special Master in the above-captioned matter (the "Motion") [ECF No. 145] and states as follows:

For all of the reasons set forth in the Investor Defendants' Opposition to the Motion [ECF No. 180], this Court should deny Plaintiffs' Motion. The Motion is premature at this stage, including because this Court has stayed discovery through at least September 19, 2023 [ECF No. 152], and Plaintiffs have failed to identify any pretrial matters that may require a Special Master's intervention under Federal Rule of Civil Procedure 53(a)(1). Indeed, there are none.

The appointment of a Special Master is particularly premature prior to this Court's consideration of many defendants' forthcoming motions to dismiss. The undersigned Defendant expect to make a case-dispositive motion to dismiss the claims against them on multiple grounds.

Therefore, for all of the foregoing reasons, Plaintiffs' Motion should be denied.

Dated: August 11, 2023

Respectfully submitted,

/s/ *Marisa R. Dorough*
Ty Kelly Cronin
Maryland CPF No. 0212180158
(*Certificate of Understanding filed*)
Frank C. Bonaventure, Jr.
Maryland CPF No. 8011010040
(*Certificate of Understanding filed*)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Phone: (410) 862-1049
tykelly@bakerdonelson.com
fbonaventure@bakerdonelson.com

-and-

Marisa Rosen Dorough, Esq.
Florida Bar No. 73152
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com

*Counsel for Defendant*
*Farmington State Bank d/b/a Moonstone Bank*