# EXHIBIT A

## Firogenis, Jeanne

| | |
|---|---|
| **From:** | Adam Moskowitz <Adam@moskowitz-law.com> |
| **Sent:** | Wednesday, August 9, 2023 3:14 PM |
| **To:** | Zutshi, Rishi N.; Jessica.StebbinsBina@lw.com; kps@fdlawlv.com; mjkahn@gibsondunn.com; xboies@gmail.com; Joseph Kaye |
| **Cc:** | Joseph Kaye; Rejane Passos; Stu Davidson; Joseph Saveri; David Boies; Alex Boies; Jose M. Ferrer; Robert Lieff; James Swanson; Laurence King; Rachel Lanier; Rachel Furst; Stephen N. Zack; William Audet; Eric Ian Niehaus; Frederic Fox; Alex J. Brown; Davis LaBarre; Mark Lanier; jonathan.wilkerson@lanierlawfirm.com; Marc Ayala; Steven N. Williams; Christopher Young; Miller, Kerry; Paschal, Hogan; Howard Bushman; Christopher Tourek; Josh Silverman; Marshal Hoda; Adam Shaw; Tyler Ulrich; Kim, Joon H.; Park, Jennifer Kennedy; Paul@lawsonhuckgonzalez.com; JGuso@bergersingerman.com; akauffmann@bergersingerman.com; mark.mckane@kirkland.com; anna.terteryan@kirkland.com; stephen.silva@kirkland.com; Todd.Pittenger@gray-robinson.com; kelly.garcia@gray-robinson.com; Alexander.Drylewski@skadden.com; Mark.Foster@skadden.com; tein@teinmalone.com; bklein@waymakerlaw.com; smalzahn@waymakerlaw.com; Pete.White@srz.com; Jeffrey.Robertson@srz.com; JShapiro@stearnsweaver.com; arodriguez@stearnsweaver.com; Amy.Longo@ropesgray.com; David.Hennes@ropesgray.com; Lauren.Bergelson@ropesgray.com; afels@ffslawfirm.com; aehrlich@paulweiss.com; bkarp@paulweiss.com; nkovalenko@paulweiss.com; lara.buchwald@davispolk.com; SRagland@keker.com; NMarais@keker.com; jacqueline.arango@akerman.com; Wenck, Julia; Mendez, Cristina; scasey@colson.com; bob@colson.com; zach@colson.com; Andrew.Clubok@lw.com; Brittany.Record@lw.com; Susan.Engel@lw.com; Elizabeth.Greenman@lw.com; Marvin.Putnam@lw.com; michele.johnson@lw.com; jmarcus@mnrlawfirm.com; mpineiro@mnrlawfirm.com; bfloch@mnrlawfirm.com; jneiman@mnrlawfirm.com; abrettler@berkbrettler.com; mordenes@mnrlawfirm.com; mphillip@mnrlawfirm.com; christopher.carver@akerman.com; jason.oletsky@akerman.com; Katie.johnson@akerman.com; eshaba@dkrpa.com; aperaza@dkrpa.com; drothstein@dkrpa.com; tlydon@mgclaw.com; eric.fitzgerald@mgclaw.com; hillary.ladov@mgclaw.com; MKahn@gibsondunn.com; JMacEbong@gibsondunn.com; MDore@gibsondunn.com; jmishkin@mmwr.com; rsimins@mmwr.com; ggreenberg@gsgpa.com; aschachter@gsgpa.com; edward.soto@weil.com; Shogarth@mwe.com; ehourizadeh@mwe.com; Jstrabo@mwe.com; Nbull@mwe.com; mblancoaleman@mwe.com; danielscottfriedberg@gmail.com; agoldstein@cooley.com; stephanie.avakian@wilmerhale.com; jdemaria@foxrothschild.com; alamb@foxrothschild.com; mmiller-hayle@foxrothschild.com; JPoli@foxrothschild.com; josefm@lawjmm.com; dadams@potomaclaw.com; jsepulveda@stearnsweaver.com; mfigueras@stearnsweaver.com; mcummings@cmda-law.com; david@ghannam.law; jcallahan@cmda-law.com; btoth@tothfunes.com; ffunes@tothfunes.com; Darren@heitnerlegal.com; alan@heitnerlegal.com; ptowill@sheppardmullin.com; fbonaventure@bakerdonelson.com; mdorough@bakerdonelson.com; tykelly@bakerdonelson.com; AFoslid@Winston.com; Atkinson, David; Richman, Stephen; jtravalini@sidley.com; irene.yang@sidley.com; shemmendinger@sidley.com; thoyt@sidley.com; bbraun@sidley.com; mbosher@huntonak.com; twaskom@huntonak.com; AMortimer@HuntonAK.com; khornbeck@HuntonAK.com; afigueroa@gsgpa.com; Nick.Werle@wilmerhale.com; peter.neiman@wilmerhale.com; chris.johnstone@wilmerhale.com; jklein@mayerbrown.com; Marshal Hoda; gvanzura@mayerbrown.com; ademko@mayerbrown.com; jlinder@mayerbrown.com; jvescera@mayorbrown.com; sdanon@huntonak.com; jisani@huntonak.com; tschulte@huntonal.com; Walden, Joshua; Chun, Ye Eun (Charlotte); BShinoda@gibsondunn.com; racho@cmda-law.com; Rachel Furst; Frank R. Maderal; Stephen N. Zack; Tyler Ulrich; Joseph Kaye; Jose M. Ferrer; Michelle Genet Bernstein; mhanzman@bilzin.com; Atkinson, Nicole; Brooke Alexander; pgeller@rgrdlaw.com; drothstein@dkrpa.com |
| **Subject:** | RE: In re: FTX MDL |

