# EXHIBIT B

```
 1
                      UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
                             MIAMI DIVISION
 3                    CASE NO. 22-20230-CR-DMM

 4

    IN RE: FTX CRYPTOCURRENCY                  Miami, Florida
 5  EXCHANGE COLLAPSE LITIGATION

 6                                             June 21, 2023

 7                                             10:00 AM - 11:12 PM

 8

 9                                             Pages 1 to 62
    _____
10                  TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE MICHAEL MOORE
11                   UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13
    FOR THE PLAINTIFF:               DAVID BOIES, ESQ.
14                                   STEPHEN ZACK, ESQ.
                                     BOIES SCHILLER FLEXNER LLP
15                                   100 SE 2nd Street
                                     SUITE 2800
16                                   MIAMI, FLORIDA 33131

17                                   ADAM MOSKOWITZ, ESQ.
                                     HOWARD BUSHMAN, ESQ.
18                                   JOSEPH KAYE, ESQ.
                                     THE MOSKOWITZ LAW FIRM
19                                   3250 MARY STREET
                                     SUITE 202
20                                   MIAMI, FLORIDA 33133

21                                   RACHEL FURST, ESQ.
                                     JOHN BYRNE, ESQ.
22                                   MADERAL BYRNE & FURST PLLC
                                     2800 PONCE DE LEON BOULEVARD
23                                   SUITE 1100
                                     CORAL GABLES, FL 33134-6933
24

25
```

```
 1   ON BEHALF OF DEFENDANT SAM         GERALD EDWARD GREENBERG, ESQ.
     BANKMAN-FRIED:                     GELBER SCHACHTER & GREENBERG
 2                                      1 SE 3RD AVE, SUITE 2600
                                        MIAMI, FL 33131
 3
     ON BEHALF OF DEFENDANTS TOM        THOMAS KROEGER, ESQ.
 4   BRADY, GISELE BUNDCHEN, LAWRENCE   COLSON HICKS EIDSON
     DAVID, GOLDEN STATE WARRIORS,      255 ALHAMBRA CIR, SUITE PH
 5   SHAQUILLE O'NEAL, AND NAOMI        CORAL GABLES, FL 33134
     OSAKA:
 6
     ON BEHALF OF DEFENDANTS UDONIS     CHRISTOPHER CARVER, ESQ.
 7   HASLEM AND DAVID ORTIZ:            AKERMAN LLP
                                        201 E LAS OLAS BOULEVARD
 8                                      SUITE 1800
                                        FT LAUDERDALE, FL 33301
 9

10   ON BEHALF OF DEFENDANTS            JESSICA STEBBINS BINA, ESQ.
     SHAQUILLE O'NEAL, TOM BRADY,       LATHAM WATKINS
11   GISELE BUNDCHEN, AND LARRY         10250 CONSTELLATION BOULEVARD,
     DAVID:                             SUITE 1100
12                                      LOS ANGELES, CA 90067

13
     ON BEHALF OF DEFENDANT SEQUOIA     RISHI ZUTSHI, ESQ.
14   CAPITAL:                           CLEARY GOTTLIEB STEEN &
                                        HAMILTON LLP
15                                      ONE LIBERTY PLAZA
                                        NEW YORK, NY 10006
16

17
     ON BEHALF OF DEFENDANT PARADIGM    ALEXANDER DRYLEWSKI, ESQ.
18   OPERATIONS LP:                     SKADDEN ARPS SLATE
                                        ONE MANHATTAN WEST
19                                      NEW YORK, NEW YORK 10001
                                                -AND-
20                                      THOMAS "TODD" PITTENGER, ESQ.
                                        GRAY ROBINSON, P.A.
21                                      301 E PINE ST, SUITE 1400
                                        ORLANDO, FL 32801
22
     ON BEHALF OF DEFENDANT THOMA       ANNA TERTERYAN, ESQ.
23   BRAVO:                             KIRKLAND & ELLIS
                                        555 SOUTH FLOWER STREET
24                                      SUITE 3700
                                        LOS ANGELES, CA 90071
25                                              -AND-
                                        ANNA KAUFFMANN, ESQ.
```

```
 1
     STENOGRAPHICALLY REPORTED BY:
 2
                     TRISH BAILEY-ENTIN, RPR, FPR
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    (The following status hearing was held:)
 2            THE COURT:  Calling Case 1:23-MD-03076 in re:  FTX
 3    Cryptocurrency Exchange Collapse Litigation.
 4            Counsel, please state your name for the record,
 5    beginning with the plaintiff.
