**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

**THIS DOCUMENT RELATES TO ALL ACTIONS**

**DEFENDANT FENWICK & WEST LLP'S NOTICE OF JOINDER IN DEFENDANTS' ALTIMETER CAPITAL MANAGEMENT, LP, MULTICOIN CAPITAL MANAGEMENT LLC, PARADIGM OPERATIONS, LP, RIBBIT CAPITAL, LP, SEQUOIA CAPITAL OPERATIONS, LLC, THOMA BRAVO, L.P., AND TIGER GLOBAL MANAGEMENT, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT SPECIAL MASTER**

Defendant FENWICK & WEST LLP hereby gives notice of filing its Joinder in *Defendants' Altimeter Capital Management, LP, Multicoin Capital Management LLC, Paradigm Operations, LP, Ribbit Capital, LP, Sequoia Capital Operations, LLC, Thoma Bravo, L.P., and Tiger Global Management, LLC's Response in Opposition to Plaintiffs' Motion to Appoint Special Master*, filed on August 11, 2023, [ECF No. 180].

In addition to joining in the aforementioned Response in Opposition, Defendant FENWICK & WEST LLP has also filed its own separate *Response in Opposition to Plaintiffs' Motion to Appoint Judge Michael A. Hanzman as the FTX Special Master* on August 11, 2023 [ECF No. 184].

Respectfully submitted,

*/s/ Nicole K. Atkinson*
DAVID R. ATKINSON

Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com
mmargolese@gunster.com
STEPHEN C. RICHMAN
Florida Bar No.: 1015692
srichman@gunster.com
jfirogenis@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

-and-

KEVIN S. ROSEN
California Bar No.: 133304
krosen@gibsondunn.com
MICHAEL J. HOLECEK
Florida Bar No.: 1035950
mholecek@gibsondunn.com
SAMUEL ECKMAN
California Bar No.: 308923
seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7635
Fax: (213) 229-6635

*Counsel for Defendant Fenwick & West LLP*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

/s/ Nicole K. Atkinson
Nicole K. Atkinson