UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

**DEFENDANTS BRIAN JUNG AND CREATORS AGENCY LLC'S
JOINDER TO THE INVESTOR DEFENDANTS' RESPONSE IN
<u>OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT SPECIAL MASTER</u>**

Defendants Brian Jung and Creators Agency, LLC hereby join in the Investor Defendants' Response In Opposition To Plaintiff's Motion To Appoint Special Master [ECF 180].

DATED:  <u>August 11, 2023</u>.

                                                STEARNS WEAVER MILLER WEISSLER
                                                ALHADEFF & SITTERSON, P.A.

                                                By: <u>/s/      Jose G. Sepulveda       </u>
                                                     JOSE G. SEPULVEDA, FL Bar No. 154490
                                                     Primary:  jsepulveda@stearnsweaver.com
                                                     Secondary:  mfigueras@stearnsweaver.com
                                                     150 W. Flagler Street, Suite 2000
                                                     Miami, Florida 33130
                                                     Telephone:  305-789-3200

                                                     and

                                                POTOMAC LAW GROUP, PLLC
                                                Derek Adams, Esq., *Pro Hac Vice*
                                                Primary:  dadams@potomaclaw.com
                                                Secondary:  shendrix@potomaclaw.com
                                                1300 Pennsylvania Avenue, NW, Suite 700
                                                Washington, D.C. 20004
                                                Telephone: 202-204-3005

                                                *Counsel for Defendants Brian Jung,*
                                                *Erika Kullberg, and Creators Agency, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/        *Jose G. Sepulveda*
JOSE G. SEPULVEDA, ESQ.

#11924441 v1

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200