UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

_____

THIS DOCUMENT RELATES TO BANK DEFENDANTS
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

     Mallory M. Cooney, of the law firm of K&L Gates LLP, hereby files her appearance in the above-styled case as counsel on behalf of Defendants Deltec Bank and Trust Company Limited and Jean Chalopin, and requests that she be served with copies of all notices, pleadings, orders and other documents filed in these proceedings at the address listed below.

Dated:   August 11, 2023

                                                                   Respectfully submitted,

                                                                  */s/ Mallory M. Cooney*
                                                                  Mallory M. Cooney
                                                                  Florida Bar No. 125659
                                                                  mallory.cooney@klgates.com
                                                                  **K&L GATES LLP**
                                                                  Southeast Financial Center – Suite 3900
                                                                  200 South Biscayne Boulevard
                                                                  Miami, FL 33131-2399
                                                                  Telephone:  305.539.3300
                                                                  Facsimile:  305.358.7095

                                                                *Attorneys for Defendant Deltec Bank and*
                                                                *Trust Company Limited and Jean Chalopin*

703370204.1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Mallory M. Cooney*
Mallory M. Cooney