IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison v. Bankman-Fried*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES
_____/

**SPORTS & ENTERTAINER DEFENDANTS' NOTICE OF JOINDER IN
THE INVESTOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO
APPOINT SPECIAL MASTER**

Sports & Entertainer Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence David, Golden State Warriors, LLC, Udonis Haslem, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX hereby give notice of their joinder in the Investor Defendants' opposition (ECF 180) to Plaintiffs' Motion to Appoint Judge Michael A. Hanzman as the FTX Special Master (the "Motion") (ECF 145).

The S&E Defendants adopt and incorporate the Investor Defendants' opposition in full as if fully set forth herein with respect to the S&E Defendants. In addition to the reasons provided in the Investor Defendants' opposition, the S&E Defendants believe that the Motion should be denied for the additional reason that Plaintiffs have represented to Defendants and the Court that certain Defendants are in or have scheduled mediation with Judge Hanzman. According to Plaintiffs, "in-person mediations are scheduled before [Judge Hanzman] during the last week of this month." ECF 177. The roles played by a special master and mediator, respectively, are quite different, and

- 1 -

the S&E Defendants believe that Plaintiffs should not be permitted to unilaterally make this decision for all Defendants. Potential issues raised by vesting both roles in one person have already arisen, as Plaintiffs have refused to disclose which Defendants are purportedly in mediation with Judge Hanzman, and Plaintiffs have not disclosed any of the *ex parte* communications that have been exchanged with Judge Hanzman. What is more, Plaintiffs' counsel inappropriately copied Judge Hanzman on email correspondence to all Defendants (an email group with hundreds of recipients), resulting in the subsequent inadvertent and unwitting inclusion of Judge Hanzman on emails between Defendants and Plaintiffs concerning his potential appointment as special master.

The Court should deny the Motion in full for all the reasons set forth in the Investor Defendants' opposition and herein.

Dated: August 11, 2023

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martinez*
   Roberto Martínez
   Florida Bar No. 305596
     *bob@colson.com*
   Stephanie A. Casey
   Florida Bar No. 97483
     *scasey@colson.com*
   Zachary Lipshultz
   Florida Bar No. 123594
     *zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, Shaquille O'Neal, Golden State Warriors, LLC and Naomi Osaka*

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*pro hac vice*)
     *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
     *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
     *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
     *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
     *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (*pro hac vice*)
     *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice*)
     *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele*

*Bündchen, Lawrence David, and Shaquille O'Neal*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
  MKahn@gibsondunn.com
Michael J. Kahn (*pro hac vice*)
  MJKahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8379

Michael Dore (*pro hac vice*)
  MDore@gibsondunn.com
Jamila MacEbong (*pro hac vice*)
  JMacEbong@gibsondunn.com
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580
    *christopher.carver@akerman.com*
    Jason S. Oletsky, Esq.
    Florida Bar No. 9301
    *jason.oletsky@akerman.com*
    Katherine A Johnson, Esq.
    Florida Bar No. 1040357
    *katie.johnson@akerman.com*

*Attorneys for Defendants Udonis Haslem and David Ortiz*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Edward Soto*
    Edward Soto (FBN 0265144)
      edward.soto@weil.com
    1395 Brickell Avenue, Suite 1200
    Miami, FL 33131-3368
    Tel.: (305)-577-3100

*Attorney for Defendant Shohei Ohtani*

- 2 -

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
    Nathan Bull (Fla. Bar No. 1029523)
    nbull@mwe.com

**McDERMOTT WILL & EMERY LLP**
  Jason D. Strabo (*pro hac vice*)
    jstrabo@mwe.com
  Ellie Hourizadeh (*pro hac vice*)
    ehourizadeh@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
  Sarah P. Hogarth (*pro hac vice*)
    shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
    Jeffrey Neiman
    Fla Bar. No. 544469
      jneiman@mnrlawfirm.com
    Jeffrey Marcus
    Fla. Bar No. 310890
      jmarcus@mnrlawfirm.com
    Michael Pineiro
    Fla. Bar No. 041897
      mpineiro@mnrlawfirm.com
    Brandon Floch
    Fla. Bar No. 125218
      bfloch@mnrlawfirm.com

- 4 -

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX*