**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-md-03076-KMM**

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE**
**COLLAPSE LITIGATION**

_____

THIS DOCUMENT RELATES TO BANK DEFENDANTS

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Desirée F. Moore, the undersigned, do hereby certify that:

1.      I am a member in good standing of the Bar of Illinois, and am also admitted to practice in the United States District Court for the Northern District of Illinois.

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted _pro hac vice_ status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.    If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL Action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Dated:    August 11, 2023

Respectfully submitted,

*Desirée F. Moore*

Desirée F. Moore
Illinois Bar No. 125659
desiree.moore@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone:  312-372-1121
Facsimile:  312-827-8000

*Attorneys for Defendant Deltec Bank and*
*Trust Company Limited and Jean Chalopin*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Desirée F. Moore
Desirée F. Moore