UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

THIS DOCUMENT RELATES TO ALL ACTIONS

_____

### DEFENDANTS DELTEC BANK AND TRUST COMPANY LIMITED AND JEAN CHALOPIN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT A SPECIAL MASTER

Defendants Deltec Bank and Trust Company Limited ("Deltec") and Jean Chalopin, by and through their undersigned attorneys, hereby join the Investor Defendants' Opposition to Plaintiffs' Motion to Appoint a Special Master in the above-captioned matter (the "Motion," ECF No. 145) and state as follows:

For the reasons set forth in the Investor Defendants' Opposition to the Motion [ECF No. 180], this Court should deny Plaintiffs' Motion. The Motion is premature at this stage, including because this Court has stayed discovery through at least September 19, 2023 [ECF No. 152], and Plaintiffs have failed to identify any pretrial matters that may require a Special Master's intervention under Federal Rule of Civil Procedure 53(a)(1). Indeed, as to the undersigned defendants, there are none.

The appointment of a Special Master is also premature prior to this Court's consideration of many defendants' forthcoming motions to dismiss. The undersigned defendants, specifically, expect to make a case-dispositive motion to dismiss the claims against them on multiple grounds,

including for failure to state a claim and because Deltec and Mr. Chalopin are Bahamian residents and are not subject to personal jurisdiction in the United States.

Therefore, for all of the foregoing reasons, Plaintiffs' Motion should be denied.

Dated: August 11, 2023

Respectfully submitted,

*/s/ Mallory M. Cooney*
Mallory M. Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
Desirée Moore
desiree.moore@klgates.com
**K&L Gates LLP**
200 S. Biscayne Blvd.
Miami, FL 33131
Tel: 305-539-3300
Fax: 305-358-7095

Tatiana Martins
NY Bar No. 4300455
tatiana.martins@davispolk.com
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
Fax: 212-701-5351

*Attorneys for Defendants Deltec Bank and Trust Company Limited and Jean Chalopin*