**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To All Actions
_____/

**DEFENDANT PRAGER METIS CPAS, LLC'S NOTICE OF JOINDER IN**
**THE INVESTOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO**
**APPOINT SPECIAL MASTER**

Defendant Prager Metis CPAs, LLC ("Prager Metis") hereby gives notice of its joinder in Defendants' Altimeter Capital Management, LP, Multicoin Capital Management LLC, Paradigm Operations, LP, Ribbit Capital, LP, Sequoia Capital Operations, LLC, Thoma Bravo, L.P., and Tiger Global Management, LLC's (the "Investor Defendants") opposition (ECF No. 180) to Plaintiffs' Motion to Appoint Judge Michael A. Hanzman as the FTX Special Master (the "Motion") (ECF No. 145).

Prager Metis adopts and incorporates the Investor Defendants' opposition to the Motion in full as if fully set forth herein with respect to Prager Metis.

Dated: August 11, 2023

Respectfully submitted,

*/s/ Ian M. Ross*
Ian M. Ross, Esq.
Florida Bar No.: 91214
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Tel.: (305) 391-5100

1

Fax: (305) 391-5101

Bruce R. Braun (*pro hac vice*)
bbraun@sidley.com
Joanna R. Travalini (*pro hac vice*)
jtravalini@sidley.com
Tommy Hoyt (*pro hac vice*)
thoyt@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853 7050
Fax: (312) 853 7036

*Counsel for Defendant Prager Metis CPAs, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 11th day of August, 2023, I e-filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Ian M. Ross*
Ian M. Ross, Esq.