UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
CASE NO.: 23-md-03076-KMM

| |
|---|
| In re: <br><br> FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Domestic Venture Capital Funds |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric W. Ostroff of Meland Budwick, P.A. hereby appears as counsel for Defendant SkyBridge Capital II, LLC in the above-captioned matter and respectfully requests that copies of all future pleadings, filings and correspondence be served upon the undersigned.

Dated: August 22, 2023.

                                              Respectfully submitted,

By: */s/Eric W. Ostroff*
      Eric W. Ostroff, Esquire
      Florida Bar No. 10130
      eostroff@melandbudwick.com
      MELAND BUDWICK, P.A.
      3200 Southeast Financial Center
      200 South Biscayne Boulevard
      Miami, Florida 33131
      Telephone: (305) 358-6363
      *Attorneys for SkyBridge Capital II, LLC*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 22, 2023, via U.S. Mail upon the parties listed below:

Steven N. Williams
3509 E Park Boulevard
Suite 180-110
Plano, TX 75074