UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MD-3076-MOORE/Otazo-Reyes

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

**This Document Relates to All Actions**

**DEFENDANTS ARMANINO LLP AND PRAGER METIS CPAS, LLC'S
UNOPPOSED MOTION FOR EXPANSION OF PAGE LIMITATIONS
<u>FOR BRIEFING ON THE MOTIONS TO DISMISS</u>**

Defendants Armanino LLP and Prager Metis CPAs, LLC ("Defendants") respectfully request that the Court enter an order expanding the page limitations set forth in Local Rule 7.1(c)(2) for the briefing on Defendants' forthcoming Motions to Dismiss Plaintiffs' Administrative Class Action Complaint [ECF No. 158]. Defendants requests the Court expand the page limitations as follows: opening briefs not to exceed 50 pages; response briefs not to exceed 50 pages; and reply briefs not to exceed 25 pages.

Good cause exists to expand the page limit set forth in Local Rule 7.1(c)(2). Plaintiffs' Complaint is 185 pages (excluding exhibits) and asserts 20 causes of action against Defendants. In addition to these causes of action, the Complaint implicates issues concerning choice of law, class actions, and principles of accounting—to name a few. Moreover, as illustrated by the first 141 pages of the Complaint, the allegations underlying Plaintiffs' causes of action purport to tell a complex story about the FTX platform and its collapse. In short, Defendants will not be able to adequately respond to Plaintiffs' Complaint in the 20-page restriction set forth by Local Rule 7.1(c)(2).

Other MDL courts in this District have found that the page limit of Local Rule 7.1(c)(2)

should be expanded for motion to dismiss briefing. *See In re Jan. 2021 Short Squeeze Trading Litig.*, No. 21-MD-2989, Order [ECF No. 490] (S.D. Fla. June 17, 2022) (granting MDL defendant 50/50/25 page-limit structure for motion to dismiss briefing); *In re Takata Airbag Prods. Liab. Litig.*, No. 15-MD-2599, Order [ECF No. 2971] (S.D. Fla. Aug. 17, 2018) (enlarging page limit for motion to dismiss amended consolidated class action complaint); *see also Vorsteg v. United States*, No. 11-CV-61160, 2011 WL 5169353, at *2 (S.D. Fla. Nov. 1, 2011) (granting both parties' requests to expand page limits for motion to dismiss briefing where complaint was "lengthy [in] nature"). Accordingly, good cause exists to permit a 50/50/25 page-limit structure for Defendants' motions to dismiss briefing.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court enter an order with respect to Defendants' Motions to Dismiss Plaintiffs' Administrative Class Action Complaint, setting a limit of 50 pages for opening briefs, 50 pages for response briefs, and 25 pages for reply briefs.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), the undersigned certify that counsel for Defendants conferred with counsel for Plaintiffs via email on August 23, 2023. Plaintiffs take no position on this matter and leave it to the decision of the Court.

Dated: August 25, 2023

Respectfully submitted,

s/ Tom K. Schulte
Samuel A. Danon (FBN 892671)
Jamie Z. Isani (FBN 728861)
Tom K. Schulte (FBN 1025692)
Hunton Andrews Kurth LLP
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@HuntonAK.com
jisani@HuntonAK.com
tschulte@HuntonAK.com

Matthew P. Bosher
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 955-1500
mbosher@HuntonAK.com

Thomas R. Waskom
Hunton Andrews Kurth LLP
951 E. Byrd Street
Richmond, VA 23219
Tel.: (804) 788-8200
twaskom@HuntonAK.com

*Attorneys for Defendant Armanino LLP*

s/ Ian M. Ross
Ian M. Ross, Esq.
Florida Bar No.: 91214
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

Bruce R. Braun (*pro hac vice*)
bbraun@sidley.com
Joanna R. Travalini (*pro hac vice*)
jtravalini@sidley.com
Tommy Hoyt (*pro hac vice*)
thoyt@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7050
Fax: (312) 853-7036

*Attorneys for Defendant Prager Metis CPAs, LLC*

-4-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2023, I filed a true and correct copy with the Clerk of Court via CM/ECF, which will send notice of the same to all counsel and parties of record.

*/s/ Tom K. Schulte*
Tom K. Schulte

*Attorney for Defendant Armanino LLP*