UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MD-3076-MOORE/Otazo-Reyes

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**This Document Relates to All Actions**

**ORDER GRANTING DEFENDANTS' MOTION
FOR EXPANSION OF PAGE LIMITATIONS**

THIS CAUSE came before the Court upon Defendants Armanino LLP and Prager Metis CPAs, LLC's Unopposed Motion for Expansion of Page Limitations for Briefing on The Motions To Dismiss [ECF No. ___]. Upon consideration of the Motion, the record, and applicable law, the Court finds good cause to expand the page limit set forth in Local Rule 7.1(c)(2). Accordingly, it is

ORDERED AND ADJUDGED that the briefing on Armanino's and Prager Metis's motions to dismiss shall be as follows: opening briefs not to exceed 50 pages; response briefs not to exceed 50 pages; and reply briefs not to exceed 25 pages.

DONE AND ORDERED in chambers in Miami, Florida on _____ __, 2023.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE