**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**
_____

THIS DOCUMENT RELATES TO:

Domestic Venture Capital Funds
_____/

**AGREED JOINT MOTION REGARDING**
**DOMESTIC VC DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Edwin Garrison, Shengyun Huang, Julie Papadakis, Vitor Vozza, Kyle Rupprecht, Warren Winter and Sunil Kavuri ("Plaintiffs") and Defendants Thoma Bravo, LP, Sequoia Capital Operations, LLC, Altimeter Capital Management, LP, Multicoin Capital Management LLC, Tiger Global Management, LLC, Paradigm Operations LP, Ribbit Capital, L.P., K5 Global Advisor, LLC and SkyBridge Capital II, LLC, (collectively, "Domestic VC Defendants," and together with Plaintiffs, the "Parties"), pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), respectfully file this agreed joint motion (the "Agreed Motion") regarding Domestic VC Defendants' forthcoming motions to dismiss Plaintiffs' Administrative Class Action Complaint and Demand for Jury Trial: Domestic Venture Capital Funds (ECF 157) ("Master Complaint").

On June 21, 2023, this Court entered an Initial Scheduling and Case Management Order (ECF 61), which required Plaintiffs to file consolidated amended complaints within 45 days of entry of that order and allowed Defendants 45 days from the filing of the amended complaints to respond.  Subsequently, on August 8, 2023, Plaintiffs filed the Master Complaint.  On August 25,

2023, this Court entered a Paperless Order (ECF 216) setting forth certain briefing procedures and page limits for all forthcoming motions to dismiss in the above-captioned MDL proceedings, including Domestic VC Defendants' motions to dismiss.

Given the number of Domestic VC Defendants, claims, and issues requiring briefing before this Court, and the Parties' desire to ensure an orderly and efficient briefing process while minimizing unnecessary briefing, the Parties agree that entering a joint briefing schedule, as well as certain additional briefing procedures and reservations of rights, is in the best interests of the Parties and this Court. The Parties have included certain reservations of rights in section III of the attached Proposed Order that are designed to streamline the issues before the Court at this stage by limiting briefing to Rule 12(b)(6) issues, while ensuring that the parties preserve their respective positions on other issues.[1]

**WHEREFORE,** the Parties respectfully request that the Court authorize the briefing schedule, procedures, and reservation of rights for motions to dismiss the Master Complaint as set forth in the Proposed Order attached hereto as Exhibit 1.

Counsel for Domestic VC Defendants have conferred with all signatories to this Agreed Motion in a good faith effort to resolve the issues raised herein and are authorized to represent that the Parties agree to the relief sought.

| DATED: August 28, 2023 | Respectfully submitted, |
|---|---|
| */s/ Eric I. Niehaus* | */s/ John C. Herman* |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **HERMAN JONES LLP** |
| Stuart Davidson | John C. Herman |
| Eric I. Niehaus | Candace Smith |
| Brian E. Cochrane | 3424 Peachtree Road, N.E., Suite 1650 |
| Patton L. Johnson | Atlanta, GA 30326 |
| Kenneth P. Dolitsky | Telephone: (404) 504-6555 |
| Shawn A. Williams | Facsimile: (404) 504-6501 |

---

[1] Other MDL courts have entered similar reservations of rights. *See, e.g.*, Case Management Order No. 8, *In re: Paraquat Prods. Liab. Litig.*, ECF No. 347 (S.D. Ill. Sept. 10, 2021); Pre-Trial Order No. 20, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, ECF No. 904 (E.D. La. Dec. 17, 2010).

Hadiya K. Deshmukh
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
sdavidson@rgrdlaw.com
amartin@rgrdlaw.com
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
pjohnson@rgrdlaw.com
kdolitsky@rgrdlaw.com
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com

*Counsel for Plaintiffs, Domestic Venture Capital Funds' Committee Members*

*/s/ Jay B. Shapiro*
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro
Fla. Bar # 776361
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2664
jshapiro@stearnsweaver.com

**ROPES & GRAY LLP**
David Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
david.hennes@ropesgray.com

Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone.: (310) 975-3000
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

jherman@hermanjones.com
csmith@hermanjones.com

*Counsel for Plaintiffs, Domestic Venture Capital Funds' Committee Members*

*/s/ Paul C. Huck, Jr.*
**LAWSON HUCK GONZALEZ PLLC**
Paul C. Huck, Jr.
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com
jkim@csgh.com
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

*/s/ Michael Tein*
**TEIN MALONE TRIAL LAWYERS**
Michael Tein
Florida Bar No. 993522
3059 Grand Avenue
Coconut Grove, Florida 33133
Telephone: (305) 442-1101
tein@teinmalone.com

**WAYMAKER LLP**
Brian E. Klein
Scott M. Malzahn
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

*Counsel for Defendant Multicoin Capital Management LLC*

*/s/ T. Todd Pittenger, Esq.*
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Alexander C. Drylewski (admitted *pro hac vice*)
Mikal Davis-West
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*/s/ Jordi Guso*
**BERGER SINGERMAN LLP**
Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305)-714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

**KIRKLAND & ELLIS LLP**
Mark McKane (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)
Stephen Silva (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*

*/s/ Peter H. White*
**SCHULTE ROTH & ZABEL LLP**
Peter H. White
Jeffrey F. Robertson
555 Thirteenth Street, NW
Suite 6W
Washington, DC 20004
Telephone: 202-729-7470
Facsimile: 202-730-4520
pete.white@srz.com
jeffrey.robertson@srz.com

*Counsel for Defendant Tiger Global Management, LLC*

alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Mark R.S. Foster (admitted *pro hac vice*)
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendant Paradigm Operations LP*

/s/ *Jacqueline M. Arango*
**AKERMAN LLP**
Jacqueline M. Arango
Florida Bar No. 664162
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374 5600
jacqueline.arango@akerman.com

**KEKER, VAN NEST & PETERS LLP**
Steven P. Ragland
Nicholas D. Marais
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
sragland@keker.com
nmarais@keker.com

*Counsel for Defendant Ribbit Capital, L.P.*

/s/ *Eric W. Ostroff*
**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

**SADIS & GOLDBERG LLP**

/s/ *James E. Brandt*
**LATHAM & WATKINS LLP**
James E. Brandt*
Jason C. Hegt*
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
james.brandt@lw.com
jason.hegt@lw.com

*Counsel for Defendant K5 Global Advisor, LLC*

*Limited appearance application forthcoming (*see* ECF No. 55).

5

Douglas R. Hirsch (certificate of understanding pending)
Frank S. Restagno (certificate of understanding pending)
551 Fifth Avenue, 21st Floor
New York, NY 10176
Telephone: (212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

*Counsel for Defendant SkyBridge Capital II, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case on August 28, 2023.

/s/ Jordi Guso
Jordi Guso
Florida Bar No. 863580