IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation
_____

This Document Relates To:

*Garrison, et al. v. Bankman-Fried, et al.*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC*,
Case No. 23-cv-21023

*Garrison, et al. v. Shohei Ohtani, Naomi Osaka, Lawrence Gene David, and Solomid Corp.*,
Case No. 23-cv-23064 -KMM

*Garrison, et al. v. Golden State Warriors, LLC*,
Case No. 1:23-cv-23084-KMM
_____/

**"PROMOTERS AND DIGITAL CREATOR" DEFENDANTS' MOTION
FOR LEAVE TO FILE SEPARATE BRIEFS IN RESPONSE TO
*[CORRECTED] ADMINISTRATIVE CLASS ACTION COMPLAINT* [ECF 179]**

Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence David, Golden State Warriors, LLC, Udonis Haslem, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation (collectively, the "S&E Defendants") and Defendants Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Erika Kullberg, and Creators Agency, LLC (collectively, the "YouTuber Defendants") (all, collectively, "Movants") respectfully request leave to file separate motions to dismiss the *[Corrected] Administrative Class Action Complaint and Demand for Jury Trial – Promoters and Digital Creator Defendants* (ECF 179) because this pleading – in sharp contrast to each of the six

- 2 -

other Administrative Class Action Complaints ("ACACs") (ECF Nos. 153, 155, 157, 158, 178 & 182) – names 21 defendants and is also much longer than the other ACACs. None of the other ACACs names more than 9 defendants and ECF 179 is also the longest pleading.

Accordingly, as explained more fully below – and fully recognizing the limits set by the Court in the PAPERLESS ORDER ("Briefing Order"; ECF 216) – Movants request that they be permitted two separate sets of briefs, one on behalf of the S&E Defendants and another on behalf of the YouTuber Defendants, in accordance with the briefing authorizations in the Briefing Order.

In support of this motion, Movants state:

1. At the Initial Conference on June 21, 2023, the Court agreed that Plaintiffs should file consolidated amended complaints directed to the separate groups of defendants they have named in this MDL within 45 days of the hearing. *See* Tr. (ECF 63) at 20-21; *see also* Order (ECF 61) at 4.

2. Plaintiffs filed the seven ACACs on August 7, 8 & 11.[1] The number of defendants named in each pleading and the differing pleading lengths are summarized in the following chart:

---

[1] The original ACACs directed to the "FTX Insider Defendants" (ECF 154), the "Promoters and Digital Creator Defendants" (ECF 156), and the "Multinational VC Defendants" (ECF 159) filed on August 7 and 8 were replaced with "Corrected" versions filed on August 11 (ECF Nos. 178, 179 & 182, respectively).

| ECF | Defendant Group (as denominated by Plaintiffs) | Number of Defendants | ACAC Length (excluding exhibits) |
|---|---|---|---|
| 153 | Law Firms | 1 | 107 pages/ 311 paragraphs |
| 155 | Bank Defendants | 3 | 136 pages/ 359 paragraphs |
| 157 | Domestic Venture Capital Funds | 9 | 294 pages/ 769 paragraphs |
| 158 | Auditor Defendants | 2 | 185 pages/ 514 paragraphs |
| 178 | FTX Insider Defendants | 4 | 147 pages/ 415 paragraphs |
| **179** | **Promoters and Digital Creator Defendants** | **21** | **312 pages/ 859 paragraphs** |
| 182 | Multinational VC Defendants | 8 | 199 pages/ 554 paragraphs |

3. Thus, the ACAC filed against Movants has, at minimum, over twice as many defendants as any other pleading and is also substantially longer – indeed, it is two to three times longer than some of the other pleadings.

