# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

**[proposed]**
**ORDER GRANTING "PROMOTERS AND DIGITAL CREATOR" DEFENDANTS'
MOTION FOR LEAVE TO FILE SEPARATE BRIEFS IN RESPONSE TO
[CORRECTED] ADMINISTRATIVE CLASS ACTION COMPLAINT [ECF 179]**

THIS CAUSE came before the Court on the *"Promoters and Digital Creator" Defendants' Motion for Leave to File Separate Briefs in Response to [Corrected] Administrative Class Action Complaint [ECF 179]* ("Motion") [ECF No. 219]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1.    The "S&E Defendants" and "YouTuber Defendants"[1] and are authorized to file separate sets of joint briefs in accordance with the briefing authorizations in the PAPERLESS ORDER (ECF 216) which (1) require Defendants named in a particular Amended Complaint to file jointly one 12(b)(6) motion and memorandum of law of up to 40 pages; (2) for those

---

[1] The "S&E Defendants" are Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence David, Golden State Warriors, LLC, Udonis Haslem, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation; the "YouTuber Defendants are Defendants Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Erika Kullberg, and Creators Agency, LLC .

Defendants who wish to raise a personal jurisdiction challenge, require them to file jointly one 12(b)(2) motion and memorandum of law of up to 15 pages; and (3) to the extent applicable, authorize those Defendants seeking to raise unique issues or defenses not encompassed by the joint Rule 12(b)(6) or Rule 12(b)(2) motions, e.g., a challenge to adequacy of service of process, to file individual motions and memoranda of law of up to 3 pages. *See id.*

      2.      Accordingly, the S&E Defendants and the YouTuber Defendants are to file separate sets of joint briefs as provided in ECF 216.

      DONE AND ORDERED in Miami, Florida, this \_\_\_\_ day of August, 2023.

                                **K. MICHAEL MOORE**
                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record