UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/



**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Blake Shinoda, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Blake Shinoda
State Bar Number: CA 300455
Firm Name: Gibson, Dunn & Crutcher LLP
Mailing Address: 333 South Grand Avenue, Los Angeles, CA 90071-3197
Telephone Number: (213) 229-7834
Email Address: BShinoda@gibsondunn.com

Attorney Signature: _____    Date: 8/25/23

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071
Tel 213.229.7000
gibsondunn.com

Blake Shinoda
Direct: +1 213.229.7834
Fax: +1 213.229.6834
BShinoda@gibsondunn.com

August 25, 2023

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

Re:  In re: FTX Cryptocurrency Exchange Collapse Litigation, No. 1:23-md-03076

Dear Sir or Madam:

Please find enclosed a Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida for Blake Shinoda, *appearing on behalf of Golden State Warriors, LLC and Naomi Osaka*, to be filed in the above-captioned case.

Sincerely,

*[signature]*

Blake Shinoda

Enclosure

First Class

Blake Shinoda

GIBSON DUNN

Gibson, Du
333 South
Los Angeles

MDL Filing Clerk
United States District Cou
Southern District of Florid
400 N. Miami Avenue
Miami, FL 33128