SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM



In re:

**FTX CRYPTOCURRENCY
EXCHANGE COLLPASE LITIGATION**
_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __John Davis LaBarre__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Texas__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

John Davis LaBarre
TX Bar Number 24131442
The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064
(713) 659-5200
Davis.LaBarre@lanierlawfirm.com

Attorney Signature: _____    Date: 8/22/23

The Lanier Law Firm
A Professional Corporation

Houston | New York | Los Angeles



NORTH HOUSTON TX
22 AUG 2023 PM
08/22/2023
US POSTAGE $

United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

33128-771899



REC'D BY _____ D.C.
AUG 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The Lanier Law Firm, PC | 10940 W. Sam Houston Pkwy N. Suite 100 | Houston, TX 77064