

FILED BY _____ D.C.

AUG 2 9 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT CORT**
**SOUTHERN DISTRICT OF FLORIDA**

**MDL No. 3076**
**CASE NO.: 1:23-md-03076-MOORE**

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE**
**COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

*Rabbitte, et al. v. K5 Global Advisor, LLC, et al., No. 4:23-cv-03953* (N.D. Cal.)

*Rabbitte, et al. v. SkyBridge Capital II, LLC, et al.*, No. 1:23-cv-22949 (S.D. Fla.)

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, James E. Brandt, the undersigned, do hereby certify that:

1.      I am a member of good standing of the Bar of New York (Bar No. 1858935).

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedure.

James E. Brandt
NY Bar No. 1858935
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
james.brandt@lw.com

Attorney Signature: _____   Date: ___8 /28 / 23___

2

Jason C. Hegt
Direct Dial: +1.212.906.1686
jason.hegt@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

August 28, 2023

**<u>VIA FEDEX</u>**

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

      Re:    <u>Certificates of Understanding - MDL No. 3076</u>

Dear Sir or Madam:

In accordance with the Paperless Order (Dkt. 55) and Clerk's Notice (Dkt. 57) filed in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, Case No. 1:23-md-03076-MOORE, enclosed please find executed Certificates of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of myself and my colleague, James E. Brandt.  Mr. Brandt and I are representing Defendant K5 Global Advisor, LLC in this matter.

Please do not hesitate to conduct me if you require any additional information.

           Respectfully,

           */s/ Jason C. Hegt*

           Jason C. Hegt
           of LATHAM & WATKINS LLP

Enclosures



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).





*package id*
 0867424
*ship date*
 Mon, Aug 28 2023
*to*
 MDL Filing Clerk
 United States District Court
 400 N MIAMI AVE
 MIAMI, FL   33128-1801
 United States
 2026373333
*residential address*
 No
*return label*
 No
*notification type*
 Exception
 Delivery
 Tendered
*notification recipients*
 Michael.McCray@lw.com
 DCPrintandLogisticsS...

*from*
 Michael  McCray  (82410)
 Latham & Watkins LLP
 555 Eleventh Street, NW
 Suite 1000
 Washington, DC   20004-
  1304
 US
 +1.202.350.5116
*billing*
 client id: 073739-matter id :
  0003
 (073739-0003)
*operator*
 DC   Print
 202-637-3333
 DCPrintandLogisticsServices
*create time*
 08/28/23, 11:19AM

*vendor*
 FedEx
*tracking number*
 783011215115
*service*
 FedEx Priority Overnight®
*packaging*
 Customer packaging
*dimensions*
 5.0  LBS
 12 x 9 x 6  IN
*courtesy quote*
 30.91

*Quote may not reflect all
accessorial charges*