UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE

In Re: )
)
FTX CRYPTOCURRENCY EXCHANGE )
COLLAPSE LITIGATION )
)
)

FILED BY _____ D.C.

AUG 3 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Shawn A. Williams, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Shawn A. Williams
CA Bar No.: 213113
**ROBBINS GELLER RUDMAN & DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

Attorney Signature: _____  Date: August 29, 2023

- 1 -

**Robbins Geller Rudman & Dowd LLP**

Boca Raton
Chicago
Manhattan

Melville
Nashville
Philadelphia

San Diego
San Francisco
Washington, D.C.

Patricia Puerto
ppuerto@rgrdlaw.com
561-961-2208

August 29, 2023

VIA OVERNIGHT DELIVERY

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

Re:   *In re: FTX Cryptocurrency Exchange Collapse Litigation*
      Case No. 1:23-mc-03076

Dear Sir or Madam:

Enclosed, please find Certificates of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of attorneys Shawn A. Williams, Eric Niehaus, Patton L. Johnson, and Brian E. Cochran, appearing on behalf of plaintiffs Patrick Rabbitte, Mark Girshovich, Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Edwin Garrison, Shengyun Huang, Julie Papadakis, Vitor Vozza, Kyle Rupprecht, Warren Winter, and Sunil Kavuri, to be filed in the above-captioned case.

Very truly yours,

/s/ Patricia Puerto

PATRICIA PUERTO

PP:
Enclosures

...emely Urgent

...This envelope is for use with the following services: ...UPS Next D...
UPS Worldw...
UPS 2nd Da...

MDL

...s.com® or call **1-800-PICK-UPS®** (1-800-742-5877)
...dule a pickup or find a drop off location near you.

FOR UPS SHIPPING ONLY

Apply shippin...

Do not use this...

**...Shipments**
...ify for the Letter
...ondence, urgen...
...3 oz. or less. UP...
...sted or weighin...

**...onal Shipment**
...S Express Envel...
...Certain countrie...
...n/importexport

...ify for the Letter
...ress Envelopes

...ress Envelopes
...g sensitive pers...
...quivalent.

PATRICIA PUERTO
ROBBINS GELLER RUDMAN & DOWD
225 NE MIZNER BLVD
BOCA RATON FL 33432

**0.2 LBS LTR** **1 OF 1**

**SHIP TO:**
MDL FILING CLERK
US. DIST. CT. - S.D. FLA.
400 N. MIAMI AVENUE
**MIAMI FL 33128-1801**

**FL 330 6-03**

**UPS 2ND DAY AIR** **2**

TRACKING #: 1Z A65 38A 02 9494 3851

BILLING: P/P

Case Code: 230012-00001
Employee ID: 30787
CS 23.6.00. WNTNV50 35.0A 08/2023*

Serving you for more than 100 years
United Parcel Service.

...ipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101

