UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____/



FILED BY_____D.C.

SEP 0 5 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Stephen M. Silva, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California and New York; I am also admitted to practice in the United States District Courts for the Southern, Central and Northern Districts of California, the Southern and Eastern Districts of New York, the Eastern District of North Carolina, the District of Colorado and in the United States Court of Appeals for the Ninth Circuit.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Stephen Silva
CA Bar Number: 335865
NY Bar Number: 5533088
Kirkland & Ellis LLP
555 California Street, San Francisco, CA 94104
(415) 439-1400
stephen.silva@kirkland.com

Attorney Signature: _____      Date: 8/30/2023

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Stephen M. Silva<br>To Call Writer Directly:<br>+1 415 439 1359<br>stephen.silva@kirkland.com | 555 California Street<br>San Francisco, CA 94104<br>United States<br><br>+1 415 439 1400<br><br>www.kirkland.com | Facsimile:<br>+1 415 439 1500 |

August 31, 2023

*VIA FEDEX*

MDL Filing Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

      Re: Certificates of Understanding – *In Re: FTX Cryptocurrency Exchange Collapse Litigation*, 1:23-md-03076-KMM

Dear Sir or Madam:

      In accordance with the Paperless Order (Dkt. 55) and Clerk's Notice (Dkt. 57) filed in *In Re: FTX Cryptocurrency Exchange Collapse Litigation*, 1:23-md-03076-KMM, enclosed please find executed Certificates of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of myself and my colleagues Mark McKane and Anna Terteryan. We are representing Defendant Thoma Bravo, LP in this matter.

      Sincerely,

      */s/ Stephen M. Silva*
      Stephen M. Silva



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.