<div style="text-align:center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

</div>

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____/



<div style="text-align:center">

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

</div>

I, Anna Terteryan, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California; I am also admitted to practice in the United States District Courts for the Central and Northern Districts of California, and in the United States Court of Appeals for the Ninth Circuit.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Anna Terteryan
CA Bar Number: 300368
Kirkland & Ellis LLP
555 California Street, San Francisco, CA 94104
(415) 439-1400
anna.terteryan@kirkland.com

Attorney Signature: _____    Date: 8/30/23

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Stephen M. Silva
To Call Writer Directly:
+1 415 439 1359
stephen.silva@kirkland.com

555 California Street
San Francisco, CA 94104
United States

+1 415 439 1400

www.kirkland.com

Facsimile:
+1 415 439 1500

August 31, 2023

**VIA FEDEX**

MDL Filing Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

    Re: Certificates of Understanding – *In Re: FTX Cryptocurrency Exchange Collapse Litigation*, 1:23-md-03076-KMM

Dear Sir or Madam:

  In accordance with the Paperless Order (Dkt. 55) and Clerk's Notice (Dkt. 57) filed in *In Re: FTX Cryptocurrency Exchange Collapse Litigation*, 1:23-md-03076-KMM, enclosed please find executed Certificates of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of myself and my colleagues Mark McKane and Anna Terteryan. We are representing Defendant Thoma Bravo, LP in this matter.

            Sincerely,

            */s/ Stephen M. Silva*
            Stephen M. Silva

ORIGIN ID:APCA (415) 439-4381
STEPHEN SILVA
KIRKLAND AND ELLIS LLP
KIRKLAND AND ELLIS LLP
555 CALIFORNIA STREET, SUITE 2700
SAN FRANCISCO, CA 94104
UNITED STATES US

SHIP DATE: 30AUG23
ACTWGT: 1.00 LB
CAD: 170464/INET4640

BILL SENDER

TO **MDL FILING CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**400 NORTH MIAMI AVENUE**
**MIAMI FL 33128**
(415) 439-4381 REF: 36774-760
INV:
PO: 47189 DEPT:

583J5/7584/9AE3

FedEx Express

E

J233123073101uv

**THU - 31 AUG 5:00P**
**STANDARD OVERNIGHT**

TRK# 0201 **7732 5758 0732**

**33128**
**MIA**

**XG MPBA**

FL-US

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

