# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
No. 1:23-md-3076-KMM

*In re*

*FTX Cryptocurrency Exchange Collapse Litigation*

_____

This Document Relates to the Administrative Class Action Complaint and Demand for Jury Trial as to the Bank Defendants (ECF No. 155)

**[PROPOSED] ORDER GRANTING DEFENDANTS DELTEC BANK AND TRUST COMPANY LIMITED, JEAN CHALOPIN, AND FARMINGTON STATE BANK'S UNOPPOSED MOTION FOR LEAVE TO FILE TWO INDEPENDENT MOTIONS TO DISMISS**

THIS CAUSE came before this court on the joint motion of Defendants Deltec Bank and Trust Company Limited ("Deltec"), Jean Chalopin, and Farmington State Bank ("Farmington") for leave to file two sets of motions to dismiss and accompanying memoranda of law (the "Motion"). This Court, having considered the Motion and all other relevant factors, hereby ORDERS AND ADJUDGES that:

   I.  Defendants Deltec and Mr. Chalopin shall jointly file a motion to dismiss the Administrative Class Action Complaint and Demand for Jury Trial as to the Bank Defendants (ECF No. 155) (the "Class Action Complaint"). The memorandum of law accompanying the motion to dismiss shall be no more than 25 pages in length.

   II. Plaintiffs shall file a response to Defendants Deltec and Mr. Chalopin's motion to dismiss that is no more than 25 pages in length.

III. Defendants Deltec and Mr. Chalopin shall file a reply in further support of their motion to dismiss that is no more than 15 pages in length.

IV. Defendant Farmington shall file a motion to dismiss the Class Action Complaint. The memorandum of law accompanying the motion to dismiss shall be no more than 25 pages in length.

V. Plaintiffs shall file a response to Defendant Farmington's motion to dismiss that is no more than 25 pages in length.

VI. Defendant Farmington shall file a reply in further support of their motion to dismiss that is no more than 15 pages in length.

VII. The Court authorizes the following briefing schedule for motions to dismiss the Class Action Complaint filed by Defendants Deltec and Mr. Chalopin, and Farmington, subject to the aforementioned requirements set forth in this Order:

   a. Defendants Deltec, Mr. Chalopin, and Farmington shall file their motions to dismiss the Class Action Complaint by September 22, 2023.

   b. Plaintiffs shall file their responses to the motions to dismiss by November 6, 2023.

   c. Defendants Deltec, Mr. Chalopin, and Farmington shall file their replies in further support of their motions to dismiss by December 6, 2023.

DONE AND ORDERED in Chambers at Miami, Florida on _____, 2023.

_____
United States District Judge Michael K. Moore

Copies furnished to: All Counsel of Record