UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
Case No. 1:23-md-03076-KMM

In RE:

FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

*Garrison et al. v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM;
*Garrison et al. v. Golden State Warriors, LLC et al.*, No. 23-cv-23084
*Garrison et al. v. Ohtani et al.*, No. 23-cv-23064

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Blake Shinoda, of Gibson, Dunn & Crutcher LLP, admitted to the Bar of California and admitted to practice in the United States District Court for the Central District of California, appears as counsel for Defendants Golden State Warriors, LLC and Naomi Osaka, and requests that copies of all motions, notices, and other pleadings hereafter filed or served in this case be furnished to the undersigned.

Dated: September 12, 2023

Respectfully submitted,

By:  */s/ Blake Shinoda*
Blake Shinoda
CA Bar: 300455
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7834
Email: BShinoda@gibsondunn.com

*Attorney for Defendants Golden State Warriors, LLC and Naomi Osaka*