UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Lead Case No. 1:23-md-03076-KMM
Associated Case No. 1:23-cv-21023

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates To:

GARRISON v. PAFFRATH, ET AL.
Case No. 23-cv-21023

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly P. Stein, Esq. of the law firm Flangas Law Group, is appearing *pro hac vice* in this matter as counsel for Defendants GRAHAM STEPHAN, ANDREI JIKH, and JEREMY LEFEBVRE, and requests that all papers served in this case be delivered to and served to the following e-mail address: kps@fdlawlv.com. A Certificate of Understanding Regarding Electronic Filing has been previously filed in this matter (ECF No. 146).

Dated this 14th day of September, 2023.

        **FLANGAS LAW GROUP**
        */s/ Kimberly P. Stein*
        KIMBERLY P. STEIN, ESQ.
        Nevada Bar No. 8675
        E-mail: kps@fdlawlv.com
        3275 South Jones Blvd., Suite 105
        Las Vegas, Nevada 89146
        *Attorneys for Defendants*

.

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on September 14, 2023, I electronically filed the above and foregoing document entitled **NOTICE OF APPEARANCE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

      /s/Andi Hughes
      An employee of Flangas Law Group