# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

### [PROPOSED] ORDER REGARDING CO-LEAD COUNSEL'S STATUS REPORT IN COMPLIANCE WITH SEPTEMBER 6th ORDER

This CAUSE came before the Court on the Status Report in Compliance with September 6th Order (ECF No. _____) ("Status Report"), filed by Co-Lead Counsel for Plaintiffs and the putative Class ("Co-Lead Counsel").

The Court has reviewed the Status Report and hereby **ORDERS AND ADJUDGES** as follows:

a. On January 5, 2024, if other FTX Defendants have settled, Co-Lead Counsel shall submit a Status Report with a proposed schedule for filing of a Motion for Preliminary Approval which will include the pending Settlements with FTX Defendants Lawrence, Paffrath and Nash.

b. If no other FTX Defendant has settled by January 5, 2024, Co-Lead Counsel shall move for preliminary approval of the pending Settlements with FTX Defendants Lawrence, Paffrath and Nash, on or before January 5, 2024.

DONE AND ORDERED in Miami, Florida this _____ day of September, 2023.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record