UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MD-03076-KMM

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

_____

THIS DOCUMENT RELATES TO:

The Multinational VC Defendants
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Adam M. Foslid, of the law firm of Winston & Strawn LLP, hereby files his appearance in the above-styled case as counsel on behalf of Defendants SoftBank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited, and requests that he be served with copies of all notices, pleadings, orders and other documents filed in these proceedings at the address listed below.

Dated:   September 19, 2023

Respectfully submitted,

/s/ Adam M. Foslid
Adam M. Foslid
Florida Bar No. 682284
afoslid@winston.com
**WINSTON & STRAWN LLP**
Southeast Financial Center – Suite 2400
200 South Biscayne Boulevard
Miami, FL 33131-2399
Telephone:   305.910.0646
Facsimile:   305.910.0505

*Counsel for Defendants SoftBank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Adam M. Foslid*
Adam M. Foslid