UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-MD-3076-MOORE

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Eric D. Lawson, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of New York and Massachusetts and am also admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Second Circuit and Fifth Circuit, and the United States District Court for the District of Colorado, the District of Massachusetts, the Eastern District of Michigan, and the Eastern and Southern Districts of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Eric D. Lawson
NY Bar No.: 5576434
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 336-4067
Email: ELawson@mofo.com

Attorney Signature: _/s/ Eric Lawson_   Date: September 18, 2023