UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Ryan M. Keats, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the States of California and New York and am also admitted to practice in the United States Courts of Appeals for the Ninth Circuit and the District of Columbia as well as the United States District Courts for the Northern District of California and Eastern District of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Ryan M. Keats
CA Bar No.: 296463; NY Bar No.: 5036769
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7064
Email: RKeats@mofo.com

Attorney Signature: _____   Date: September 18, 2023