**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-MD-3076-MOORE/Otazo-Reyes

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**This Document Relates to All Actions**

**DEFENDANT ARMANINO LLP'S NOTICE OF JOINING IN**
**THE RELIEF REQUESTED BY THE MOTIONS TO STAY**

      Defendant Armanino LLP gives notice that it joins in the relief requested by Defendant Prager Metis CPAs, LLC's Motion to Extend the Court's Stay of Discovery [ECF No. 253] ("Motion").  Armanino joins in the Motion's requested relief for the reasons set forth in the Motion.  Moreover, for the avoidance of doubt, Armanino also gives notice that it consents to the discovery stay requested in the Government's Application to Intervene and Motion to Stay [ECF No. 247].

Dated: September 19, 2023

Respectfully submitted,

By:     s/ Tom K. Schulte
      Samuel A. Danon (FBN 892671)
      Jamie Z. Isani (FBN 728861)
      Tom K. Schulte (FBN 1025692)
      Hunton Andrews Kurth LLP
      333 S.E. 2nd Avenue, Suite 2400
      Miami, FL 33131
      Tel: (305) 810-2500
      Fax: (305) 810-2460
      sdanon@HuntonAK.com
      jisani@HuntonAK.com
      tschulte@HuntonAK.com

      Matthew P. Bosher
      Hunton Andrews Kurth LLP
      2200 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 955-1500
      mbosher@HuntonAK.com

      Thomas R. Waskom
      Michael J. Bisceglia
      Elizabeth K. Brightwell
      Hunton Andrews Kurth LLP
      951 E. Byrd Street
      Richmond, VA 23219
      Tel: (804) 788-8200
      twaskom@HuntonAK.com
      mbisceglia@HuntonAK.com
      ebrightwell@HuntonAK.com

      *Attorneys for Defendant Armanino LLP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 19, 2023, I filed a true and correct copy with the Clerk of Court via CM/ECF, which will send notice of the same to all counsel and parties of record.

*/s/ Tom K. Schulte*
Tom K. Schulte

*Attorney for Defendant Armanino LLP*