**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

Civil Action No. 1:23-md-03076-KMM

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Douglas R. Hirsch of SADIS & GOLDBERG LLP, admitted to the Bar of New York and admitted to practice in the United States District Court for the Eastern and Southern Districts of New York, hereby enters his appearance as counsel of record for Defendant SkyBridge Capital II, LLC and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: September 20, 2023
      New York, New York

                                            SADIS & GOLDBERG LLP

                                            /s/ Douglas R. Hirsch
                                            Douglas R. Hirsch
                                            551 Fifth Avenue, 21st Floor
                                            New York, NY 10176
                                            P: (212) 573-6670
                                            F: (212) 847-3796
                                            dhirsch@sadis.com
                                            New York Bar No: 2401024

                                        *Attorneys for Defendant SkyBridge Capital II, LLC*