UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

Civil Action No. 1:23-md-03076-KMM

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Frank S. Restagno of SADIS & GOLDBERG LLP, admitted to the Bar of New York and admitted to practice in the United States District Court for the Eastern and Southern Districts of New York, hereby enters his appearance as counsel of record for Defendant SkyBridge Capital II, LLC and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: September 20, 2023
       New York, New York

                                         SADIS & GOLDBERG LLP

                                         /s/ Frank S. Restagno
                                         Frank S. Restagno
                                         551 Fifth Avenue, 21st Floor
                                         New York, NY 10176
                                         P: (212) 573-8145
                                         F: (212) 847-3796
                                         frestagno@sadis.com
                                         New York Bar No: 5320353

                                *Attorneys for Defendant SkyBridge Capital II, LLC*