## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

Case No. 1:23-md-03076-KMM

MDL No. 3076

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that that the undersigned attorney hereby appears as counsel for Defendant Sino Global Capital Holdings, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: Sept. 20, 2023
New York, New York

MORRISON COHEN LLP

 */s/ Melissa Madrigal*
Melissa Madrigal
909 Third Avenue
New York, New York 10022
Tel:    (212) 735-8727
Fax:   (917) 522-9927
mmadrigal@morrisoncohen.com

*Attorney for Defendant Sino Global Capital Holdings, LLC*