# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| EDWIN GARRISON, *et al*. )<br>)<br>     Plaintiffs, )<br>v. )<br>)<br>KEVIN PAFFRATH, *et al*. )<br>)<br>     Defendants. )<br>)<br>_____ ) | Civil Action No.: 1:23-cv-21023-CMA |

**DECLARATION OF ARZU MALIK**

I, Arzu Malik, hereby declare under penalty of perjury:

1. I am over the age of 18 and understand my obligation to tell the truth in this Declaration.

2. This Declaration is based upon my personal knowledge.

3. I reside at 40 Waterside Plaza, Apartment 11D, New York, New York 10010 ("Apartment").

4. Erika Kullberg does not live with me at this address and never has lived with me at this address.

5. Erika Kullberg does not and has not ever owned or leased this Apartment.

6. On or about April 6, 2023, I was alone in the Apartment when, shortly after dinnertime, I heard a loud, aggressive banging on the door to the Apartment.

7. I thought this was odd because the apartment building has a doorman and usually the doorman calls the Apartment to notify me of anyone entering the building to visit my Apartment, even food deliveries, but the doorman did not call the Apartment.

8. Because this was unusual, I was concerned and did not answer the door. I called the doorman and was told that an individual told the doorman he was there to serve legal papers but the person serving the papers had not told the doorman to which apartment he was going.

9. I believe the doorman was Carlos as I recognized his voice. There is no doorman named Jerry that works in my apartment building.

10. The man who was banging at the door departed after a few minutes, and left papers taped to the front door of the Apartment.

11. The following is a true and accurate picture of how the man left the papers:

#11714842 v2



12. I was not authorized by Erika Kullberg to accept these papers and did not speak to Ms. Kullberg on the day that this occurred.

I declare under penalty of perjury that the foregoing in true and correct.

Dated: May 25, 2023
New York, New York

_____
Arzu Malik

3

#11714842 v2