# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE:<br><br>**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**<br><br>This Document Relates to the Administrative Class Action Complaint and Demand for Jury Trial as to the FTX Insider Defendants (ECF No. 178) | Civil Action No. 1:23-md-3076-KMM |

**DECLARATION OF JEREMY D. MISHKIN IN SUPPORT OF DEFENDANT BANKMAN-FRIED'S MOTION TO DISMISS ADMINISTRATIVE CLASS ACTION COMPLAINT**

I, JEREMY D. MISHKIN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court and am a member of the firm Montgomery McCracken Walker & Rhoads LLP, attorneys for Samuel Bankman-Fried ("Mr. Bankman-Fried"). I submit this declaration to place before the Court certain documents and information referenced in Mr. Bankman-Fried's Motion to Dismiss the Amended Complaint.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the FTX US User Agreement obtained from a download of FTX.us as of May 16, 2022, captured by archive.web.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the January 6, 2023 internet search results for "how to register an FTX US account tos."

-2-

      4.      Annexed hereto as Exhibit 3 is a true and correct copy of the FTX Trading User Agreement.

By:    /s/ *Jeremy D. Mishkin*
            Jeremy D. Mishkin