# EXHIBIT 2

Google

how to register for an ftx us account tos

Sign in

All Videos Books News Images More Tools

About 24,100,000 results (0.49 seconds)

https://files.alpaca.markets › disclosures › library PDF

FTX.US TOS - May 2020 - Alpaca Markets

May 20, 2020 — You must **register** for a **FTX.US account** to use the **FTX.US** Services (a. "**FTX.US Account**"). By using a **FTX.US Account** you agree and represent that ...
18 pages

## People also ask

How do I register for FTX US?

**Step 1: Create your account**

1. Start by visiting www.ftx.us.
2. Click on "Create Account" located in the top right corner of the website.
3. Enter your email address and a secure password.
4. Agree with our Terms of Service.
5. Click on "Create Account"

https://help.ftx.us › en-us › articles › 360043579413-Ope...

Open an Individual Account - FTX.US

Search for: How do I register for FTX US?

Why can't you use FTX in the US?

FTX and FTX.US have frozen withdrawals and filed for Chapter 11 bankruptcy. FTX is under scrutiny from the Securities and Exchange Commission, or SEC, and Commodity Futures Trading Commission for its handling of client funds, Reuters reported. 2 days ago

https://www.nerdwallet.com › article › investing › ftx-crash

FTX Crash: Timeline, Fallout and What Investors Should Know - NerdWallet

Search for: Why can't you use FTX in the US?

Can US customers use FTX?

Is FTX us the same as FTX com?

How long does it take FTX us to verify?

What do I need to verify FTX US Pro?

Why is FTX US pro rejecting my bank?

How do I use my FTX as a US citizen?

What is the difference between FTX US and FTX US Pro?

Feedback

https://www.youtube.com › watch

How to Sign up for FTX US Crypto Exchange - YouTube



**Signup** for Crypto.com using our referral Code: https://**ftx.us**/home/#a=15736993In this video, we are going to...

YouTube · Tech Talk · Dec 4, 2021

10 key moments in this video

Missing: ~~tos~~ | Must include: tos

https://www.axios.com › Economy & Business

FTX's terms-of-service forbid trading with customer funds - Axios

Nov 13, 2022 — The alleged crypto transfers from **FTX** to Alameda Research were explicitly forbidden under the cryptocurrency's exchange's **terms of service**.

https://help.ftx.com › en-us › articles › 728223128283...

How to participate in the CRIPCO Sale - FTX Exchange

Jun 26, 2022 — **Register** your **FTX account** and submit KYC level 2. · There is no guarantee of your right to participate in the Sale or to receive any allocation.

https://help.ftx.com › en-us › articles › 441446042101...

How to participate in the PsyOptions Sale - FTX Exchange

Feb 22, 2022 — **Register** your **FTX account** and submit KYC level 2. · There is no guarantee of your right to participate in the Sale or to receive any allocation.

https://www.finder.com › Cryptocurrency › Exchanges

FTX US review 2023 | Features, fees & more - Finder.com

Nov 21, 2022 — Crypto held on **FTX US** is not insured. Under the **terms of service**, you must agree that assets in your **FTX account** are not covered by the Federal ...

Rating: 3 · Review by Micah Carnahan

https://www.coindesk.com › policy › 2022/11/10 › ftx-vi...

FTX Violated Its Own Terms of Service and Misused User ...

Nov 9, 2022 — Although the crypto exchange's **terms of service** prevented it from using customer assets, lawyers suggest **FTX's** swift downfall indicates the ...

https://news.bloomberglaw.com › us-law-week › how-t...

How the Bankruptcy Code Impacts User Access to FTX Assets

Nov 22, 2022 — So what does this really mean for **FTX** customers? **FTX**.com's **terms of service** provide that “you control the digital assets held in your **account**,” ...

https://www.businessinsider.com › ... › Investing

FTX.US review: Trade cryptocurrencies, NFTs, and more

**Account** Minimum. $0 ; Fees. Crypto transactions: 0.00-0.10% maker fees, 0.05-0.40% taker fees; NFTs: $1 to mint/create, 2% to buy or sell ; Investment Types.

Customer service: 3.50    Access: 4.05

Fees: 3.75

Rating: 3.2 · Review by Rickie Houston, CEPF

https://mint.intuit.com › en-us › L2WxecId9_US_en_US

How do I add my FTX US account in Mint? - Intuit

May 18, 2022 — Go here to **sign in** to your **FTX US account** · Select API from the left menu · Select CREATE API KEY · Copy or write down your API key and your API ...

Missing: ~~tos~~ | Must include: tos

https://www.cryptovantage.com › best-crypto-exchanges

FTX vs. FTX.us | Can You Use FTX in the USA?

FTX was incubated by Alameda Research. FTX supports spot trading, NFTs, staking, quarterly and perpetual futures of all major cryptocurrencies, leveraged tokens...

https://blockduo.com › ftx-usa

Can You Use The FTX Exchange In The USA? (+ Best VPN)

FTX does not accept US customers due to the strict financial laws in place in the USA. This is true with most cryptocurrency derivatives exchanges. On the other...

https://support.ledgerx.com › en-us › articles › 56360852...

FAQ: FTX US Account Integration

## People also ask

Is FTX crypto available in US?

Is FTX in the US?

Feedback

## Related searches

how to register ftx account

ftx **customer service**

**coinbase**

https://play.google.com › store › apps › details › gl=US

FTX.US Pro: Trade Crypto - Apps on Google Play

Trade crypto, stocks, and ETFs all in one app with **FTX.US** Pro! Pay up to 85% lower trade fees compared to industry competitors. **FTX.US** PRO FEATURES

Rating: 4 · 2,925 votes · Free · Android · Finance

https://financialservices.house.gov › uploadedfiles PDF

Memorandum - House Committee on Financial Services

Dec 8, 2022 — may have also engaged with the non-**US FTX** exchange using virtual private ... **US** was **registered** as a Money Services Business (MSB) with the ...

