IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC,*
Case No. 23-cv-21023

_____/

### 'DECLARATION OF JEREMY LEFEBVRE IN SUPPORT OF YOUTUBER' DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)

I, Jeremy Lefebvre, hereby declare the following is true and correct to the best of my knowledge:

1. I am making this declaration based on my personal knowledge of the facts and matters of this action.

2. I am submitting this Declaration in Support of the YouTuber Defendants' Motion to Dismiss Pursuant to 12(b)(2).

3. At all relevant times hereto, I have been a citizen of the State of Nevada and have resided in Las Vegas, Nevada.

4. I have never lived in Florida.

5. I do not operate any business in Florida nor have I ever.

6. I operate a YouTube Channel, but I do not sell any products or services related to this channel.

7. Specifically, I do not and have never sold cryptocurrency or related products through any platform.

8. I am also the managing member of JLBRANDSPRODUCTION, LLC, a Nevada limited liability company through which I do business and operate a website under https://financialeducationjeremy.com and utilize the names: Financial fortress and Financial Education Team. This entity provides education services only and is not directed to any specific state.

9. Through this entity, I have never engaged in investment advisory business nor I have never held myself out as an investment advisor.

10. I have never given advice about specific securities to clients nor does this entity, which also does not provide tailored market timing advice to specific clients.

11. I have never given a specific list of recommended specific investment advisors for any person, nor have I received any money from a registered investment advisor for recommending them.

12. Again, I have never provided specific advice about investing in securities versus other types of investments, including never regarding crytocurrency.

I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated this 18 day of September, 2023

Jeremy Lefebvre