IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC*, Case No. 23-cv-21023

_____/

### 'DECLARATION OF JASPREET SINGH IN SUPPORT OF YOUTUBER DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)

I, Jaspreet Singh, hereby declare the following is true and correct to the best of my knowledge:

1. I am making this declaration based on my personal knowledge of the facts and matters of this action.

2. I am submitting this Declaration in Support of the YouTuber Defendants' Motion to Dismiss Pursuant to 12(b)(2).

3. At all relevant times hereto, I have been a citizen of the State of Michigan and have resided in Detroit, Michigan.

4. I have never lived in Florida.

5. I do not operate any business in Florida nor have I ever.

6. I operate a YouTube Channel, but I do not sell any products or services related to securities or financial instruments.

7. Specifically, I do not and have never sold cryptocurrency or related products through any platform.

SUBJECT TO JOINT DEFENSE PRIVILEGE
COMMON INTEREST PRIVILEGE
DRAFT

I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated this 21st day of September, 2023

_____
JASPREET SINGH