IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC*, Case No. 23-cv-21023

_____/

### DECLARATION OF BRIAN JUNG IN SUPPORT OF YOUTUBER DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)

I, Brian Jung, hereby declare the following is true and correct to the best of my knowledge:

1. I am making this declaration based on my personal knowledge of the facts and matters of this action.

2. I am submitting this Declaration in Support of the YouTuber Defendants' Motion to Dismiss Pursuant to 12(b)(2).

3. At all relevant times hereto, I am a citizen of the State of Maryland.

4. At all relevant times hereto, I am not a citizen of the State of Florida and have never resided in Florida.

5. I do not operate any business in Florida, nor have I ever.

6. I do not own any property in Florida.

7. I operate a YouTube Channel, but I do not sell any products or services related to this channel.

8. The YouTube Channel is not targeted at Florida residents.

- 2 -

9. I have never filmed content for the YouTube Channel in Florida.

10. Specifically, I do not and have never sold cryptocurrency or related products through any platform.

I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated this 20 day of September, 2023

*Brian Jung*    9/20/2023
_____
BRIAN JUNG