**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC*,
Case No. 23-cv-21023

_____/

**DECLARATION OF ERIKA KULLBERG IN SUPPORT OF "YOUTUBER" DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)**

I, Erika Kullberg, hereby declare the following is true and correct to the best of my knowledge:

1. I am making this declaration based on my personal knowledge of the facts and matters of this action.

2. I am submitting this Declaration in Support of the "YouTuber" Defendants' Motion to Dismiss Pursuant to 12(b)(2).

3. At all relevant times hereto, I am not a resident of the State of Florida and have never principally resided in Florida.

4. I do not operate any business in Florida, nor have I ever.

5. I do not own any property in Florida. In fact, I have never owned any real estate property in the United States.

6. I do not reside in the United States of America and have not resided in the United States since 2016.

-1-

-2-

I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated this 20th day of September, 2023

*Erika Kullberg*
ERIKA KULLBERG