**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung,
Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC*,
Case No. 23-cv-21023

_____ /


**DECLARATION OF CREATORS AGENCY LLC IN SUPPORT OF "YOUTUBER"
DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)**

I, Erika Kullberg, hereby declare the following is true and correct to the best of my

knowledge:

1.      I am making this declaration as a representative of Creators Agency LLC ("Creators

Agency").

2.      I am submitting this Declaration in Support of the "YouTuber" Defendants' Motion

to Dismiss Pursuant to 12(b)(2).

3.      Creators Agency is a Wyoming limited liability company.

4.      Creators Agency is not registered as a business entity in the State of Florida.

5.      Creators Agency does not operate any offices in the State of Florida.

6.      Creators Agency has never executed or negotiated any contracts from the State of

Florida.

7.      Creators Agency is a talent firm and does not market or promote any product or

service, including but not limited to those offered by any FTX entities.

8.      Rather, Creators Agency assists its clients in connection with sponsorship opportunities from third parties.

I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.


Dated this 20th day of September, 2023

*Erika Kullberg*

ERIKA KULLBERG, ON BEHALF OF
CREATORS AGENCY LLC