**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |
| This Document Relates To:<br><br>*Garrison, et al. v. Bankman-Fried, et al.*, Case No. 22-cv-23753-KMM<br><br>*Garrison v. Shohei Ohtani, et al.*, Case No. 23-cv-23064-KMM | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO LARRY DAVID'S DECLARATION IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Before the Court is Defendant Lawrence David's motion for leave to file under seal an exhibit to his Declaration filed as an attachment to Defendants Golden State Warriors, LLC, Larry David, Stephen Curry, Shohei Ohtani, and Naomi Osaka's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion," ECF No. \_\_\_). Having considered the record and law, and being otherwise fully advised, the Motion is **GRANTED**. Mr. David may file under seal the exhibit to his Declaration.

**DONE AND ORDERED**, in Chambers, at Miami, Florida on September \_\_\_, 2023.

K. Michael Moore
United States District Judge