UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> GARRISON V. BANKMAN-FRIED <br> No. 22-cv-23753-MOORE/OTAZO-REYES | |

## DECLARATION OF EDWARD SOTO

I, Edward Soto, submit this declaration pursuant to 28 U.S.C. 1746 and declare as follows:

1. I am a partner at the law firm Weil, Gotshal & Manges LLP and am counsel to defendant Shohei Ohtani in this action. I submit this Declaration in support of Defendant Shohei Ohtani's Supplemental Memorandum of Law in Support of Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Original and Translated Declaration of Shohei Ohtani in Support of Motion to Dismiss, dated April 11, 2023, filed in *Garrison v. Bankman-Fried*, 22-cv-23753-MOORE/LOUIS (S.D. Fla. Apr. 14, 2023) at ECF 139-3.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  September 21, 2023          */s/ Edward Soto*
              Miami, Florida                    Edward Soto, Esq.