**Wells, Molly**

<span style="color:red">**Ex. A to Wells Decl.**</span>

| | |
|---|---|
| **From:** | Foslid, Adam M. <AFoslid@winston.com> |
| **Sent:** | Wednesday, July 12, 2023 1:29 PM |
| **To:** | Miller, Kerry |
| **Cc:** | Timothy Kolaya; Paschal, Hogan; Swanson, James R. |
| **Subject:** | Re: O'Keefe |

Kerry,

Thanks for the message.

The only entity that has been served is SoftBank Vision Fund (AIV M2) L.P.  As I have discussed with Tim, that entity is not a proper party to this case.

We understand that plaintiffs intend to amend their complaint to substitute SVF II Tempest (DE) LLC.  For purposes of this action, Tempest does not contest personal jurisdiction in Florida.

As far as I am aware, Softbank Group Corp. has not been served. That entity does not consent to jurisdiction in Florida.

Please let me know if you need any additional information.

Thanks,

Adam

**Adam M. Foslid**
**Partner**
Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
D: +1 305-910-0646
M: +1 305-934-4588
F: +1 305-910-0505
<span style="color:red">Bio</span> | <span style="color:red">VCard</span> | <span style="color:red">Email</span> | <span style="color:blue">winston.com</span>

**From:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Sent:** Wednesday, July 12, 2023 11:29:05 AM
**To:** Foslid, Adam M. <AFoslid@winston.com>
**Cc:** Timothy Kolaya <tkolaya@sknlaw.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Swanson, James R. <jswanson@fishmanhaygood.com>
**Subject:** Re: O'Keefe


Adam - Hope you are doing well. I have a question for you - in all the back and forth between plaintiffs and defendants regarding personal jurisdiction in Florida, I haven't seen SoftBank object to PJ, so the working assumption is SoftBank doesn't contest personal jurisdiction in Florida. Can you confirm?  Thanks
Kerry
Sent from my iPhone

On Jun 12, 2023, at 4:32 PM, Foslid, Adam M. <AFoslid@winston.com> wrote:

Gents,

Here's a draft motion to transfer. I'm sending this with the caveat that some defendants will likely have a few additional comments and that I'm still waiting on sign-off from some other defendants. So, please take a run through and send it back with your revisions so I can let defendants take another pass through. Thanks.

**Adam M. Foslid**

**Partner**

Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
D: +1 305-910-0646
M: +1 305-934-4588
F: +1 305-910-0505
Bio | VCard | Email | winston.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.