**Wells, Molly**

<span style="color:red">**Ex. B to Wells Decl.**</span>

| | |
|---|---|
| **From:** | Paschal, Hogan |
| **Sent:** | Wednesday, August 23, 2023 12:35 PM |
| **To:** | Paschal, Hogan |
| **Subject:** | FW: O'Keefe Service |

**From:** Timothy Kolaya
**Sent:** Monday, March 13, 2023 6:47 PM
**To:** Robert.Houck@CliffordChance.com
**Cc:** Benjamin.Peacock@CliffordChance.com
**Subject:** RE: O'Keefe Service

Rob:

Sorry for the delay.  I started a jury trial today that I only found out was going forward on Friday (as the case in front of us resolved on Friday afternoon).  In any event, I will follow up with my co-counsel and we will get back to you ASAP.  I expect that, as soon as we confirm service was on the wrong registered agent, we will respond with our agreement to your request.

Regards,

Tim

**From:** Robert.Houck@CliffordChance.com <Robert.Houck@CliffordChance.com>
**Sent:** Monday, March 13, 2023 6:15 PM
**To:** Timothy Kolaya <tkolaya@sknlaw.com>
**Cc:** Benjamin.Peacock@CliffordChance.com
**Subject:** Re: O'Keefe Service

Hi Tim,

I'm just following up on the below.

Best regards,

Rob

Robert G. Houck
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10010
+1-212-878-3224

> On Mar 9, 2023, at 3:20 PM, Houck, Robert G. (Litigation-NY) <Robert.Houck@cliffordchance.com> wrote:

> Tim,

Further to our conversation yesterday, I write on behalf of our client Temasek Holdings (Private) Limited ("Temasek Singapore"), a defendant in *O'Keefe v. Sequoia Capital Operations, LLC, et al.*, No. 23-civ-20700 (JEM).  On March 3, 2023, you filed a Proof of Service purporting to serve Temasek Singapore at its registered agent CSC.  As I explained to you, CSC is not a registered agent for Temasek Singapore, but only a registered agent for Temasek International (USA) LLC.  I am authorized to accept service on behalf of Temasek Singapore under Rule 4(d)(3).  As a non-US defendant, the time for Temasek Singapore to answer, move or otherwise respond is 90 days.

I would be grateful if you would confirm the foregoing.

Best regards,

Rob

Robert G. Houck
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
+1-212-878-3224

*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.  If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard: +1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement.

This e-mail message is from Stumphauzer Kolaya Nadler & Sloman, PLLC, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.