**Ex. F to Wells Decl.**

| | |
|---|---|
| **From:** | Paschal, Hogan |
| **To:** | Cooney, Mallory M. |
| **Cc:** | Reichard, Benjamin D.; Amy Bowers; tkolaya@sknlaw.com; Miller, Kerry; Swanson, James R.; Wells, Molly; Moore, Desiree F. |
| **Subject:** | Re: Deltec \| Follow-up Call |
| **Date:** | Wednesday, July 19, 2023 12:18:14 PM |

Great. I will circulate an invite shortly.

> On Jul 19, 2023, at 12:16 PM, Cooney, Mallory M. <Mallory.Cooney@klgates.com> wrote:
>
> Thanks Hogan, that works.
>
> Sent from my iPhone
>
>> On Jul 19, 2023, at 11:55 AM, Paschal, Hogan <hpaschal@fishmanhaygood.com> wrote:
>>
>> Hi Mallory,
>>
>> Thank you for following up. Would 2:30 PM central time today work?
>>
>> Hogan Paschal
>> hpaschal@fishmanhaygood.com
>>
>> **Fishman**Haygood LLP
>> 201 St. Charles Avenue, 46th Floor
>> New Orleans, Louisiana   70170
>>
>> t: 504.586.5252  d:504.556.5507  f: 504.310.0270
>> fishmanhaygood.com
>>
>> This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.
>>
>> IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>>
>> **From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
>> **Sent:** Monday, July 17, 2023 2:46 PM
>> **To:** Reichard, Benjamin D. <breichard@fishmanhaygood.com>; 'Amy Bowers' <abowers@sknlaw.com>; 'tkolaya@sknlaw.com' <tkolaya@sknlaw.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Miller, Kerry

<kmiller@fishmanhaygood.com>; Swanson, James R. <jswanson@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Cc:** Moore, Desiree F. <Desiree.Moore@klgates.com>
**Subject:** Deltec | Follow-up Call

Good afternoon,

When we spoke last week, there was discussion of setting up a follow-up for early this week. Do you have any availability tomorrow?

Thank you,
Mallory

<~WRD3419.jpg>

**Mallory Cooney**
Associate
K&L Gates LLP
200 South Biscayne Boulevard
Suite 3900
Miami, Florida 33131
Phone: (305) 539-3342
Fax: (305) 358-7095
mallory.cooney@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.