# Wells, Molly

| | |
|---|---|
| **From:** | Paschal, Hogan <hpaschal@fishmanhaygood.com> |
| **Sent:** | Monday, September 11, 2023 9:39 AM |
| **To:** | Ehrlich, Andrew J; Kovalenko, Nina |
| **Cc:** | Karp, Brad S; Beer, Alex; Adam Fels; rlieff@lieff.com; jsaveri@saverilawfirm.com; SWilliams@saverilawfirm.com; cyoung@saverilawfirm.com; Louis Kessler; Swanson, James R.; Miller, Kerry; Reichard, Benjamin D.; Wells, Molly; O'Loughlin, Robert J |
| **Subject:** | RE: FTX/Temasek - O'Keefe Waiver |

Andrew,

We've considered your proposal. We do not agree that the manner in which we've filed the complaints is impermissible or otherwise improper for reasons we've expressed in earlier email correspondence. We cannot agree to dismissal of *O'Keefe* in Florida in exchange for Temasek's wavier of service in California. We believe that such dismissal would be contrary to our clients' interest. While we appreciate the offer, we cannot accept your proposal to waive some, but not all, of the FTX cases filed against Temasek. Therefore, we have no choice but to move the MDL Court for an order granting alternative service of Temasek. Based on our prior discussions, it is clear you would oppose this relief and we will note that in the motion. Happy to discuss further if your position changes. Thank you.

Hogan Paschal
hpaschal@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5507  f: 504.310.0270

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Ehrlich, Andrew J <aehrlich@paulweiss.com>
**Sent:** Tuesday, September 5, 2023 6:55 PM
**To:** Paschal, Hogan <hpaschal@fishmanhaygood.com>; Kovalenko, Nina <nkovalenko@paulweiss.com>
**Cc:** Karp, Brad S <bkarp@paulweiss.com>; Beer, Alex <abeer@paulweiss.com>; Adam Fels <afels@ffslawfirm.com>; rlieff@lieff.com; jsaveri@saverilawfirm.com; swilliams@saverilawfirm.com; cyoung@saverilawfirm.com; Louis Kessler <Lkessler@saverilawfirm.com>; Swanson, James R. <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>; O'Loughlin, Robert J <roloughlin@paulweiss.com>
**Subject:** RE: FTX/Temasek - O'Keefe Waiver

Hogan:

Thank you for your e-mail.  As you know, we represent Temasek Holdings (Private) Ltd. ("Temasek Singapore").   You are correct that predecessor counsel had stated in an email Temasek Singapore's intent to accept service, although until your recent email, you have not followed up since March 14, when you sent a waiver of service (made agreement on a deadline for a responsive pleading conditioned on execution of the waiver).   At that time, you were prosecuting a single case, O'Keefe v. Sequoia, et al., 23 Civ. 20700, filed in the S.D. Fla.

Ex. H to Wells Decl., p. 1

The circumstances are now quite different.  Subsequently, you filed, on behalf of the very same plaintiff, a putative class action in the Northern District of California, O'Keefe v. Sequoia, et al., 23 Civ. 3655 (N.D. Calif.).  As we have told you repeatedly, we do not think it is appropriate for Mr. O'Keefe to pursue exactly the same claims in two separate civil actions in two different districts.  If Mr. O'Keefe voluntarily dismisses his S.D. Fla. action, Temasek Singapore will execute a waiver of service of the complaint originally filed in California, despite no legal obligation to do so.  But we are not executing waivers on behalf of either complaint until Mr. O'Keefe chooses to proceed based on a single complaint; he cannot pursue both simultaneously and we will not consent to this improper procedure.

We note that as of now, neither complaint has been validly served on Temasek Singapore.  In that regard, as predecessor counsel advised your colleague Timothy Kolaya, both orally and in writing on March 9 of this year, CSC is not a registered agent for Temasek Holdings (Private) Ltd. and to the extent you attempted to effect service on the Singapore entity by serving CSC, we will contest it by Rule 12 motion when those are due next month.  So please advise soonest how you would like to proceed:  on Mr. O'Keefe's Florida complaint, Mr. O'Keefe's California complaint, or whether you would prefer to litigate service of both when we move to dismiss.

