IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

This Document Relates To:

*Garrison, et al. v. Bankman-Fried, et al.*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES
                                                                                      /

### **WILLIAM TREVOR LAWRENCE'S NOTICE OF JOINDER**

Defendant William Trevor Lawrence (**"Mr. Lawrence"**) hereby gives notice of his joinder in the Defendants' Motion to Dismiss the [Corrected] Administrative Class Action Complaint [ECF No. 271] (the **"Motion to Dismiss"**). Mr. Lawrence adopts and incorporates the Defendants' Motion to Dismiss as if fully set forth herein with respect to Mr. Lawrence.

In addition to joining in the Motion to Dismiss, Mr. Lawrence will also be filing an individual motion to dismiss for issues unique to him.

Dated: September 21, 2023              Respectfully submitted,

                                       By: */s/ David A. Rothstein*
                                       David A. Rothstein, Esq.
                                       Fla. Bar No. 995762
                                         *DRothstein@dkrpa.com*
                                       Alexander M. Peraza, Esq.
                                       Fla. Bar No. 107044
                                         *APeraza@dkrpa.com*
                                       Eshaba Jahir-Sharuz, Esq.
                                       Fla. Bar No. 1038846
                                         *Eshaba@dkrpa.com*
                                       DIMOND KAPLAN & ROTHSTEIN, P.A.
                                       Offices at Grand Bay Plaza
                                       2665 South Bayshore Drive, PH-2B
                                       Miami, Florida 33133
                                       Telephone:        (305) 374-1920

- 2 -

                                           Eric A. Fitzgerald (*pro hac vice*)
                                             *eric.fitzgerald@mgclaw.com*
                                         Hillary N. Ladov (*pro hac vice*)
                                             *hillary.ladov@mgclaw.com*
                                         MCANGUS GOUDELOCK & COURIE LLC
                                         2000 Market Street, Suite 780
                                         Philadelphia, PA 19103
                                         (484) 406-4334

                                         *Attorneys for Defendant William Trevor Lawrence*