## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

Case No. 1:23-md-03076-KMM

MDL No. 3076

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that that the undersigned attorney hereby appears as counsel for Defendant Sino Global Capital Holdings, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: Sept. 22, 2023
New York, New York

MORRISON COHEN LLP

 /s/ Jason P. Gottlieb
Jason P. Gottlieb
909 Third Avenue
New York, New York 10022
Tel: (212) 735-8837
Fax: (917) 522-9937
jgottlieb@morrisoncohen.com

*Attorney for Defendant Sino Global Capital Holdings, LLC*

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason P. Gottlieb*
Jason Gottlieb

#12436407v1\030001\0007