**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

Case No. 1:23-md-03076-KMM

MDL No. 3076

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that that the undersigned attorney hereby appears as counsel for Defendant Sino Global Capital Holdings, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated:  Sept. 22, 2023
        New York, New York

MORRISON COHEN LLP

 /s/ Vani Upadhyaya
Vani Upadhyaya
909 Third Avenue
New York, New York 10022
Tel:   (212) 735-8827
Fax:   (917) 522-9927
vupadhyaya@morrisoncohen.com

*Attorney for Defendant Sino Global Capital Holdings, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Vani Upadhyaya*
Vani Upadhyaya
