**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

In Re: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

Case No. 1:23-md-03076-KMM

MDL No. 3076

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that that the undersigned attorney hereby appears as counsel for Defendant Sino Global Capital Holdings, LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated:   Sept. 22, 2023
           New York, New York

                                    MORRISON COHEN LLP

                                    */s/ Michael Mix*
                                    Michael Mix
                                    909 Third Avenue
                                    New York, New York 10022
                                    Tel:   (212) 735-8847
                                    Fax:  (917) 522-9947
                                    mmix@morrisoncohen.com

                                    *Attorney for Defendant Sino Global Capital*
                                    *Holdings, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael Mix
Michael Mix