**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-3076-KMM**

In RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION
_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Brad S. Karp, the undersigned, do hereby certify that:

1.      I am a member of good standing of the New York Bar.

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name:                   Brad S. Karp
State Bar Number:       2064509
Firm Name:              Paul, Weiss, Rifkind, Wharton & Garrison LLP
Mailing Address:        1285 Avenue of the Americas, New York, NY 10019
Telephone Number:       212-373-3316
Email Address:          bkarp@paulweiss.com

Attorney Signature: *Brad Karp*                 Date:  7/26/2023