UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse

Litigation

_____

**DEFENDANT SINO GLOBAL CAPITAL HOLDINGS, LLC'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sino Global Capital Holdings, LLC, by and through its undersigned counsel, hereby discloses the following:

Sino Global Capital Holdings, LLC has no parent corporation, and no publicly held corporation owns 10 percent or more of the equity interests of Sino Global Capital Holdings, LLC.

Dated: September 22, 2023

Respectfully submitted,

<u>/s/ Jason P. Gottlieb</u>
Jason P. Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC*