UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John E. Rodstrom III of The Moskowitz Law Firm PLLC, hereby gives notice of appearances as co-counsel for Plaintiffs. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

Respectfully submitted on September 22, 2023.

                                       Respectfully submitted,

                                       By: */s/ John E. Rodstrom III*
                                              Adam M. Moskowitz
                                              Florida Bar No. 984280
                                              Joseph M. Kaye
                                              Florida Bar No. 117520
                                              Howard M. Bushman
                                              Florida Bar No. 0364230
                                              Barbara C. Lewis
                                              Florida Bar No. 118114
                                              John E. Rodstrom III
                                              Florida Bar No. 1003112
                                              **THE MOSKOWITZ LAW FIRM, PLLC**
                                              Continental Plaza
                                              3250 Mary Street, Suite 202
                                              Coconut Grove, FL 33133
                                              Office: (305) 740-1423
                                              adam@moskowitz-law.com
                                              joseph@moskowitz-law.com
                                              howard@moskowitz-law.com
                                              barbara@moskowitz-law.com
                                              john@moskowitz-law.com

                                              *Co-Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on September 22, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ John E. Rodstrom III*
John E. Rodstrom III