UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

___

THIS DOCUMENT RELATES TO:

Defendants SoftBank Group Corp., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited

*O'Keefe v. Sequoia Capital Operations, LLC*, No. 1:23-cv-20700 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*, No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*, No. 1:23-cv-23212 (S.D. Fla.)

___/

**DECLARATION OF ERIC D. LAWSON IN SUPPORT OF DEFENDANTS SOFTBANK GROUP CORP., SOFTBANK INVESTMENT ADVISERS (UK) LIMITED, AND SOFTBANK GLOBAL ADVISERS LIMITED'S MOTION TO DISMISS THE [CORRECTED] ADMINISTRATIVE CLASS ACTION COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS**

I, Eric D. Lawson, declare as follows:

1. I am Of Counsel with the law firm of Morrison & Foerster LLP. I am duly licensed to practice in the courts of the Commonwealth of Massachusetts and the state of New York. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of a proof of service filed by Plaintiffs on September 1, 2023 in the action captioned *IN RE: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076 (J.P.M.L. 2023).

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt of the docket for the action captioned *IN RE: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076 (J.P.M.L. 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September, 2023 in New York, York.

/s/ *Eric D. Lawson*
Eric D. Lawson