# Exhibit 2

| Query | Reports | Utilities | Help | Log Out |

TRANSFERRED

United States Judicial Panel on Multidistrict Litigation
CIVIL DOCKET FOR CASE #: MDL No. 3076

IN RE: FTX Cryptocurrency Exchange Collapse Litigation  
Assigned to: K. Michael Moore  
Transferee District: Florida Southern  
Master Docket Number: 1:23-md-3076  

Date Filed: 02/10/2023  
MDL Status: Transferred  
Date Ordered: 06/05/2023  
Citation: _F.Supp.3d_

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2023 | 1 | MOTION TO TRANSFER (INITIAL MOTION) with Brief in Support. -- 11 Action(s) -- from Florida Southern District Court (1:22-cv-23753,1:23-cv-20439,1:22-cv-23983), California Northern District Court (3:23-cv-00024,3:22-cv-07666,3:22-cv-07620,3:22-cv-07444,3:22-cv-07336), California Southern District Court (3:22-cv-01981 (closed),3:22-cv-01901 (closed),3:23-cv-00038 (closed)) - Suggested Transferee Court: Southern District of Florida - Filed by: *Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, David Nicol* (Attachments: # 1 Brief, # 2 Schedule of Actions, # 3 Proof of Service, # 4 Complaint S.D. Fla. 1:22-cv-23753, # 5 Complaint S.D. Fla. 1:22-cv-23983, # 6 Complaint S.D. Fla. 1:23-cv-20439, # 7 Complaint N.D. Cal. 3:22-cv-07666, # 8 Complaint N.D. Cal. 3:22-cv-07620, # 9 Complaint N.D. Cal. 3:22-cv-07444, # 10 Complaint N.D. Cal. 3:22-cv-07336, # 11 Complaint N.D. Cal. 3:23-cv-00024, # 12 Complaint S.D. Cal. 3:22-cv-01981, # 13 Complaint S.D. Cal. 3:22-cv-01901, # 14 Complaint S.D. Cal. 3:23-cv-00038)(Moskowitz, Adam) Modified on 2/16/2023 (LH). EDITED NO. OF ACTIONS Modified on 2/21/2023 (LH). EDITED NO. OF ACTIONS CAS 22-1981, 22-1901 & 23-38 PREVIOUSLY CLOSED IN CAS (Entered: 02/10/2023) |
| 02/15/2023 | 2 | MOTION TO TRANSFER (CORRECTED) -- *(re: pldg. 1 )* Correcting the following items: **Proof of service, Docket Sheets and Complaints** -- Filed by: *Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, David Nicol* (Attachments: # 1 Proof of Service, # 2 Complaint S.D. Fla. 1:22-CV-23753, # 3 Complaint S.D. Fla. 1:22-cv-23983, # 4 Complaint S.D. Fla. 1:23-CV-20439, # 5 Complaint N.D. Cal. 3:22-cv-07666, # 6 Complaint N.D.Cal. 3:22-CV-07620, # 7 Complaint N.D. Cal. 3:22-CV-07444, # 8 Complaint N.D. Cal. 3:22-CV-07336, # 9 Complaint N.D. Cal. 3:23-CV-00024, # 10 Complaint S.D. Cal. 3:22-CV-01981,, # 11 Complaint S.D. Cal. 3:22-CV-01901, # 12 Complaint S.D. Cal. 3:23-CV-00038)(Moskowitz, Adam) Modified on 2/16/2023 (LH). Modified on 2/17/2023 (LH). ADDED ADDITIONAL ITEM (Entered: 02/15/2023) |
| 02/16/2023 | 3 | MOTION TO TRANSFER (CORRECTED) -- *(re: pldg. 2 , 1 )* Correcting the following items: **Proof of service,** -- Filed by: *Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, David Nicol* (Attachments: # 1 Proof of Service)(Moskowitz, Adam) Modified on 2/17/2023 (LH). (Entered: 02/16/2023) |
