UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO:

Defendants SoftBank Group Corp., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited

*O'Keefe v. Sequoia Capital Operations, LLC*, No. 1:23-cv-20700 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*, No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*, No. 1:23-cv-23212 (S.D. Fla.)

_____ /

**DECLARATION OF NATSUKO OHGA IN SUPPORT OF DEFENDANT SOFTBANK GROUP CORP.'S MOTION TO DISMISS THE [CORRECTED] ADMINISTRATIVE CLASS ACTION COMPLAINT <u>FOR INSUFFICIENT SERVICE OF PROCESS</u>**

I, Natsuko Ohga, declare as follows:

1. I am the Head of the CLO Office, Legal Unit at SoftBank Group Corp. ("SBG"). This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. I understand that Plaintiffs filed a proof of service purporting to show service on SBG via service on John Montijo or CT Corp System.

3. Neither Mr. Montijo nor CT Corp System is a registered agent for SBG in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2023 in Tokyo, Japan.

_____
Natsuko Ohga