**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Chernyavsky, et al.* v. *Temasek Holdings (Private) Limited, et al.*
Case No. 1:23-cv-22960 (S.D. Fla.)

*Cabo, et al.* v. *Temasek Holdings (Private) Limited, et al.*
No. 1:23-cv-23212 (S.D. Fla.)

**DECLARATION OF MATTHEW GRAHAM IN SUPPORT OF
DEFENDANT SINO GLOBAL CAPITAL HOLDINGS, LLC'S
<u>MOTION TO DISMISS</u>**

I, MATTHEW GRAHAM, being over the age of 21, hereby declare as follows:

1. I am the managing member of Defendant Sino Global Capital Holdings, LLC ("SG Capital Holdings"). I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. On August 11, 2023, SG Capital Holdings, via its registered agent CSC, received a notice regarding tag-along actions.

3. On August 14 and 16, 2023, SG Capital Holdings, via CSC, received the Complaint in *Cabo, et al. v. Temasek Holdings (Private) Limited, et al.*, No. 3:23-cv-03974 (N.D. Cal.).

*4.* On August 16, 2023, SG Capital Holdings, via CSC, received the Complaint in *Chernyavsky, et al. v. Temasek Holdings (Private) Limited, et al.,* Case No. 1:23-cv-22960 (S.D. Fla.).

5.      On August 16, 2023, SG Capital Holdings, via CSC, received a Notice of Filing of Conditional Transfer Order.

6.      To date, SG Capital Holdings has not been served with the Corrected Administrative Class Action Complaint and Demand for Jury Trial in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 1:23-md-03076-KMM, ECF No. 182, the operative pleading against SG Capital Holdings.

DocuSign Envelope ID: BBADC135-75EF-44F7-A683-F4D9D0436D58

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2023.

By: _____

Matthew Graham