UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants
_____/

### DECLARATION OF PAUL C. HUCK IN SUPPORT OF INVESTOR DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED OPERATIVE CLASS ACTION COMPLAINT

I, Paul C. Huck, declare as follows:

1. I am a partner of the law firm Lawson Huck Gonzalez, PLLC, counsel to Defendant Sequoia Capital Operations, LLC in the above-captioned matter. I am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Investor Defendants' Joint Motion to Dismiss Plaintiffs' Amended Operative Class Action Complaint ("AC"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint in *SEC v. Bankman-Fried*, No. 22-cv-10501, ECF No. 1 (S.D.N.Y. Dec. 13, 2022), cited in paragraphs 142, 143 and 308 of the AC.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Terms of Service of FTX Trading Ltd, dated May 13, 2022, cited in paragraphs 53, 96, 97, 103 and 550 of the AC.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Superseding Indictment in *United States v. Bankman-Fried*, S5 22 Cr. 673, ECF No. 115 (S.D.N.Y. Mar. 28, 2023), cited in paragraphs 47 and 65 of the AC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 22, 2023 in Coral Gables, Florida.

*/s/ Paul C. Huck*
Paul C. Huck