# Exhibit 4

## Categories of Alleged Statements in Plaintiffs' Administrative Class Action Complaint

| Category | Complaint Paragraphs |
| --- | --- |
| Statements about SBF | ¶¶ 319, 325, 329, 332, 334, 336, 337, 338, 343, 344, 345, 346, 358, 362, 365, 366, 369, 370, 371, 377, 388, 405, 409, 410, 413, 419, 421, 423, 425, 427, 428, 429, 449, 450, 568, 570, 571, 572, 573, 574, 575, 576, 578, 579, 580, 582, 583 |
| Statements about FTX and its products | ¶¶ 319, 321, 325, 329, 332, 337, 338, 340, 341, 342, 343, 344, 345, 357, 358, 361, 363, 366, 368, 369, 370, 371, 377, 378, 381, 383, 384, 385, 386, 389, 405, 407, 408, 412, 414, 415, 416, 417, 418, 420, 427, 428, 429, 430, 440, 442, 443, 445, 446, 447, 448, 449, 450, 472, 479, 480, 481, 482, 543, 546, 547, 562, 563, 564, 565, 573, 574 |
| Statements about Investor Defendants | ¶¶ 313, 319, 325, 329, 330, 331, 334, 335, 336, 340, 341, 342, 353, 354, 355, 356, 357, 358, 359, 363, 365, 371, 377, 381, 383, 384, 387, 389, 390, 391, 392, 405, 407, 408, 412, 420, 421, 423, 425, 430, 433, 435, 440, 442, 443, 444, 446, 452, 453, 454, 467, 469, 470, 472, 474, 479, 485, 486, 487, 489, 493, 496, 498, 499, 500, 543, 544, 546, 562, 563, 564, 565, 567, 568, 570, 573, 574, 575, 576, 577, 578, 579, 581, 582, 583 |