UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

| | |
|---|---|
| In RE<br><br>**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>Law Firms | |

**DEFENDANT FENWICK & WEST LLP'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fenwick & West LLP ("Fenwick"), by and through its undersigned counsel, hereby discloses the following:

Fenwick is a limited liability partnership, and no publicly held corporation owns 10% or more of its stock.

DATED:  September 23, 2023

              Respectfully submitted,

              */s/ Nicole K. Atkinson*
              DAVID R. ATKINSON
              Florida Bar No.: 767239
              datkinson@gunster.com
              mmargolese@gunster.com
              eservice@gunster.com
              NICOLE K. ATKINSON
              Florida Bar No.: 167150
              natkinson@gunster.com
              STEPHEN C. RICHMAN
              Florida Bar No.: 1015692
              srichman@gunster.com
              jfirogenis@gunster.com

GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK
Florida Bar No.: 1035950
mholecek@gibsondunn.com
SAMUEL ECKMAN (*pro hac vice*)
seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 23, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

      */s/ Nicole K. Atkinson*
      NICOLE K. ATKINSON