## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

---

### DEFENDANT SOFTBANK GLOBAL ADVISERS LIMITED'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SoftBank Global Advisers Limited ("SBGA"), by and through its undersigned counsel, hereby discloses the following:

SBGA is a wholly-owned subsidiary of SoftBank Group Corp., a publicly held company. SoftBank Group Corp. has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated:  September 22, 2023                    Respectfully submitted,

                                             */s/ Eric D. Lawson*
                                             Eric D. Lawson (mdl102196)
                                             MORRISON & FOERSTER LLP
                                             250 West 55th Street
                                             New York, NY 10019-9601
                                             Telephone: (212) 468-8000
                                             Email: elawson@mofo.com

                                             Anna Erickson White (mdl102198)
                                             Ryan M. Keats (mdl102197)
                                             MORRISON & FOERSTER LLP
                                             425 Market Street
                                             San Francisco, CA 94105-2482
                                             Telephone: (415) 268-7000
                                             Email: awhite@mofo.com
                                                    rkeats@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendant SoftBank Global Advisers Limited*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of September, 2023, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Eric D. Lawson*