UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

**DEFENDANT SOFTBANK INVESTMENT ADVISERS (UK) LIMITED'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SoftBank Investment Advisers (UK) Limited ("SBIA"), by and through its undersigned counsel, hereby discloses the following:

SBIA is a wholly-owned subsidiary of SoftBank Group Corp., a publicly held company. SoftBank Group Corp. has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated:  September 22, 2023

Respectfully submitted,

*/s/ Eric D. Lawson*
Eric D. Lawson (mdl102196)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
         rkeats@mofo.com

1

        Adam M. Foslid (Fla. Bar No. 682284)
        WINSTON & STRAWN LLP
        Southeast Financial Center
        200 S. Biscayne Blvd., Suite 2400
        Miami, FL 33131
        Telephone: (305) 910-0500
        Email: afoslid@winston.com

*Counsel for Defendant SoftBank Investment Advisers (UK) Limited*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of September, 2023, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                         /s/ *Eric D. Lawson*