UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
CASE NO.: 23-md-03076-KMM

| |
|---|
| In re:<br><br>FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendants SkyBridge Capital II, LLC ("SkyBridge"), pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement and states as follows: SkyBridge has no parent company and no public company owns more than 10% or more of SkyBridge's stock.

[Remainder of Page Intentionally Left Blank. Signature Page Follows.]

Dated: September 25, 2023

                                        Respectfully submitted,

By:   /s/Douglas R. Hirsch
       Douglas R. Hirsch
       Frank S. Restagno
       SADIS & GOLDBERG LLP
       551 Fifth Avenue 21st Floor
       New York, NY 10176
       P: (212) 573-6670
       F: (212) 847-3796
       dhirsch@sadis.com
       frestagno@sadis.com
       New York Bar No: 2401024

       Eric W. Ostroff, Esquire
       Florida Bar No. 10130
       eostroff@melandbudwick.com
       MELAND BUDWICK, P.A.
       3200 Southeast Financial Center
       200 South Biscayne Boulevard
       Miami, Florida 33131
       Telephone: (305) 358-6363

*Attorneys for SkyBridge Capital II, LLC*