IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

This Document Relates To:

*Garrison, et al. v. Bankman-Fried, et al.*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES

/

**WILLIAM TREVOR LAWRENCE'S *CORRECTED* NOTICE OF JOINDER
IN DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [ECF NO. 271]**[1]

Defendant William Trevor Lawrence (**"Mr. Lawrence"**) hereby gives notice of his joinder in the Motion to Dismiss for Failure to State a Claim (the **"Motion to Dismiss"**) [ECF No. 271] filed by Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence Gene David, Golden State Warriors, LLC, Udonis Haslem, Shohei Ohtani, Kevin O'Leary, Shaquille O'Neal, David Ortiz, Naomi Osaka, and Solomid Corporation (collectively, **"Defendants"**). Mr. Lawrence adopts and incorporates Defendants' Motion to Dismiss as if fully set forth herein with respect to Mr. Lawrence.

In addition to joining in the Motion to Dismiss, Mr. Lawrence has filed an Individual Motion to Dismiss for issues unique to him [ECF No. 283].

---

[1] Mr. Lawrence submits this Corrected Notice of Joinder, in place of his previously filed Notice of Joinder [ECF No. 282], solely to include the following: Plaintiffs and Mr. Lawrence have agreed to settle – subject to Court approval [ECF No. 245]. Mr. Lawrence files this Notice of Joinder in an abundance of caution, to be considered only in the event the settlement fails for any reason.

- 2 -

Dated: September 25, 2023

Respectfully submitted,

By: */s/ David A. Rothstein*
David A. Rothstein, Esq.
Fla. Bar No. 995762
  DRothstein@dkrpa.com
Alexander M. Peraza, Esq.
Fla. Bar No. 107044
  APeraza@dkrpa.com
Eshaba Jahir-Sharuz, Esq.
Fla. Bar No. 1038846
  Eshaba@dkrpa.com
DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:        (305) 374-1920
Eric A. Fitzgerald (*pro hac vice*)
  eric.fitzgerald@mgclaw.com
Hillary N. Ladov (*pro hac vice*)
  hillary.ladov@mgclaw.com
MCANGUS GOUDELOCK & COURIE LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

*Attorneys for Defendant William Trevor Lawrence*