UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO.: 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants
_____/

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Altimeter Capital Management, LP, by and through its undersigned counsel, discloses the following:

Altimeter Capital Management, LP has no parent corporation and no publicly held corporation owns 10 percent or more of Altimeter Capital Management, LP.

    Respectfully submitted,

    */s/ Jay B. Shapiro*
    Jay B. Shapiro, Esq.
    Florida Bar No. 776361
    jshapiro@stearnsweaver.com
    STEARNS WEAVER MILLER WEISSLER
    ALHADEFF & SITTERSON, P.A.
    150 West Flagler Street, Suite 2200
    Miami, Florida 33130
    Telephone: (305) 789-3229
    Facsimile: (305) 789-2664

**ROPES & GRAY LLP**
David Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
david.hennes@ropesgray.com

Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone: (310) 975-3000
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Jay B. Shapiro*
Jay B. Shapiro