UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:

Administrative Class Action Complaint and Demand for
Jury Trial as to the FTX Insider Defendants (ECF No. 178)
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANT SAM BANKMAN-FRIED'S MOTION TO STAY**

Plaintiffs do not oppose Defendant Sam Bankman-Fried's Motion, [ECF No. 241], to stay this action only as to Defendant Bankman-Fried until the conclusion of the trial against him in the criminal action pending in the Southern District of New York (Case No. 22-cr-00673).[1]

If a stay is granted as to Bankman-Fried, it is unnecessary at this stage to reach the arguments in his pending Motion to Compel Arbitration or to Dismiss Administrative Class Action Complaint. ECF No. 264. In the event the Court decides not to stay this action against Defendant Bankman-Fried, Plaintiffs will address the arguments raised in his Motion to Compel Arbitration or to Dismiss Administrative Class Action Complaint by any applicable briefing deadline.

Further, Plaintiffs will respond to the Government's Application to Intervene and Motion to Stay, [ECF No. 247], by the October 2, 2023 deadline, as to its request to seek a stay of litigation or discovery as to parties other than Defendant Bankman-Fried.

---

[1] Plaintiffs submit that the stay against Defendant Bankman-Fried should not continue through his criminal appeals process. However, the Court need not reach that issue now.

Dated: September 25, 2023.

Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

**By:** */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz