UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 1:23-md-3076-KMM

*In re*

*FTX Cryptocurrency Exchange Collapse Litigation*

_____

This Document Relates to the Administrative Class Action Complaint and Demand for Jury Trial as to the Bank Defendants (ECF No. 155)

**DEFENDANT DELTEC BANK AND TRUST COMPANY LIMITED'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Deltec Bank and Trust Company Limited, by and through its undersigned attorneys, hereby discloses that it is wholly owned by Deltec International Group (DIG), a Cayman Islands holding company, and no public corporation owns 10% or more of DIG stock.

Dated: September 27, 2023
       New York, New York

Respectfully submitted,

/s/ *Lara Samet Buchwald*

Lara Samet Buchwald
NY Bar No. 4700944
(*Certificate of Understanding filed*)
lara.buchwald@davispolk.com
Tatiana Martins
NY Bar No. 4300455
(*Certificate of Understanding filed*)
tatiana.martins@davispolk.com
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
Fax: 212-701-5351

-and-

Mallory M. Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
Desirée Moore
Illinois Bar No. 6286198
(*Certificate of Understanding filed*)
desiree.moore@klgates.com
**K&L Gates LLP**
200 S. Biscayne Blvd.
Miami, FL 33131
Tel: 305-539-3300
Fax: 305-358-7095

*Attorneys for Defendants Deltec Bank and Trust Company Limited and Jean Chalopin*