UNITED STATES DISTRICT CORT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
CASE NO.: 1:23-md-03076-MOORE

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

THIS DOCUMENT RELATES TO:

Domestic Venture Capital Funds

*Rabbitte, et al. v. K5 Global Advisor, LLC, et al.,* No. 4:23-cv-03953 (N.D. Cal.)

*Rabbitte, et al. v. SkyBridge Capital II, LLC, et al.*, No. 1:23-cv-22949 (S.D. Fla.)

_____/

**DEFENDANT K5 GLOBAL ADVISOR, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant K5 Global Advisor, LLC ("K5 Global"), by and through its undersigned attorneys, hereby discloses that it does not have any parent corporations, and no publicly-held corporation owns 10% or more of its stock.

Dated:  September 29, 2023                    Respectfully submitted,

                                              */s/ Jason C. Hegt*
                                              James E. Brandt
                                              NY Bar No. 1858935
                                              Jason C. Hegt
                                              NY Bar No. 4781191
                                              Latham & Watkins LLP
                                              1271 Avenue of the Americas
                                              New York, NY 10020
                                              Tel: (212) 906-1200
                                              Fax: (212) 751-4864

james.brandt@lw.com
jason.hegt@lw.com

*Attorneys for Defendant K5 Global Advisor, LLC*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 29, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                By: */s/ Jason C. Hegt*
                   Jason C. Hegt