# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

**[PROPOSED] ORDER GRANTING CO-LEAD COUNSELS' CROSS-MOTION TO <u>STAY PENDING COMPLETION OF DEFENDANT'S CRIMINAL TRIAL [ECF NO. 317]</u>**

This CAUSE came before the Court on Co-Lead Counsel's Cross-Motion to Stay Pending Completion of Defendant's Criminal Trial (ECF No. 317) (the "Cross-Motion").

The Court has reviewed the Motions to Stay and hereby **ORDERS AND ADJUDGES** that the Cross-Motion is **GRANTED** as follows:

1. The Court hereby **STAYS** all civil actions in these MDL proceedings (ECF Nos. 153, 155, 157, 158, 179, 182) pending completion of the criminal trial of Defendant Sam Bankman-Fried pending in the Southern District of New York, *United States v. Samuel Bankman-Fried*, No. 22 Cr. 673 (LAK) (the "Criminal Action").

2. Upon the Criminal Action's completion, the Parties may move to reopen the cases and discovery, including specifically Plaintiffs' motion for leave to conduct jurisdictional discovery, *see* Cross-Motion at 6–7.

DONE AND ORDERED in Miami, Florida this _____ day of October, 2023.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record