# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation
_____

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

**[PROPOSED] ORDER GRANTING
CO-LEAD COUNSELS' MOTION FOR BRIEFING SCHEDULE (ECF NO. ___), IN THE
ALTERNATIVE TO CLASS COUNSEL'S PENDING CROSS-MOTION TO STAY (ECF NO. 317)**

This CAUSE came before the Court on Co-Lead Counsel's Motion for Briefing Schedule, (ECF No. __) (the "Alternative Motion"), in the Alternative to Co-Lead Counsel's Cross-Motion to Stay Pending Completion of Defendant's Criminal Trial (ECF No. 317) (the "Cross-Motion").

The Court has reviewed the Alternative Motion and hereby **ORDERS AND ADJUDGES** that the Alternative Motion is **GRANTED** as follows:

1. Plaintiffs' Oppositions to the pending Motions to Dismiss, ECF Nos. 262–263, 265–268, 270–279, 281–283, 296–303 (the "Motions to Dismiss"), shall be due on or before November 6, 2023, absent further order of this Court.

2. Defendants' Replies in support of their pending Motions to Dismiss shall be due on or before December 6, 2023, absent further order of this Court.

DONE AND ORDERED in Miami, Florida this _____ day of October, 2023.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record