IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:

*O'Keefe* v. *Sequoia Capital Operations, LLC, et al.*, No. 23-cv-20700 (S.D. Fla.)

*O'Keefe* v. *Temasek Holdings (Private) Limited, et al.*, Case No. 1:23-cv-23065 (S.D. Fla.)

*Chernyavsky, et al.* v. *Temasek Holdings (Private) Limited, et al.*, Case No. 1:23-cv-22960 (S.D. Fla.)

*Cabo, et al.* v. *Temasek Holdings (Private) Limited, et al.*, Case No. 3:23-cv-23212 (S.D. Fla.)

## DEFENDANT TEMASEK INTERNATIONAL (USA) LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Temasek International (USA) LLC, by and through its undersigned counsel, hereby discloses the following:

Temasek International (USA) LLC, a limited liability company incorporated in Delaware, is an indirect, wholly owned subsidiary of Temasek Global Pte. Ltd., a Singapore private limited company that, in turn, is owned by Temasek Holdings (Private) Limited.

Temasek Holdings (Private) Limited ("Temasek Holdings") is a Singapore private limited company wholly owned by the Singapore Minister for Finance, established under the Singapore Minister for Finance (Incorporated) Act 1959. Temasek Holdings has no corporate parent, and no publicly traded corporation owns 10% or more of Temasek Holdings' stock.

Dated: October 5, 2023

Respectfully submitted,

FRIDMAN FELS & SOTO, PLLC

By: */s/ Adam S. Fels*

Adam S. Fels, Florida Bar No. 0114917
150 Alhambra Circle
Suite 715
Coral Gables, Florida 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

- and

Brad S. Karp, *pro hac vice*
Andrew J. Ehrlich, *pro hac vice*
Nina M. Kovalenko, *pro hac vice*
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com
        aehrlich@paulweiss.com
        nkovalenko@paulweiss.com

*Attorneys for Defendant Temasek International (USA) LLC*