UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-3076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

This Document Relates To:

*Garrison et al v. Paffrath et al*,
1:23-cv-21023-KMM

*Garrison et al v. Creators Agency LLC*,
1:23-cv-23304-KMM

*Garrison et al v. Jung*,
1:23-cv-23063-KMM

*Garrison et al v. Singh*,
1:23-cv-23046-KMM

_____/

**THE YOUTUBER DEFENDANTS' JOINDER TO THE SPORTS & ENTERTAINER DEFENDANTS' OPPOSITION TO PLAINTIFFS' CROSS-MOTION TO STAY ENTIRE MDL PENDING COMPLETION OF SAM BANKMAN-FRIED'S CRIMINAL TRIAL**

Defendants Brian Jung, Creators Agency LLC, Erika Kullberg, Graham Stephan, Andrei Jikh, Jeremy Lefebvre, and Jaspreet Singh (the "YouTuber Defendants") hereby join in the Sports & Entertainer Defendants' Opposition to Plaintiffs' Cross-Motion to Stay Entire MDL Pending Completion of Sam Bankman-Fried's Criminal Trial [ECF 325] ("Sports & Entertainer Defendants' Opposition").[1]

The YouTuber Defendants write to further address certain misstatements made by Plaintiffs in Co-Lead Counsel's Reply to Investor Defendants' Joint Opposition to Cross-Motion

---

[1] By joining in this opposition, the YouTuber Defendants do not waive, and specifically preserve, any and all defenses, including but not limited to lack of personal jurisdiction or lack of adequacy of service of process.

to Stay Pending Completion of Defendant's Criminal Trial [ECF 320] ("Plaintiffs' Reply"). In connection with Plaintiffs' Reply, they "certify that over the past week, they have conferred or attempted to confer with counsel for . . . all MDL Defendants in a good faith effort to resolve the issues raised in the Cross-Motion" and report that Counsel for the "Brand Ambassador Defendants . . . oppose entry of an order staying litigation of the FTX Third Party Actions pending completion of the Criminal Trial, oppose any request for jurisdictional discovery, but do *not* oppose entry of an order extending the deadline for Plaintiffs to oppose the Motions to Dismiss to November 6, 2023, and for Defendants to reply by December 6, 2023." [ECF 320, at 5-6 (emphasis in original)]. "Brand Ambassador Defendants" is defined in Plaintiffs' Corrected Amended Complaint [ECF 179] to include all of the YouTuber Defendants.

At no point during the prior week did Plaintiffs' counsel confer with counsel for any of the YouTuber Defendants regarding their request for a full stay of these proceedings pending the criminal trial of Sam Bankman-Fried or any request for jurisdictional discovery. Instead, the first contact that the YouTuber Defendants received was at 11:27am on Tuesday, October 3, 2023, less than an hour before Plaintiffs filed their Reply, requesting only an extension of the briefing schedule. Further, by the time of Plaintiffs' filing the YouTuber Defendants had not yet responded to Plaintiffs' email.

Plaintiffs further falsely represent in their Reply that all MDL Defendants agreed "***that an extension of the briefing schedule on the pending Motions to Dismiss is warranted***" (emphasis in original), although, again, the YouTuber Defendants had not yet responded to Plaintiffs' request before their Reply brief was filed, nor did the YouTuber Defendants agree that an extension was warranted. Plaintiffs' failure to confer in good faith prior to filing its motion is grounds, in of itself, for denial of their Cross-Motion. *See, e.g.*, *Burleigh House Condo., Inc. v.*

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200
#12091413

*Rockhill Ins. Co.*, 2022 WL 17082909, at *6 (S.D. Fla. Nov. 18, 2022) ("[Failure to confer] justifies an Order denying the motion, as the Eleventh Circuit has affirmed that failure to comply with Local Rule conferral requirements is an independently sufficient basis to deny a motion.") (citing *J.B. Hunt Transp., Inc. v. S & D Transp., Inc.*, 589 F. App'x 930, 933 (11th Cir. 2014)).

The YouTuber Defendants join the Sports & Entertainer Defendants' Opposition in all other respects.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

        **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

By: /s/    Jose G. Sepulveda
JOSE G. SEPULVEDA, FL Bar No. 154490
Primary: jsepulveda@stearnsweaver.com
Secondary: mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
Telephone: 305-789-3200

and

**POTOMAC LAW GROUP, PLLC**
Derek Adams, Esq., *Pro Hac Vice*
Primary: dadams@potomaclaw.com
Secondary: shendrix@potomaclaw.com
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
Telephone: 202-204-3005

*Counsel for Defendants Brian Jung
Erika Kullberg, and Creators Agency LLC*

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200
#12091413

**LAW OFFICE OF JOSEF M. MYSOREWALA, PLLC**

By: */s/ Josef M. Mysorewala*
   Josef M. Mysorewala, Esq.
   Fla. Bar No. 105425
   Primary Email: josefm@lawjmm.com
   2000 S. Dixie Hwy., Suite 112
   Miami, Florida 33133
   Telephone: (305) 356-1031

**FLANGAS LAW GROUP**
Kimberly P. Stein, Esq. (*pro hac vice*)
Primary Email: kps@fdlawlv.com
3275 South Jones Blvd.
Suite 105
Las Vegas, NV 89146

*Attorneys for Defendants, Graham Stephan, Andrei Jikh and Jeremy Lefebvre*


**CUMMINGS, MCCLORY, DAVIS &ACHO, P.C.**

By: *s/Michael O. Cummings*
   MICHAEL O. CUMMINGS
   New York Bar No. 2701506
   Primary Email: mcummings@cmda-law.com
   1185 Avenue of The Americas, Third Floor
   New York, NY 10036
   Telephone: (212) 547-8810
   RONALD G. ACHO
   Michigan Bar No. P-23913
   Primary Email: racho@cmda-law.com
   17436 College Parkway
   Livonia, MI 48152
   Telephone: (734) 261-2400

*Counsel for Defendant Jaspreet Singh*