UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 1:23-md-3076-KMM

*In re*

*FTX Cryptocurrency Exchange Collapse Litigation*

This Document Relates to the Administrative Class Action Complaint and Demand for Jury Trial as to the Bank Defendants (ECF No. 155)

**DECLARATION OF LARA SAMET BUCHWALD IN SUPPORT OF DEFENDANTS DELTEC BANK AND TRUST COMPANY LIMITED AND JEAN CHALOPIN'S OPPOSITION TO PLAINTIFFS' MOTION TO SERVE PROCESS THROUGH ALTERNATE MEANS**

I, Lara Samet Buchwald, declare as follows:

1. I am a partner of the law firm Davis Polk & Wardwell LLP, counsel to Defendants Deltec Bank and Trust Company Limited and Jean Chalopin, and I have filed a Certificate of Understanding in the above-captioned matter. I have personal knowledge of the matters set forth in this Declaration.

2. Attached as Exhibit 1 is a true and correct copy of an e-mail chain, on which the latest e-mail is sent from Joseph Saveri to me, copying others, dated July 28, 2023.

3. Attached as Exhibit 2 is a true and correct copy of an e-mail chain, on which the latest e-mail is sent from me to Hogan Paschal and others, dated September 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2023, at New York, New York.

/s/ *Lara Samet Buchwald*
Lara Samet Buchwald