# Exhibit 2

**From:** Buchwald, Lara Samet <lara.buchwald@davispolk.com>
**Sent:** Thursday, September 14, 2023 9:00 AM
**To:** Paschal, Hogan <hpaschal@fishmanhaygood.com>; Martins, Tatiana R. <tatiana.martins@davispolk.com>; Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Moore, Desiree F. <Desiree.Moore@klgates.com>
**Cc:** Swanson, James R. <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Subject:** RE: O'Keefe v. Sequoia et al. - Waiver of Service

Hogan,

Our clients—Deltec Bank & Trust Company Limited and Jean Chalopin—have been served with the complaint originally filed in the Southern District of Florida, O'Keefe v. Sequoia Capital Operations, LLC, et al., No. 1:23-cv-27000, via the relevant authorities in The Bahamas.

They have not been served with the duplicative complaint that plaintiffs filed in the Eastern District of Washington. We have not been authorized to accept service of that complaint.

With respect to the motion to dismiss deadlines, we already worked through a stipulated proposed order with your colleagues at the Moskowitz Law Firm and Boies Schiller. That stipulated proposed order was filed last week and an associated order has been entered.

Regards,

Lara



**Lara Samet Buchwald**

**Davis Polk & Wardwell** LLP
+1 212 450 4351 office
+1 973 865 3293 mobile
lara.buchwald@davispolk.com

**From:** Paschal, Hogan <hpaschal@fishmanhaygood.com>
**Sent:** Wednesday, September 13, 2023 10:23 AM
**To:** Buchwald, Lara Samet <lara.buchwald@davispolk.com>; Martins, Tatiana R. <tatiana.martins@davispolk.com>; Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Moore, Desiree F. <Desiree.Moore@klgates.com>
**Cc:** Swanson, James R. <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>
**Subject:** O'Keefe v. Sequoia et al. - Waiver of Service

Good morning,

I'm writing to request a waiver of service of the *O'Keefe* complaint against Deltec and Mr. Chalopin. We initiated service through the central authority for The Bahamas shortly after we filed the complaint in February but, as I'm sure you're aware, that process is lengthy, and I do not believe such service has yet been completed. In the interest of efficiency and uniform scheduling in the MDL, we thought we'd ask that your clients waive service, as the Court's Rule 12 deadlines are fast approaching.

Please let us know if your clients will agree to waive, and we will prepare the waivers. Otherwise, we will move the MDL court for an order granting service by alternative means. I will assume that if your clients do not waive service, they would oppose such motion.

Many thanks,
Hogan

Hogan Paschal
hpaschal@fishmanhaygood.com

**Fishman**Haygood LLP

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252 d:504.556.5507  f: 504.310.0270

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.