**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

This Document Relates to All Cases.

**PLAINTIFF'S MOTION TO DIRECT CLERK OF COURT TO REFERENCE**
**DISMISSED PARTIES AND COUNSEL AS TERMINATED ON COURT**
**DOCKET, AND TO REMOVE COUNSEL FROM CM/ECF DISTRIBUTION LIST**

Counsel for former Plaintiff Michael Elliott Jessup hereby file this Motion to: (1) amend the court docket to reflect the termination of Michael Elliott Jessup as a party per the Voluntary Dismissal filed on October 17, 2023 and (2) remove the undersigned counsel from the CM/ECF Distribution List per the prior dismissal, and state as follows:[1]

1.       On December 5, 2022, Plaintiff Michael Elliott Jessup ("Plaintiff") filed a putative Class Action Complaint in *Jessup v. Bankman-Fried*, Case No. 1:23-cv-22200-KMM. *See* ECF No. 1 in Case No. 1:23-cv-22200-KMM.

2.        On October 17, 2023, Plaintiff filed a Notice of Voluntary Dismissal, which voluntarily dismissed all causes of action alleged in the Complaint under Federal Rule of Civil

---

[1] I am also listed as an attorney for Elliott Lam, Russell Hawkins, and Julie Papadakis in the MDL docket. Prior to the *Jessup* action's transfer into the MDL, the action was proceeding in the United States District Court for the Northern District of California. Within *Lam v. Bankman-Fried*, No. 3:22-cv-07336-JSC (N.D. Cal), a motion was filed to consolidate the *Lam*, *Hawkins*, *Papadakis*, and *Jessup* cases. I filed a joint reply to this motion on behalf of the attorneys for Elliott Lam, Russell Hawkins, and Julie Papadakis in the *Lam* action in my capacity as Michael Elliott Jessup's attorney. *See* ECF No. 25 in N.D. Cal. Case No. 3:22-cv-07336-JSC. For that reason, I am listed as an attorney for these parties, although I have only represented Michael Elliott Jessup. I should not be designated as an attorney for other plaintiffs.

Procedure 41 in Case No. 1:23-cv-22200-KMM. *See* ECF No. 53 in Case No. 1:23-cv-22200-KMM.

3.     Despite Plaintiff's dismissal of Case No. 1:23-cv-22200-KMM, the court docket in the *Jessup* action and in this instant action do not reflect the dismissal. In addition, undersigned counsel for Plaintiff have remained on the CM/ECF distribution list as counsel for a dismissed party and continue to receive notifications of Court filings in this action.

4.     This Court recently entered a paperless Order in this MDL removing counsel for the former Defendant Silvergate Bank, a defendant dismissed voluntarily from this action, from the CM/ECF Distribution List. *See* ECF No. 232 (Paperless Order) in Case No. 1:23-md-03076-KMM.

5.     WHEREFORE, counsel for former Plaintiff, Michael Elliott Jessup, move the Court (1) for an Order instructing the Clerk of Court to (a) amend the docket in the *Jessup* action (Case No. 1:23-cv-22200-KMM) and the instant action to reflect the dismissal; and (b) remove Yaman Salahi, Rafey Balabanian, and Todd Logan and all related electronic mail service addresses from the CM/ECF Distribution List in the *Jessup* action and the instant action; and (2) for such other and further relief as may be just and proper under these circumstances.

Respectfully Submitted,

Dated: October 25, 2023                    By: /s/ *Yaman Salahi*

Rafey S. Balabanian
CA Bar No. 315962
rbalabanian@edelson.com
Yaman Salahi
CA Bar No. 288752
ysalahi@edelson.com
Todd Logan
CA Bar No. 305912

tlogan@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300
Fax: (415) 373-9435

*Attorneys for Plaintiff Michael Elliott Jessup*