# Exhibit F

**PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Project Name | Status | Lead(s) | Investment Type | Category | Investment am |
| 2 | Modulo Capital | 8. Closed | Adam Jin, Ram | Equity | Mining | $550,000,000 |
| 3 | Anthropic | 8. Closed | Sam Bankman- | Equity | AI | $499,999,900 |
| 4 | Digital Assets DA AG | 8. Closed | Sam Bankman- | Acquisition, Equ | Mining | $320,000,000 |
| 5 | IEX | 8. Closed | Sam Bankman- | Acquisition | Exchange | $270,000,000 |
| 6 | Genesis Digital Assets (Feb 22) | 8. Closed | Adam Jin, Ram | Equity | Mining | $250,565,931 |
| 7 | Modulo Capital (Second Subscription) | 8. Closed | Sam Bankman- | Fund | | $250,000,000 |
| 8 | K5 | 4. Soft committ | Sam Bankman- | Equity | Fund | $200,000,000 |
| 9 | Modulo Capital | 8. Closed | Sam Bankman- | Fund | | $150,000,000 |
| 10 | Pionic (Toss) | 8. Closed | Sam Bankman- | Equity | Digital Banking | $113,700,000 |
| 11 | LUNA | 9. Exited | Brian Lee | OTC, Token | | $107,700,346 |
| 12 | Genesis Digital Assets | 8. Closed | Ramnik Arora, | Equity | Mining | $100,000,000 |
| 13 | Dave Inc | 8. Closed | Ramnik Arora | Convertible Not | Digital Banking | $100,000,000 |
| 14 | Sequoia Capital Fund, L.P. | 8. Closed | Sam Bankman- | Fund | Fund | $100,000,000 |
| 15 | Sequoia Capital Heritage Fund / SCHF Cayman LP | 8. Closed | Sam Bankman- | Fund | Fund | $100,000,000 |
| 16 | LINEAR | 9. Exited | Brian Lee | OTC, Token | | $100,000,000 |
| 17 | Mysten Labs | 8. Closed | Amy Wu | Equity | Infrastructure | $99,999,843 |
| 18 | ONT | 9. Exited | Brian Lee | OTC, Token | | $96,222,857 |
| 19 | VOYAGER DIGITAL LTD. | 8. Closed | Ramnik Arora | Equity | Borrowing/Lend | $75,000,001 |
| 20 | VOYAGER DIGITAL LTD. (Loan) | 8. Closed | Ramnik Arora | Promissory Note | | $75,000,000 |
| 21 | Aptos / Matonee Inc(Series A) | 8. Closed | Ramnik Arora | Equity | Layer1 | $74,999,941 |
| 22 | HOLE Tokens | 8. Closed | Ramnik Arora | Token | | $67,500,000 |
| 23 | Liquid Value Fund I LP | 8. Closed | Ramnik Arora | Fund | Fund | $60,000,000 |
| 24 | Triple Dot | 8. Closed | Amy Wu | Equity | Gaming | $50,000,000 |
| 25 | NEAR (FTX follow up) | 8. Closed | Brian Lee, Amy | Token | Layer1 | $50,000,000 |
| 26 | Polygon Network | 8. Closed | Ramnik Arora | Token | Layer2 | $50,000,000 |
| 27 | Yuga Labs (BAYC) | 8. Closed | Amy Wu | Equity | NFT | $50,000,000 |
| 28 | Exodus | 8. Closed | Sam Bankman- | Equity | Wallet | $49,999,986 |
| 29 | SkyBridge Capital II, LLC | 7. Pending on p | Ramnik Arora | Fund | | $45,000,000 |
| 30 | REN | 9. Exited | Brian Lee | OTC, Token | | $40,948,702 |
| 31 | Critical Ideas, Inc. (Chipper Cash) | 8. Closed | Ramnik Arora | Equity | | $40,000,000 |
| 32 | LayerZero Labs Ltd | 8. Closed | Ramnik Arora, | Equity | Bridge, Infrastr | $40,000,000 |
| 33 | Brinc Drones | 8. Closed | Ramnik Arora | Equity | | $39,999,992 |
| 34 | Chipper Cash / Critical Ideas Inc (additional investment) | 8. Closed | Ramnik Arora | Equity | | $35,000,000 |
| 35 | Play Up | 8. Closed | Sam Bankman-Fried | | | $35,000,000 |
| 36 | Voyager Digital PIPE | 8. Closed | Ramnik Arora | PIPE | | $35,000,000 |
| 37 | FTM | 9. Exited | Brian Lee | OTC, Token | | $34,949,727 |
| 38 | Port Finance (Token Swap) / Contrarian Defi LLC | 8. Closed | Sam Bankman- | Token | | $33,400,000 |
| 39 | PROM | 9. Exited | Brian Lee | OTC, Token | | $30,725,590 |