# Exhibit G

**PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

# Liquid Value Fund I, LP

**Sino Global Capital** *in partnership with* **FTX**




Information Current as of January 5, 2022

Private & Confidential - Not for Distribution

 

# Executive Summary

➤ **Liquid Value Fund I** is a stage agnostic closed-ended VC fund that invests in blockchain technology, cryptocurrencies and adjacent infrastructure.



Sino Global Capital is an Asia-based VC that has an **unrealized multiple of 31.8x** on mark-to-market investments that were made with prop capital over the last 15 months.

SGC is the **GP responsible for all fund discretionary decisions** of Liquid Value Fund I.



FTX is a cryptocurrency derivatives exchange that handles over $10B in daily volume.

**FTX** will serve as **Co-GP** and **anchor LP** of Liquid Value Fund I, providing significant strategic advantage. FTX will provide up to $60m in capital contributions.

➤ Fund I has a current portfolio of 22 investments, including an investment with a **14x markup and one with a 31x markup.**

➤ GP will return 100% of LP capital before taking carried interest.

➤ Substantial investment weight given to **FTX, Solana, and Serum** ecosystems.

Private & Confidential – Not for Distribution

 

1. **Sino Global Capital**

2. Liquid Value Fund I ("LV I")

3. Case Studies

4. Offering Overview

5. Contact & Data Room

6. Appendix

Private & Confidential - Not for Distribution

3

Sino Global Capital 

# Key Facts

**Sino Global Capital – Key Facts:**

➢ Founded in 2015 and exclusively crypto-focused since early 2017.

➢ Writes strategic checks to best-in-class blockchain and digital asset projects.

➢ Known for strong Asia-based networks and ability to bridge East-West gaps.

➢ Prop AUM of more than $300M.

**Sino Global Capital – Team Member Distribution:**



Note: Beijing (1), Shanghai (1), Kunming (2), Hong Kong (1), Kuala Lumpur (1), Singapore (1), The Hague (1), Miami (1), Utah (1), USA (1), Bengaluru (2).

Private & Confidential – Not for Distribution

**Sino Global Capital**                                                    SINO  

# Team



Managing Partner & CEO
**Matthew Graham**

Matthew has seven years of mainland China investment banking experience with a focus on representing international technology companies in China for strategic partnership and investment. Previously Matthew working in financial services as trader. @mattysino



Partner
**Haru Chen**

Haru is a serial entrepreneur and investor from China's Yunnan Province. She has been focused on blockchain since 2015, and has invested in numerous successful projects including Ethereum, Neo, Ontology, EOS, Ada, RSK, and AE.



Chief of Staff
**Dermot McGrath**

Dermot has over 5 years of China experience focusing on corporate finance, investment analysis, deal making and technology commercialization. Before joining Sino Global Capital, he worked as a Finance Manager for a blue-chip Chinese Fortune 500 company. @dermotmcg



COO & Head of Investment
**Ian Wittkopp**

Ian has 6 years of experience working at the Bureau of Labor Statistics in Washington, D.C. in both the Budget and Economic Indicators Offices. Before joining SGC, Ian also consulted for numerous MNCs including Volkswagen-China and was a Product Manager at an InsurTech. @ianw888



General Counsel & Head of IR
**Patrick Loney**

Over seven years experience as a lawyer, merchant banker and entrepreneur in mainland China. Serving as General Counsel and fundraiser for SGC. Fluent in English and proficient in Mandarin. @PatrickLoneyo



Senior Investment Associate
**Hans Xiang**

Hans has over 3 years' experience in the blockchain industry. He completed his BSc in Finance & Control at The Hague University of Applied Sciences and has recently finished his MSc in Financial Technology at The University of Glasgow. He has a multilingual background in English, Chinese and Dutch. @OmniscientAsian



Vice President - Communications
**Sally Wang**

Sally has 6+ years combined experience in communications and crypto. Started as a Journalist in China state-owned media CGTN and found her passion for crypto. She has guided multiple crypto brands including TokenInsight, Velo Labs, DCG's Foundry etc. @sallywang666



