# Exhibit I

**PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

**Link to fund raise folder: https://drive.google.com/drive/folders/13aqMtWqNA1LJWR5-6sROtri4qNcSdfaX?usp=sharing**

| Name | Contacts | BTIG | Signature Block | Side letter |
|---|---|---|---|---|
| Sequoia | .com, lin@sequoiacap.com, pfu@sequoiacap.com & Goodwi | | Executed | Yes |
| Paradigm Capital | att@paradigm.xyz, arjun@paradigm.xyz & Latha | No | Sig packet sent to Adam Zuckerman at Latham | Yes |
| Thoma Bravo | )thomabravo.com, cchan@thomabravo.com & Kirkland | | Executed | Yes |
| SoftBank | ank.com, zelda.desouza@softbank.com, hayley.chan@softbar | | Executed | Yes |
| Third Point LLC (Dan Loeb's fund) | n, RBrem@thirdpoint.com, Morgan Lewis (scot | No | om/drive/folders/1bv2Fb6KnHf-O5t5vs8yutis4jb | Yes |
| Insight Partners | com, efisher@insightpartners.com, Astarker@insightpartners | | Executed | Yes |
| Ribbit Capital | tcap.com, zack@ribbitcap.com & Latham; max( | No | Sig Packet sent to attorney | Yes |
| Lightspeed Venture Partners | an@lsvp.com, ryan@lsvp.com, morgan@lsvp.com, Ravi@lsv | | Executed | Yes |
| Willoughby Capital (Dan Och's fund) | om>, Adnan Ahmad <adnan@willcapllc.com>; | Yes | V 6, LLC – $5mmhttps://drive.google.com/drive/f | Yes |
| 40 North Capital LLC. | n.leidinger@40north.com, matthew.pavia@40nc | Yes | om/drive/folders/1j4jSkBc0twQI9epl3iq-RCRR3hl | Yes |
| Multicoin Capital | kyle@multicoin.capital, brian@multicoin.capital | No | /drive/folders/1NhBO7pNE-Y4Rse55ZiOeDl0mz | No |
| Altimeter | @altimeter.com, James Ho <james@altimeter.co | No | om/drive/folders/1k-0oac6jQw3gdlPNcAzccYJoVu | No |
| Coinbase Ventures | ase.com, shan.aggarwal@coinbase.com, ventures | | Executed | Yes |
| Bond Capital | om, paul@bondcap.com, katie@bondcap.com, l | No | Executed | Yes |
| Precept (Mark Cuban) + Hunt Family | er@preceptfund.com, nroossien@preceptfund. | Yes | om/drive/folders/1yjgv1MEHfvt-JozIAezM112ng | No |
| Senator Investment Group | JArmao@senatorlp.com & SRZ | | ive.google.com/drive/folders/1SWnH7CrNnGafNyxT_s6Cydd | Yes |
| Paul Tudor Jones | n.com, Colleen.Dodman@jnsgrp.com, Michael. | No | n/drive/folders/1bRCInlrCOSWiXtioMbcMkAjLg | No |
| Tribe Capital | a@tribecap.co, raaid@tribecap.co, arj@tribecap. | Tribe Capital | | No |
| Tekne | ben@teknecap.com | Yes | n/drive/folders/1g-Sa-vwM7K-1G2mH-24ngTQ_l | No |
| DWF | m.rendchen@digital-wave.ch | Yes | om/drive/folders/1-roK9tNvIy7GhLx7-yrPL6Hyr | No |
| Circle | m, pcorker@circle.com, jallaire@circle.com, fna | Yes | /drive/folders/1WwVzMZCmJWRnlHKsynos8war | No |
| Race Capital | @race.capital, alfred@race.capital, edith@race.c | Yes | /drive/folders/1vazPyBHbrTVa89WuhBUB-ZFR\ | No |
| Pantera Capital | n@panteracapital.com, Lauren@panteracapital. | Yes | Ramnik to reach out | No |
