# Exhibit J

**PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

Appointment

| | |
|---|---|
| **From:** | Antony LEWIS [antonylewis@temasek.com.sg] |
| **Sent:** | 11/16/2021 4:54:56 PM |
| **To:** | Pradyumna AGRAWAL [pradyumna@temasek.com.sg]; Ramnik Arora [ramnik@ftx.com]; Sam Bankman-Fried [sam@ftx.com] |
| **Subject:** | Temasek/FTX |
| **Location:** | 375 Park Avenue, 14th Floor, New York, NY 10152 |
| **Start:** | 11/16/2021 11:30:00 PM |
| **End:** | 11/17/2021 12:30:00 AM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Meeting in the office then head to dinner (we will book).

Thanks

This email is confidential and may also be privileged. If this email has been sent to you in error, please delete it immediately and notify us. Please do not copy, distribute or disseminate part or whole of this email if you are not the intended recipient or if you have not been authorized to do so. We reserve the right, to the extent and under circumstances permitted by applicable laws, to retain, monitor and intercept email messages to and from our systems. Thank you.

We provide investment advice and other investment-related services to certain Temasek group entities only and not to any other parties.

GOVERNMENT
EXHIBIT
286
22 Cr. 673 (LAK)