# Exhibit K

**PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

GOVERNMENT
EXHIBIT

2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                        :

UNITED STATES OF AMERICA         :    22 Cr. 673 (LAK)
                        :

           v.             :    **STIPULATION**
                        :    **REGARDING RECORDS**

SAMUEL BANKMAN-FRIED,       :    **AUTHENTICITY**
   a/k/a "SBF,                  :
                        :
                        :

           Defendant.     :
------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by the undersigned counsel, and SAMUEL BANKMAN-FRIED, the defendant, by and with the consent of his attorneys, that:

     1.     The exhibits set forth in Attachments A-1, A-2, A-3, and B, below, consist of true and correct copies of the documents, audio files, emails, and messages described in those Attachments.

     2.     The exhibits set forth in Attachment A-1 are documents and audio files. The "Date" listed for each document is the date it was created, and the "File Name" refers to the name of the document or audio file.

     3.     The exhibits set forth in Attachment A-2 are emails and their attachments. The "Date" listed for each email is the date it was sent, and the "Subject Line" refers to the Subject Line of the email.

     4.     The exhibits set forth in Attachment A-3 are text messages or other messaging communications. The "Message Participants" listed for each message are the participants in the message, and the date is the date the first message was sent.

5.      The exhibits set forth in Attachment B are documents.  The "Date" listed for each document is the date it was created, and the "File Name" refers to the name of the document or audio file.

IT IS FURTHER STIPULATED AND AGREED that no party will raise any objection under Federal Rule of Evidence 901 or 1003 with respect to any exhibit referenced in Attachments A-1, A-2, A-3, or B below.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be received into evidence at trial.

Dated: New York, New York

October 10, 2023

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____

Danielle Kudla
Samuel Raymond
Thane Rehn
Nicolas Roos
Danielle R. Sassoon
Assistant United States Attorneys

SAMUEL BANKMAN-FRIED
Defendant

By: _____

Christian Everdell
Mark Cohen
Counsel for Samuel Bankman-Fried

2401575.3

**ATTACHMENT A-1**
**(Documents and Audio Files)**

| GX # | File Name | Date |
|------|-----------|------|
| 3 | FTXPHL Properties 2021 (Leased & Purchased) | 12/20/2021 |
| 4 | Current outstanding loans | 11/7/2022 |
| 5 | locs | 9/5/2022 |
| 6 | Full Comprehensive Hedging Model 9/8 | 9/8/2022 |
| 7 | Hedging Our Deltas | 9/2/2022 |
| 8 | README | 6/7/2022 |
| 10 | [External] Balance Sheet 10/1/22 | 10/17/2022 |
| 11 | Balance Sheet 10/1/22 | 10/7/2022 |
| 12 | Sources of Capital | 11/7/2022 |
| 14A | Venture Deals 2fe7e91dbbec4427ab80e3297b485113.csv | 6/17/2022 |
| 14B | 20220926 Venture Deals 2fe7e91dbbec4427ab80e3297b485113.csv | 9/26/2022 |
| 17 | Rough Balance Sheet 6/19/22 | 6/19/2022 |
| 18 | We came, we saw, we researched | 9/7/2022 |
| 19 | Balance Sheet 9/1/22 | 9/1/2022 |
| 20 | Untitled document | 11/6/2022 |
| 21 | sources | 11/6/2022 |
| 22 | Alameda Assets November 2022 | 11/8/2022 |
| 23 | Daily NAV Recon_2021-11-7&8 (after) | 12/4/2021 |

| 24 | Annotated but confused | 9/13/2022 |
|---|---|---|
| 25A | Life Plans 8/6/22 | 8/5/2022 |
| 25B | Life Plans 8/6/22 | 8/5/2022 |
| 26 | Investor List for Allocations | 5/16/2021 |
| 27 | FTX SG investor protection features | 10/14/2022 |
| 28 | Alameda-FTX Donations-etc._1E5WKRmVLUAbFtV49_J2luAqgyT48CsVm7CJuFZ2KTxc | N/A |
| 29 | Advisory_Board_Update_20210818 (1) | 8/18/2021 |
| 30 | K5 | 3/7/2022 |
| 31 | Business updates 4/27/2019 | 4/27/2019 |
| 32 | State of Alameda March 2022 | 3/14/2022 |
| 32A | State of Alameda March 2022 | 3/14/2022 |
| 33 | May Crash Takeaways | 5/24/2022 |
| 33A | May Crash Takeaways | 5/24/2022 |
| 34 | Alameda NAV Tracker | 4/6/2022 |
| 36 | NAV minus Sam Coins | 9/27/2021 |
| 37 | State of Alameda 8/6/22 | 8/5/2022 |
| 38 | Ramnik, K5, and what matters | 8/11/2022 |
| 38A | Ramnik, K5, and what matters | 8/11/2022 |
| 39 | Modulo/Alameda | 8/15/2022 |
| 39A | Modulo/Alameda | 8/15/2022 |
| 40 | Modulo/Alameda -- from SBF to CE/BX/LZ | 8/17/2022 |

2401575.3

| 40A | Modulo/Alameda -- from SBF to CE/BX/LZ | 8/17/2022 |
| 41 | Intercompany Stuff | 9/18/2022 |
| 42 | K5, relationships, and marketing | 2/15/2022 |
| 44 | Rough Balance Sheet 6/20/22 | 6/19/2022 |
| 45 | Caroline Ellison Review 2022S1 Response | 8/12/2022 |
| 45A | Caroline Ellison Review 2022S1 Response | 8/12/2022 |
| 46 | Things people are getting wrong right now | 10/24/2020 |
| 46A | Things people are getting wrong right now | 10/24/2020 |
| 47 | Funds Flow | 5/21/2022 |
| 48A | to DO | 1/6/2019 |
| 48B | to DO | 1/6/2019 |
| 49 | Alameda Updates 5/7 | 4/25/2022 |
| 49A | Alameda Updates 5/7 | 4/25/2022 |
| 50 | Alameda Balances by FTX Sub | 6/13/2022 |
| 51 | FTX stats 2022_08_01 | 8/2/2022 |
| 53 | Alameda Balances by FTX Sub | 6/13/2022 |
| 54 | FTX stats 2021-04-23 | 2/18/2020 |
| 55 | FTX stats 2021-05-22 | 2/18/2020 |
| 56 | Project K5X - AR Payment Confirmation Side Letter (Executed) | 4/18/2022 |
| 63 | Balance Sheet Questions_to Dos | 6/18/2022 |

| 64 | State of Alameda 11_25_21 | 11/25/2021 |
|---|---|---|
| 65 | How Contingent Is History_ | 6/28/2020 |
| 65A | How Contingent Is History_ | 6/28/2020 |
| 66 | Copy of GAP funding thoughts(1) | 9/19/2022 |
| 67 | Alameda Structure Chart Jan 2020.pptx | 1/30/2020 |
| 68 | Advisory Board-comments | 8/18/2021 |
| 70 | Copy of Funds Flow | 9/1/2022 |
| 74 | FTX Trading LTD assets and liabilities 2022_11_10 | 11/10/2022 |
| 76 | 115743_Term_Sheet_Alameda_Research_ETH_04132021 | 4/13/2021 |
| 77 | S5A_-_Payment_Agent_Form_Agreement | 4/16/2021 |
| 78 | June 30 2022 Alameda BALANCE SHEET_2022-07_04 (from Caroline Ellison) | 7/4/2022 |
| 79 | Founder Loans (updated 9.29) | 12/3/2021 |
| 80 | name change CLIFtoN BAY INVESTMENTS LLC | 9/8/2022 |
| 81 | 3 - SkyBridge GP Holdings, LLC - Third Amended and Restated LLCA | 9/9/2022 |
| 84 | Written Resolutions of the Directors - Change of Company Name (1) | 9/25/2022 |
| 86 | Updated CERTIFICATE OF iNCORPORATION - Clifton Bay Investments Ltd. | 10/6/2022 |
| 87 | Promissory Note (Cancelled for PIPE) EX-10.1 | 10/11/2022 |
| 88 | subscription_additional_2022-11-04 | 11/6/2022 |

