# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:
**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

*Garrison, et al. v. Paffrath et al.*,
Case No. 23-cv-21023

_____/

**DECLARATION OF ADAM M. MOSKOWITZ IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT ERIKA KULLBERG'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)**

I, Adam M. Moskowitz, declare and state as follows:

1. I am Founding and Managing Partner at The Moskowitz Law Firm. I am an attorney duly authorized and licensed to practice and in good standing in the State of Florida. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. We began an investigation concerning Defendant to ascertain her whereabouts.

3. Our investigation uncovered that Ms. Kullberg went by the name Erika Nicole Shannon before she married Eric Kullberg on April 20, 2019. *See* Search Results, attached as **Exhibit 1**; *see also* Zola Wedding Page, attached as **Exhibit 2.**

4. Ms. Kullberg is still Erika Shannon according to the State Bar of California. See State Bar of California, attached as **Exhibit 3.**

5. Plaintiffs also located various addresses for Defendant. *See* Ex. 1.

6. The two most recent addresses, according to Plaintiffs' investigation, were 400 E. 20th Street, Apt. 5h, New York, NY 10009 and 40 Waterside Plaza, Apt. 11D, New York, New York 10010. *See id*.

7. When Plaintiffs made a service attempt at the 400 E. 20th Street, Apt. 5h, New York, NY 10009 address, Plaintiffs' process server was informed that Defendant was the *previous* resident but had since moved.

8. Plaintiffs then attempted service at the 40 Waterside Plaza, Apt. 11D, New York, New York 10010 address on April 6, 2023.

9. As the Return of Service states, the doorman at Waterside Plaza *did not permit the process server to go further than the lobby*, but called the "recipient" of the summons, who advised him to accept service. *See* Return of Service, attached as **Exhibit 4.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and behalf.

By: _____
Adam Moskowitz

# Exhibit 1

# ADVANCED PERSON SEARCH PLUS

## SEARCH CRITERIA

Name: ERIKA NICOLE SHANNON
Person ID: 165611323953

GLBA: Transactions Authorized by Consumer
DPPA: Use in the Normal Course of Business

### Report Legend

Deceased    D
High Risk Indicator    ⚠
Household Match    🏠

## SEARCH RESULTS SUMMARY

| ERIKA NICOLE SHANNON | 05/##/1990  (32) | 612-74-#### |

## SEARCH RESULTS

### NAMES
ERIKA NICOLE SHANNON  (Female)
ERIKA N SHANNON  (Female)
ERIKA SHANNON  (Female)
ERIKA N KULLBERG  (Female)
ERIKA KULLBERG  (Female)
SHANNON ERIKA  (Female)

### RELATIVES
**EILEEN KAY SHANNON** 10/##/1992 - Born 30 years ago
**MICHAEL E SHANNON** 01/##/1961 - Born 62 years ago
**YOKO SHANNON** 10/##/1959 - Born 63 years ago
**DARLENE ANN SHANNON** 10/##/1939 - Born 83 years ago
**EDWARD JOHN SHANNON** 08/##/1937 - Born 85 years ago
**DEBORAH J NELSON** 03/##/1960 - Born 63 years ago - Died on 07/01/2013 at age 53

### SOCIAL SECURITY NUMBERS
612-74-####
Issued: 06/1994 - 10/1994 in CA
Good

### ADDRESSES/PHONES
400 E 20TH ST APT 5H, NEW YORK, NY 10009-8105 NEW YORK (Jan 2020 - Feb 2023) - Best
40 WATERSIDE PLZ APT 11D, NEW YORK, NY 10010-2636 NEW YORK (Nov 2021 - Aug 2022) -
401 MASSACHUSETTS AVE NW APT 211, WASHINGTON, DC 20001-7610 D.C (Jun 2014 - Dec 2021) -
  ⚠ Residential Care facility.
PSC 557 BOX 621, FPO, AP 96379-0007 (Oct 2019 - Mar 2021) -
PSC 557 BOX 621, S SAN FRANCISCO, CA 94080 SAN MATEO (Oct 2019 - Jul 2021) -
14207 DELAMERE DR, CHESTER, VA 23831-6588 CHESTERFIELD (Jun 2016 - Oct 2019) -
PSC 559 BOX 5121, FPO, AP 96377-0052 (Jul 2012 - Oct 2014) -
PSC 559 BOX 5121, S SAN FRANCISCO, CA 94080 SAN MATEO -
300 MASSACHUSETTS AVE NW APT 529, WASHINGTON, DC 20001-2746 D.C (Aug 2013 - May 2014) -
832 N NOTRE DAME AVE APT 2B, SOUTH BEND, IN 46617-1550 ST. JOSEPH (Jul 2012 - Jul 2013) -
1850 COLUMBIA PIKE APT 722, ARLINGTON, VA 22204-6221 ARLINGTON (Jul 2012 - Jul 2013) -
238 LEWIS HALL, NOTRE DAME, IN 46556-5616 ST. JOSEPH (Jul 2009 - Apr 2014) -
203 PANGBORN HALL, NOTRE DAME, IN 46556-5620 ST. JOSEPH -
166 GLENWOOD DR, KISSIMMEE, FL 34743-8146 OSCEOLA (May 2014 - May 2014) -
2215 MATEO ST, LAKELAND, FL 33801-6666 POLK (Aug 2012 - Aug 2012) -

