UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**<br><br>This Document Relates to All Actions. | Civil Action No. 1:23-md-3076-KMM |

**ANDREW FIGUEROA'S MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANT SAM BANKMAN-FRIED**

In accordance with Local Rules 7.1(a)(1)–(2) and 11.1(d)(3), Andrew T. Figueroa requests the entry of an order permitting him to withdraw as counsel in this action for Defendant Sam Bankman-Fried.

1. On November 10, 2023, Attorney Figueroa will be leaving the firm Gelber Schachter & Greenberg, P.A., and as a result, will no longer represent Mr. Bankman-Fried in this action.

2. Gerald E. Greenberg and Adam M. Schachter of Gelber Schachter & Greenberg, P.A., and Jeremy Mishkin and Richard Simms of Montgomery McCracken will continue to represent Mr. Bankman-Fried in this action. Attorney Figueroa's withdrawal will therefore cause no continuance or delay.

3. As required by Local Rule 7.1(a)(2), a proposed order is attached.

WHEREFORE, Andrew T. Figueroa requests the entry of an order permitting him to withdraw as counsel for Mr. Bankman-Fried and discharging him from all further obligation and responsibility in this action.

Dated: November 10, 2023		Respectfully Submitted,

*/s/ Andrew T. Figueroa*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
ANDREW T. FIGUEROA
Florida Bar. No. 1002745
afigueroa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


JEREMY D. MISHKIN *(pro hac vice)*
jmishkin@mmwr.com
RICHARD M. SIMINS *(pro hac vice)*
rsimins@mmwr.com
MONTGOMERY MCCRACKEN
1735 Market Street, 21st Floor
Philadelphia, PA 19103-7505
Telephone 215-772-1500

*Counsel for Defendant Sam Bankman-Fried*