UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

Civil Action No. 1:23-md-3076-KMM

This Document Relates to All Actions.

## ORDER

Before the Court is Andrew Figueroa's Motion for Leave to Withdraw as Counsel for Defendant Sam Bankman-Fried (the "Motion"). The Court being fully advised, it is:

**ORDERED AND ADJUDGED:**

1. The Motion is GRANTED; and

2. Andrew T. Figueroa is permitted to withdraw as counsel for Defendant Sam Bankman-Fried and is discharged from all further obligation and responsibility in this action.

DONE and ORDERED in Chambers in Miami, Florida this ___ day of November, 2022.

_____

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**