UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
Case No. 1:23-md-03076-KMM

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

This Document Relates To:

*Garrison et al. v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM;
*Garrison et al. v. Golden State Warriors, LLC et al.*, No. 23-cv-23084
*Garrison et al. v. Ohtani et al.*, No. 23-cv-23064

**BLAKE SHINODA'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GOLDEN STATE WARRIORS, LLC AND NAOMI OSAKA**

Attorney Blake Shinoda moves for leave to withdraw as counsel of record for Defendants Golden State Warriors, LLC ("GSW") and Naomi Osaka in this case. GSW and Ms. Osaka will continue to be represented by their counsel of record at the law firms of Colson Hicks Eidson, P.A. and Gibson, Dunn & Crutcher LLP, whose names and mailing addresses are provided below. Per Local Rules 7.1(a)(3) and 11.1(d)(3), GSW and Ms. Osaka and counsel for Plaintiffs received notice of the relief sought in this motion, and none of them has objected.

Dated:  November 15, 2023           Respectfully submitted,

By:     */s/Roberto Martinez*
        Roberto Martínez

COLSON, HICKS, EIDSON, P.A.

Roberto Martínez (FBN 305596)
Stephanie A. Casey (FBN 97483)
Zachary Lipshultz (FBN 123594)
Thomas A. Kroeger (FBN 0019303)
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Phone: 305.476.7400
bob@colson.com
scasey@colson.com
zach@colson.com
tom@colson.com

GIBSON, DUNN & CRUTCHER LLP

Matthew S. Kahn (*pro hac vice*)
Michael J. Kahn (*pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8200
MKahn@gibsondunn.com
MJKahn@gibsondunn.com

Michael Dore (*pro hac vice*)
Jamila MacEbong (*pro hac vice*)
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155
MDore@gibsondunn.com
JMacEbong@gibsondunn.com

Attorneys for Defendants
GOLDEN STATE WARRIORS, LLC and
NAOMI OSAKA

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Roberto Martinez*
Roberto Martínez
