UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
Case No. 1:23-md-03076-KMM

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

This Document Relates To:

*Garrison et al. v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM;
*Garrison et al. v. Golden State Warriors, LLC et al.*, No. 23-cv-23084
*Garrison et al. v. Ohtani et al.*, No. 23-cv-23064

**[PROPOSED] ORDER GRANTING BLAKE SHINODA'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GOLDEN STATE WARRIORS, LLC AND NAOMI OSAKA**

Before the Court is attorney Blake Shinoda's unopposed motion to withdraw as counsel for Defendants Golden State Warriors, LLC and Naomi Osaka (the "Motion," ECF No. ___).

The Motion is **GRANTED**. The Clerk of Court is instructed to terminate Blake Shinoda as counsel of record in this case.

**DONE AND ORDERED** in Miami, Florida this __ day of November, 2023.

_____
**K. Michael Moore**
**United States District Judge**