UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-md-3076-KMM

In RE
FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

**THIS DOCUMENT RELATES TO ALL CASES**

**LAUREN M. BERGELSON'S MOTION TO WITHDRAW AS CO-COUNSEL
FOR DEFENDANT ALTIMETER CAPITAL MANAGEMENT, LP**

PLEASE TAKE NOTICE, that pursuant to S.D. Fla. L.R. 11.1(d), Lauren M. Bergelson, Esq. at Ropes & Gray LLP, hereby withdraws her appearance as co-counsel for Defendant Altimeter Capital Management, LP in the above-captioned proceeding and requests to be removed from the service list. Defendant Altimeter Capital Management, LP will continue to be represented by Ropes & Gray LLP and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A and by attorneys at those law firms that have entered their appearances in this matter.

**WHEREFORE**, Ms. Bergelson respectfully requests to be removed from the service list and that she be relieved from any further responsibility in this cause.

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | ROPES & GRAY LLP |
| */s/ Alejandro D. Rodriguez* | */s/ Lauren M. Bergelson* |
| Jay B. Shapiro, Esq. | Amy J. Longo, Esq. |
| Florida Bar #. 776361 | California State Bar # 198304 |
| jshapiro@stearnsweaver.com | New York State Bar # 2838555 |
| Alejandro D. Rodriguez, Esq. | Amy.Longo@ropesgray.com |
| Florida Bar # 124493 | David B. Hennes, Esq. |
| arodriguez@stearnsweaver.com | New York State Bar # 2773190 |
| 150 West Flagler Street, Suite 2200 | New Jersey State Bar # 047441995 |
| Miami, Florida 33130 | David.Hennes@ropesgray.com |
| Telephone: 305-789-3200 | Lauren M. Bergelson. Esq. |
| | New York Bar # 5757042 |
| | Lauren.Bergelson@ropesgray.com |
| | 1211 Avenue of the Americas |
| | New York, NY 10036-8704 |

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 16, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

                                              */s/ Alejandro D. Rodriguez*
                                              Alejandro D. Rodriguez