UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No: 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants

_____/

# DOMESTIC INVESTOR DEFENDANTS' RESPONSE TO PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY

We write on behalf of the Domestic Investor Defendants[1] regarding Plaintiffs' November 3, 2023 Omnibus Motion ("Motion," ECF No. 348). As the Motion makes clear and as Plaintiffs have separately confirmed in correspondence, the Motion seeks relief only with respect to certain defendants that filed motions to dismiss based on lack of personal jurisdiction, and not with respect to any of the Domestic Investor Defendants, *see id.* at 1-2. As a result, the Domestic Investor Defendants do not take any position on the Motion but reserve all rights in the event that Plaintiffs move in the future to lift the stay of discovery as to the Domestic Investor Defendants.

---

[1] Altimeter Capital Management, LP, K5 Global Advisor, LLC, Multicoin Capital Management LLC, Paradigm Operations LP, Ribbit Capital, L.P., Sequoia Capital Operations, LLC, SkyBridge Capital II, LLC, Thoma Bravo, LP, and Tiger Global Management, LLC.

Dated: November 17, 2023

Respectfully submitted,

*/s/ Rishi N. Zutshi*
**LAWSON HUCK GONZALEZ PLLC**
Paul C. Huck, Jr.
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com
jkim@csgh.com
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

*/s/ Amy Jane Longo*
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro
Florida Bar No. 776361
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2664
jshapiro@stearnsweaver.com

**ROPES & GRAY LLP**
David Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
david.hennes@ropesgray.com

Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone: (310) 975-3000
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

*/s/ Scott M. Malzahn*
**TEIN MALONE TRIAL LAWYERS**
Michael Tein
Florida Bar No. 993522
3059 Grand Avenue
Coconut Grove, Florida 33133
Telephone: (305) 442-1101
tein@teinmalone.com

**WAYMAKER LLP**
Brian E. Klein
Scott M. Malzahn
515 S. Flower Street, Suite 3500

*/s/ Stephen Silva*
**BERGER SINGERMAN LLP**
Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305)-714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

**KIRKLAND & ELLIS LLP**

Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

*Counsel for Defendant Multicoin Capital Management LLC*

*/s/ T. Todd Pittenger*
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Alexander C. Drylewski (admitted *pro hac vice*)
Mikal Davis-West
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Mark R.S. Foster (admitted *pro hac vice*)
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendant Paradigm Operations LP*

Mark McKane (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)
Stephen Silva (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*

*/s/ Jeffrey F. Robertson*
**SCHULTE ROTH & ZABEL LLP**
Peter H. White
Jeffrey F. Robertson
555 Thirteenth Street, NW
Suite 6W
Washington, DC 20004
Telephone: 202-729-7470
Facsimile: 202-730-4520
pete.white@srz.com
jeffrey.robertson@srz.com

*Counsel for Defendant Tiger Global Management, LLC*

| | |
|---|---|
| */s/ Nicholas D. Marais* | */s/ Jason C. Hegt* |
| **AKERMAN LLP** | **LATHAM & WATKINS LLP** |
| Jacqueline M. Arango | James E. Brandt |
| Florida Bar No. 664162 | NY Bar No. 1858935 |
| Three Brickell City Centre | Jason C. Hegt |
| 98 Southeast Seventh Street, Suite 1100 | NY Bar No. 4781191 |
| Miami, Florida 33131 | 1271 Avenue of the Americas |
| Telephone: (305) 374 5600 | New York, NY 10020 |
| jacqueline.arango@akerman.com | Telephone: (212) 906-1200 |
| | Fax: (212) 751-4864 |
| **KEKER, VAN NEST & PETERS LLP** | james.brandt@lw.com |
| Steven P. Ragland | jason.hegt@lw.com |
| Nicholas D. Marais | |
| 633 Battery Street | *Counsel for Defendant K5 Global Advisor, LLC* |
| San Francisco, California 94111 | |
| Telephone: (415) 391-5400 | |
| sragland@keker.com | |
| nmarais@keker.com | |

*Counsel for Defendant Ribbit Capital, L.P.*

*/s/ Douglas R. Hirsch*
**SADIS & GOLDBERG LLP**
Douglas R. Hirsch
Frank S. Restagno
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

*Counsel for Defendant SkyBridge Capital II, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 17, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel and parties of record.

*/s/ Todd Pittenger*
T. Todd Pittenger

*Counsel for Defendant*
*Paradigm Operations LP*
