UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:

Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

/

**PLAINTIFFS' RESPONSE TO DEFENDANTS
SOFBANK GROUP CORP., SOFTBANK INVESTMENT ADVISERS (UK) LIMITED, AND
SOFTBANK GLOBAL ADVISERS LIMITED'S OPPOSITION TO PLAINTIFFS'
<u>MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY</u>**

Plaintiffs file this response to Defendants SoftBank Group Corp., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited (collectively, "SoftBank") Opposition (R. Doc. 374) ("Opposition") to Plaintiffs' Omnibus Motion to Lift Discovery Stay and for Leave to Conduct Jurisdictional Discovery, and, If Necessary to Amend Their Complaints with Any Facts Arising from Such Discovery (R. Doc. 348) ("Motion").

Plaintiffs hereby withdraw the motion as to Defendant SoftBank. Because SoftBank has not lodged a personal jurisdiction objection in this litigation at this time and because Plaintiffs have a motion pending before this Court which would obviate the need for any service-related discovery (R. Doc. 280), Plaintiffs did not attach discovery requests to SoftBank to the Motion, did not confer with SoftBank prior to filing the Motion, and do not seek discovery from SoftBank. Plaintiffs thus retract the Motion as to SoftBank at this time. Should SoftBank attempt to assert a personal jurisdiction defense at a later date, Plaintiffs will separately seek jurisdictional discovery from SoftBank or seek leave from this Court to take such discovery, whichever is appropriate at that time.

## CONCLUSION

For the foregoing reasons, Plaintiffs pray that the Court will permit them to retract their Motion with respect to SoftBank without prejudice in order to permit Plaintiffs to request jurisdictional discovery against SoftBank at a later date should SoftBank raise a personal jurisdiction defense.

Dated: November 20, 2023

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

Joseph R. Saveri
Christopher Young
Itak K. Moradi
**JOSEPH SAVERI LAW FIRM**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

*Counsel to Plaintiffs and the Putative Classes*

Respectfully submitted,

**By:** */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

James R. Swanson, La. Bar No. 18455
Kerry J. Miller, La. Bar. No. 24562
Molly L. Wells, La. Bar. No. 36721
C. Hogan Paschal, La. Bar No. 38495
**FISHMAN HAYGOOD L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
mwells@fishmanhaygood.com
hpaschal@fishmanhaygood.com

Robert Lieff
P.O. Drawer A
Rutherford, CA 94573
rlieff@lieff.com

*Counsel to Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 20, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

      By: */s/ Adam M. Moskowitz*
      **Adam M. Moskowitz**