IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076

Case No. 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

### NOTICE OF CHANGE OF ADDRESS

Attorney Benjamin J. Tyler, Esq., files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: Holland & Knight LLP

Address: 701 Brickell Avenue
Suite 3300
Miami, FL 33131
305-374-8500

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile on all parties listed on the CM/ECF system.

Dated: November 20, 2023

HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131
305-374-8500

By: /s/*Benjamin J. Tyler*
Benjamin J. Tyler
Florida Bar No. 1003552
Email: benjamin.tyler@hklaw.com

*Attorney for Dismissed Silvergate Bank*[1]

---

[1] The undersigned attorney's address is incorrect in the Southern District of Florida's CM/ECF system. The undersigned was advised by the Clerk's office that they could not update his address unless he filed a change of address in this case, despite the fact that his client, Silvergate Bank, was voluntarily dismissed. The undersigned apologizes for any inconvenience this may cause.

#233857857_v1