UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

Bank Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*O'Keefe v. Farmington State Bank d/b/a Moonstone Bank, et al.*, E.D. Wa. Case No. 2:23-cv-00213-TOR

_____/

**DECLARATION OF ADAM M. MOSKOWITZ IN SUPPORT OF PLAINTIFFS' REPLY IN RESPONSE TO DEFENDANTS DELTEC BANK AND JEAN CHALOPIN'S AND DEFENDANT MOONSTONE'S OPPOSITIONS TO PLAINTIFFS' OMNIBUS MOTION TO LIFT DISCOVERY STAY AND FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND, IF NECESSARY TO AMEND THEIR COMPLAINTS WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

I, Adam M. Moskowitz, declare and state as follows:

1. I am Founding and Managing Partner at The Moskowitz Law Firm. I am an attorney duly authorized and licensed to practice and in good standing in the State of Florida. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached as Exhibit A-1 is a true and correct copy of the trial testimony of Peter Douglas Easton from the criminal trial of Samuel Bankman-Fried, *United States v. Samuel Bankman-Fried*, No. 1:22-cr-00673 (S.D.N.Y.).

3. Attached as Exhibit A-2 is a true and correct copy of the trial testimony of Caroline Ellison from the criminal trial of Samuel Bankman-Fried, *United States v. Samuel Bankman-Fried*, No. 1:22-cr-00673 (S.D.N.Y.).

4.

*Case No. 1:23-md-03076-KMM*

5. Attached as Exhibit A-3 is a true and correct copy of the trial testimony of Nishad Singh from the criminal trial of Samuel Bankman-Fried, *United States v. Samuel Bankman-Fried*, No. 1:22-cr-00673 (S.D.N.Y.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 27, 2023 in Miami, Florida.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz

# A-1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                           22 CR 673 (LAK)

 5   SAMUEL BANKMAN-FRIED,

 6              Defendant.                   Trial
     ------------------------------x
 7
                                             New York, N.Y.
 8                                           October 18, 2023
                                             9:30 a.m.
 9

10   Before:

11
                         HON. LEWIS A. KAPLAN,
12
                                             District Judge
13
                              APPEARANCES
14
     DAMIAN WILLIAMS
15        United States Attorney for the
          Southern District of New York
16   BY:  DANIELLE R. SASSOON
          NICOLAS ROOS
17        DANIELLE KUDLA
          SAMUEL RAYMOND
18        THANE REHN
          Assistant United States Attorneys
19
     COHEN & GRESSER, LLP
20        Attorneys for Defendant
     BY:  MARK S. COHEN
21        CHRISTIAN R. EVERDELL
          SRI K. KUEHNLENZ
22        DAVID F. LISNER

23   Also Present:
     Luke Booth, FBI
24   Kristin Allain, FBI
     Arjun Ahuja, USAO Paralegal Specialist
25   Grant Bianco, USAO Paralegal Specialist
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  A. So again, similar to the analyses before, we have a
2  transfer of customer funds through a series of Alameda Research
3  customer depository accounts, through to an Alameda Research
4  external account—in other words, this is an account that does
5  not hold customer funds—of 500 million, and in turn, the
6  bottom right-hand corner, a payment for the investment in
7  Anthropic.
8  Q. And how does the amount of the investment in Anthropic
9  relate to the amount we saw on that Slack message on the last
10 exhibit?
11 A. It is that amount.
12        MR. ROOS: We can take this down.
13        Could we please publish Government Exhibit 1032.
14 Q. Professor Easton, starting on page 1 of this exhibit, can
15 you explain what the exhibit shows.
16 A. Yes. So this is a summary of a purchase by Alameda
17 Research of Robinhood shares—here, a brokerage account called
18 ED&F Man. Importantly, this exhibit shows that customer funds
19 primarily were used to fund a transfer of 292 million out of
20 customer funds—of customer funds out of customer depositories
21 to Alameda Research to an account that already had 196 million
22 worth of Robinhood shares. In turn, Alameda Research purchased
23 another 292 million of Robinhood shares.
24 Q. And by "Robinhood shares," what are you referring to?
25 A. These are shares in a trading firm called Robinhood.

```
 1  Q.  When you say "shares," are they like shares of stock?
 2  A.  Yes.
 3  Q.  Okay.  Let's look at what happens next.
 4          MR. ROOS:  Could we go to page 2 of this exhibit.
 5  Q.  And some additional information has been added to the
 6  exhibit.  What does it depict?
 7  A.  So in the first flow, the flow that we saw before we added
 8  this piece, I was trying to summarize essentially what
 9  happened.  But in addition, Alameda Research——there was a
10  transfer out of Alameda Research of 491 million to Sam
11  Bankman-Fried and 54.6 million to Gary Wang.  This amount was
12  exactly equal to the amount that was used to purchase Robinhood
13  shares.
14          MR. ROOS:  So let's go to the next page.
15  Q.  And what information is now added to the exhibit?
16  A.  So this 468——400——$546 million——I apologize——is——this
17  $546 million was then transferred to an entity wholly owned by
18  Gary Wang and Sam Bankman-Fried called Emergent Fidelity
19  Technologies.  This is the yellow box, identified yellow
20  because now it's a Bankman-Fried entity.
21          MR. ROOS:  And let's go to the next page.
22  Q.  And what does this new information on the exhibit depict?
23  A.  Recall that the 546.1 million which went to Gary and Sam
24  Bankman-Fried goes to Emergent Technologies but then was
25  transferred back to Alameda Research, so there's a round-trip
```

