UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>GARRISON V. BANKMAN-FRIED<br>No. 22-cv-23753-MOORE/OTAZO-REYES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alli Katzen of Weil, Gotshal & Manges LLP hereby makes an appearance as counsel of record for Defendant SHOHEI OHTANI, and directs that all future pleadings, filings and correspondence in this action be delivered and served upon her at the address set forth below.

DATED: December 6, 2023
        Miami, Florida

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**

/s/ Alli Katzen
Alli Katzen (Fla Bar No. 1024803)
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100
Email: alli.katzen@weil.com

*Attorney for Defendant Shohei Ohtani*