UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

---

This Document Relates to:

**All Actions**

---

**MOTION TO WITHDRAW APPEARANCE**

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), I, Joseph R. Saveri hereby move this Court for an order granting permission to withdraw Steven N. Williams as counsel for the Plaintiffs and the Putative Classes, as Mr. Williams no longer represents these Plaintiffs in this MDL and should be removed from the Court's service list with respect to the above-captioned action. Attorneys Joseph R. Saveri, Christopher K.L. Young, Louis Kessler and Itak K. Moradi have entered appearances on behalf of the above-referenced Plaintiffs, and are familiar with this matter, the posture of the case, and its current status on the calendar. By way of this filing, the undersigned respectfully requests the Court to issue an order granting this motion to withdraw appearance.

RESPECTFULLY SUBMITTED this 6th day of December 2023.

Dated: December 6, 2023

Respectfully Submitted,
JOSEPH SAVERI LAW FIRM, LLP

By:   */s/ Joseph R. Saveri*
         JOSEPH R. SAVERI

Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
Louis Kessler (CA Bar No. 243703)
Itak K. Moradi (CA Bar No. 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
lkessler@saverilawfirm.com
imoradi@saverilawfirm.com

*Counsel to Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

By: _____*/s/ Joseph R. Saveri*_____
JOSEPH R. SAVERI