**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse**
**Litigation**

This Document Relates to:

**All Actions**

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

**THIS CAUSE** came before the court upon the Motion for Attorney Steven N. Williams to Withdraw Appearance [ECF No. _____ ] as Counsel for the Plaintiffs and the Putative Classes. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**. Steven N. Williams's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida this ___ day of _____, 2023.

K. Michael Moore