IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

This Document Relates To:

*Garrison, et al. v. Bankman-Fried, et al.*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES
_____/

### DEFENDANT WILLIAM TREVOR LAWRENCE'S NOTICE OF JOINDER

Defendant William Trevor Lawrence (**"Mr. Lawrence"**) hereby gives notice of his joinder in the Reply Brief in Support of Motion to Dismiss for Failure to State a Claim filed by certain Defendants [ECF No. 407] (the **"Reply"**).[1] Mr. Lawrence adopts and incorporates the Reply as if fully set forth herein with respect to Mr. Lawrence.

In addition to joining in the Reply, Mr. Lawrence has also filed a Reply Brief in Support of His Individual Motion to Dismiss [ECF No. 403], for issues unique to him.

---

[1] Plaintiffs and Mr. Lawrence have agreed to settle – subject to Court approval [ECF No. 245]. Mr. Lawrence files this Notice of Joinder in an abundance of caution, to be considered only in the event the settlement fails for any reason.

Dated: December 6, 2023

Respectfully submitted,

By: */s/ David A. Rothstein*
David A. Rothstein, Esq.
Fla. Bar No. 995762
  DRothstein@dkrpa.com
Alexander M. Peraza, Esq.
Fla. Bar No. 107044
  APeraza@dkrpa.com
Eshaba Jahir-Sharuz, Esq.
Fla. Bar No. 1038846
  Eshaba@dkrpa.com
DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:     (305) 374-1920
Eric A. Fitzgerald (*pro hac vice*)
  *eric.fitzgerald@mgclaw.com*
Hillary N. Ladov (*pro hac vice*)
  *hillary.ladov@mgclaw.com*
MCANGUS GOUDELOCK & COURIE LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

*Attorneys for Defendant William Trevor Lawrence*