# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> GARRISON V. BANKMAN-FRIED <br> No. 22-cv-23753-MOORE/OTAZO-REYES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pravin R. Patel of Weil, Gotshal & Manges LLP hereby makes an appearance as counsel of record for Defendant SHOHEI OHTANI, and directs that all future pleadings, filings and correspondence in this action be delivered and served upon him at the address set forth below.

DATED: December 11, 2023
Miami, Florida

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**

*/s/ Pravin Patel*
Pravin R. Patel (Fla Bar. No. 0099939)
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100
Email: Pravin.patel@weil.com

*Attorney for Defendant Shohei Ohtani*