UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |

**CERTIFICATE OF UNDERSTANDING REGARDING
<u>ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA</u>**

I, Zachary A. Schreiber, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of New York, and am also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.
2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.
3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.
4. I will only use the electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.
5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.
6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Zachary A. Schreiber
NY Bar #: 5612429
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
T: 212-310-8000
F: 212-310-8007
Zach.schreiber@weil.com

Attorney Signature: _____   Date: 12/6/2023



# Memorandum

December 14, 2023

| **To** | **From** | **CC** |
|---|---|---|
| MDL Deputy Clerk | Ann Merlin | |

**Re**  Certificates of Understanding to be filed in FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION, Case No. 1:23-md-03076-KMM

Please file the enclosed two Certificate of Understanding in the above-captioned matter at your earliest convenience. Please contact me if you have any questions at 305-577-3114 or ann.merlin@weil.com.

Thank you.

Weil, Gotshal & Manges LLP

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

