UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Zachary Tripp, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the State of New York and Vermont, and the District of Columbia.
2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.
3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.
4. I will only use the electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.
5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.
6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Zachary Tripp
New York Bar #: 4525994
Vermont Bar #: 6247
District of Columbia Bar #: 988134
Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
T: 202-682-7220
F: 202-857-0940
Zack.tripp@weil.com

Attorney Signature: _____  Date: 12/12/2023



# Memorandum

December 14, 2023

| To | From | CC |
|---|---|---|
| MDL Deputy Clerk | Ann Merlin | |

Re  Certificates of Understanding to be filed in FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION, Case No. 1:23-md-03076-KMM

Please file the enclosed two Certificate of Understanding in the above-captioned matter at your earliest convenience.  Please contact me if you have any questions at 305-577-3114 or ann.merlin@weil.com.

Thank you.

Weil, Gotshal & Manges LLP

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

---

ORIGIN ID:MPBA    (305) 577-3183
WEIL, GOTSHAL & MANGES
1395 BRICKELL AVE.
SUITE 1200
MIAMI, FL 33131
UNITED STATES US

SHIP DATE: 14DEC23
ACTWGT: 1.00 LB MAN
CAD: 03147840/CAFE3755

BILL SENDER

TO  CLERK OF COURT, U S DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FL.
400 NORTH MIAMI AVENUE

(305) 523-5100
REF: 66128.0003/8136

MIAMI FL 33128

TRK# 7065 8459 6130    0201

3C MPBA

FRI - 15 DEC 12:00P
PRIORITY OVERNIGHT

33128
FL-US    MIA

585C2/7C14/AED7