IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br>FTX CRYPTOCURRENCY EXCHANGE<br>COLLAPSE LITIGATION | No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*<br>No. 23-cv-24478-KMM | |

## NOTICE OF APPEARANCE

COMES NOW, Lauren V. Humphries, of the law firm of Buchanan Ingersoll & Rooney PC, and hereby gives notice of appearance as counsel on behalf of Defendant Dentsu McGarry Bowen LLC, and requests that all pleadings, briefs, notices, motions, orders, communications, or other documents filed in this proceeding also be served upon the undersigned attorney at the address listed below.

Dated: December 20, 2023

Respectfully submitted,

*/s/ Lauren V. Humphries*
Lauren V. Humphries, Esq.
Florida Bar No: 0117517
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson St., Suite 2400
Tampa, FL 33602
Tel No: 813 222-8180
Fax No: 813 222-8189
Email: lauren.humphries@bipc.com
eservice@bipc.com
*Attorneys for Defendant Dentsu McGarry Bown LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 20th day of December, 2023, by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to all counsel of record.

    Respectfully submitted,

*/s/ Lauren V. Humphries*
Lauren V. Humphries, Esq.
Florida Bar No: 0117517
lauren.humphries@bipc.com
eservice@bipc.com
*Attorneys for Defendant Dentsu McGarry Bown LLC*