# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| **IN RE:**<br>**FTX CRYPTOCURRENCY EXCHANGE**<br>**COLLAPSE LITIGATION** | No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*<br>No. 23-cv-24478-KMM | |

## NOTICE OF APPEARANCE

COMES NOW, Maria D. Corghi, Esq., of the law firm of Buchanan Ingersoll & Rooney PC, and hereby gives notice of appearance as counsel on behalf of Defendant Dentsu McGarry Bowen LLC, and requests that all pleadings, briefs, notices, motions, orders, communications, or other documents filed in this proceeding also be served upon the undersigned attorney at the address listed below.

Dated:  December 20, 2023

                                                **BUCHANAN INGERSOLL & ROONEY PC**
                                                2 S. Biscayne Blvd., Ste. 1500
                                                Miami, Florida 33131
                                                Telephone: (305) 347 5900
                                                Facsimile: (305) 347 4089

                    By: */s/ Maria D. Corghi*
                          Maria D. Corghi, Esq.
                          Fla. Bar No.: 1017965
                          Email: Maria.corghi@bipc.com

                          *Attorney for Defendant, Dentsu McGarry Bowen LLC*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 20th day of December, 2023, by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to all counsel of record.

Respectfully submitted,

*/s/ Maria D. Corghi*
Maria D. Corghi, Esq.
Fla. Bar No.: 1017965