IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **IN RE:**<br>**FTX CRYPTOCURRENCY EXCHANGE**<br>**COLLAPSE LITIGATION** | No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*<br>No. 23-cv-24478-KMM | |

## ORDER

This matter came before the Court on Defendant Dentsu McGarry Bowen LLC's ("Dentsu") Unopposed Motion for Enlargement of Time to Respond to Class Action Complaint [ECF No. _____] (the "Motion"). The Court, being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion is GRANTED;

2. Dentsu shall have up until and through February 29, 2024, to respond to the Class Action Complaint filed in the related action commenced in this Court as styled above (No. 23-cv-24478-KMM).

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of December 2023.

_____
**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**