# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>GARRISON V. BANKMAN-FRIED<br>No. 22-cv-23753-MOORE/OTAZO-REYES | |

## [PROPOSED] ORDER

**THIS CAUSE** comes before the Court on Edward Soto's Motion to Withdraw as Counsel and Request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Accordingly, the Clerk shall terminate Edward Soto as counsel for Defendant Shohei Ohtani and discontinue CM/ECF notice to him in this action.

**DONE AND ORDERED** in Chambers, in Miami, Florida this ___ day of _____, 2023.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record