IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br>FTX CRYPTOCURRENCY EXCHANGE<br>COLLAPSE LITIGATION | No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*<br>No. 23-cv-24478-KMM | |

## NOTICE OF APPEARANCE

COMES NOW, Sammy Epelbaum, Esq., of the law firm of Buchanan Ingersoll & Rooney PC, and hereby gives notice of appearance as counsel on behalf of Defendant Dentsu McGarry Bowen LLC, and requests that all pleadings, briefs, notices, motions, orders, communications, or other documents filed in this proceeding also be served upon the undersigned attorney at the address listed below.

Dated:  December 21, 2023

                                              **BUCHANAN INGERSOLL & ROONEY PC**
                                              2 S. Biscayne Blvd., Ste. 1500
                                              Miami, Florida 33131
                                              Telephone: (305) 347 5900
                                              Facsimile: (305) 347 4089

                                        By: */s/ Sammy Epelbaum*
                                                Sammy Epelbaum, Esq.
                                                Fla. Bar No.: 31524
                                                Email: sammy.epelbaum@bipc.com

                                              *Attorney for Defendant, Dentsu McGarry Bowen LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 21st day of December, 2023, by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to all counsel of record.

Respectfully submitted,

*/s/ Sammy Epelbaum*
Sammy Epelbaum, Esq.
Fla. Bar No.: 31524