IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

**In re: FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Orr v. Wasserman Media Group, LLC*,
No. 1:23-cv-24478-KMM

_____/

**[PROPOSED] ORDER**

This matter came before the Court on Defendant Wasserman Media Group, LLC's ("Wasserman Media") Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. ___] (the "Motion"). With good cause shown, the Motion is **GRANTED**.

Accordingly, it is **ORDERED** and **ADJUDGED** that Wasserman Media shall have up until and through [January 30, 2024 / February 29, 2024] to respond to the Class Action Complaint filed in the related action Case No. 23-cv-24478, ECF No. 1.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of December, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE