UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE
CASE NO. 1:23-MD-03076-KMM

IN RE:

**FTX CRYPTO CURRENCY EXCHANGE
COLLAPSE LITIGATION**

_____

THIS DOCUMENT RELATES TO BANK DEFENDANTS

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Joseph B. Isenberg, Esq., and the law firm of Venable, LLP, as counsel on behalf of Defendants, Deltec Bank and Trust Company and Jean Chalopin, in this matter, and requests that copies of all filings, documents, and all other papers served or filed in the above-styled matter be directed to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished via electronic filing, U.S. Mail, and/or facsimile to all counsel of record identified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Respectfully submitted: December 28, 2023.

        VENABLE LLP
*Attorneys for Deltec Bank and Trust Company, and Jean Chalopin*
227 West Monroe Street, Suite 1900
Chicago, IL 60606
(312) 820-3400

/s/ *Joseph B. Isenberg*
Desireé Moore, Esq.
Illinois Bar No. 125659
dmoore@venable.com
Joseph B. Isenberg, Esq.
Florida Bar No. 1018077
jbisenberg@venable.com