UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-KMM

| | |
|---|---|
| In RE<br><br>FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION<br><br>This Document Relates To:<br><br>GARRISON v. BANKMAN-FRIED<br>Case No. 1:22-cv-23753-KMM | |

### DEFENDANTS GOLDEN STATE WARRIORS, LLC'S AND NAOMI OSAKA'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Golden State Warriors, LLC ("GSW") and Naomi Osaka, by and through their counsel of record, give notice that they withdraw their argument on pages 1–15 of ECF No. 268 (the "Motion") that the Court should dismiss the claims against them for lack of personal jurisdiction. For the avoidance of doubt, GSW and Osaka do not withdraw, and expressly preserve, their argument on page 15 of the Motion that *Garrison, et al. v. Bankman-Fried, et al.*, Case No. 1:22-cv-23753-KMM should be dismissed for improper claim splitting.

Dated:  January 2, 2024

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**

By: */s/ Roberto Martinez*
Roberto Martínez
Stephanie A. Casey (FBN 97483)
Zachary Lipshultz (FBN 123594)
Thomas A. Kroeger (FBN 0019303)
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Phone: 305.476.7400
bob@colson.com
scasey@colson.com
zach@colson.com
tom@colson.com

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
Michael J. Kahn (*pro hac vice*)
One Embarcadero Center, Suite 2600
Phone: 415.393.8200
MKahn@gibsondunn.com
MJKahn@gibsondunn.com

Michael Dore (*pro hac vice*)
Jamila MacEbong (*pro hac vice*)
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155
MDore@gibsondunn.com
JMacEbong@gibsondunn.com

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of January, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Roberto Martinez*
Roberto Martínez
