IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM | |

**DEFENDANT SOLOMID CORPORATION'S NOTICE OF WITHDRAWAL OF
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Defendant Solomid Corporation, by and through its counsel of record, gives notice that Defendant withdraws its argument on pages 1–15 of ECF No. 268 (the "Motion") that the Court should dismiss the claims against it for lack of personal jurisdiction. For the avoidance of doubt, Solomid Corporation does not withdraw, and expressly preserves, its argument on page 15 of the Motion that *Garrison, et al. v. Bankman-Fried, et al.*, Case No. 1:22-cv-23753-KMM should be dismissed for improper claim splitting.

Date:  January 3, 2024                                  Respectfully submitted,

                                                        **MARCUS NEIMAN RASHBAUM
                                                        & PINEIRO LLP**
                                                        100 Southeast Third Avenue, Suite 805
                                                        Fort Lauderdale, Florida 33394
                                                        Tel: (954) 462-1200

                                                         2 South Biscayne Blvd., Suite 2530
                                                       Miami, Florida 33131
                                                       Tel: (305)-400-4260

By: */s/ Jeffrey A. Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
  *jneiman@mnrlawfirm.com*
Jeffrey Marcus
Fla. Bar No. 310890
  *jmarcus@mnrlawfirm.com*
Michael Pineiro
Fla. Bar No. 041897
  *mpineiro@mnrlawfirm.com*
Brandon Floch
Fla. Bar No. 125218
  *bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Solomid Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Jeffrey A. Neiman*
        Jeffrey A. Neiman