# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan,*
*Andrei Jikh, Jaspreet Singh, Brian Jung,*
*Jeremy Lefebvre, Tom Nash, Ben Armstrong,*
*Erika Kullberg, and Creators Agency, LLC*,
Case No. 23-cv-21023

## ORDER GRANTING SPECIALLY APPEARING DEFENDANT ERIKA KULLBERG'S MOTION FOR PROTECTIVE ORDER

This CAUSE having come before the Court on Specially Appearing Defendant Erika Kullberg's ("Kullberg") Motion for Protective Order and Incorporated Memorandum of Law ("Motion for Protection"), and the Court having reviewed the Motion for Protection, and having found good cause exists, hereby

**ORDERS AND ADJUDGES** that the Motion for Protection is **GRANTED** as follows:

1. Specially Appearing Defendant Erika Kullberg is protected from responding to Plaintiffs' limited jurisdictional discovery unless the Court: (1) denies Kullberg's Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(5) (DE 263) (the "12(b)(5) Motion"); (2) Kullberg withdraws her 12(b)(5) Motion following effective service by Plaintiffs; or (3) the Court orders otherwise.

2. If any of the foregoing occurs, Plaintiffs shall have 45 days to complete limited jurisdictional discovery as to Kullberg, and as permitted by Judge Moore's Order dated December 18, 2023 (DE 422).

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____, 2024.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record