# Exhibit 8

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:23-CV-21023-CMA

Plaintiff: EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED
vs.
Defendant: KEVIN PAFFRATH, ET AL.

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 24th day of March, 2023 at 12:29 pm to be served on ERIKA KULLBERG, 40 Waterside Plz, Apt 11D, NEW YORK, NY 10010. I, __MUSAB NASSAR__, do hereby affirm that on the __6__ day of __APRIL__, 20__23__ at __07:40__ P.m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT (21 DAYS) in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving __JERRY DOE__ as __DOORMAN (REFUSED LAST NAME)__.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: TAN SKIN MALE, WEARING HAT, AGE 45-60, HEIGHT 5'9"-6', WEIGHT 181-200LBS DOORMAN CALLED RECIPIENT AND WAS TOLD TO ACCEPT THE DOCUMENTS. DOORMAN REFUSED TO LET ME UP. HAIR COLOR CANNOT BE DETERMINED

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

_Musab Nassar_
PROCESS SERVER # 2045119-DCA
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000483

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8.2n