# Exhibit 9

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This Document Relates To:

*Garrison, et al. v. Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebvre, Tom Nash, Ben Armstrong, Erika Kullberg, and Creators Agency, LLC*, Case No. 23-cv-21023

_____/

**DECLARATION OF ERIKA KULLBERG IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(5)**

I, Erika Kullberg, hereby declare the following is true and correct to the best of my knowledge:

1. I am making this declaration based on my personal knowledge of the facts and matters of this action.

2. I am submitting this Declaration in Support of Erika Kullberg's Motion to Dismiss Pursuant to 12(b)(5).

3. At all relevant times hereto, I have not resided at 40 Waterside Plz, Apt. 11D, New York, New York 10010. In fact, I have never resided at this address or any address in New York.

4. I did not authorize anyone residing at this address to accept service of process on my behalf.

5. I was not personally served by the Plaintiffs with any documents related to this litigation, or any litigation.

-2-

I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated this 21st day of September, 2023

*Erika Kullberg*
ERIKA KULLBERG