UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:23-MD-03076-KMM

IN RE:

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE**
**LITIGATION**

_____

THIS DOCUMENT RELATES TO BANK DEFENDANTS
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Daniel J. Hayes, the undersigned, do hereby certify that:

1.      I am filing this Certificate of Understanding as counsel for Defendants

Deltec Bank and Trust Company Limited and Jean Chalopin.

2.      I am a member of good standing of the Bar of Illinois, and am also admitted

to practice in the United States District Court for the Northern District of Illinois.

3.      I have studied, understand, and will abide by the Local Rules for the

Southern District of Florida.

4.      I have studied, understand, and will abide by the Administrative Procedures

governing CM/ECF procedures in the Southern District of Florida.

5.      I will only use this electronic filing privilege in the matter captioned above

and in no other case in the Southern District of Florida, even if I have been granted *pro hac*

*vice* status in another case in the Southern District of Florida. I understand and agree that

any misuse of this electronic filing privilege will be brought to the attention of the

Honorable K. Michael Moore and that this privilege may be revoked at any time

without notice.

6.    If any of the information below changes during the course of this action, I

shall file a notice of such change in the MDL action, and I shall update my CM/ECF user

account pursuant to the Administrative Procedures.

Daniel J. Hayes
Illinois Bar No. 6243089
VENABLE LLP
227 W. Monroe St., Suite 1900
Chicago, IL 60606
Telephone: 312-820-3434
djhayes@venable.com

Attorney signature: _____    Date: December 27, 2023

2

# VENABLE LLP

227 W. MONROE STREET   SUITE 1900   CHICAGO, IL 60606
T 312.820.3400   F 312.820.3401   www.Venable.com

December 27, 2023

Daniel J. Hayes

t 312.820.3434
f 312.820.3401
DJHayes@Venable.com

Attention: MDL Clerk
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Re:   *FTX Cryptocurrency Exchange Collapse Litigation,*
Docket No. 1:23-md-03076 (S.D. Fla.)

Dear MDL Clerk:

Pursuant to Judge Moore's Order dated June 20, 2023, enclosed for filing please find the Certificate of Understanding of Daniel J. Hayes. This Certificate is being filed as counsel for Deltec Bank and Trust Company Ltd. and Jean Chalopin.

Sincerely,

Daniel J. Hayes



---

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).