UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO BANK DEFENDANTS
_____/

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS DELTEC BANK AND TRUST COMPANY AND JEAN CHALOPIN

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), undersigned counsel respectfully moves for the entry of an order permitting Mallory M. Cooney and the law firm of K&L Gates LLP to withdraw as counsel, directing the Clerk to remove Ms. Cooney and K&L Gates LLP from the docket and C/M ECF notifications in this matter for Defendants Deltec Bank and Trust Company Limited ("Deltec") and Jean Chalopin ("Chalopin"). In support of this motion, undersigned counsel states the following:

1. Mallory M. Cooney served as local Florida counsel for Deltec and Chalopin, under the supervision of K&L Gates LLP partner Desirée F. Moore.

2. Ms. Moore is no longer with the firm of K&L Gates LLP. Ms. Moore and a Florida-barred attorney of record from her new firm, Venable LLP, have made their appearances.

3. The attorneys of Davis Polk & Wardwell LLP will also continue to represent Deltec and Chalopin in this matter.

4. This motion is brought in good faith and not for the purpose of delay. No parties will be prejudiced by the granting of this motion.

703370204.1

**WHEREFORE**, undersigned counsel respectfully requests that the Court enter an order permitting Mallory M. Cooney and the law firm of K&L Gates LLP to withdraw as counsel for Defendants Deltec Bank and Trust Company Limited and Jean Chalopin in this matter.

Dated:   January 9, 2024

Respectfully submitted,

*/s/ Mallory M. Cooney*
Mallory M. Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
**K&L GATES LLP**
Southeast Financial Center – Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399
Telephone: 305.539.3300
Facsimile: 305.358.7095

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Mallory M. Cooney*
Mallory M. Cooney