UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

_____

THIS DOCUMENT RELATES TO BANK DEFENDANTS
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS DELTEC BANK AND TRUST COMPANY AND JEAN CHALOPIN**

The Court, having reviewed and considered the Motion of Mallory M. Cooney and K&L Gates LLP's to Withdraw as Counsel for Defendants Deltec Bank and Trust Company and Jean Chalopin, hereby **ORDERS AND ADJUDGES:**

The Motion is **GRANTED**. K&L Gates LLP, including Mallory M. Cooney, Esq., are permitted to withdraw as counsel of record for Defendants Deltec Bank and Trust Company and Jean Chalopin, and shall no longer have any responsibilities in this matter.

The Clerk of the Court shall remove Mallory M. Cooney, Esq. and K&L Gates LLP from the ECF System in this action.

**DONE AND ORDERED**, in Chambers, this _____ day of January, 2024.

_____
HONORABLE K MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record

317504928.1