UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-md-03076-KMM/EIS

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

### SCHEDULING ORDER ON JURISDICTIONAL DISCOVERY MOTIONS

This matter is before the Court on Defendant Erika Kullberg's Motion for Protective Order, ECF No. 446, and the Plaintiffs' motions to compel expedited discovery from Defendants Deltec Bank and Trust Company, Jean Chalopin, Erika Kullberg, Brian Jung, Creators Agency LLC, Jaspreet Singh, Sino Global Capital Holdings, LLC, and Sino Global Capital Limited, ECF Nos. 447-450.  After a careful review of the motions, the pertinent portions of the record, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that, on or before **5:30 p.m. on Friday, January 12, 2024**:

- Plaintiffs shall file their response to Specially Appearing Defendant Erika Kullberg's Motion for Protective Order (ECF No. 446);

- Defendants Deltec Bank and Trust Company and Jean Chalopin shall file their response to Plaintiffs' Motion to Compel and Expedite Discovery in Accordance with the District Court's December 18, 2023 Order (ECF No. 447);

- Defendants Erika Kullberg, Brian Jung, and Creators Agency LLC shall file their response to Plaintiffs' Motion to Compel Expedited Discovery from Defendants Erika Kullberg, Brian Jung, and Creators Agency LLC (ECF No. 448);

- Defendant Jaspreet Singh shall file his response to Plaintiffs' Motion to Compel Expedited Discovery from Defendant Jaspreet Singh (ECF No. 449);

- Defendants Sino Global Capital Holdings, LLC and Sino Global Capital Limited shall file their response to Plaintiffs' Motion to Compel and Expedite Discovery as to Sino Global in Accordance with the District Court's December 18, 2023 Order (ECF No. 450);

Each response shall be **no longer than five (5) pages**, and the parties shall identify any discovery

request to which the party continues to object and any discovery request or objection which has been withdrawn or resolved.  It is further

**ORDERED AND ADJUDGED** that the motions listed above are scheduled for hearing at **3:00 p.m. on Wednesday, January 17, 2024**, in the 6th Floor Courtroom of the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Miami, FL 33128.  It is further

**ORDERED AND ADJUDGED** that the Parties shall confer, prior to the January 17th hearing, to address the discovery disputes raised in the above-listed motions in an effort to narrow and resolve any outstanding issues concerning the discovery requests and efforts to schedule depositions concerning jurisdictional discovery that are the subject of the motions.  Given that Judge Moore has already granted limited jurisdictional discovery in this case as to Defendants involved in the above-listed motions,[*] **the parties shall be prepared to complete any jurisdictional discovery that may be ordered at the January 17th hearing on or before the February 1, 2024 deadline established by Judge Moore for the completion of limited jurisdictional discovery.**  ECF No. 224.  It is further

**ORDERED AND ADJUDGED** the Parties shall contact the undersigned's Chambers in accordance with the undersigned's posted discovery procedures if any discovery disputes are resolved prior to the January 17th hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of January 2024.

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. K. Michael Moore
      Counsel of Record

---

[*] Judge Moore granted limited jurisdictional discovery as to all the Defendants in the above-listed motions but Sino Global Capital Limited, which is not listed as one of the Defendants that is the subject of the Order granting limited jurisdictional discovery.  ECF No. 422 at 1 n.1, 3-4.