**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3479

WRITER'S DIRECT FACSIMILE

(212) 492-0479

WRITER'S DIRECT E-MAIL ADDRESS

nkovalenko@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
WILL AITKEN-DAVIES*
JARRYD E. ANDERSON
STEFAN ARNOLD-SOULBY*
JONATHAN H. ASHTOR
ROBERT A. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
ROBERT A. BRITTON
BRAD BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
BONNIE CHEN
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
DAVID P. FRIEDMAN
MATTHEW R. FRIEDMAN
KENNETH A. GALLO
REUVEN P. GARRETT
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
BENJAMIN GOODCHILD
MARTHA L. GOODMAN
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
JOE GRAHAM
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
SOHAIL ITANI
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER
ALEXIA D. KORBERG
NINA KOVALENKO
DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
MATTHEW N. LEIST*
XIAOYU GREG LIU
TIMOTHY LOWE*
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
ELIZABETH R. MCCOLM
ANNE MCGINNIS
JEAN M. MCLOUGHLIN
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
MATTHEW MERKLE
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
CIAN O'CONNOR*
BRAD R. OKUN*
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
JOHN PATTEN*
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
ANDREAS PHILIPSON*
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
RAVI PUROHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
NEEL V. SACHDEV*
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
MARIAN S. SHIN
ANUSHA SIMHA
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
ERIC J. WEDEL
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
TONG YU
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

January 5, 2024

**By Email**

Molly Wells
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

    Re: *In Re FTX Currency Exchange Collapse Litigation*
       Case No. 1:23-md-03076-KMM

Counsel:

  We write on behalf of Temasek Holdings (Private) Limited ("Temasek Holdings") and Temasek International (USA) LLC ("Temasek USA," and together with Temasek Holdings, "Defendants"), regarding Plaintiffs' document requests, interrogatories, and deposition notices served on December 22, 2023.[1]

---

[1] As Plaintiffs recognize, ECF No. 280, Temasek Holdings still has not been properly served. Temasek Holdings' participation in the meet and confer process, and its cooperation with jurisdictional discovery as ordered by the Court, does not waive any of its rights or objections in connection with its pending motions to dismiss. ECF Nos. 298, 300, 303.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Court ordered the parties to conduct only "limited jurisdictional discovery" that must be completed by February 1, 2024. The Court's order further made clear that this discovery should focus on the factual disputes Plaintiffs have purported to identify concerning "Defendant Temasek's contacts with the forum state and the 'purported corporate separateness between the Temasek entities.'" ECF No. 422 at 4 (quoting ECF No. 388 at 6–7). Nevertheless, on the afternoon of December 22, 2023—the Friday before the Christmas holiday—Plaintiffs served seven interrogatories, 46 request for production ("RFPs"), and a deposition notice upon each of Temasek Holdings and Temasek USA. *See* ECF No. 422 at 5–6; *see also* ECF No. 434.

Plaintiffs' litany of broad-ranging discovery requests—which seek, among other things, every piece of paper in Defendants' files related to FTX in any way, and every communication they have ever engaged in regarding FTX—are completely untethered from the limited jurisdictional discovery ordered by the Court. Rather, the requests are an improper attempt to circumvent the Court's discovery stay and engage in comprehensive merits discovery that has not been permitted by the Court and is in no event realistic or feasible to conduct over the course of this month. Plaintiffs' requests are improper on their face and plainly beyond the scope of the Court's order. *See, e.g.*, *Breckenridge Pharm., Inc.* v. *Red River Pharma, LLC*, 2006 WL 8433672, at *2 (S.D. Fla. Feb. 17, 2006) (denying jurisdictional discovery request that "unnecessarily delves into the merits of this action and is unnecessary for the determination of the existence of personal jurisdiction"). Both the Court's order and case law forbid the unbridled fishing expedition made plain in Plaintiffs' requests. *See, e.g.*, *JMA, Inc.* v. *Biotronik SE & Co. KG*, 2013 WL 1402322, at *5 (S.D. Fla. Apr. 5, 2013).

