UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-md-03076-KMM/EIS

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

### SCHEDULING ORDER ON JURISDICTIONAL DISCOVERY MOTION

This matter is before the Court on the Plaintiffs' Motion to Compel and Expedite Discovery as to Temasek in Accordance with the District Court's December 18, 2023 Order. ECF No. 455. After a careful review of the motion, the pertinent portions of the record, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that, on or before **2:00 p.m. on Tuesday, January 16, 2024**, Defendants Temasek Holdings (Private) Limited and Temasek International USA LLC shall file their response to Plaintiffs' Motion to Compel and Expedite Discovery as to Temasek in Accordance with the District Court's December 18, 2023 Order (ECF No. 455). The response shall be **no longer than five (5) pages**, and each party shall identify any discovery request to which the party continues to object and any discovery request or objection which has been withdrawn or resolved. It is further

**ORDERED AND ADJUDGED** that the Plaintiffs' motion is scheduled for hearing at **3:00 p.m. on Wednesday, January 17, 2024**, in the 6th Floor Courtroom of the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Miami, FL 33128, in conjunction with other discovery matters previously scheduled for hearing. *See* ECF No. 454. It is further

**ORDERED AND ADJUDGED** that the parties shall confer, prior to the January 17th hearing, to address the discovery disputes raised in the Plaintiffs' motion in an effort to narrow and resolve any outstanding issues concerning the jurisdictional discovery requests that are the

subject of the motion.  Given that Judge Moore has already granted limited jurisdictional discovery in this case as to the Defendants involved in the Plaintiffs' motion, **the parties shall be prepared to complete any jurisdictional discovery that may be ordered at the January 17th hearing on or before the February 1, 2024 deadline established by Judge Moore for the completion of limited jurisdictional discovery.**  ECF No. 422.  It is further

**ORDERED AND ADJUDGED** the parties shall contact the undersigned's Chambers in accordance with the undersigned's posted discovery procedures if any discovery disputes are resolved prior to the January 17th hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of January 2024.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. K. Michael Moore
     Counsel of Record