UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-md-03076-KMM/EIS

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

### SCHEDULING ORDER ON MOTION TO QUASH

This matter is before the Court on the Specially Appearing Defendant Erika Kullberg's Motion to Quash Nonparty Subpoena. ECF No. 458. After a careful review of the motion, the pertinent portions of the record, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that, on or before **5:30 p.m. on Friday, January 12, 2024**, the Plaintiffs shall file their response to Defendant Kullberg's Motion to Quash Nonparty Subpoena (ECF No. 458). The response shall be **no longer than five (5) pages**. It is further

**ORDERED AND ADJUDGED** that Defendant Kullberg's motion is scheduled for hearing at **3:00 p.m. on Wednesday, January 17, 2024**, in the 6th Floor Courtroom of the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Miami, FL 33128, in conjunction with other discovery matters previously scheduled for hearing. *See* ECF Nos. 454, 459. It is further

**ORDERED AND ADJUDGED** that the parties shall confer, prior to the January 17th hearing, in an effort to narrow or resolve the issues concerning the nonparty subpoena that is the subject of the motion. It is further

**ORDERED AND ADJUDGED** the parties shall contact the undersigned's Chambers in accordance with the undersigned's posted discovery procedures if this dispute is resolved prior to the January 17th hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11th day of January 2024.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. K. Michael Moore
     Counsel of Record