UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/



## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Jeremy W. Daniels, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Jeremy W. Daniels
California Bar No. 351347
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
JDaniels@rgrdlaw.com
Attorney Signature: _____/s/ Jeremy W. Daniels_____ Date: January 8, 2023

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

William Gravitt
WGravitt@rgrdlaw.com
619.231.1058

January 8, 2024

<u>VIA OVERNIGHT DELIVERY</u>

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

Re:   *In re: FTX Cryptocurrency Exchange Collapse Litigation*
      *Case No. 1:23-md-03076-KMM*

Dear Sir or Madam:

Enclosed, please find Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of attorney Jeremy W. Daniels appearing on behalf of plaintiffs Patrick Rabbitte, Mark Girshovich, Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Edwin Garrison, Shengyun Huang, Julie Papadakis, Vitor Vozza, Kyle Rupprecht, Warren Winter, and Sunil Kavuri, to be filed in the above captioned case.

Very truly yours,

*William Gravitt*

WILLIAM GRAVITT

**Robbins Geller**
**Rudman & Dowd** LLP

655 West Broadway, Suite 1900
San Diego, CA 92101



SAN DIEGO CA 920
8 JAN 2024 PM 5 L

FIRST-CLAS
IMI
$000.6
01/08/2024
043M312424

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

33128-771699



FILED BY _____ D.C.
JAN 11 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI