UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/



FILED BY _____ D.C.
JAN 11 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Ronald G. Acho, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of Michigan, and am also admitted to practice in the United States District Courts for the Eastern and Western Districts of Michigan.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Ronald G. Acho
Michigan Bar No. P-23913
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway
Livonia, MI 48152
Telephone: (734) 261-2400
racho@cmda-law.com

Attorney Signature: _____    Date: 1-2-24

# CUMMINGS·McCLOREY

# CMDA

# DAVIS & ACHO, P.L.C.

### ATTORNEYS AND COUNSELORS AT LAW

17436 COLLEGE PARKWAY ▪ LIVONIA, MICHIGAN 48152 ▪ PHONE: (734) 261-2400 ▪ FACSIMILE: (734) 261-4510

| | | | | | |
|---|---|---|---|---|---|
| OWEN J. CUMMINGS, *RETIRED* | JAMES R. ACHO | SHANE R. NOLAN | BARBARA M. MOORE[1] | MATTHEW C. WAYNE | RAY E. RICHARDS, II |
| RONALD G. ACHO | NORMAN E. RICHARDS | KRISTEN L. REWA | GARY D. KLEIN | JAMES W. TAYLOR | MARGARET A. LOURDES |
| ROBERT L. BLAMER | RYAN D. MILLER[1] | JOHN M. MCFARLAND[3] | KEVIN J. CAMPBELL | JOHN A. GILLEN III[10] | DAVID E. GHANNAM[7] |
| JEFFREY R. CLARK | JACKLYN PASQUALE PALETTA[6] | MATTHEW W. CROSS | ISA M. KASOGA | | MARK R. DEVEY[1] |
| CHRISTOPHER G. SCHULTZ | ROBERT J. HAHN | JOSHUA J. CERVANTES[5] | LINDSAY N. FRAZIER-KRANE[1] | OF COUNSEL: | MICHELLE L. RICHARDS |
| TIMOTHY S. FERRAND | JOEL B. ASHTON | GREGORY A. ROBERTS | STANLEY I. OKOLI | JESSE C. VIVIAN | KENNETH M. GONKO |
| ALLAN C. VANDER LAAN | GREGORY R. GRANT | MEIGS M. DAY | JENNIFER L. BURNETT | SAIF R. KASMIKHA[8] | SEAN P. FITZGERALD[9] |
| SARAH L. OVERTON[1] | SUZANNE P. BARTOS | LINDA DAVIS FRIEDLAND[2] | CAROL A. SMITH | MICHAEL O. CUMMINGS[4] | |
| HAIDER A. KAZIM | DOUGLAS J. CURLEW | JOHN D. GWYN | STEPHEN C. JOHNSTON | THOMAS F. MORTIMER, JR.[1] | |

*BERNARD P. McCLOREY, 1934-1995*
*GERALD C. DAVIS, 1942-2021*
*TIMOTHY YOUNG, 1947-2018*

1 ADMITTED & LOCATED IN CA ONLY
2 ADMITTED IN MI, WI & VA ONLY
3 ADMITTED IN MO & KS ONLY
4 ADMITTED IN NY & NJ ONLY
5 ADMITTED IN MO ONLY
6 ADMITTED IN MI, MO & KS ONLY
7 ADMITTED IN MI & FL ONLY
8 ADMITTED IN MI & IL ONLY
9 ADMITTED IN MI & OH ONLY
10 ADMITTED IN MO, KS & IN ONLY

January 10, 2024

**VIA UPS NEXT DAY MAIL**

Deputy Clerk
Clerk of the Court
United Staes Disrict Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

    Re:    **FTX Cryptocurrency Exchange Collapse Litigation**
                **Case No. 1:23-MD-3076-MOORE**

Dear Clerk:

    Please file the enclosed Certificate of Understanding in the above matter at your earliest convenience. Please contact me if you have any questions at (734) 261-2400 or racho@cmda-law.com.

                                    Very truly yours,

                                    Ronald G. Acho

/jac
Enclosure

CLINTON TOWNSHIP, MI ▪ GRAND RAPIDS, MI ▪ LIVONIA, MI ▪ TRAVERSE CITY, MI
KANSAS CITY, MO ▪ NEW YORK, NY ▪ RIVERSIDE, CA

UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™
   CVS STORE # 8163
   16855 HAGGERTY RD
   NORTHVILLE ,MI 48168

   UPS Access Point™
   THE UPS STORE
   37637 5 MILE RD
   LIVONIA ,MI 48154

   UPS Access Point™
   THE UPS STORE
   20401 HAGGERTY RD
   NORTHVILLE ,MI 48167

FOLD HERE

