**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

This Document Relates To:
*Garrison, et al. v. Kevin Paffrath, Graham Stephan,*
*Andrei Jikh, Jaspreet Singh, Brian Jung,*
*Jeremy Lefebvre, Tom Nash, Ben Armstrong,*
*Erika Kullberg, and Creators Agency, LLC*,
Case No. 23-cv-21023

/

## UNOPPOSED MOTION FOR LEAVE TO APPEAR AT HEARING VIA ZOOM

Defendants Creators Agency LLC, Erika Kullberg, and Brian Jung ("Defendants") hereby move this Court to enter an order authorizing their lead attorney Derek Adams, to appear by Zoom at the hearing set for January 17, 2024 at 3:00 p.m. before the Honorable Magistrate Judge Eduardo I. Sanchez, and in support thereof states as follows:

1. On January 9, 2024, The Honorable Magistrate Judge Eduardo I. Sanchez entered a Scheduling Order On Jurisdictional Discovery Motions ("Order") [EFC 454].

2. The Order scheduled an in person hearing on the parties' discovery matters for January 17, 2024 at 3:00 p.m.

3. Defendants' lead counsel Derek Adams, is located in Washington, D.C. Mr. Adams intends to argue the motions pending before the Court. However, it would not be economical and would be more efficient and cost effective if Mr. Adams were allowed to participate at the hearing via Zoom.

4. No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants Creator Agency, Erika Kullberg and Brian Jung respectfully request an order authorizing Derek Adams to appear remotely via Zoom at the January 17, 2024 hearing, and for such other further relief as may be just.

## Local Rule 7.1(a)(3) Certification

Counsel hereby certifies, in compliance with Local Rule 7.1(a)(3), that as counsel for movant he conferenced with Counsel for Plaintiff who does not oppose the relief requested by this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I e-filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: */s/ Jose G. Sepulveda*
JOSE G. SEPULVEDA, FL Bar No. 154490
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
Telephone:  305-789-3200

and

POTOMAC LAW GROUP, PLLC
Derek Adams, Esq., *Pro Hac Vice*
dadams@potomaclaw.com
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
Telephone: 202-204-3005

*Counsel for Defendants Creators Agency, Erika Kullberg and Brian Jung*