# Exhibit 2

| | |
|---|---|
| **From:** | Joseph Kaye |
| **To:** | Mix, Michael |
| **Cc:** | Adam Moskowitz; Paschal, Hogan; Brooke Alexander; David Boies; Alex Boies; Joseph Saveri; James Swanson; Miller, Kerry; Robert Lieff; Wells, Molly; Jose M. Ferrer; desiree@markmigdal.com; Gottlieb, Jason; Upadhyaya, Vani T.; xboies@gmail.com; lcarlsen |
| **Subject:** | Re: In Re: FTX Cryptocurrency Exchange Collapse Litigation - Jurisdictional Discovery to Sino Global Capital Limited and Sino Global Capital Holdings, LLC |
| **Date:** | Friday, January 5, 2024 1:48:25 PM |

**CAUTION:** External sender. Verify before continuing.

Hello Michael,

Thanks for the call today with our teams.

Following up, we will hold the requests to Sino Limited in abeyance pending the Court deeming service of process effective, and can discuss further at that point.

Regarding Sino Holdings, we disagree that the requests are overbroad (as explained on the call, particularly where there are multiple bases for jurisdiction alleged, including conspiracy-based jurisdiction, which the Court acknowledged overlaps to some degree with the merits and requires inquiry into other entities involved, such as Sino Limited as Holdings' ultimate patent entity). We also disagree that we are not allowed to depose Sino Holdings' corporate representative, the order authorizes us to take jurisdictional discovery without limitation as to the device.

We'll take appropriate steps given the truncated timeline, but of course let us know if there's anything else you'd like to discuss in the interim.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
Direct: (786) 309-9585

https://moskowitz-law.com

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any

viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

On Jan 3, 2024, at 5:41 PM, Mix, Michael <mmix@morrisoncohen.com> wrote:

Joseph – I am not available tomorrow but I can do Friday during that time window if that works for your team.



**Michael Mix**
Partner
*he/him/his*

**D** 212.735.8747
mmix@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

**From:** Joseph Kaye <joseph@moskowitz-law.com>
**Sent:** Wednesday, January 3, 2024 4:18 PM
**To:** Adam Moskowitz <Adam@moskowitz-law.com>
**Cc:** Mix, Michael <mmix@morrisoncohen.com>; Paschal, Hogan <hpaschal@fishmanhaygood.com>; Brooke Alexander <balexander@bsfllp.com>; David Boies <dBoies@BSFLLP.com>; Alex Boies <ABoies@BSFLLP.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; James Swanson <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Robert Lieff <rlieff@lieff.com>; Wells, Molly <mwells@fishmanhaygood.com>; Jose M. Ferrer <jose@markmigdal.com>; desiree@markmigdal.com; Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Upadhyaya, Vani T. <vupadhyaya@morrisoncohen.com>; xboies@gmail.com; lcarlsen <lcarlsen@bsfllp.com>
**Subject:** Re: In Re: FTX Cryptocurrency Exchange Collapse Litigation - Jurisdictional Discovery to Sino Global Capital Limited and Sino Global Capital Holdings, LLC

**CAUTION:** External sender. Verify before continuing.

Hello Michael,

Let us know when tomorrow between 1 pm EST and 4pm EST works on your end for a call to discuss your objections. Thanks and Happy New Year

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
Direct: (786) 309-9585
https://moskowitz-law.com

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

> On Dec 28, 2023, at 10:10 PM, Adam Moskowitz <Adam@moskowitz-law.com> wrote:
>
> Thank you Michael and we hope you are having a great holiday and new year. Thank you so much for your willingness to meet and confer, especially during the holidays! As you can imagine, with so many FTX defendants in this MDL, and with no Defense Liaison Counsel (as typical in MDLs), we are trying our best to stay organized, and certainly adhere to all of the Court's specific orders and deadlines, including the deadline to complete all jurisdictional discovery. Of course, you have every right to raise any and all objections to our discovery and we would first (as we stated) of course, like to conduct a substantive in-person (via Zoom) meet and confer, so we can resolve as much as we can before having the matter provided to the Court. Now that Magistrate Judge Edwardo Sanchez has been officially appointed as our Magistrate, and Judge Moore referred all discovery to him, we are seeking to reserve time at his Honor's convenience (as we stated) by January 10-12. As we also stated,

