**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

Promoter Defendants

*Garrison, et al, v. Kevin Paffrath, et al*, S.D. Fla. Case No. 23-cv-21023

/

**DEFENDANT JASPREET SINGH'S UNOPPOSED MOTION FOR LEAVE TO APPEAR AT THE JANUARY 17, 2024 HEARING BY ZOOM CONFERENCE**

Defendant Jaspreet Singh, by and through his undersigned attorneys of record, hereby files this motion asking this Court to allow his counsel to appear by Zoom conference at the January 17, 2024 hearing at 3:00 p.m. before The Honorable Magistrate Judge Eduardo I Sanchez on Plaintiffs' motion to expedite discovery. (*See* ECF No. 454).

Mr. Singh is a resident of the State of Michigan. Mr. Singh's counsel who will argue on his behalf, Michael Cummings, is located in New York. It would constitute an unreasonable and unnecessary expense for Mr. Cummings to appear in person in Florida. Further, the matter at issue in the January 17 hearing is purely procedural and would not require the type of in-depth discussion of a major substantive motion that might be facilitated by an in-person appearance. (*See* ECF No. 454). Accordingly, no party would be prejudiced by a remote appearance.

WHEREFORE, Defendant Singh respectfully requests an order authorizing Michael Cummings to appear remotely via Zoom at the January 17, 2024 hearing, and for such other further relief as may be just.

### Local Rule 7.1(a)(3) Certification

Counsel hereby certifies, in compliance with Local Rule 7.1(a)(3), that as counsel for movant he conferred with Counsel for Plaintiff who does not oppose the relief requested by this motion.

Dated: January 12, 2024				Respectfully submitted,

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**

By: */s/ Ronald G. Acho*
Ronald G. Acho, Esq.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com
P-23913

*Counsel for Defendant Jaspreet Singh*

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.C.**

By: */s/ Michael O. Cummings*
Michael O. Cummings
1185 Avenue of The Americas, 3rd FL.
(212) 547-8810
mcummings@cmda-law.com
N.Y. Bar No. 2701506

*Counsel for Defendant Jaspreet Singh*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

                                      By: /s/ *Ronald G. Acho*
                                      Ronald G. Acho

{01969917-1 }