UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

This Document Relates To:

GARRISON v. BANKMAN-FRIED
Case No. 1:22-cv-23753-KMM

**DEFENDANT STEPHEN CURRY'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Stephen Curry, by and through his counsel of record, gives notice that he withdraws his argument on pages 1–15 of ECF No. 268 (the "Motion") that the Court should dismiss the claims against him for lack of personal jurisdiction. For the avoidance of doubt, Curry does not withdraw, and expressly preserves, his argument on page 15 of the Motion that *Garrison, et al. v. Bankman-Fried, et al.*, Case No. 1:22-cv-23753-KMM should be dismissed for improper claim splitting.

Dated:  January 12, 2024

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By: _/s/ Nathan Bull_
Nathan Bull (FBN 1029523)
333 SE 2nd Ave Suite 4500
Miami, FL 33131
(212) 547-5768
nbull@mwe.com

Jason D. Strabo (*pro hac vice*)
Ellie Hourizadeh (*pro hac vice*)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
(310) 788-4125
jstrabo@mwe.com
ehourizadeh@mwe.com

Sarah P. Hogarth (*pro hac vice*)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8354
shogarth@mwe.com

*Attorneys for Defendant*
*Stephen Curry*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Nathan Bull*
Nathan Bull
