**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE:<br><br>**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**<br><br>This Document Relates to All Actions. | Civil Action No.  1:23-md-3076-KMM |

**GERALD GREENBERG'S MOTION TO WITHDRAW
AS CO-COUNSEL FOR DEFENDANT SAM BANKMAN-FRIED**

Pursuant Local Rules 7.1(a)(1)-(2) and 11.1(d)(3), Gerald E. Greenberg moves to withdraw as counsel in this action for Defendant Sam Bankman-Fried.

1. Gelber Schachter & Greenberg, P.A. and its attorneys are no longer able to represent Defendant Sam Bankman-Fried in this matter.

2. Jeremy Mishkin and Richard Simms with the law firm of Montgomery McCracken Walker & Rhoads LLP will continue to represent Mr. Bankman-Fried in this action, and thus the requested withdrawal will not cause any prejudice or delay.

3. As required by Local Rule 7.1(a)(2), a proposed order is attached.

WHEREFORE, Gerald E. Greenberg requests the entry of an order granting this motion to withdraw and discharging him from all further obligation and responsibility in this action.

Dated: January 22, 2024

Respectfully Submitted,

*/s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Sam Bankman-Fried*

2