## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:
*Garrison, et al. v. Kevin Paffrath, Graham Stephan,*
*Andrei Jikh, Jaspreet Singh, Brian Jung,*
*Jeremy Lefebvre, Tom Nash, Ben Armstrong,*
*Erika Kullberg, and Creators Agency, LLC*,
Case No. 23-cv-21023
_____/

## JOINT MOTION FOR COURT APPROVAL
## OF CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiffs and Defendants Erika Kullberg and Creators Agency LLC (collectively, "Kullberg and Creators") (Plaintiffs and Kullberg and Creators, the "Parties"), jointly move the Court for entry of an order approving the Parties' Joint Confidentiality and Protective Order and state:

1. The Parties agree and stipulate to entry of a protective order to cover the exchange of sensitive information in this case.

2. The Parties jointly move the Court for entry of an Order approving the Parties' Joint Confidentiality and Protective Order.

3. This motion is filed by the Parties in good faith and not for purposes of delay. No party to this action will be prejudiced if this Court grants the relief sought herein.

4. Any other defendant to this litigation may execute an acknowledgement of confidentiality and agree to be bound by the Confidentiality and Protective Order.

5. Pursuant to Local Rule 7.1(a)(2), a proposed Order is attached for the Court's convenience and a copy will be transmitted in Microsoft Word format via electronic mail to **sanchez@flsd.uscourts.gov** pursuant to Rule 3I (6) of the CM/ECF Administrative Procedures

of the Southern District of Florida.

WHEREFORE, the Parties jointly request that the Court issue an order approving the Parties' Joint Confidentiality and Protective Order (attached hereto as Exhibit A) and grant any other such relief as may be just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the respective Parties represent that the Parties are in agreement with respect to the relief requested herein.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida (November 13, 2009), the undersigned counsel for Defendants represents to the Court that counsel for Plaintiffs has authorized them to affix their electronic signatures to this joint motion.

DATED:  January 23, 2024.

THE MOSKOWITZ LAW FIRM, PLLC

By: /s/ Joseph M. Kaye
Adam M. Moskowitz, FL Bar No. 984280
Joseph M. Kaye, FL Bar No. 117520
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

and

BOIES SCHILLER FLEXNER LLP
David Boies, Esq.
Alex Boies, Esq.
Brooke Alexander
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

By:  /s/ Jose G. Sepulveda
JOSE G. SEPULVEDA, FL Bar No. 154490
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
Telephone:  305-789-3200

and

POTOMAC LAW GROUP, PLLC
Derek Adams, Esq., Pro Hac Vice
dadams@potomaclaw.com
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
Telephone: 202-204-3005

*Counsel for Defendants*
*Erika Kullberg and Creators Agency*