UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Chernyavsky, et al.* v. *Temasek Holdings (Private) Limited, et al.*
Case No. 1:23-cv-22960 (S.D. Fla.)

*Cabo, et al.* v. *Temasek Holdings (Private) Limited, et al.*
No. 1:23-cv-23212 (S.D. Fla.)

### SINO GLOBAL CAPITAL HOLDINGS, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Sino Global Capital Holdings, LLC ("SG Capital Holdings"), by and through its counsel of record, gives notice that it withdraws the portion of Foreign Investor Defendants' Motion to Dismiss the Administrative Complaint for Lack of Personal Jurisdiction (ECF No. 300, the "Motion") as applies to SG Capital Holdings. For the avoidance of doubt, this Notice of Withdrawal pertains only to SG Capital Holdings and no other Defendants that made the Motion. Further, SG Capital Holdings does not withdraw, and expressly preserves, its other two motions to dismiss, ECF Nos. 299, 303.

Dated:  January 24, 2024

/s/ *Jason P. Gottlieb*
Jason P. Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
      mmix@morrisoncohen.com
      vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day January, 2024, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason Gottlieb*