UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Michael A. Goldberg, the undersigned, do hereby certify that:

1.  I am a member of good standing of the Bar of the Commonwealth of Massachusetts.

2.  I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.  I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.  I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.  I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Michael A. Goldberg
MA Bar No.: 709203
Hunton Andrews Kurth LLP
951 E. Byrd Street
Richmond, VA 23219
Tel.: (804) 787-8177
mgoldberg@huntonak.com

1

Attorney Signature: _____          Date: 1/25/2024

125818.0000007 DMS 305477198v2