**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-md-3076-KMM**

In re: FTX Cryptocurrency
Exchange Collapse Litigation,
_____

**This Document Relates To:**

*Orr v. Wasserman Media Group, LLC,* No.
**1:23-cv-24478-KMM**
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Brandon T. White of the law firm of

Holland & Knight LLP as counsel for Defendant, Wasserman Media Group, LLC ("Wasserman

Media") in this matter.  Counsel requests that he be served with copies of all further pleadings,

orders and other papers filed or served in this action.

Dated: February 13, 2024                    Respectfully Submitted,

                                            **HOLLAND & KNIGHT LLP**
                                            701 Brickell Avenue, Suite 3300
                                            Miami, FL 33131
                                            Tel: (305) 374-8500
                                            Fax: (305) 789-7799

                                            By:  *s/ Brandon T. White*
                                                 Brandon T. White, Esq.
                                                 Florida Bar No. 106792
                                                 brandon.white@hklaw.com

                                            *Attorneys for Defendant Wasserman*
                                            *Media Group, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 13th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*s/* Brandon *T. White*
Brandon T. White

#241823961_v1