IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

**In re: FTX Cryptocurrency Exchange
Collapse Litigation**

This Document Relates To:

*Orr v. Wasserman Media Group, LLC*,
No. 1:23-cv-24478-KMM

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen P. Warren of the law firm of Holland & Knight LLP hereby serves his Notice of Appearance as counsel for Defendant Wasserman Media Group, LLC and requests that copies of all notices, pleadings and other papers served or filed in this action be furnished to him at the address shown below.

Dated: February 13, 2024.                Respectfully submitted,

By: /s/ *Stephen P. Warren*
    Stephen P. Warren (Fla. Bar. No. 788171)
    Stephen.Warren@hklaw.com
    Brandon White (Fla. Bar No. 106792)
    Brandon.White@hklaw.com
    Andrew W. Balthazor (Fla. Bar No. 1019544)
    Andrew.Balthazor@hklaw.com
    Holland & Knight LLP
    701 Brickell Avenue, Suite 3300
    Miami, Florida 33131
    Telephone: 305-374-8500

    *Attorneys for Defendant Wasserman Media Group, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing document with Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Stephen P. Warren*
Stephen P. Warren