# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

**In re: FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Orr v. Wasserman Media Group, LLC*,
No. 23-cv-24478-KMM (S.D. Fla.)

_____/

# DEFENDANT WASSERMAN MEDIA GROUP, LLC'S
# CORPORATE DISCLOSURE STATEMENT

As required by Federal Rule of Civil Procedure 7.1, Defendant Wasserman Media Group, LLC ("Wasserman") states that it has no parent corporation and no publicly held corporation owns 10 percent or more of Wasserman's equity interests.

Dated: February 20, 2024.                     Respectfully submitted,

**Andrew W. Balthazor**
Andrew W. Balthazor (Fla. Bar No. 1019544)
Andrew.Balthazor@hklaw.com
Stephen P. Warren (Fla. Bar No. 788171)
Stephen.Warren@hklaw.com
Brandon T. White (Fla. Bar No. 106792)
Brandon.White@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

*Attorneys for Defendant Wasserman*