**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 3076

CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

This document relates to:

Promoter and Digital Creator Defendants

    *Garrison, et al. v. Bankman-Fried, et al.*,
    Case No. 22-cv-23753

    *Garrison, et al. v. Paffrath et al.*,
    Case No. 23-cv-21023

_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBITS TO PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs hereby give notice of filing the attached exhibits to their supplemental brief in support of their opposition to Defendants' motion to dismiss for lack of personal jurisdiction, filed on February 16, 2024 (ECF No. 494-1). The exhibits are numbered in the same manner as they are numbered in the supplemental brief.

Dated: February 20, 2024                        Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** ||
| --- | --- |
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |
| **Plaintiffs' Promoter Committee Members** ||
| Barbara C. Lewis<br>Florida Bar No. 118114<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>barbara@moskowitz-law.com<br>service@moskowitz-law.com | Desiree Fernandez<br>Florida Bar No. 119518<br>**MARK MIGDAL & HAYDEN**<br>Brickell City Tower<br>80 SW 8th Street, Suite 1999<br>Miami, FL 33130<br>desiree@markmigdal.com<br>eservice@markmigdal.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                                        /s/ *Adam M. Moskowitz*
                                            Adam M. Moskowitz