# Exhibit 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3                   MDL NO.3076

4               CASE NO. 1:23-md-03076-KMM

5

6    IN RE:

7         FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

8

9    _____/

10

11   VIDEO AND ZOOM

12   DEPOSITION OF:          JASPREET SINGH - VTC

13   DATE:                   Thursday, February 1, 2024

14   TIME:                   2:08 p.m.

15   LOCATION:               Northville, Michigan

16   REPORTER:               Lory Helland, CER-#3778

17                           Certified Reporter

18

19

20

21

22

23

24

25



1  │ VIDEO AND ZOOM APPEARANCES:

2  │

3  │ BROOKE ALEXANDER, ESQ.

4  │ Boies Schiller Flexner LLP

5  │ 333 Main Street

6  │ Armonk, New York 10504

7  │ 914-749-8200

8  │ balexander@bsfllp.com

9  │     Appearing on behalf of the Plaintiff.

10 │

11 │ STEPHEN ZACK, ESQ.

12 │ Boies Schiller Flexner LLP

13 │ 100 SE Street

14 │ Suite 2800

15 │ Miami, Florida 33131

16 │ 305-539-8400

17 │     Appearing on behalf of the Plaintiff.

18 │

19 │ BRIAN GIACALONE, ESQ.

20 │ Boies Schiller Flexner LLP

21 │ 333 Main Street

22 │ Armonk, New York 10504

23 │ 914-749-8200

24 │     Appearing on behalf of the Plaintiff.

25 │



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   JACK TUBIO, ESQ.

 4   Boies Schiller Flexner LLP

 5   333 Main Street

 6   Armonk, New York 10504

 7   914-749-8200

 8   jtubio@bsfllp.com

 9        Appearing on behalf of the Plaintiff.

10

11   RACHEL MARTIN, ESQ.

12   Boies Schiller Flexner LLP

13   333 Main Street

14   Armonk, New York 10504

15   914-749-8200

16   rmartin@bsfllp.com

17        Appearing on behalf of the Plaintiff.

18

19   ROBERT L. LIEFF, ESQ.

20   Lieff Cabraser Heimann & Bernstein

21   P.O. Drawer A

22   Rutherford, California 94573

23   415-250-4800

24        Additional Counsel for Plaintiff.

25
```



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   BARBARA C. LEWIS, ESQ.

 4   The Moskowitz Law Firm, PLLC

 5   Continental Plaza

 6   3250 Mary Street

 7   Suite 202

 8   Coconut Grove, Florida 33133

 9   305-740-1423

10   barbara@moskowitz-law.com

11        Appearing on behalf of the Plaintiff.

12

13   JOSEPH M. KAYE, ESQ.

14   The Moskowitz Law Firm, PLLC

15   Continental Plaza

16   3250 Mary Street

17   Suite 202

18   Coconut Grove, Florida 33133

19   305-740-1423

20        Appearing on behalf of the Plaintiff.

21

22

23

24

25
```



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   JOHN E. RODSTROM, ESQ.

 4   The Moskowitz Law Firm, PLLC

 5   Continental Plaza

 6   3250 Mary Street

 7   Suite 202

 8   Coconut Grove, Florida 33133

 9   305-740-1423

10       Appearing on behalf of the Plaintiff.

11

12   DEREK ADAMS, ESQ.

13   Potomac Law Group, PLLC

14   1717 Pennsylvania Avenue NW

15   Suite 1025

16   Washington, DC 20006

17   202-558-5557

18       Appearing on behalf of the Defendants Brian Jones,

19   Creators Agency and Erika Kullberg.

20

21

22

23

24

25
```



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   MICHAEL O. CUMMINGS, ESQ.

 4   Cummings McClorey Davis & Acho, PLC

 5   1185 Avenue of the Americas

 6   3rd Floor

 7   New York, New York 10036

 8   212-547-8810

 9        Appearing on behalf of the Defendant Jaspreet Singh.

10

11   RONALD G. ACHO, ESQ.

12   Cummings McClorey Davis & Acho, PLC

13   17436 College Parkway

14   Livonia, Michigan 48125

15   734-261-2400

16   racho@cmda-law.com

17        Appearing on behalf of the Defendant Jaspreet Singh.

18

19   ALEXIS D. DEVEAUX, ESQ.

20   Gunster

21   401 East Jackson Street

22   Suite 1500

23   Tampa, Florida 33602

24   813-739-6956

25        Appearing on behalf of Fenwick and West.
```



1   VIDEO AND ZOOM APPEARANCES:

2

3   NICOLE K. ATKINSON, ESQ.

4   Gunster

5   777 South Flagler Drive

6   Suite 500 East

7   West Palm Beach, Florida 33401

8   561-650-0561

9       Appearing on behalf of Fenwick and West.

10

11  TOMMY HOYT, ESQ.

12  Sidley Austin, LLP

13  1 South Dearborn Street

14  Chicago, Illinois 60603

15  312-853-7000

16      Appearing on behalf of Defendant Creator MetaPCAs LLC.

17

18  DIXON C. ANDERSON, ESQ.

19  Latham & Watkins LLP

20  10250 Constellation Boulevard

21  Suite 1100

22  Los Angeles, California 90067

23  424-653-5674

24

25  VIDEO AND ZOOM APPEARANCES:



```
 1

 2   ALSO PRESENT:  George B. Ellis - Videographer

 3                  Rejane Passos - Paralegal Moskowitz Law Firm

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                       9

```
 1
 2                        I   N   D   E   X
 3    WITNESS                                        PAGE
 4
 5         JASPREET SINGH
 6
 7    Examination by Ms. Alexander                    18
 8
 9
10
11                    E   X   H   I   B   I   T   S
12
13    NUMBER      IDENTIFICATION                     PAGE
14
15    Exhibit #1  Screenshot of YouTube Channel       24
16    Exhibit #2  Declaration                         42
17    Exhibit #3  Objection - Jurisdictional
18                Interrogatories                     45
19    Exhibit #4  Minority Mindset YouTube
20                Channel Screenshot                  60
21    Exhibit #5  Instagram Screenshot                62
22    Exhibit #6  Minority Mindset Facebook Page      63
23    Exhibit #7  X Platform Screenshot               67
24    Exhibit #8  Discussion Board Community          73
25    Exhibit #9  Minoritymindset.com Screenshot      74
```



```
 1                    E  X  H  I  B  I  T  S

 2

 3    NUMBER        IDENTIFICATION                    PAGE

 4

 5   Exhibit #10    YouTube Video Screenshot            78

 6   Exhibit #11    FTX US Talking Points               79

 7

 8

 9              EXHIBITS SCANNED TO THE TRANSCRIPT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                           Northville, Michigan

 2                           Thursday, February 1, 2024

 3                           2:08 p.m.

 4               *     *     *

 5               VIDEOGRAPHER:  We are now on the record.

 6   The time is 2:08 p.m. Eastern Time on February 1st,

 7   2024.

 8               This begins the videoconference deposition

 9   of Jaspreet Singh, taken in the matter of In Re:  FTX

10   Cryptocurrency Exchange Collapse Litigation.

11               The case number is 1:23-md-03076-KMM and is

12   filed in the United States District Court, Southern

13   District of Florida, MDL No. 3076.

14               My name is George Ellis.  I'm your remote

15   videographer.  Our court reporter today is Lory

16   Helland.  And we are representing Esquire Deposition

17   Solutions.

18               Counsel, if you would please state your

19   name and who you represent, after which the court

20   reporter will swear in.

21               MS. ALEXANDER:  My name is Brooke Alexander

22   from the law firm of Boies Schiller Flexner

23   representing the plaintiffs.

24               Here with me from Boies Schiller is my

25   partner, Steve Zack, as well as associates from our
```



 1   office, Jack Tubio, Brian Giacalone and Rachel Martin.

 2              MR. ACHO:  Let's go off the record for a

 3   second.

 4              Brooke, so you know, one of your --

 5              VIDEOGRAPHER:  One moment, sir.  We're

 6   still on the record.  One moment, please.

 7              Going off the record, the time is 2:09.

 8              (Off the record at 2:09 p.m.)

 9          (Back on the record at 2:10 p.m.)

10              VIDEOGRAPHER:  Back on the record.  The

11   time is 2:10.

12              MS. ALEXANDER:  Let's continue with the

13   introductions.

14              Who else is on for plaintiffs?

15              MR. LIEFF:  I am Robert Lieff, additional

16   counsel for the plaintiffs.  Thank you.

17              MS. ALEXANDER:  And Joey Kaye from the

18   Moskowitz Law Firm is also on, also represents the

19   plaintiffs.

20              MS. LEWIS:  Barbara Lewis also from

21   Moskowitz Law Firm is on as well.

22              MR. RODSTROM:  John Rodstrom from the

23   Moskowitz Law Firm representing the plaintiffs.

24              MR. ADAMS:  Derek Adams from Potomac Law

25   Group representing Defendants Brian Jones, Creators



1   Agency and Erika Kullberg.

2           MR. ACHO:  Ron Acho and Michael Cummings of

3   Cummings, McClorey, Davis and Acho representing

4   Jaspreet Singh.

5           MS. ATKINSON:  Nicole Atkinson and Alexis

6   Deveaux of the Gunster Law Firm representing Fenwick

7   and West.

8           MR. HOYT:  Tommy Hoyt of Sidley Austin LLP

9   on behalf of Defendant Creator MetaPCAs LLC.

10          MS. ALEXANDER:  Good afternoon, Mr. Singh.

11          WITNESS:  Good afternoon.

12          MS. ALEXANDER:  I've been advised that your

13  counsel would like to state something on record before

14  we begin, so I am going to briefly cede the floor to

15  him for that.

16          VIDEOGRAPHER:  Also, the witness has not

17  been sworn.

18          MR. ACHO:  What is your preference,

19  Ms. Alexander?

20          MS. ALEXANDER:  Why don't you go ahead and

21  then we'll swear in the witness.

22          MR. ACHO:  I want to put on the record my

23  concern about this deposition.  If it was handled in

24  the same fashion as the deposition that was just taken

25  a few minutes ago by Plaintiff's firm, not this firm,



 1  but the other firm that's been lead counsel, in that

 2  deposition, I believe, from what I have gathered, 75

 3  percent of the questions were improper.  Not only were

 4  they irrelevant, immaterial, but they violated the

 5  Court's order.

 6          The Court's order for this deposition is

 7  very clear.  It deals with jurisdiction only and the

 8  targeting of Florida.  This is not a discovery

 9  deposition regarding liability.

10          We have provided the discovery documents to

11  Plaintiff's Counsel that show clearly Mr. Singh had no

12  connection to Florida at all, none.  That's why this

13  deposition is only to verify that fact.

14          If this deposition is in any way like the

15  one earlier, we will do multiple things, but we are

16  not going to allow it to continue.

17          The other thing is, there have been no

18  exhibits that are going to be introduced because none

19  were supplied to us.  As a consequence, no exhibits

20  should go in at all.

21          As long as Counsel understands that she

22  knows what the rules are, I don't have to go over them

23  again, but the order was very explicit.  Plaintiff's

24  firm wanted this to be much broader, but the

25  magistrate judge did not allow it.



1          So we're going to go forward, but it's

2     going to be a tight leash.  It's not going to be like

3     what happened earlier today.

4          Thank you.

5          MS. ALEXANDER:  Ron, I don't appreciate the

6     lecture.

7          MR. ACHO:  Call me Mr. Acho, please.

8          MS. ALEXANDER:  Mr. Acho, I don't

9     appreciate the lecture.  I will not, on this

10    deposition, speak to anything that happened earlier

11    because I don't believe that's appropriate.

12         I will be introducing exhibits.  You are

13    free to lodge objections.  You're not free to lodge

14    speaking objections as that's not permitted in this

15    district.

16         I will confine my questions to the court

17    order, which is deposition on personal jurisdiction.

18         And with that, I'd like to swear in

19    the witness.

20         MR. ACHO:  Hold on a second.

21         Can you explain to me why you didn't

22    provide us with exhibits in advance?  Because how am I

23    going to see these exhibits?  How are you going to

24    introduce them --

25         MS. ALEXANDER:  The same way we have done



JASPREET SINGH                                      February 01, 2024
FTX Cryptocurrency Exchange                                        16

1      for every other deposition in this matter.  I will

2      share my screen with the exhibit on the screen for you

3      and the witness to view.  If it is not entirely

4      visible or you request it, I will drop the file into

5      the chat box.  You can click on it to open it and

6      download it to your computer and freely scroll through

7      it as we are discussing the exhibit.

8               MR. ACHO:  I find that inappropriate.  I'll

9      make my objection.  I'm going to object to each of the

10     exhibits because you shouldn't have done it that way.

11     You've just made much more difficult for the witness.

12     You made it difficult for me and my partner,

13     Mr. Cummings.

14               All right.  I'm not lecturing you, I'm just

15     advising you what we intend to do if your deposition

16     goes far afield.

17               MS. ALEXANDER:  You're free to lodge your

18     objections as we go.

19               MR. ACHO:  Thank you.  Thank you.

20               MS. ALEXANDER:  Can we swear in

21     the witness, please.

22               J A S P R E E T   S I N G H

23     having been first duly sworn, was examined and testified as

24     follows:

25               MS. ALEXANDER:  Good afternoon, Mr. Singh.



```
 1              WITNESS:  Good afternoon, Ms. Alexander.

 2              MS. ALEXANDER:  I go by Brooke.  You should

 3    feel free to call me that today.

 4              What do you prefer to be called?

 5              WITNESS:  Jaspreet is fine.

 6              MS. ALEXANDER:  Okay.  Terrific, Jaspreet.

 7              You understand that you're under oath

 8    today?

 9              WITNESS:  I do.

10              MS. ALEXANDER:  And that means that the

11    statements you make here have the same force as they

12    would as if they were in a courtroom to a judge and

13    jury, correct?

14              WITNESS:  I would assume so.

15              MS. ALEXANDER:  And there's nothing today

16    that will prevent you from giving me your full

17    attention while we're on the record?

18              WITNESS:  No.

19              MS. ALEXANDER:  Is anyone in the room with

20    you?

21              WITNESS:  No.

22              MS. ALEXANDER:  And if anyone enters the

23    room during this deposition, I would ask that you

24    would please advise me of that fact.  Do you

25    understand?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    18

```
 1              WITNESS:  Yes.
 2              MS. ALEXANDER:  And at if at any point
 3      today you don't understand my questions, will you
 4      please ask me to rephrase or restate the question for
 5      you before answering?
 6              WITNESS:  Yes, ma'am.
 7              MS. ALEXANDER:  Do you have any papers in
 8      front of you right now?
 9              WITNESS:  Well, I have -- yes.
10              MS. ALEXANDER:  Do you intend to look at
11      any of those papers during deposition today?
12              WITNESS:  No.
13              MS. ALEXANDER:  And do you have any
14      documents on your computer that are accessible to you
15      that you intend to look at during the deposition
16      today?
17              WITNESS:  No.
18              MS. ALEXANDER:  And I would ask if at any
19      point you do wish to look at a document, that you
20      please tell me before you do so.
21              Do you understand?
22              WITNESS:  Yes.
23              MS. ALEXANDER:  Terrific.
24                 E X A M I N A T I O N
25      BY MS. ALEXANDER:
```



```
 1   Q.   Have you ever been deposed before, Jaspreet?

 2   A.   No.

 3   Q.   What did you do to prepare for your deposition today?

 4   A.   What do you mean by that?

 5   Q.   Did you look at any documents or conduct any meetings,

 6        including but not limited to, meeting with your

 7        counsel?

 8   A.   Yes.

 9   Q.   Can you tell me what you did?

10   A.   I talked to my counsel.

11   Q.   When did you talk to your counsel?

12   A.   I'm not sure what you mean by that.

13   Q.   In preparation for this deposition, you just told me

14        that you spoke to your counsel.

15                 Was that one meeting or more than one

16        meeting?

17   A.   Again, I'm not exactly sure what you would mean by

18        that.

19   Q.   Let's take a step back.

20                 You're sitting for a deposition today,

21        correct?

22   A.   Yes.

23   Q.   In preparation for that deposition, you just told me

24        that you met with your counsel, correct?

25   A.   Yes.
```



```
 1   Q.   When was the last time you met with your counsel to
 2        get ready for today's deposition?
 3   A.   Today.
 4   Q.   And for approximately how long did you meet with your
 5        counsel today?
 6   A.   I'm not sure.
 7   Q.   During that meeting, did you review any documents?
 8   A.   No.
 9   Q.   Prior to meeting with your counsel today, did you do
10        anything else to get ready for today's deposition?
11   A.   No.
12   Q.   Did you review any documents to prepare for today's
13        deposition?
14   A.   No.
15   Q.   Great.
16             I'd like to do a little bit of foundation
17        work.  Can you tell me about your education?
18   A.   Can you specify what you mean?
19   Q.   After high school, did you attend any college or
20        graduate or professional schools?
21   A.   Yes.
22   Q.   Can you tell me what schools you went to and what
23        degrees you earned from them?
24   A.   I went to the University of Michigan for
25        undergraduate.  I received a degree in the subset of
```



1      psychology.  I went on to go to law school at the

2      Wayne State University and received my degree from

3      there.

4  Q.  After you finished law school, were you admitted to

5      the bar?

6  A.  Yes.

7  Q.  In what state?

8  A.  Michigan.

9  Q.  Approximately what year was that?

10  A.  I believe 2018.

11  Q.  Have you ever practiced law?

12  A.  No.

13  Q.  Can you tell me about your employment history after

14      law school?

15  A.  What do you mean by that?

16  Q.  Upon graduation, where -- where did you work?

17  A.  I was self-employed.

18  Q.  Are you still self-employed today?

19  A.  Yes.

20  Q.  Okay.

21              Do you understand why you're sitting for a

22      deposition today?

