**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This Document Relates To:

*Chernyavsky, et al.* v. *Temasek Holdings (Private) Limited, et al.*
Case No. 1:23-cv-22960 (S.D. Fla.)

*Cabo, et al.* v. *Temasek Holdings (Private) Limited, et al.*
No. 1:23-cv-23212 (S.D. Fla.)

**DECLARATION OF MATTHEW GRAHAM IN SUPPORT OF
DEFENDANT SINO GLOBAL CAPITAL LIMITED'S
MOTION TO DISMISS THE [CORRECTED] ADMINISTRATIVE CLASS ACTION
COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS**

I, MATTHEW GRAHAM, being over the age of 21, hereby declare as follows:

1. I am an authorized representative of Defendant Sino Global Capital Limited ("SG Capital Limited"). I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. SG Capital Limited is a Hong Kong corporation.

3. SG Capital Limited was named as a Defendant in *O'Keefe v. Sequoia Capital Operations, LLC, et al.*, 23-cv-20700 (S.D. Fla.) (the "O'Keefe Action") on February 22, 2023.

4. Plaintiffs later named SG Capital Limited as a Defendant in *Chernyavsky, et al. v. Temasek Holdings (Private) Limited, et al.*, Case No. 1:23-cv-22960 (S.D. Fla.) (the "Chernyavsky Action") and *Cabo, et al. v. Temasek Holdings (Private) Limited, et al.*, No. 1:23-cv-03974 (N.D. Cal.) (the "Cabo Action," and together with the Chernyavsky Action, the "Actions").

1

5.      To my knowledge, Plaintiffs have not taken any steps to serve SG Capital Limited via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

6.      On January 31, 2024, a process server working for counsel for Plaintiffs attempted to serve SG Capital Limited with the Summons and Complaints in the Chernyavsky Action and the Cabo Action. That process server served CSC, the registered agent in Delaware for another Sino Global entity, Sino Global Capital Management LLC ("SG Capital Management"). The process server purported to be serving SG Capital Limited through the registered agent for SG Capital Management. True and correct copies of the two Notices of Service of Process received from CSC are attached hereto as **Exhibits A-B**.

7.      SG Capital Limited – a Hong Kong corporation – is a distinct legal entity from SG Capital Management – a Delaware LLC. CSC is the registered agent in Delaware for SG Capital Management; CSC is not the registered agent for SG Capital Limited.

8.      This is not the first time that Plaintiffs have engaged in improper behavior in an attempt to serve SG Capital Limited. In or around October 2023, a process server working for Plaintiffs attempted to serve Patrick Loney (who is not even an officer or director of SG Capital Limited) at his parents' home in Washington State. It is unclear what entity Plaintiffs were attempting to serve. Regardless, after making multiple attempts to serve Mr. Loney at his parents' house, the process server asked Mr. Loney's father for Mr. Loney's mother's location, declaring that he could serve her. The process server stated that he would visit Mr. Loney's parents every day until service was accepted.

9.      To date, SG Capital Limited has not been served with the Corrected Administrative Class Action Complaint and Demand for Jury Trial in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 1:23-md-03076-KMM (ECF No. 182), the operative pleading.

declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2024

By: _____
Matthew Graham