UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

Case No.: 1:23-md-3076-KMM

THIS DOCUMENT RELATES TO: ALL CASES

MOTION TO WITHDRAW APPEARANCE OF
ATTORNEY ELIZABETH A. GREENMAN

Pursuant to LCvR 11.1(d), Elizabeth A. Greenman of Latham & Watkins LLP hereby requests to withdraw as counsel for Defendants: Thomas Brady, Shaquille O'Neal, Gisele Bündchen and Lawrence Gene David (referred to as "Defendants"), in the above-captioned proceedings. As of February 16, 2024, Elizabeth A. Greenman will no longer be affiliated with Latham & Watkins LLP. Defendants will continue to be represented by the firms Latham & Watkins LLP and Colson Hicks Eidson.

**WHEREFORE,** Ms. Greenman respectfully requests to be removed from the service list and that she be relieved from any further responsibilities in this cause.

Dated: February 22, 2024                    Respectfully submitted,

**Colson, Hicks, Eidson, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martinez*.
Roberto Martínez
Florida Bar No. 305596
bob@colson.com
Stephanie A. Casey
Florida Bar No. 97483
scasey@colson.com
Zachary Lipshultz
Florida Bar No. 123594
zach@colson.com

**LATHAM & WATKINS LLP**
Andrew B. Clubok (pro hac vice)
andrew.clubok@lw.com
Susan E. Engel (pro hac vice)
susan.engel@lw.com
Brittany M.J. Record (pro hac vice)
brittany.record@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
Marvin S. Putnam (pro hac vice)
marvin.putnam@lw.com
Jessica Stebbins Bina (pro hac vice)
jessica.stebbinsbina@lw.com
Elizabeth A. Greenman (pro hac vice)
elizabeth.greenman@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
Michele D. Johnson (pro hac vice)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235

Fax: +1.714.755.829

*Attorneys for Defendants
Thomas Brady, Shaquille O'Neil, Gisele
Bundchen and Lawrence Gene David*

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance of Attorney Elizabeth A. Greenman and Proposed Order to be served on all Counsel of Record via the Court's CM/ECF system.

By: */s/ Roberto Martinez*.
Roberto Martínez