UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **In RE:**<br><br>**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | Case No.: 1:23-md-3076-KMM |

**THIS DOCUMENT RELATES TO: ALL CASES**

## [PROPOSED] ORDER

**THIS CAUSE** comes before the Court on Elizabeth A. Greenman's Motion to Withdraw her Appearance.

Being fully advised it is,

**ORDERED** that the motion is hereby **GRANTED.** Accordingly, the Clerk shall terminate Elizabeth A. Greenman's appearance in the above-captioned matter.

**ORDERED** in Chambers, in Miami, Florida this ____ day of _____, 2024.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE