UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

| | |
|---|---|
| In Re: FTX Cryptocurrency Exchange Collapse Litigation<br><br>This Document Relates To:<br><br>DEFENDANT GARY WANG | 1:23-md-03076-KMM<br><br>MDL No. 3076 |

FILED BY _____ D.C.
FEB 28 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Ilan T. Graff, the undersigned, do hereby certify that:

1. I am filing this Certificate of Understanding as counsel for Defendant Gary Wang.

2. I am a member of good standing of the Bar of New York, and am also admitted to practice in the United States District Court for the Southern District of New York.

3. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

4. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

5. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

    Ilan T. Graff
    New York Bar No. 5740287
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, NY 10004
    Telephone: (212) 859-8931
    Email: ilan.graff@friedfrank.com

Dated: New York, New York
       February 14, 2024

                                        FRIED, FRANK, HARRIS, SHRIVER
                                        & JACOBSON LLP

                                        By: _____
                                                      Ilan T. Graff

                                        One New York Plaza
                                        New York, New York 10004-1980
                                        (212) 859-8931
                                        Ilan.graff@friedfrank.com

                                        Attorney for Defendant
                                          Gary Wang

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8931
Email: ilan.graff@friedfrank.com
February 14, 2024

Attention: MDL Clerk
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

  Re: *FTX Cryptocurrency Exchange Collapse Litigation*,
    No. 1:23-md-03076 (S.D. Fla.)

Dear MDL Clerk:

  Pursuant to Judge Moore's Order dated June 20, 2023, enclosed for filing please find the Certificate of Understanding of Ilan T. Graff. This Certificate is being filed as counsel for Defendant Gary Wang.

               Very truly yours,

               Ilan Graff
               Partner

One New York Plaza, New York, New York 10004—1980
T: +1.212.859.8000 *friedfrank.com*



FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

One New York Plaza
New York, New York 10004–1980

FIRST-C

TO ATTENTION: MDL CLERK
WILKIE D. FERGUSON
JR. U.S. COURTHOUSE
400 NORTH MIAMI AVENUE
MIAMI FL 33128