# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **IN RE:**<br>**FTX CRYPTOCURRENCY EXCHANGE**<br>**COLLAPSE LITIGATION** | No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Wasserman Media Group, LLC*<br>*and Dentsu McGarry Bowen LLC,*<br>No. 23-cv-24478-KMM | |

## **NOTICE OF CHANGE OF ADDRESS**

To the Clerk of the Court and all parties of record:

Pursuant to L.R. 11.1(g) and CM/ECF Administrative Procedures 3D, Sammy Epelbaum hereby gives notice that he has changed law firms and joined Buchanan Ingersoll & Rooney. His new mailing and email address is:

Buchanan Ingersoll & Rooney
2 S. Biscayne Blvd., Ste. 1500
Miami, Florida 33131
Telephone: (305) 347-5919
Facsimile: (305) 347-4089
Primary:  sammy.epelbaum@bipc.com
Secondary:  mercy.campo@bipc.com
Secondary:  eservice@bipc.com

The parties and the Court are requested to serve all pleadings, orders, notices, and motions upon, and direct all correspondence to, the undersigned counsel at the address noted above.

Dated:  February 29, 2024

**BUCHANAN INGERSOLL & ROONEY PC**
2 S. Biscayne Blvd., Ste. 1500
Miami, Florida 33131
Telephone: (305) 347 5919
Facsimile: (305) 347 4089

By: */s/ Sammy Epelbaum*
Sammy Epelbaum, Esq.
Fla. Bar No.: 31524
Email: sammy.epelbaum@bipc.com

*Attorney for Defendant, Dentsu McGarry Bowen LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 29th day of February, 2024, by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to all counsel of record.

Respectfully submitted,

*/s/ Sammy Epelbaum*
Sammy Epelbaum, Esq.
Fla. Bar No.: 31524