UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*O'Keefe v. Temasek Holdings (Private) Ltd., et al.*, N.D. Cal. Case No. 3:23-cv-3655

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

_____/

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AGAINST MULTINATIONAL VC DEFENDANTS AND DEFENDANT SINO GLOBAL CAPITAL LIMITED'S <u>RULE 12 MOTIONS TO DISMISS</u>**

Plaintiffs and Multinational VC Defendants Temasek Holdings (Private) Limited ("Temasek Holdings"), Temasek International (USA) LLC ("Temasek USA," and, collectively with Temasek Holdings, "Temasek"), Sino Global Capital Limited ("SGCL"), Sino Global Capital Holdings, LLC ("SGCH," and, collectively with SGCL, "Sino Global"), Softbank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited (collectively, "SoftBank") respectfully file this joint motion seeking an order from this Court extending the deadlines (1) for Multinational VC Defendants to oppose Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants (R. Doc. 493) by fourteen (14) days, or up to and including March 15, 2024, and (2) for Plaintiffs to oppose Defendant Sino Global Capital Limited's Rule 12 motions to dismiss (R. Docs. 497, 498, 499) by fourteen (14) days, or up to and including March 20, 2024. Counsel for Plaintiffs, Temasek, Sino Global, and SoftBank have conferred regarding the relief requested herein, and all parties agreed thereto.

1. On February 16, 2024, Plaintiffs filed a Motion for Leave to File Amended Complaint Against Multinational VC Defendants and attached their proposed amended complaint. *See* R. Doc. 493. In advance of the filing, Plaintiffs conferred with counsel for Temasek, Sino Global, and SoftBank. Counsel for Sino Global indicated that his client opposed the requested relief, whereas counsel for Temasek and SoftBank stated that they could not indicate whether they opposed the requested relief without first reviewing the proposed amendment. Since that time, counsel for Temasek and SoftBank have confirmed that their client in fact opposes the relief requested in Plaintiffs' Motion for Leave. Temasek, Sino Global, and SoftBank intend to file one joint opposition to Plaintiffs' Motion for Leave.

2. On February 21, 2024, Sino Global Capital Limited filed three Rule 12 motions to dismiss (R. Docs. 497, 498, 499) Plaintiffs' Administrative Class Action Complaint against the Multinational VC Defendants (R. Doc. 182). To be clear, Sino Global Capital Limited's motions pertain to Plaintiffs' original administrative complaint—not the proposed amendment—though those motions to dismiss were filed after Plaintiffs' Motion for Leave.

3. Yesterday and today, the parties conferred regarding a proposed briefing schedule on Plaintiffs' Motion for Leave (R. Doc. 493) and Sino Global Capital Limited's Motions to Dismiss (R. Docs. 497, 498, 499).

4. All parties agreed to extend the deadline for (1) Multinational VC Defendants' opposition to Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants (R. Doc. 493) by fourteen (14) days, or up to and including March 15, 2024, and (2) Plaintiffs' oppositions to Defendant Sino Global Capital Limited's Rule 12 motions to dismiss (R. Docs. 497, 498, 499) by fourteen (14) days, or up to and including March 20, 2024.

5. By agreeing to this motion, the Multinational VC Defendants do not waive any of their rights or defenses, including any objections to personal jurisdiction or the insufficiency of service of process, all of which are expressly reserved.

**WHEREFORE,** Plaintiffs and Multinational VC Defendants pray that the Court grant their Joint Motion to Establish Briefing Schedule as to Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants and Defendant Sino Global Capital Limited's Rule 12 Motions to Dismiss.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), counsel for Plaintiffs, Temasek, Sino Global, and SoftBank conferred via email regarding the relief requested herein, and all parties came to agreement on this joint request for relief. Counsel for all parties indicated that they did not oppose the extensions or briefing schedule requested herein.

**Dated: February 29, 2024**                                    Respectfully submitted,

**By: */s/ Adam Moskowitz***                        **By: */s/ David Boies***
Adam M. Moskowitz                              David Boies
Florida Bar No. 984280                       Alexander Boies
Joseph M. Kaye                                   Brooke A. Alexander
Florida Bar No. 117520                      **BOIES SCHILLER FLEXNER LLP**

| | |
|---|---|
| **THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>*Co-Lead Counsel* | 333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com<br><br>*Co-Lead Counsel* |
| Joseph R. Saveri<br>Christopher Young<br>Itak K. Moradi<br>**JOSEPH SAVERI LAW FIRM**<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>imoradi@saverilawfirm.com<br><br>*Counsel to Plaintiffs and the Putative Classes* | James R. Swanson, La. Bar No. 18455<br>Kerry J. Miller, La. Bar. No. 24562<br>Molly L. Wells, La. Bar. No. 36721<br>C. Hogan Paschal, La. Bar No. 38495<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br><br>Robert Lieff<br>P.O. Drawer A<br>Rutherford, CA 94573<br>rlieff@lieff.com<br><br>*Counsel to Plaintiffs and the Putative Classes* |
| */s/ Jason P. Gottlieb*<br>Jason P. Gottlieb<br>Michael Mix<br>Vani Upadhyaya<br>**MORRISON COHEN LLP**<br>909 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 735-8600<br>Email: jgottlieb@morrisoncohen.com<br>    mmix@morrisoncohen.com<br>    vupadhyaya@morrisoncohen.com<br><br>*Counsel for Defendants Sino Global Capital* | */s/ Eric D. Lawson*<br>Eric D. Lawson (mdl102196)<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone: (212) 468-8000<br>Email: elawson@mofo.com<br><br>Anna Erickson White (mdl102198)<br>Ryan M. Keats (mdl102197)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 |

3

*Limited and*
*Sino Global Capital Holdings, LLC*

By: *Adam S. Fels*
Adam S. Fels, Florida Bar  No. 0114917
FRIDMAN FELS & SOTO, PLC
150 Alhambra Circle
Suite 715
Coral Gables, Florida 33134
Telephone:  (305) 569-7701
Email:  afels@ffslawfirm.com

and

Brad S. Karp, *pro hac vice*
Andrew J. Ehrlich, *pro hac vice*
Nina M. Kovalenko, *pro hac vice*
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  bkarp@paulweiss.com
           aehrlich@paulweiss.com
           nkovalenko@paulweiss.com

*Attorneys for Defendants Temasek Holdings (Private) Limited and Temasek International (USA) LLC*

Telephone: (415) 268-7000
Email: awhite@mofo.com
           rkeats@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendants Softbank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on February 29, 2024 via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

**By: */s/ Adam Moskowitz***
Adam M. Moskowitz