UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

This document relates to:

Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*O'Keefe v. Temasek Holdings (Private) Ltd., et al.*, N.D. Cal. Case No. 3:23-cv-3655

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

_____/

**ORDER**

**CONSIDERING** the foregoing Joint Motion to Establish Briefing Schedule on Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants and Defendant Sino Global Capital Limited's Rule 12 Motions to Dismiss filed by the Plaintiffs,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for Multinational VC Defendants Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited, to oppose Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants (R. Doc. 493) is hereby extended by fourteen (14) days, or up to and including

March 15, 2024. The deadline for Plaintiffs to oppose Defendant Sino Global Capital Limited's Rule 12 motions to dismiss (R. Docs. 497, 498, 499) is hereby extended by fourteen (14) days, or up to and including March 20, 2024.

      DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____.

                                                  _____
                                                  HONORABLE K. MICHAEL MOORE
                                                          United States District Judge

Copies furnished to: All Counsel of Record