# EXHIBIT B

```
 1                   UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF FLORIDA

 3                         MDL NO.3076

 4                  CASE NO. 1:23-md-03076-KMM

 5

 6   IN RE:

 7       FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

 8

 9   _____/

10

11   VIDEO AND ZOOM

12   DEPOSITION OF:          JASPREET SINGH - VTC

13   DATE:                   Thursday, February 1, 2024

14   TIME:                   2:08 p.m.

15   LOCATION:               Northville, Michigan

16   REPORTER:               Lory Helland, CER-#3778

17                           Certified Reporter

18

19

20

21

22

23

24

25
```



1  A.  No.
2  Q.  In a motion to the Court, your counsel wrote that,
3      None of the YouTube Defendants operate any business in
4      Florida or direct any commerce into Florida.
5              Is that an accurate statement?
6  A.  I'm not going to speak on behalf of what my counsels
7      do.
8  Q.  Let's talk about facts, though, because it's a
9      statement about you.
10             So as it pertains to you, do you operate
11     any businesses in Florida?
12 A.  No.
13 Q.  Do you direct any commerce into Florida?
14 A.  What do you mean by that?
15 Q.  I'm using language from your filing.  You don't have
16     an understanding of what that language means?
17 A.  No.
18 Q.  Okay.  We will come back to it.
19             MS. ALEXANDER:  I am going to show you an
20     exhibit which I'm going to mark as Exhibit 2.
21             (Exhibit #2, Declaration, was marked for
22     identification.)
23             MS. ALEXANDER:  I'm going to scroll to the
24     end of the document and back up to the top.
25 BY MS. ALEXANDER:



1   Q.   Do you recognize this document?
2   A.   I don't remember what it is, no, but I do understand
3        that my name is on it and that I've signed this.
4   Q.   Great.
5                 So reading from the top, it says below the
6        title:  I, Jaspreet Singh, hereby declare the
7        following is true and correct to the best of my
8        knowledge.
9                 Do you see that?
10  A.   Yes.
11  Q.   And it is signed at the bottom, correct?
12  A.   Yes.
13  Q.   And that is your signature?
14  A.   Yes.
15  Q.   Great.
16                So I will represent to you this declaration
17       was submitted to the Court by your counsel.  We're
18       going to talk about a few of the sentences that you
19       have in here so that I can explore a little bit around
20       the declarations you've made, so I'd like to start
21       with sentence three.
22                At all relevant hereto, I have been a
23       citizen of the state of Michigan and have resided in
24       Detroit, Michigan.
25                Do you see that?



1   A.   Yes.
2   Q.   When you say "at all relevant times", what time period
3        are you referencing here?
4   A.   I'm not sure.
5   Q.   For purposes of my questions, let's assume that the
6        year 2022 is the relevant time, since you've
7        previously testified that your relationship with FTX
8        US was contained within the year of 2022.
9             Is that fair?
10  A.   Sure.
11  Q.   If we take the year 2022 to be the relevant time, is
12       sentence three accurate?
13  A.   Yes.
14  Q.   During the year 2022, did you travel to the State of
15       Florida for any reason?
16  A.   I don't believe so, no.
17  Q.   Do you have any businesses licensed in Florida?
18  A.   No.
19  Q.   Do you have any personal licenses in the State of
20       Florida, such as a driver's license, a boating
21       license, a bar license, or otherwise?
22  A.   I do not, no.
23  Q.   Great.
24             I am going to take this document down,
25       although we will be back to it.



```
 1                 What about Buzz Legal, was that
 2      incorporated in 2022 or later?
 3   A. I also don't recall, I apologize.  There's a lot of
 4      entities.
 5   Q. Sure.
 6   A. I believe I know what you're going to ask, Michigan
 7      and Michigan.
 8   Q. Sure.
 9                 To your knowledge, do you own or control
10      any business that is not incorporated in Michigan?
11   A. No.
12   Q. And to your knowledge, do you own or control any
13      business that does not have its principal place of
14      business in Michigan?
15   A. No.
16   Q. Have any of these businesses ever caused you to travel
17      to Florida for work?
18   A. No.
19   Q. As I was looking at your website, I noticed that you
20      have a button that allows a user to submit an inquiry
21      to book you as a speaker for an event; is that
22      correct?
23   A. I haven't been on my website in a long time, but it
24      might be.
25   Q. Have you ever booked a private speaking engagement?
```



1     analytics.
2              MR. ACHO:  I'm going to object to lack of
3     foundation.
4              There's not been one shred of testimony as
5     to analytics with this witness, none, other than the
6     attorney questioning her -- him.
7              No foundation.  That's my objection.
8              MS. ALEXANDER:  You are free to lodge your
9     objection.
10    BY MS. ALEXANDER:
11    Q.   Mr. Singh, which -- strike that.
12             The Minority Mindset team, does it rely on
13    any analytics provider, whether it be a third-party
14    organization or a piece of software?
15    A.   No.
16    Q.   So across all of the social media platforms we've
17    looked at, do you have any understanding of what
18    percentage of your viewers are within the State of
19    Florida?
20    A.   Not at all.
21    Q.   And you have no -- strike that.
22             You don't have any analytical data
23    currently within your possession that would allow you
24    to determine that, to your knowledge?
25    A.   That's correct.



1        website to you?
2   A.   No.
3   Q.   Do you know if they have provided any similar
4        information to anyone on the Minority Mindset team?
5   A.   I don't believe they have, no.
6   Q.   Have you ever spoken with Stallion Cognitive about
7        geographic targeting with regards to your website?
8   A.   No.
9   Q.   With regard to the videos that you posted on your
10       YouTube channel, have you removed, hidden, deleted, or
11       otherwise disabled any videos that you posted in 2022
12       in connection with your work for FTX US?
13  A.   I'm not sure.
14  Q.   How would you find that out?
15  A.   I'm not sure.
16  Q.   Do you know what it means to make a YouTube video
17       private?
18  A.   Yes, I do.
19  Q.   Have you ever made any of the advertisements that you
20       made for FTX US in 2022 private?
21  A.   I don't know.
22  Q.   Is there any way for you to find that information out?
23  A.   Can you be a little more specific?
24  Q.   If you wanted to know after this deposition whether
25       you had made FTX US videos private, do you know how to



```
 1   STATE OF MICHIGAN  )
 2   COUNTY OF OAKLAND  )
 3                 Certificate of Notary Public
 4       I certify that this transcript is a complete, true,
 5   and correct record of the testimony of WITNESS held in this
 6   case.
 7       I also certify that prior to taking this deposition,
 8   WITNESS was duly sworn or affirmed to tell the truth.
 9       I further certify that I am not a relative or an
10   employee of or an attorney for a party; and that I am not
11   financially interested, directly or indirectly, in the
12   matter.
13       In witness whereof, I have hereunto set my hand this
14   9th day of February, 2024.
15
16
17
18   LORY A. HELLAND, CER-#3778
19   Notary Public, Oakland County, Michigan
20   My Commission Expires:  02/15/26
21
22
23
24
25
```

