# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                    MDL No.  3076

 4               CASE NO.  1:23-md-03076-KMM

 5

 6

 7                                      )
                                        )
    In Re:  FTX Cryptocurrency          )
                                        )
 8  Exchange Collapse Litigation        )
                                        )
 9                                      )

11

12

13

14               DEPOSITION OF ARZU MALIK

15                  APPEARING REMOTELY

16                      VIA ZOOM

17            Thursday, January 25, 2024

18             10:04 a.m. to 11:44 a.m.

19

20

21

22

23   Reported by:

24   Dawn Mack-Boaden

25   Registered Professional Reporter; CSR# 153120
```



1            Mr. Adams is here representing you today,

2    and he may raise objections to some of my questions.

3    So you might want to give him some space to do that.

4    If he instructs you not to answer, then you can

5    listen to your lawyer; otherwise, he's just making a

6    record and saying that there is a reason he wants to

7    raise later with the court, maybe, that there's an

8    issue.

9         A.    Uh-huh.

10        Q.    Does that make sense?

11        A.    Yes.

12        Q.    Do you know why you're here today?

13        A.    Yes.

14        Q.    Why are you here today?

15        A.    Just to, I guess, say my side of what

16   happened that evening that the person tried to serve

17   papers to Erika.

18        Q.    Okay.  And what happened on that night?

19        A.    Sure.  So I was just home at my apartment

20   by myself.  I was just watching TV, and then all of

21   a sudden I just heard, like, a really loud banging

22   on my door, which was pretty unusual and weird

23   because my apartment building is very calm.  There's

24   a lot of just, like, families, students.  So it was

25   just out of the blue.



1          So I just waited a little bit, but then the

2    person kept on banging on the door.  So I got a

3    little worried.  Then I just called the doorman from

4    my apartment phone.  And so the doorman said that,

5    you know, just to stay calm and not to open the

6    door.  Someone, I guess, came to the apartment

7    building, was trying to serve papers to someone, did

8    not mention what apartment number the individual was

9    going to.

10          And so that's it.  And then -- so I just --

11    I just went to my room afterwards.

12      Q.   Is there, like, a peephole on the door or a

13    way for you to see out?

14      A.   Yes, there is.

15      Q.   Did you check and see who was there?

16      A.   No.  I did not want to go near the door.  I

17    just -- I just kind of left and went to my room.

18      Q.   Nobody said anything through the door or

19    you didn't hear anything?

20      A.   No.  It was just a lot of, like, banging on

21    the door.

22      Q.   Okay.  And what phone did you use to call

23    the doorman?

24      A.   It's just, like, the apartment phone.  Each

25    apartment has a phone attached to the wall.

ARZU MALIK                                          January 25, 2024
FTX Cryptocurrency Exchange Collapse Lit.                        13

1    worth, basically?

2        A.   Yeah, yeah.  Two school years' worth, yeah.

3        Q.   Okay.  And did you -- did you move in,

4    like, right before you started classes?  So, like,

5    it would be August 2021?

6        A.   No.  It was -- I think when I moved in, it

7    was around either June or July.  For my school, it

8    was all year round, for the most part.

9            So I moved in around, like, June or July,

10   one of those months; and then my lease ended at the

11   end of May 2023.

12       Q.   Okay.  And did you have any roommates

13   during that time?

14       A.   Yes, I did.  I had one -- well, for that

15   apartment, I had one roommate.

16       Q.   Okay.  And that was the same apartment in

17   that building that you lived in for all two years?

18       A.   Yeah.  For those last two years, yeah.

19       Q.   Okay.  And who was your roommate?

20       A.   Eileen Shannon.

21       Q.   That's Erika's sister?

22       A.   Yes; correct.

23       Q.   Did you guys move in together or was she

24   already living there?  How did that work?

25       A.   No.  Eileen and I lived together throughout



1          So the question is do you know at the

2     time that you received the subpoena in April

3     of 2023, if she was living in or outside of

4     the United States?

5          MR. ADAMS:  That's a different question.

6     I'll allow that.

7          THE WITNESS:  Can you repeat the

8     question again.  Sorry.

9  BY MR. KAYE:

10     Q.   Sure.  In August -- not August.

11          In April of 2023 when you received the

12  subpoena, do you know whether Erika was living in

13  the United States?

14     A.   I don't think she was.

15     Q.   Do you know where she was living?

16          MR. ADAMS:  Objection.  I'm -- I'm going

17     -- I'm going to instruct the witness not to

18     answer that.

19          MR. KAYE:  On what grounds, Derek?

20          MR. ADAMS:  That it's outside the scope

21     of what you've been authorized to ask about.

22     You're authorized to ask about the events of

23     April 6, 2023, as it relates to service.

24          Where she lives is irrelevant.  What's

25     relevant is that she does not live at the



ARZU MALIK                                          January 25, 2024
FTX Cryptocurrency Exchange Collapse Lit.                        23

