UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

Bank Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla.
Case No. 1:23-cv-20700

_____

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendants Deltec Bank and Trust Company Limited ("Deltec") and Jean Chalopin (together, "Defendants"), by and through their undersigned attorneys, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, hereby submit this Response to Plaintiffs' Motion for Leave to File an Amended Administrative Class Action Complaint (ECF No. 492) ("Motion for Leave") against Defendants.

While Defendants deny many of the assertions made in Plaintiffs' Motion for Leave and deny the material allegations set forth in the Amended Administrative Class Action Complaint ("Amended Complaint") attached to the Motion for Leave, Defendants do not oppose the filing of the Amended Complaint at this time, subject to their reservation of any and all rights and defenses, including their right to seek full dismissal with prejudice of, or otherwise respond to, the Amended Complaint.

Defendants are currently negotiating with Plaintiffs on a briefing schedule for Defendants' anticipated motion to dismiss the Amended Complaint. Defendants expect to file a motion seeking the Court's approval of the schedule next week.

Dated: March 1, 2024

Respectfully submitted,

/s/ *Joseph B. Isenberg*

| | |
|---|---|
| Lara Samet Buchwald | Desirée Moore |
| NY Bar No. 4700944 | Illinois Bar No. 6286198 |
| (Certificate of Understanding filed) | (Certificate of Understanding filed) |
| lara.buchwald@davispolk.com | dmoore@venable.com |
| Tatiana Martins | Daniel Hayes, |
| NY Bar No. 4300455 | Illinois Bar No. 6243089 |
| (Certificate of Understanding filed) | (Certificate of Understanding filed) |
| tatiana.martins@davispolk.com | djhayes@venable.com |
| Davis Polk & Wardwell LLP | Joseph B. Isenberg |
| 450 Lexington Avenue | Florida Bar No. 1018077 |
| New York, New York 10017 | jbisenberg@venable.com |
| Tel: 212-450-4000 | Venable LLP |
| Fax: 212-701-5351 | 227 West Monroe St., Suite 1900 |
| | Chicago, IL 60606 |
| | Tel: 312-820-3436 |
| | Fax: 312-820-3401 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2024, the undersigned electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

s/ *Joseph B. Isenberg*
Attorney