UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

*Garrison v. Wasserman Media Group, LLC*, *et al.*, S.D. Fla.
Case No. 23-cv-24478

_____/

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE ON DEFENDANTS
WASSERMAN MEDIA GROUP, LLC AND DENTSU MCGARRY BOWEN, LLC'S
<u>JOINT MOTION TO DISMISS [ECF NO. 506]</u>**

Plaintiffs and Defendants Wasserman Media Group, LLC ("Wasserman") and Dentsu McGarry Bowen LLC ("Dentsu") (Plaintiffs, Wasserman, and Dentsu collectively, the "Parties"), respectfully file this joint motion seeking an order from this Court establishing an agreed-upon briefing schedule for Wasserman's and Dentsu's Joint Motion to Dismiss [ECF No. 506] ("Motion to Dismiss"). Counsel for the Parties have conferred and agree to the relief requested herein.

1. On February 29, 2024, Defendants Wasserman and Dentsu filed the Motion to Dismiss. Plaintiffs' opposition is currently due March 14, 2024, and Defendants' reply is due March 21, 2024.

2. Yesterday, the Parties conferred and agreed to the following proposed briefing schedule on the Motion to Dismiss:

   a. The deadline for Plaintiffs to oppose the Motion to Dismiss shall be April 15, 2024.

   b. The deadline for Defendants to file their reply in support of their Motion to Dismiss shall be May 13, 2024.

## CONCLUSION

3. Plaintiffs, Wasserman, and Dentsu respectfully request that the Court grant their Joint Motion to Establish Briefing Schedule as to Defendants Wasserman's and Dentsu's Joint Motion to Dismiss. A Proposed Order is attached as **Exhibit A**.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), counsel for Plaintiffs, Wasserman, and Dentsu conferred regarding the relief requested herein, and all parties came to agreement on this joint request for relief.

Dated: March 6, 2024

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

José M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
**MARK MIGDAL & HAYDEN, LLC**
Brickell City Tower
80 SW 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

By: */s/ Stephen P. Warren*
Stephen P. Warren
(Fla. Bar No. 788171)
Brandon T. White
(Fla. Bar No. 106792)
Andrew W. Balthazor
(Fla. Bar No. 1019544)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500
Stephen.Warren@hklaw.com
Brandon.White@hklaw.com
Andrew.Balthazor@hklaw.com

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

By:*/s/ Lauren V. Humphries*
Lauren V. Humphries
(Fla. Bar No: 0117517)
Mark A. Kornfeld
(Fla. Bar No. 1019233)
**BUCHANAN INGERSOLL & ROONEY PC**
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Telephone: 813-222-8180
lauren.humphries@bipc.com
mark.kornfeld@bipc.com

Christopher J. Dalton (pro hac vice)
christopher.dalton@bipc.com
550 Broad Street, #810

2

***Counsel for Defendant Wasserman
Media Group, LLC***

Newark, NJ 07102
Jennifer M. Oliver (pro hac vice)
jennifer.oliver@bipc.com
600 W. Broadway, Suite 1100
San Diego, CA 92130

***Counsel for Defendant Dentsu McGarry
Bowen LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 5, 2024 via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz