# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

*Garrison v. Wasserman Media Group, LLC, et al.*, S.D. Fla.
Case No. 23-cv-24478

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE ON DEFENDANTS WASSERMAN MEDIA GROUP, LLC AND DENTSU MCGARRY BOWEN, LLC'S JOINT MOTION TO DISMISS [ECF NO. 506]**

**CONSIDERING** the foregoing Joint Motion to Establish Briefing Schedule [ECF No. ___] ("Joint Motion") on Defendants Wasserman Media Group, LLC and Dentsu McGarry Bowen LLCs' ("Defendants") Joint Motion to Dismiss [ECF No. 506] ("Motion to Dismiss"),

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. The deadline for Plaintiffs to oppose the Motion to Dismiss shall be April 15, 2024. The deadline for Defendants to file their reply in support of their Motion to Dismiss shall be May 13, 2024.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this _____ day of March, 2024.

_____
HONORABLE K. MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record