# Exhibit A

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                      MDL No. 3076

 4
                CASE NO:  1:23-md-03076-KMM
 5

 6

 7   IN RE:  FTX Cryptocurrency Exchange  )
     Collapse Litigation,                 )
 8                                        )
                                          )
 9   -------------------------------------

10

11

12                 VIDEOTAPED DEPOSITION

13            VIDEO CONFERENCE DEPOSITION OF

14             DEFENDANT CREATORS AGENCY, LLC

15             RULE 30(b)(6) REPRESENTATIVE

16                     ERIKA KULLBERG

17            (Also in Her Individual Capacity)

18

19             THURSDAY, FEBRUARY 1, 2024

20

21   REPORTED BY:

22   DENISE D. HARPER-FORDE
     Certified Shorthand Reporter (CSR)
23   Certified RealTime Reporter (CRR)
     Certified LiveNote Reporter (CLR)
24   Registered Professional Reporter (RPR)
     Notary Public (FLORIDA)
25
```



```
 1        A.  I can't recall.  If you want
 2   to pull up the contracts, we can
 3   look.
 4        Q.  For any of the content that
 5   you created for FTX.  This is 2021 up
 6   until they filed bankruptcy.  Did you
 7   remove any of it from any of the
 8   platforms you originally posted it
 9   on?
10              ATTORNEY ADAMS:  Objection.
11              THE WITNESS:  Yes.
12              (BY ATTORNEY KAYE):
13        Q.  When did you do that?
14        A.  I don't recall, but it was
15   close to bankruptcy date.
16        Q.  After the bankruptcy date?
17        A.  I don't recall.
18        Q.  What was your reason for
19   removing the contents?
20              ATTORNEY ADAMS:  Objection.
21   Instruct her not to answer.  It has no
22   bearing whatsoever on jurisdiction.
23              (BY ATTORNEY KAYE):
24        Q.  So you are an accomplished
25   YouTube-er; right?  You have millions
```



```
 1   of followers?
 2        A.   I don't know what
 3   "accomplished" means, but I have a
 4   YouTube channel, and I have not
 5   millions but close to 2 million
 6   followers.
 7        Q.   Okay.  You have over one
 8   million followers on TikTok?
 9        A.   Yes, I do.
10        Q.   And Instagram?
11        A.   What is the question for
12   Instagram?
13        Q.   You have over one million
14   followers on Instagram?
15        A.   Yes, I do.
16        Q.   Starting with YouTube, when
17   you post content on YouTube you can
18   see analytics of the video, like how
19   many times it was viewed; is that
20   right?
21             ATTORNEY ADAMS:  Objection as
22   to form.
23             THE WITNESS:  Yes.  YouTube
24   provides analytics about how many
25   times the videos was viewed.
```



```
 1   at 40 Waterside Plaza, Apartment 11-D,
 2   New York, New York 10010.
 3            You Esigned it.  You are the
 4   organizer.  That is one of your
 5   E-mails that you have confirmed you
 6   have.  That is I'm assuming the phone
 7   number that people can reach you at.
 8   You are the person whose signature --
 9   these are all the certifications.
10   Penalties for filing of false
11   documents.  You're an individual.
12            Again, you signed the second
13   page.  You signed the third page,
14   consenting to Registered Agents, Inc.
15   being the Registered Agents.  And here
16   is the certificate of organization in
17   Wyoming, August 9, 2021.  All there.
18   None of it is relevant to my questions
19   right now.
20            (BY ATTORNEY KAYE):
21       Q.  Which is first, why did you
22   use the Waterside Plaza address when
23   you organized Creators Agency?
24            ATTORNEY ADAMS:  Before you
25   answer that, have you had a chance to
```

