# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:

FTX Promoter Defendants

FTX Insider Defendants

_____/

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION TO STAY LITIGATION AS TO SETTLING
DEFENDANTS PENDING OMNIBUS MOTION FOR PRELIMINARY APPROVAL OF
FIRST TRANCHE OF CLASS ACTION SETTLEMENTS**

**CONSIDERING** the foregoing Plaintiffs' Unopposed Motion to Stay Litigation as Settling Defendants Pending Omnibus Motion for Preliminary Approval of to First Tranche of Class Action Settlements filed by the Plaintiffs [ECF No. __] (the "Motion"), and being otherwise fully advised, it is hereupon **ORDERED AND ADJUDGED** that

1. Plaintiffs' Motion is **GRANTED**.

2. These consolidated actions are hereby **STAYED** as to Defendants Gary Wang, Nishad Singh, Caroline Ellison, Dan Friedberg, William Trevor Lawrence, Kevin Paffrath, Tom Nash, Brian Jung, Graham Stephan, Andre Jikh, and Jeremy LeFebvre.

3. The deadline for Plaintiffs to file their Omnibus Motion for Preliminary Approval of the First Tranche of Settlements is on or before March 27, 2024.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of March, 2024.

_____

HONORABLE K. MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record