UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-md-3076-KMM

| | |
|---|---|
| **In re: FTX Cryptocurrency Exchange Collapse Litigation** | |
| This Document Relates To: *Garrison, et al. v. Sullivan & Cromwell LLP*, Case No. 24-cv-20630-KMM | |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**

Defendant Sullivan & Cromwell LLP ("S&C"), through its undersigned counsel, hereby moves under Federal Rule of Civil Procedure 6(b)(1) and S.D. Fla. Local Rule 7.1 for a 60-day extension of time, up to and including May 13, 2024, to answer, move or otherwise respond to Plaintiffs' Class Action Complaint and Demand for Jury Trial (the "Complaint"). In support of this Motion, S&C states as follows:

1. Plaintiffs served process on S&C on February 22, 2024.

2. S&C's response to the Complaint is currently due on March 14, 2024.

3. S&C requests a 60-day extension of time, up to and including May 13, 2024, to respond to Plaintiffs' Complaint.

4. Good cause exists for the requested extension, as S&C has recently retained counsel and requires additional time to adequately prepare responsive papers.

5. This Motion is made in good faith and not for purposes of delay.

6. On March 11, 2024, counsel for S&C conferred with Plaintiffs' counsel regarding the relief herein requested. Plaintiffs do not object to the 60-day extension.

WHEREFORE, S&C respectfully requests that the Court grant this Motion and extend the deadline for S&C to answer or otherwise respond to the Complaint to and including May 13, 2024.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

On March 11, 2023, counsel for S&C conferred via email with Plaintiffs' counsel regarding the relief herein requested, to which Plaintiffs do not object.

Dated:  March 12, 2024.

/s/ Samuel A. Danon
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

*Counsel for Defendant Sullivan & Cromwell LLP*