IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br>FTX CRYPTOCURRENCY EXCHANGE<br>COLLAPSE LITIGATION | No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*<br>No. 23-cv-24478-KMM | |

### DEFENDANT DENTSU McGARRY BOWEN, LLC'S
### CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant, Dentsu McGarry Bowen LLC ("Dentsu"), pursuant to Federal Rule of Civil Procedure 7.1, and states that Dentsu, a non-governmental party, has the following parent corporations: Dentsu Holdings USA, LLC; Portman Square US Holdings Limited; Dentsu US, Inc.; Dentsu International GPS Holdings Limited; Dentsu International Limited; and Dentsu Group. Inc. Of the parent corporations, Dentsu Group, Inc. is publicly held on the Tokyo Stock Exchange.

Dated:  March 1, 2024

                                          Respectfully submitted,

                                          */s/ Lauren Humphries*
                                          Lauren V. Humphries, Esq.
                                          Florida Bar No: 0117517
                                          BUCHANAN INGERSOLL & ROONEY PC
                                          401 E. Jackson St., Suite 2400
                                          Tampa, FL 33602

        Tel No: 813 222-8180
        Fax No: 813 222-8189
        Email: lauren.humphries@bipc.com
              eservice@bipc.com
        *Attorneys for Defendant Dentsu McGarry Bown LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 13th day of March, 2024, by using the CM/ECF system, which will send notice of electronic filing of the foregoing document to all counsel of record.

        Respectfully submitted,

        /s/ Lauren V. Humphries
        Lauren V. Humphries, Esq.
        Florida Bar No: 0117517
        lauren.humphries@bipc.com
        eservice@bipc.com
        *Attorneys for Defendant Dentsu McGarry Bown LLC*