UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*O'Keefe v. Temasek Holdings (Private) Ltd., et al.*, N.D. Cal. Case No. 3:23-cv-3655

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

_____/

**UNOPPOSED MOTION TO EXTEND REPLY BRIEFING DEADLINE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AGAINST MULTINATIONAL VC DEFENDANTS**

Plaintiffs respectfully file this unopposed motion seeking an order from this Court extending by one week the deadline for their reply brief in support of their Motion and Incorporated Memorandum for Leave to File Amended Complaint Against Multinational VC Defendants (ECF No. 493) ("Motion for Leave to Amend"). Plaintiffs have conferred with counsel for Multinational VC Defendants Temasek Holdings (Private) Limited ("Temasek Holdings"), Temasek International (USA) LLC ("Temasek USA," and, collectively with Temasek Holdings, "Temasek"), Sino Global Capital Limited ("SGCL"), Sino Global Capital Holdings, LLC ("SGCH," and, collectively with SGCL, "Sino Global"), Softbank Group Corp., SB Group US, Inc., and SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited (collectively, "SoftBank"), who all indicated that they do not oppose Plaintiffs' request to extend their Reply deadline from March 22, 2024 to March 29, 2024.

1. On February 16, 2024, Plaintiffs filed a Motion for Leave to Amend and attached their proposed amended complaint. *See* R. Doc. 493.

2. On February 21, 2024, Sino Global Capital Limited filed three Rule 12 motions to dismiss (R. Docs. 497, 498, 499) ("Motions to Dismiss") Plaintiffs' Administrative Class Action Complaint against the Multinational VC Defendants (R. Doc. 182).

3. Plaintiffs and Multinational VC Defendants conferred regarding a briefing schedule covering Plaintiffs' Motion for Leave to Amend and SGCL's Motions to Dismiss. The parties reached an agreement whereby the parties' opposition deadlines related to Plaintiffs' Motion for Leave to Amend and SGCL's Motions to Dismiss would be extended by fourteen days to March 15, 2024 and March 20, 2024, respectively. During these discussions, Plaintiffs and Multinational VC Defendants further agreed to grant the other a one-week extension of their respective reply deadlines in support of the Motion for Leave to Amend and Motions to Dismiss should the parties desire to file a reply brief.

4. The parties filed a joint motion seeking an order from this Court approving the agreed briefing schedule, which this Court granted on March 5, 2024. ECF Nos. 508, 514. The motion and order did not address the parties' reply brief deadlines.

5. Having received Multinational VC Defendants' opposition to their Motion for Leave to Amend, Plaintiffs now seek an order from this Court extending the March 22, 2024 deadline for their reply brief by one week in accordance with the parties' agreement, making such reply due on or before March 29, 2024. Multinational VC Defendants have agreed to this requested relief.

**WHEREFORE,** Plaintiffs pray that the Court grant their Unopposed Motion to Extend Reply Briefing Deadline on Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants and extend such deadline to March 29, 2024.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), Plaintiffs' counsel conferred via email on February 29, 2024, with counsel for Temasek, Sino Global Capital, and SoftBank regarding whether they would oppose the relief requested herein. Counsel for all parties indicated that they did not oppose the extension requested herein.

**Dated: March 19, 2024**                                                        Respectfully submitted,

**By:** */s/ Adam Moskowitz*                               **By:** */s/ David Boies*
Adam M. Moskowitz                                              David Boies
Florida Bar No. 984280                                         Alexander Boies
Joseph M. Kaye                                                 Brooke A. Alexander
Florida Bar No. 117520                                         **BOIES SCHILLER FLEXNER LLP**
**THE MOSKOWITZ LAW FIRM, PLLC**                               333 Main Street
Continental Plaza                                              Armonk, NY 10504
3250 Mary Street, Suite 202                                    914-749-8200
Coconut Grove, FL 33133                                        dboies@bsfllp.com
Office: (305) 740-1423                                         aboies@bsfllp.com
adam@moskowitz-law.com                                         balexander@bsfllp.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*                                              *Co-Lead Counsel*

| | |
|---|---|
| Joseph R. Saveri<br>Christopher Young<br>Itak K. Moradi<br>**JOSEPH SAVERI LAW FIRM**<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>imoradi@saverilawfirm.com<br><br>*Counsel to Plaintiffs and the Putative Classes* | James R. Swanson, La. Bar No. 18455<br>Kerry J. Miller, La. Bar. No. 24562<br>Molly L. Wells, La. Bar. No. 36721<br>C. Hogan Paschal, La. Bar No. 38495<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br><br>Robert Lieff<br>P.O. Drawer A<br>Rutherford, CA 94573<br>rlieff@lieff.com<br><br>*Counsel to Plaintiffs and the Putative Classes* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 19, 2024 via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam M. Moskowitz