UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*O'Keefe v. Temasek Holdings (Private) Ltd., et al.*, N.D. Cal. Case No. 3:23-cv-3655

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

_____/

**ORDER**

**CONSIDERING** the Plaintiffs' foregoing Unopposed Motion to Extend Reply Briefing Deadline on Plaintiffs' Motion for Leave to File Amended Complaint Against Multinational VC Defendants,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for Plaintiffs to file their reply brief in support of their Motion for Leave to File Amended Complaint Against Multinational VC Defendants (ECF No. 493) is hereby extended by seven (7) days, or up to and including March 29, 2024.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
HONORABLE K. MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record