## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: FTX CRYPTOCURRENCY
    EXCHANGE COLLAPSE
    LITIGATION

This Document Relates To:

*Chernyavsky, et al. v. Temasek Holdings
(Private) Ltd., et al.* (No. 23-cv-22960)

Case No. 1:23-md-3076-KMM

MDL NO. 3076

### NOTICE OF FILING PROOF OF SERVICE

    Plaintiffs hereby provide notice of filing proof of service of a summons on Sino Global

Capital Ltd., a copy of which is attached hereto as Exhibit 1.

Dated: March 20, 2024

**FISHMAN HAYGOOD L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
T: (504) 586-5252
F: (504) 586-5250

James R. Swanson (La. Bar. No. 18455)
Kerry J. Miller (La. Bar. No. 24562)
Benjamin D. Reichard (La. Bar No. 31933)
Molly L. Wells (La. Bar. No. 36721)
C. Hogan Paschal (La. Bar. No. 38495)
Email: jswanson@fishmanhaygood.com
        kmiller@fishmanhaygood.com
        breichard@fishmanhaygood.com
        mwells@fishmanhaygood.com
        hpaschal@fishmanhaygood.com

Robert Lieff
P.O. Drawer A
Rutherford, California 94573
Email: rlieff@lieff.com

Respectfully submitted:

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
T: (305) 614-1400
F: (305) 614-1425

By: */s/ Timothy A. Kolaya*
Timothy A. Kolaya (FBN: 056140)
Amy M. Bowers (FBN: 105755)
Email: tkolaya@sknlaw.com
        abowers@sknlaw.com

**JOSEPH SAVERI LAW FIRM**
601 California Street, Suite 1000
San Francisco, California 94108
T: (415) 500-6800

Joseph R. Saveri
Christopher Young
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

*Counsel for Plaintiffs and the Putative Classes*

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
T: (914) 749-8200

David Boies (NY Reg. No. 2296333)
Alexander Boies (NY Reg. No. 5418579)
Brooke Alexander (NY Reg. No. 4678900)
Email: dboies@bsfllp.com
         aboies@bsfllp.com
         balexander@bsfllp.com

**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street, Suite 202
Coconut Grove, Florida 33133
T: (305) 740-1423

Adam Moskowitz (Fla. Bar No. 984280)
Joseph M. Kaye (Fla. Bar No. 117520)
Email: adam@moskowitz-law.com
         joseph@moskowitz-law.com

*Plaintiffs' Co-Lead Counsel for MDL No. 3076*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Amy M. Bowers*
Amy M. Bowers