AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-22960-KMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sino Global Capital Limited

was received by me on *(date)* 01/30/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Donna "Doe", for Reg. Agent (WF/57/5'6"/150/brwn) , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Co, 251 Little Falls Dr., Wilmington, DE 19808 at 3:11 PM   on *(date)* 01/31/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/02/2024

*Server's signature*

Sharelne Brooks, Process Server, DE
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Complete List of Documents Served:
1. Complaint
2. Exhibit A
3. Exhibit B
4. Issued Summons