# Exhibit 2

ERIKA KULLBERG  30(b)(6)                    February 01, 2024
IN RE: FTX CRYPTOCURRENCY EXCHANGE                      69

```
 1   Asked and answered.
 2            THE WITNESS:  As to a time
 3   period?
 4            (BY ATTORNEY KAYE):
 5       Q.  No, like a manner of becoming
 6   aware of it?
 7       A.  I don't recall.
 8       Q.  Did you ever see any E-mails
 9   about the lawsuit?
10       A.  I have seen E-mails about the
11   lawsuit.
12       Q.  What E-mails do you remember
13   seeing about this lawsuit?
14       A.  I remember seeing an E-mail
15   from someone at your law firm.
16       Q.  What was that E-mail?
17       A.  I don't recall what it said.
18       Q.  Do you remember to what E-mail
19   address you received that at?
20       A.  I don't know.
21       Q.  You have
22   Erika@CreatorsAgency.CO.  Is that one
23   of your E-mails?
24       A.  Yes.
25       Q.  Erika@ErikaKullberg.com?
```



ERIKA KULLBERG  30(b)(6)                     February 01, 2024
IN RE: FTX CRYPTOCURRENCY EXCHANGE                        83

```
 1   watched the deposition I knew that

 2   they lived together all of dental

 3   school.

 4           (BY ATTORNEY KAYE):

 5       Q.  And during that time period,

 6   you had met her in person how many

 7   times about?

 8       A.  Rough estimate, less than 5.

 9       Q.  For all of those times, were

10   all of those times when like at the

11   apartment that they lived in

12   together?

13       A.  No, I don't believe so.

14       Q.  Where else?

15       A.  I think we have been out to at

16   least one restaurant.

17       Q.  Also in New York?

18       A.  Yes.

19       Q.  You said before that you

20   received mail at your sister's address

21   because you did not live in the United

22   States; right?

23       A.  Yes.

24       Q.  What kind of mail,

25   generally?
```



ERIKA KULLBERG  30(b)(6)                              February 01, 2024
IN RE: FTX CRYPTOCURRENCY EXCHANGE                                  84

```
 1          A.  I don't know specifically what
 2   I sent her.  I sent mail to my
 3   sister's address.
 4          Q.  Mail from you to your sister's
 5   address?  Is that what you're
 6   saying?
 7          A.  No, no.  I had mail sent to my
 8   sister's address.
 9          Q.  For the 4 years that she and
10   Arzu lived together, they lived at 2
11   locations; right?
12          A.  I'm not entirely sure on that
13   one.
14          Q.  If that is what Arzu testified
15   to, you have no reason to dispute
16   that?
17          A.  If that is what she said then,
18   yes.  I have no reason to dispute
19   that.
20          Q.  Would you have mail sent to
21   any address that your sister lived at
22   during those 4 years?
23          A.  Yes.
24          Q.  And is it just for any like US
25   based mail?  Or is just all mail in
```



```
 1    download this document?

 2               THE WITNESS:  No, my tech

 3    issue it's not working, but I saw it

 4    through him scrolling.  Thank you.

 5               (BY ATTORNEY KAYE):

 6         Q.  Okay.  So why did you use that

 7    address?

 8         A.  I used that address because I

 9    don't have an address in the US.

10         Q.  Okay.  When you say in the US,

11    you're talking about the lower 48,

12    continental US?

13         A.  Sorry.  I don't know what that

14    means.

15         Q.  I mean, there is the lower 48.

16    Which is what we call the continental

17    US.  And then there is also Alaska.

18    There is Hawaii.  There is US

19    territories.  There is American

20    Embassies.  There is Naval bases, Air

21    Force bases, Army bases.  All of those

22    are technically US territories.  US

23    addresses where you can get US mail

24    there.

25               So my simple question is, when
```



1  from Eileen.

2      Q.  How did she learning anything

3  from Carlos?

4      A.  I don't know.

5      Q.  Do you know who Carlos is?

6      A.  I don't know Carlos, but they

7  have told -- Eileen or Arzu or both

8  have said that he was a doorman.

9      Q.  Do you know if he was there

10 the day of this alleged service?

11     A.  I was not in New York.  I do

12 not know.

13     Q.  Was Arzu's declaration your

14 idea?

15         ATTORNEY ADAMS:  Objection,

16 instruct her not to answer if it calls

17 for Attorney/Client communication.

18         THE WITNESS:  That would call

19 for Attorney/Client communication.

20         (BY ATTORNEY KAYE):

21     Q.  I mean that's an answer.  Wow.

22 When you asked Arzu whose idea was it

23 for the declaration, he said -- and

24 Barbara, you can give me the page

25 number, but it's lines 13 through 15.

