# Exhibit 3

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

Promoter Defendants

> *Garrison, et al. v. Kevin Paffrath, et al.,* S.D. Fla. Case No. 23-cv-21023

_____/

**DECLARATION OF MUSAB NASSAR**

I, Musab Nassar, declare and state as follows:

1. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. On April 6, 2023, I went to the following location to complete service on Erika Kullberg: 40 Waterside Plaza, New York, NY 10010. Attached as **Exhibit A** is the return of service I executed after completing that service.

3. While inside the entrance lobby to the building on April 6, 2023 I spoke to the doorman at the lobby, consistent with my affidavit of service. The picture attached as **Exhibit B** is a true and accurate copy of the picture I took at that time of the doorman who I spoke with. He placed a call when I told him I was there to serve papers (to apartment 11D on the building's phone system), and then refused me further access to the building to effect service. Under New York law, when the doorman refuses entry to the building, I am authorized to leave the documents with the doorman. I did this, took his picture, and left, having effected service of process in accordance with New York law.

4. On January 29, 2024, I returned to the same location: 40 Waterside Plaza, New York, NY 10010. The pictures attached as **Exhibit C** are true and accurate copies of the pictures I took on January 29, 2024, while I was standing outside of the building.

5. Attached as **Exhibit D** are true and accurate copies of the pictures I took on January 29, 2024, while I was inside of the building located at the 40 Waterside Plaza address.

6. While inside the building on January 29, 2024, I approached the doorman at the lobby, who told me his name was Juan. I showed him the picture attached here as Exhibit B, and Juan advised that the individual in the photograph is a current employee at this location who works as a doorman. Juan did not recall his name.

7. Juan also advised that the company who employs the doormen for this location also employs the doormen for other buildings located at the plaza, such as, for example, 35 Waterside Plaza, York, NY 10010.

8. Juan further advised that the doormen are all rotated amongst the buildings as needed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 30, 2024 in New York, NY.

By _____
Musab Nassar

# Exhibit A

## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:23-CV-21023-CMA

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **KEVIN PAFFRATH, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 24th day of March, 2023 at 12:29 pm to be served on **ERIKA KULLBERG, 40 Waterside Plz, Apt 11D, NEW YORK, NY 10010.** I, __MUSAB NASSAR__, do hereby affirm that on the __6__ day of __APRIL__, 20__23__ at __07:40__ P.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

[X] SUBSTITUTE SERVICE: By serving __JERRY DOE__ as __DOORMAN (REFUSED LAST NAME)__.

( ) POSTED SERVICE: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: TAN SKIN MALE, WEARING HAT, AGE 45-60, HEIGHT 5'9"-6', WEIGHT 181-200LBS DOORMAN CALLED RECIPIENT AND WAS TOLD TO ACCEPT THE DOCUMENTS. ~~DOORMAN REFUSED TO LET ME UP.~~ ~~HAIR COLOR CANNOT BE DETERMINED~~

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

_Musab Nassar_

PROCESS SERVER # 2045119-DCA
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000483

# Exhibit B



# Exhibit C











Case 1:23-md-03076-KMM   Document 546-3   Entered on FLSD Docket 03/20/2024   Page 14 of 18





# Exhibit D



