UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

_____/

**ORDER**

**CONSIDERING** SG Capital Limited's foregoing Unopposed Motion to Extend Reply Briefing Deadline on Sino Global Capital Limited's Motions to Dismiss,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for SG Capital Limited to file its reply briefs in support of its Motion to Dismiss for Insufficient Service of Process (ECF No. 497), Motion to Dismiss for Lack of Jurisdiction (ECF No. 498), and Motion to Dismiss for Failure to State a Claim (ECF No. 499) (collectively, "Motions to Dismiss") is hereby extended by seven (7) days, or up to and including April 3, 2024.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____
HONORABLE K. MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record