IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> *Garrison v. Bankman-Fried*, <br> No. 22-cv-23753-KMM <br><br> *Garrison v. Ohtani*, <br> No. 23-cv-23064-KMM <br><br> *Garrison v. Golden State Warriors, LLC*, <br> No. 1:23-cv-23084-KMM <br><br> *Norris v. Brady*, <br> No. 23-cv-20439-KMM | |

**SPORTS AND ENTERTAINER DEFENDANTS' RESPONSE TO PLAINTIFFS'
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiffs' submission of *SEC v. Genesis Global Capital, LLC*, No. 1:23-cv-00287-ER (S.D.N.Y. Mar. 13, 2024) ("<u>*Gemini*</u>") (ECF 535-1), as supplemental authority is puzzling. That opinion is about whether the SEC adequately alleged a crypto product is a security. Here, the S&E Defendants did not challenge whether Plaintiffs adequately alleged FTX's products are securities, so *Gemini* is inapposite.

If anything, *Gemini* confirms that Plaintiffs do not state claims against the S&E Defendants. The *Gemini* defendants were the entities who created, managed, and profited from the Gemini Earn program, which the *Gemini* court held was plausibly alleged to be a security.

*Gemini* at 1, 3-4, 14-15, 28.  At most, were the Court to follow its reasoning, the *Gemini* decision would suggest that only FTX—not external persons—could potentially be liable for sales of allegedly similar products, such as YBAs.  Yet FTX is one of the only entities that Plaintiffs chose *not* to sue.  *Gemini* does not support any theory of liability against the S&E Defendants—none of whom (unlike the *Gemini* defendants) ever mentioned YBAs or FTT.  ECF 271 at 12, 19.  And of course, *Gemini* does not suggest that the Gemini platform is itself a security.  ECF 372 at 5-6.

Date:  March 21, 2024

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
   Roberto Martínez
   Florida Bar No. 305596
     *bob@colson.com*
   Stephanie A. Casey
   Florida Bar No. 97483
     *scasey@colson.com*
   Zachary Lipshultz
   Florida Bar No. 123594
     *zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Shaquille O'Neal, Golden State Warriors, LLC and Naomi Osaka*

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*pro hac vice*)
     *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
     *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
     *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
  Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax:  +1.424.653.5501

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, and Shaquille O'Neal*


**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8200

Michael Dore (*pro hac vice*)
  *MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
  *JMacEbong@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

By: */s/ Edward Soto*
　Edward Soto (Fla Bar. No. 0265144)
　　*edward.soto@weil.com*

*Attorney for Defendant Shohei Ohtani*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
　　Nathan Bull (Fla. Bar No. 1029523)
　　　*nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
　Jason D. Strabo (*pro hac vice*)
　　*jstrabo@mwe.com*
　Ellie Hourizadeh (*pro hac vice*)
　　*ehourizadeh@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
　Sarah P. Hogarth (*pro hac vice*)
　　*shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher Carver*
　Christopher S. Carver, Esq.
　Florida Bar No. 993580
　　*christopher.carver@akerman.com*
　Jason S. Oletsky, Esq.
　Florida Bar No. 9301
　　*jason.oletsky@akerman.com*

Katherine A Johnson, Esq.
Florida Bar No. 1040357
  *katie.johnson@akerman.com*

*Attorneys for Defendant David Ortiz and Udonis Haslem*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
  *jneiman@mnrlawfirm.com*
Jeffrey Marcus
Fla. Bar No. 310890
  *jmarcus@mnrlawfirm.com*
Michael Pineiro
Fla. Bar No. 041897
  *mpineiro@mnrlawfirm.com*
Brandon Floch
Fla. Bar No. 125218
  *bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Roberto Martínez*
      Roberto Martínez