UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-3076-KMM

| |
|---|
| **In RE** <br><br> **FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** |
| THIS DOCUMENT RELATES TO: <br><br> Law Firms |

**DEFENDANT FENWICK & WEST LLP'S RESPONSE PURSUANT TO LOCAL RULE 7.8 TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Defendant Fenwick & West LLP responds to Plaintiffs' notice of supplemental authority regarding *SEC v. Genesis Global Capital*, No. 23-287 (S.D.N.Y. Mar. 13, 2024). Dkt. 535.

*Genesis* involves allegations that Gemini, a crypto exchange, sold unregistered securities in violation of Section 5 of the Securities Act through its "Gemini Earn" program. After concluding that the Gemini Earn agreements were "securities" (slip op. at 25), the court held that the SEC adequately alleged Gemini was a "necessary participant or substantial factor" in the sale of those securities by "creating, advertising, and facilitating" the Gemini Earn program (*id.* at 28).

*Genesis* is inapposite because Plaintiffs have not alleged that Fenwick violated Section 5 of the Securities Act. Moreover, Plaintiffs have never alleged that Fenwick created, advertised, or facilitated any program to sell the alleged unregistered securities FTX offered through its Yield-Bearing Accounts ("YBA") or native cryptocurrency token ("FTT"). And unlike this case, *Genesis* does not involve claims against *counsel* for an issuer of securities. This is important because, as

explained in Fenwick's motion, counsel cannot be held liable for a client's misconduct based on its provision of routine legal services. Dkt. 276 at 9–15, Dkt. 408 at 10–12, 15–17.

Respectfully submitted,

/s/ Nicole K. Atkinson
DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com
STEPHEN C. RICHMAN
Florida Bar No.: 1015692
srichman@gunster.com
jfirogenis@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK (*pro hac vice*)
mholecek@gibsondunn.com
SAMUEL ECKMAN (*pro hac vice*)
seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Nicole K. Atkinson*
NICOLE K. ATKINSON