UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No: 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants

_____/

**DOMESTIC INVESTOR DEFENDANTS' RESPONSE TO
PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

The Domestic Investor Defendants[1] respond to Plaintiffs' Notice of Filing Supplemental Authority (ECF No. 535), identifying an out-of-district decision in *SEC v. Genesis Global Capital, LLC*, No. 23-cv-287-ER (S.D.N.Y. Mar. 13, 2024) ("*Genesis*"), which analyzed whether the SEC adequately alleged a violation of Section 5 of the Securities Act of 1933. That decision is irrelevant to the Domestic Investor Defendants' Motion to Dismiss (ECF No. 301) (the "Motion"). Plaintiffs have not asserted claims under the Securities Act, and the *Genesis* court's analysis of whether different products were "securities" has no bearing on the Motion. Motion at 28 n.17 (noting that this Court need not consider whether the complaint alleges offers or sales of securities at this time, given its many other pleading deficiencies). Similarly, the *Genesis* court's analysis of what constitutes an "offer" or "sale" of securities under the Securities Act applied a

---

[1]  Altimeter Capital Management, LP, K5 Global Advisor, LLC, Multicoin Capital Management LLC, Paradigm Operations LP, Ribbit Capital, L.P., Sequoia Capital Operations, LLC, SkyBridge Capital II, LLC, Thoma Bravo, LP, and Tiger Global Management, LLC.

different legal standard than those relevant to Plaintiffs' securities claims here, which are brought under California and Florida law. Motion at 26-30.

Dated: March 21, 2024

Respectfully submitted,

/s/ Paul C. Huck, Jr.
**LAWSON HUCK GONZALEZ PLLC**
Paul C. Huck, Jr.
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com
jkim@csgh.com
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

/s/ Amy Jane Longo
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro
Florida Bar No. 776361
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2664
jshapiro@stearnsweaver.com

**ROPES & GRAY LLP**
David Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
david.hennes@ropesgray.com

Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone.: (310) 975-3000
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

*/s/ Scott M. Malzahn*
**TEIN MALONE TRIAL LAWYERS**
Michael Tein
Florida Bar No. 993522
3059 Grand Avenue
Coconut Grove, Florida 33133
Telephone: (305) 442-1101
tein@teinmalone.com

**WAYMAKER LLP**
Brian E. Klein
Scott M. Malzahn
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

*Counsel for Defendant Multicoin Capital Management LLC*

*/s/ Anna Terteryan*
**BERGER SINGERMAN LLP**
Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305)-714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

**KIRKLAND & ELLIS LLP**
Mark McKane (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)
Stephen Silva (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*

*/s/ Alexander C. Drylewski*
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Alexander C. Drylewski (admitted *pro hac vice*)

*/s/ Jeffrey F. Robertson*
**SCHULTE ROTH & ZABEL LLP**
Peter H. White
Jeffrey F. Robertson
555 Thirteenth Street, NW
Suite 6W
Washington, DC 20004
Telephone: 202-729-7470
Facsimile: 202-730-4520
pete.white@srz.com
jeffrey.robertson@srz.com

*Counsel for Defendant Tiger Global Management, LLC*

Mikal Davis-West
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Mark R.S. Foster (admitted *pro hac vice*)
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendant Paradigm Operations LP*

*/s/ Nicholas D. Marais*
**AKERMAN LLP**
Jacqueline M. Arango
Florida Bar No. 664162
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374 5600
jacqueline.arango@akerman.com

**KEKER, VAN NEST & PETERS LLP**
Steven P. Ragland
Nicholas D. Marais
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
sragland@keker.com
nmarais@keker.com

*Counsel for Defendant Ribbit Capital, L.P.*

*/s/ Jason C. Hegt*
**LATHAM & WATKINS LLP**
James E. Brandt
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Fax: (212) 751-4864
james.brandt@lw.com
jason.hegt@lw.com

*Counsel for Defendant K5 Global Advisor, LLC*

*/s/ Douglas R. Hirsch*
**SADIS & GOLDBERG LLP**
Douglas R. Hirsch
Frank S. Restagno
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

*Counsel for Defendant SkyBridge Capital II, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel and parties of record.

*/s/ Paul C. Huck, Jr.*
Paul C. Huck, Jr.

*Counsel for Defendant*
*Sequoia Capital Operations, LLC*