1

Thanks Rishi.  We included in our Motion your client's specific position and you can certainly make your opinions known.  It will of course be up to Judge Moore to decide whether to appoint a Special Master and/or other Magistrate for this MDL.  Please make sure to at least inform your 7 clients that Judge Hanzman has been handling confidential mediations in this matter, that the alleged damages to our proposed class are now documented in the many billions of dollars and that Judge Hanzman currently only has August 21st available for mediations this month, his schedule fills up quickly.  Thanks, Adam


Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

---

**From:** Zutshi, Rishi N. <rzutshi@cgsh.com>
**Sent:** Tuesday, August 8, 2023 5:03 PM
**To:** Jessica.StebbinsBina@lw.com; Adam Moskowitz <Adam@moskowitz-law.com>; kps@fdlawlv.com; mjkahn@gibsondunn.com; xboies@gmail.com; Joseph Kaye <joseph@moskowitz-law.com>
**Cc:** Joseph Kaye <joseph@moskowitz-law.com>; Rejane Passos <rejane@moskowitz-law.com>; Stu Davidson <sdavidson@rgrdlaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; David Boies <dBoies@BSFLLP.com>; Alex Boies <ABoies@BSFLLP.com>; Jose M. Ferrer <jose@markmigdal.com>; Robert Lieff <rlieff@lieff.com>; James Swanson <jswanson@fishmanhaygood.com>; Laurence King <lking@kaplanfox.com>; Rachel Lanier <Rachel.lanier@lanierlawfirm.com>; Rachel Furst <rachel@maderalbyrne.com>; Stephen N. Zack <SZack@BSFLLP.com>; William Audet <waudet@audetlaw.com>; Eric Ian Niehaus <ericn@rgrdlaw.com>; Frederic Fox <FFox@kaplanfox.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Davis LaBarre <Davis.Labarre@LanierLawFirm.com>; Mark Lanier <Mark.Lanier@LanierLawFirm.com>; jonathan.wilkerson@lanierlawfirm.com; Marc Ayala <mayala@bsfllp.com>; Steven N. Williams <swilliams@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Howard Bushman <Howard@moskowitz-law.com>; Christopher Tourek <ctourek@pomlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Marshal Hoda <marshal@thehodalawfirm.com>; Adam Shaw <ashaw@bsfllp.com>; Tyler Ulrich <tulrich@BSFLLP.com>; Kim, Joon H. <jkim@cgsh.com>; Park, Jennifer Kennedy <jkpark@cgsh.com>; Paul@lawsonhuckgonzalez.com; JGuso@bergersingerman.com; akauffmann@bergersingerman.com; mark.mckane@kirkland.com; anna.terteryan@kirkland.com; stephen.silva@kirkland.com; Todd.Pittenger@gray-robinson.com; kelly.garcia@gray-robinson.com; Alexander.Drylewski@skadden.com; Mark.Foster@skadden.com; tein@teinmalone.com; bklein@waymakerlaw.com; smalzahn@waymakerlaw.com; Pete.White@srz.com; Jeffrey.Robertson@srz.com; JShapiro@stearnsweaver.com; arodriguez@stearnsweaver.com; Amy.Longo@ropesgray.com; David.Hennes@ropesgray.com; Lauren.Bergelson@ropesgray.com; afels@ffslawfirm.com; aehrlich@paulweiss.com; bkarp@paulweiss.com; nkovalenko@paulweiss.com; lara.buchwald@davispolk.com; SRagland@keker.com; NMarais@keker.com; jacqueline.arango@akerman.com; Wenck, Julia <jwenck@cgsh.com>; Mendez, Cristina <crmendez@cgsh.com>; scasey@colson.com; bob@colson.com; zach@colson.com; Andrew.Clubok@lw.com; Brittany.Record@lw.com; Susan.Engel@lw.com; Elizabeth.Greenman@lw.com; Marvin.Putnam@lw.com; michele.johnson@lw.com; jmarcus@mnrlawfirm.com; mpineiro@mnrlawfirm.com; bfloch@mnrlawfirm.com; jneiman@mnrlawfirm.com; abrettler@berkbrettler.com; mordenes@mnrlawfirm.com; mphillip@mnrlawfirm.com; christopher.carver@akerman.com; jason.oletsky@akerman.com; Katie.johnson@akerman.com; eshaba@dkrpa.com; aperaza@dkrpa.com; drothstein@dkrpa.com; tlydon@mgclaw.com; eric.fitzgerald@mgclaw.com; hillary.ladov@mgclaw.com; MKahn@gibsondunn.com; JMacEbong@gibsondunn.com;