 6            MR. BOIES:  Good morning, Your Honor.  May it please
 7    the Court, David Boies of Boies Schiller & Flexner for the
 8    plaintiffs.  With me at counsel table is my partner, Stephen
 9    Zack.
10            MR. ZACK:  Good morning.
11            THE COURT:  Good morning.
12            MR. MOSKOWITZ:  Good morning, Your Honor.  Adam
13    Moskowitz for The Moskowitz Law Firm.  And with me here are my
14    partners, Howard Bushman and Joseph Kaye.
15            MS. FURST:  Good morning, Your Honor.  Rachel Furst of
16    Maderal Byrne & Furst, and I'm here with my partner, John
17    Byrne.
18            THE COURT:  Okay.  And I know there are a number of
19    other counsel for plaintiffs as well.  Do they want to be
20    recognized in the event that you want to speak?  If you do,
21    that's fine.
22            If you don't -- for the defense.
23            MR. GREENBERG:  Good morning, Your Honor.  Gerald
24    Greenberg from Gelber Schachter & Greenberg on behalf of Sam
25    Bankman-Fried.
```

1  consider that. There are some conditions that have to be
2  satisfied in order to appoint a special master.
3         If you don't want to submit names, I -- believe it or
4  not, I have somebody that -- that you might want to consider,
5  maybe more than one person but -- and you might not want to.
6  You might be opposed to that individual, but I wouldn't make a
7  suggestion if I didn't have full faith and confidence that the
8  individual had the requisite skill and abilities that would be
9  helpful in moving litigation forward.
10        So from the other side, did I get any input on that
11 point?
12        MR. KROEGER: Yes, Your Honor. Thomas Kroeger. From
13 the perspective of the sports and entertainment defendants, we
14 think that the appointment of a special master might be a bit
15 premature at this point, especially given what we believe are
16 very compelling motions to dismiss.
17        The scope of the claims is likely to be substantially
18 winnowed or narrowed as we proceed through that phase. Given
19 the current timeline we have been discussing, we're already
20 essentially three months out by the time the Court will start
21 to consider and rule on those motions. And we believe it might
22 be more appropriate to consider the appointment of a special
23 master once the Court has considered and ruled on those motions
24 and we're at that juncture where the merits of discovery is
25 likely to heat up.

```
 1              THE COURT:  I think that's a good point.  So we'll hold
 2   off on that, but that kind of -- the reason it was raised, it
 3   was kind of leading into the issue of discovery, and so we're
 4   going to get that issue on discovery pending the motion to
 5   dismiss.  We'll take up that issue and give you a ruling on
 6   that, and we'll decide whether we're going to have no
 7   discovery, some discovery, or discovery once we have that issue
 8   briefed.  Okay.
 9              So you had three issues to begin with:  The personal
10   jurisdiction, the complaint, and the discovery.
11              What next.
12              MR. BOIES:  Those were -- those were our primary
13   issues, Your Honor.  This is David Boies again.  We do think
14   that it would be helpful, in addition to the plaintiffs'
15   organization, if we had defendants' liaison counsel.  We could
16   focus on -- I think the steps that we have taken in terms of
17   saying we're going to have these groups, bundles of defendants
18   is a good first step.  And if each of those bundles have
19   liaison counsel we could deal with on some of these issues, I
20   think that would be helpful.  And the MDL rules suggest that
21   that's something for the Court to consider, and we think that
22   would be helpful.
23              THE COURT:  Okay.  Who wants to --
24              MR. KROEGER:  Thank you, Your Honor.  Thomas Kroeger.
25   We would similarly suggest that a liaison counsel might be a
```

```
 1  you agreed on or that one of you does and the other doesn't, in
 2  which case I'll -- I'll make a decision whether we need to have
 3  a hearing on it.
 4          MR. BOIES:  Thank you, Your Honor.
 5          THE COURT:  I like to stick to the record.
 6          MR. BOIES:  Thank you, Your Honor.
 7          THE COURT:  Okay.  Anybody?  Everybody has been heard?
 8  If nothing else, then thank you for coming in.  Good to see
 9  you-all, and we will be in recess.
10          ( The status conference was concluded at 11:12 a.m.)
11                    - - -
```

```
 1                    C E R T I F I C A T E

 2                           -  -  -

 3

 4   I, TRISH BAILEY-ENTIN, Stenographic Reporter, State of Florida

 5   at Large, certify that I was authorized to and did

 6   stenographically report the foregoing proceedings and that the

 7   transcript is a true and complete record of my stenographic

 8   notes.

 9

10            Dated this 21st day of June 2023.

11

12

13

14                          _____

15                          TRISH BAILEY-ENTIN, RPR, FPR
```