4. On August 25, 2023, the Court issued the Briefing Order in response to a request by Defendants Armanino LLP and Prager Metis CPAs LLC – the so-called "Auditor Defendants" named in ECF 158 – to increase the page limits set by Local Rule 7.1(c)(2) to 50 pages for motions and oppositions and 25 pages for replies. *See* ECF 215 at 1-2.[2]

5. In the Briefing Order, the Court authorized briefs and associated page limits as follows:

> in response to each Amended Complaint that they are named as a Party in: (1) Defendants are permitted to file jointly one 12(b)(6) motion and memorandum of law of up to 40 pages; (2) for those Defendants who wish to raise a personal jurisdiction challenge, Defendants are permitted to file jointly one 12(b)(2) motion and memorandum of law of up to 15 pages; and (3) to the extent applicable, Defendants seeking to raise unique issues or defenses not encompassed by the joint Rule 12(b)(6) or Rule 12(b)(2) motions, e.g., a challenge to adequacy of service of

---

[2] Page citations are to the ECF page number at the top of each filing.

process, are permitted to file individual motions and memoranda of law of up to 3 pages. … Plaintiffs' responses to each motion shall be up to the same length as authorized for these motions. The joint reply for the Rule 12(b)(6) motion shall be up to 20 pages, the joint reply for the Rule 12(b)(2) motion shall be up to 8 pages, and all individual replies supporting the individual motions shall be up to 2 pages.

6. Movants fully respect and understand the Court's desire to limit the briefs in this complex matter. However, they submit that their situation is unique in comparison to that of the other Defendants by virtue of the substantially greater number of defendants named in their ACAC (21 vs. 9 in the second-most pleading) and much greater length of their ACAC (up to two and three times longer than several other pleadings).

7. Addressing the defenses properly raised by 21 different defendants within the limits of the Briefing Order would significantly impede Movants' ability to defend against Plaintiffs' unwieldly and sprawling – and, ultimately, meritless – claims.

8. Moreover, ECF 179 itself breaks Movants into two separate groups – both in title and substance. The pleading is directed to "Promoters **and** Digital Creator Defendants." *See id.* at 1 (emphasis added). Within the pleading, the allegations as to the S&E Defendants are set out first, followed by the allegations as to the YouTuber Defendants, *see id.* at 108-283; in fact, the allegations as to the YouTuber Defendants are even set off with a separate heading, *see id.* at 275 ("xiii. Digital Creators Defendants").

9. Accordingly, Movants submit that their particular circumstances warrant permitting the S&E Defendants to file their set of briefs in accordance with the briefing authorizations in the Briefing Order and, separately, permitting the YouTuber Defendants to file their own set of briefs, also in accordance with the briefing authorizations in the Briefing Order.

WHEREFORE, Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence David, Golden State Warriors, LLC, Udonis Haslem, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation (the "S&E Defendants") and

Defendants Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Erika Kullberg and Creators Agency, LLC (the "You Tuber Defendants"), respectfully request that the Court grant the S&E Defendants and the YouTuber Defendants leave to file separate sets of briefs in accordance with the briefing authorizations in the Briefing Order, and grant them such other and further relief as the Court deems just and proper.

A proposed order granting this motion is attached as Exhibit A and will be submitted to the Court via e-mail in Word format in accordance with S.D. Fla. CM/ECF NextGen Admin. Pro. 3I(6).

## Local Rule 7.1(a)(3) Certification

On August 28, 2023, Christopher S. Carver, counsel for Defendants Haslem and Ortiz, telephoned Plaintiffs' designated liaison counsel, Alex J. Brown, *see* ECF 59-1, with respect to the relief requested in this motion and was referred to Plaintiffs' counsel Joseph Kaye by one of Mr. Brown's colleagues, J. Davis LaBarre. Mr. Carver then telephoned Mr. Kaye (at approximately 4:15 p.m. EDT on August 28) explaining the requested relief, leaving a detailed voicemail. As of the time of this filing, Plaintiffs' position is unknown.