5 pages

https://www.forbes.com › sites › 2022/12/02 › bankma...

Bankman-Fried's Complex Explanation Points To Comingled ...

Dec 2, 2022 — But there are many pieces of the **terms of service** concerning other ... When he couldn't **get a** bank **account** opened for **FTX** in the early days ...

https://taxbit.com › blog › ftx-filed-for-bankruptcy-no...

FTX Filed for Bankruptcy . . . Now What? - TaxBit

Nov 12, 2022 — Per the **Terms of Service**, those deposits are all held in an omnibus **account** with a **US** bank and are FDIC-insured. No advice or information, ...

https://www.nasdaq.com › articles › ftx-violated-its-ow...

FTX Violated Its Own Terms of Service and Misused User ...

Nov 10, 2022 — Sam Bankman-Fried's embattled cryptocurrency exchange **FTX** may have misused customer funds in violation of its own **terms of service**, ...

https://www.cnbc.com › 2022/11/10 › ftxs-us-website-s...

FTX's U.S. website says trading 'may be halted' in a few days

Nov 10, 2022 — **FTX U.S.**, a very small unit of **FTX**, says that it is a **U.S.**-regulated exchange. Sam Bankman-Fried's **FTX** crypto exchange has spent the week ...

https://news.bloombergtax.com › crypto › ftx-us-legal-...

FTX US Legal Chief Tells Staff He's Working to Preserve ...

Nov 11, 2022 — **FTX US** general counsel Ryne Miller said in an internal memo he's working with advisers to preserve "whatever is preservable" of the crypto ...

https://www.btcc.com › blog › how-to-transfer-crypto-f...

How to transfer crypto from FTX.US to BTCC | The BTCC Blog

Go to the BTCC app, tap Deposit on the home page. ... Select the cryptocurrency and its network that you plan to deposit into your BTCC **account**. USDT-TRC20 will ...

https://www.sec.gov › news › press-release

SEC Charges Samuel Bankman-Fried with Defrauding ...

Dec 13, 2022 — Defendant concealed his diversion of **FTX** customers' funds to crypto trading ... $1.1 billion from approximately 90 **U.S.**-based investors.

https://www.nerdwallet.com › Investing

FTX and BlockFi Bankruptcies: What Happens to Your Crypto?

Dec 19, 2022 — The banner remains, yet there is no readily accessible **login** page. The status of withdrawals on **FTX's U.S.** app remains unclear.

https://www.marketwatch.com › Personal Finance

FTX filed for bankruptcy. Here's what account holders need to ...

Nov 11, 2022 — "**FTX's terms of service** provide that customer deposits are to remain property ... There are different chapters of the **U.S.** bankruptcy code.

https://www.cftc.gov › media › download PDF

Complaint: FTX Trading, et al

Dec 21, 2022 — Alameda has never been **registered** with the Commission in any capacity. Alameda is currently in Chapter 11 bankruptcy proceedings in the **U.S.** ...

https://www.theverge.com › ftx-money-isnt-insured-fdi...

FTX's money isn't insured, FDIC says - The Verge

Aug 20, 2022 — The FDIC has issued a cease-and-desist order to **FTX**, accusing the ... which states "direct deposits from employers to **FTX US** are stored in ...

https://www.politico.com › newsletters › 2022/12/01

DC's FTX takeaway? Don't change much - POLITICO

Dec 1, 2022 — By **signing up** you agree to allow POLITICO to collect your user information ... For **U.S.** regulators, one major unknown relates to the **FTX US** ...

https://time.com › Business › Cryptocurrency

Why FTX Account Holders Are Unlikely To Get Their Money ...

Nov 25, 2022 — The latest blow to **FTX account** holders came on Tuesday at a bankruptcy hearing in **U.S.** federal court, when lawyers for **FTX** painted a grim ...

Missing: ~~tos~~ | Must include: tos

https://finbold.com › Reviews

FTX US Review [2023] | Pros & Cons | Buy, Sell Bitcoin - Finbold

Jan 10, 2022 — In this **FTX US** review, we give an in-depth assessment of the crypto ... least $100,000 in their **FTX US account** when **applying** for qualifying.

https://www.theblock.co › post › ftx-us-launching-zero-co...

FTX US launching zero-commission stock trading - The Block

May 19, 2022 — The move by **FTX US** — which is part of the Sam Bankman-Fried empire ... By **signing-up** you agree to our **Terms of Service** and Privacy Policy.

https://learn.bybit.com › crypto › what-is-ftt

FTX Token (FTT): What It Is & Why You Should Care

Nov 9, 2022 — To entice new users, the exchange has made the **registration** process easy. Anyone can **register** for an **account**, using their personal email address ...

https://www.bloomberg.com › news › articles › ftx-us-s...

FTX's US Crypto Exchange Says Trading May Be Halted in a ...

Nov 10, 2022 — **FTX US**, the **American** entity of Sam Bankman-Fried's crypto exchange, said trading may be halted on **FTX US** in a few days.

https://papermoney.thinkorswim.com

## Register for paperMoney - Thinkorswim

Note: If you have a TD Ameritrade **account**, you're already **registered** for ... TD Ameritrade. Email **Us** support@**thinkorswim**.com. Call **Us** 866 839 1100.

Missing: ~~ftx~~ | Must include: ftx

More results