We are happy to set up a call to discuss if you think that would be productive.

Regards,
Andrew

**Andrew J. Ehrlich** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3166 (Direct Phone) | 917 405 7928 (Cell)
212 492 0166 (Direct Fax)
aehrlich@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Paschal, Hogan <hpaschal@fishmanhaygood.com>
**Sent:** Tuesday, September 5, 2023 3:46 PM
**To:** Ehrlich, Andrew J <aehrlich@paulweiss.com>; Kovalenko, Nina <nkovalenko@paulweiss.com>
**Cc:** Karp, Brad S <bkarp@paulweiss.com>; Beer, Alex <abeer@paulweiss.com>; Adam Fels <afels@ffslawfirm.com>; rlieff@lieff.com; jsaveri@saverilawfirm.com; swilliams@saverilawfirm.com; cyoung@saverilawfirm.com; Louis Kessler <Lkessler@saverilawfirm.com>; Swanson, James R. <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Subject:** FW: FTX/Temasek - O'Keefe Waiver

Andrew and Nina,

I'm following up on the below. I understand that the Foreign VCs, through counsel to Softbank, would like to reach a uniform briefing schedule on Rule 12 motions. Thus far, we have served Softbank Group Corp., Softbank Group US, SB Group US, and Sino Global Capital Holdings. To promote the efficiency that would be gained by such uniform schedule, would Temasek agree to waive service for the *O'Keefe* (N.D. Cal.), *Cabo* (N.D. Cal.), and *Chernyavsky* (S.D. Fla.) complaints, as it agreed to waive service for the *O'Keefe* (S.D. Fla.) complaint on March 9, 2023?

Either way, please kindly return the executed *O'Keefe* (S.D. Fla.) waiver at your earliest convenience. I've reattached that correspondence from March, as well as the unsigned waiver.

Many thanks,
Hogan

Hogan Paschal
hpaschal@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5507  f: 504.310.0270

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Paschal, Hogan
**Sent:** Wednesday, August 23, 2023 1:05 PM
**To:** Ehrlich, Andrew J <aehrlich@paulweiss.com>; Kovalenko, Nina <nkovalenko@paulweiss.com>
**Cc:** Karp, Brad S <bkarp@paulweiss.com>; Beer, Alex <abeer@paulweiss.com>; Adam Fels <afels@ffslawfirm.com>; rlieff@lieff.com; jsaveri@saverilawfirm.com; swilliams@saverilawfirm.com; cyoung@saverilawfirm.com; Louis Kessler <Lkessler@saverilawfirm.com>; Swanson, James R. <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Subject:** FTX/Temasek - O'Keefe Waiver

Andrew and Nina,

I'm following up on the attached correspondence. On March 9, 2023, counsel to Temasek Holdings Private (Limited) agreed to waive service of the *O'Keefe* complaint. I see now that the waiver is yet to be executed. Please sign and return the attached waiver at your convenience.

Many thanks,
Hogan

Hogan Paschal
hpaschal@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5507  f: 504.310.0270

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Ex. H to Wells Decl., p. 3

**Wells, Molly**

| | |
|---|---|
| **From:** | Buchwald, Lara Samet <lara.buchwald@davispolk.com> |
| **Sent:** | Thursday, September 14, 2023 8:00 AM |
| **To:** | Paschal, Hogan; Martins, Tatiana R.; Cooney, Mallory M.; Moore, Desiree F. |
| **Cc:** | Swanson, James R.; Miller, Kerry; Reichard, Benjamin D.; Wells, Molly |
| **Subject:** | RE: O'Keefe v. Sequoia et al. - Waiver of Service |

Hogan,

Our clients—Deltec Bank & Trust Company Limited and Jean Chalopin—have been served with the complaint originally filed in the Southern District of Florida, O'Keefe v. Sequoia Capital Operations, LLC, et al., No. 1:23-cv-27000, via the relevant authorities in The Bahamas.