| 02/17/2023 | 4 | MDL Number 3076 Assigned -- MOTION FOR TRANSFER ACCEPTED FOR FILING re: pldg. ( 1 in Pending No. 4), ( 2 in Pending No. 4), ( 3 in Pending No. 4) Associated Cases: Pending No. 4, CAN/3:22-cv-07336, CAN/3:22-cv-07444, CAN/3:22-cv-07620, CAN/3:22-cv-07666, CAN/3:23-cv-00024, FLS/1:22-cv-23753, FLS/1:22-cv-23983, FLS/1:23-cv-20439 (LH) (Entered: 02/17/2023) |
| 02/17/2023 | 5 | ***TEXT ONLY NOTICE***<br><br>**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** re: pldg. ( 1 in MDL No. 3076), ( 2 in MDL No. 3076), ( 3 in MDL No. 3076)<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>Notices of Appearance due on or before **3/3/2023**.<br>Corporate Disclosure Statements due on or before **3/3/2023**.<br>Responses due on or before **3/10/2023**.<br>Reply, if any, due on or before **3/17/2023**.<br><br>In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).<br><br>Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. **Important**: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.<br><br>Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.<br><br>Signed by Clerk of the Panel John W. Nichols on 2/17/2023.<br><br>Associated Cases: MDL No. 3076, CAN/3:22-cv-07336, CAN/3:22-cv-07444, CAN/3:22-cv-07620, CAN/3:22-cv-07666, CAN/3:23-cv-00024, FLS/1:22-cv-23753, FLS/1:22-cv-23983, FLS/1:23-cv-20439 (LH) (Entered: 02/17/2023) |
| 02/24/2023 | 6 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 3076), ( 2 in MDL No. 3076), ( 3 in MDL No. 3076) Filed by Yaman Salahi on behalf of Plaintiff Michael Elliott Jessup (Attachments: # 1 Proof of Service) Associated Cases: MDL No. 3076, CAN/3:22-cv-07666 (Salahi, Yaman) (Entered: 02/24/2023) |
| 03/01/2023 | 7 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 3076), ( 2 in MDL No. 3076) Filed by Christopher Tourek on behalf of Plaintiff Russell Hawkins (Attachments: # 1 Proof of Service) Associated Cases: MDL No. 3076, CAN/3:22-cv-07620 (Tourek, Christopher) (Entered: 03/01/2023) |
| 03/01/2023 | 8 | NOTICE OF RELATED ACTION -- 1 Action(s) -- Filed by attorney Adam M. Moskowitz, counsel for: Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol -- Florida Southern District Court (1:23-cv-20700) (Attachments: # 1 Schedule of Actions, # 2 Proof of Service, # 3 Complaint S.D. Fla 1:23-cv-20700) (Moskowitz, Adam) Modified on 3/2/2023 (LH). EDITED EVENT NAME (Entered: 03/01/2023) |
| 03/02/2023 | 9 | NOTICE OF RELATED ACTION -- 1 Action(s) -- Filed by attorney Adam E. Polk, counsel for: Plaintiffs Matson Magleby and Golam Sakline -- California Northern District Court (3:23-cv-00669) (Attachments: # 1 Proof of Service, # 2 Complaint ND Cal 3:23-cv-00669) |