Investment Associate
**Thomas Tang**

Thomas has 2+ years of experience in traditional finance, previously working at Citibank across multiple verticals including equities, credit & risk, portfolio & asset management. Thomas graduated from the London School of Economics in 2019, majoring in Accounting and Finance. @TTxox



Investment Associate
**Wei Han**

Wei Han has over 5 years of product development experience in the Fintech industry. An early participant to the DeFi space, he was top 100 in the Degen Score leaderboard. Now, as a full-time investment associate at SGC he helps contribute to deal sourcing and research. @icweihan



Investment Analyst
**Ben Poynor**

Ben has four years of crypto experience, three years in backend web development, and two years in venture capital. @0xPernulis




# We invest early and with conviction









 

1. Sino Global Capital

## 2. Liquid Value Fund I ("LV I")

3. Case Studies

4. Offering Overview

5. Contact & Data Room

6. Appendix

Private & Confidential - Not for Distribution                9

**Liquid Value Fund I**   

# Fund & Manager

➤ Liquid Value Fund I, LP (the "Fund") is **managed by Sino Global Capital ("SGC") in partnership with FTX**.

➤ SGC will make **all discretionary decisions** regarding the management of the Fund.

➤ FTX will be **co-GP and anchor LP**. The fund represents the first time that FTX has allocated capital to an outside VC manager.

➤ SGC's mark-to market prop capital investments have a **31.8x unrealized multiple**.

➤ SGC has **22 deals** (and counting) in the Liquid Value Fund I portfolio.



**SINO** GLOBAL CAPITAL

Matthew Graham
**CEO** | @mattysino

SGC is an established crypto investor with deep roots in Asia and within the rapidly expanding Solana ecosystem. Founded by Matthew Graham, SGC invests in leading crypto teams around the world.



**FTX**

Sam Bankman-Fried
**CEO** | @sbf_ftx

FTX is a crypto finance empire built by Sam Bankman-Fried ("SBF") & includes FTX Int'l ($25B crypto exchange), FTX.US (crypto exchange), Alameda Research (prop trading) & Alameda Ventures (prop VC).

Liquid Value Fund I  

# Key Advantages

*Competition for the best deals has increased; LV Fund I has significant advantages to access the best deal flow*



**Partnership with FTX**

➢ FTX as a co-GP and anchor LP unlocks significant strategic advantage.

➢ Rapidly growing brand recognition in US through high profile sponsorships of Miami Heat Arena, MLB and star athletes including Tom Brady, Steph Curry and Lewis Hamilton



**Best-in-class reputation and expertise**

➢ Crypto is an industry with large amounts of "vaporware."

➢ SGC investment signals trustworthiness and quality

➢ SGC provides key strategic relationships and post-investment support to portfolio.



**Significant mindshare in Solana ecosystem**

➢ SGC has invested broadly in Solana infrastructure

➢ Co-hosted a product demo day with Solana team to showcase best-in-class teams.

➢ Solana Ecosystem Outlook with SBF (FTX founder), Anatoly Yakovenko (Solana founder) and Matt (SGC founder)



**Strong Asia-based network and geographic diversity**

➢ SGC provides a strong Asia network and expertise, while also bridging Western networks.

➢ Being an Asia-based VC provides a significant advantage in winning deals.

Liquid Value Fund I  

# Key Advantages: FTX



**#32 Sam Bankman-Fried**
Founder, FTX

REAL TIME NET WORTH  $22.5B
as of 10/11/21

- Sam Bankman-Fried is the richest person in crypto, thanks to his FTX exchange and Alameda Research trading firm.

## THE WALL STREET JOURNAL.

MARKETS | DEALS

### Crypto Exchange FTX Valued at $18 Billion in Funding Round

Investors include SoftBank, Sequoia Capital and Daniel Loeb's Third Point hedge fund





Cryptocurrencies

### Tom Brady and Gisele Bündchen Take Equity Stake in Crypto Firm FTX

By Vildana Hajric  + Follow
June 29, 2021, 8:00 PM GMT+8
Updated on June 30, 2021, 3:10 AM GMT+8

► 'They were both really into it,' says FTX's Sam Bankman-Fried

► Tampa quarterback tweets Monday that 'laser eyes didn't work'

Private & Confidential - Not for Distribution

**Liquid Value Fund I**  

# Key Advantages: FTX

*FTX as a Co-GP and anchor LP unlocks significant strategic value through FTX ecosystem collaboration*

### Sam Bankman-Fried is the CEO or founding member of the below entities



➤ Raised $1.32B in 2021; valued at $25B.