| Ryan Rabaglia (LCV Shire Holdings) | glia@gmail.com, partner@lc.ventures, invest@lc | Yes | n/drive/folders/108tzGwECUundUIe9Axw0e3xyJ | No |
| Alan Howard | com, Craig.Adams@brevanhoward.com, Naomi | No | om/drive/folders/1aKygwi2ZTrVSDbnxFch28jyqx | No |
| Izzy Englander | JWhitney@iefo.com, spavel@iefo.com | No | Executed | Yes |
| Matthew Graham/Sino Global | matthew.graham@sinoglobalcapital.com | Yes | /drive/folders/1aCsCAVDvAPVvMemr6h62ZzN: | No |
| Belfer Management LLC | taub@belfermgmt.com, cdamore@belfermgmt. | Yes | LC C/O BELFER MGMT associated with Belfer N | Yes |
| White Truffle | le.fund, nikita.masyukov@its-trade.com, sergei.v | Yes | /drive/folders/1QuWiCDsV9QP7rAyJMA95Dxu) | No |
| Nibbio | bbio.io, arnaud.mazzucco@nibbio.io, clarens.caraccio@nibbi | | m/drive/folders/1b2tiy_1-8bHOLgNMGcm1W3W( | No |
| NEA | r@nea.com, sbrecher@nea.com, SThompson@nea.com | | Executed | Yes |
| Jason Tang/True Edge Capital | quant@trueedgecapital.com.cn | Yes | n/drive/folders/1qLp4XRxtZPShtzudMTrnv5Xmn | No |
| Kraft Family | ls@thekraftgroup.com, davidl@thekraftgroup.c | Yes | n/drive/folders/1ZO7bycbajStSBR4c6mt8yGQUV | Yes |
| Hazoor Partners | ers.com, Craig@hazoorpartners.com, Harpreet@ | Yes | om/drive/folders/18Cv4ogBStr_zsFwc_0MydzlGn | No |
| VanEck - Asset Manager | ggurbacs@vaneck.com, lrappaport@vaneck.com | Yes | m/drive/folders/1CSa9Lskra5cK6uWEsRuAFb7xI | No |
| Folkvang | e@folkvang.io, jeff@folkvang,io, james@folkvang.io | | Signature packet sent to attorney | No |

| Link to fund raise folder: https://drive.google.com/drive/folders/13aqMtWqNA1LJWR5-6sROtri4qNcSdfaX?usp=sharing | | | |
|---|---|---|---|
| Name | Media | tro'ed to Fenw | Contacts |
| OTPP | 1 (Confirmed) | 1 | emmanuelle_norchet@otpp.com, andrew_jang@otpp.com |
| Sequoia Global Equities | 1 (Confirmed) | 1 | sequoiacap.com, Kimberly Summe <summe@sequoiacap.com>, Scott Wu <Wu@sequoiacap |
| Temasek | 1 (Confirmed) | 1 | antonylewis@temasek.com.sg, sijia@temasek.com.sg, |
| SEA | 1 (Confirmed) | 1 | David Ma <mad@sea.com> |
| Ribbit Capital | 1 (Confirmed) | 1 | cap.com, zack@ribbitcap.com, Ben Paull <ben@ribbitcap.com>, Max Montgomery <max@ |
| Blackrock | 1 (Confirmed) | 1 | ixwell Stein <Maxwell.Stein@blackrock.com>, Michael Svidrun <Michael.Svidrun@blackroc |
| Sequoia Capital | | 1 | ap.com, lin@sequoiacap.com, Joe Binder <jbinder@sequoiacap.com>; Megan Dollar <dai@ |
| Altimeter | | 1 | james@altimeter.com, hab@altimeter.com, Judy Yuan <judy@altimeter.com> |
| ICONIQ Capital | 1 (Confirmed) | 1 | >, Divesh Makan <divesh@iconiqcapital.com>, Ryan Koh <rkoh@iconiqcapital.com>, Zach |
| IVP | 1 (Confirmed) | 1 | cooley.com>, Eric Liaw <eliaw@ivp.com>, Jason Kong <jason@ivp.com>, James Black <jb |