| 89 | 2022-04-07-Conveyance-Latitude to Allan Bankman & Barbara Fried (singed by ALL) | 5/3/2022 |
|---|---|---|
| 91 | FTX Trading Ltd. - Series B-1 Pro Forma(12433194.1) (4) | 10/6/2021 |
| 92 | 2021-04-27 FTX Financial Model (Simple) (6) | 4/27/21 |
| 93 | FTX Trading Ltd. Financial Statement December 31, 2020 and 2019 (3) (3) | 7/30/2021 |
| 94 | FTX Trading Ltd - Financial Statements 1H 2021 | 1/12/2022 |
| 95 | Balance sheet_2022-10_01 | 10/3/2022 |
| 96 | Please_DocuSign_Gravit_Team_Ltd_-_FTX_Line_o (1) | 3/22/2021 |
| 97 | Alameda Research LLC - General Ledger 2019 to 2022.xlsx | 9/8/2022 |
| 98 | Alameda Research LLC - 2022 General Ledger.xlsx | 9/8/2022 |
| 100 | 221103_-_Alameda_Term_Sheet_200_BTC.pdf | 11/3/2021 |
| 101 | Term_Sheet_For_Permissioned_Loan_Alameda_Research____Apollo_Capital__Revised_.pdf | 9/15/2022 |
| 102 | Invoice_Alameda Research_August2022_All.pdf | 8/31/2022 |
| 103 | Loan_Agreement___Term_Sheet_for_Permissioned_Pool__Alameda___Compound_Capital_Partners_.pdf | 9/16/2022 |
| 104 | Invoice_Alameda Research_October2022_All.pdf | 10/31/2022 |
| 105 | Please_DocuSign_Genesis_Term_Sheet__Alamedpd.pdf | 11/7/2022 |
| 106 | Please_DocuSign_Genesis_Term_Sheet__Alamedpd (1).pdf | 11/7/2022 |
| 107 | Please_DocuSign_Genesis_Term_Sheet__Alamedpd (2).pdf | 11/7/2022 |
| 108 | Copy of Voyager loan and collateral transactions from 31 Dec 2021 to 31 July 2022 (shared).xlsx | 9/6/2022 |
| 110 | Invoice_Alameda Research_September2022_All.pdf | 9/30/2022 |

2401575.3

| 111 | Loan and Collateral Balance as at 30 June 2022 (summary) (shared).xlsx | 7/18/2022 |
|---|---|---|
| 112 | 221103_-_Alameda_Term_Sheet_2450_ETH.pdf | 11/3/2022 |
| 113 | 220927_Alameda_Term_Sheet_-_3M_USD.docx.pdf | 9/27/2022 |
| 114 | Loan and Collateral Balance as at 31 Jul 2021 (summary) (shared).xlsx | 8/13/2021 |
| 115 | Loan and Collateral Balance as at 30 Nov 2021 (summary) (shared).xlsx | 12/25/2021 |
| 116 | Copy of Invoice - C002-2022-06.pdf | 7/1/2022 |
| 117 | Invoice - C002-2022-07.pdf | 8/1/2022 |
| 118 | Loans Spreadsheet Fix.xlsx | 12/5/2020 |
| 119 | Open vs Fixed Term loans 31 May 2022.xlsx | 6/13/2022 |
| 120 | Loan and Collateral Balance as at 30 Sep 2021 (summary) (shared).xlsx | 10/12/2021 |
| 121 | Loan Status | 11/9/2022 |
| 122 | Updated_Loan_Term_Sheet_5_January_2022.pdf | 3/8/2022 |
| 123 | Invoice - C002-2022-04.pdf | 5/2/2022 |
| 124 | Invoice - C002-2022-05.pdf | 6/2/2022 |
| 125 | Ledn_replace_term_sheets_for_the_consolidation_of_BTC_and_USDC_loans_2022-06-17.pdf | 7/4/2022 |
| 126 | Loan and Collateral Balance as at 31 Dec 2021 (summary) (shared).xlsx | 1/11/2022 |
| 127 | Tesseract____Alameda_-_Updated_Loan_Term_Sheet_USDC_-_250322.pdf | 3/25/2022 |
| 128 | Loan and collateral balances as at 31 May 2022 (summary for large OTC lenders).xlsx | 6/1/2022 |
| 129 | Loan and Collateral Balance as at 28 Feb 2022 (summary) (shared).xlsx | 3/13/2022 |
| 130 | Transfer_History_2022_02_11 V2.xlsx | 4/22/2022 |
| 131 | 210921 Alameda Term Sheet 230BTC.pdf | 9/20/2021 |

2401575.3

| 132 | Tesseract_Term_Sheet_2021-09-22.pdf | 9/30/2021 |
|---|---|---|
| 133 | Loan and Collateral Balance as at 31 Dec 2020 (shared).xlsx | 1/11/2021 |
| 134 | Loan and Collateral Balance as at 31 Mar 2021 (shared).xlsx | 4/5/2021 |
| 135 | Loan and Collateral Balance as at 31 Jan 2021 (shared).xlsx | 2/7/2021 |
| 136 | Loan and Collateral Balance as at 30 Apr 2021 (shared).xlsx | 5/4/2021 |
| 137 | Loan and Collateral Balance as at 31 May 2021 (summary) (shared).xlsx | 6/10/2021 |
| 138 | Loan and Collateral Balance as at 30 June 2021 (summary) (shared).xlsx | 7/8/2021 |
| 139 | Loan Status | 11/10/2022 |
| 140 | Notice of Default - Alameda Research Ltd - 9.11.2022.pdf | 11/9/2022 |
| 141 | Alameda+Research+LLC_General+Ledger 07.01.2020 - 09.30.2020.xlsx | 11/13/2022 |
| 141A | Excerpt of Alameda Research LLC General Ledger (GX 141) | 11/13/2022 |
| 142 | Alameda+Research+LLC_General+Ledger February 2021.xlsx | 11/13/2022 |
| 143 | Alameda+Research+LLC_General+Ledger 07.01.2022 - 9.30.22.xlsx | 11/13/2022 |
| 144 | Alameda+Research+LLC_General+Ledger - Full Year 2018.xlsx | 11/13/2022 |
| 145 | Alameda+Research+LLC_General+Ledger 1.1.2019 - 6.30.2019.xlsx | 11/13/2022 |
| 146 | Alameda+Research+LLC_General+Ledger - Full Year 2017.xlsx | 11/13/2022 |
| 147 | Alameda+Research+LLC_General+Ledger 01.01.2020 - 03.31.2020.xlsx | 11/13/2022 |
| 148 | Alameda+Research+LLC_General+Ledger 01.01.2022 - 3.31.22.xlsx | 11/13/2022 |
| 149 | Alameda+Research+LLC_General+Ledger 04.01.2020 - 06.30.2020.xlsx | 11/13/2022 |
| 150 | Alameda+Research+LLC_General+Ledger 10.01.2022 - 11.13.22.xlsx | 11/13/2022 |
| 151 | Alameda+Research+LLC_General+Ledger 04.01.2022 - 6.30.22.xlsx | 11/13/2022 |