### DATES OF BIRTH
05/##/1990  (32)

### PHONES
(863) 393-6979 (EDT) (Possible Wireless)
(424) 338-5127 (PDT) (Possible VoIP)
(202) 450-6533 (EDT) (Possible VoIP)
(212) 314-7377 (EDT) (Possible VoIP)
(310) 701-8335 (PDT) (Possible Wireless)
(681) 217-3788 (EDT) (Possible VoIP)
(574) 276-7752 (EDT) (Mobile)
(574) 276-7752 (EDT) (Mobile)
(804) 768-9417 (EDT)
(929) 777-0492 (EDT) (Mobile)
(929) 777-0492 (EDT) (Mobile)

### DRIVERS LICENSES
FL - #############
Issue Date: 07/27/2012
Expiration Date: 05/21/2029

### EMAIL ADDRESSES
SHANNON0022@YAHOO.COM
PGARZARELLI@HOTMAIL.COM

### ADDITIONAL DETAILS
Bankruptcies: 0
Liens and Judgments: 0
Criminal Records: 0
Properties: 0
Vehicles: 0

---

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that

individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

IRBsearch does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, IRBsearch may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

# Exhibit 2

☐     Erika & Eric (/wedding/ericerika)

# Erika Shannon

AND

# Eric Kullberg

April 20, 2019

Made with love by Zola.

About Zola (/)    Guest help (/faq/category/115000284811-for-gift-givers-wedding-guests)    My website

1 (408) 657-ZOLA    Start your wedding website (/wedding-planning/website)

© 2023 Zola, Inc. All rights reserved.

Privacy Policy (/privacy) / Terms of Use (/terms)

Web accessibility (/webaccessibility) / Your CA privacy rights (/privacy#CA-privacy-rights)

# Exhibit 3

# The State Bar *of California*

## Erika N. Shannon #313228
**License Status:** Active

Address: 30 N Gould St, Ste 22721, Sheridan, WY 82801-6317

Phone: 310-601-8394  |  Fax: Not Available

Email: Not Available  |  Website: Not Available

### More about This Attorney ▲

**CLA Sections:**                    None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California.

**Self-Reported Practice Areas:** None reported

**Additional Languages Spoken:**

- By the attorney: None reported
- By staff: None reported

**Law School:** Georgetown Univ Law Ctr; Washington DC

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/8/2016 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2023 The State Bar of California

  

# Exhibit 4

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:23-CV-21023-CMA

**Plaintiff:** EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

vs.

**Defendant:** KEVIN PAFFRATH, ET AL.

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 24th day of March, 2023 at 12:29 pm to be served on **ERIKA KULLBERG, 40 Waterside Plz, Apt 11D, NEW YORK, NY 10010.** I, __MUSAB NASSAR__, do hereby affirm that on the __6__ day of __APRIL__, 20__23__ at __07:40__ P.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving __JERRY DOE__ as __DOORMAN (REFUSED LAST NAME)__.

( ) POSTED SERVICE: After attempting service on __/__ at __ and on __/__ at __ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** TAN SKIN MALE, WEARING HAT, AGE 45-60, HEIGHT 5'9"-6', WEIGHT 181-200LBS DOORMAN CALLED RECIPIENT AND WAS TOLD TO ACCEPT THE DOCUMENTS. DOORMAN REFUSED TO LET ME UP. HAIR COLOR CANNOT BE DETERMINED

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

Musab Nassar

PROCESS SERVER # 2045119-DCA
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000483

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8.2n