1  transaction, if you like, that makes Alameda Research whole.
2  Q.  And what then happened, if anything, in response to this
3  $546.1 million transfer?  And could we go to the next page.
4  A.  So in turn, Robinhood shares were transferred to this
5  brokerage fund in the name of Bankman-Fried and Wang.
6       MR. ROOS:  And let's go to the last page.
7  Q.  So what does this last page now depict?
8  A.  So the end result of all of those transactions, which I've
9  tried to summarize as clearly as possible——I hope it is
10 clear——is that customer funds ultimately went through Alameda
11 Research and did this big round-trip transaction so that they
12 ended up in an account owned by Wang and Bankman-Fried, which
13 then in turn purchased Robinhood shares.
14 Q.  And so just to be clear, we've looked at straight green
15 lines previously.  What do the sort of dashes indicate here?
16 Was this actually the flow of funds?
17 A.  No.  The dashes are there to indicate all of this——these
18 transactions that occurred in the background.
19      MR. ROOS:  Okay.  We can take this exhibit down.
20      Let's put back up Government Exhibit 1044.  And if we
21 go to page 3.
22 Q.  Professor Easton, we've talked about a bunch of instances
23 of payments or investments in businesses.  Have you done any
24 analysis relating to payments for political contributions?
25 A.  Yes, I have.

A-2

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4            v.                          22 CR 673 (LAK)

 5   SAMUEL BANKMAN-FRIED,

 6              Defendant.                Trial
     ------------------------------x
 7
                                          New York, N.Y.
 8                                        October 10, 2023
                                          9:30 a.m.
 9

10   Before:

11
                      HON. LEWIS A. KAPLAN,
12
                                          District Judge
13
                             APPEARANCES
14
     DAMIAN WILLIAMS
15        United States Attorney for the
          Southern District of New York
16   BY:  DANIELLE R. SASSOON
          NICOLAS ROOS
17        DANIELLE KUDLA
          SAMUEL RAYMOND
18        THANE REHN
          Assistant United States Attorneys
19
     COHEN & GRESSER, LLP
20        Attorneys for Defendant
     BY:  MARK S. COHEN
21        CHRISTIAN R. EVERDELL
          SRI K. KUEHNLENZ
22        DAVID F. LISNER

23   Also Present:
     Luke Booth, FBI
24   Kristin Allain, FBI
     Arjun Ahuja, USAO Paralegal Specialist
25   Grant Bianco, USAO Paralegal Specialist
```

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

1  A. Sorry. Can you repeat the question.
2  Q. Of course. What was the defendant's involvement in using
3  FTX customer money as a source of funds for Alameda in those
4  early days at FTX?
5  A. He said that FTX would be a good source of capital, and he
6  set up the system that allowed Alameda to borrow from FTX.
7  Q. To your knowledge were customers of FTX ever told that
8  their money was being taken and used by Alameda?
9  A. No, not to my knowledge.
10 Q. Before the lunch break you described two ways that Alameda
11 took customer money from FTX, so let's talk about those.
12         What role, if any, did Alameda have with respect to
13 FTX customer fiat or dollar deposits?
14 A. Yeah. Initially, when FTX was getting started, it was hard
15 for it to get bank accounts, so Alameda would receive money in
16 its bank accounts for FTX customer deposits.
17 Q. And why were FTX customers depositing money?
18 A. Because they wanted to use it to maybe convert into
19 cryptocurrencies or just use as collateral for their trading.
20 Q. What was the approximate time frame of Alameda receiving
21 FTX customer money into its bank account?
22 A. I recall it happening as early as 2020. I'm not sure if it
23 was earlier. And I know that it was still happening to some
24 extent in 2022, though we had largely moved to FTX bank
25 accounts at that point.

# A-3

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                           22 CR 673 (LAK)

 5   SAMUEL BANKMAN-FRIED,

 6              Defendant.                   Trial
     ------------------------------x
 7
                                             New York, N.Y.
 8                                           October 16, 2023
                                             9:40 a.m.
 9

10   Before:

11
                     HON. LEWIS A. KAPLAN,
12
                                       District Judge
13
                          APPEARANCES
14
     DAMIAN WILLIAMS
15        United States Attorney for the
          Southern District of New York
16   BY:  DANIELLE R. SASSOON
          NICOLAS ROOS
17        DANIELLE KUDLA
          SAMUEL RAYMOND
18        THANE REHN
          Assistant United States Attorneys
19
     COHEN & GRESSER, LLP
20        Attorneys for Defendant
     BY:  MARK S. COHEN
21        CHRISTIAN R. EVERDELL
          SRI K. KUEHNLENZ
22        DAVID F. LISNER

23   Also Present:
     Luke Booth, FBI
24   Kristin Allain, FBI
     Arjun Ahuja, USAO Paralegal Specialist
25   Grant Bianco, USAO Paralegal Specialist
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   things that FTX did before going live was connecting it to
2   OTC.FTX.com, which was a reskin of another OTC system that Gary
3   and Sam had built.  That system supported depositing fiat into
4   Alameda's bank accounts.  That system could be used to onboard
5   funds via fiat deposits to FTX once they were linked.
6   Q.  What, if any, conversations did you have with the defendant
7   about Alameda receiving FTX customer deposits prior to June
8   2022?
9   A.  We had discussions on improving this set up technically
10  that I helped sort of direct Adam to pursue.  I'd also heard
11  from him and from others that the reason that Alameda bank
12  accounts were used at all in the beginning was because FTX had
13  a hard time securing bank accounts but Alameda already had
14  them.
15  Q.  Who was the him in the answer you just gave?
16  A.  Sam.
17  Q.  Prior to June 2022, had you ever spoken to the defendant
18  about the fiat@FTX account?
19  A.  Yes.
20  Q.  What did he say to you?
21  A.  He understood that it was something that Alameda --
22           MR. COHEN:  Can we have a time frame, please.
23           THE COURT:  Prior to June of 2022.
24           MR. COHEN:  More than that.
25           THE COURT:  Pardon?