Notwithstanding the overly broad and burdensome nature of Plaintiffs' discovery requests, Defendants are willing to work with the Plaintiffs to identify a limited set of materials that may be relevant to the jurisdictional inquiry, which Defendants can reasonably provide by the Court's deadline. *See* ECF No. 422 at 6 ("The Court will thus lift the discovery stay, but only as it pertains to the limited jurisdictional discovery that is subject to this Order."). Accordingly, Defendants identify below discovery requests with which they may feasibly comply by February 1, and which address the questions identified in the Court's Order. Defendants believe that it will be most productive and efficient to engage in a cooperative process to identify requests consistent with the Court's Order, rather than burdening the Court with needless discovery disputes. For the avoidance of doubt, the offer below is expressly conditioned on the parties' reaching a comprehensive agreement regarding the scope of jurisdictional discovery, and is made solely in the spirit of compromise and in an effort to avoid burdening the Court. Further, Defendants do not waive, and expressly reserve, all objections to the discovery requests served by Plaintiffs, including those listed below.

**Interrogatories:** While Defendants have already provided sufficient sworn testimony in the form of affidavits—as to which Plaintiffs have raised no real factual dispute—as a compromise, Defendants are willing to provide answers to the following interrogatories. Defendants would agree to answer these interrogatories only in the event that Plaintiffs agree to forgo taking depositions of Temasek Holdings and Temasek USA. We do not believe that providing sworn testimony in multiple forms in such a compressed period of time is in any way justified, and instead would be both unduly burdensome and unnecessarily duplicative.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

- **INTERROGATORY NO. 1:** Temasek Holdings is willing to answer Interrogatory No. 1 by producing an organizational chart showing the relationship among the entities listed pursuant to Federal Rule of Civil Procedure 33(d).

- **INTERROGATORY NO. 2:** Both Temasek Holdings and Temasek USA are willing to answer Interrogatory No. 2 as it relates to themselves, the parties to this action.

- **INTERROGATORY NO. 3:** Both Temasek Holdings and Temasek USA are willing to answer Interrogatory No. 3 as it relates to themselves, the parties to this action, and to identify the directors, executives, and employees that had a role with respect to the enumerated activities.

- **INTERROGATORY NO. 4:** Both Temasek Holdings and Temasek USA are willing to answer Interrogatory No. 4.

- **INTERROGATORY NO. 5:** Both Temasek Holdings and Temasek USA are willing to answer Interrogatory No. 5 as it relates to themselves, the parties to this action.

- **INTERROGATORY NO. 6:** Both Temasek Holdings and Temasek USA are willing to answer Interrogatory No. 6 as it relates to themselves, the parties to this action.

**Requests for Production:** Despite the Court's clear instructions to conduct *limited* jurisdictional discovery, Plaintiffs' **forty-six** RFPs directed to each of Temasek Holdings and Temasek USA—which had nothing to do with the FTX investment—seek extremely broad-ranging merits discovery that no doubt would take several months to complete, even after substantial narrowing.  Nevertheless, subject to a global agreement, Temasek Holdings is willing to search for and produce—to the extent they relate to Florida or California—non-privileged documents within its possession, custody, and control, to the extent any exist, for RFP 29 and RFP 37, which seek documents concerning certain interactions and meetings with SBF and others affiliated with FTX.  Temasek Holdings will agree to search for such materials only to the extent that the parties reach agreement on a reasonable search protocol (including an agreed-upon custodian and a narrow set of search terms that returns a reasonable volume of documents for review).  With respect to date range, Temasek Holdings agrees to search for documents dated between March 1, 2021 and October 31, 2022.

\*          \*          \*

Defendants are available to meet and confer concerning the scope of limited jurisdictional discovery next week.  Please let us know your availability at your earliest convenience.

Sincerely,

*/s/ Nina Kovalenko*
Nina Kovalenko

cc:     David Boies
        Joseph Kaye
        Barbara Lewis
        Jose Ferrer

3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    Kerry Miller
    Adam Moskowitz
    Hogan Paschal
    Rejane Passos
    John Rodstrom
    Joseph Saveri