Brooke and Joey will be organizing and conducting all of the meet and confers with all FTX Defendants (with the help of other Steering Committee members for each track) in the next 2 weeks. We appreciate your setting out your objections in your email and we are ready to conduct our meet and confer.  Please work with Brooke and Joey tomorrow, so you can arrange a specific date and time next week that works for all of you.  We need to keep this process as organized and moving efficiently as possible, so we can try to resolve as much as we can before appearing before Judge Sanchez and so we all meet Judge Moore's deadlines.  Have a great holiday.  Adam


Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

---

**From:** Mix, Michael <mmix@morrisoncohen.com>
**Sent:** Thursday, December 28, 2023 2:13 PM
**To:** Paschal, Hogan <hpaschal@fishmanhaygood.com>; Adam Moskowitz <Adam@moskowitz-law.com>; Joseph Kaye <joseph@moskowitz-law.com>; Brooke Alexander <balexander@bsfllp.com>; David Boies <dBoies@BSFLLP.com>; Alex Boies <ABoies@BSFLLP.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; James Swanson <jswanson@fishmanhaygood.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; Robert Lieff <rlieff@lieff.com>
**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Upadhyaya, Vani T. <vupadhyaya@morrisoncohen.com>
**Subject:** In Re: FTX Cryptocurrency Exchange Collapse Litigation - Jurisdictional Discovery to Sino Global Capital Limited and Sino Global Capital Holdings, LLC

Counsel,

I write on behalf of Sino Global Capital Limited and Sino Global Capital Holdings, LLC regarding the jurisdictional discovery that your purported to serve on us on Friday evening.  I believe I copied all Plaintiffs' counsel of record on the discovery requests but please forward this to any Plaintiffs'

counsel that I inadvertently left off.

With regard to **Sino Global Capital Limited**, as you know, that entity has not yet been served with process. Indeed, your motion for alternate service on Sino Global Capital Limited is still pending. We only appeared specially on behalf of Sino Global Capital Limited for purposes of opposing the motion for alternate service, and for no other purposes. Because Sino Global Capital Limited has not been served, it has not yet moved to dismiss and your motion for jurisdictional discovery was not made against it. The Court's order granting in part and denying in part your motion for jurisdictional discovery (the "Order") did not even mention Sino Global Capital Limited. Accordingly, the jurisdictional discovery that you purported to serve on Sino Global Capital Limited was not authorized by the Order and is a nullity. Please immediately withdraw such jurisdictional discovery.

With regard to **Sino Global Capital Holdings, LLC** ("Holdings"), the jurisdictional that you propounded is not "limited," as required by the Order. To the contrary, the discovery sought concerns merits issues, and even seeks information related to other entities besides Holdings. It is apparent that you are using the jurisdictional discovery as a tool to improperly seek merits discovery against Holdings and other entities. That is not permitted by the Order. To avoid burdening the Court with unnecessary disputes, we would strongly encourage you to serve an alternate set of requests that are limited to jurisdictional issues in accordance with the Order. Moreover, a deposition is patently overbroad given the limited scope of the Order – Holdings objects to such deposition as outside the scope of the Order and will not sit for one.

We also disagree with the aggressive schedule that you attempted to foist on Holdings and other Defendants (we also note that Mr. Moskowitz's email setting forth such schedule was not initially sent to us), in which, among other things, you decreed that those Defendants should make all objections directly to the Magistrate Judge by January 5. That schedule is not in the Order, it was made up out of whole cloth. Holdings does not agree to such schedule, and will respond under the timeframe set forth in the Federal Rules of Civil Procedure; we also plan to produce a limited number of documents that pertain to jurisdictional issues. Moreover, it is not appropriate for Holdings (or any other Defendant) to make their objections directly to the Magistrate Judge; Holdings will make its objections directly to you pursuant to Rule 34.

We are willing to meet and confer about these issues.

Thank you,



**Michael Mix**
Partner
*he/him/his*

**D** 212.735.8747
mmix@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com