23  A.  Yes.

24  Q.  Can you tell me what your understanding is?

25  A.  This is a jurisdictional deposition regarding this



```
 1        lawsuit.
 2   Q.   And when you say "this lawsuit", what do you
 3        understand this lawsuit to mean?
 4   A.   The lawsuit where I'm a defendant.
 5   Q.   What conduct does this lawsuit concern, as you
 6        understand it?
 7   A.   I'm not sure.
 8   Q.   When you say "this lawsuit", are you referring to one
 9        case or more than one case?
10   A.   This one case.
11   Q.   Do you understand that there are two lawsuits pending
12        against you in this MDL?
13   A.   No.
14   Q.   So if I were to tell you that there was one case filed
15        in Florida and another case filed in Michigan, that
16        would be new information to you?
17   A.   I don't recall all the details of the case.
18   Q.   So as we sit here today, your understanding is that
19        we're here about jurisdiction.
20             Is it your understanding that we're here
21        about jurisdiction of a Florida case, of a Michigan
22        case, or both?
23   A.   Florida.
24   Q.   And it's your understanding that the jurisdictional
25        dispute concerns only the Florida case, correct?
```



```
 1   A.   Yes.

 2   Q.   What do you understand FTX to be?

 3   A.   I'm not sure what you mean by that.

 4   Q.   Let's take a step back.  I'll lay a little more

 5        foundation here.

 6                  At some point after your graduated from law

 7        school, you entered into a sponsorship agreement with

 8        FTX; is that correct?

 9   A.   No.

10   Q.   At some point after law school, you entered into an

11        agreement with Creators Agency, whereby you agreed to

12        provide certain services relating to FTX; is that

13        correct?

14   A.   No.

15   Q.   Do you have any relationship with FTX?

16   A.   No.

17   Q.   Have you ever provided sponsorship services to FTX?

18   A.   No.

19   Q.   Bear with me for a moment.

20                  Has any entity you own or control ever been

21        sponsored by FTX?

22   A.   No.

23                  MS. ALEXANDER:  I am going to pull up and

24        mark as Exhibit 1 a screenshot from your YouTube

25        channel, and you will see it on the screen shortly.
```



```
 1                    (Exhibit #1, YouTube Channel Screenshot,
 2          was marked for identification.)
 3    BY MS. ALEXANDER:
 4    Q.   Mr. Singh, do you see a YouTube screen appearing on
 5          your Zoom window?
 6    A.   I do.
 7    Q.   And what YouTube channel is this from?
 8    A.   Minority Mindset.
 9    Q.   And who is the person appearing in this YouTube video
10          in the frame currently captured?
11    A.   That's me.
12    Q.   Is this Minority Mindset YouTube channel one of your
13          businesses?
14    A.   Can you specify what you mean by that?
15    Q.   Do you own and/or control the Minority Mindset YouTube
16          account?
17    A.   I do, yes.
18    Q.   And how would you -- would you refer to it as a
19          business, as a personal brand, or otherwise?
20    A.   I'm not sure what you mean by that.
21    Q.   I'm trying to get on the same page with you about
22          language so that we don't have to go around in circles
23          on some of these.
24                    So do you consider this to be a business
25          you run, do you consider this to be personal YouTube
```



1       channel?  I want to use the language when I refer to

2       it that you would use to refer to it.

3    A.  I'm not really sure.

4    Q.  Okay.

5              I will call it by its name then, the

6       Minority Mindset YouTube channel.

7    A.  Sure.

8    Q.  So below this video, there's a gray shaded box that

9       shows a number of views, a date, and then there are

10      two lines of text at the top.  The second line reads,

11      "This is an advertisement.  Minority Mindset a paid

12      partner with FTX."

13             Do you see that?

14   A.  I do.

15   Q.  Didn't you just tell me that you had no sponsorship or

16      other relationship with FTX?

17   A.  Yes.

18   Q.  How can that be true?

19   A.  My relationships were contracts with FTX US.

20   Q.  So, I see.

21             So what you are taking issue with in my

22      statement is that I did not specify FTX US versus

23      ftx.com; is that correct?

24   A.  Yes.

25             MS. ALEXANDER:  So I'm going to take



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                           26

```
 1        Exhibit 1 down.
 2                 MR. ACHO:  We do object to this exhibit and
 3        any other exhibits that were not previously provided
 4        and marked.
 5                 MS. ALEXANDER:  Understood.
 6   BY MS. ALEXANDER:
 7   Q.   So let's go back.
 8                 You had a relationship with FTX US,
 9        correct?
10   A.   Yes.
11   Q.   When did you first have the relationship with FTX US?
12   A.   Can you define what you mean by relationship?
13   Q.   I'm using it in the broadest sense of the word, an
14        agreement to provide some service to FTX US, whether
15        directly or through an agent or intermediary.
16   A.   I don't recall exactly when.
17   Q.   Do you recall the year?
18   A.   I believe 2022.
19   Q.   Did your relationship with FTX US end in 2022 or
20        continue on towards the present?
21   A.   I believe it ended in 2022.
22   Q.   And did you have a formal written agreement with FTX
23        US?
24   A.   I don't recall.
25   Q.   Let's talk a little bit more about your relationship
```



```
 1            with FTX.

 2                      Who at FTX did you --

 3                      MR. ACHO:  I'm going to object.  I'm going

 4            to object, mischaracterization.

 5    BY MS. ALEXANDER:

 6    Q.   Who at FTX did you speak with during 2022?

 7    A.   Nobody.

 8    Q.   If you didn't speak with anyone at FTX US, who was the

 9         agent or intermediary that spoke with FTX on your

10         behalf?

11    A.   Creators Agency.

12    Q.   And who is Creators Agency?

13    A.   I'm not sure what you mean by that.

14    Q.   What function does Creators Agency serve for you?

15    A.   Can you be more specific?

16    Q.   Do you have a contract with Creators Agency?

17    A.   I'm not sure.

18    Q.   What is your relationship with Creators Agency?

19    A.   Again, can you be a little more specific, please.  I'm

20         sorry, I'm not fully understanding what you're asking

21         from me.

22    Q.   Sure.

23                      Is it food service, is it -- does it clean

24         your apartment?  What general category of business is

25         Creators Agency, and what does it do for you?
```



```
 1  A.   I think there's a couple questions there.  Could you
 2       specify exactly what you're asking from me?
 3  Q.   I want to know what Creators Agency does, provides --
 4       what services Creators Agency provides to you and your
 5       YouTube channel that we were just looking at.
 6  A.   I don't want to speculate on what Creators Agency does
 7       as an entity.  However, for me as a YouTube channel,
 8       they have brought potential sponsors or advertisers to
 9       me.
10  Q.   So they serve as your agent in sourcing advertisers
11       for your channel; is that an accurate statement?
12  A.   I'm not sure what you mean by "agent".
13  Q.   They source advertising deals on your behalf; is that
14       accurate?
15  A.   When you say "on my behalf", I don't want to
16       misinterpret what you're saying.  I apologize if I'm
17       being very crass --
18  Q.   No.
19  A.   -- when you ask questions, but I'm not sure what you
20       mean exactly by "on my behalf".  Sorry again.
21  Q.   Let me try to rephrase.
22  A.   Sure.
23  Q.   They speak with advertisers and then inform you of
24       potential advertising opportunities; is that accurate?
25  A.   Yes.  Thank you.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      29

```
 1   Q.   Great.  Sure.
 2              We -- you should continue to do that.  It's
 3        important that we completely understand each other
 4        here today.
 5   A.   I appreciate your understanding.
 6   Q.   Did Creators Agency source FTX for your YouTube
 7        channel?
 8   A.   FTX US.
 9   Q.   Thank you.  Yes.
10              Who at Creators Agency reached out to you
11        about the FTX US opportunity?
12   A.   I believe Apple Crider.
13   Q.   Where is Creators Agency located?
14   A.   I'm not sure.
15   Q.   Where is Apple Crider located?
16   A.   I'm not sure.
17   Q.   During your relationship with Creators Agency, did you
18        speak with or correspond with anyone other than Apple
19        Crider?
20   A.   I believe so, yes.
21   Q.   Who do you recall?
22   A.   I don't remember off the top of my head, but I believe
23        there was somebody else who may have been involved in
24        the e-mails, but I don't really remember.
25   Q.   During 2022 when you had a relationship with FTX US,
```



```
 1        where did you understand FTX US to be located?
 2   A.   I'm not sure.  I don't recall.
 3   Q.   And you previously stated that you never spoke with
 4        anyone who worked for FTX US; is that correct?
 5   A.   In 2022?
 6   Q.   Yes.
 7   A.   Yeah, correct.
 8   Q.   Pursuant to the agreement that Creators Agency made
 9        with FTX for you -- FTX US for you, what services did
10        you agree to provide to FTX US?
11   A.   Sorry, could you repeat the question?
12   Q.   Sure.
13             Pursuant to the agreement that Creators
14        Agency made with FTX (sic) on your behalf, what
15        services did you agree to provide for FTX US?
16   A.   If I'm understanding your question, I believe
17        advertising services.
18   Q.   The advertising services that you agreed to provide to
19        FTX US, what platform did you agree to use for the
20        provision of those services?
21   A.   YouTube.
22   Q.   Did you, indeed, provide the services that you agreed
23        to in the contract on YouTube for the duration of your
24        agreement with FTX?
25   A.   Sorry, would you mind specifying what you're asking
```



```
 1        from me exactly?
 2   Q.   Sure.
 3             In short, I'm asking whether you did
 4        everything you agreed to do under the contract.
 5   A.   I don't know.  I can't recall the terms of the
 6        contract.
 7   Q.   Whose responsibility was it to make sure that you
 8        fulfilled your part of the agreement with FTX?
 9             MR. ACHO:  Objection, mischaracterization.
10             WITNESS:  Sorry, could you repeat your
11        question?
12             MS. ALEXANDER:  Sure.
13   BY MS. ALEXANDER:
14   Q.   Whose responsibility was it to ensure that the
15        advertisements you agreed to provide to FTX were,
16        indeed, provided?
17             MR. ACHO:  Objection, mischaracterization
18        again.  If you just correct your questions,
19        Ms. Alexander, I wouldn't have to object.
20             WITNESS:  I'm sorry, I'm just not fully
21        understanding what you mean by that.
22             MR. ACHO:  Ms. Alexander is ignoring what I
23        just told her.
24             MS. ALEXANDER:  I don't need speaking
25        objections on the record please, Mr. Acho.
```



```
 1                  MR. ACHO:  Ms. Alexander, if you keep
 2          misstating what my client said, then I have to keep
 3          objecting, and I really don't want to do that.
 4   BY MS. ALEXANDER:
 5   Q.    What I am trying to understand, Mr. Singh, is what
 6          role Creators Agency played in determining when you
 7          created an advertisement for FTX?
 8                  MR. ACHO:  Objection, mischaracterization.
 9                  WITNESS:  I can't speculate on what their
10          role is.
11   BY MS. ALEXANDER:
12   Q.    Let's take a couple steps back and we'll walk through
13          it.
14                  When -- in your relationship with FTX, did
15          you create more than one YouTube video?
16                  MR. ACHO:  Objection, mischaracterization
17          and lack of foundation.
18                  WITNESS:  So if we back up on your
19          question, I'm going to assume you mean FTX US?
20                  MS. ALEXANDER:  Yes.
21                  WITNESS:  Your question was, I'm sorry, one
22          more time.
23                  MS. ALEXANDER:  Let me restate.
24   BY MS. ALEXANDER:
25   Q.    You have previously testified that your relationship
```



1   with FTX concerned the creation of YouTube videos --

2              MR. ACHO:  Objection, mischaracterization,

3   lack of foundation.

4              MS. ALEXANDER:  Please let me finish my

5   question before you lodge your objection.

6              MR. ACHO:  Okay.  But can you just correct

7   yourself so we don't have to go through this exercise

8   for no reason?  Say it correctly, FTX US.  He's never

9   said FTX.  You're doing this intentionally, and I

10  don't appreciate that.

11             MS. ALEXANDER:  I don't appreciate your

12  insinuations, I don't appreciate your interruptions,

13  and I don't appreciate you alleging that I'm doing

14  something intentionally.

15             MR. ACHO:  Then why are you doing it, then?

16  Why are you doing it when he said to you multiple

17  times FTX US?  Can't you just --

18             MS. ALEXANDER:  Let's end this colloquy so

19  I can get back to my deposition, please.

20             MR. ACHO:  If you do it correctly.

21  Otherwise, I have keep objecting because you won't

22  correct your question.  This is on the record.

23             MS. ALEXANDER:  Okay.  That's -- why don't

24  I put on the record any time today that I

25  unintentionally refer to FTX, I am always referring to



```
 1        FTX US.
 2                  MR. ACHO:  Thank you.
 3                  MS. ALEXANDER:  I have no -- I have no
 4        questions today that will specifically differentiate
 5        FTX International.  So any reference today to FTX is
 6        to FTX US.
 7                  MR. ACHO:  Good.  Then --
 8                  MS. ALEXANDER:  Let's move on.
 9                  MR. ACHO:  -- then I don't have to object.
10   BY MS. ALEXANDER:
11   Q.   So what I would like to understand is your
12        relationship with Creators Agency --
13   A.   Uh-huh.
14   Q.   -- and how that relates to you fulfilling your
15        obligations to FTX US.
16                  So let me lay the foundation here.  You've
17        previously testified that in your agreement with FTX,
18        you created advertisements and that they were to be
19        posted on YouTube; is that correct?
20   A.   Yes.
21   Q.   How many, approximately, advertisements did you create
22        during your relationship with FTX US?
23   A.   I'm not sure.
24   Q.   More or less than five?
25   A.   I don't recall how many there were.
```



1   Q.   During your relationship with FTX US, did you decide

2        when to post an advertisement, or did a direction come

3        to you from Creators Agency to do so?

4   A.   I'm not sure what you mean exactly by that, sorry.

5   Q.   Did Creators Agency or Apple Crider at Creators Agency

6        tell you when you needed to create an advertisement

7        for FTX US?

8   A.   I'm not sure.

9   Q.   How frequently did you correspond with Creators Agency

10       during 2022?

11  A.   I'm not sure.

12  Q.   Did Creators Agency dictate the content of your FTX

13       advertisements?

14  A.   Can you tell me what you mean by that?

15  Q.   Did Creators Agency provide content or talking points

16       for you to use in creating the advertisements that you

17       made for FTX US?

18  A.   I was given talking points, yes.

19  Q.   And did you, in fact, use those talking points when

20       creating advertisements for FTX US?

21  A.   I don't remember what I did or didn't do when I was

22       creating the advertisements.

23  Q.   Do you recall who, if anyone, needed to approve your

24       advertisements for FTX before the videos went live?

25  A.   I don't recall who, no.



1  Q.  Did anyone need to approve your videos advertising FTX
2      US before it went live?
3  A.  I'm not sure if they needed to approve it.
4  Q.  In practice, did you submit your advertisements to
5      anyone before they went live?
6  A.  I believe we did, but I don't recall how many or which
7      ones.
8  Q.  Do you know any other individual creators who are
9      represented by Creators Agency?
10 A.  What do you mean by that?
11 Q.  Are you aware of any other content creators who are --
12     who have deals, advertising deals sourced for them by
13     Creators Agency?
14 A.  I'm not sure.
15 Q.  Are you aware of any other content creators who had
16     deals with FTX US?
17 A.  I'm not sure.
18 Q.  Did you ever do a joint advertisement or joint
19     promotion with another advertiser for FTX US?
20 A.  No.
21 Q.  Have you ever met Erika Kullberg?
22 A.  Yes.
23 Q.  In what context have you met Erika Kullberg?
24 A.  What do you mean by that?
25 Q.  How do you know her?



```
 1   A.   I'm not sure how I know her.

 2   Q.   When did you first meet her?

 3   A.   Again, I'm sorry if I'm being rude, but can you define

 4        what you mean by that?

 5   Q.   You told me that you know who Erika Kullberg is, that

 6        you know her.

 7   A.   Yes.

 8   Q.   From where do you know her?

 9   A.   From where, as in --

10   Q.   Did you -- is she a college classmate, do you watch

11        her YouTube channel?  In what context are you aware of

12        her existing?

13   A.   I'm not sure how I first got to know Erika.

14   Q.   How do you know her now?

15   A.   What do you mean by that?

16   Q.   Is she a friend, is she a colleague, is she an

17        employer of yours?

18              I'm looking for a general understanding of

19        how you know her.