```
 1              MR. ADAMS:  Objection.

 2              You can answer.

 3              THE WITNESS:  Oh, okay.

 4              I -- I don't remember, you know, the

 5          exact, like, when I called, before -- like,

 6          first -- the first knocking happened, and

 7          then I was, like, okay, maybe it will stop.

 8          And then I called the doorman.  But I -- I

 9          can't remember if there was more knocking

10          right after or not.

11              But there was quite a few moments where

12          the guy was banging on the door and then it

13          would stop and then he was banging.

14   BY MR. KAYE:

15      Q.   Where was Eileen when this was happening?

16      A.   She was not home.

17      Q.   Okay.  So you heard the knocking.  You got

18   scared.  You called the doorman.  You went to your

19   room.  At what point did you then find the papers?

20      A.   When I -- when I left the apartment the

21   next day.  Because it was on the door.  So anyone

22   would notice it.

23      Q.   Did Eileen come home that night?

24      A.    I believe so, but I -- my recollection is

25   not too -- the best.
```



1   know, it was her.

2        Q.   Okay.  And then what?

3        A.   And then she, I believe, sent me a voice

4   memo about the situation and then if we could, you

5   know, get on a talk with her and her lawyers just to

6   explain my -- my side of what happened that evening.

7        Q.   And how did you respond?

8        A.   I just said that was -- I think I said that

9   was fine.  Whenever, you know, she was available, we

10  could get on a phone call.

11       Q.   And going back to the night, when you

12  called the doorman, how many doormen are at that

13  building -- or were at the building when you lived

14  there?

15       A.   I don't recall.  Just maybe a couple.  But

16  there was usually just one at one time, like, they

17  -- they have different shifts.

18       Q.   Okay.  And you said this one was Carlos?

19       A.   I believe so from his voice.

20       Q.   Okay.  Do you know what -- what does Carlos

21  look like?

22       A.   He was tall; slender, I would say;

23  Hispanic, maybe, background.

24       Q.   Any color of his hair, his eyes, his skin?

25       A.   I just -- I think tan, dark -- dark hair.



```
 1                   C E R T I F I C A T E

 2   COMMONWEALTH OF MASSACHUSETTS
     Norfolk, SS.
 3

 4           I, DAWN MACK-BOADEN, CSR #153120, RPR, and
     a Notary Public duly qualified in and for the
 5   Commonwealth of Massachusetts, do hereby certify
     that:
 6
             ARZU MALIK, the witness whose testimony is
 7   hereinbefore set forth, was duly sworn by me
     pursuant to Mass. R. Civ. 27, 29, 30, 30A, and 31,
 8   and that such testimony is a true and correct
     transcription of my original stenographic notes
 9   taken in the forgoing matter, to the best of my
     knowledge, skill and ability.
10
             I further certify that I am neither
11   attorney or counsel for, nor related to or employed
     by any of the parties to the action in which this
12   deposition is taken; and furthermore, that I am not
     a relative or employee of any attorney or counsel
13   employed by the parties thereto or financially
     interested in the action.
14
             IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my Notarial seal this 26th day of
     January, 2024.
16

17

18            Dawn Mack-Boaden, RPR
              Notary Public
19

20
     My Commission Expires:  August 26, 2027
21

22
     THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
23   NOT APPLY TO ANY REPRODUCTION AND/OR DISTRIBUTION OF
     THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT
24   CONTROL AND/OR SUPERVISION OF THE CERTIFYING COURT
     REPORTER.
25
```