MDore@gibsondunn.com; jmishkin@mmwr.com; rsimins@mmwr.com; ggreenberg@gsgpa.com; aschachter@gsgpa.com; edward.soto@weil.com; Shogarth@mwe.com; ehourizadeh@mwe.com; Jstrabo@mwe.com; Nbull@mwe.com; mblancoaleman@mwe.com; danielscottfriedberg@gmail.com; agoldstein@cooley.com; stephanie.avakian@wilmerhale.com; jdemaria@foxrothschild.com; alamb@foxrothschild.com; mmiller-hayle@foxrothschild.com; JPoli@foxrothschild.com; josefm@lawjmm.com; dadams@potomaclaw.com; jsepulveda@stearnsweaver.com; mfigueras@stearnsweaver.com; mcummings@cmda-law.com; david@ghannam.law; jcallahan@cmda-law.com; btoth@tothfunes.com; ffunes@tothfunes.com; Darren@heitnerlegal.com; alan@heitnerlegal.com; ptowill@sheppardmullin.com; fbonaventure@bakerdonelson.com; mdorough@bakerdonelson.com; tykelly@bakerdonelson.com; AFoslid@Winston.com; DAtkinson@gunster.com; srichman@gunster.com; jtravalini@sidley.com; irene.yang@sidley.com; shemmendinger@sidley.com; thoyt@sidley.com; bbraun@sidley.com; mbosher@huntonak.com; twaskom@huntonak.com; AMortimer@HuntonAK.com; khornbeck@HuntonAK.com; afigueroa@gsgpa.com; Nick.Werle@wilmerhale.com; peter.neiman@wilmerhale.com; chris.johnstone@wilmerhale.com; jklein@mayerbrown.com; Marshal Hoda <marshal@thehodalawfirm.com>; gvanzura@mayerbrown.com; ademko@mayerbrown.com; jlinder@mayerbrown.com; jvescera@mayorbrown.com; sdanon@huntonak.com; jisani@huntonak.com; tschulte@huntonal.com; Walden, Joshua <jwalden@cgsh.com>; Chun, Ye Eun (Charlotte) <chchun@cgsh.com>; BShinoda@gibsondunn.com; racho@cmda-law.com; Rachel Furst <rachel@maderalbyrne.com>; Frank R. Maderal <frank@maderalbyrne.com>; Stephen N. Zack <SZack@BSFLLP.com>; Tyler Ulrich <tulrich@BSFLLP.com>; Joseph Kaye <joseph@moskowitz-law.com>; Jose M. Ferrer <jose@markmigdal.com>; Michelle Genet Bernstein <michelle@markmigdal.com>; mhanzman@bilzin.com; NAtkinson@gunster.com; Brooke Alexander <balexander@bsfllp.com>; pgeller@rgrdlaw.com; drothstein@dkrpa.com
**Subject:** RE: In re: FTX MDL

Counsel,

I write on behalf of Defendants Altimeter Capital Management, LP, Multicoin Capital Management LLC, Paradigm Operations, LP, Ribbit Capital, LP, Sequoia Capital Operations, LLC, Thoma Bravo, LP, and Tiger Global Management, LLC. As you know, the Court has stayed "all outstanding discovery proceedings . . . until at least September 19, 2023." ECF No. 152. As a result, Plaintiffs' motion to appoint a special master is premature, since there is no need for a special master to manage discovery at this stage. Please let us know whether Plaintiffs agree and intend to withdraw the motion without prejudice in light of the stay. Please get back to us by the end of the day tomorrow, August 9.

Best,
Rishi

———

**Rishi Zutshi**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mchandler@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2085
rzutshi@cgsh.com  |  clearygottlieb.com

---

**From:** Zutshi, Rishi N.
**Sent:** Friday, August 4, 2023 3:32 PM
**To:** Jessica.StebbinsBina@lw.com; Adam@moskowitz-law.com; kps@fdlawlv.com; mjkahn@gibsondunn.com; xboies@gmail.com; joseph@moskowitz-law.com
**Cc:** joseph@moskowitz-law.com; rejane@moskowitz-law.com; sdavidson@rgrdlaw.com; jsaveri@saverilawfirm.com; dBoies@BSFLLP.com; ABoies@BSFLLP.com; jose@markmigdal.com; rlieff@lieff.com; jswanson@fishmanhaygood.com; lking@kaplanfox.com; Rachel.lanier@lanierlawfirm.com; rachel@maderalbyrne.com; SZack@BSFLLP.com; waudet@audetlaw.com; ericn@rgrdlaw.com; FFox@kaplanfox.com; Alex.Brown@LanierLawFirm.com; Davis.Labarre@LanierLawFirm.com; Mark.Lanier@LanierLawFirm.com; jonathan.wilkerson@lanierlawfirm.com; mayala@bsfllp.com; swilliams@saverilawfirm.com; cyoung@saverilawfirm.com; kmiller@fishmanhaygood.com;