Dated: August 29, 2023

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
　　Roberto Martínez
　　Florida Bar No. 305596
　　　*bob@colson.com*
　　Stephanie A. Casey
　　Florida Bar No. 97483
　　　*scasey@colson.com*
　　Zachary Lipshultz
　　Florida Bar No. 123594
　　　*zach@colson.com*
　　Thomas A. Kroeger
　　Florida Bar No. 0019303
　　　*tom@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, Shaquille O'Neal, Golden State Warriors, LLC and Naomi Osaka*

**LATHAM & WATKINS LLP**
  Andrew B. Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
  Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
  Brittany M.J. Record (*pro hac vice*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
  Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
  Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, and Shaquille O'Neal*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8379

Michael Dore (*pro hac vice*)
  *MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
  *JMacEbong@gibsondunn.com*
333 South Grand Avenue

Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580
    *christopher.carver@akerman.com*
    Jason S. Oletsky, Esq.
    Florida Bar No. 9301
    *jason.oletsky@akerman.com*
    Katherine A Johnson, Esq.
    Florida Bar No. 1040357
    *katie.johnson@akerman.com*

*Attorneys for Defendants Udonis Haslem and David Ortiz*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Edward Soto*
    Edward Soto (FBN 0265144)
     *edward.soto@weil.com*
    1395 Brickell Avenue, Suite 1200
    Miami, FL 33131-3368
    Tel.: (305)-577-3100

*Attorney for Defendant Shohei Ohtani*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
    Nathan Bull (Fla. Bar No. 1029523)
    *nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
  Jason D. Strabo (*pro hac vice*)
    *jstrabo@mwe.com*
  Ellie Hourizadeh (*pro hac vice*)
    *ehourizadeh@mwe.com*
2049 Century Park East, Suite 3200

Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
Sarah P. Hogarth (*pro hac vice*)
  *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
    Jeffrey Neiman
    Fla Bar. No. 544469
      *jneiman@mnrlawfirm.com*
    Jeffrey Marcus
    Fla. Bar No. 310890
      *jmarcus@mnrlawfirm.com*
    Michael Pineiro
    Fla. Bar No. 041897
      *mpineiro@mnrlawfirm.com*
    Brandon Floch
    Fla. Bar No. 125218
      *bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX*

**LAW OFFICE OF JOSEF M. MYSOREWALA, PLLC**
2000 S. Dixie Hwy. Ste. 112
Miami, Florida 33133
(305) 356-1031

By: */s/ Josef M. Mysorewala*
   Josef M. Mysorewala, Esq.
   Fla. Bar No. 105425
   josefm@lawjmm.com

**FLANGAS LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146
Kimberly P. Stein, Esq. (*pro hac vice*)
kps@fdlawlv.com

*Attorneys for Defendants,*
*Graham Stephan, Andrei Jikh and*
*Jeremy Lefebvre*

**TOTH FUNES PA**

  *s/Brian W. Toth*
  Brian W. Toth
  Florida Bar No. 57708
  btoth@tothfunes.com
  Ingraham Building
  Freddy Funes
  Florida Bar No. 87932
  ffunes@tothfunes.com
  25 Southeast Second Avenue, Suite 805
  Miami, Florida 33131
  (305) 717-7850
  e-filings@tothfunes.com

  *Counsel for Defendant Tom Nash*

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

By: */s/ Jose G. Sepulveda*
Jose G. Sepulveda, Esq.
Florida Bar No. 154490
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
Telephone: 305-789-3200

and

POTOMAC LAW GROUP, PLLC

Derek Adams, Esq., *Pro Hac Vice*
dadams@potomaclaw.com
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: 202-204-3005

*Counsel for Defendants Erika Kullberg, Brian Jung and Creators Agency LLC*

**CUMMINGS, MCCLORY, DAVIS &ACHO, P.C.**

By: *s/Michael O. Cummings*
   Michael O. Cummings
   New York Bar No. 2701506
   mcummings@cmda-law.com
   1185 Avenue of The Americas, Third Floor
   New York, NY 10036
   (212) 547-8810
   Ronald G. Acho
   Michigan Bar No. P-23913
   racho@cmda-law.com
   17436 College Parkway
   Livonia, MI 48152
   (734) 261-2400

*Counsel for Defendant Jaspreet Singh*