They have not been served with the duplicative complaint that plaintiffs filed in the Eastern District of Washington. We have not been authorized to accept service of that complaint.

With respect to the motion to dismiss deadlines, we already worked through a stipulated proposed order with your colleagues at the Moskowitz Law Firm and Boies Schiller. That stipulated proposed order was filed last week and an associated order has been entered.

Regards,

Lara

**Lara Samet Buchwald**

**Davis Polk & Wardwell** LLP
+1 212 450 4351 office
+1 973 865 3293 mobile
lara.buchwald@davispolk.com

---

**From:** Paschal, Hogan <hpaschal@fishmanhaygood.com>
**Sent:** Wednesday, September 13, 2023 10:23 AM
**To:** Buchwald, Lara Samet <lara.buchwald@davispolk.com>; Martins, Tatiana R. <tatiana.martins@davispolk.com>; Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Moore, Desiree F. <Desiree.Moore@klgates.com>
**Cc:** Swanson, James R. <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Subject:** O'Keefe v. Sequoia et al. - Waiver of Service

Good morning,

I'm writing to request a waiver of service of the *O'Keefe* complaint against Deltec and Mr. Chalopin. We initiated service through the central authority for The Bahamas shortly after we filed the complaint in February but, as I'm sure you're aware, that process is lengthy, and I do not believe such service has yet been completed. In the interest of efficiency and uniform scheduling in the MDL, we thought we'd ask that your clients waive service, as the Court's Rule 12 deadlines are fast approaching.

Please let us know if your clients will agree to waive, and we will prepare the waivers. Otherwise, we will move the MDL court for an order granting service by alternative means. I will assume that if your clients do not waive service, they would oppose such motion.

Many thanks,
Hogan

Hogan Paschal
hpaschal@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana  70170

t: 504.586.5252 d:504.556.5507  f: 504.310.0270

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Wells, Molly**

| | |
|---|---|
| **From:** | Gottlieb, Jason <jgottlieb@morrisoncohen.com> |
| **Sent:** | Thursday, September 21, 2023 1:48 PM |
| **To:** | Wells, Molly; Madrigal, Melissa N.; Upadhyaya, Vani T.; Mix, Michael |
| **Cc:** | Paschal, Hogan |
| **Subject:** | RE: FTX MDL: Service of complaints |

Molly,

Our client does not waive service, and we would oppose any motion for alternative service.

Best,
Jason

**Jason P. Gottlieb**
*Partner & Chair, White Collar and Regulatory Enforcement*
T: 212.735.8837  |  F: 917.522.9937
jgottlieb@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Thursday, September 21, 2023 2:22 PM
**To:** Madrigal, Melissa N. <mmadrigal@morrisoncohen.com>; Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Upadhyaya, Vani T. <vupadhyaya@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Cc:** Paschal, Hogan <hpaschal@fishmanhaygood.com>
**Subject:** FTX MDL: Service of complaints

**CAUTION:** External sender. Verify before continuing.

Good afternoon, counsel,

I see that you all made an appearance today on behalf of Sino Global Capital Holdings, LLC in the FTX MDL (S.D. Fla. Case No. 23-md-03076). We were finalizing a motion for filing today requesting alternative means of service against Sino Global and certain other defendants when the CM/ECF notifications came through. Before filing, would you please confirm whether your client will waive service? If they will not, we will assume that they would oppose our motion for alternate service.

If I do not hear from you all by close of business today, I will assume both that your client will not waive service and that it opposes the motion. If you respond that you cannot provide an answer today and will do so at a later time, then I will note as much in our motion when we file it at close of business today.

Thank you.