| | | |
|---|---|---|
| 08/21/2023 | 200 | ORDER OF TRANSFEREE COURT -- (COUNSEL ASSIGNMENT(S)) Assigning Robert L. Lieff for Liaison Counsel for Plaintiffs, et al.; Marshal J. Hoda for Plaintiff Discovery Committee; Adam R. Shaw for Plaintiff Discovery Committee; David Boies for Plaintiffs' Lead Counsel; Adam M Moskowitz for Plaintiffs' Lead Counsel; James Swanson for Plaintiffs' Steering Committee; Laurence D. King for Plaintiffs Miscellaneous Committee, et al.; Stuart A. Davidson for Plaintiffs Miscellaneous Committee, et al.; Rachel Lanier for Plaintiffs' Steering Committee; Joseph R. Saveri for Plaintiffs Miscellaneous Committee, et al.; Rachel Wagner Furst for Plaintiffs Miscellaneous Committee, et al.; Joseph M. Kaye for Plaintiffs Law & Motions Committee, et al.; William M Audet for Plaintiffs Miscellaneous Committee, et al.; Steven Zack for Plaintiffs' Steering Committee; Brooke A. Alexander for Plaintiff Law & Motions Committee; Alex Jerome Brown for Plaintiff Miscellaneous Committee; Kerry J. Miller for Plaintiff Expert Committee; Alex Boies for Plaintiff Expert Committee; Josh Silverman for Plaintiff Expert Committee; Howard M. Bushman for Plaintiff Miscellaneous Committee; Tyler Evan Ulrich for Plaintiff Miscellaneous Committee; Jose Manuel Ferrer for Plaintiff Miscellaneous Committee; Marc Ayala for Plaintiff Miscellaneous Committee<br><br>Signed by U.S. District Judge K. Michael Moore and filed in the transferee court on 6/21/2023.<br><br>(LH) Modified on 8/21/2023 (LH). REMOVED DUPLICATE PARTY TYPES Modified on 8/22/2023 (dld). EDITED PARTY TYPE TO MISCELLANEOUS (Entered: 08/21/2023) |
| 08/22/2023 | 201 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-2) *re: pldg. ( 184 in MDL No. 3076, 5 in NV/2:23-cv-01138), ( 183 in MDL No. 3076, 4 in NV/2:23-cv-01138)* Filed by Defendants Andrei Jikh, et al. (Attachments: # 1 Brief, # 2 Schedule of Actions, # 3 Proof of Service)<br><br>Associated Cases: MDL No. 3076, NV/2:23-cv-01138 (Stein, Kimberly) (Entered: 08/22/2023) |
| 08/23/2023 | 202 | NOTICE OF APPEARANCE FOR CTO-2 re: pldg. ( 178 in MDL No. 3076, 2 in NV/2:23-cv-01138) Filed by Adam M Moskowitz on behalf of Plaintiffs Edwin Garrison, et al. Associated Cases: MDL No. 3076, NV/2:23-cv-01138 (Moskowitz, Adam) Modified on 8/24/2023 (LH). (Entered: 08/23/2023) |
| 08/23/2023 | 203 | CORPORATE DISCLOSURE STATEMENT re: pldg. ( 183 in MDL No. 3076, 4 in NV/2:23-cv-01138) -- Identifying **Corporate Parent** No Parent Corp. for Edwin Garrison, et al. Associated Cases: MDL No. 3076, NV/2:23-cv-01138 (Moskowitz, Adam) Modified on 8/24/2023 (LH). ADDED NO PARENT CORP AND FILING PARTY (Entered: 08/23/2023) |
| 08/25/2023 | 204 | NOTICE OF APPEARANCE FOR CTO-2 re: pldg. ( 178 in MDL No. 3076, 2 in MIE/2:23-cv-11764) Filed by Adam M Moskowitz on behalf of Plaintiffs Alexander Chernyavsky, et al. Associated Cases: MDL No. 3076, MIE/2:23-cv-11764 (Moskowitz, Adam) (Entered: 08/25/2023) |
| 08/25/2023 | 205 | CORPORATE DISCLOSURE STATEMENT re: pldg. (10 in MIE/2:23-cv-11764, 197 in MDL No. 3076) -- Identifying **Corporate Parent** No Parent Corp. for Edwin Garrison, et al. Associated Cases: MDL No. 3076, MIE/2:23-cv-11764 (Moskowitz, Adam) Modified on 8/29/2023 (LH). ADDED NO PARENT CORP, FILING PARTIES AND MDL LINK (Entered: 08/25/2023) |