➤ Lists over 250 futures and 100 spot markets.

➤ Avg daily volume of $12–15B.

➤ Official sponsor of Major League baseball and Miami Heat.

 **FTX US**

➤ Subsidiary of FTX, focused on the U.S. market.

➤ Acquired LedgerX to expand offerings.

➤ Controls a CFTC derivatives clearing organization license letting it host complex contracts on the platform.

➤ Avg daily volume of $200–250M.



➤ Best-in-class OTC desk & market making services

➤ Manages over $1B in digital assets

➤ Trades between $1-$10 billion per day across thousands of products



➤ First decentralized, on-chain, central limit order book.

➤ Recently launched permissioned markets setting.

➤ $40M+ in daily volume (trailing 7 days)





Liquid Value Fund I  

# Key Advantages: Reputation

*SGC has spent years cultivating deep ecosystem relationships; SGC on a cap table is signal that a project is high quality*

**Reputation among crypto users and other investors:**

View SGC as long-term, high trust, community member





**Reputation among builders and portfolio companies:**

View SGC as taking extra effort post-investment



**Bryan Pellegrino – CEO of LayerZero Labs**
Sino Global Capital's founder friendly culture, deep network in both the east and west, and proven track record of extremely high commitment to long-term vision with portfolio companies makes them one investor every company building something real in this space should want in their corner

Liquid Value Fund I  

# Portfolio Investments (Page 1 of 2)

| Project | Category | Description |
|---------|----------|-------------|
| ORCA | Decentralized Exchange | **Orca** is the easiest, fastest, and most user-friendly automated market marker on Solana, a human-centred DEX built to optimise for simplicity and composability. |
| LayerZero. | Cross-Chain Architecture | **LayerZero** is an omnichain interoperability protocol that unites decentralized applications across disparate blockchains. |
| Clearpool | Institutional Liquidity | **Clearpool** is a decentralized capital markets ecosystem, where institutions can borrow uncollateralized liquidity, and LPs get attractive rewards. |
| ZETA | Decentralized Derivatives | **Zeta** is the premier under-collateralized DeFi options platform, providing liquid derivatives trading to individuals and institutions alike. |
| VYBE NETWORK | Blockchain Infrastructure | **Vybe Network** is the premier data-processing & analytics protocol for the Solana & Serum community. |
| SOLCERY | Gaming Infrastructure | **Solcery** is a decentralized games hub on Solana, connecting players, developers and creators in one place. |
| PHANTASIA | Sports Gaming | **Phantasia** is the first of its kind Fantasy Sports Platform made for players and powered by Blockchain technology. |

Private & Confidential · Not for Distribution

| Liquid Value Fund I |  SINO |  FTX |
| --- | --- | --- |

# Portfolio Investments (Page 2 of 2)

| Project | Category | Description |
| --- | --- | --- |
| paraswap | DeFi Aggregator | **ParaSwap** aggregates decentralized exchanges and other DeFi services in one comprehensive interface to streamline and facilitate users' interactions with DeFi. |
| STAKE | Liquid Staking | **pSTAKE** is a liquid staking protocol unlocking the liquidity of staked assets which can be used in DeFi to generate additional yield. |
| Atomic Form | NFT Hardware | **Atomic Form** builds hardware and software for NFTs and Web3 media, bridging physical and digital worlds through on-chain verification, participation and display. |
| NYAN | Decentralised Gaming | **Nyan Heroes** is a NFT play-and-earn metaverse built on Solana featuring a third-person shooter battle royale game. |
| BETDEX | Sports Betting | **BetDex** is a global decentralised sports betting protocol that is permissionless, allowing anyone to build applications on top. |
| XDEFI WALLET | Wallet Infrastructure | **XDEFI Wallet** is a multi-chain wallet built for DeFi users and NFT lovers with native integrations on THORChain, Ethereum, several EVM networks and Terra. |
| cypher | Decentralized Exchange | **Cypher** is a decentralized synthetic asset protocol on the Solana blockchain that facilitates price and demand discovery in nascent markets. |
| marginfi | Trading Protocol | **MarginFi** allows traders to seamlessly trade across Solana protocols through one global margin account. |