| Ausvic Capital Limited | | 1 | Alan Li <alanli@dawanasset.com>, chenping@ausviccapital.com |
| Lightspeed Venture Partners | 1 (Confirmed) | 1 | amy@lsvp.com, shan@lsvp.com, ryan@lsvp.com, morgan@lsvp.com, Ravi@lsvp.com |
| Pulsar Trading | | 1 | joanna.li@pulsartradingcap.com, partners@pulsartradingcap.com |
| SkyBridge | | 1 | kybridge.com>, Daniel Barile <DBarile@skybridge.com>, Brett Messing <BMessing@skybri |
| Tiger Global | 1 (Confirmed) | 1 | n>, Whitney Bishop <WBishop@fenwick.com>, can@ftx.com, dan@ftx.com, Steven L. Bag |
| Belfer Management | | 1 | in@belfermgmt.com, staub@belfermgmt.com, cdamore@belfermgmt.com, jganz@belfermgr |
| Insight Partners | | 1 | tpartners.com, efisher@insightpartners.com, Rebecca E. Wainstein <RWainstein@willkie.co |
| Blue Pool Capital | | 1 | >m>, Erin Kim <EKim@bluepoolcapital.com>, Jordan Oreck <JOreck@bluepoolcapital.cor |
| Base 10 Ventures | | 1 | w Lebovitz <andrew@base10.vc>, adeyemi ajao <ade@base10.vc>, tj nahigian <tj@base10. |
| ThirdPoint Ventures | | 1 | hirdpoint.com>, Scott D. Karchmer <scott.karchmer@morganlewis.com>, Danielle Ebenste |
| Race Capital | | 1 | chris@race.capital, alfred@race.capital, edith@race.capital |
| UOB Group | | 1 | Charles KOK Hoong Chwan <Charles.KokHC@uobgroup.com> |
| Whale Rock Capital | | 1 | whalerockcapital.com>, Wei Guo <wei@whalerockcapital.com>, James Houghtlin <james@ |
| xnlp | | 1 | tb@xnlp.com, Thomas O'Grady <tog@xnlp.com> |
| Phil Fayer | | | pfayer@nuvei.com, avi@fayerfo.com |
| Willoughby Capital | | 1 | adnan@willcapllc.com, Jeff Derbyshire <jderbyshire@willcapllc.com> |
| APES Partners | | 1 | Stewart Gruen <stew@apes.partners>, edward cheung <ed@apes.partners> |
| Samsung Next | | 1 | d Lee <david.lee@samsungnext.com>, Preethi Kasireddy <preethi.kasireddy@samsungnext.c |
| Tribe Capital | | 1 | tribecap.co, lauren@tribecap.co, Lisa Potocsnak <lisa@tribecap.co>, Alex Chee <alex@tribe |
| Chuang Family | | 1 | <EdwinChuang@chuangs-china.com>, Boris Lee <borislee@chuangs.com.hk>, Leo Chan < |
| Senator Investment Group | | 1 | JArmao@senatorlp.com, raustin@senatorlp.com, operations@senatorlp.com |
| JFK | | 1 | jfk@th3ia.io, gav@th3ia.io, johann.kirsten@Gmail.com |
| 2021-015 Investments LLC | | 1 | Van Voris <tvanvoris@thielcapital.com>, David Wheelock <dwheelock@thielcapital.com>, |
| Anthos Capital | | 1 | ly@anthoscapital.com>,Pam Ryan <pryan@anthoscapital.com>, Randy Chandler <rchandle |
| Meritech Capital | | 1 | , Alex Kurland <ak@meritechcapital.com>, Joel Backman <jbackman@meritechcapital.com |
| Hof Capital Growth Fund | | 1 | lad@hof.capital, David Wittmann <dwittmann@hof.capital>, Sinan Koc <sinankoc95@gma |
| Telstra Ventures | | 1 | Matthew Koertge <Matthew@telstraventures.com>, Joseph An <joseph@telstraventures.com |