| 152 | Alameda+Research+LLC_General+Ledger September 2021.xlsx | 11/13/2022 |
|---|---|---|
| 153 | Alameda+Research+LLC_General+Ledger July 2021.xlsx | 11/13/2022 |
| 154 | Alameda+Research+LLC_General+Ledger May 2021.xlsx | 11/13/2022 |
| 155 | Alameda+Research+LLC_General+Ledger December 2021.xlsx | 11/13/2022 |
| 156 | Alameda+Research+LLC_General+Ledger June 2021.xlsx | 11/13/2022 |
| 157 | Alameda+Research+LLC_General+Ledger October 2021.xlsx | 11/13/2022 |
| 158 | Alameda+Research+LLC_General+Ledger March 2021.xlsx | 11/13/2022 |
| 159 | Alameda+Research+LLC_General+Ledger 7.1.2019 - 12.31.2019.xlsx | 11/13/2022 |
| 160 | Alameda+Research+LLC_General+Ledger 10.01.2022 - 11.13.22.xlsx | 11/13/2022 |
| 161 | Alameda+Research+LLC_General+Ledger August 2021.xlsx | 11/13/2022 |
| 162 | Alameda+Research+LLC_General+Ledger April 2021.xlsx | 11/13/2022 |
| 163 | alameda+research+llc_general+ledger 07.01.2022 - 9.30.22 2022-11-13 23_03_57.xlsx | 11/13/2022 |
| 164 | Alameda+Research+Ventures+LLC_General+Ledger - All Data.xlsx | 11/13/2022 |
| 165 | Blockfolio,+Inc._General+Ledger 10.1.2020 - 11.13.22.xlsx | 11/13/2022 |
| 166 | FTX+Digital+Markets+Ltd._General+Ledger 7.1.22 - 11.13.22.xlsx | 11/13/2022 |
| 167 | FTX+Digital+Markets+Ltd._General+Ledger Full Year 2021.xlsx | 11/13/2022 |
| 168 | FTX+Digital+Markets+Ltd._General+Ledger 1.1.22 - 6.30.22.xlsx | 11/13/2022 |
| 169 | FTX+Property+Holdings+Ltd_General+Ledger - All Data.xlsx | 11/13/2022 |
| 170 | FTX+Trading,+Ltd_General+Ledger Full year 2019.xlsx | 11/13/2022 |
| 171 | FTX+Trading,+Ltd_General+Ledger - Full Year 2020.xlsx | 11/13/2022 |
| 172 | FTX+Trading,+Ltd_General+Ledger - Full Year 2021.xlsx | 11/13/2022 |

2401575.3

| 173 | FTX+Trading,+Ltd_General+Ledger - 1.1.22 - 11.13.22.xlsx | 11/13/2022 |
|---|---|---|
| 174 | FTX+Ventures+Ltd_General+Ledger - All Data.xlsx | 11/13/2022 |
| 175 | Paper+Bird+Inc_General+Ledger - All Data.xlsx | 11/13/2022 |
| 176 | West+Realm+Shires+Inc._General+Ledger(2020).xlsx | 11/13/2022 |
| 177 | West+Realm+Shires+Inc._General+Ledger(2021).xlsx | 11/13/2022 |
| 178 | West+Realm+Shires+Inc._General+Ledger (2022 YTD).xlsx | 11/13/2022 |
| 179 | West+Realm+Shires+Financial+Services+Inc_General+Ledger(2020).xlsx | 11/13/2022 |
| 180 | West+Realm+Shires+Financial+Services+Inc_General+Ledger(2021).xlsx | 11/13/2022 |
| 181 | West+Realm+Shires+Financial+Services+Inc_General+Ledger(2022 YTD).xlsx | 11/13/2022 |
| 182 | West+Realm+Shires+Services,+Inc._General+Ledger(Oct 1 - Nov 13 2022).xlsx | 11/13/2022 |
| 183 | West+Realm+Shires+Services,+Inc._General+Ledger(2020).xlsx | 11/13/2022 |
| 184 | West+Realm+Shires+Services,+Inc._General+Ledger(2021).xlsx | 11/13/2022 |
| 185 | West+Realm+Shires+Services,+Inc._General+Ledger(Q1 2022).xlsx | 11/13/2022 |
| 186 | West+Realm+Shires+Services,+Inc._General+Ledger(Q2 2022).xlsx | 11/13/2022 |
| 187 | West+Realm+Shires+Services,+Inc._General+Ledger(Q3 2022).xlsx | 11/13/2022 |
| 188 | private-ventures | 9/26/2021 |
| 190 | Rivers & Moorehead Consultant Re: Customer Digital Assets Analysis | 5/1/2021 |
| 192 | Alameda Research Investments Ltd | 9/12/2022 |
| 193 | Memorandum of Terms | 4/15/2022 |
| 200 | Alameda Research Ltd. - Unanimous Consent of Board of Directors Stock Transfer | 4/30/2022 |
| 201 | Subscription Agreement | 9/7/2022 |

2401575.3

| 202 | Skybridge Capital II, LLC Fifth Amended and Restated Limited Liability Company Agreement | 9/7/2022 |
|---|---|---|
| 203 | historical_margin_stats | 9/3/2022 |
| 205 | June 30 2022 Alameda BALANCE SHEET_2022-07_04 (from Caroline Ellison).xlsb | 10/6/2021 |
| 207 | Gary Promissory Note (LedgerX).pdf | 2/26/2022 |
| 208 | Note - Alameda & Gary (WRS Binance Buyout)2.pdf | 5/18/2022 |
| 209 | Note - Alameda & Nishad (WRS Binance Buyout)2.pdf | 5/18/2022 |
| 210 | Note - Alameda & SBF (WRS Binance Buyout)2.pdf | 5/18/2022 |
| 211 | Sam Promissory Note Dec 2021.pdf | 2/26/2022 |
| 213 | Binance_-_FTX_-_Share_Transfer_Agreement_(EXECUTION_VERSION).pdf | 7/15/2021 |
| 214 | West_Realm_-_Share_Transfer_Agreement_(Dinghua_to_Sam)_(EXECUTION_VERSION).pdf | 7/15/2021 |
| 215 | West_Realm_-_Share_Transfer_Agreement_(Lim_to_Gary)_(EXECUTION_VERSION).pdf | 7/15/2021 |
| 216 | West_Realm_-_Share_Transfer_Agreement_(Lim_to_Nishad)_(EXECUTION_VERSION).pdf | 7/15/2021 |
| 225 | Promissory Note - Alameda & Sam (Sept 2022).doc.pdf | 10/1/2022 |
| 226 | Promissory Note - Alameda & Gary (Sept 2022).doc.pdf | 10/1/2022 |
| 230 | Please_DocuSign_Genesis_Term_Sheet__Alamedpd (1).pdf | 11/7/2022 |
| 236 | SBF Emergent Funding Loan 1 - executed.pdf | 5/18/2022 |
| 237 | SBF Emergent Funding - Loan 2 - executed.pdf | 5/18/2022 |
| 238 | Gary Emergent Funding - Loan 1 - Executed.pdf | 5/18/2022 |
| 239 | Gary Emergent Funding - Loan 2 - Executed.pdf | 5/18/2022 |
| 240 | Promissory Note - Alameda & Sam (Oct 2021) (LedgerX).pdf | 3/2/2022 |