20   A.   She makes content on the Internet, as far as I know.

21        I know her from there.  I mean, I don't know how her

22        and I met or when that was, if that's the question

23        that you're asking me.  I don't know how --

24   Q.   That's fine.

25              MR. ACHO:  Counsel, you're going far afield
```



```
 1        now.  What his relationship with Erika Kullberg has to
 2        do with jurisdiction in Florida, I've tolerated these
 3        questions, but, you know, you got to start moving on.
 4        This is not what the Court ordered.
 5                  I'm looking at that Court order, and it
 6        talks about agreements with FTX, okay, or those
 7        dealing with FTX, but dealing with Florida, so please
 8        move on.
 9   BY MS. ALEXANDER:
10   Q.   Do you know Erika Kullberg in her capacity as the
11        co-founder of Creators Agency?
12   A.   What do you mean by that?
13   Q.   In connection with your work and your relationship
14        with Creators Agency, have you worked with Erika
15        Kullberg?
16   A.   No.
17   Q.   Let's talk about your Minority Mindset YouTube
18        channel.
19                  Where do you typically film those videos
20        from?
21   A.   My office.
22   Q.   Where is your office located?
23   A.   Michigan.
24   Q.   Have you ever had occasions to film a video for your
25        site in a location outside of the State of Michigan?
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                          39

```
 1   A.   Yes.

 2   Q.   In what states were those?

 3   A.   I can't recall exactly all of them.

 4   Q.   Do you recall if you filmed any videos where you put a

 5        promotion for FTX US outside the State of Michigan?

 6   A.   I don't remember.

 7   Q.   During 2022, do you recall if you filmed any videos

 8        for your channel outside of the State of Michigan?

 9   A.   I don't remember.

10   Q.   Do you recall appearing as a guest on Erika Kullberg's

11        podcast?

12   A.   Yes.

13   Q.   Where was that filmed?

14   A.   New York.

15   Q.   Apart from that podcast episode and videos posted to

16        your YouTube channel, did you appear in any other FTX

17        US advertisements or promotions during your deal with

18        FTX US in 2022?

19   A.   Could you repeat that question one more time?

20   Q.   Sure.

21             Apart from what we've already spoken about,

22        videos on your YouTube channel and the podcast you

23        filmed with Erika, during your relationship with FTX

24        US in 2022, did you film any other advertisements for

25        FTX US?
```



```
 1   A.   Can we clarify one part?

 2   Q.   Yes.

 3   A.   You said the podcast with me and Erika.  What

 4        promotions?  I'm not understanding what you're talking

 5        about there.

 6   Q.   I'm removing that from the question.

 7                 So I'm asking what other advertisements, if

 8        any, you did for FTX US excluding your Minority

 9        Mindset YouTube channel and the podcast episode where

10        you were a guest of Erika's?

11   A.   Again, I'm not sure what you mean by the podcast

12        episode.  That was not my podcast, so I don't know

13        what that means.

14   Q.   Let's forget that entirely.

15                 Apart from videos you posted on your

16        Minority Mindset YouTube channel, did you have any

17        other FTX US promotions during your agreement with

18        them?

19   A.   No.

20   Q.   Did you ever make an in-person appearance on behalf of

21        FTX US?

22   A.   No.

23                 MR. ACHO:  Can we take a five-minute break,

24        please, if you don't mind?

25                 MS. ALEXANDER:  Sure.
```



1                      Let's -- let's come back at 3:10.

2                      VIDEOGRAPHER:  One moment, please.

3                      We're going off the record.  The time is

4          3:01.

5                      (Off the record 3:01 p.m.)

6                      (Back on the record 3:10 p.m.)

7                      VIDEOGRAPHER:  We're back on the record.

8          The time is 3:10.

9    BY MS. ALEXANDER:

10   Q.   Mr. Singh, did you speak with anyone about your

11        testimony while we were out on break?

12   A.   No, I did not.

13   Q.   So circling back to where started, we all understand

14        that we're here today to talk about jurisdiction, and

15        Plaintiffs here have a few different theories about

16        jurisdiction.  I'm going to walk through some

17        questions that support each of those theories in turn.

18                  Do you have an understanding of what

19        general jurisdiction is?

20   A.   No.

21   Q.   Do you have an understanding of what specific

22        jurisdiction is?

23   A.   No.

24   Q.   Do you have an understanding of what civil conspiracy

25        jurisdiction is?



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                          42

```
 1   A.   No.
 2   Q.   In a motion to the Court, your counsel wrote that,
 3        None of the YouTube Defendants operate any business in
 4        Florida or direct any commerce into Florida.
 5                  Is that an accurate statement?
 6   A.   I'm not going to speak on behalf of what my counsels
 7        do.
 8   Q.   Let's talk about facts, though, because it's a
 9        statement about you.
10                  So as it pertains to you, do you operate
11        any businesses in Florida?
12   A.   No.
13   Q.   Do you direct any commerce into Florida?
14   A.   What do you mean by that?
15   Q.   I'm using language from your filing.  You don't have
16        an understanding of what that language means?
17   A.   No.
18   Q.   Okay.  We will come back to it.
19                  MS. ALEXANDER:  I am going to show you an
20        exhibit which I'm going to mark as Exhibit 2.
21                  (Exhibit #2, Declaration, was marked for
22        identification.)
23                  MS. ALEXANDER:  I'm going to scroll to the
24        end of the document and back up to the top.
25   BY MS. ALEXANDER:
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    43

```
 1   Q.   Do you recognize this document?
 2   A.   I don't remember what it is, no, but I do understand
 3        that my name is on it and that I've signed this.
 4   Q.   Great.
 5             So reading from the top, it says below the
 6        title:  I, Jaspreet Singh, hereby declare the
 7        following is true and correct to the best of my
 8        knowledge.
 9             Do you see that?
10   A.   Yes.
11   Q.   And it is signed at the bottom, correct?
12   A.   Yes.
13   Q.   And that is your signature?
14   A.   Yes.
15   Q.   Great.
16             So I will represent to you this declaration
17        was submitted to the Court by your counsel.  We're
18        going to talk about a few of the sentences that you
19        have in here so that I can explore a little bit around
20        the declarations you've made, so I'd like to start
21        with sentence three.
22             At all relevant hereto, I have been a
23        citizen of the state of Michigan and have resided in
24        Detroit, Michigan.
25             Do you see that?
```



```
 1   A.   Yes.
 2   Q.   When you say "at all relevant times", what time period
 3        are you referencing here?
 4   A.   I'm not sure.
 5   Q.   For purposes of my questions, let's assume that the
 6        year 2022 is the relevant time, since you've
 7        previously testified that your relationship with FTX
 8        US was contained within the year of 2022.
 9               Is that fair?
10   A.   Sure.
11   Q.   If we take the year 2022 to be the relevant time, is
12        sentence three accurate?
13   A.   Yes.
14   Q.   During the year 2022, did you travel to the State of
15        Florida for any reason?
16   A.   I don't believe so, no.
17   Q.   Do you have any businesses licensed in Florida?
18   A.   No.
19   Q.   Do you have any personal licenses in the State of
20        Florida, such as a driver's license, a boating
21        license, a bar license, or otherwise?
22   A.   I do not, no.
23   Q.   Great.
24               I am going to take this document down,
25        although we will be back to it.
```



```
 1                  And I'm going to mark the next document as
 2          Exhibit 3.
 3                       (Exhibit #3, Jurisdictional
 4          Interrogatories, was marked for identification.)
 5                  MS. ALEXANDER:  This document is titled
 6          Defendant Jaspreet Singh's Answers and Objections to
 7          Plaintiff's Jurisdictional Interrogatories.
 8   BY MS. ALEXANDER:
 9   Q.    Do you see that document?
10   A.    Yes, I do.  Thank you.
11   Q.    Do you remember seeing this document before today?
12   A.    Would you mind scrolling down?
13   Q.    Of course.
14   A.    Yes, I do remember seeing this, but I would like to
15          see the bottom just to confirm.
16   Q.    Sure.
17   A.    Thank you very much.  Yes, I do remember seeing this.
18   Q.    Terrific.
19                  I'm going to scroll up and show you the
20          verification page.  Is that your signature?
21   A.    Yes, that is.
22   Q.    Terrific.
23                  So I'm going to turn to interrogatory
24          number seven.  The question posed was:  State each
25          occasion in which you traveled to Florida and the
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     46

1        purposes and dates of such travel.

2                    And the answer reads:  Defendant Singh's

3        only trips to Florida have been personal trips related

4        to vacations only.  Defendant Singh's last trip to

5        Florida was to Miami, Boca Raton, and Orlando in

6        December 2021.

7                    As we sit here today, is that statement

8        accurate?

9   A.   I believe so, yes.

10  Q.   In December 2021, you were not yet working with FTX

11       US; is that correct?

12  A.   I believe so, yes.

13  Q.   In connection with your advertising work for FTX US,

14       have you ever been asked to travel?

15  A.   I don't recall.

16  Q.   Have you ever attended a conference where a

17       representative of FTX US was present?

18  A.   I don't recall.

19                   MS. ALEXANDER:  I'm going to take this down

20       and I'm going to go back to Exhibit 2.

21  BY MS. ALEXANDER:

22  Q.   Can you see Exhibit 2, Jaspreet?

23  A.   Yes, I can.  Thank you.

24  Q.   Great.

25                   Paragraph four says:  I have never lived in



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     47

1          Florida.

2                    Is that an accurate statement?

3    A.   Yes, it is.

4    Q.   Paragraph five says:  I do not operate any business in

5         Florida, nor have I ever.

6                    Is that an accurate statement?

7    A.   Yes, it is.

8    Q.   Can you name the businesses that you operated during

9         the year of 2022?

10   A.   Can you specify what you mean by that?

11   Q.   Can you list any business that you owned, controlled,

12        operated, during the year 2022?

13   A.   Sure.  Minority Mindset, LLC; Briefs Media, LLC, which

14        I believe had the name Market Briefs, LLC prior.  We

15        did a name change.  I had a handful of real estate

16        holding companies.  Do you need me to name those?

17   Q.   We can leave it at that for now.  I'll come back.

18                   So there's two companies, there's real

19        estate holding companies.  Is this anything else?

20   A.   Not that I can recall.

21   Q.   Good.

22                   So let's talk about them in turn.

23                   Let's start with Minority Mindset, LLC.

24        What state is that incorporated in?

25   A.   Michigan.



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      48

1  Q.   And where is its principal place of business?

2  A.   Michigan.

3  Q.   Where is Briefs Media, LLC or its predecessor

4       incorporated?

5  A.   Michigan.

6  Q.   And where is its principal place of business?

7  A.   Michigan.

8  Q.   I'm going to take the real estate holding companies as

9       one.  If the answer would differ for any of them,

10      please tell me and we can break them down.

11 A.   Sure.

12 Q.   Where are the real estate holding companies

13      incorporated?

14 A.   Michigan.

15 Q.   And where is their principal place of business?

16 A.   Michigan.

17 Q.   Was Market Insiders, Incorporated, in 2022, or did

18      that come later?

19 A.   Oh, good question.  I don't recall.

20 Q.   Where is its principal place of business?

21 A.   Michigan.

22 Q.   And where was it incorporated?

23 A.   Michigan -- I apologize about that.  I don't know when

24      that was incorporated.

25 Q.   That's fine.



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                          49

```
 1                    What about Buzz Legal, was that
 2         incorporated in 2022 or later?
 3    A.   I also don't recall, I apologize.  There's a lot of
 4         entities.
 5    Q.   Sure.
 6    A.   I believe I know what you're going to ask, Michigan
 7         and Michigan.
 8    Q.   Sure.
 9                    To your knowledge, do you own or control
10         any business that is not incorporated in Michigan?
11    A.   No.
12    Q.   And to your knowledge, do you own or control any
13         business that does not have its principal place of
14         business in Michigan?
15    A.   No.
16    Q.   Have any of these businesses ever caused you to travel
17         to Florida for work?
18    A.   No.
19    Q.   As I was looking at your website, I noticed that you
20         have a button that allows a user to submit an inquiry
21         to book you as a speaker for an event; is that
22         correct?
23    A.   I haven't been on my website in a long time, but it
24         might be.
25    Q.   Have you ever booked a private speaking engagement?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      50

```
 1   A.   What do you mean by that?

 2   Q.   Has someone ever hired you to speak in person or over

 3        Zoom to a group of people?

 4   A.   Yes.

 5   Q.   To your knowledge, have you ever spoken to a group of

 6        people who were located in Florida, regardless of

 7        whether you were physically located in Florida or

 8        appearing over Zoom?

 9   A.   No.

10   Q.   And have you ever traveled to Florida to speak to a

11        group of people in such capacity?

12   A.   No.

13   Q.   When looking at your website, I noticed that you sell

14        certain goods, including T-shirts.  Do you still do

15        that?

16   A.   I don't know if that site is -- that e-commerce site

17        is still public or no.

18             MR. ACHO:  Ms. Alexander, can you take this

19        down unless you're going to ask about it.  It's

20        distracting for me.

21             MS. ALEXANDER:  The document?

22             MR. ACHO:  Yes, ma'am.

23             MS. ALEXANDER:  Sure.  I can put it back up

24        when we get back to it.

25   BY MS. ALEXANDER:
```



```
 1   Q.   What involvement did you have in the e-commerce aspect
 2        of your website?
 3   A.   I'm not sure what you mean by that.
 4   Q.   Through -- as I stated previously, on your website
 5        there is merchandise available for sale.  Are you
 6        aware of that?
 7   A.   Which website are you referring to?
 8   Q.   Minoritymindsetstore.com.
 9   A.   Okay.
10   Q.   Are you aware that there's merchandise for sale on
11        that website?
12   A.   I haven't seen that site in a very long time, so I
13        have no idea if that site is even still active.
14   Q.   Was there a time when you actively ran and maintained
15        that site?
16   A.   Can you specify what you mean by that?
17   Q.   Was there a time when you, whether directly or through
18        an agent, were actively engaged in selling merchandise
19        through this e-commerce platform?
20   A.   When you say "actively engaged", I'm not sure what
21        that means.
22   Q.   Why don't you tell me about this e-commerce platform.
23        What do you recall about it?
24   A.   There's merchandise that has some of my sayings.
25        Besides that, I really don't remember.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     52

```
 1   Q.   Do you recall in what year you opened the e-commerce

 2        site?

 3   A.   I don't, I'm sorry.

 4   Q.   During the time when the e-commerce site was active,

 5        did you receive orders yourself, or did they go to a

 6        third-party fulfillment provider?

 7   A.   From my understanding, they went to a third-party

 8        fulfillment provider.

 9   Q.   At no time did you have boxes of T-shirts and shipping

10        labels in your own house or apartment, correct?

11   A.   That's correct.

12   Q.   Did you, at any time, receive any data on the

13        identities or locations of the customers who purchased

14        from you through this e-commerce site?

15   A.   No, I'm sorry.

16   Q.   If you wanted to obtain that data, who would you ask?

17   A.   I have no idea.

18   Q.   Does a third party maintain your website?

19   A.   I'm not sure what you mean by that.

20   Q.   You still have a website, correct?

21   A.   Which website do we know you're referring to?

22   Q.   Minority Mindset?

23   A.   Which domain?  What URL?

24   Q.   The minoritymindset.com.

25   A.   Yes.  What about that?
```



```
 1   Q.   Do you conduct all maintenance on the website, or is

 2        some of that work outsourced?

 3   A.   It is outsourced.

 4   Q.   Who is it outsourced to?

 5   A.   A web developer.

 6   Q.   Do you know the name of that web developer?

 7   A.   I would have to look it up.

 8   Q.   Would that person be the same person who maintained

 9        minoritymindsetstore.com?

10   A.   No.

11   Q.   Do you know the name of the website developer who

12        maintained minoritymindsetstore.com?

13   A.   No.

14   Q.   Do you know the name of the party that fulfilled

15        orders placed through minoritymindsetstore.com?

16   A.   From my recollection, we use Shopify and some

17        fulfillment site there.  It might be Printful, but I

18        can't be sure.

19   Q.   If you needed to know that information, where would

20        you look or who would you ask?

21   A.   I would have to dig in myself.

22   Q.   During the time minoritymindsetstore.com was

23        operational, did you receive any statistics regarding

24        the sales that were made, including but not limited

25        to, geographic statistics?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    54

1   A.   No.

2   Q.   Do you have any employees personally?

3   A.   What do you mean by that?

4   Q.   In connection with the work you did for FTX US, did

5        you pay or employ anyone to help you?

6   A.   I'm sorry, maybe I'm not fully understanding.  Could

7        you clarify what you mean by that?

8   Q.   Sure.  Let me give you an example.

9             Some content creators hire on an hourly or

10       per-day basis, camera people and scriptwriters,

11       after -- after-filming editors to put their videos

12       together.

13            So I want to understand, during 2022 in

14       relation to the videos you made for FTX US whether

15       anyone helped you create any of those videos.

16  A.   Yes.

17  Q.   Tell me who, and what -- in what capacity they helped

18       you.

19  A.   Peter Dare.  He was a video editor.

20  Q.   Is he the only person who helped you?

21  A.   As far as I can remember, yes.

22  Q.   Where does Peter Dare reside?

23  A.   Can you be a little more specific?

24  Q.   During 2022, during the period of time when he helped

25       you with FTX US advertisements, where did he reside?



```
 1   A.   Well, he's an employee who would come into the office.

 2        I mean, I don't know besides that.

 3   Q.   He physically worked with you in Michigan?

 4   A.   We are or were hybrid, meaning he would come into the

 5        office occasionally.  Other days, he would not be in

 6        the office.  If he's not in the office, I don't know

 7        where he is.

 8   Q.   Do you have an understanding of what state he worked

 9        from during the days when he was not physically

10        present in the office with you?

11   A.   I can't speculate.  I don't know.

12   Q.   During that time, where was your office located?

13   A.   Michigan.

14   Q.   Okay.

15             I'm going to put Exhibit 2 back up briefly.

16             And I'm now looking at paragraph six.  It

17        says:  I operate a YouTube channel, but I do not sell

18        any products or services related to securities or

19        financial instruments.

20             Did I read that correctly?

21   A.   Yes.  Thank you.

22   Q.   Can you tell me in your own words what that sentence

23        means?