Sincerely,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Ex. H to Wells Decl., p. 7

**Wells, Molly**

| | |
|---|---|
| **From:** | Foslid, Adam M. <AFoslid@winston.com> |
| **Sent:** | Thursday, September 21, 2023 3:39 PM |
| **To:** | Paschal, Hogan; Miller, Kerry |
| **Cc:** | Timothy Kolaya; Swanson, James R.; Wells, Molly |
| **Subject:** | Re: O'Keefe |

Hi Hogan,

I just finished a hearing in federal court, and I'm in a debrief meeting. There's not enough time for me to talk to my co-counsel and client and get back to you on this by COB.

**Adam M. Foslid**
**Partner**
Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
D: +1 305-910-0646
M: +1 305-934-4588
F: +1 305-910-0505
Bio | VCard | Email | winston.com

---

**From:** Paschal, Hogan <hpaschal@fishmanhaygood.com>
**Sent:** Thursday, September 21, 2023 2:48 PM
**To:** Foslid, Adam M. <AFoslid@winston.com>; Miller, Kerry <kmiller@fishmanhaygood.com>
**Cc:** Timothy Kolaya <tkolaya@sknlaw.com>; Swanson, James R. <jswanson@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Subject:** Re: O'Keefe

Adam,

Hope you've been well. We are finalizing a motion for filing today requesting alternative means of service against SoftBank Group Corp., SoftBank Investment Advisers (UK) Ltd., and SoftBank Global Advisers Ltd. (collectively, "SoftBank"), along with certain other defendants. We assume SoftBank opposes our motion for alternate service.

If you can, please confirm SoftBank's opposition by close of business today. If you respond that you cannot provide an answer today and will do so at a later time, then I will note as much in our motion when we file it at close of business today.

Thanks,
Hogan

Get Outlook for iOS

---

**From:** Foslid, Adam M. <AFoslid@winston.com>
**Sent:** Wednesday, July 12, 2023 1:28:55 PM
**To:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Cc:** Timothy Kolaya <tkolaya@sknlaw.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Swanson, James R.

<jswanson@fishmanhaygood.com>
**Subject:** Re: O'Keefe

Kerry,

Thanks for the message.

The only entity that has been served is SoftBank Vision Fund (AIV M2) L.P.  As I have discussed with Tim, that entity is not a proper party to this case.

We understand that plaintiffs intend to amend their complaint to substitute SVF II Tempest (DE) LLC.  For purposes of this action, Tempest does not contest personal jurisdiction in Florida.

As far as I am aware, Softbank Group Corp. has not been served. That entity does not consent to jurisdiction in Florida.

Please let me know if you need any additional information.

Thanks,

Adam

**Adam M. Foslid**
**Partner**
Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
D: +1 305-910-0646
M: +1 305-934-4588
F: +1 305-910-0505
Bio | VCard | Email | winston.com

---

**From:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Sent:** Wednesday, July 12, 2023 11:29:05 AM
**To:** Foslid, Adam M. <AFoslid@winston.com>
**Cc:** Timothy Kolaya <tkolaya@sknlaw.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Swanson, James R. <jswanson@fishmanhaygood.com>
**Subject:** Re: O'Keefe


Adam - Hope you are doing well. I have a question for you - in all the back and forth between plaintiffs and defendants regarding personal jurisdiction in Florida, I haven't seen SoftBank object to PJ, so the working assumption is SoftBank doesn't contest personal jurisdiction in Florida. Can you confirm?  Thanks
Kerry
Sent from my iPhone

> On Jun 12, 2023, at 4:32 PM, Foslid, Adam M. <AFoslid@winston.com> wrote:
>
> Gents,

Ex. H to Wells Decl., p. 9

Here's a draft motion to transfer. I'm sending this with the caveat that some defendants will likely have a few additional comments and that I'm still waiting on sign-off from some other defendants. So, please take a run through and send it back with your revisions so I can let defendants take another pass through. Thanks.

**Adam M. Foslid**
**Partner**

Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131

D: +1 305-910-0646

M: +1 305-934-4588

F: +1 305-910-0505

Bio | VCard | Email | winston.com

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.