| 08/28/2023 | 206 | NOTICE OF APPEARANCE FOR CTO-2 re: pldg. ( 178 in MDL No. 3076, 2 in MIE/2:23-cv-11764) Filed by Michael O Cummings on behalf of Defendant Jaspreet Singh Associated Cases: MDL No. 3076, MIE/2:23-cv-11764 (Cummings, Michael) (Entered: 08/28/2023) |
| 08/28/2023 | 207 | CORPORATE DISCLOSURE STATEMENT re: pldg. ( 197 in MDL No. 3076, 10 in MIE/2:23-cv-11764) -- Identifying **Corporate Parent** No Parent Corp. for Jaspreet Singh. Associated Cases: MDL No. 3076, MIE/2:23-cv-11764 (Cummings, Michael) (Entered: 08/28/2023) |
| 08/29/2023 | 208 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-2) *re: pldg. ( 198 in MDL No. 3076, 11 in MIE/2:23-cv-11764), ( 197 in MDL No. 3076)* Filed by Defendant Jaspreet Singh (Attachments: # 1 Brief In Support of Motion to Vacate, # 2 Schedule of Actions, # 3 Exhibit Exhibit A - Complaint in MIED case, # 4 Exhibit Exhibit B - Docket of MIED Case, # 5 Certificate of Service)<br><br>Associated Cases: MDL No. 3076, MIE/2:23-cv-11764 (Cummings, Michael) Modified on 8/30/2023 (LH). ADDED MDL LINK AND REMOVED DUPLICATE ATTACHMENT NAMES (Entered: 08/29/2023) |
| 09/01/2023 | 209 | **FILED IN ERROR**<br><br>CERTIFICATE OF SERVICE Filed by Plaintiffs Leandro Cabo,<br><br>et al. -- (Attachments: # 1 Proof of Service, # 2 Proof of Service, # 3 Proof of Service) Associated Cases: MDL No. 3076, CAN/3:23-cv-03974 (Saveri, Joseph) Modified on 9/13/2023 (LH). ADDED NOTATION (Entered: 09/01/2023) |
| 09/13/2023 | 210 | SUPPLEMENTAL INFORMATION -- re: pldg(s). ( 208 in MDL No. 3076), (8 in NV/2:23-cv-01138, 201 in MDL No. 3076) -- Filed by Plaintiffs Alexander Chernyavsky, et al.. (Attachments: # 1 Other Close case, # 2 Proof of Service) Associated Cases: MDL No. 3076, NV/2:23-cv-01138 (Moskowitz, Adam) Modified on 9/13/2023 (LH) . ADDED MDL LINK AND REMOVED LIAISON COUNSEL AND COMMITTEES. (Entered: 09/13/2023) |
| 09/14/2023 | 211 | REPLY TO RESPONSE TO MOTION TO VACATE CTO-2 re: pldg. ( 201 in MDL No. 3076, 8 in NV/2:23-cv-01138) Filed by Defendants Andrei Jikh, et al.<br><br>Associated Cases: MDL No. 3076, NV/2:23-cv-01138 (Stein, Kimberly) (Entered: 09/14/2023) |
| 09/15/2023 | 212 | ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-2) (( 210 in MDL No. 3076, 11 in NV/2:23-cv-01138), ( 178 in MDL No. 3076, 2 in NV/2:23-cv-01138) )<br><br>**IT IS THEREFORE ORDERED** that CTO-2 is **VACATED** insofar as it relates to this action.<br><br>Signed by Clerk of the Panel Tiffaney D. Pete on 9/15/2023.<br><br>Associated Cases: MDL No. 3076, NV/2:23-cv-01138 (LH) (Entered: 09/15/2023) |
| 09/19/2023 | 213 | RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO *(re: pldg. ( 208 in MDL No. 3076, 16 in MIE/2:23-cv-11764) )* (CTO-2) Filed by Plaintiffs Alexander Chernyavsky, Gary Gallant, Edwin Garrison, Sunil Kavuri, Skyler Lindeen, David Nicol, Gregg Podalsky (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proof of Service)<br><br>Associated Cases: MDL No. 3076, MIE/2:23-cv-11764 (Moskowitz, Adam) Modified on 9/20/2023 (LH). REMOVED LEAD COUNSEL AND COMMITTEES (Entered: 09/19/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/21/2023 14:00:10 | | | |
| **PACER Login:** | mf001354 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | MDL No. 3076 |
| **Billable Pages:** | 25 | **Cost:** | 2.50 |