Private & Confidential · Not for Distribution

17

 

1. Sino Global Capital

2. Liquid Value Fund I ("LV I")

3. **Case Studies**

4. Offering Overview

5. Contact & Data Room

6. Appendix

Private & Confidential - Not for Distribution

Case Study                                                    SINO    FTX

# Solana

Solana is a built to **optimize speed, volume, cost efficiency and composability**, which we believe will drive mass adoption of Solana-based crypto services.

**Speed/Volume.**
Currently can process ~50,000 tps
Theoretically scalable to ~710,000 tps

**Cost efficiency.**
Ultra-low fees ($0.0008/tx).

**Composability.**
Highly composable infrastructure and developer
tools accelerates innovation



Source: DeFi Llama

*Watch*: Matthew Graham, SBF and Solana founder Anatoly Yakovenko discuss upcoming trends in the Solana ecosystem. (September 10, 2021)
*Read*: Solana's roadmap for increased decentralization and scaling.

Case Study  

# Solana

*Solana is a highly performant chain with the ability to scale transactions*



|  | Solana | Polkadot | Cardano | Cosmos | Avalanche | Algorand | Binance Smart Chain | Ethereum | Ethereum 2' | Arbitrum | Optimism |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TPS | 50,000 | 400 | 250 | 1,400 | 4,500 | 1,000 | 100 | 30 | 100,000* | 2,000 | 2,000 |
| Finality time | 0.4 seconds | 12-60 seconds | ~20 seconds | 1-3 seconds | 1-5 seconds | 4.5 seconds | 75 seconds | 5 minutes | 20 - 60 seconds | Up to 1 week | Up to 1 week |
| Avg tx fee | $0.0005 | $0.46 | $0.38 | $0.03 | $0.03 | $0.001 | $0.01 | $20-200+ |  | $3-12 | $1-5 |
| # of Validators | 1,083 | 297 | 2,076 | 125 | 1,025 | 1,254 | 21 | 3,023 | 242,772 | N/A | N.A |
| Type | Layer 1 | Sharding | Layer 1 | Layer 1 | Layer 1 | Layer 1 | Layer 1 | Layer 1 | Sharding | Layer 2 (Optimistic rollup) | Layer 2 (Optimistic rollup) |

* ETH2 o stats are theoretical

**Note on Decentralization:** At ~1,000 nodes, Solana is often criticized for being "centralized." We agree Solana needs more independent nodes and believe it will as it grows. However, mass adoption (among devs, consumers and institutions) will not hinge on decentralization but rather on speed, volume, cost and composability.

Case Study  

# Serum

In August 2020, FTX launched Serum, the first DEX using a fully decentralized central limit orderbook (CLOB). Serum enables transaction bundling and potential for advanced, automated investment strategies.

## Serum and its ecosystem are highly composable

Applications use Serum as an economic clearing mechanism, share Serum's common liquidity pool and access services offered by one another.

**Key Benefit**

This allows projects to focus their efforts on refining their own product (i.e. risk engine, margin engine, front end) and business model, and to launch, pivot and iterate as needed.

**DeFi Applications built via composable blocks**

BONFIDA   Jet   MANGO MARKETS   コープ|COPE

RAYDIUM   OXYGEN   Media Network   STAR ATLAS

**Infrastructure**

SERUM   PYTH

**Layer 1**

SOLANA

SINO
Credit:
@iamed899
@FTXDs

* Serum Ecosystem project examples in Appendix

Private & Confidential – Not for Distribution

21

Case Study                                                        SINO GLOBAL CAPITAL       FTX

# Adjacent Investment Opportunities

We continue to invest in projects that are adjacent to our core focus of DeFi and the Solana ecosystem. Typically, these decisions are made based on the quality of the founders and teams at these companies.