2401575.3

| 241 | Sam Promissory Note March 2020 (LoC).pdf | 2/26/2022 |
|-----|-------------------------------------------|-----------|
| 242 | Promissory Note - Alameda & Sam (July 2022).doc.pdf | 7/22/2022 |
| 243 | Promissory Note - Alameda & Gary (July 2022).doc.pdf | 7/22/2022 |
| 254 | FTX-LoC.pdf | 10/20/2022 |
| 294 | FTX Advisory Board Meeting 03_21_2022.pdf | 3/21/2022 |
| 297 | FTX - Customer Digital Assets Analysis 2021.docx.pdf | 5/6/2022 |
| 300 | FTX Trade Lifecycle | 12/16/2022 |
| 309 | SA (Non-US) - Modulo Capital Alpha Fund LP [Final].DOCX.pdf | 6/17/2022 |
| 315 | additional_subscription ($250M).docx.pdf | 9/26/2022 |
| 323 | FTX IEF Rewards Agreement(SIGNED).pdf | 3/12/2022 |
| 325 | Safeguarding of Assets and Digital token Management Policy -issue 1 - Checkpoint Draft.docx | 8/17/2021 |
| 327 | Dave - Convertible Note Purchase Agreement [EXECUTION].pdf | 4/25/2022 |
| 330 | S5A_-_Payment_Agent_Form_Agreement.pdf | 1/12/2022 |
| 331 | Modulo Capital Inc. - Shareholders Agreement [Executed].DOC.pdf | 6/18/2022 |
| 332 | Nishad Promissory Note (LedgerX).pdf | 2/26/2022 |
| 333 | Promissory Note - Alameda & Nishad (Sept 2022).doc.pdf | 10/1/2022 |
| 335 | Payment Agent Agreement | 4/12/2021 |
| 336 | Payment Agent Agreement | 1/12/2022 |
| 339 | Hedging Thoughts 9/6 | 9/6/2022 |
| 340 | FDM - Safeguarding of Assets and Digital Token Management Policy.pdf | 11/22/2021 |
| 343 | Sponsorships (Full) (4).xlsx | 3/23/2022 |

2401575.3

| 401 | [Abridged] What is FTX.pdf | 6/1/2022 |
|-----|----------------------------|----------|
| 404 | [21-08-22] FTX Call w Ramnik.pdf | 8/21/2022 |
| 411 | Capital.xlsx | 11/7/2022 |
| 417 | Alameda - credit memo 7nov2022.docx | 11/7/2022 |
| 418 | Alameda_2022_Q3_Balance_Sheet(1).xlsx | 10/1/2022 |
| 419 | Alameda_2022_Q3_Balance_Sheet.xlsx | |
| 420 | [External]_2022_Q3_Balance_Sheet__2_.xlsx | 11/7/2022 |
| 422 | torch Data Output2022-10-03.csv | 10/3/2022 |
| 432 | Excerpts from the journal of Caroline Ellison | |
| 433 | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433A | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433B | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433C | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433D | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433E | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433F | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433G | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |
| 433H | Audio Recording of Final Alameda All Hands Meeting | 11/9/2022 |

2401575.3

| 450 | Credit Note_Alameda Research x YE Allowance v2.pdf | May 2022 |
|-----|----------------------------------------------------|----------|
| 453 | Alameda 2022 Q3 Financials.xlsx | N/A |
| 454 | FTX Balance.pdf | 12/8/2022 |
| 455 | Ledn Notice to Alameda 2022.11.08.pdf | 11/8/2022 |
| 458 | Withdrawal request.pdf | 12/8/2022 |
| 459 | WORKING DOC - Alameda CIRRA_10.2022.docx | 10/2022 |
| 460 | WORKING DOC - Credit Due Diligence - Alameda Research.docx | N/A |
| 461 | WORKING DOCUMENT - Alameda Transactions .xlsx | 11/30/2022 |
| 473 | Modulo Capital Alpha Fund LP Additional Subscription Form - Goodman Investments Ltd | 11/6/2022 |
| 481 | Founder Loans | 12/3/2021 |
| 484 | October 13 2021 - FTX Final IC Memo vF.pdf | 10/11/2021 |
| 498 | FTX Series B Investment Memo SIGNED.pdf | June 2021 |
| 499 | [Abridged] What is FTX.pdf | 6/1/2022 |
| 500 | FTX Presentation August.pdf | 8/18/2022 |
| 501 | README.pdf | 6/7/2022 |
| 502 | CPPIB Questions for FTX (June 28, 2022).pdf | 6/28/2022 |
| 517 | FTX_Trading_Ltd Deck.pdf | 6/26/2021 |
| 519 | FTX Notes - Michelle.docx | 7/9/2021 |

2401575.3

| 520 | MF Notes - London.docx | 11/7/2022 |
|------|------|------|
| 522 | AUDIO-2022-11-09-17-42-14.m4a | 11/11/2022 |
| 530 | FTX Diligence Discussion | 9/14/2022 |
| 533 | FTX Slide Deck | 3/17/2021 |
| 536 | Tareq Morad CIBC Payment Order | 2/24/2022 |
| 537 | Tareq Morad CIBC Payment Order | 4/1/2022 |
| 538 | Tareq Morad CIBC Payment Order | 5/10/2022 |
| 539 | Tareq Morad Portfolio Snapshot | 11/10/2022 |
| 540 | Tareq Morad CIBC Payment Order | 2/8/2022 |
| 541 | Tareq Morad FTX Trades Spreadsheet | N/A |
| 544 | 20230921_google_meet_events_original_202206 | 6/14/2022 |
| 1103 | Alameda $25MM_2022-08-11.docx.pdf | 8/11/2022 |
| 1104 | Alameda $45MM_2022-08-11.docx.pdf | 8/11/2022 |
| 1105 | Alameda - Master Loan and Security Agreement 11.16.2020.pdf | 11/20/2020 |
| 1106 | Alameda 2021-09-09 terms (2).docx.pdf | 9/9/2021 |
| 1107 | Alameda 2021-09-20 - indicative (1).docx.pdf | 9/21/2021 |
| 1108 | Alameda 2021-09-22 .docx.pdf | 9/22/2021 |
| 1109 | Alameda 2021-10-21.docx.pdf | 10/22/2021 |