24   A.   That I, Jaspreet Singh, operate a YouTube channel, but

25        I do not sell investments.
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                          56

```
 1   Q.   What products and services do you sell?

 2   A.   Can you be a little more specific on that?

 3   Q.   I'm looking at your language in paragraph six here

 4        which characterizes what the products and services you

 5        sell are not related to.

 6             So I'm asking you to tell me what they are

 7        related to.  What is it that you produce or sell, if

 8        anything?

 9   A.   Would you mind being a little more specific?  Sorry.

10   Q.   I don't know how to -- I don't want to put words in

11        your mouth since this language from a declaration that

12        you submitted to the Court under your signature.

13             I'm just looking for an understanding of

14        what, if any, products or services you sold during

15        2022.

16   A.   I don't recall what we were selling in 2022.

17   Q.   Can you give me an example of a product or services --

18        or service that you do recall selling at any period of

19        time?

20             MR. ACHO:  I'm going to object.  This again

21        goes way beyond the scope of the judge's order.  I'm

22        cautioning you, if you don't start wrapping this up or

23        focusing on Florida, I'm going to start directing him

24        not to answer the questions because this question has

25        nothing to do at all with Florida.
```



1    MS. ALEXANDER:  I think you will struggle

2    to explain to the judge that a declaration that your

3    client submitted on this exact motion and my probing

4    the meaning of the words in that declaration as being

5    an inappropriate question.

6    MR. ACHO:  You're not probing the words.

7    He went over it with you.  You're probing something

8    else, what other services or what other products.

9    That has no connection to Florida unless you're going

10   to tie it in.  Do you have evidence?

11   If you're going to introduce evidence about

12   him selling products and services in Florida, then go

13   ahead.  I won't object, but if you're just asking

14   generalities, then that is a problem.

15   MS. ALEXANDER:  Are you directing him not

16   to answer my question?

17   MR. ACHO:  No.  Go ahead.  If he can answer

18   it, I'll let it go for now.

19   WITNESS:  Would you mind repeating your

20   question for me, please?  Thank you.

21   BY MS. ALEXANDER:

22   Q.   Sure.

23   I am trying to understand what you mean in

24   paragraph six by products and services.  It says

25   that you do not sell any products and services related



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    58

1        to securities or financial instruments.

2                  In order to test whether I agree that what

3        you sell is not related to securities or financial

4        instruments, I have asked you to tell me what products

5        or services you sell.

6                  I am specifically asking about 2022, but if

7        you don't recall anything from 2022, I will take

8        whatever example you do recall.

9   A.   I don't recall from 2022, but in terms of the second

10       part of your question, other examples -- like I was

11       saying earlier, Briefs Media is my company, so we

12       publish financial news.  We have a free newsletter

13       that people can join.  It gives us a breakdown of

14       what's happening in the news, and then we also have a

15       paid version of that newsletter as well.  We don't

16       give any financial advice.  We cover what's happening

17       in the news.

18  Q.   Okay.  So let's start with that.

19                  Briefs Media has free and paid newsletters,

20       correct?

21  A.   Today, yes.  In 2022, no.

22  Q.   What did Briefs Media have in 2022?

23  A.   I can't recall exactly.

24  Q.   Then let's take -- let's take now so I can understand.

25                  MR. ACHO:  I will object to the questions



```
 1          dealing with now.

 2                    I'll let it go for a little bit, but then

 3          we're going to cut it off because it's not the

 4          relative time period.

 5   BY MS. ALEXANDER:

 6   Q.    Does Briefs Media obtain any geographical information

 7          from individuals who sign up for its newsletter?

 8   A.    No.

 9   Q.    Are all newsletters transmitted electronically?

10   A.    Yes.

11   Q.    Does Briefs Media mail any content to its customer

12          through non-electronic means?

13   A.    No.

14   Q.    So earlier, we spoke about the companies you had in

15          2022, and we spoke about Minority Mindset, LLC.

16                    In 2022, what products or services did

17          Minority Mindset, LLC sell?

18   A.    I don't recall.

19   Q.    What products or services does Minority Mindset, LLC

20          sell today?

21   A.    I don't believe any.

22   Q.    What about Market Insiders?  What products or services

23          did Market Insiders sell on or about 2022?

24   A.    I can't recall what Market Insiders was doing then.

25   Q.    What products or services does Market Insiders sell
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      60

```
 1        today?

 2   A.   None.

 3   Q.   What products or services did Buzz Legal sell in 2022?

 4   A.   We referred people who were looking for IP protection

 5        to attorneys.

 6   Q.   And does Buzz Legal collect geographic information

 7        about its customers in doing so?

 8   A.   I can't recall.

 9             MS. ALEXANDER:  I'm going to share what I'm

10        going to mark as Exhibit 4.

11             (Exhibit #4, Minority Mindset YouTube

12        Channel Screenshot, was marked for identification.)

13   BY MS. ALEXANDER:

14   Q.   Do you recognize Exhibit 4?

15   A.   Yes, I do.  Thank you.

16   Q.   What is it?

17   A.   It looks like the Minority Mindset YouTube channel.

18   Q.   How many subscribers does this screenshot say your

19        channel has?

20   A.   1.79 million.

21   Q.   Does that number sound approximately right to you as

22        of present?

23   A.   Yes.

24   Q.   Do you recall approximately how many subscribers it

25        had in 2022?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      61

```
 1    A.   No.
 2    Q.   Do you know, by percentage or otherwise, how many of
 3         those subscribers are located in Florida?
 4    A.   No.
 5    Q.   How would you go about getting that information if you
 6         wanted it?
 7    A.   I have no idea.
 8    Q.   Have you ever used the analytics features within
 9         YouTube?
10    A.   Can you specify what you mean by that?
11    Q.   Are you aware that YouTube channels have certain
12         analytic features which provide information to the
13         owner about the performance of the channel?
14    A.   Yeah.
15    Q.   Have you ever accessed analytic information for one or
16         more of your videos?
17    A.   Can you be a little more specific, please?  Sorry.
18    Q.   What about that is unclear?
19    A.   What do you mean again by analytics for a video?
20    Q.   What I explained in my last question, any of the
21         features that YouTube provides to channel owners to
22         track statistics about their videos.
23    A.   Can you define what you mean by "statistics"?
24    Q.   I'm talking about information that YouTube channel
25         owners would be interested in.  There is a great
```



1        variety provided by YouTube, including geographic

2        data.

3   A.   I'm not sure.

4   Q.   Could you repeat that, please?

5   A.   I'm not sure.

6   Q.   You're not sure if you have ever looked at geographic

7        data for one of your YouTube videos?

8   A.   Yes.

9   Q.   Would you know how to access that geographic data on

10        one of your videos today?

11   A.   No.

12   Q.   Has Creators Agency ever provided you with any

13        geographic data about any of your videos or your

14        channel as a whole?

15   A.   I don't believe so, no.

16   Q.   Have you ever sought out or asked anyone for that

17        information?

18   A.   As far as I can remember, no.

19             MS. ALEXANDER:  I'm going to put up an

20        exhibit.  I believe we will be marking this as Exhibit

21        5.

22             (Exhibit #5, Instagram Screenshot, was

23        marked for identification.)

24   BY MS. ALEXANDER:

25   Q.   Do you recognize this screen capture?



```
1    A.   I think so.

2    Q.   And what platform do you believe this is from?

3    A.   Instagram.

4    Q.   Is this your Instagram account?

5    A.   Yes.

6    Q.   And how many followers does this say you have at

7         present?

8    A.   890,000.

9    Q.   Do you recall approximately how many you had in 2002?

10   A.   No.

11   Q.   Have you ever used Instagram's analytic features to

12        analyze any of your posts?

13   A.   No.

14   Q.   Do you know what geographic analytics are available to

15        you as a content creator on Instagram?

16   A.   No.

17   Q.   Would you know, sitting here today, how to access any

18        of those features?

19   A.   No.

20               MS. ALEXANDER:  I'm now going to share what

21        we will be marking as Exhibit 6.

22               (Exhibit #6, Minority Mindset Facebook

23        Page, was marked for identification.)

24   BY MS. ALEXANDER:

25   Q.   While I'm doing that, have you ever heard the term
```



JASPREET SINGH                                February 01, 2024
FTX Cryptocurrency Exchange                                  64

```
 1       Meta Business Suite before?
 2   A.  It sounds like the business back end for Facebook's
 3       platform, Meta.
 4   Q.  Have you ever used it?
 5   A.  I'm not sure.
 6   Q.  Okay.
 7               Exhibit 6, do you recognize anything I'm
 8       showing on the screen?
 9   A.  It looks like the Facebook page for Minority Mindset.
10   Q.  Is this your account?
11   A.  The Minority Mindset account, yes.
12   Q.  And how many followers does this say it has at
13       present?
14   A.  144,000 versus likes, I'm not sure which one you're
15       referring to.
16   Q.  And how many likes?
17   A.  72,000.
18   Q.  Do you recall how many approximately you had in 2022?
19   A.  No.
20   Q.  Have you ever looked at Facebook's post analytics?
21   A.  No.
22   Q.  Would you know how to access geographic analytic data
23       about your Facebook posts sitting here today?
24   A.  No.
25   Q.  So we've now looked at YouTube, which we've also
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                          65

1       spoken about a fair bit, as well as Instagram and

2       Facebook.

3                    When we originally spoke, you didn't

4       mention posting advertisements on Instagram and

5       Facebook.

6                    Could you tell me how you used Instagram

7       and Facebook insofar as it connects to the

8       advertisements you did for FTX US?

9    A.  I think I understand your question, but maybe if you

10      can just repeat it one more time so I can make sure I

11      understand it properly.

12   Q.  Sure.

13                   We spoke about how used your YouTube

14      channel to promote advertisements for FTX US, but

15      we've not previously spoken about your Facebook and

16      Instagram accounts.

17                   So I'm wondering how or to what extent you

18      used your Facebook and Instagram accounts in

19      connection with the advertisements that you created

20      for FTX US?

21   A.  I'm not sure there was any.

22   Q.  Was it your normal practice to cross-share videos you

23      posted on YouTube to other social media platforms?

24   A.  From my recollection on Instagram, no.

25                   On Facebook, that one, we did publish the



```
 1          YouTube URL on Facebook, but I don't know during what
 2          time period, and I don't know if we're still doing
 3          that, so I don't recall exactly when we started, when
 4          we stopped, but from my recollection, we posted the
 5          URL on Facebook only.
 6    Q.    When you say "we", who are you referring to?
 7    A.    The Minority Mindset team.
 8    Q.    Who was on the Minority Mindset team in 2022?
 9               MR. ACHO:  I'm going to object.  Again,
10          this is well beyond the scope of the magistrate
11          judge's order.  I'll let it go for a little bit, but
12          we need to start wrapping this up.
13    BY MS. ALEXANDER:
14    Q.    Please continue.
15    A.    It was me?
16    Q.    Yes, please.
17    A.    Peter Dare, and I don't know who else was involved in
18          2022, but I had a virtual assistant as well who would
19          help with the social media posts.
20    Q.    Where was that virtual assistant located?
21    A.    Philippines.
22    Q.    Great.
23               MS. ALEXANDER:  Let's go ahead and take a
24          short break.  Let's come back at 4:10.
25               MR. ACHO:  Let me ask you, how much longer
```



```
 1    do you have?  You would have an estimate.

 2              MS. ALEXANDER:  An hour, maybe a little

 3    more.

 4              MR. ACHO:  That's ridiculous.

 5              I have to tell you, we're going to start

 6    directing him not to answer if you keep doing this

 7    sort of thing.  Who's a member of Minority Mindset has

 8    nothing to do with Florida.  You're just prolonging

 9    this and this is harassing my client, okay?

10              MS. ALEXANDER:  I, obviously, disagree with

11    you.

12              MR. ACHO:  No.  I'm only going to -- I'm

13    only going to stake it a little bit longer, not much

14    more.  Please understand that.

15              MS. ALEXANDER:  Let's go off the record,

16    please.

17              VIDEOGRAPHER:  Off the record, the time is

18    4:02.

19              (Off the record at 4:02 p.m.)

20         (Back on the record at 4:12 p.m.)

21              VIDEOGRAPHER:  We are now back on record.

22    The time is 4:12.

23              MS. ALEXANDER:  Mr. Singh, I'm going to put

24    up an exhibit which we are going to mark as Exhibit 7.

25              (Exhibit #7, X Platform Screenshot, was
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    68

```
 1       marked for identification.)

 2  BY MS. ALEXANDER:

 3  Q.   Do you recognize this?

 4  A.   I'm not sure what platform this is.

 5  Q.   Do you see a logo in the upper left-hand corner of

 6       your screen?

 7  A.   Oh, I was looking at the gear.  Yes.

 8  Q.   What logo is that?

 9  A.   It looks like X.

10  Q.   X, formally known as Twitter?

11  A.   Yes.

12  Q.   And is this your account?

13  A.   I believe so.

14  Q.   How many followers does it currently have?

15  A.   18.2 thousand.

16  Q.   Have you ever looked at geographic analytics for this

17       X account?

18  A.   No.

19  Q.   Would you know how to access those analytics if I

20       asked you to do so here today?

21  A.   No.

22  Q.   Do you recall posting any FTX US advertisements on X?

23  A.   No.

24  Q.   So for all the social media accounts we've talked

25       about so far, do you use a third-party media
```



| | | |
|---|---|---|
| 1 | | management company? |
| 2 | A. | Can you define what you mean by that? |
| 3 | Q. | Does anyone, other than yourself or individuals that |
| 4 | | you previously told me were on the Minority Mindset |
| 5 | | team, post content or analyze performance? |
| 6 | A. | Besides my team, whatever they use, no, I don't |
| 7 | | believe we worked with any third party. |
| 8 | Q. | You said, "Besides your team and whatever they use". |
| 9 | | Does your team at Minority Mindset analyze |
| 10 | | how your videos and advertisements are performing? |
| 11 | A. | I'm not sure. |
| 12 | Q. | As a content creator, how do you decide if a |
| 13 | | particular video was successful or not successful? |
| 14 | A. | I'm not sure. |
| 15 | Q. | Do you have -- strike that. |
| 16 | | Does Minority Mindset earn income based on |
| 17 | | the success of its videos? |
| 18 | A. | Can you specify what you mean by that? |
| 19 | Q. | What part of that wasn't clear? |
| 20 | A. | Success, what do you mean by that? |
| 21 | Q. | So, typically, someone might look at something like |
| 22 | | number of views to decide if a video was successful. |
| 23 | | Someone might use one of these analytics features that |
| 24 | | we've been talking about to determine if they're |
| 25 | | reaching a particular audience.  Metrics like how long |



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      70

```
 1          an individual user is on your video engaging with your

 2          content.

 3                  So I'm asking, since what you've told me is

 4          you don't use or know how to access most of the

 5          analytics features that these sites offer to you, how

 6          it is that your team determines whether a particular

 7          video is successful?

 8   A.     We don't determine if the video is successful.

 9   Q.     What do you mean by that?

10   A.     You're asking how do we determine if a video is

11          successful; is that correct?

12   Q.     Yes.

13   A.     We don't do that.

14   Q.     So the number of views a video gets is not relevant to

15          you or your team at Minority Mindset?

16   A.     That's correct.

17   Q.     And you don't earn income off of your videos based on

18          any particular metric, like number of views?

19   A.     There's a couple questions there.  Can you specify

20          what you're asking me?

21   Q.     So my question there is whether you earned income

22          based on a metric of success like number of views.

23   A.     I'm not sure how we are compensated, if that's the

24          question you're asking me.

25                  MR. ACHO:  I'm going to object to this line
```



```
 1         of questioning once again.  There's no connection to

 2         Florida whatsoever, none, and no attempt to connect

 3         it.

 4                   MS. ALEXANDER:  I'm working to get there.

 5                   MR. ACHO:  Well, try to do it quicker then.

 6                   MS. ALEXANDER:  I don't appreciate the

 7         lectures, the threats, the speaking objections.  You

 8         can lodge an objection and we can move on.

 9                   MR. ACHO:  There's no threat to you, ma'am.

10         There's no threat.  You're asking questions that have

11         no bearing on what the magistrate ordered.  I've

12         tolerated it.  I haven't threatened you.  Please don't

13         say that again.

14    BY MS. ALEXANDER:

15    Q.   Mr. Singh, we've been talking analytics.  We've spent

16         a lot of time talking about the geographic analytics

17         that are available to you through each of these social

18         media services.  What I've started probing is whether

19         your team uses an outside analytic service that

20         analyzes your accounts for you, whether that is a

21         piece of software or a human --

22                   MR. ACHO:  Finish, finish, sorry.

23    BY MS. ALEXANDER:

24    Q.   So we have started down the road of figuring out who

25         or what you use that might also have geographic
```



```
 1        analytics.
 2                   MR. ACHO:  I'm going to object to lack of
 3        foundation.
 4                   There's not been one shred of testimony as
 5        to analytics with this witness, none, other than the
 6        attorney questioning her -- him.
 7                   No foundation.  That's my objection.
 8                   MS. ALEXANDER:  You are free to lodge your
 9        objection.
10   BY MS. ALEXANDER:
11   Q.   Mr. Singh, which -- strike that.
12                   The Minority Mindset team, does it rely on
13        any analytics provider, whether it be a third-party
14        organization or a piece of software?
15   A.   No.
16   Q.   So across all of the social media platforms we've
17        looked at, do you have any understanding of what
18        percentage of your viewers are within the State of
19        Florida?
20   A.   Not at all.
21   Q.   And you have no -- strike that.
22                   You don't have any analytical data
23        currently within your possession that would allow you
24        to determine that, to your knowledge?
25   A.   That's correct.
```



```
 1   Q.   Did FTX US or Creators Agency ever ask you to restrict
 2        your content from reaching individuals in Florida?
 3   A.   No, ma'am.
 4   Q.   Have you ever been asked to erect geofences or geotags
 5        or any other web-traffic-limiting service with regards
 6        to any content you posted?
 7   A.   No.
 8             MS. ALEXANDER:  Let's put up -- yeah, let's
 9        put up an exhibit.  This will be -- this will be
10        Exhibit 8.
11             (Exhibit #8, Discussion Board Community,
12        was marked for identification.)
13   BY MS. ALEXANDER:
14   Q.   Do you recognize this page?
15   A.   It's not something I've accessed.  It looks like a
16        community.
17   Q.   Do you control this community?
18   A.   Can you tell me what you mean by that?
19   Q.   Did you create this community?
20   A.   No.
21   Q.   Do you know who did?
22   A.   Not off the top of my head, no.
23   Q.   Do you participate in this community?
24   A.   No.
25   Q.   What, if any, connection does that community have to
```



1             you, Minority Mindset, or your other businesses?