 FTX

**Cryptocurrency derivatives exchange built by traders, for traders**

➤ Offers innovative products including industry-first derivatives, options, volatility products and leveraged tokens

➤ Strives to be robust enough for professional trading firms and intuitive enough for first-time users

 Mintbase

**Global NFT platform and marketplace**

➤ "Shopify for NFTs": allows anyone to create their own NFTs and marketplace while abstracting away all complexity

➤ Innovative auction types and token features such as spawning, self-destructing and embedded value tokens

 WINTERMUTE

**Leading Crypto market maker and proprietary trading firm**

➤ Crypto-native market maker focused on creating efficient, liquid, transparent markets

➤ Provides liquidity algorithmically more than $5B+/day across most cryptocurrency exchanges and trading platforms

 

1. Sino Global Capital

2. Liquid Value Fund I ("LV I")

3. Case Studies

4. **Offering Overview**

5. Contact & Data Room

6. Appendix

Private & Confidential - Not for Distribution

23

| Liquid Value Fund I |  SINO GLOBAL CAPITAL |  FTX |
| --- | --- | --- |

# Offering Overview

## Liquid Value Fund I

The investments we make out of **Liquid Value Fund I** will leverage SGC's strong reputation, experience, and network while adding the immense strategic benefits of a best-in-class partner like FTX.

We plan to continue to cultivate high ROI opportunities in the FTX, Solana, and Serum ecosystems while broadening into other areas of innovation.

| | |
| --- | --- |
| General Partners | SINO GLOBAL CAPITAL  FTX |
| Size | $175M Target; $200M Hard Cap |
| Minimum Ticket | $1 million |
| Term | Close-ended: 10 (+1) years |
| Investment Period | 4 years (ideal is 18–30 months) |
| Distribution | 100% of LP capital returned before GP carry |
| Mgmt Fee / Carry | 2% / 20% |
| Initial Closing | December 15, 2021 ($10m; FTX) |
| Investment Stage | Early-stage; Follow-on; Private "treasury rounds"; Select big tickets |



| Service Providers | Cayman Counsel: | WALKERS |
| --- | --- | --- |
| | LPA/PPM: | COLE-FRIEMAN & MALLON LLP |
| | Tax: | BPM |
| | Administrator: | STOVER |

Private & Confidential – Not for Distribution

 

1. Sino Global Capital

2. Liquid Value Fund I ("LV I")

3. Case Studies

4. Offering Overview

**5. Contact & Data Room**

6. Appendix

Next Steps                                                              SINO    FTX

# Contact & Data Room

**Data Room Contents:**

- PPM
- LPA
- Subscription Agreement
- Team Track Record
- Warehouse/Portfolio Materials
- Organizational Documents

**Contact and Data Room Access:**

Detailed descriptions of the offering, our investment track record, warehoused and portfolio investments, and subscription documents can be found in the Fund's data room.

Please email investors@sinoglobalcapital.com to request access.

Private & Confidential - Not for Distribution

 

# Legal Disclosure

The information contained in this presentation (the "Presentation") is highly confidential and is being provided for information purposes only to a limited number of financially sophisticated persons who have expressed an interest in the matters described herein.

The Presentation does not constitute an offer to sell, or a solicitation of an offer to purchase, any securities.  Any such offer or solicitation will be made in accordance with applicable securities laws.

The Presentation is being provided on a confidential basis solely to those persons to whom this Presentation may be lawfully provided.  It is not to be reproduced or distributed to any other persons (other than professional advisors of the persons receiving these materials).  It is intended solely for the use of the persons to whom it has been delivered and may not be used for any other purpose.  Any reproduction of the Presentation in whole or in part, or the disclosure of its contents, without the express prior consent of Liquid Value GP Limited is prohibited.

No representation or warranty (express or implied) is made or can be given with respect to the accuracy or completeness of the information in the Presentation.  Certain information in the Presentation constitute "forward-looking statements" about potential future results.  Those results may not be achieved, due to implementation lag, other timing factors, portfolio management decision-making, economic or market conditions or other unanticipated factors. Nothing contained herein shall be relied upon as a promise or representation whether as to past or future performance or otherwise.