2401575.3

| 1110 | Alameda 2022-08-26 .pdf | 8/31/2022 |
|------|-------------------------|-----------|
| 1111 | Alameda_2021-10-14.docx.pdf | 10/26/2021 |
| 1112 | Alameda_2021-11-10.docx.pdf | 11/12/2021 |
| 1178 | MNDA- FTX Japan KK BitGo 08.18.22 | 8/18/2022 |
| 1179 | MSA- Alameda and BitGo, Inc 12.18.20.pdf | 12/18/2020 |
| 1180 | MSA Amended and Restated- Alameda Research Ltd. 04.23.21.pdf | 4/23/2021 |
| 1181 | MLA Alameda Research and BitGo Prime LLC 01.20.20.pdf | 1/20/2020 |
| 1182 | Amendment No. 1 to the MLA- Alameda.pdf | 10/19/2022 |
| 1183 | BitGo Prime LLC Parent Guaranty (Alameda Research Limited, LLC) 10.19.22.pdf | 10/19/2022 |
| 1184 | Loan Term Sheet- Alameda ETH 09.01.21.pdf | 9/1/2021 |
| 1185 | Loan Term Sheet- Alameda USD 10.26.22.pdf | 10/26/2022 |
| 1186 | Loan Term Sheet- Alameda ETH 10.26.22.pdf | 10/26/2022 |
| 1187 | Loan Term Sheet- Alameda BTC 10.26.22.pdf | 10/26/2022 |
| 1188 | MNDA- BitGo, Inc. FTX Ventures 09.09.22.docx.pdf | 9/9/2022 |
| 1189 | MNDA- FTX Japan KK BitGo Holdings 04.07.22.pdf | 4/7/2022 |
| 1190 | FTX - BitGo - Custodial Services Agreement - Alameda Research LLC.pdf | 11/13/2022 |
| 1191 | FTX - BitGo - Custodial Services Agreement - FTX Trading Ltd.pdf | 11/13/2022 |
| 1192 | FTX - BitGo - Custodial Services Agreement - Clifton Bay Investment.pdf | 11/13/2022 |
| 1193 | FTX - BitGo - Custodial Services Agreement - West Realm Shires Inc.pdf | 11/13/2022 |
| 1194 | FTX - BitGo - CSA - LedgerX LLC March 2020.pdf | 2/6/2020 |
| 1195 | FTX - BitGo - Custodial Services Agreement - Quoine Pte.pdf | 1/18/2023 |
| 1197 | Loan Borrower Request | 9/1/2021 |
| 1234 | Alameda_Research_Portfolio_Refinance_11072022.docx.pdf | 11/7/2022 |
| 1289 | Master Loan Agreement and Supporting Documents | 1/27/2022 |
| 1340 | LOAN TERM SHEET Alameda 1.12.22 BTC (collateralized).docx (1).pdf | 1/12/2022 |
| 1341 | Voyager Letter to Alameda | 9/19/2022 |
| 1604 | FTX Intl Assets and Liabilities | 11/10/2022 |
| 1605 | Alameda USD | 11/7/2022 |
| 1607 | alameda_bahamas_employment (1).pdf | 3/30/2022 |

2401575.3

| 1608 | Capital Discussion (1).docx | 4/10/2023 |
|------|------------------------------|-----------|
| 1610 | [External] 2022 Q3 Balance Sheet (1).xlsx.XLSX | |

**ATTACHMENT A-2**
**(Emails)**

| GX # | Subject | Date |
|---|---|---|
| 15 | Spreadsheet shared with you: "[External] Balance Sheet 10/1/22" | 11/4/2022 |
| 16 | Spreadsheet shared with you: "Balance Sheet 10/1/22" | 11/4/2022 |
| 90 | Re: Portfolio Review | 1/19/2022 |
| 109 | Genesis Capital_Margin Call => 9/21/2022 (Alameda Research) | 9/22/2022 |
| 191 | Re: Hey Sam! | 7/20/2021 |
| 194 | Re: OTPP Catch-up | 7/22/2021 |
| 195 | FTX stats 2021-07_19.xlsx (Attachment to Re: OTPP Catch-up) (GX 194) | |
| 196 | Re: Project Wunderkind // Bond Capital | 6/17/2021 |
| 197 | FTX stats 2021-06-10.xlsx (Attachment to Re: Project Wunderkind // Bond Capital) (GX 196) | |
| 198 | Re: Checking In | 5/21/2021 |
| 199 | FTX stats 2021-05-20.xlsx (Attachment to Re: Checking In) (GX 198) | |
| 220 | Invitation: Sen. Stabenow <> FTX @ Thu Sep 8, 2022 1:15pm - 2:15pm (EDT) (sam@ftx.com) | 9/7/2022 |
| 221 | Re: Guys | 9/21/2022 |
| 223 | Re: PRESS: BLOOMBERG NEWS | 9/22/2022 |
| 224 | Re: Follow up from dinner | 9/22/2022 |
| 234 | Advisory Board Meeting Materials - 09/19/2022 | 9/18/2022 |
| 235 | FTX Advisory Board Meeting 09_19_2022.pdf (Attachment To Advisory Board Meeting Materials - 09/19/2022) (GX 234) | 9/18/2022 |

2401575.3

| 244 | Re: Donation processing | 7/20/2021 |
|-----|-------------------------|-----------|
| 248 | Re: FTX / Binance | 11/9/2022 |
| 253 | Re: Congratulations from Silvergate - North Dimension Inc. | 3/25/2021 |
| 256 | Re: Compliance / Monitoring Questions | 5/15/2020 |
| 259 | Re: Congratulations from Silvergate - North Dimension Inc. | 3/25/2021 |
| 260 | RE: North Dimension Inc. - account activated | 4/27/2021 |
| 261 | RE: [EXT] Re: Clifford Chance - Regulatory DD - Fischer | 4/29/2021 |
| 262 | Project Fischer -- Responses.pdf (Attachment to RE: [EXT] Re: Clifford Chance - Regulatory DD – Fischer) (GX 261) | 4/29/2021 |
| 263 | RE: FTX Jurisdiction Counsel Calls | 7/27/2021 |
| 264 | Project Fischer - Questions for call with FTX (Initial List 27 July 2021) (sent to FTX) .docx (Attachment to RE: FTX Jurisdiction Counsel Calls) (GX 263) | 7/27/2021 |
| 266 | Re: Setting Up New Subaccounts for Silvergate under Alameda Research LLC | 12/14/2020 |
| 267 | Silvergate-Initial Due Diligence Questionnaire for Traders.pdf (Attachment to Re: Setting Up New Subaccounts for Silvergate under Alameda Research LLC) (GX 266) | 12/14/2020 |
| 268 | Re: [Urgent] political donations | 8/1/2021 |
| 269 | FTX's Key Principles on Investor Protection | 2/6/2022 |
| 270 | FTX's Key Principles on Investor Protection.pdf (Attachment to FTX's Key Principles on Investor Protection) (GX 269) | 2/6/2022 |
| 271 | Re: Wire transfers etc. | 1/24/2022 |
| 278 | RE: Advisory Board Meeting tomorrow | 11/9/2022 |
| 281 | Binance Investment <> FTX Sync-up | 6/8/2021 |
| 282 | Invitation: Quick photoshoot for Forbes story (at Equinox hotel) @ Fri Sep 17, 2021 8:30am - 8:45am (HKT) (sam@alameda-research.com) | 9/9/2021 |
| 283 | Updated invitation: SBF visit to Virtu @ Wed Sep 15, 2021 12:30am - 4:30am (HKT) (sam@alameda-research.com) | 9/10/2021 |