2  A.    I'm not really sure what you mean by that.

3  Q.    What's unclear?

4  A.    The entire question.  What do you mean?

5  Q.    I'd like to know whether -- what I understand to be a

6        discussion board community here of which I'm showing

7        the login page has any connection to you, Minority

8        Mindset, or any of your other businesses?

9  A.    I have no idea of how to answer that question.

10            I'm sorry if I'm coming off as rude.  I

11        just -- I really don't know.  I don't know how I would

12        answer the question.

13  Q.    What can you tell me about this community?

14  A.    It's called the Guac Talk community.  I can tell you

15        what I see on this page.  Beyond that, I know nothing

16        about it.

17  Q.    You have never participated or been into this

18        discussion board?

19  A.    I don't believe that I have, no, at least as far as I

20        can remember.

21  Q.    Okay.  Let's talk about your website.

22            MS. ALEXANDER:  I believe we're now up to

23        Exhibit 9.

24            (Exhibit #9, minoritymindset.com Screenshot

25        was marked for identification.)



```
 1   BY MS. ALEXANDER:

 2   Q.   Do you recognize what I'm showing on the screen?

 3   A.   It looks like the MinorityMindset.com.

 4   Q.   And is that your website?

 5   A.   It is a website that I control, yes.

 6   Q.   Are you solely responsible for controlling the

 7        website?

 8   A.   What do you mean by that?

 9   Q.   Does someone in your Minority Mindset organization do

10        some of the work related to this website as well?

11   A.   Yes.

12   Q.   And who is that?

13   A.   Well, we have a developer that I believe you mentioned

14        earlier, and then we have a tech person who also

15        manages the website.

16   Q.   And do you also -- do you work with any outside

17        parties to manage this website?

18   A.   The developer is an outside party.

19   Q.   And who is the developer?

20   A.   I would have to look up their name.

21   Q.   If I scroll to the bottom of the landing page of your

22        website, all the way at the bottom, it says, Website

23        managed by Stallion Cognitive.

24             Does that refresh your recollection as to

25        who the web developer may be?
```



```
 1   A.   Yes, it does.

 2   Q.   And who is it?

 3   A.   Stallion Cognitive.

 4   Q.   To the best of your knowledge, were they also

 5        responsible for your website in 2022?

 6   A.   I don't remember.

 7   Q.   Did you maintain minoritymindset.com during the year

 8        2022?

 9   A.   Yes.

10   Q.   Did you post any of the advertisements you made for

11        FTX US during 2022 on your website?

12   A.   No.

13   Q.   Did you link to any YouTube videos you made

14        advertising FTX US on your website?

15   A.   I don't recall doing that.

16   Q.   What percentage of the web traffic on your website

17        comes from the State of Florida?

18   A.   I have zero idea.

19   Q.   Who would you ask if you wanted to know that?

20   A.   I have no idea.

21   Q.   Do you know if Stallion Cognitive provides that kind

22        of information?

23   A.   No.

24   Q.   Have they ever provided any type of statistics,

25        analytics, or performance information about your
```



 1          website to you?

 2    A.    No.

 3    Q.    Do you know if they have provided any similar

 4          information to anyone on the Minority Mindset team?

 5    A.    I don't believe they have, no.

 6    Q.    Have you ever spoken with Stallion Cognitive about

 7          geographic targeting with regards to your website?

 8    A.    No.

 9    Q.    With regard to the videos that you posted on your

10          YouTube channel, have you removed, hidden, deleted, or

11          otherwise disabled any videos that you posted in 2022

12          in connection with your work for FTX US?

13    A.    I'm not sure.

14    Q.    How would you find that out?

15    A.    I'm not sure.

16    Q.    Do you know what it means to make a YouTube video

17          private?

18    A.    Yes, I do.

19    Q.    Have you ever made any of the advertisements that you

20          made for FTX US in 2022 private?

21    A.    I don't know.

22    Q.    Is there any way for you to find that information out?

23    A.    Can you be a little more specific?

24    Q.    If you wanted to know after this deposition whether

25          you had made FTX US videos private, do you know how to



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      78

```
 1        do that?
 2   A.   I know how to see if a video is private, yes.
 3   Q.   During your time working with FTX US, did you have a
 4        promo code?
 5   A.   I don't remember.
 6             MS. ALEXANDER:  I think we're up to Exhibit
 7        10.
 8             (Exhibit #10, YouTube Video Screenshot, was
 9        marked for identification.)
10   BY MS. ALEXANDER:
11   Q.   Do you see a screenshot from a YouTube video here?
12   A.   Yes, I do.
13   Q.   So this is a series -- to make it easier for everyone
14        rather than playing a video, we've taken a short
15        series of screen captures from one of your videos.  I
16        believe there are four of them.  This is the second,
17        this is the third, this is the fourth.
18             These appear to be advertisements for FTX
19        US; is that correct?
20   A.   Yes.
21   Q.   And in holding up your phone, are you talking about
22        the FTX app here?
23   A.   I'm not sure what I'm talking about.
24   Q.   Do you know what Blockfolio is?
25   A.   No.
```



```
 1   Q.   Do you have an understanding of whether Blockfolio is
 2        affiliated with FTX?
 3   A.   No, I don't have a recollection of that.
 4   Q.   Do you have an understanding of where Blockfolio is
 5        based?
 6   A.   No, I'm sorry.
 7   Q.   I believe we mentioned talking points earlier
 8        regarding your videos.  Do you recall that?
 9   A.   Yes, I do.
10   Q.   Do you recall in the talking points that you received
11        from FTX any references to the State of Florida?
12   A.   I do not.
13              MS. ALEXANDER:  Let's mark this Exhibit 11.
14              (Exhibit #11, FTX US Talking Points, was
15        marked for identification.)
16   BY MS. ALEXANDER:
17   Q.   Do you recognize this document?
18   A.   Do you mind scrolling down, please?
19   Q.   Sure.
20   A.   Yeah, it looks like the talking points for FTX US.
21   Q.   And at the bottom here, you see your name followed by
22        a number?
23   A.   No, where is that?
24   Q.   It's in the bottom right-hand corner.  Is that being
25        cut off on your screen?
```



```
 1   A.   Yeah, I don't see that.  I see it now.

 2   Q.   Okay.  And I'll represent for the record that we are

 3        looking at another produced document, Jaspreet Singh

 4        7.

 5                  I'm going to direct your attention towards

 6        the bottom of this document.  There's a line, looking

 7        at the margin, it's the second up from the bottom.  It

 8        says:  Large partnerships to refer and as reference.

 9                  Do you see that line?

10   A.   Yes, I do.

11   Q.   Below that, it reads, The pitch would be, you might

12        have heard of FTX US from their marketing

13        partnerships, and then it lists certain partnerships.

14                  Do you see the list?

15   A.   I do, yes.

16   Q.   And the first one on that list, what is it?

17   A.   Home of Miami -- Miami Heat.

18   Q.   Do you recall ever using that particular talking point

19        in one of your videos?

20   A.   I don't recall, no.

21   Q.   Now I'm going to direct your attention up to the top

22        here, the second point in the document.  It says:  Two

23        main FTX products, and underlined there are FTX App

24        and FTX US.

25                  Do you see that?
```



JASPREET SINGH                                  February 01, 2024
FTX Cryptocurrency Exchange                                   81

```
 1   A.   I do, yes.
 2   Q.   Do you have an understanding of what those two
 3        products are?
 4   A.   No.
 5   Q.   Do you have an understanding of how Blockfolio relates
 6        to either FTX App or FTX US?
 7   A.   No.
 8                 MS. ALEXANDER:  Can we go off the record?
 9                 VIDEOGRAPHER:  Sure.
10                 MR. ACHO:  Sure.
11                 VIDEOGRAPHER:  One moment, please.  We're
12        going off the record.  The time is 4:40.
13                 (Off the record at 4:40 p.m.)
14                (Back on the record at 4:51 p.m.)
15                 VIDEOGRAPHER:  We are now back on record.
16        The time is 4:51.
17                 MS. ALEXANDER:  Perfect.
18                 Mr. Singh, I want to thank you for your
19        patience and your cooperation today.  We appreciate
20        it.  We're nearly through here.  I just have a few
21        things to clean up.
22                 WITNESS:  Thank you.
23   BY MS. ALEXANDER:
24   Q.   So the first thing I want to talk about is
25        compensation.
```



JASPREET SINGH                                February 01, 2024
FTX Cryptocurrency Exchange                              82

```
 1                    Did FTX pay you directly for your work with
 2          FTX, or did your paychecks from Creators Agency?
 3                    MR. ACHO:  I'm going to object.  I'll allow
 4          you to ask this question, but not much more than this
 5          because this has nothing to do with jurisdiction.
 6                    But go ahead, Jaspreet.  We'll tolerate
 7          this one.
 8                    WITNESS:  Can you repeat the question for
 9          me?
10   BY MS. ALEXANDER:
11   Q.   Sure.
12                    Did FTX pay you directly, or did your
13          paychecks come from Creators Agency?
14   A.   I believe my payments came from Creators Agency.
15   Q.   And were you paid in cash or cryptocurrency?
16   A.   Well, it was -- it was money deposited into my bank
17          account, dollars.
18   Q.   Excellent.
19                    I'm going to put back up Exhibit 1.
20                    Do you recognize this screenshot from a
21          YouTube video we discussed earlier, correct?
22   A.   Yes, I recognize it as a video from Minority Mindset.
23          I don't remember this particular instance.
24   Q.   Sure.
25                    So what we have below here is a transcript
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      83

```
 1        of this time-stamped portion of your video which

 2        contains your advertisement for FTX US.

 3                    I'm representing that to you.  There is no

 4        question pending about that.

 5                    MR. ACHO:  Why are you presenting it then?

 6        I mean, I'm going to object to it, because it's not --

 7                    MS. ALEXANDER:  If you'd let me, I'm asking

 8        a question.

 9                    MR. ACHO:  I'm making an objection.  This

10        has not been authenticated.  This has not been

11        identified.  This hasn't been presented to us, so I

12        would object to any questions regarding this.  There's

13        no foundation even.

14                    MS. ALEXANDER:  Are you directing the

15        witness not to answer?

16                    MR. ACHO:  I'm making the objection that

17        this is inadmissible.  Go ahead, you can ask.  I'm not

18        sure he can answer, but go ahead.

19                    MS. ALEXANDER:  That's fine.

20   BY MS. ALEXANDER:

21   Q.   So Mr. Singh, earlier I asked you if you had a promo

22        code with FTX.  Do you recall that question?

23   A.   I recall you asking me the question, yes.

24   Q.   And you didn't recall whether you had a promo code or

25        not, correct?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      84

```
 1   A.   That is correct.

 2   Q.   So we went back to this transcript, and I'm scrolling

 3        down to the bottom here, and I'm going to read a

 4        portion of it which says:  And the best part of all is

 5        that because you are all Minority Mindset fans

 6        watching this video, they will also give you a free

 7        coin when you trade $10.  But what you have to do if

 8        you want to get this free coin is you have to download

 9        the app using my link down in the description below,

10        and then you have to enter in the referral code

11        Minority.

12             So after you download the app, make sure

13        you enter the referral code Minority.  And if you do

14        that, once you trade $10, you'll also get a free coin.

15             Does that refresh your recollection about

16        an FTX promo code?

17   A.   I don't recall.

18   Q.   Do you recall receiving any information from FTX about

19        this promo or referral code?

20   A.   No, ma'am.  It was a long time ago.

21   Q.   Do you know how many individuals approximately entered

22        the promo code Minority on FTX?

23   A.   I'm sorry, I don't.

24   Q.   Do you recall ever having had that information?

25   A.   No, ma'am.
```



 1   Q.   Do you recall ever asking anyone about that

 2        information?

 3   A.   I'm sorry, no.

 4   Q.   If you wanted to know how many people used your FTX

 5        referral code, who would you ask?

 6   A.   I have no idea.

 7   Q.   Am I, therefore, to assume that you would not know

 8        what percentage of the individuals who used that code

 9        reside in Florida?

10   A.   Ma'am, I can't speculate.

11   Q.   Would you know who to ask to get that information?

12   A.   Sorry, no.

13   Q.   If I were to play that video clip, would that refresh

14        your recollection about the promo code?

15   A.   That would help, yes.

16   Q.   Yes?  Okay.

17              Bear with me while I see if I can make that

18        happen.

19              (Video playing.)

20              MR. SINGH:  -- market is a little bit

21        crazy.  This is kind of indirectly pushed --

22              MS. ALEXANDER:  Okay.

23              SPEAKER 1:  -- (inaudible) --

24        cryptocurrency because cryptocurrency is this new

25        asset class, it's a new space, it's new technology and



1   people are trying to cultivate it, create it and

2   invest in it before all these other institutions do

3   because people believe that this is going to change

4   the world, not just our money, but our technology and

5   the way that we do business among the Internet.

6           And so people are looking to invest in

7   cryptocurrency as a way to kind of create their new

8   American dream outside of just housing because we're

9   now starting to see more institutions getting involved

10  with cryptocurrency, we're starting to see regulations

11  come into cryptocurrency.

12          And so it's one of the reasons why people

13  have been looking for an alternative to the

14  traditional American dream.

15          Now, if you are looking for an easy way to

16  buy and sell cryptocurrency online, you want to make

17  sure that you use a reputable brokerage.  And if

18  you're looking for a good brokerage, you can check out

19  our sponsor FTX US (inaudible) our cryptocurrency

20  passively.

21          I don't really care what's going on in the

22  market day to day.  I am a long-term investor.  I have

23  a system set up for every day I'm buying a little bit

24  of Bitcoin and a little bit of a Derium and some of

25  the smaller coins and that's it.  It happens whether



1   the market's up or down.  But it's completely passive

2   and it's completely automatic.

3          I like FTX because they make this type of

4   passive dollar cost investing, strategy and

5   cryptocurrency super, super simple.  All you gotta do

6   is click a couple buttons and it's all set up.

7          If you're already investing in money

8   cryptocurrency, you should still check out FTX because

9   the fees on FTX are so much cheaper than pretty much

10  every other major brokerage out there which means you

11  can have more of your money being invested into your

12  cryptocurrency instead of just making your brokerage

13  richer.

14         The cool thing about FTX is the versatility

15  that they have on the platform, because not only can

16  you buy and sell cryptocurrency, but you can also buy

17  and sell NFTs, and they also have a feature coming

18  soon where you will be able to buy and sell stocks

19  right off the app too.

20         And the best part of all is that because

21  you are a Minority Mindset fan watching this video,

22  they will also give you a free coin when you trade

23  $10, but what you have to do if you want to get this

24  free coin is you have to download the app using my

25  link down in the description below, and then you have



1   to enter in the referral code minority.

2              So after you download the app, make sure

3   you enter the referral code minority.  And if you do

4   that, once you trade $10, you'll also get a free coin.

5              Now, I want to quickly highlight this whole

6   idea of the American dream --

7              (End of playing video.)

8              MS. ALEXANDER:  Okay.  Thank you.

9              MR. ACHO:  I'm going to object unless you

10  show the whole thing.  I object to you showing

11  partial.  That's misleading.  The whole thing should

12  be shown to the witness.

13             MS. ALEXANDER:  The entire video is 21

14  minutes and 33 seconds.

15             MR. ACHO:  I don't care.  I don't care.

16  Frankly, it should be inadmissible because you never

17  introduced this before.  That's why I object to all

18  the exhibits.  But if you're going to ask about this

19  exhibit, to not show him the complete video to me is

20  highly improper.

21             MS. ALEXANDER:  So let me two do things.

22  First of all, my understanding is that the only

23  portion of that video that pertains to FTX is the

24  portion we just played.

25             MR. ACHO:  That's your representation.  I



1    don't accept it.

2              MS. ALEXANDER:  Understood.  You're free to

3    note your objection.  It was simply shown to the

4    witness at his request to see if it refreshed his

5    recollection as to the promo code.

6              MR. ACHO:  But you didn't show him the

7    whole video.  He has to see the video.  And if you're

8    not going to show him the whole video, I'm going to

9    direct him not to answer.  Show him the whole video.

10             MS. ALEXANDER:  All right.  If you would

11   like to see the whole video, we can go back to zero,

12   and we can watch the 21 minutes of the video.

13             MR. ACHO:  Or you can continue where you

14   left off.

15             MS. ALEXANDER:  The question is simply to

16   the witness, and the same question will be pending

17   when the video is over in 21 minutes, whether it

18   refreshes his recollection about having a promo code

19   with FTX that his subscribers could use to get a free

20   coin.

21   BY MS. ALEXANDER:

22   Q.  So I will ask him now if the portion he has seen has

23       refreshed his recollection.