In considering the performance information contained herein, past performance is not necessarily indicative of future results, and there can be no assurance that comparable results will be achieved.

The views, opinions, and assumptions expressed in this presentation are as of the date listed on the cover, are subject to change without notice, may not come to pass and do not represent a recommendation or offer of any particular security, strategy or investment.

The Presentation does not purport to contain all of the information that may be required to evaluate the matters discussed therein.  It is not intended to be a risk disclosure document.  Further, the Presentation is not intended to provide recommendations, and should not be relied upon for tax, accounting, legal or business advice.  The persons to whom this document has been delivered are encouraged to ask questions of and receive answers from the general partner of the Company and to obtain any additional information they deem necessary concerning the matters described herein.

None of the information contained herein has been filed or will be filed with the Securities and Exchange Commission, any regulator under any state securities laws or any other governmental or self-regulatory authority. No governmental authority has passed or will pass on the merits of this offering or the adequacy of this document. Any representation to the contrary is unlawful.

 

1. Sino Global Capital

2. Liquid Value Fund I ("LV I")

3. Case Studies

4. Offering Overview

5. Contact & Data Room

**6. Appendix**

Appendix 1  

# SGC Prop Track Record

Mark-to-Market Investments

| Company | Token ticker | Investment Amount ($000s) | % of prop cap | Mark-to-Market ($000s) | MOIC |
|---|---|---|---|---|---|
| Serum | SRM | | | | 114.7x |
| Mask Network | MASK | | | | 42.9x |
| Bonfida | FIDA | | | | 35.5x |
| Delta Exchange | DETO | | | | 5.4x |
| MAPS | MAPS | *Redacted – See Data Room* | | | 11.5x |
| Oxygen | OXY | | | | 7.6x |
| Solana | SOL | | | | 15x |
| Zignaly | ZIG | | | | 8.6x |
| Mercurial Finance | MER | | | | 3.2x |
| Impossible Finance | IF | | | | 28.7x |
| Jet Protocol | JET | | | | 19x |
| Party Parrot | PRT | | | | 4.3x |
| **Total** | | $4,080,000 | 38% | $129,705,997 | 31.8x |

Investments with no public market price

| Company | Token ticker | Investment Amount ($000s) | % of prop cap | Mark-to-Market ($000s) | MOIC |
|---|---|---|---|---|---|
| Mintbase | - | | | | 1x |
| Wintermute | - | | | | 1x |
| Zapper.fi | - | *Redacted – See Data Room* | | | 1x |
| Pyth | - | | | | 1x |
| FTX | - | | | | 1x |
| FTX US | - | | | | 1x |
| **Total** | | $6,772,842 | 62% | $6,772,842 | 1x |

**Note:** The multiple of 31.8X was calculated based on 12 investments using the following formula: [Current market price of all SGC primary or private deals which are actively traded with a quoted market price] / [Total invested capital on such deals]. The 6 primary or private deals for which there is not a current public market price are excluded from the calculation, although, if comps were used, many of these investments would show significant gains.

Finally, secondary market purchases of Solana (at a blended price below $2) and FTX's exchange token FTT (at a blended price below $1) are not included in the above estimates. As of January 5, 2022, Solana was traded at $149.31 and FTT at $37.23.

 Back to "Return Performance"



**Appendix 2**       

# Solana Advantage Visual

*High performance next generation blockchains unlock a virtuous cycle leading to mass adoption*

**Virtuous Cycle of Next Gen Protocols**

1. High performance blockchains *(i.e. Solana)* unlocks **additional "design space"** *(i.e. speed, cost, composability)*
2. Key infrastructure "legos" use new design space to **build differently** *(i.e. Serum)*
3. Applications **build better products**
4. **Users enter the ecosystem,** attracted by differentiated products
5. **UX improves** as experience becomes differentiator *(i.e. deprecation of Serum Swap)*
6. **Total Value Locked increases rapidly**
7. Ecosystem interest and **investment increases,** more institutional entrances *(i.e. $314.5M Solana fundraise)*

Appendix 3                                                                         SINO  FTX