2401575.3

| 284 | 7:30am Breakfast: Brad/Sam @ Equinox Hotel - Electric Lemon Restaurant 24th floor | 9/12/2021 |
|-----|-----|-----|
| 285 | Updated invitation: SALT Fund (Alex, AJ) / FTX (Sam) @ Fri Sep 17, 2021 10:30pm - 11:30pm (HKT) (sam@ftx.com) | 9/16/2021 |
| 286 | Temasek/FTX | 11/16/2021 |
| 287 | Updated invitation: Dinner with the mayor @ Thu Mar 3, 2022 8:30pm - 10pm (EST) (sam@ftx.com) | 3/1/2022 |
| 289 | Updated invitation: Piper Sandler Conf -- Meetings with Investors @ Thu Jun 9, 2022 9:30am - 11am (EDT) (sam@ftx.com) | 6/8/2022 |
| 290 | FTX/IEX | 8/15/2022 |
| 291 | SBF meeting w/NY Governor Hochul | 8/18/2022 |
| 292 | Updated invitation: Meeting w/President Clinton @ Tue Sep 20, 2022 4pm - 5pm (EDT) (sam@ftx.com) | 9/19/2022 |
| 293 | Updated invitation - [NYC] small group dinner w/ H.E. Yasir Rumayyan | 9/21/2022 |
| 301 | Re: Long form docs | 3/10/2022 |
| 302 | Re: Fwd: FTX Group Dinner - July 19 (New York) | 7/1/2022 |
| 318 | Re: Thank you | 3/22/2022 |
| 320 | Re: rob sarver | 4/25/2021 |
| 320A | FTX stats 2021-04-23.xlsx (Attachment to: Re: rob sarver) (GX 320) | 4/25/2021 |
| 321 | Re: [Action Required] Update on FTX fund raise | 5/22/2021 |
| 322 | Re: [Action Required] Update on FTX fund raise | 5/25/2021 |
| 322A | FTX stats 2021-05-22.xlsx (Attachment to to Re: [Action Required] Update on FTX fund raise) (GX 322) | 5/25/2021 |
| 326 | Re: FTX Cyprus - Additional Reps | 5/13/2022 |
| 337 | RE: Susquehanna/ FTX.Com | 6/29/2022 |
| 341 | Re: FTX<>Alpaca VIP's | 12/28/2021 |
| 342 | Re: | 9/8/2022 |

2401575.3

| 344 | Re: followup on our conversation | 4/11/2021 |
|---|---|---|
| 400 | RE: Introduction FTX/Altimeter | 6/12/2021 |
| 402 | Fwd: FTX | 3/4/2021 |
| 403 | FTX2:21.pdf (Attachment to Fwd: FTX) (GX 402) | 3/4/2021 |
| 416 | BlockFi Mail - Re_ alameda Memo - recording approval by BARC.pdf | 11/7/2022 |
| 421 | Re: New Alameda Trade Approval | 5/11/2022 |
| 445 | Re: Alameda Follow Up Qs <> Genesis | 11/7/2022 |
| 446 | Genesis Capital Margin Call => 11/8/2022 (Alameda Research) | 11/8/2022 |
| 447 | Alameda <> Genesis | 11/9/2022 |
| 448 | Notice of Default from Genesis Global Capital, LLC | 11/9/2022 |
| 449 | RE: Genesis <> Alameda Quick Risk/legal synch | 5/3/2022 |
| 451 | Genesis Capital Margin Call=> 5/11/22 (Alameda Research) | 5/11/2022 |
| 462 | Re: Intro (FTX <> Lightspeed) | 5/11/2021 |
| 463 | Re: FTX Data Room Follow-Up | 7/6/2021 |
| 464 | FTX Meeting Prep | 10/31/2022 |
| 465 | Corp Structure.pdf (Attachment to FTX Meeting Prep) (GX 464) | 10/31/2022 |
| 466 | FTX Series C One-Pager.pdf (Attachment to FTX Meeting Prep) (GX 464) | 12/13/2021 |
| 467 | Company Description.pdf (Attachment to FTX Meeting Prep) (GX 464) | 10/31/2022 |

| 468 | FTX_LSVP Diligence Deck, 0830'22.pdf (Attachment to FTX Meeting Prep) (GX 464) | 8/30/2022 |
|---|---|---|
| 469 | Fwd: FTX investment memo | 12/7/2021 |
| 470 | FTX  Series B IM.pdf (Attachment to: Fwd: FTX investment memo) (GX 469) | 7/19/2021 |
| 471 | Fwd: Thune request | 8/19/2022 |
| 472 | Re: Intro | 3/6/2022 |
| 482 | Re: OTPP Catch-up | 7/22/2021 |
| 483 | FTX stats 2021-07_19.xlsx (Attachment to Re: OTPP Catch-up) (GX 482) | 7/22/2021 |
| 485 | Re: Diligence questions for Alameda | 10/25/2021 |
| 486 | Fwd: FTX process update | 5/3/2021 |
| 487 | FTX Series C Memo | 11/28/2021 |
| 488 | Paradigm FTX Model v2.xlsx (Attachment to FTX Series C Memo) (GX 487) | 11/28/2021 |
| 489 | FTX Series C Memo.pdf (Attachment to FTX Series C Memo) (GX 487) | 11/28/2021 |
| 490 | FTX Memo | 4/25/2021 |
| 491 | FTX Memo.pdf (Attachment to FTX Memo) (GX 490) | 4/25/2021 |
| 492 | Re: rob sarver | 4/22/2021 |
| 493 | Re: Follow up | 4/25/2021 |
| 494 | Written Answers to Clifford Chance | 7/2/2021 |
| 495 | Project Fischer -- DRAFT of responses - Abridged.pdf (Attachment to Written Answers to Clifford Chance) (GX 494) | 7/2/2021 |
| 496 | FTX's Key Principles on Investor Protection | 2/6/2022 |
| 497 | FTX's Key Principles for Investor Protection.pdf (Attachment to FTX's Key Principles on Investor Protection) (GX 496) | 2/6/2022 |

2401575.3

| 507 | Re: Sculptor open items list | 6/23/2022 |
|---|---|---|
| 513 | FTX Digital Markets Limited: Safeguarding of Assets & Digital Token Management Policy (Attachment to Re: Sculptor open items list) (GX 507) | 7/1/2022 |
| 514 | Re: Sculptor open items list | 6/23/2022 |
| 515 | Re: Sculptor open items list | 6/27/2022 |
| 516 | Re: FTX Series C | 7/10/2021 |
| 518 | Re: Meet with partnership 7am PST/ 10pm HK this Monday? | 7/13/2021 |
| 521 | RE: Updates from FTX and allocation for Series B-1 | 9/28/2021 |
| 523 | RE: Dan/Bob <> Sam/Darren // FTX.msg | 3/16/2021 |
| 524 | RE: Dan/Bob <> Sam/Darren // FTX.msg | 3/21/2021 |
| 525 | pls take a look…FTX | 4/20/2021 |
| 526 | FTX-Deck.pptx (Attachment to pls take a look…FTX) (GX 525) | 4/8/2021 |
| 527 | Re: FTX/Sam BF | 10/11/2022 |
| 528 | RE: Miscellaneous October Updates from FTX | 10/17/2022 |
| 529 | SBF Deleted Tweets | 11/9/2022 |
| 531 | Re: FTX Memo | 4/25/2021 |
| 532 | FTX Slide Deck (Attachment to Re: FTX Memo) (GX 531) | 4/25/2021 |
| 534 | Re: Hi Sam --> Third Point | FTX | 4/10/2021 |
| 535 | Folder shared with you: "Raise 2022 November" | 11/10/2022 |