24   A.  Ma'am, I don't remember what the promotion codes were.

25       I notice I mention something in the video.  However, I



JASPREET SINGH                                February 01, 2024
FTX Cryptocurrency Exchange                                  90

```
 1        can't confirm that that's what the promotion code was
 2        that I was given.
 3   Q.   Who would have provided that promotion code to you?
 4   A.   What do you mean by that?
 5   Q.   Do you recall it coming from FTX directly or from
 6        Creators Agency?
 7   A.   I would assume Creators Agency.
 8   Q.   Do you recall if your team had to create that
 9        promotional code?
10   A.   I don't recall.
11              MS. ALEXANDER:  I'm going to pull up one
12        more, and we can go to the video if we need to.
13   BY MS. ALEXANDER:
14   Q.   Do you see the screenshot of a YouTube video on your
15        screen?
16   A.   Yes, I do.
17   Q.   The title of the video is FTX Update Unscripted.
18              Do you see that?
19   A.   Yes, I do.
20   Q.   And the date is November 10th, 2022; is that correct?
21   A.   Yes.
22   Q.   What, if anything, do you recall about this video?
23   A.   I don't remember.
24              MS. ALEXANDER:  I'm going to stop sharing
25        and my colleague will play the video.  We will play
```



1   the video in its, entirety, and then I will pose the

2   question.

3              (Video playing.)

4              MR. SINGH:  There's been a lot of craziness

5   around crypto and FTX particularly.  So I wanted to

6   make this quick video, it's completely raw, it's

7   unscripted, so let me just talk about what's going on

8   so that we're both on the same page.

9              First, on the topic of FTX, I want to talk

10  about what's important to you.  There's two different

11  companies.  You have ftx.com, which is the

12  international division, and then you have FTX US.

13             So I began working with FTX US earlier in

14  2022.  And by the time I began working with FTX US,

15  ftx.com, which is the international division, had

16  already spun off and you have these two companies,

17  ftx.com and FTX US.  So I never worked with ftx.com.

18             Well, ftx.com, the international division,

19  is now facing a lot of liquidity issues, they're on

20  the verge of bankruptcy, they're not funding crypto

21  withdrawals, people can't get their money out.  So

22  they're right now facing a lot of issues.

23             FTX US, which is the company that has

24  sponsored me, I haven't worked with them in a little

25  while now, but the company that has sponsored me in



1   the past, they are currently okay.  You can still buy

2   and sell crypto, you can still pull your crypto out,

3   and so the platform is still working.

4           However, this is where I want to caution

5   you, and I want you to be smart and be aware here,

6   that you don't want to risk spill-over or bleed-over

7   from the ftx.com company into the US subsidiary.

8           So right now, yes, you can still access

9   your account, you can still access your funds, and you

10  can still pull your money out.  And, like I've been

11  saying in every one of these videos that I mentioned

12  crypto is you never want to keep your crypto in the

13  exchange because your exchange is not a wallet.  Your

14  wallet is where you want to keep your crypto.  This is

15  something like a hot wallet or a cold wallet.  Cold

16  wallet is the best thing.

17          And so you want to pull your crypto out of

18  the exchange because if you leave a crypto or money in

19  an exchange, you're at the mercy of the exchange.

20          Now, as of right now, we're recording this

21  video.  This could change in the future.  FTX US still

22  has their reserves.  They're still operating normally,

23  people can still withdraw their money.  But you don't

24  want to risk this, especially when you're seeing the

25  things that are happening with ftx.com.



1          So FTX US is still okay, and this is an

2    opportunity for you to get your money out.

3          So if you used any of my links, used any of

4    my promotions, they are all only for FTX US, none of

5    them are for ftx.com.

6          Now, this brings me to the second thing

7    that I want to talk about which has to do with more of

8    a personal level because your trust, your faith, and

9    your belief in me is why I'm here.  And I work with

10   very few sponsors.

11         The vast, vast majority of my videos do not

12   have a sponsorship.  One, because it's very difficult

13   to become a sponsor for my channel, and the second,

14   because I want to make sure everything that we do is

15   packed with value first.

16         When we approve a sponsor, it goes

17   through a pretty rigorous process.  First, you have to

18   be approved by somebody who is not me, then you have

19   to be approved by me.  You look at things like the

20   team, the company, the product, and the liquidity.

21         And with FTX US, one of the big questions

22   that I kept asking is in regards to liquidity and

23   capital.  What happens if Bitcoin was to lose 50 to 70

24   percent of its value, how is that going to affect you.

25   Because the reality is crypto is very volatile.  We



1  know this.  It's not uncommon to see crypto crashes

2  and booms.  We know this.

3          And so my big concern is what happens when

4  things go wrong.  And I was reassured multiple times,

5  and have writings of this, that FTX US is well

6  capitalized and there's nothing for you to worry

7  about.

8          Now, clearly, FTX has lied, ftx.com, about

9  their capital structure, about their liquidity issues.

10  And because of that, they're on the verge of a

11  bankruptcy or something like that.

12          FTX US, again, the company that I worked

13  with, is still okay.  But this is where you want to be

14  cautious and understand that you don't want to be at

15  risk and you want to take your money out as fast as

16  you can, that way you can protect yourself.

17          Now, hopefully, hopefully, this blows over

18  FTX US and nothing is wrong with them and everything

19  is fine.  But at the very least, you have to remember

20  that an exchange is not where you want to keep your

21  crypto.

22          You want to keep your crypto on a wallet.

23  You want to keep your crypto on, ideally, a cold

24  wallet, but at the very least, a hot wallet.

25          So what does this mean going forward.



```
 1   Well, for one, you bet that me and my team are going
 2   to be even stricter than we are already with the
 3   sponsors that I work with.  So that's the first thing
 4   that I want to do.
 5             And, second, we're going to be working to
 6   make sure that all of you who trusted us and will
 7   trust us are okay in taking care of because I want to
 8   make sure that this is right.  I am -- this is not the
 9   way that I want to operate.  This is not the way that
10   I do things because your trust is the reason why I'm
11   here.
12             And everything that I do revolves around
13   making sure that we provide a good value, good
14   product, and good education.  And I'm very sorry that
15   this had had to happen this way.  But I want you to be
16   aware that we're doing everything that we can to keep
17   you educated, keep you informed, take care of you on
18   that front.
19             So just understand that if you did use any
20   of my links, any of my promotions, you still have
21   access to your money.  FTX US is still operational.
22   But be aware that ftx.com is having issues and
23   (inaudible) protect your money.  And, like I've been
24   saying, get the wallet, get your crypto out of an
25   exchange.
```



```
 1              (End of playing video.)

 2   BY MS. ALEXANDER:

 3   Q.   Mr. Singh, where was that video recorded?

 4   A.   In my office.

 5   Q.   In what state?

 6   A.   Michigan.

 7   Q.   From whom did you get the information that you relayed

 8        in that video?

 9   A.   I don't recall.  I don't remember.

10   Q.   What do you recall about preparing that video?

11   A.   I remember there was a lot of media coverage on the

12        financial issues with FTX.

13   Q.   Did FTX US ask you to make that video?

14   A.   No.

15   Q.   Did Creators Agency ask you to make that video?

16   A.   No.

17   Q.   Did FTX US provide talking points for that video?

18   A.   No, ma'am.

19   Q.   Did Creators Agency or anyone at Creators Agency, like

20        Apple Crider, provide talking points for that video?

21   A.   No, ma'am.

22   Q.   Did you know that FTX US was based in Miami at the

23        time you made that video?

24   A.   I don't recall.

25   Q.   Are you aware today that FTX US was based in Miami in
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      97

```
 1        2022?

 2   A.   If you're telling me now and only now, but before this

 3        minute, no.

 4   Q.   In that video, you made reference to "using my links

 5        and promotions".

 6             Do you recall what any of those links or

 7        promotions were?

 8   A.   I don't know.

 9   Q.   Do you recall if those links and promotions were

10        provided directly by FTX US or whether they came

11        through Creators Agency?

12   A.   I don't recall how I got the links.

13   Q.   Do you recall if anyone reviewed this video before you

14        made it live?

15             MR. ACHO:  I'm going to object.  Again,

16        this has nothing to do with Florida.  This is

17        liability, and I'm telling you, this is getting out of

18        hand now.

19             Go ahead, you can answer this one.

20             We're not going to continue this path much

21        longer.

22             WITNESS:  Sorry, ma'am.  Would you mind

23        repeating that question for me?

24             MS. ALEXANDER:  Of course.

25   BY MS. ALEXANDER:
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     98

```
 1   Q.   Did anyone review this video before you posted it or
 2        made it live?
 3   A.   I don't believe so, no.
 4   Q.   You didn't submit it to FTX US for approval before
 5        posting?
 6   A.   That's correct.
 7   Q.   In the video, you mention that the agreement to work
 8        with FTX was approved by somebody who is not me.
 9             Who are you referring to there?
10   A.   The team.
11   Q.   So your team did their due diligence on FTX before you
12        agreed to the sponsorship with them?
13   A.   I'm not sure what you mean by that.
14   Q.   I'm clarifying the statement you made in the video
15        that somebody else who is not me had reviewed and
16        agreed to your advertisements with FTX US before you
17        went forward.
18   A.   Ma'am, due diligence is a very complex process, so I'm
19        not sure what you mean by that.
20   Q.   So what term would you use instead if you're not
21        comfortable with due diligence there?
22   A.   Maybe you can repeat your question so I can get a
23        better understanding of what you're asking me, that
24        might help.  Thank you.
25   Q.   I'm asking you to clarify your language from the
```



```
 1          video, which is that somebody who is not me reviewed

 2          and had to agree to the sponsorship with FTX US before

 3          you did.

 4     A.   Ma'am, before we agree to any sponsorship, it goes

 5          through a lengthy due diligence process, so I'm not

 6          sure what you mean by that.

 7     Q.   Who conducted that due diligence process?

 8     A.   Ma'am, we have a team.

 9     Q.   What team are you referring to?

10     A.   Primarily, the Minority Mindset team.

11     Q.   And additionally?

12     A.   Well, I can't speak for this particular sponsor

13          because I don't recall, but we also have a team at

14          Briefs Media where we have advertisements, and we do

15          very thorough due diligence there as well.

16                    MR. ACHO:  I'm going to continue to object.

17          We're going to cut this off very soon, ma'am.  You're

18          going beyond what the magistrate judge said.  This has

19          no connection to Florida, none.

20                    MS. ALEXANDER:  You are free to do whatever

21          it is you need to do and instruct your witness however

22          you so desire.

23                    MR. ACHO:  I understand that.  I'm

24          cautioning you to get this done because it's beyond

25          the scope, and I'm going to seek sanctions if this
```



1   continues against you.

2          MS. ALEXANDER:  You are free to do whatever

3   it is you need to do, but I'm going to finish my

4   deposition.

5          MR. ACHO:  Only if you get to Florida and

6   not all these other things.  You're attempting to

7   bring in things aside from jurisdiction.  This has

8   nothing to do with jurisdiction.  Due diligence, what

9   does that have to do with jurisdiction?  Can you show

10  me?  Can you tell me now, and I'm going to --

11         MS. ALEXANDER:  I have heard enough of the

12  speaking objections.  Please confine your objections

13  to what is permitted in the rules of this district.

14         MR. ACHO:  I'm asking you a question, and

15  that's permitted.  Show me where I'm wrong.  Show me

16  how this complies with the Court's order, and then

17  I'll withdraw my objection.

18         MS. ALEXANDER:  I'm not asking you to

19  withdraw your objection.  If you're not directing the

20  witness not to answer, then I'll continue.

21         MR. ACHO:  Not yet, but we're almost there,

22  just so you know.

23         How much longer do you have?

24         MS. ALEXANDER:  Not long.

25         MR. ACHO:  You said that --



JASPREET SINGH                                     February 01, 2024
FTX Cryptocurrency Exchange                                      101

```
 1   BY MS. ALEXANDER:

 2   Q.   Mr. Singh --

 3                MR. ACHO:  -- 40 minutes ago.

 4   BY MS. ALEXANDER:

 5   Q.   -- you were talking about due diligence.

 6                Did your team include any outside providers

 7        of due diligence?

 8   A.   Ma'am, I don't recall.  I'm sorry.

 9   Q.   To your knowledge in conducting due diligence on the

10        deal, did anyone from your team or Creators Agency

11        meet with anyone at FTX US in person?

12   A.   I'm sorry, can you repeat that question?

13   Q.   Sure.

14                In conducting due diligence on the deal,

15        did you, any member of your team, or anyone at

16        Creators Agency acting on your behalf, meet with

17        anyone at FTX US in person?

18   A.   I can't recall.

19   Q.   Do you recall meeting with anyone at FTX US through

20        any medium before entering into the deal?

21   A.   Can you tell me what you mean by that?

22   Q.   Sure.

23                What's confusing?

24   A.   Can you clarify your question for me?

25   Q.   Before you signed your agreement to create
```



1   advertisements for FTX US, did you meet with anyone

2   from FTX US?

3  A.   I'm not sure what you mean by that question.

4  Q.   What is confusing you?

5  A.   I'm sorry, ma'am, but the question is a bit confusing

6   because I'm not sure what you mean by "meeting

7   somebody".

8  Q.   In any capacity, Zoom, phone, in person.  I'm not

9   asking about e-mails.  I'm asking did you speak with

10   anyone from FTX US?

11  A.   I don't recall.

12  Q.   Do you recall if you exchanged e-mails with anyone at

13   FTX US before you entered into the deal?

14  A.   Ma'am, I don't recall.

15           MS. ALEXANDER:  Okay.  That wraps up the

16   questions I have for you today.

17           I want to thank you for your participation

18   and your cooperation.

19           And we can now go off the record.

20           WITNESS:  Thank you, Brooke, it was nice

21   speaking with you.

22           VIDEOGRAPHER:  If there are no other

23   questions, are we concluding the deposition now?

24           MR. ACHO:  Yes.

25           VIDEOGRAPHER:  This now concludes the



1  videoconference deposition of Jaspreet Singh.  At this

2  time, we do ask all counsel stay connected briefly to

3  provide your transcript and video orders to the court

4  reporter.

5          Ms. Alexander, I do understand you have a

6  standing order.

7          MS. ALEXANDER:  Yes.

8          VIDEOGRAPHER:  Mr. Acho, did you need a

9  copy of the transcript and/or video today -- of

10 today's deposition?

11         MR. ACHO:  Not the video, just the

12 transcript, written transcript.

13         VIDEOGRAPHER:  Okay.  Anyone else?

14         Okay.  We are now going off the record on

15 February 1st, 2024, at 5:26 p.m. Eastern Time.

16      (Deposition concluded at 5:26 p.m.)

17                  - - -

18

19

20

21

22

23

24

25



```
 1   STATE OF MICHIGAN )

 2   COUNTY OF OAKLAND )

 3                   Certificate of Notary Public

 4        I certify that this transcript is a complete, true,

 5   and correct record of the testimony of WITNESS held in this

 6   case.

 7        I also certify that prior to taking this deposition,

 8   WITNESS was duly sworn or affirmed to tell the truth.

 9        I further certify that I am not a relative or an

10   employee of or an attorney for a party; and that I am not

11   financially interested, directly or indirectly, in the

12   matter.

13        In witness whereof, I have hereunto set my hand this

14   9th day of February, 2024.

15

16

17

18        LORY A. HELLAND, CER-#3778

19        Notary Public, Oakland County, Michigan

20        My Commission Expires:  02/15/26

21

22

23

24

25
```



# Exhibit 2

```
 1   Joey.
 2           ATTORNEY KAYE:  No, it's
 3   not.
 4           (BY ATTORNEY KAYE):
 5       Q.  Did you create any content for
 6   FTX as a Creator?
 7       A.  Yes.
 8       Q.  On what platforms?
 9       A.  I can recall YouTube, TikTok,
10   possibly Instagram.
11       Q.  Do you know a ballpark about
12   how many videos you created for FTX?
13       A.  I don't recall the exact
14   number.
15       Q.  What was the time period
16   during which you were creating content
17   for FTX?
18       A.  I don't recall the exact
19   dates.
20       Q.  Did you create any content for
21   them in 2021?
22       A.  I'm not positive about 2021,
23   but I did in 2022.
24       Q.  Did you create content for FTX
25   -- go ahead.
```



1   saying hey, do a post for us?  Or did

2   you have like a schedule that FTX sent

3   you that you agreed to?  How did that

4   work, to the best you can recall?

5           ATTORNEY ADAMS:  Objection as

6   to form.

7           THE WITNESS:  It was based on

8   the contract terms.

9           (BY ATTORNEY KAYE):

10      Q.  And did you fully comply with

11  any of the contracts you had with

12  FTX?

13      A.  Some, yes.  Others, no.

14          ATTORNEY ADAMS:  Objection.

15          (BY ATTORNEY KAYE):

16      Q.  Some, yes?  Others, no?

17      A.  Correct.

18      Q.  How many contracts did you

19  have with FTX during the relevant time

20  period?

21      A.  Clarification.

22          ATTORNEY ADAMS:  You're asking

23  her in her individual capacity, Joey?

24          (BY ATTORNEY KAYE):

25      Q.  Yes, this is for content you



1   created for FTX?

2       A.  In my individual capacity, I

3   believe there were 3 contracts in

4   place.

5       Q.  Were they for different terms

6   or were they overlapping?

7           ATTORNEY ADAMS:  Objection.

8           THE WITNESS:  I don't recall

9   the exact terms of the contracts.  But

10  my belief is that they were different

11  terms.

12          (BY ATTORNEY KAYE):

13      Q.  Okay.  Would you have posted

14  the content to YouTube, TikTok, and

15  Instagram?

16          ATTORNEY ADAMS:  Objection.

17          THE WITNESS:  It depends on

18  what the contract says.

19          (BY ATTORNEY KAYE):

20      Q.  Okay.  If the contract said

21  post it to YouTube, Instagram and

22  TikTok, would you have posted it to

23  all 3 pursuant to the contracts?