# Interesting Solana Ecosystem Projects

| Product | Industry | Description |
|---|---|---|
| PYTH | Data Oracle | To compete with NASDAQ as a provider of real time data to financial firms, Jump Capital identified Solana as the only viable blockchain on which to launch Pyth, an oracle that feeds real-time data from around the world directly into Serum and registered on the Solana blockchain. |
| Serum | Infrastructure | FTX chose Solana on which to build Serum, the first ever decentralized central limit order book (CLOB) on which other financial apps are built. We discuss Serum in more detail in the following slides. |
| jet | DeFi | Taking advantage of Solana's highly composable blockchain, Jet Protocol built out a borrow-lending protocol available for its own users and also other projects within the Serum ecosystem. Jet will even allow for cross chain rate arbitrage powered by Solana and Serum. |
| Parrot | DeFi | Parrot Protocol is a liquidity and lending network that uses their own stablecoin, PAI to centralize exposure taken across multiple collateral types. The team chose Solana because allows multiple processing steps to be combined into a single transaction, enabling complex collateral types to be efficiently liquidated. |
| AUDIUS | Music Streaming | Audius is a blockchain-powered, decentralized music streaming service with social media features. It is owned and run by an open-source community of artists, fans, and developers. The founders of Audius chose Solana for its high-performance and ability to house a platform with the potential need to scale rapidly. |
| STAR ATLAS | Gaming | Star Atlas is a next-generation video game involving space exploration, territorial conquest, political domination, and more. It features a decentralized economy and plans to evolve into a metaverse. (Watch trailer). The team chose Solana because it is the only blockchain with the computational bandwidth akin to the modern internet. |

Private & Confidential – Not for Distribution

Appendix 4

 

# Portfolio Construction

In our prop capital investments, we were capital constrained and not able to "size up" and lead as many investment rounds as desired.

➢ In Liquid Value Fund I, we will continue to invest heavily in early-stage (Seed/Series A) projects. Check sizes are under $1.5M with 30% capital allocated. These early-stage investments will start a relationship with the founders and allow for value to be built post investment.

➢ Roughly 40% of the fund will be invested in deals between $1.5M-$5M. With this check size we will lead follow-ons for Seed/Series A projects. Additionally, we will participate in private placements.

➢ Finally, roughly 30% of the fund will be invested in deals over $5M. These are unique opportunities where ability to size up meets conviction.



**Check Size**
- Small: <$1.5M+ — 30%
- Large: $5M+ — 30%
- Medium: $1.5M-$5M — 40%

**Token vs. Equity**
- Equity 25%
- Tokens 75%






| VYBE NETWORK | ORCA | WINTERMUTE |
|---|---|---|
| ➢ Co-lead investor<br>➢ Token investment in a seed round project.<br>➢ Post money-cap $25M<br>➢ Strategy: Build relationship and size up in future rounds. | ➢ Private placement token investment from Orca treasury.<br>➢ Received token discount for lockup & strategic support.<br>➢ Strategy: Size positions up. | ➢ Series B equity investment w/ dividend.<br>➢ Chain agnostic crypto-adjacent infrastructure<br>➢ Strategy: Strategic cooperation & future investment |

Private & Confidential – Not for Distribution

Appendix 4 

# Portfolio Construction

The investment breakdown of our prop capital could reflect thinking on future investment allocations.

➢ Solana projects (42%): We continue to see strong deal flow in the Solana ecosystem due to our strong reputation and mindshare. These projects span DeFi, NFTs/gaming, sports betting, and developer infrastructure.

➢ Chain-agnostic infrastructure (42%): We view crypto-adjacent or supporting infrastructure like centralized exchanges, wallets, market makers, and agnostic aggregators as superior investment opportunities in a multi-chain world.

➢ Non-Solana projects (16%): We continue to believe in a multi-chain world where different use cases are more suited or less suited for different chains. We have also made investments on Ethereum, NEAR, and Binance Smart Chain.

### *Potential* Investment Breakdown



**Note:** The above percentages reflect the breakdown of our previous prop capital portfolio (19 investments); Liquid Value Fund I *could* exhibit a similar breakdown.