2401575.3

| 545 | Signet Transferred | 9/29/2021 |
|---|---|---|
| 1196 | FTT Reduction – July 27, 2022 | 7/27/2022 |

**ATTACHMENT A-3**
**(Messages)**

| GX # | Message Participants | Date |
|---|---|---|
| 59 | Michael Sadowsky and Ryan Salame | |
| 189 | Richard Chang, Caroline Ellison, Rahul Sharma, Sam Bankman-Fried, and others | 10/10/2022 |
| 204 | Caroline Ellison, Caroline Papadopoulos, Dan Friedberg, Jayesh Peswani, Jen, Josephine, Karis Wun, Lynn, Ramnik Arora, Richard Chang, Ruari Donnelly, Ryan Salame, Sam Bankman-Fried, Sam Trabucco | 2/23/2022 |
| 252 | Can Sun; Jen; Sam Bankman-Fried; Caroline Papadopoulos; Ryan Salame; Caroline Ellison | 10/10/2022 |
| 257 | Jen; Sam Bankman-Fried; Delaney Ornelas; Ryan Salame | 4/24/2021 |
| 273 | Richard Chang; Caroline Ellison; Slackbot; Mark Wetjen; Ryne Miller; Jay; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Claire Zhang; Adam J.; Josephine; Brian; Kelly Yamashita; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Sam Trabucco | 5/19/2022 |
| 298 | Richard Chang; Caroline Ellison; Mark Wetjen; Ryne Miller; Jay; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Claire Zhang; Tanay Nandgaonkar; Adam J.; Josephine; Brian; Constance Wang; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Sam Trabucco | 3/17/2022 |
| 299 | Leopold Aschenbrenner, Sam Bankman-Fried, and Caroline Ellison | 5/5/2022 |
| 308 | Fab; Jen; Sam Bankman-Fried; Delaney Ornelas; Lynn; Ryan Salame | 10/8/2021 |
| 310 | Caroline Ellison; Slackbot; Mark Wetjen; Ryne Miller; Jay; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Claire Zhang; Aravind; Adam J.; Josephine; Brian; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Sam Trabucco | 6/24/2022 |
| 311 | Mark Wetjen; Ryne Miller; Jay; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Claire Zhang; Aravind; Adam J.; Josephine; Brian; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Caroline Ellison; Sam Trabucco; Slackbot | 6/24/2022 |

2401575.3

| 312 | Mark Wetjen; Ryne Miller; Jay; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Adam J.; Josephine; Brian; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Caroline Ellison; Sam Trabucco | 6/25/2022 |
|---|---|---|
| 313 | Caroline Ellison; Mark Wetjen; Ryne Miller; Jay; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Josephine; Brian; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Sam Trabucco | 6/27/2022 |
| 314 | Caroline Ellison; Mark Wetjen; Ryne Miller; Jay; Can Sun; Jen; Ramnik Arora; Sam Bankman-Fried; Amy Wu; Josephine; Brian; Jack; Zach Dexter; Tim Wilson; Ryan Salame; Sam Trabucco | 9/26/2022 |
| 328 | Zane Tackett; Sam Bankman-Fried; Gary Wang; Nishad Singh | 11/24/2021 |
| 405 | Sam Bankman-Fried and Ramnik Arora | 11/6/2022 |
| 406 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang, and others | 11/7/2022 |
| 407 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang, and others | 11/7/2022 |
| 408 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang, and others | 11/7/2022 |
| 409 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang, and others | 11/7/2022 |
| 410 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang, and others | 11/8/2022 |
| 412 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang, and others | 11/8/2022 |
| 413A | Ben Xie, Sam Bankman-Fried, Caroline Ellison, Sam Trabucco | 11/6/2022 |
| 413B | Ben Xie, Sam Bankman-Fried, Caroline Ellison, Sam Trabucco | 11/6/2022 |
| 413C | Ben Xie, Sam Bankman-Fried, Caroline Ellison, Sam Trabucco | 11/6/2022 |
| 413D | Ben Xie, Sam Bankman-Fried, Caroline Ellison, Sam Trabucco | 11/6/2022 |
| 414 | Caroline Ellison; Sam Bankman-Fried; Joe Bankman; Ramnik Arora; Zach Dexter; Ryne Miller; Can Sun; Constance Wang; Ryan Salame; Nishad Singh; Victor Xu; Gary Wang; Tim Wilson; Rahul Sharma, and others | 11/9/2022 |

2401575.3

| 415 | Caroline Ellison and Ben Xie | 11/16/2021 |
|-----|------------------------------|------------|
| 452 | Ketan Ramakrishnan, Sam Bankman-Fried | 2/8/2022 |
| 456 | Lynn, Carlos Ng, John Glover, Lena Ngoy, Adam Reeds, Richard Chang, Caroline Ellison, Drew Turchin, Mauricio di Bartolomeo, T'Shae Cooper, Papi, Anton, C, others | 7/7/2021 |
| 457 | Lynn, Carlos Ng, John Glover, Lena Ngoy, Adam Reeds, Richard Chang, Caroline Ellison, Drew Turchin, Mauricio di Bartolomeo, T'Shae Cooper, Papi, Anton, C, others | 12/16/2022 |
| 474 | Lily Zhang, Sam Bankman-Fried | 1/20/2022 |
| 475 | Nishad Singh, Caroline Ellison, Sam Bankman-Fried, Ryan Salame, others | 10/17/2022 |
| 477 | Michael Sadowsky and Nishad Singh | 7/5/2022 |
| 479 | Caroline Ellison and Nishad Singh | 11/8/2022 |
| 480A | Sam Bankman-Fried and Nishad Singh | 11/6/2022 |
| 480B | Sam Bankman-Fried and Nishad Singh | 11/6/2022 |
| 480C | Sam Bankman-Fried and Nishad Singh | 11/8/2022 |
| 480D | Caroline Ellison and Nishad Singh | 11/6/2022 |
| 503 | Richard Chang, Can Sun, Sam Bankman-Fried, Caroline Ellison | 11/8/2022 |
| 504 | Sam Bankman-Fried, Ryan Salame, Mark Wetjen | 3/2/2022 |
| 505 | Ryan Salame, Scott Salame | 11/2/2021 |
| 506 | Sam Bankman-Fried, Ryan Salame, Mark Wetjen | 3/2/2022 |
| 542 | Sam Bankman-Fried, Nishad Singh, others | 11/14/2021 |