24          ATTORNEY ADAMS:  Objection.

25          THE WITNESS:  As mentioned,



```
 1        A.  I can't recall.  If you want
 2   to pull up the contracts, we can
 3   look.
 4        Q.  For any of the content that
 5   you created for FTX.  This is 2021 up
 6   until they filed bankruptcy.  Did you
 7   remove any of it from any of the
 8   platforms you originally posted it
 9   on?
10             ATTORNEY ADAMS:  Objection.
11             THE WITNESS:  Yes.
12             (BY ATTORNEY KAYE):
13        Q.  When did you do that?
14        A.  I don't recall, but it was
15   close to bankruptcy date.
16        Q.  After the bankruptcy date?
17        A.  I don't recall.
18        Q.  What was your reason for
19   removing the contents?
20             ATTORNEY ADAMS:  Objection.
21   Instruct her not to answer.  It has no
22   bearing whatsoever on jurisdiction.
23             (BY ATTORNEY KAYE):
24        Q.  So you are an accomplished
25   YouTube-er; right?  You have millions
```



```
 1              (BY ATTORNEY KAYE):

 2        Q.  What other analytics does it

 3   provide?

 4        A.  It provides -- I think it

 5   depends on the video type.  But it

 6   provides how long people stay to watch

 7   the video.  For long form YouTube it

 8   provides how many people clicked to

 9   work the video.  And many other

10   metrics that I can't name.

11        Q.  Does it show traffic source?

12        A.  For long form videos I believe

13   it does show traffic source.

14        Q.  What is a long form video?

15        A.  A long form video is anything

16   that is not a short.  A short is under

17   60 seconds, to my understanding.

18        Q.  Does YouTube provide you

19   analytics on the geography of where

20   the videos are viewed from?

21        A.  For long form videos, it does

22   provide geography.

23        Q.  And how specific does that

24   geography get?

25        A.  I know it provides the
```



 1   country.  I know it provides US.

 2   Those are the specifics that I am

 3   aware of.

 4        Q.  Okay.  Do you know if it

 5   provides Cities?

 6        A.  I don't know.

 7        Q.  Have you ever checked?

 8        A.  I have checked the geography,

 9   and I don't see the City on it.  When

10   I check the geography, you see the

11   countries and percentage.

12        Q.  Is geography like a tab that

13   you can click on to look at?

14        A.  I don't recall, but I don't

15   think it's a tab on it's own.  I think

16   it's probably grouped in with other

17   things, but I don't know 100

18   percent.

19        Q.  Okay.  Now, if I told you that

20   the video -- the page that shows the

21   metrics for the video has the tabs

22   content, traffic source, geography,

23   Cities, viewer gender, date, revenue

24   source, subscription status,

25   subscription source...more.



ERIKA KULLBERG  30(b)(6)                    February 01, 2024
IN RE: FTX CRYPTOCURRENCY EXCHANGE                    47

```
 1   the scope of the jurisdiction
 2   discovery here.
 3           (BY ATTORNEY KAYE):
 4       Q.  Did you delete your YouTube
 5   videos or did you set them to
 6   private?
 7           ATTORNEY ADAMS:  I'm going to
 8   object and instruct her not to answer
 9   again on that same grounds.
10           (BY ATTORNEY KAYE):
11       Q.  You have already acknowledged
12   that you removed content around the
13   time of bankruptcy.  The question is
14   why?
15           ATTORNEY ADAMS:  Objection.
16   Same Objection.  Instruct the witness
17   not to answer.  Why she did or did not
18   remove something is not relevant to
19   jurisdiction here.
20           ATTORNEY KAYE:  Absolutely
21   relevant to conspiracy base
22   jurisdiction.
23           ATTORNEY ADAMS:  I disagree
24   that it has any relevance to
25   jurisdiction, Joey.
```



1  Money; right?

2         A.  Huh-huh.

3         Q.  So you're saying yes,

4  Millennial Money and yes individually.

5  The question is, when you say

6  "individually" are you referring to

7  Financial Education with Jeremy

8  Lefebere or just Jeremy Lefebere as a

9  dude?

10        A.  Oh, I'm referring to Jeremy's

11  channel, YouTube channel as an

12  individual.  Not with Millennial

13  Money.  He has multiple channels.  So

14  I don't know if it was for -- which

15  individual channel it was for, but it

16  was him.  He had multiple channels.

17        Q.  Are you aware of any FTX US

18  talking points that were provided to

19  either you as a Creator or Creators

20  Agency for the Creators to use when

21  they were generating content for

22  FTX?

23        A.  Yes.  FTX provided talking

24  points.

25        Q.  Who did they provide the



ERIKA KULLBERG  30(b)(6)                    February 01, 2024
IN RE: FTX CRYPTOCURRENCY EXCHANGE                      190

1  he is going to instruct her not to

2  answer, I will do that, and we will

3  certify to the Magistrate Judge.

4          VIDEOGRAPHER:  One moment.

5  Off the record.  The time is 1:19.

6                  (Off the Record)

7              (Back on the Record)

8          VIDEOGRAPHER:  Back on the

9  Record.  The time is 1:25.

10         (BY ATTORNEY KAYE):

11     Q.  Okay.  So Erika, aside from

12  YouTube, are you aware of any

13  geographical analytics that are

14  collected and accessible to Creators

15  who post content on -- I am going to

16  do it on a list.  So you can just say

17  "yes" or "no" for each of them.

18         Instagram?

19     A.  Yes.

20     Q.  TikTok?

21     A.  I'm not 100 percent sure.

22     Q.  FaceBook?

23     A.  Likely yes, but not 100

24  percent sure.

25     Q.  FaceBook and Instagram are



```
 1  both "metas" (phonetic) probably

 2  somewhere; right?

 3           ATTORNEY ADAMS:  Objection.

 4  Calls for speculation.

 5           (BY ATTORNEY KAYE):

 6       Q.  The last one, Twitter or

 7  "X"?

 8       A.  No idea.

 9       Q.  For Instagram, have you

10  checked for yourself or for Creators

11  Agency any of those geographical

12  analytics?

13       A.  I can speak personally, I have

14  checked geographical analytics.

15       Q.  Do you know whether it breaks

16  it down by State?

17       A.  No, I don't believe it does.

18  I'm not aware.

19       Q.  Same question for TikTok?

20       A.  I'm just not as familiar with

21  the TikTok analytics, and what they

22  offer.

23       Q.  FaceBook?

24       A.  I'm also not familiar with

25  what they offer.
```



```
 1         Q.  Twitter/"X"?
 2         A.  I don't think I have ever
 3   looked.
 4         Q.  For each of the 4 have you
 5   ever asked or checked for the State
 6   level stuff?
 7         A.  No.
 8             ATTORNEY KAYE:  Subject to
 9   recall, I don't have any further
10   questions at this time.  So we can go
11   off the record?
12             ATTORNEY ADAMS:  Let's stay
13   on.  I have a few follow-up questions,
14   Joey.  It should not take too long.
15             ATTORNEY KAYE:  Sure.  Let's
16   note the time on the record real
17   quick, because it's not going to count
18   towards my 4 hours.
19             ATTORNEY ADAMS:  That is fine.
20             ATTORNEY KAYE:  George, where
21   are we on the record?
22             VIDEOGRAPHER:  3 hours, 43
23   minutes.
24             ATTORNEY KAYE:  I reserve the
25   17 minutes.
```



# Exhibit 3

CONFIDENTIAL

**From:** Graham Stephan <graham_stephan@yahoo.com>
**To:** Erika Kullberg <erika@creatorsagency.co>; team@creatorsagency.co <team@creatorsagency.co>
**Sent:** Wednesday, February 9, 2022 at 11:09:48 AM PST
**Subject:** Re: FTX Super Bowl Talking Points - FOR APPROVAL ASAP

On top of that, you also have companies like the Cryptocurrency Exchange, FTX - who are going to be giving away up to $2 Million Dollars worth of FREE BITCOIN during this Sunday's Super Bowl - which, is insane.

Whenever their ad airs, they'll be giving away that time in Bitcoin…so, 9:43 = 9.43 Bitcoin. If you want to enter, just follow FTX on Twitter using the link in the description, and when the commercial airs, retweet their pinned feature between the time it airs and 11:59pm EST…then, 4 winners will be chosen to get some sweet, sweet Cryptocurrency…

On Wednesday, February 9, 2022, 10:58:51 AM PST, Erika Kullberg <erika@creatorsagency.co> wrote:

Hi Graham,

If you can, FTX would like to promote this as one of your sponsored videos (or a shout out), this week if possible (Super Bowl is on Sunday).  Please keep the deck confidential.  Only the bullet pointed talking points below are public.

Please see the details below.

**FTX has a Super Bowl commercial that's going to be airing and they are going to be giving away bitcoin!**

- How much are we giving away? $1 million worth?! $1.5 million worth?!!?! We don't actually know yet.
- Whenever our ad airs, we'll be giving away that time in BTC. So 9:43 = 9.43 BTC. 4 winners will win.
- To enter, follow FTX and when the commercial airs, check out our pinned tweet featuring our spot.
- Retweet that pinned tweet with the commercial between when the ad airs and 11:59pm EST for a chance to win!
- FTX SB teaser

Past campaigns

- Previous Tom Brady Commercial 1
- Previous Tom Brady Commercial 2



**Erika Kullberg**
Attorney & Co-Founder, [Creators Agency](#)
Georgetown Law, *Juris Doctor*
7+ million followers on TikTok
3+ million followers on Instagram
300k followers on YouTube

  

*As featured in Inc. Magazine, CNBC, Business Insider, U.S. News & World Report and mo*r*e*

# Exhibit 4

CONFIDENTIAL

**From:** Creators Agency <compliance@creatorsagency.co>
**To:** Graham Stephan <graham_stephan@yahoo.com>; Jeremy Lefebvre <j.l.brandsproduction@gmail.com>; Andrei Jikh <themajikh@gmail.com>
**Cc:** Erika Kullberg <erika@creatorsagency.co>; Compliance Team <compliance@creatorsagency.co>
**Sent:** Monday, April 4, 2022 at 05:30:42 PM PDT
**Subject:** Re: FTX Talking Points - Millennial Money

Hi Millennial Money Team,

Please Use the **FTX US** Logo,
here: https://drive.google.com/drive/u/0/folders/1KbU9kEjwanLFYJI_gjKxYVw33EXkAPc- and say **FTX US** instead of just FTX. Thank you!

Attached are the new Talking Points for this month too. Please see below.

On Wed, Jan 26, 2022 at 2:06 AM Erika Kullberg <erika@creatorsagency.co> wrote:
Hi Team!


Here are the talking points for the live (attached and see below directly from FTX).  They said that they were very happy with Graham's integration already, so similar talking points as what Graham did are great:

- **Important: before you go live, please get the affiliate link ready. Graham knows how to do this from the app. They want you to use a bit.ly (or link shortener) to make the affiliate link look nicer.**
- **Also important: please display the FTX logo the whole time throughout the live, here's the logo:** https://drive.google.com/drive/folders/1uzWrU7f8POk7Vnu2R63AESVpkmemU1zo?usp=sharing
- Make sure the affiliate link is displayed at the top of description and as the pinned comment.  Here's the text you can copy and paste (make sure you grab the affiliate link and code first):
  - Trade Bitcoin, Doge, and other crypto with zero fees on FTX. Use our referral code and get a free coin when you trade $10 worth: [INSERT BITLY LINK HERE] - Use Code: [INSERT CODE HERE] - Enjoy!


--
The main thing is no fee trading for FTX App, no fixed minimum fees, etc. Please make the focus FTX.US though. Here are the designs (FTX Drive.) We are giving away $80K in NFTs, such as Mutant Apes, Doodles, etc. Their community can enter it by going to ftx.us or the ftx app creating an account, entering promo code NFTJAN22 and buying $50 worth of NFTs. If they want to also promote NFTs and this campaign - they can - but it is up to them.

For links - we can only make blockfolio.com/milllenialmoney, which is a bit confusing. If they can create an account similar to what we did for others and use their teams to create a customized link, such ftx.app/millenialmoney that deep linkes to the affiliate links they create through that app that would be great.

The below information might be really helpful too if they want more context.
**FTX**

- FTX was founded in 2019 built on a reputation for offering the best derivatives products and now has grown to be a top three exchange in the world by volume and users.

- In October of this year, FTX raised <u>$420 million for 69 investors at a $25B valuation</u>. Previously, this year, <u>FTX raised $900 million at a $18B valuation</u>
- FTX has FTX International and <u>FTX.US</u>. Similar to Coinbase - we have <u>FTX App</u> for retail users and FTX trading platforms for traders. On FTX App users can buy and sell crypto and NFTs with no fees and on <u>FTX.US</u> we have fees up to 85% cheaper than competitors. We believe FTX products offer the best litquidity and the cheapest fees in the industry for both sophisticated investors for more retail focused users (who want to DCA and buy crypto once in a while).
- *Last valuation is double Robinhood's current market share*
- Our founder SBF: <u>Forbes: richest under 30</u>

Acquisitions and Venture Investing

- FTX US has been growing rapidly and we <u>acquired Blockfolio</u> last year (now named FTX) as a primary place for new investors and <u>acquired Ledger X</u>, with a focus on regulated derivatives in the US
- FTX launched a <u>$2B fund</u> to invest in crypto projects



**Erika Kullberg**
Attorney & Co-Founder, <u>Creators Agency</u>
Georgetown Law, *Juris Doctor*
7,000,000+ on TikTok
2,000,000+ on Instagram
200,000+ on YouTube



*As featured in Inc. Magazine, CNBC, Business Insider, U.S. News & World Report and <u>more</u>*

CONFIDENTIAL

**FTX US Talking Points for Creators**

What is FTX and FTX US

- FTX US is a US regulated crypto exchange, which aims to inspire loyalty amongst users. FTX US is one of the largest exchanges in the US and is rapidly growing its user base. FTX US also recently raised $400 million at $8 billion valuation.
- FTX is one of the largest cryptocurrency exchanges in the world, in terms of trading volume and daily users.
- FTX was founded by Sam Bankman-Fried, known as SBF. SBF of the richest people in the world 30 and under and is an effective altruist; he plans to give away 99% of his money to charity

Two main FTX Products

- FTX App: this will be the app that most creators promote. For screenshots, b rolls etc please make sure graphics are from FTX App and not pro sites.
    - *Please create an affiliate link under the present button, customize your code and copy **BOTH** your affiliate link and code for users to click or enter the code (ex: Jack) when signing up*
- FTX.US: this is our trading platform for more advanced users. Most creators will not need to create affiliate links for this unless they are NFT focused creators.

Main bullet points

- The most complete crypto and finance app that allows users to buy and sell crypto and NFTs with no fees.
- Stocks: FTX US will also be launching stocks in the near future: FTX.US/Stocks.
- Trusted by millions of users
- Cheaper than other crypto exchanges
    - No fixed minimum fee on transactions (ex: other platforms charge a minimum of $2-3 USD on all transactions)
    - No ACH transaction fees
- Great for investing strategies, such as dollar cost averaging
    - Recurring buys directly from your bank account for dollar cost averaging strategies. This can be daily, weekly, bi-weekly or monthly
- NFTS: buy top ethereum and solana NFTs with no gas fees and follow top projects and upcoming projects listed with FTX.US
    - FTX.US has partnered with top brands, such as Coachella, one of the largest music festivals in the world, and Steph Curry for NFT projects that have unlocked real world use-cases to attend events and meet athletes/people in person
- Debit Card: Use a crypto debit card to spend your crypto at millions of merchants worldwide
- We have made a push into gaming, one of the first crypto companies to do so. We recently acquired Storybook Brawl Gaming and launched FTX US Gaming division (link). FTX Ventures has invested in projects, such as Bored Ape Yacht Club creator Yuga Labs (link)

**\*\* Do not reference our interest product for the time being**

Shorter ad read examples

- *The most complete crypto and finance app that allows users to buy crypto and NFTs with no fees and will soon be launching stocks. You might have heard of the FTX brand from their partnerships with Tom Brady, Steph Curry or the Miami Heat Stadium. With FTX - you can trade crypto with up to 85% lower fees than top competitors. You can also use the FTX app to buy your favorite NFTs with no gas fees, supporting both Ethereum and Solana blockchains. Download the FTX App today using my referral link below with code* "Insert customized code" *to earn free crypto on every trade over $10.*

Large partnerships to refer and as reference

- The pitch would be "*you might have heard of FTX US from their marketing partnerships*"
    - Home of Miami Heat , MLB (Major League Baseball), NFT partnerships: Golden State Warriors and FTX US, Mercedes F1 and FTX, Naomi Osaka

Social links and learning resources:

- Twitter: FTX, FTX App, FTX US, FTX NFTs, SBF
- Podcast: FTX Podcast: SBF Episode 1, SBF Episode 2, Ryan Salame CEO of FTX Bahamas, Brett Harrison President of FTX US, Nishad Singh Head of Engineering at FTX
- FTX Deep-Dive via the Generalist Newsletter: Part 1: SBF, Part 2: Data Insights , Part 3: The everything exchange

# Exhibit 5

CONFIDENTIAL

**From:** Creators Agency <compliance@creatorsagency.co>
**To:** Graham Stephan <graham_stephan@yahoo.com>; Andrei Jikh <themajikh@gmail.com>; Jeremy Lefebvre <j.l.brandsproduction@gmail.com>
**Cc:** Erika Kullberg <erika@creatorsagency.co>; Compliance Team <compliance@creatorsagency.co>
**Sent:** Friday, April 29, 2022 at 12:50:44 PM PDT
**Subject:** FTX x Millennial Money

Hi Millennial Money Team,

Hope all is well!
Kindly switch the FTX logo and use the **FTX US** one here (this is important for compliance reasons): https://drive.google.com/drive/u/0/folders/1KbU9kEjwanLFYJl_gjKxYVw33EXkAPc-



Also, on your upcoming integrations, FTX would like you to show your screen/phone using the FTX App. Here's an example of what Minority Mindset did for their integration that performed exceptionally well: https://youtu.be/NOxKYAxvrkY?t=273.