2401575.3

| 543 | Caroline Ellison, Tim Wilson, Sam Bankman-Fried, Zach Dexter, others | |
|---|---|---|
| 1600 | Nishad Singh, Sam Bankman-Fried, Ryan Salame, Adam Yedidia, Andrea Lincoln, Keith Lennox, Vince, Clement, Alfred, others | 11/6/2022 |
| 1601 | Nishad Singh, Sam Bankman-Fried, Ryan Salame, Adam Yedidia, Andrea Lincoln, Keith Lennox, Vince, Clement, Alfred, others | 11/6/2022 |
| 1602 | Nishad Singh, Sam Bankman-Fried, Ryan Salame, Adam Yedidia, Andrea Lincoln, Keith Lennox, Vince, Clement, Alfred, others | 11/9/2022 |
| 1603 | Nishad Singh, Sam Bankman-Fried, Ryan Salame, Adam Yedidia, Andrea Lincoln, Keith Lennox, Vince, Clement, Alfred, others | 11/7/2022 |
| 1611 | Caroline Ellison and Sam Trabucco | 1/14/2021 |
| 1612 | Caroline Ellison and Richard Chang | 8/27/2021 |
| 1613 | Caroline Ellison and Ben Xie | 11/16/2021 |
| 1615 | Caroline Ellison and Sam Bankman-Fried | 11/10/2022 |
| 1616 | Caroline Ellison and Sam Bankman-Fried | 11/10/2022 |
| 1617 | Caroline Ellison, Sam Bankman-Fried, Gary Wang, Nishad Singh | 5/11/2021 |
| 1618 | Caroline Ellison, Sam Bankman-Fried, Ramnik Arora, Joe Bankman, Constance Wang, Zach Dexter, Ryan Mendel, Ryne Miller, Nate Parke, Kumanan Ramanathan, Ryan Salame, Rahul Sharma, Nishad Singh, Victor Xu, Gary Wang, Tim Wilson | 11/6/2022 |

2401575.3

| 1619 | Caroline Ellison, Sam Bankman-Fried, Nick Beckstead | 1/5/2022 |
|------|------|------|
| 1621 | Caroline Ellison, Nishad Singh, Sam Bankman-Fried | 11/6/2022 |
| 1622 | Caroline Ellison, Victor Xu | 6/22/2021 |
| 1625 | Caroline Ellison, Andrea Lincoln, Sam Bankman-Fried, Nishad Singh, Adam Yedidia, Gary Wang, Claire Watanabe, Ross Rheingans-Yoo, others | 11/11/2021 |
| 1628 | Caroline Ellison, Sam Bankman-Fried, Sam Trabucco | 11/21/2021 |
| 1629 | Caroline Ellison, Sam Bankman-Fried, Sam Trabucco | 11/24/2021 |
| 1630 | Caroline Ellison, Sam Bankman-Fried, Sam Trabucco | 1/24/2022 |
| 1631 | Caroline Ellison, Sam Bankman-Fried, Sam Trabucco | 1/28/2022 |
| 1647 | Caroline Ellison, and dozens of other participants | 6/13/2022 |
| 1648 | Caroline Ellison, Matt Ballensweig, Ryan Salame, Richard Chang, Hamill Serrant, Michael Paleokrassas | 6/14/2022 |

2401575.3

| 1649 | Matt Ballensweig and Caroline Ellison | 6/18/2022 |
|------|---------------------------------------|-----------|
| 1650 | Matt Ballensweig and Caroline Ellison | 6/20/2022 |
| 1651 | Caroline Ellison, Matt Ballensweig, Ryan Salame, Richard Chang, Hamill Serrant, Michael Paleokrassas | 6/13/2022 |
| 1652 | Caroline Ellison, and dozens of other participants | 6/18/2022 |
| 1656 | Ben Xie, Sam Bankman-Fried, Caroline Ellison, Sam Trabucco | 1/24/2022 |
| 1658 | Nishad Singh, Ramnik Arora, Caroline Ellison, Gary Wang, Sam Bankman-Fried | 5/9/2022 |
| 1659 | Caroline Ellison and Sam Bankman-Fried | 3/5/2021 |

**ATTACHMENT B**
**(Documents and Emails)**

| DX | File Name | Created Date/Time |
|---|---|---|
| 4 | Rant | 09/13/2022 11:01 PM |
| 7 | Alameda 2022 S1 Overview | 07/07/2022 11:59 PM |
| 8 | Caroline Ellison Review 2022S1 Response | 08/12/2022 |
| 10 | EV of Alameda | 07/22/2021 09:33 AM |
| 48 | Hedging Our Deltas | 09/02/2022 05:39 PM |
| 49 | [External] Balance Sheet 10/1/22 | 10/17/2022 05:11 PM |
| 50 | Venture Deals 2fe7e91dbbec4427ab80e3297b485113 7-18-2022 (SY edit) (1).xlsx | 07/25/2022 12:05 PM |
| 63 | Hedging Thoughts 9/6 | 09/06/2022 11:09 PM |
| 64 | NAV Stuff to Check | 08/03/2022 09:03 PM |
| 65 | Alameda Top Product/Tech Asks From FTX | 08/16/2022 08:58 PM |
| 76 | Important Things | 07/19/2020 07:02 PM |
| 79 | Caroline Self Review 2021 S2 | 01/04/2022 05:39 PM |
| 82 | Life Plans 8/6/22 | 08/05/2022 08:47 PM |
| 146 | Trabucco Thoughts 2/15 | 02/14/2022 09:49 PM |
| 147 | State of Alameda March 2022 | 03/14/2022 08:57 PM |
| 148 | NAV Desires | 04/06/2022 04:05 PM |
| 149 | Demandingness and Time/Money Tradeoffs are Orthogonal | 04/30/2022 10:13 PM |
| 150 | Alameda Balances by FTX Sub | 06/13/2022 |
| 151 | State of Alameda 8/6/22 | 08/05/2022 10:43 PM |
| 152 | Goals for Alameda 2022 S2 | 08/07/2022 11:39 PM |
| 153 | Modulo/Alameda -- from SBF to CE/BX/LZ | 08/17/2022 08:55 PM |
| 159 | Modulo | 07/11/2022 04:22 PM |
| 176 | TO DO | 01/06/2019 07:24 PM |
| 185 | May Crash Takeaways | 05/24/2022 05:46 PM |
| 186 | Alameda Balances by FTX Sub | 06/13/2022 |
| 187 | Alameda Balances by FTX Sub | 6/14/2022 |
| 221 | My Worries About Spending Money | |
| 222 | Sam Stories | |
| 223 | What is my Motivation_ -comments | 9/26/2021 |
| 224 | How Do I Feel About Working Closely With Sam | |
| 237 | Untitled document(6) | |
| 238 | 2020 YE Financials | 01/27/2021 03:16 AM |
| 247 | What is my Motivation? | 09/21/2021 04:44 AM |
| 248 | Journaling 10/1 | 10/01/2021 03:32 AM |
| 249 | Untitled document(18) | |
| 250 | Hamming Problem | |
| 301 | Feelings, etc. | |
| 302 | Feedback Loop | |

2401575.3

| DX | File Name | Created Date/Time |
|---|---|---|
| 303 | Thoughts 7_10 | |
| 304 | Thoughts 2_6_22 | |
| 305 | Breakup Thoughts 4_15 | |
| 420 | Balance Sheet 10/1/22 | 10/07/2022 05:41 PM |
| 697 | Modulo | 07/11/2022 04:22 PM |
| 761 | Modulo Feelings | |
| 762 | Caroline Ellison Review 2022S1 Response | 08/12/2022 |
| 763 | Balance Sheet Questions_To Dos | |
| 764 | Initial Thoughts on Ben as Co-CEO | |
| 765 | What is my Motivation_ | |
| 766 | Notes 7_7 | |
| 767 | Thoughts on Trabby | |
| 768 | Trabucco Review Notes | |
| 769 | Communicating Priorities | |
| 770 | Thoughts on Trabby(1) | |
| 771 | My Life | |
| 772 | Things that Make Me Sad | |
| 791 | Untitled document(25) | |