Have a great weekend!

Many thanks,
Crezel

# Exhibit 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

**IN RE:**

**FTX Cryptocurrency Exchange Collapse MDL Litigation**

_____

THIS DOCUMENT RELATES TO:

All Cases

_____/

<u>**DECLARATION OF NISHAD SINGH**</u>

I, Nishad Singh, under penalty of perjury, declares as follows:

1.       I am a citizen and permanent resident of the United States. I am over 18 and competent to make this Declaration. I am personally knowledgeable of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2.       In or around December 2017, I began working at Alameda Research, LLC ("Alameda") as a software engineer writing code to build out or improve Alameda's trading systems for its internal traders' usage. In or around April 2019, at the request of Sam Bankman-Fried ("SBF") and Gary Wang, I also began contributing as a software engineer to the FTX Trading Ltd. ("FTX Trading") platform. There, I was writing code not to build out internal trading systems but, instead, to build out the FTX Trading website to allow its customers to trade on the platform or exchange.  SBF and Mr. Wang co-founded and co-owned both Alameda and FTX Trading, and SBF served as CEO of both entities at that time.[1] As of late 2021 and until its collapse, I owned a roughly 6 or 7 percent equity stake in FTX Trading. Throughout my tenure at Alameda and FTX

_____

[1] SBF separately founded and owned West Realm Shires, Inc. ("FTX US") and other affiliates (collectively, along with FTX Trading, "FTX").

1

Trading, I worked under SBF and Mr. Wang's direction or instruction.

3.      In early to mid-2020, I ceased working for Alameda and instead worked only at FTX Trading. I eventually became the head of engineering at FTX Trading, at which time I was responsible for coding, other aspects of FTX's platform, and managing junior members of the engineering team. Mr. Wang served as FTX Trading's chief technology officer; his role was similar to mine in that we both wrote code, but Mr. Wang served as my supervisor.

4.      Although, unlike Mr. Wang and I, SBF did not actually write code for FTX Trading, he was the main architect or visionary in designing how the systems—and therefore the coding underlying such systems—would work. One example of a system that SBF designed is the FTX Trading margin and liquidation system, which considered each customer's balances and decided based on such balance the extent to which the customer could trade or whether instead they should be foreclosed from trading in order to prevent losses. SBF generally supervised and instructed Mr. Wang at FTX Trading, but SBF would frequently defer to Mr. Wang on the more technical aspects of FTX Trading's coding. In his role as CEO of FTX Trading, SBF was in charge of all other business decisions, including but not limited to fundraising from investors, marketing and publicity, and management of other departments. For the most part, I was not involved in these areas of the business.

5.      When I joined Alameda in 2017, it was headquartered in Berkeley, California, and I worked out of the Berkeley office. In 2019, Alameda moved its headquarters to Hong Kong. SBF and Mr. Wang started developing FTX in late 2018, also based out of Hong Kong. I visited Hong Kong to work a few times in 2019, and I relocated there permanently in early 2020. In late 2021, at SBF's request and as FTX Trading and Alameda moved their headquarters to the Bahamas, I relocated to the Bahamas. While in the Bahamas, I lived with SBF and a group of other FTX employees in the penthouse at The Albany ("Albany").

6.      During the period in which I was living abroad—first in Hong Kong and then in the Bahamas—I made a handful of trips to the United States. I visited California at least once to work from FTX US's San Francisco office, where I spent time with other FTX software engineers.

2

I also visited the Chicago office at least twice, where I also worked with other FTX software engineers. Finally, I visited Miami at least once, where I worked with other FTX software engineers and looked at office space that FTX US's Miami headquarters would expand into.

7.      On February 28, 2023, I waived Indictment by the U.S. Attorney, consented to the filing of a Superseding Information, and pleaded guilty to six criminal offenses arising from the collapse of FTX, including wire fraud, conspiracy to commit wire fraud, conspiracy to commit securities fraud and commodities fraud, conspiracy to commit money laundering, and violations of campaign finance laws, arising from a scheme to defraud customers of FTX.

8.      In connection with my plea, I entered into an agreement with the United States Attorney for the Southern District of New York (the "US Attorney") pursuant to which I agreed to cooperate with, and provide information to, the US Attorney, which had by that point initiated a prosecution of SBF on twelve criminal counts, including fraud, conspiracy, and other crimes relating to FTX's collapse.

9.      On June 15, 2022, Judge Lewis Kaplan bifurcated the criminal charges against SBF, with the securities fraud, wire fraud, and money laundering-related charges to be tried in October 2023, and the other charges to be tried in March 2024 (the "March 2024 Trial"). On December 29, 2023, the U.S. Attorney informed Judge Kaplan that he did not plan to proceed with the March 2024 trial.

10.     After the dismissal of the charges to be tried at the March 2024 trial, my attorneys promptly finalized the terms of a settlement stipulation with attorneys for Plaintiffs and class members, and on February 2, 2024, I sat for an initial proffer session with attorneys representing Plaintiffs and class members in this multidistrict litigation. I have agreed to sit for additional proffer sessions and to provide other information to Plaintiffs and class members in this case.

***FTX's and Alameda's Operations in the United States***

11.     When I joined Alameda, it was headquartered in Berkeley, California. Although Alameda moved its headquarters to Hong Kong in 2019, it maintained at least one office in California through the collapse of FTX in November 2022 (whether a standalone office, or within

3

FTX's office).

12.     FTX US maintained multiple offices in the United States, including but not limited to locations in Miami, San Francisco, Chicago, and New York. Certain FTX US employees also occasionally worked out of Alameda's Berkeley office.

13.     At the time of FTX US's acquisition of Blockfolio in mid-to-late 2020, it gained employee Mr. Avinash Dabir, along with other then-Blockfolio employees. Mr. Dabir and certain other Blockfolio employees became based at least in part in Miami. From 2021 until FTX's collapse, Mr. Dabir executed some of FTX's various publicity campaigns from a Miami office. Mr. Dabir worked with other FTX and FTX US employees that did the same, some also based out of Miami. These campaigns included FTX's many celebrity partnerships, as well as its partnership with the Miami Heat and correlative purchase of the naming rights to the Miami Heat stadium, which became FTX Arena. FTX US had at least two front-row seats and a suite for Miami Heat games at the FTX Arena, which I was informed FTX US took efforts to fill with business partners.

14.     In mid-to-late 2021, FTX US acquired LedgerX and subsequently rebranded it as FTX US Derivatives.  Mr. Dexter, previously the Chief Executive Officer of LedgerX, continued as the CEO of FTX US Derivatives after the LedgerX acquisition and rename. In 2022,  Mr. Dexter and FTX US Derivatives Chief Technology Officer Brandon Kotara were living in Miami.

15.     Mr. Dexter directed the efforts to start up FTX US Derivatives' futures trading. He worked frequently with SBF on his political efforts with elected officials and/or regulators, and he often traveled to Washington, D.C. as a result. It was apparent to me that one of the most promising or valuable pieces of FTX US was FTX US Derivatives and, more specifically, its ability to engage in futures trading. I believe the advantages that such licenses and technology lent to FTX US Derivatives (and, by extension, FTX US) were notable, and they would have added value to any investment in FTX US.

16.     Several of FTX's payments team members were likewise based in the greater Miami area, including Jessica Moser, Balaji Mudaliyar, and Oscar Messina Jr. These employees worked in their capacity as members of the payments team for the benefit of both FTX Trading

and FTX US. This payments team was working towards providing multiple deposit and withdrawal options for FTX and FTX US customers to manage their fiat currency. Among other means, it achieved this by partnering with Visa to issue credit cards that allowed FTX US customers to effectively withdraw funds on the platform.

17.     In September 2022, SBF announced to the company over video conference that the Miami office would become the official FTX US headquarters, and that it would close its other offices in favor of the Miami location. This selection of Miami occurred for many reasons, including a desire to consolidate operations in the United States, FTX US employees' preference for Miami for such consolidation, Miami's close proximity to the Bahamas and ease of travel between the two locales, Mr. Dexter's stature within FTX US, SBF's relationship with Miami mayor Francis Suarez, Miami's status as an informal "crypto hub," and the rebranding of the Miami Heat arena as FTX Arena. In the following days, at least twenty-one employees not already located in Miami indicated they would move to Miami soon. Others indicated they would spend the majority of their time in Miami. FTX US selected a new, bigger office space in Miami to expand into as part of the relocation of its official headquarters.

18.     Even though FTX Trading was not based in the United States, at least one of SBF and Ramnik Arora, FTX Trading's head of product, traveled to the United States, on average, roughly every other week to meet with business partners, including investors. I specifically recall that these trips often took them to, at a minimum, Washington, D.C., New York, and Miami.

19.     Despite Mr. Arora's title, he often focused on FTX's fundraising efforts from venture capitalist investors, which alone could have constituted a full-time job for him. I generally understood that the due diligence process investors undertook in connection with any investment in FTX was arduous. I recall learning from Mr. Arora that Temasek, in particular, engaged in an especially long due diligence investigation of FTX prior to its investment: one that lasted for several months. I recall once discussing with Mr. Arora how Temasek was among the most demanding investors for due diligence despite being set up to receive the best terms from FTX for its investment that round. Mr. Arora informed me that his counterpart at the Temasek team had at

times grown frustrated with the extent of the due diligence that his firm demanded prior to the FTX investment.

20.    Other senior FTX employees, such as Ryan Salame and Dan Friedberg, traveled back and forth between the U.S. and the Bahamas, though not quite as often as SBF or Mr. Arora. Both FTX Trading and Alameda, even after its headquarters moved away from its Berkeley roots, maintained employees throughout the U.S. in Chicago, Miami, California, Washington D.C., and New York.

***Venture Capitalist Investors Visited the Bahamas***

21.    From time to time, FTX investors would visit the FTX offices and socialize with FTX employees at FTX's office and Albany. For example, I recall Michelle Fradin of Sequoia Capital visiting FTX in the Bahamas on a number of occasions. From my observations, she spoke primarily with SBF, and she also socialized with SBF and other FTX employees at Albany.

22.    I also recall that approximately five Sino Global Capital employees worked out of the FTX offices in the Bahamas. They did not have their own separate walled-off space within the FTX offices, but were working amongst FTX employees and shared with those employees common spaces such as the office kitchen, restrooms, etc. They, like I and several other FTX employees, also lived at or frequently visited Albany while they were working from the FTX offices.

***Alameda-Funded Political Contributions in the United Sates***

23.    I allowed other staff at Alameda/FTX to use my bank account to make political donations to candidates and organizations in the United States. Some of these donations were made to recipients in Florida, including to Moving Broward Forward PAC, Lois Frankel for Congress, Castor for Congress, and Athena PAC, and some were made to recipients in California, including Matsui for Congress and Anna Eshoo for Congress. *See* GX-1090.

24.    The funds for many of these donations originated from Alameda. I now understand that one of the accounts Alameda sent these funds from was its account at Silvergate Bank, located in California.  In these instances, the funds flowed from Alameda's Silvergate account, through

my personal bank account at Prime Trust Bank in Nevada, before transfer to the candidates, their campaigns, and/or political action committees.

I, Nishad Singh, declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024.

Nishad Singh

# Exhibit 7

CONFIDENTIAL

**From:** Gavin Lowder <gavin@creatorsagency.co>
**To:** "graham_stephan@yahoo.com" <graham_stephan@yahoo.com>
**Sent:** Monday, May 16, 2022 at 07:29:03 AM PDT
**Subject:** FTX Updated May Talking Points

Good Morning Graham,

I hope all is well. FTX updated their May talking points– which I have linked in this email. The points they feel are strongest to touch on are as follows:

- Trusted by millions of users vs 1m users
- Can we say get up to $100 in crypto when you trade with FTX US as well as free crypto on all trades over $10
- Launching stocks soon as seen here https://ftx.us/stocks/portfolio in the coming weeks to be an all encompassing finance app for stocks, crypto & NFTs
- Easy way to dollar cost average with recurring buys over time as it's hard to fully time the market
- One of the largest and most trusted exchanges in the US. Sam Bankman Fried our CEO plans to donate 99%+ of his money to charity
- Trusted partners and investors, such as Tom Brady, Steph Curry and others

Please send back a quick message to confirm you've got the updated points. Thank you!

Best,
Gavin

**FTX US Talking Points for Creators**                                   <span style="color:red">CONFIDENTIAL</span>

What is FTX and FTX US

- FTX US is a US regulated crypto exchange and is one of the largest exchanges in the US. FTX US is rapidly growing its user base with millions of users.
  - FTX US recently raised $400 million at $8 billion valuation.
- FTX International and FTX US were founded by Sam Bankman-Fried, known as SBF.
  - SBF of the richest people in the world 30 and under and is an effective altruist; he plans to give away 99% of his money to charity

FTX US Products

- FTX App: Zero-fee trading app for top cryptocurrencies, stocks upcoming and NFTs with no gas fees. FTX US is up to 85% cheaper than top competitors

Main bullet points for FTX App

- The most complete crypto and finance app that allows users to buy and sell crypto, stocks in the near future and NFTs.
  - Please see here: FTX.US/Stocks.
- Trusted by millions of users
- Cheaper than other crypto exchanges
  - No fixed minimum fee on transactions (ex: other platforms charge a minimum of $2-3 USD on all transactions)
  - No ACH transaction fees
- Great for investing strategies, such as dollar cost averaging
  - Recurring buys directly from your bank account for dollar cost averaging strategies. This can be daily, weekly, bi-weekly or monthly
- NFTS: buy top ethereum and solana NFTs with no gas fees and follow top projects and upcoming projects listed with FTX.US
  - FTX.US has partnered with top brands, such as Coachella, one of the largest music festivals in the world, and Steph Curry for NFT projects that have unlocked real world use-cases to attend events and meet athletes/people in person
- Debit Card: Use a crypto debit card to spend your crypto at millions of merchants worldwide
- FTX Gaming
  - We have made a push into gaming, one of the first crypto companies to do so.
  - We recently acquired Storybook Brawl Gaming and launched FTX US Gaming division (link).
- FTX Ventures
  - FTX Ventures has invested in projects, such as Bored Ape Yacht Club creator Yuga Labs (link)

**\*\* Do not reference our interest product for the time being**

Shorter ad read examples

- *The most complete crypto and finance app that allows users to buy crypto, stocks in the future and NFTs with no fees. You might have heard of the FTX brand from their partnerships with Tom Brady, Steph Curry or the Miami Heat Stadium. With FTX - you can trade crypto with up to 85% lower fees than top competitors. Download the FTX App today using my referral link below with code* "==Insert customized code==" *to earn free crypto on every trade over $10.*

New Partnerships/news

- Gisele Bündchen on Crypto, Collaboration, and Helping FTX Donate Billions
- FTX.US backs 'Flash Boys' exchange IEX as firm maps out crypto strategy
- FTX US derivatives proposal in the US
- 65,000 + people claimed FTX Coachella NFTs
- SBF, CEO of FTX/FTX US, will give away 99% of his fortune

Large partnerships to refer and as reference

- The pitch would be "*you might have heard of FTX US from their marketing partnerships*"
  - Home of Miami Heat , MLB (Major League Baseball), NFT partnerships: Golden State Warriors and FTX US, Mercedes F1 and FTX, Naomi Osaka

# Exhibit 8

Chris Norlund / Video

Creators Agency & FTX - YouTube's Biggest Scam! ...

COMPARE TO...

Filter

Dec 17, 2022 – Jan 30, 2024
Since uploaded (lifetime)

Content | Traffic source | Geography | **Cities** | Viewer age | Viewer gender | Date | Revenue source | Subscription status | Subscription source | More

Views by: Cities | Select secondary metric | Line chart | Daily

| Cities | Views | | Watch time (hours) | | Average view duration |
|---|---|---|---|---|---|
| **Total** | **29,377** | | **2,680.9** | | **5:28** |
| New York, US-NY | 745 | 2.5% | 74.6 | 2.8% | 6:00 |
| Los Angeles, US-CA | 622 | 2.1% | 62.9 | 2.4% | 6:03 |
| Toronto, CA-ON | 402 | 1.4% | 36.2 | 1.4% | 5:23 |
| London, GB-ENG | 330 | 1.1% | 31.4 | 1.2% | 5:42 |
| Sydney, Australia | 282 | 1.0% | 25.7 | 1.0% | 5:27 |
| Chicago, US-IL | 253 | 0.9% | 21.3 | 0.8% | 5:02 |
| Las Vegas, US-NV | 230 | 0.8% | 22.5 | 0.8% | 5:52 |
| San Francisco, US-CA | 219 | 0.8% | 22.2 | 0.8% | 6:04 |
| Melbourne, Australia | 201 | 0.7% | 19.9 | 0.7% | 5:56 |
| Houston, US-TX | 197 | 0.7% | 19.1 | 0.7% | 5:48 |
| San Diego, US-CA | 180 | 0.6% | 18.1 | 0.7% | 6:02 |
| Dallas, US-TX | 171 | 0.6% | 18.5 | 0.7% | 6:30 |
| Seattle, US-WA | 164 | 0.6% | 16.2 | 0.6% | 5:56 |
| Miami, US-FL | 126 | 0.4% | 11.4 | 0.4% | 5:24 |
| Phoenix, US-AZ | 123 | 0.4% | 11.9 | 0.4% | 5:49 |
| San Jose, US-CA | 112 | 0.4% | 11.0 | 0.4% | 5:53 |
| Brisbane, Australia | 109 | 0.4% | 10.2 | 0.4% | 5:38 |

EXHIBIT 1

