# Exhibit 1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF FLORIDA

3    MDL NO.3076

4    CASE NO. 1:23-md-03076-KMM

5

6    IN RE:

7        FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

8

9    _____/

10

11   VIDEO AND ZOOM

12   DEPOSITION OF:          JASPREET SINGH - VTC

13   DATE:                   Thursday, February 1, 2024

14   TIME:                   2:08 p.m.

15   LOCATION:               Northville, Michigan

16   REPORTER:               Lory Helland, CER-#3778

17                           Certified Reporter

18

19

20

21

22

23

24

25



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   BROOKE ALEXANDER, ESQ.

 4   Boies Schiller Flexner LLP

 5   333 Main Street

 6   Armonk, New York 10504

 7   914-749-8200

 8   balexander@bsfllp.com

 9        Appearing on behalf of the Plaintiff.

10

11   STEPHEN ZACK, ESQ.

12   Boies Schiller Flexner LLP

13   100 SE Street

14   Suite 2800

15   Miami, Florida 33131

16   305-539-8400

17        Appearing on behalf of the Plaintiff.

18

19   BRIAN GIACALONE, ESQ.

20   Boies Schiller Flexner LLP

21   333 Main Street

22   Armonk, New York 10504

23   914-749-8200

24        Appearing on behalf of the Plaintiff.

25
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      3

```
1   VIDEO AND ZOOM APPEARANCES:

2

3   JACK TUBIO, ESQ.

4   Boies Schiller Flexner LLP

5   333 Main Street

6   Armonk, New York 10504

7   914-749-8200

8   jtubio@bsfllp.com

9        Appearing on behalf of the Plaintiff.

10

11  RACHEL MARTIN, ESQ.

12  Boies Schiller Flexner LLP

13  333 Main Street

14  Armonk, New York 10504

15  914-749-8200

16  rmartin@bsfllp.com

17       Appearing on behalf of the Plaintiff.

18

19  ROBERT L. LIEFF, ESQ.

20  Lieff Cabraser Heimann & Bernstein

21  P.O. Drawer A

22  Rutherford, California 94573

23  415-250-4800

24       Additional Counsel for Plaintiff.

25
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                            4

```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   BARBARA C. LEWIS, ESQ.

 4   The Moskowitz Law Firm, PLLC

 5   Continental Plaza

 6   3250 Mary Street

 7   Suite 202

 8   Coconut Grove, Florida 33133

 9   305-740-1423

10   barbara@moskowitz-law.com

11        Appearing on behalf of the Plaintiff.

12

13   JOSEPH M. KAYE, ESQ.

14   The Moskowitz Law Firm, PLLC

15   Continental Plaza

16   3250 Mary Street

17   Suite 202

18   Coconut Grove, Florida 33133

19   305-740-1423

20        Appearing on behalf of the Plaintiff.

21

22

23

24

25
```



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   JOHN E. RODSTROM, ESQ.

 4   The Moskowitz Law Firm, PLLC

 5   Continental Plaza

 6   3250 Mary Street

 7   Suite 202

 8   Coconut Grove, Florida 33133

 9   305-740-1423

10       Appearing on behalf of the Plaintiff.

11

12   DEREK ADAMS, ESQ.

13   Potomac Law Group, PLLC

14   1717 Pennsylvania Avenue NW

15   Suite 1025

16   Washington, DC 20006

17   202-558-5557

18       Appearing on behalf of the Defendants Brian Jones,

19   Creators Agency and Erika Kullberg.

20

21

22

23

24

25
```



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   MICHAEL O. CUMMINGS, ESQ.

 4   Cummings McClorey Davis & Acho, PLC

 5   1185 Avenue of the Americas

 6   3rd Floor

 7   New York, New York 10036

 8   212-547-8810

 9       Appearing on behalf of the Defendant Jaspreet Singh.

10

11   RONALD G. ACHO, ESQ.

12   Cummings McClorey Davis & Acho, PLC

13   17436 College Parkway

14   Livonia, Michigan 48125

15   734-261-2400

16   racho@cmda-law.com

17       Appearing on behalf of the Defendant Jaspreet Singh.

18

19   ALEXIS D. DEVEAUX, ESQ.

20   Gunster

21   401 East Jackson Street

22   Suite 1500

23   Tampa, Florida 33602

24   813-739-6956

25       Appearing on behalf of Fenwick and West.
```



```
 1   VIDEO AND ZOOM APPEARANCES:

 2

 3   NICOLE K. ATKINSON, ESQ.

 4   Gunster

 5   777 South Flagler Drive

 6   Suite 500 East

 7   West Palm Beach, Florida 33401

 8   561-650-0561

 9       Appearing on behalf of Fenwick and West.

10

11   TOMMY HOYT, ESQ.

12   Sidley Austin, LLP

13   1 South Dearborn Street

14   Chicago, Illinois 60603

15   312-853-7000

16       Appearing on behalf of Defendant Creator MetaPCAs LLC.

17

18   DIXON C. ANDERSON, ESQ.

19   Latham & Watkins LLP

20   10250 Constellation Boulevard

21   Suite 1100

22   Los Angeles, California 90067

23   424-653-5674

24

25   VIDEO AND ZOOM APPEARANCES:
```



1

2    ALSO PRESENT:  George B. Ellis - Videographer

3                  Rejane Passos - Paralegal Moskowitz Law Firm

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      9

```
 1
 2                         I  N  D  E  X
 3    WITNESS                                          PAGE
 4
 5         JASPREET SINGH
 6
 7    Examination by Ms. Alexander                      18
 8
 9
10
11                    E  X  H  I  B  I  T  S
12
13    NUMBER      IDENTIFICATION                       PAGE
14
15    Exhibit #1  Screenshot of YouTube Channel         24
16    Exhibit #2  Declaration                           42
17    Exhibit #3  Objection - Jurisdictional
18                Interrogatories                       45
19    Exhibit #4  Minority Mindset YouTube
20                Channel Screenshot                    60
21    Exhibit #5  Instagram Screenshot                  62
22    Exhibit #6  Minority Mindset Facebook Page        63
23    Exhibit #7  X Platform Screenshot                 67
24    Exhibit #8  Discussion Board Community            73
25    Exhibit #9  Minoritymindset.com Screenshot        74
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      10

```
 1                  E  X  H  I  B  I  T  S

 2

 3    NUMBER        IDENTIFICATION                    PAGE

 4

 5   Exhibit #10    YouTube Video Screenshot           78

 6   Exhibit #11    FTX US Talking Points              79

 7

 8

 9              EXHIBITS SCANNED TO THE TRANSCRIPT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                          Northville, Michigan

 2                          Thursday, February 1, 2024

 3                          2:08 p.m.

 4              *      *      *

 5              VIDEOGRAPHER:  We are now on the record.

 6    The time is 2:08 p.m. Eastern Time on February 1st,

 7    2024.

 8              This begins the videoconference deposition

 9    of Jaspreet Singh, taken in the matter of In Re:  FTX

10    Cryptocurrency Exchange Collapse Litigation.

11              The case number is 1:23-md-03076-KMM and is

12    filed in the United States District Court, Southern

13    District of Florida, MDL No. 3076.

14              My name is George Ellis.  I'm your remote

15    videographer.  Our court reporter today is Lory

16    Helland.  And we are representing Esquire Deposition

17    Solutions.

18              Counsel, if you would please state your

19    name and who you represent, after which the court

20    reporter will swear in.

21              MS. ALEXANDER:  My name is Brooke Alexander

22    from the law firm of Boies Schiller Flexner

23    representing the plaintiffs.

24              Here with me from Boies Schiller is my

25    partner, Steve Zack, as well as associates from our
```



1   office, Jack Tubio, Brian Giacalone and Rachel Martin.

2           MR. ACHO:  Let's go off the record for a

3   second.

4           Brooke, so you know, one of your --

5           VIDEOGRAPHER:  One moment, sir.  We're

6   still on the record.  One moment, please.

7           Going off the record, the time is 2:09.

8           (Off the record at 2:09 p.m.)

9        (Back on the record at 2:10 p.m.)

10          VIDEOGRAPHER:  Back on the record.  The

11  time is 2:10.

12          MS. ALEXANDER:  Let's continue with the

13  introductions.

14          Who else is on for plaintiffs?

15          MR. LIEFF:  I am Robert Lieff, additional

16  counsel for the plaintiffs.  Thank you.

17          MS. ALEXANDER:  And Joey Kaye from the

18  Moskowitz Law Firm is also on, also represents the

19  plaintiffs.

20          MS. LEWIS:  Barbara Lewis also from

21  Moskowitz Law Firm is on as well.

22          MR. RODSTROM:  John Rodstrom from the

23  Moskowitz Law Firm representing the plaintiffs.

24          MR. ADAMS:  Derek Adams from Potomac Law

25  Group representing Defendants Brian Jones, Creators



JASPREET SINGH                                           February 01, 2024
FTX Cryptocurrency Exchange                                            13

1  Agency and Erika Kullberg.

2          MR. ACHO:  Ron Acho and Michael Cummings of

3  Cummings, McClorey, Davis and Acho representing

4  Jaspreet Singh.

5          MS. ATKINSON:  Nicole Atkinson and Alexis

6  Deveaux of the Gunster Law Firm representing Fenwick

7  and West.

8          MR. HOYT:  Tommy Hoyt of Sidley Austin LLP

9  on behalf of Defendant Creator MetaPCAs LLC.

10         MS. ALEXANDER:  Good afternoon, Mr. Singh.

11         WITNESS:  Good afternoon.

12         MS. ALEXANDER:  I've been advised that your

13  counsel would like to state something on record before

14  we begin, so I am going to briefly cede the floor to

15  him for that.

16         VIDEOGRAPHER:  Also, the witness has not

17  been sworn.

18         MR. ACHO:  What is your preference,

19  Ms. Alexander?

20         MS. ALEXANDER:  Why don't you go ahead and

21  then we'll swear in the witness.

22         MR. ACHO:  I want to put on the record my

23  concern about this deposition.  If it was handled in

24  the same fashion as the deposition that was just taken

25  a few minutes ago by Plaintiff's firm, not this firm,



1    but the other firm that's been lead counsel, in that

2    deposition, I believe, from what I have gathered, 75

3    percent of the questions were improper.  Not only were

4    they irrelevant, immaterial, but they violated the

5    Court's order.

6             The Court's order for this deposition is

7    very clear.  It deals with jurisdiction only and the

8    targeting of Florida.  This is not a discovery

9    deposition regarding liability.

10            We have provided the discovery documents to

11   Plaintiff's Counsel that show clearly Mr. Singh had no

12   connection to Florida at all, none.  That's why this

13   deposition is only to verify that fact.

14            If this deposition is in any way like the

15   one earlier, we will do multiple things, but we are

16   not going to allow it to continue.

17            The other thing is, there have been no

18   exhibits that are going to be introduced because none

19   were supplied to us.  As a consequence, no exhibits

20   should go in at all.

21            As long as Counsel understands that she

22   knows what the rules are, I don't have to go over them

23   again, but the order was very explicit.  Plaintiff's

24   firm wanted this to be much broader, but the

25   magistrate judge did not allow it.



```
 1              So we're going to go forward, but it's
 2    going to be a tight leash.  It's not going to be like
 3    what happened earlier today.
 4              Thank you.
 5              MS. ALEXANDER:  Ron, I don't appreciate the
 6    lecture.
 7              MR. ACHO:  Call me Mr. Acho, please.
 8              MS. ALEXANDER:  Mr. Acho, I don't
 9    appreciate the lecture.  I will not, on this
10    deposition, speak to anything that happened earlier
11    because I don't believe that's appropriate.
12              I will be introducing exhibits.  You are
13    free to lodge objections.  You're not free to lodge
14    speaking objections as that's not permitted in this
15    district.
16              I will confine my questions to the court
17    order, which is deposition on personal jurisdiction.
18              And with that, I'd like to swear in
19    the witness.
20              MR. ACHO:  Hold on a second.
21              Can you explain to me why you didn't
22    provide us with exhibits in advance?  Because how am I
23    going to see these exhibits?  How are you going to
24    introduce them --
25              MS. ALEXANDER:  The same way we have done
```



1    for every other deposition in this matter.  I will

2    share my screen with the exhibit on the screen for you

3    and the witness to view.  If it is not entirely

4    visible or you request it, I will drop the file into

5    the chat box.  You can click on it to open it and

6    download it to your computer and freely scroll through

7    it as we are discussing the exhibit.

8              MR. ACHO:  I find that inappropriate.  I'll

9    make my objection.  I'm going to object to each of the

10   exhibits because you shouldn't have done it that way.

11   You've just made much more difficult for the witness.

12   You made it difficult for me and my partner,

13   Mr. Cummings.

14             All right.  I'm not lecturing you, I'm just

15   advising you what we intend to do if your deposition

16   goes far afield.

17             MS. ALEXANDER:  You're free to lodge your

18   objections as we go.

19             MR. ACHO:  Thank you.  Thank you.

20             MS. ALEXANDER:  Can we swear in

21   the witness, please.

22             J A S P R E E T   S I N G H

23   having been first duly sworn, was examined and testified as

24   follows:

25             MS. ALEXANDER:  Good afternoon, Mr. Singh.



```
 1              WITNESS:  Good afternoon, Ms. Alexander.

 2              MS. ALEXANDER:  I go by Brooke.  You should

 3   feel free to call me that today.

 4              What do you prefer to be called?

 5              WITNESS:  Jaspreet is fine.

 6              MS. ALEXANDER:  Okay.  Terrific, Jaspreet.

 7              You understand that you're under oath

 8   today?

 9              WITNESS:  I do.

10              MS. ALEXANDER:  And that means that the

11   statements you make here have the same force as they

12   would as if they were in a courtroom to a judge and

13   jury, correct?

14              WITNESS:  I would assume so.

15              MS. ALEXANDER:  And there's nothing today

16   that will prevent you from giving me your full

17   attention while we're on the record?

18              WITNESS:  No.

19              MS. ALEXANDER:  Is anyone in the room with

20   you?

21              WITNESS:  No.

22              MS. ALEXANDER:  And if anyone enters the

23   room during this deposition, I would ask that you

24   would please advise me of that fact.  Do you

25   understand?
```



```
 1                    WITNESS:  Yes.

 2                    MS. ALEXANDER:  And at if at any point

 3         today you don't understand my questions, will you

 4         please ask me to rephrase or restate the question for

 5         you before answering?

 6                    WITNESS:  Yes, ma'am.

 7                    MS. ALEXANDER:  Do you have any papers in

 8         front of you right now?

 9                    WITNESS:  Well, I have -- yes.

10                    MS. ALEXANDER:  Do you intend to look at

11         any of those papers during deposition today?

12                    WITNESS:  No.

13                    MS. ALEXANDER:  And do you have any

14         documents on your computer that are accessible to you

15         that you intend to look at during the deposition

16         today?

17                    WITNESS:  No.

18                    MS. ALEXANDER:  And I would ask if at any

19         point you do wish to look at a document, that you

20         please tell me before you do so.

21                    Do you understand?

22                    WITNESS:  Yes.

23                    MS. ALEXANDER:  Terrific.

24                    E X A M I N A T I O N

25     BY MS. ALEXANDER:
```



JASPREET SINGH                                           February 01, 2024
FTX Cryptocurrency Exchange                                            19

```
1    Q.   Have you ever been deposed before, Jaspreet?

2    A.   No.

3    Q.   What did you do to prepare for your deposition today?

4    A.   What do you mean by that?

5    Q.   Did you look at any documents or conduct any meetings,

6         including but not limited to, meeting with your

7         counsel?

8    A.   Yes.

9    Q.   Can you tell me what you did?

10   A.   I talked to my counsel.

11   Q.   When did you talk to your counsel?

12   A.   I'm not sure what you mean by that.

13   Q.   In preparation for this deposition, you just told me

14        that you spoke to your counsel.

15             Was that one meeting or more than one

16        meeting?

17   A.   Again, I'm not exactly sure what you would mean by

18        that.

19   Q.   Let's take a step back.

20             You're sitting for a deposition today,

21        correct?

22   A.   Yes.

23   Q.   In preparation for that deposition, you just told me

24        that you met with your counsel, correct?

25   A.   Yes.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      20

```
 1   Q.   When was the last time you met with your counsel to

 2        get ready for today's deposition?

 3   A.   Today.

 4   Q.   And for approximately how long did you meet with your

 5        counsel today?

 6   A.   I'm not sure.

 7   Q.   During that meeting, did you review any documents?

 8   A.   No.

 9   Q.   Prior to meeting with your counsel today, did you do

10        anything else to get ready for today's deposition?

11   A.   No.

12   Q.   Did you review any documents to prepare for today's

13        deposition?

14   A.   No.

15   Q.   Great.

16             I'd like to do a little bit of foundation

17        work.  Can you tell me about your education?

18   A.   Can you specify what you mean?

19   Q.   After high school, did you attend any college or

20        graduate or professional schools?

21   A.   Yes.

22   Q.   Can you tell me what schools you went to and what

23        degrees you earned from them?

24   A.   I went to the University of Michigan for

25        undergraduate.  I received a degree in the subset of
```



| | | |
|---|---|---|
| 1 | | psychology.  I went on to go to law school at the |
| 2 | | Wayne State University and received my degree from |
| 3 | | there. |
| 4 | Q. | After you finished law school, were you admitted to |
| 5 | | the bar? |
| 6 | A. | Yes. |
| 7 | Q. | In what state? |
| 8 | A. | Michigan. |
| 9 | Q. | Approximately what year was that? |
| 10 | A. | I believe 2018. |
| 11 | Q. | Have you ever practiced law? |
| 12 | A. | No. |
| 13 | Q. | Can you tell me about your employment history after |
| 14 | | law school? |
| 15 | A. | What do you mean by that? |
| 16 | Q. | Upon graduation, where -- where did you work? |
| 17 | A. | I was self-employed. |
| 18 | Q. | Are you still self-employed today? |
| 19 | A. | Yes. |
| 20 | Q. | Okay. |
| 21 | | Do you understand why you're sitting for a |
| 22 | | deposition today? |
| 23 | A. | Yes. |
| 24 | Q. | Can you tell me what your understanding is? |
| 25 | A. | This is a jurisdictional deposition regarding this |



```
 1        lawsuit.
 2   Q.   And when you say "this lawsuit", what do you
 3        understand this lawsuit to mean?
 4   A.   The lawsuit where I'm a defendant.
 5   Q.   What conduct does this lawsuit concern, as you
 6        understand it?
 7   A.   I'm not sure.
 8   Q.   When you say "this lawsuit", are you referring to one
 9        case or more than one case?
10   A.   This one case.
11   Q.   Do you understand that there are two lawsuits pending
12        against you in this MDL?
13   A.   No.
14   Q.   So if I were to tell you that there was one case filed
15        in Florida and another case filed in Michigan, that
16        would be new information to you?
17   A.   I don't recall all the details of the case.
18   Q.   So as we sit here today, your understanding is that
19        we're here about jurisdiction.
20                  Is it your understanding that we're here
21        about jurisdiction of a Florida case, of a Michigan
22        case, or both?
23   A.   Florida.
24   Q.   And it's your understanding that the jurisdictional
25        dispute concerns only the Florida case, correct?
```



JASPREET SINGH                                                    February 01, 2024
FTX Cryptocurrency Exchange                                                      23

```
 1   A.   Yes.

 2   Q.   What do you understand FTX to be?

 3   A.   I'm not sure what you mean by that.

 4   Q.   Let's take a step back.  I'll lay a little more

 5        foundation here.

 6                  At some point after your graduated from law

 7        school, you entered into a sponsorship agreement with

 8        FTX; is that correct?

 9   A.   No.

10   Q.   At some point after law school, you entered into an

11        agreement with Creators Agency, whereby you agreed to

12        provide certain services relating to FTX; is that

13        correct?

14   A.   No.

15   Q.   Do you have any relationship with FTX?

16   A.   No.

17   Q.   Have you ever provided sponsorship services to FTX?

18   A.   No.

19   Q.   Bear with me for a moment.

20                  Has any entity you own or control ever been

21        sponsored by FTX?

22   A.   No.

23                  MS. ALEXANDER:  I am going to pull up and

24        mark as Exhibit 1 a screenshot from your YouTube

25        channel, and you will see it on the screen shortly.
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                            24

```
 1                    (Exhibit #1, YouTube Channel Screenshot,
 2          was marked for identification.)
 3    BY MS. ALEXANDER:
 4    Q.   Mr. Singh, do you see a YouTube screen appearing on
 5         your Zoom window?
 6    A.   I do.
 7    Q.   And what YouTube channel is this from?
 8    A.   Minority Mindset.
 9    Q.   And who is the person appearing in this YouTube video
10         in the frame currently captured?
11    A.   That's me.
12    Q.   Is this Minority Mindset YouTube channel one of your
13         businesses?
14    A.   Can you specify what you mean by that?
15    Q.   Do you own and/or control the Minority Mindset YouTube
16         account?
17    A.   I do, yes.
18    Q.   And how would you -- would you refer to it as a
19         business, as a personal brand, or otherwise?
20    A.   I'm not sure what you mean by that.
21    Q.   I'm trying to get on the same page with you about
22         language so that we don't have to go around in circles
23         on some of these.
24                    So do you consider this to be a business
25         you run, do you consider this to be personal YouTube
```



JASPREET SINGH                                        February 01, 2024
FTX Cryptocurrency Exchange                                         25

 1        channel?  I want to use the language when I refer to

 2        it that you would use to refer to it.

 3   A.   I'm not really sure.

 4   Q.   Okay.

 5             I will call it by its name then, the

 6        Minority Mindset YouTube channel.

 7   A.   Sure.

 8   Q.   So below this video, there's a gray shaded box that

 9        shows a number of views, a date, and then there are

10        two lines of text at the top.  The second line reads,

11        "This is an advertisement.  Minority Mindset a paid

12        partner with FTX."

13             Do you see that?

14   A.   I do.

15   Q.   Didn't you just tell me that you had no sponsorship or

16        other relationship with FTX?

17   A.   Yes.

18   Q.   How can that be true?

19   A.   My relationships were contracts with FTX US.

20   Q.   So, I see.

21             So what you are taking issue with in my

22        statement is that I did not specify FTX US versus

23        ftx.com; is that correct?

24   A.   Yes.

25             MS. ALEXANDER:  So I'm going to take



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     26

1        Exhibit 1 down.

2                   MR. ACHO:  We do object to this exhibit and

3        any other exhibits that were not previously provided

4        and marked.

5                   MS. ALEXANDER:  Understood.

6    BY MS. ALEXANDER:

7    Q.   So let's go back.

8                   You had a relationship with FTX US,

9        correct?

10   A.   Yes.

11   Q.   When did you first have the relationship with FTX US?

12   A.   Can you define what you mean by relationship?

13   Q.   I'm using it in the broadest sense of the word, an

14       agreement to provide some service to FTX US, whether

15       directly or through an agent or intermediary.

16   A.   I don't recall exactly when.

17   Q.   Do you recall the year?

18   A.   I believe 2022.

19   Q.   Did your relationship with FTX US end in 2022 or

20       continue on towards the present?

21   A.   I believe it ended in 2022.

22   Q.   And did you have a formal written agreement with FTX

23       US?

24   A.   I don't recall.

25   Q.   Let's talk a little bit more about your relationship



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     27

```
 1        with FTX.
 2                    Who at FTX did you --
 3                    MR. ACHO:  I'm going to object.  I'm going
 4        to object, mischaracterization.
 5   BY MS. ALEXANDER:
 6   Q.   Who at FTX did you speak with during 2022?
 7   A.   Nobody.
 8   Q.   If you didn't speak with anyone at FTX US, who was the
 9        agent or intermediary that spoke with FTX on your
10        behalf?
11   A.   Creators Agency.
12   Q.   And who is Creators Agency?
13   A.   I'm not sure what you mean by that.
14   Q.   What function does Creators Agency serve for you?
15   A.   Can you be more specific?
16   Q.   Do you have a contract with Creators Agency?
17   A.   I'm not sure.
18   Q.   What is your relationship with Creators Agency?
19   A.   Again, can you be a little more specific, please.  I'm
20        sorry, I'm not fully understanding what you're asking
21        from me.
22   Q.   Sure.
23                    Is it food service, is it -- does it clean
24        your apartment?  What general category of business is
25        Creators Agency, and what does it do for you?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     28

```
 1   A.   I think there's a couple questions there.  Could you
 2        specify exactly what you're asking from me?
 3   Q.   I want to know what Creators Agency does, provides --
 4        what services Creators Agency provides to you and your
 5        YouTube channel that we were just looking at.
 6   A.   I don't want to speculate on what Creators Agency does
 7        as an entity.  However, for me as a YouTube channel,
 8        they have brought potential sponsors or advertisers to
 9        me.
10   Q.   So they serve as your agent in sourcing advertisers
11        for your channel; is that an accurate statement?
12   A.   I'm not sure what you mean by "agent".
13   Q.   They source advertising deals on your behalf; is that
14        accurate?
15   A.   When you say "on my behalf", I don't want to
16        misinterpret what you're saying.  I apologize if I'm
17        being very crass --
18   Q.   No.
19   A.   -- when you ask questions, but I'm not sure what you
20        mean exactly by "on my behalf".  Sorry again.
21   Q.   Let me try to rephrase.
22   A.   Sure.
23   Q.   They speak with advertisers and then inform you of
24        potential advertising opportunities; is that accurate?
25   A.   Yes.  Thank you.
```



JASPREET SINGH                                              February 01, 2024
FTX Cryptocurrency Exchange                                              29

```
 1   Q.   Great.  Sure.
 2              We -- you should continue to do that.  It's
 3        important that we completely understand each other
 4        here today.
 5   A.   I appreciate your understanding.
 6   Q.   Did Creators Agency source FTX for your YouTube
 7        channel?
 8   A.   FTX US.
 9   Q.   Thank you.  Yes.
10              Who at Creators Agency reached out to you
11        about the FTX US opportunity?
12   A.   I believe Apple Crider.
13   Q.   Where is Creators Agency located?
14   A.   I'm not sure.
15   Q.   Where is Apple Crider located?
16   A.   I'm not sure.
17   Q.   During your relationship with Creators Agency, did you
18        speak with or correspond with anyone other than Apple
19        Crider?
20   A.   I believe so, yes.
21   Q.   Who do you recall?
22   A.   I don't remember off the top of my head, but I believe
23        there was somebody else who may have been involved in
24        the e-mails, but I don't really remember.
25   Q.   During 2022 when you had a relationship with FTX US,
```



JASPREET SINGH                                February 01, 2024
FTX Cryptocurrency Exchange                                30

```
 1        where did you understand FTX US to be located?
 2   A.   I'm not sure.  I don't recall.
 3   Q.   And you previously stated that you never spoke with
 4        anyone who worked for FTX US; is that correct?
 5   A.   In 2022?
 6   Q.   Yes.
 7   A.   Yeah, correct.
 8   Q.   Pursuant to the agreement that Creators Agency made
 9        with FTX for you -- FTX US for you, what services did
10        you agree to provide to FTX US?
11   A.   Sorry, could you repeat the question?
12   Q.   Sure.
13                  Pursuant to the agreement that Creators
14        Agency made with FTX (sic) on your behalf, what
15        services did you agree to provide for FTX US?
16   A.   If I'm understanding your question, I believe
17        advertising services.
18   Q.   The advertising services that you agreed to provide to
19        FTX US, what platform did you agree to use for the
20        provision of those services?
21   A.   YouTube.
22   Q.   Did you, indeed, provide the services that you agreed
23        to in the contract on YouTube for the duration of your
24        agreement with FTX?
25   A.   Sorry, would you mind specifying what you're asking
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      31

```
 1        from me exactly?
 2   Q.   Sure.
 3              In short, I'm asking whether you did
 4        everything you agreed to do under the contract.
 5   A.   I don't know.  I can't recall the terms of the
 6        contract.
 7   Q.   Whose responsibility was it to make sure that you
 8        fulfilled your part of the agreement with FTX?
 9              MR. ACHO:  Objection, mischaracterization.
10              WITNESS:  Sorry, could you repeat your
11        question?
12              MS. ALEXANDER:  Sure.
13   BY MS. ALEXANDER:
14   Q.   Whose responsibility was it to ensure that the
15        advertisements you agreed to provide to FTX were,
16        indeed, provided?
17              MR. ACHO:  Objection, mischaracterization
18        again.  If you just correct your questions,
19        Ms. Alexander, I wouldn't have to object.
20              WITNESS:  I'm sorry, I'm just not fully
21        understanding what you mean by that.
22              MR. ACHO:  Ms. Alexander is ignoring what I
23        just told her.
24              MS. ALEXANDER:  I don't need speaking
25        objections on the record please, Mr. Acho.
```



```
 1                    MR. ACHO:  Ms. Alexander, if you keep

 2          misstating what my client said, then I have to keep

 3          objecting, and I really don't want to do that.

 4     BY MS. ALEXANDER:

 5     Q.   What I am trying to understand, Mr. Singh, is what

 6          role Creators Agency played in determining when you

 7          created an advertisement for FTX?

 8                    MR. ACHO:  Objection, mischaracterization.

 9                    WITNESS:  I can't speculate on what their

10          role is.

11     BY MS. ALEXANDER:

12     Q.   Let's take a couple steps back and we'll walk through

13          it.

14                    When -- in your relationship with FTX, did

15          you create more than one YouTube video?

16                    MR. ACHO:  Objection, mischaracterization

17          and lack of foundation.

18                    WITNESS:  So if we back up on your

19          question, I'm going to assume you mean FTX US?

20                    MS. ALEXANDER:  Yes.

21                    WITNESS:  Your question was, I'm sorry, one

22          more time.

23                    MS. ALEXANDER:  Let me restate.

24     BY MS. ALEXANDER:

25     Q.   You have previously testified that your relationship
```



1   with FTX concerned the creation of YouTube videos --

2          MR. ACHO:  Objection, mischaracterization,

3   lack of foundation.

4          MS. ALEXANDER:  Please let me finish my

5   question before you lodge your objection.

6          MR. ACHO:  Okay.  But can you just correct

7   yourself so we don't have to go through this exercise

8   for no reason?  Say it correctly, FTX US.  He's never

9   said FTX.  You're doing this intentionally, and I

10  don't appreciate that.

11         MS. ALEXANDER:  I don't appreciate your

12  insinuations, I don't appreciate your interruptions,

13  and I don't appreciate you alleging that I'm doing

14  something intentionally.

15         MR. ACHO:  Then why are you doing it, then?

16  Why are you doing it when he said to you multiple

17  times FTX US?  Can't you just --

18         MS. ALEXANDER:  Let's end this colloquy so

19  I can get back to my deposition, please.

20         MR. ACHO:  If you do it correctly.

21  Otherwise, I have keep objecting because you won't

22  correct your question.  This is on the record.

23         MS. ALEXANDER:  Okay.  That's -- why don't

24  I put on the record any time today that I

25  unintentionally refer to FTX, I am always referring to



```
 1        FTX US.
 2                 MR. ACHO:  Thank you.
 3                 MS. ALEXANDER:  I have no -- I have no
 4        questions today that will specifically differentiate
 5        FTX International.  So any reference today to FTX is
 6        to FTX US.
 7                 MR. ACHO:  Good.  Then --
 8                 MS. ALEXANDER:  Let's move on.
 9                 MR. ACHO:  -- then I don't have to object.
10   BY MS. ALEXANDER:
11   Q.   So what I would like to understand is your
12        relationship with Creators Agency --
13   A.   Uh-huh.
14   Q.   -- and how that relates to you fulfilling your
15        obligations to FTX US.
16                 So let me lay the foundation here.  You've
17        previously testified that in your agreement with FTX,
18        you created advertisements and that they were to be
19        posted on YouTube; is that correct?
20   A.   Yes.
21   Q.   How many, approximately, advertisements did you create
22        during your relationship with FTX US?
23   A.   I'm not sure.
24   Q.   More or less than five?
25   A.   I don't recall how many there were.
```



```
1    Q.   During your relationship with FTX US, did you decide

2         when to post an advertisement, or did a direction come

3         to you from Creators Agency to do so?

4    A.   I'm not sure what you mean exactly by that, sorry.

5    Q.   Did Creators Agency or Apple Crider at Creators Agency

6         tell you when you needed to create an advertisement

7         for FTX US?

8    A.   I'm not sure.

9    Q.   How frequently did you correspond with Creators Agency

10        during 2022?

11   A.   I'm not sure.

12   Q.   Did Creators Agency dictate the content of your FTX

13        advertisements?

14   A.   Can you tell me what you mean by that?

15   Q.   Did Creators Agency provide content or talking points

16        for you to use in creating the advertisements that you

17        made for FTX US?

18   A.   I was given talking points, yes.

19   Q.   And did you, in fact, use those talking points when

20        creating advertisements for FTX US?

21   A.   I don't remember what I did or didn't do when I was

22        creating the advertisements.

23   Q.   Do you recall who, if anyone, needed to approve your

24        advertisements for FTX before the videos went live?

25   A.   I don't recall who, no.
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                          36

1    Q.   Did anyone need to approve your videos advertising FTX
2         US before it went live?
3    A.   I'm not sure if they needed to approve it.
4    Q.   In practice, did you submit your advertisements to
5         anyone before they went live?
6    A.   I believe we did, but I don't recall how many or which
7         ones.
8    Q.   Do you know any other individual creators who are
9         represented by Creators Agency?
10   A.   What do you mean by that?
11   Q.   Are you aware of any other content creators who are --
12        who have deals, advertising deals sourced for them by
13        Creators Agency?
14   A.   I'm not sure.
15   Q.   Are you aware of any other content creators who had
16        deals with FTX US?
17   A.   I'm not sure.
18   Q.   Did you ever do a joint advertisement or joint
19        promotion with another advertiser for FTX US?
20   A.   No.
21   Q.   Have you ever met Erika Kullberg?
22   A.   Yes.
23   Q.   In what context have you met Erika Kullberg?
24   A.   What do you mean by that?
25   Q.   How do you know her?



```
 1   A.   I'm not sure how I know her.
 2   Q.   When did you first meet her?
 3   A.   Again, I'm sorry if I'm being rude, but can you define
 4        what you mean by that?
 5   Q.   You told me that you know who Erika Kullberg is, that
 6        you know her.
 7   A.   Yes.
 8   Q.   From where do you know her?
 9   A.   From where, as in --
10   Q.   Did you -- is she a college classmate, do you watch
11        her YouTube channel?  In what context are you aware of
12        her existing?
13   A.   I'm not sure how I first got to know Erika.
14   Q.   How do you know her now?
15   A.   What do you mean by that?
16   Q.   Is she a friend, is she a colleague, is she an
17        employer of yours?
18              I'm looking for a general understanding of
19        how you know her.
20   A.   She makes content on the Internet, as far as I know.
21        I know her from there.  I mean, I don't know how her
22        and I met or when that was, if that's the question
23        that you're asking me.  I don't know how --
24   Q.   That's fine.
25              MR. ACHO:  Counsel, you're going far afield
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                           38

```
 1       now.  What his relationship with Erika Kullberg has to
 2       do with jurisdiction in Florida, I've tolerated these
 3       questions, but, you know, you got to start moving on.
 4       This is not what the Court ordered.
 5                 I'm looking at that Court order, and it
 6       talks about agreements with FTX, okay, or those
 7       dealing with FTX, but dealing with Florida, so please
 8       move on.
 9  BY MS. ALEXANDER:
10  Q.   Do you know Erika Kullberg in her capacity as the
11       co-founder of Creators Agency?
12  A.   What do you mean by that?
13  Q.   In connection with your work and your relationship
14       with Creators Agency, have you worked with Erika
15       Kullberg?
16  A.   No.
17  Q.   Let's talk about your Minority Mindset YouTube
18       channel.
19                 Where do you typically film those videos
20       from?
21  A.   My office.
22  Q.   Where is your office located?
23  A.   Michigan.
24  Q.   Have you ever had occasions to film a video for your
25       site in a location outside of the State of Michigan?
```



```
 1   A.   Yes.

 2   Q.   In what states were those?

 3   A.   I can't recall exactly all of them.

 4   Q.   Do you recall if you filmed any videos where you put a

 5        promotion for FTX US outside the State of Michigan?

 6   A.   I don't remember.

 7   Q.   During 2022, do you recall if you filmed any videos

 8        for your channel outside of the State of Michigan?

 9   A.   I don't remember.

10   Q.   Do you recall appearing as a guest on Erika Kullberg's

11        podcast?

12   A.   Yes.

13   Q.   Where was that filmed?

14   A.   New York.

15   Q.   Apart from that podcast episode and videos posted to

16        your YouTube channel, did you appear in any other FTX

17        US advertisements or promotions during your deal with

18        FTX US in 2022?

19   A.   Could you repeat that question one more time?

20   Q.   Sure.

21             Apart from what we've already spoken about,

22        videos on your YouTube channel and the podcast you

23        filmed with Erika, during your relationship with FTX

24        US in 2022, did you film any other advertisements for

25        FTX US?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     40

 1   A.   Can we clarify one part?

 2   Q.   Yes.

 3   A.   You said the podcast with me and Erika.  What

 4        promotions?  I'm not understanding what you're talking

 5        about there.

 6   Q.   I'm removing that from the question.

 7             So I'm asking what other advertisements, if

 8        any, you did for FTX US excluding your Minority

 9        Mindset YouTube channel and the podcast episode where

10        you were a guest of Erika's?

11   A.   Again, I'm not sure what you mean by the podcast

12        episode.  That was not my podcast, so I don't know

13        what that means.

14   Q.   Let's forget that entirely.

15             Apart from videos you posted on your

16        Minority Mindset YouTube channel, did you have any

17        other FTX US promotions during your agreement with

18        them?

19   A.   No.

20   Q.   Did you ever make an in-person appearance on behalf of

21        FTX US?

22   A.   No.

23             MR. ACHO:  Can we take a five-minute break,

24        please, if you don't mind?

25             MS. ALEXANDER:  Sure.



```
 1                    Let's -- let's come back at 3:10.
 2                    VIDEOGRAPHER:  One moment, please.
 3                    We're going off the record.  The time is
 4          3:01.
 5                    (Off the record 3:01 p.m.)
 6                    (Back on the record 3:10 p.m.)
 7                    VIDEOGRAPHER:  We're back on the record.
 8          The time is 3:10.
 9    BY MS. ALEXANDER:
10    Q.   Mr. Singh, did you speak with anyone about your
11          testimony while we were out on break?
12    A.   No, I did not.
13    Q.   So circling back to where started, we all understand
14          that we're here today to talk about jurisdiction, and
15          Plaintiffs here have a few different theories about
16          jurisdiction.  I'm going to walk through some
17          questions that support each of those theories in turn.
18                    Do you have an understanding of what
19          general jurisdiction is?
20    A.   No.
21    Q.   Do you have an understanding of what specific
22          jurisdiction is?
23    A.   No.
24    Q.   Do you have an understanding of what civil conspiracy
25          jurisdiction is?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    42

```
 1   A.   No.
 2   Q.   In a motion to the Court, your counsel wrote that,
 3        None of the YouTube Defendants operate any business in
 4        Florida or direct any commerce into Florida.
 5                  Is that an accurate statement?
 6   A.   I'm not going to speak on behalf of what my counsels
 7        do.
 8   Q.   Let's talk about facts, though, because it's a
 9        statement about you.
10                  So as it pertains to you, do you operate
11        any businesses in Florida?
12   A.   No.
13   Q.   Do you direct any commerce into Florida?
14   A.   What do you mean by that?
15   Q.   I'm using language from your filing.  You don't have
16        an understanding of what that language means?
17   A.   No.
18   Q.   Okay.  We will come back to it.
19             MS. ALEXANDER:  I am going to show you an
20        exhibit which I'm going to mark as Exhibit 2.
21             (Exhibit #2, Declaration, was marked for
22        identification.)
23             MS. ALEXANDER:  I'm going to scroll to the
24        end of the document and back up to the top.
25   BY MS. ALEXANDER:
```



JASPREET SINGH                                                February 01, 2024
FTX Cryptocurrency Exchange                                              43

```
 1   Q.   Do you recognize this document?
 2   A.   I don't remember what it is, no, but I do understand
 3        that my name is on it and that I've signed this.
 4   Q.   Great.
 5             So reading from the top, it says below the
 6        title:  I, Jaspreet Singh, hereby declare the
 7        following is true and correct to the best of my
 8        knowledge.
 9             Do you see that?
10   A.   Yes.
11   Q.   And it is signed at the bottom, correct?
12   A.   Yes.
13   Q.   And that is your signature?
14   A.   Yes.
15   Q.   Great.
16             So I will represent to you this declaration
17        was submitted to the Court by your counsel.  We're
18        going to talk about a few of the sentences that you
19        have in here so that I can explore a little bit around
20        the declarations you've made, so I'd like to start
21        with sentence three.
22             At all relevant hereto, I have been a
23        citizen of the state of Michigan and have resided in
24        Detroit, Michigan.
25             Do you see that?
```



800.211.DEPO (3376)
EsquireSolutions.com

JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     44

```
 1   A.   Yes.

 2   Q.   When you say "at all relevant times", what time period

 3        are you referencing here?

 4   A.   I'm not sure.

 5   Q.   For purposes of my questions, let's assume that the

 6        year 2022 is the relevant time, since you've

 7        previously testified that your relationship with FTX

 8        US was contained within the year of 2022.

 9                 Is that fair?

10   A.   Sure.

11   Q.   If we take the year 2022 to be the relevant time, is

12        sentence three accurate?

13   A.   Yes.

14   Q.   During the year 2022, did you travel to the State of

15        Florida for any reason?

16   A.   I don't believe so, no.

17   Q.   Do you have any businesses licensed in Florida?

18   A.   No.

19   Q.   Do you have any personal licenses in the State of

20        Florida, such as a driver's license, a boating

21        license, a bar license, or otherwise?

22   A.   I do not, no.

23   Q.   Great.

24                 I am going to take this document down,

25        although we will be back to it.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     45

```
 1                  And I'm going to mark the next document as
 2        Exhibit 3.
 3                  (Exhibit #3, Jurisdictional
 4        Interrogatories, was marked for identification.)
 5                  MS. ALEXANDER:  This document is titled
 6        Defendant Jaspreet Singh's Answers and Objections to
 7        Plaintiff's Jurisdictional Interrogatories.
 8   BY MS. ALEXANDER:
 9   Q.   Do you see that document?
10   A.   Yes, I do.  Thank you.
11   Q.   Do you remember seeing this document before today?
12   A.   Would you mind scrolling down?
13   Q.   Of course.
14   A.   Yes, I do remember seeing this, but I would like to
15        see the bottom just to confirm.
16   Q.   Sure.
17   A.   Thank you very much.  Yes, I do remember seeing this.
18   Q.   Terrific.
19                  I'm going to scroll up and show you the
20        verification page.  Is that your signature?
21   A.   Yes, that is.
22   Q.   Terrific.
23                  So I'm going to turn to interrogatory
24        number seven.  The question posed was:  State each
25        occasion in which you traveled to Florida and the
```



JASPREET SINGH                                         February 01, 2024
FTX Cryptocurrency Exchange                                          46

1        purposes and dates of such travel.

2                    And the answer reads:  Defendant Singh's

3        only trips to Florida have been personal trips related

4        to vacations only.  Defendant Singh's last trip to

5        Florida was to Miami, Boca Raton, and Orlando in

6        December 2021.

7                    As we sit here today, is that statement

8        accurate?

9    A.  I believe so, yes.

10   Q.  In December 2021, you were not yet working with FTX

11       US; is that correct?

12   A.  I believe so, yes.

13   Q.  In connection with your advertising work for FTX US,

14       have you ever been asked to travel?

15   A.  I don't recall.

16   Q.  Have you ever attended a conference where a

17       representative of FTX US was present?

18   A.  I don't recall.

19                   MS. ALEXANDER:  I'm going to take this down

20       and I'm going to go back to Exhibit 2.

21   BY MS. ALEXANDER:

22   Q.  Can you see Exhibit 2, Jaspreet?

23   A.  Yes, I can.  Thank you.

24   Q.  Great.

25                   Paragraph four says:  I have never lived in



1        Florida.

2                   Is that an accurate statement?

3    A.   Yes, it is.

4    Q.   Paragraph five says:  I do not operate any business in

5         Florida, nor have I ever.

6                   Is that an accurate statement?

7    A.   Yes, it is.

8    Q.   Can you name the businesses that you operated during

9         the year of 2022?

10   A.   Can you specify what you mean by that?

11   Q.   Can you list any business that you owned, controlled,

12        operated, during the year 2022?

13   A.   Sure.  Minority Mindset, LLC; Briefs Media, LLC, which

14        I believe had the name Market Briefs, LLC prior.  We

15        did a name change.  I had a handful of real estate

16        holding companies.  Do you need me to name those?

17   Q.   We can leave it at that for now.  I'll come back.

18                  So there's two companies, there's real

19        estate holding companies.  Is this anything else?

20   A.   Not that I can recall.

21   Q.   Good.

22                  So let's talk about them in turn.

23                  Let's start with Minority Mindset, LLC.

24        What state is that incorporated in?

25   A.   Michigan.



JASPREET SINGH                                                February 01, 2024
FTX Cryptocurrency Exchange                                            48

```
 1   Q.   And where is its principal place of business?
 2   A.   Michigan.
 3   Q.   Where is Briefs Media, LLC or its predecessor
 4        incorporated?
 5   A.   Michigan.
 6   Q.   And where is its principal place of business?
 7   A.   Michigan.
 8   Q.   I'm going to take the real estate holding companies as
 9        one.  If the answer would differ for any of them,
10        please tell me and we can break them down.
11   A.   Sure.
12   Q.   Where are the real estate holding companies
13        incorporated?
14   A.   Michigan.
15   Q.   And where is their principal place of business?
16   A.   Michigan.
17   Q.   Was Market Insiders, Incorporated, in 2022, or did
18        that come later?
19   A.   Oh, good question.  I don't recall.
20   Q.   Where is its principal place of business?
21   A.   Michigan.
22   Q.   And where was it incorporated?
23   A.   Michigan -- I apologize about that.  I don't know when
24        that was incorporated.
25   Q.   That's fine.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      49

```
 1              What about Buzz Legal, was that
 2      incorporated in 2022 or later?
 3  A.  I also don't recall, I apologize.  There's a lot of
 4      entities.
 5  Q.  Sure.
 6  A.  I believe I know what you're going to ask, Michigan
 7      and Michigan.
 8  Q.  Sure.
 9              To your knowledge, do you own or control
10      any business that is not incorporated in Michigan?
11  A.  No.
12  Q.  And to your knowledge, do you own or control any
13      business that does not have its principal place of
14      business in Michigan?
15  A.  No.
16  Q.  Have any of these businesses ever caused you to travel
17      to Florida for work?
18  A.  No.
19  Q.  As I was looking at your website, I noticed that you
20      have a button that allows a user to submit an inquiry
21      to book you as a speaker for an event; is that
22      correct?
23  A.  I haven't been on my website in a long time, but it
24      might be.
25  Q.  Have you ever booked a private speaking engagement?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      50

```
1    A.   What do you mean by that?

2    Q.   Has someone ever hired you to speak in person or over

3         Zoom to a group of people?

4    A.   Yes.

5    Q.   To your knowledge, have you ever spoken to a group of

6         people who were located in Florida, regardless of

7         whether you were physically located in Florida or

8         appearing over Zoom?

9    A.   No.

10   Q.   And have you ever traveled to Florida to speak to a

11        group of people in such capacity?

12   A.   No.

13   Q.   When looking at your website, I noticed that you sell

14        certain goods, including T-shirts.  Do you still do

15        that?

16   A.   I don't know if that site is -- that e-commerce site

17        is still public or no.

18              MR. ACHO:  Ms. Alexander, can you take this

19        down unless you're going to ask about it.  It's

20        distracting for me.

21              MS. ALEXANDER:  The document?

22              MR. ACHO:  Yes, ma'am.

23              MS. ALEXANDER:  Sure.  I can put it back up

24        when we get back to it.

25   BY MS. ALEXANDER:
```



```
 1    Q.   What involvement did you have in the e-commerce aspect
 2         of your website?
 3    A.   I'm not sure what you mean by that.
 4    Q.   Through -- as I stated previously, on your website
 5         there is merchandise available for sale.  Are you
 6         aware of that?
 7    A.   Which website are you referring to?
 8    Q.   Minoritymindsetstore.com.
 9    A.   Okay.
10    Q.   Are you aware that there's merchandise for sale on
11         that website?
12    A.   I haven't seen that site in a very long time, so I
13         have no idea if that site is even still active.
14    Q.   Was there a time when you actively ran and maintained
15         that site?
16    A.   Can you specify what you mean by that?
17    Q.   Was there a time when you, whether directly or through
18         an agent, were actively engaged in selling merchandise
19         through this e-commerce platform?
20    A.   When you say "actively engaged", I'm not sure what
21         that means.
22    Q.   Why don't you tell me about this e-commerce platform.
23         What do you recall about it?
24    A.   There's merchandise that has some of my sayings.
25         Besides that, I really don't remember.
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                           52

```
 1   Q.   Do you recall in what year you opened the e-commerce
 2        site?
 3   A.   I don't, I'm sorry.
 4   Q.   During the time when the e-commerce site was active,
 5        did you receive orders yourself, or did they go to a
 6        third-party fulfillment provider?
 7   A.   From my understanding, they went to a third-party
 8        fulfillment provider.
 9   Q.   At no time did you have boxes of T-shirts and shipping
10        labels in your own house or apartment, correct?
11   A.   That's correct.
12   Q.   Did you, at any time, receive any data on the
13        identities or locations of the customers who purchased
14        from you through this e-commerce site?
15   A.   No, I'm sorry.
16   Q.   If you wanted to obtain that data, who would you ask?
17   A.   I have no idea.
18   Q.   Does a third party maintain your website?
19   A.   I'm not sure what you mean by that.
20   Q.   You still have a website, correct?
21   A.   Which website do we know you're referring to?
22   Q.   Minority Mindset?
23   A.   Which domain?  What URL?
24   Q.   The minoritymindset.com.
25   A.   Yes.  What about that?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      53

```
1   Q.   Do you conduct all maintenance on the website, or is
2        some of that work outsourced?
3   A.   It is outsourced.
4   Q.   Who is it outsourced to?
5   A.   A web developer.
6   Q.   Do you know the name of that web developer?
7   A.   I would have to look it up.
8   Q.   Would that person be the same person who maintained
9        minoritymindsetstore.com?
10  A.   No.
11  Q.   Do you know the name of the website developer who
12       maintained minoritymindsetstore.com?
13  A.   No.
14  Q.   Do you know the name of the party that fulfilled
15       orders placed through minoritymindsetstore.com?
16  A.   From my recollection, we use Shopify and some
17       fulfillment site there.  It might be Printful, but I
18       can't be sure.
19  Q.   If you needed to know that information, where would
20       you look or who would you ask?
21  A.   I would have to dig in myself.
22  Q.   During the time minoritymindsetstore.com was
23       operational, did you receive any statistics regarding
24       the sales that were made, including but not limited
25       to, geographic statistics?
```



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                           54

```
 1  A.  No.

 2  Q.  Do you have any employees personally?

 3  A.  What do you mean by that?

 4  Q.  In connection with the work you did for FTX US, did

 5      you pay or employ anyone to help you?

 6  A.  I'm sorry, maybe I'm not fully understanding.  Could

 7      you clarify what you mean by that?

 8  Q.  Sure.  Let me give you an example.

 9          Some content creators hire on an hourly or

10      per-day basis, camera people and scriptwriters,

11      after -- after-filming editors to put their videos

12      together.

13          So I want to understand, during 2022 in

14      relation to the videos you made for FTX US whether

15      anyone helped you create any of those videos.

16  A.  Yes.

17  Q.  Tell me who, and what -- in what capacity they helped

18      you.

19  A.  Peter Dare.  He was a video editor.

20  Q.  Is he the only person who helped you?

21  A.  As far as I can remember, yes.

22  Q.  Where does Peter Dare reside?

23  A.  Can you be a little more specific?

24  Q.  During 2022, during the period of time when he helped

25      you with FTX US advertisements, where did he reside?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      55

```
 1   A.   Well, he's an employee who would come into the office.

 2        I mean, I don't know besides that.

 3   Q.   He physically worked with you in Michigan?

 4   A.   We are or were hybrid, meaning he would come into the

 5        office occasionally.  Other days, he would not be in

 6        the office.  If he's not in the office, I don't know

 7        where he is.

 8   Q.   Do you have an understanding of what state he worked

 9        from during the days when he was not physically

10        present in the office with you?

11   A.   I can't speculate.  I don't know.

12   Q.   During that time, where was your office located?

13   A.   Michigan.

14   Q.   Okay.

15             I'm going to put Exhibit 2 back up briefly.

16             And I'm now looking at paragraph six.  It

17        says:  I operate a YouTube channel, but I do not sell

18        any products or services related to securities or

19        financial instruments.

20             Did I read that correctly?

21   A.   Yes.  Thank you.

22   Q.   Can you tell me in your own words what that sentence

23        means?

24   A.   That I, Jaspreet Singh, operate a YouTube channel, but

25        I do not sell investments.
```



JASPREET SINGH                                           February 01, 2024
FTX Cryptocurrency Exchange                                             56

```
 1   Q.   What products and services do you sell?

 2   A.   Can you be a little more specific on that?

 3   Q.   I'm looking at your language in paragraph six here

 4        which characterizes what the products and services you

 5        sell are not related to.

 6             So I'm asking you to tell me what they are

 7        related to.  What is it that you produce or sell, if

 8        anything?

 9   A.   Would you mind being a little more specific?  Sorry.

10   Q.   I don't know how to -- I don't want to put words in

11        your mouth since this language from a declaration that

12        you submitted to the Court under your signature.

13             I'm just looking for an understanding of

14        what, if any, products or services you sold during

15        2022.

16   A.   I don't recall what we were selling in 2022.

17   Q.   Can you give me an example of a product or services --

18        or service that you do recall selling at any period of

19        time?

20             MR. ACHO:  I'm going to object.  This again

21        goes way beyond the scope of the judge's order.  I'm

22        cautioning you, if you don't start wrapping this up or

23        focusing on Florida, I'm going to start directing him

24        not to answer the questions because this question has

25        nothing to do at all with Florida.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     57

1              MS. ALEXANDER:  I think you will struggle
2       to explain to the judge that a declaration that your
3       client submitted on this exact motion and my probing
4       the meaning of the words in that declaration as being
5       an inappropriate question.
6              MR. ACHO:  You're not probing the words.
7       He went over it with you.  You're probing something
8       else, what other services or what other products.
9       That has no connection to Florida unless you're going
10      to tie it in.  Do you have evidence?
11              If you're going to introduce evidence about
12      him selling products and services in Florida, then go
13      ahead.  I won't object, but if you're just asking
14      generalities, then that is a problem.
15              MS. ALEXANDER:  Are you directing him not
16      to answer my question?
17              MR. ACHO:  No.  Go ahead.  If he can answer
18      it, I'll let it go for now.
19              WITNESS:  Would you mind repeating your
20      question for me, please?  Thank you.
21  BY MS. ALEXANDER:
22  Q.  Sure.
23              I am trying to understand what you mean in
24      paragraph six by products and services.  It says
25      that you do not sell any products and services related



1       to securities or financial instruments.

2                    In order to test whether I agree that what

3       you sell is not related to securities or financial

4       instruments, I have asked you to tell me what products

5       or services you sell.

6                    I am specifically asking about 2022, but if

7       you don't recall anything from 2022, I will take

8       whatever example you do recall.

9  A.   I don't recall from 2022, but in terms of the second

10      part of your question, other examples -- like I was

11      saying earlier, Briefs Media is my company, so we

12      publish financial news.  We have a free newsletter

13      that people can join.  It gives us a breakdown of

14      what's happening in the news, and then we also have a

15      paid version of that newsletter as well.  We don't

16      give any financial advice.  We cover what's happening

17      in the news.

18 Q.   Okay.  So let's start with that.

19                   Briefs Media has free and paid newsletters,

20      correct?

21 A.   Today, yes.  In 2022, no.

22 Q.   What did Briefs Media have in 2022?

23 A.   I can't recall exactly.

24 Q.   Then let's take -- let's take now so I can understand.

25                   MR. ACHO:  I will object to the questions



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     59

```
 1        dealing with now.
 2                  I'll let it go for a little bit, but then
 3        we're going to cut it off because it's not the
 4        relative time period.
 5   BY MS. ALEXANDER:
 6   Q.   Does Briefs Media obtain any geographical information
 7        from individuals who sign up for its newsletter?
 8   A.   No.
 9   Q.   Are all newsletters transmitted electronically?
10   A.   Yes.
11   Q.   Does Briefs Media mail any content to its customer
12        through non-electronic means?
13   A.   No.
14   Q.   So earlier, we spoke about the companies you had in
15        2022, and we spoke about Minority Mindset, LLC.
16                  In 2022, what products or services did
17        Minority Mindset, LLC sell?
18   A.   I don't recall.
19   Q.   What products or services does Minority Mindset, LLC
20        sell today?
21   A.   I don't believe any.
22   Q.   What about Market Insiders?  What products or services
23        did Market Insiders sell on or about 2022?
24   A.   I can't recall what Market Insiders was doing then.
25   Q.   What products or services does Market Insiders sell
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      60

```
 1        today?
 2   A.   None.
 3   Q.   What products or services did Buzz Legal sell in 2022?
 4   A.   We referred people who were looking for IP protection
 5        to attorneys.
 6   Q.   And does Buzz Legal collect geographic information
 7        about its customers in doing so?
 8   A.   I can't recall.
 9             MS. ALEXANDER:  I'm going to share what I'm
10        going to mark as Exhibit 4.
11             (Exhibit #4, Minority Mindset YouTube
12        Channel Screenshot, was marked for identification.)
13   BY MS. ALEXANDER:
14   Q.   Do you recognize Exhibit 4?
15   A.   Yes, I do.  Thank you.
16   Q.   What is it?
17   A.   It looks like the Minority Mindset YouTube channel.
18   Q.   How many subscribers does this screenshot say your
19        channel has?
20   A.   1.79 million.
21   Q.   Does that number sound approximately right to you as
22        of present?
23   A.   Yes.
24   Q.   Do you recall approximately how many subscribers it
25        had in 2022?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                       61

```
 1   A.   No.
 2   Q.   Do you know, by percentage or otherwise, how many of
 3        those subscribers are located in Florida?
 4   A.   No.
 5   Q.   How would you go about getting that information if you
 6        wanted it?
 7   A.   I have no idea.
 8   Q.   Have you ever used the analytics features within
 9        YouTube?
10   A.   Can you specify what you mean by that?
11   Q.   Are you aware that YouTube channels have certain
12        analytic features which provide information to the
13        owner about the performance of the channel?
14   A.   Yeah.
15   Q.   Have you ever accessed analytic information for one or
16        more of your videos?
17   A.   Can you be a little more specific, please?  Sorry.
18   Q.   What about that is unclear?
19   A.   What do you mean again by analytics for a video?
20   Q.   What I explained in my last question, any of the
21        features that YouTube provides to channel owners to
22        track statistics about their videos.
23   A.   Can you define what you mean by "statistics"?
24   Q.   I'm talking about information that YouTube channel
25        owners would be interested in.  There is a great
```



JASPREET SINGH                                     February 01, 2024
FTX Cryptocurrency Exchange                                       62

```
 1        variety provided by YouTube, including geographic
 2        data.
 3   A.   I'm not sure.
 4   Q.   Could you repeat that, please?
 5   A.   I'm not sure.
 6   Q.   You're not sure if you have ever looked at geographic
 7        data for one of your YouTube videos?
 8   A.   Yes.
 9   Q.   Would you know how to access that geographic data on
10        one of your videos today?
11   A.   No.
12   Q.   Has Creators Agency ever provided you with any
13        geographic data about any of your videos or your
14        channel as a whole?
15   A.   I don't believe so, no.
16   Q.   Have you ever sought out or asked anyone for that
17        information?
18   A.   As far as I can remember, no.
19               MS. ALEXANDER:  I'm going to put up an
20        exhibit.  I believe we will be marking this as Exhibit
21        5.
22               (Exhibit #5, Instagram Screenshot, was
23        marked for identification.)
24   BY MS. ALEXANDER:
25   Q.   Do you recognize this screen capture?
```



JASPREET SINGH                                      February 01, 2024
FTX Cryptocurrency Exchange                                        63

```
 1   A.   I think so.
 2   Q.   And what platform do you believe this is from?
 3   A.   Instagram.
 4   Q.   Is this your Instagram account?
 5   A.   Yes.
 6   Q.   And how many followers does this say you have at
 7        present?
 8   A.   890,000.
 9   Q.   Do you recall approximately how many you had in 2002?
10   A.   No.
11   Q.   Have you ever used Instagram's analytic features to
12        analyze any of your posts?
13   A.   No.
14   Q.   Do you know what geographic analytics are available to
15        you as a content creator on Instagram?
16   A.   No.
17   Q.   Would you know, sitting here today, how to access any
18        of those features?
19   A.   No.
20              MS. ALEXANDER:  I'm now going to share what
21        we will be marking as Exhibit 6.
22              (Exhibit #6, Minority Mindset Facebook
23        Page, was marked for identification.)
24   BY MS. ALEXANDER:
25   Q.   While I'm doing that, have you ever heard the term
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    64

```
 1        Meta Business Suite before?
 2   A.   It sounds like the business back end for Facebook's
 3        platform, Meta.
 4   Q.   Have you ever used it?
 5   A.   I'm not sure.
 6   Q.   Okay.
 7                 Exhibit 6, do you recognize anything I'm
 8        showing on the screen?
 9   A.   It looks like the Facebook page for Minority Mindset.
10   Q.   Is this your account?
11   A.   The Minority Mindset account, yes.
12   Q.   And how many followers does this say it has at
13        present?
14   A.   144,000 versus likes, I'm not sure which one you're
15        referring to.
16   Q.   And how many likes?
17   A.   72,000.
18   Q.   Do you recall how many approximately you had in 2022?
19   A.   No.
20   Q.   Have you ever looked at Facebook's post analytics?
21   A.   No.
22   Q.   Would you know how to access geographic analytic data
23        about your Facebook posts sitting here today?
24   A.   No.
25   Q.   So we've now looked at YouTube, which we've also
```



```
 1          spoken about a fair bit, as well as Instagram and
 2          Facebook.
 3                    When we originally spoke, you didn't
 4          mention posting advertisements on Instagram and
 5          Facebook.
 6                    Could you tell me how you used Instagram
 7          and Facebook insofar as it connects to the
 8          advertisements you did for FTX US?
 9     A.   I think I understand your question, but maybe if you
10          can just repeat it one more time so I can make sure I
11          understand it properly.
12     Q.   Sure.
13                    We spoke about how used your YouTube
14          channel to promote advertisements for FTX US, but
15          we've not previously spoken about your Facebook and
16          Instagram accounts.
17                    So I'm wondering how or to what extent you
18          used your Facebook and Instagram accounts in
19          connection with the advertisements that you created
20          for FTX US?
21     A.   I'm not sure there was any.
22     Q.   Was it your normal practice to cross-share videos you
23          posted on YouTube to other social media platforms?
24     A.   From my recollection on Instagram, no.
25                    On Facebook, that one, we did publish the
```



```
1        YouTube URL on Facebook, but I don't know during what
2        time period, and I don't know if we're still doing
3        that, so I don't recall exactly when we started, when
4        we stopped, but from my recollection, we posted the
5        URL on Facebook only.
6   Q.   When you say "we", who are you referring to?
7   A.   The Minority Mindset team.
8   Q.   Who was on the Minority Mindset team in 2022?
9             MR. ACHO:  I'm going to object.  Again,
10       this is well beyond the scope of the magistrate
11       judge's order.  I'll let it go for a little bit, but
12       we need to start wrapping this up.
13  BY MS. ALEXANDER:
14  Q.   Please continue.
15  A.   It was me?
16  Q.   Yes, please.
17  A.   Peter Dare, and I don't know who else was involved in
18       2022, but I had a virtual assistant as well who would
19       help with the social media posts.
20  Q.   Where was that virtual assistant located?
21  A.   Philippines.
22  Q.   Great.
23            MS. ALEXANDER:  Let's go ahead and take a
24       short break.  Let's come back at 4:10.
25            MR. ACHO:  Let me ask you, how much longer
```



JASPREET SINGH                                              February 01, 2024
FTX Cryptocurrency Exchange                                              67

```
 1   do you have?  You would have an estimate.
 2            MS. ALEXANDER:  An hour, maybe a little
 3   more.
 4            MR. ACHO:  That's ridiculous.
 5            I have to tell you, we're going to start
 6   directing him not to answer if you keep doing this
 7   sort of thing.  Who's a member of Minority Mindset has
 8   nothing to do with Florida.  You're just prolonging
 9   this and this is harassing my client, okay?
10            MS. ALEXANDER:  I, obviously, disagree with
11   you.
12            MR. ACHO:  No.  I'm only going to -- I'm
13   only going to stake it a little bit longer, not much
14   more.  Please understand that.
15            MS. ALEXANDER:  Let's go off the record,
16   please.
17            VIDEOGRAPHER:  Off the record, the time is
18   4:02.
19            (Off the record at 4:02 p.m.)
20         (Back on the record at 4:12 p.m.)
21            VIDEOGRAPHER:  We are now back on record.
22   The time is 4:12.
23            MS. ALEXANDER:  Mr. Singh, I'm going to put
24   up an exhibit which we are going to mark as Exhibit 7.
25            (Exhibit #7, X Platform Screenshot, was
```



1          marked for identification.)

2     BY MS. ALEXANDER:

3     Q.   Do you recognize this?

4     A.   I'm not sure what platform this is.

5     Q.   Do you see a logo in the upper left-hand corner of

6          your screen?

7     A.   Oh, I was looking at the gear.  Yes.

8     Q.   What logo is that?

9     A.   It looks like X.

10    Q.   X, formally known as Twitter?

11    A.   Yes.

12    Q.   And is this your account?

13    A.   I believe so.

14    Q.   How many followers does it currently have?

15    A.   18.2 thousand.

16    Q.   Have you ever looked at geographic analytics for this

17         X account?

18    A.   No.

19    Q.   Would you know how to access those analytics if I

20         asked you to do so here today?

21    A.   No.

22    Q.   Do you recall posting any FTX US advertisements on X?

23    A.   No.

24    Q.   So for all the social media accounts we've talked

25         about so far, do you use a third-party media



```
 1           management company?
 2   A.  Can you define what you mean by that?
 3   Q.  Does anyone, other than yourself or individuals that
 4       you previously told me were on the Minority Mindset
 5       team, post content or analyze performance?
 6   A.  Besides my team, whatever they use, no, I don't
 7       believe we worked with any third party.
 8   Q.  You said, "Besides your team and whatever they use".
 9               Does your team at Minority Mindset analyze
10       how your videos and advertisements are performing?
11   A.  I'm not sure.
12   Q.  As a content creator, how do you decide if a
13       particular video was successful or not successful?
14   A.  I'm not sure.
15   Q.  Do you have -- strike that.
16               Does Minority Mindset earn income based on
17       the success of its videos?
18   A.  Can you specify what you mean by that?
19   Q.  What part of that wasn't clear?
20   A.  Success, what do you mean by that?
21   Q.  So, typically, someone might look at something like
22       number of views to decide if a video was successful.
23       Someone might use one of these analytics features that
24       we've been talking about to determine if they're
25       reaching a particular audience.  Metrics like how long
```



 1      an individual user is on your video engaging with your

 2      content.

 3              So I'm asking, since what you've told me is

 4      you don't use or know how to access most of the

 5      analytics features that these sites offer to you, how

 6      it is that your team determines whether a particular

 7      video is successful?

 8  A.  We don't determine if the video is successful.

 9  Q.  What do you mean by that?

10  A.  You're asking how do we determine if a video is

11      successful; is that correct?

12  Q.  Yes.

13  A.  We don't do that.

14  Q.  So the number of views a video gets is not relevant to

15      you or your team at Minority Mindset?

16  A.  That's correct.

17  Q.  And you don't earn income off of your videos based on

18      any particular metric, like number of views?

19  A.  There's a couple questions there.  Can you specify

20      what you're asking me?

21  Q.  So my question there is whether you earned income

22      based on a metric of success like number of views.

23  A.  I'm not sure how we are compensated, if that's the

24      question you're asking me.

25              MR. ACHO:  I'm going to object to this line



```
 1        of questioning once again.  There's no connection to
 2        Florida whatsoever, none, and no attempt to connect
 3        it.
 4                  MS. ALEXANDER:  I'm working to get there.
 5                  MR. ACHO:  Well, try to do it quicker then.
 6                  MS. ALEXANDER:  I don't appreciate the
 7        lectures, the threats, the speaking objections.  You
 8        can lodge an objection and we can move on.
 9                  MR. ACHO:  There's no threat to you, ma'am.
10        There's no threat.  You're asking questions that have
11        no bearing on what the magistrate ordered.  I've
12        tolerated it.  I haven't threatened you.  Please don't
13        say that again.
14   BY MS. ALEXANDER:
15   Q.   Mr. Singh, we've been talking analytics.  We've spent
16        a lot of time talking about the geographic analytics
17        that are available to you through each of these social
18        media services.  What I've started probing is whether
19        your team uses an outside analytic service that
20        analyzes your accounts for you, whether that is a
21        piece of software or a human --
22                  MR. ACHO:  Finish, finish, sorry.
23   BY MS. ALEXANDER:
24   Q.   So we have started down the road of figuring out who
25        or what you use that might also have geographic
```



```
 1         analytics.
 2                   MR. ACHO:  I'm going to object to lack of
 3         foundation.
 4                   There's not been one shred of testimony as
 5         to analytics with this witness, none, other than the
 6         attorney questioning her -- him.
 7                   No foundation.  That's my objection.
 8                   MS. ALEXANDER:  You are free to lodge your
 9         objection.
10    BY MS. ALEXANDER:
11    Q.   Mr. Singh, which -- strike that.
12                   The Minority Mindset team, does it rely on
13         any analytics provider, whether it be a third-party
14         organization or a piece of software?
15    A.   No.
16    Q.   So across all of the social media platforms we've
17         looked at, do you have any understanding of what
18         percentage of your viewers are within the State of
19         Florida?
20    A.   Not at all.
21    Q.   And you have no -- strike that.
22                   You don't have any analytical data
23         currently within your possession that would allow you
24         to determine that, to your knowledge?
25    A.   That's correct.
```



1   Q.   Did FTX US or Creators Agency ever ask you to restrict

2        your content from reaching individuals in Florida?

3   A.   No, ma'am.

4   Q.   Have you ever been asked to erect geofences or geotags

5        or any other web-traffic-limiting service with regards

6        to any content you posted?

7   A.   No.

8               MS. ALEXANDER:  Let's put up -- yeah, let's

9        put up an exhibit.  This will be -- this will be

10       Exhibit 8.

11               (Exhibit #8, Discussion Board Community,

12       was marked for identification.)

13  BY MS. ALEXANDER:

14  Q.   Do you recognize this page?

15  A.   It's not something I've accessed.  It looks like a

16       community.

17  Q.   Do you control this community?

18  A.   Can you tell me what you mean by that?

19  Q.   Did you create this community?

20  A.   No.

21  Q.   Do you know who did?

22  A.   Not off the top of my head, no.

23  Q.   Do you participate in this community?

24  A.   No.

25  Q.   What, if any, connection does that community have to



1            you, Minority Mindset, or your other businesses?

2    A.   I'm not really sure what you mean by that.

3    Q.   What's unclear?

4    A.   The entire question.  What do you mean?

5    Q.   I'd like to know whether -- what I understand to be a

6         discussion board community here of which I'm showing

7         the login page has any connection to you, Minority

8         Mindset, or any of your other businesses?

9    A.   I have no idea of how to answer that question.

10                  I'm sorry if I'm coming off as rude.  I

11         just -- I really don't know.  I don't know how I would

12         answer the question.

13   Q.   What can you tell me about this community?

14   A.   It's called the Guac Talk community.  I can tell you

15         what I see on this page.  Beyond that, I know nothing

16         about it.

17   Q.   You have never participated or been into this

18         discussion board?

19   A.   I don't believe that I have, no, at least as far as I

20         can remember.

21   Q.   Okay.  Let's talk about your website.

22                  MS. ALEXANDER:  I believe we're now up to

23         Exhibit 9.

24                  (Exhibit #9, minoritymindset.com Screenshot

25         was marked for identification.)



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    75

```
1    BY MS. ALEXANDER:
2    Q.   Do you recognize what I'm showing on the screen?
3    A.   It looks like the MinorityMindset.com.
4    Q.   And is that your website?
5    A.   It is a website that I control, yes.
6    Q.   Are you solely responsible for controlling the
7         website?
8    A.   What do you mean by that?
9    Q.   Does someone in your Minority Mindset organization do
10        some of the work related to this website as well?
11   A.   Yes.
12   Q.   And who is that?
13   A.   Well, we have a developer that I believe you mentioned
14        earlier, and then we have a tech person who also
15        manages the website.
16   Q.   And do you also -- do you work with any outside
17        parties to manage this website?
18   A.   The developer is an outside party.
19   Q.   And who is the developer?
20   A.   I would have to look up their name.
21   Q.   If I scroll to the bottom of the landing page of your
22        website, all the way at the bottom, it says, Website
23        managed by Stallion Cognitive.
24             Does that refresh your recollection as to
25        who the web developer may be?
```



| | |
|---|---|
| 1 | A.   Yes, it does. |
| 2 | Q.   And who is it? |
| 3 | A.   Stallion Cognitive. |
| 4 | Q.   To the best of your knowledge, were they also |
| 5 | responsible for your website in 2022? |
| 6 | A.   I don't remember. |
| 7 | Q.   Did you maintain minoritymindset.com during the year |
| 8 | 2022? |
| 9 | A.   Yes. |
| 10 | Q.   Did you post any of the advertisements you made for |
| 11 | FTX US during 2022 on your website? |
| 12 | A.   No. |
| 13 | Q.   Did you link to any YouTube videos you made |
| 14 | advertising FTX US on your website? |
| 15 | A.   I don't recall doing that. |
| 16 | Q.   What percentage of the web traffic on your website |
| 17 | comes from the State of Florida? |
| 18 | A.   I have zero idea. |
| 19 | Q.   Who would you ask if you wanted to know that? |
| 20 | A.   I have no idea. |
| 21 | Q.   Do you know if Stallion Cognitive provides that kind |
| 22 | of information? |
| 23 | A.   No. |
| 24 | Q.   Have they ever provided any type of statistics, |
| 25 | analytics, or performance information about your |



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    77

```
 1        website to you?
 2   A.   No.
 3   Q.   Do you know if they have provided any similar
 4        information to anyone on the Minority Mindset team?
 5   A.   I don't believe they have, no.
 6   Q.   Have you ever spoken with Stallion Cognitive about
 7        geographic targeting with regards to your website?
 8   A.   No.
 9   Q.   With regard to the videos that you posted on your
10        YouTube channel, have you removed, hidden, deleted, or
11        otherwise disabled any videos that you posted in 2022
12        in connection with your work for FTX US?
13   A.   I'm not sure.
14   Q.   How would you find that out?
15   A.   I'm not sure.
16   Q.   Do you know what it means to make a YouTube video
17        private?
18   A.   Yes, I do.
19   Q.   Have you ever made any of the advertisements that you
20        made for FTX US in 2022 private?
21   A.   I don't know.
22   Q.   Is there any way for you to find that information out?
23   A.   Can you be a little more specific?
24   Q.   If you wanted to know after this deposition whether
25        you had made FTX US videos private, do you know how to
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     78

```
 1        do that?
 2   A.   I know how to see if a video is private, yes.
 3   Q.   During your time working with FTX US, did you have a
 4        promo code?
 5   A.   I don't remember.
 6              MS. ALEXANDER:  I think we're up to Exhibit
 7        10.
 8              (Exhibit #10, YouTube Video Screenshot, was
 9        marked for identification.)
10   BY MS. ALEXANDER:
11   Q.   Do you see a screenshot from a YouTube video here?
12   A.   Yes, I do.
13   Q.   So this is a series -- to make it easier for everyone
14        rather than playing a video, we've taken a short
15        series of screen captures from one of your videos.  I
16        believe there are four of them.  This is the second,
17        this is the third, this is the fourth.
18              These appear to be advertisements for FTX
19        US; is that correct?
20   A.   Yes.
21   Q.   And in holding up your phone, are you talking about
22        the FTX app here?
23   A.   I'm not sure what I'm talking about.
24   Q.   Do you know what Blockfolio is?
25   A.   No.
```



JASPREET SINGH                                      February 01, 2024
FTX Cryptocurrency Exchange                                       79

```
 1   Q.   Do you have an understanding of whether Blockfolio is
 2        affiliated with FTX?
 3   A.   No, I don't have a recollection of that.
 4   Q.   Do you have an understanding of where Blockfolio is
 5        based?
 6   A.   No, I'm sorry.
 7   Q.   I believe we mentioned talking points earlier
 8        regarding your videos.  Do you recall that?
 9   A.   Yes, I do.
10   Q.   Do you recall in the talking points that you received
11        from FTX any references to the State of Florida?
12   A.   I do not.
13                  MS. ALEXANDER:  Let's mark this Exhibit 11.
14                  (Exhibit #11, FTX US Talking Points, was
15        marked for identification.)
16   BY MS. ALEXANDER:
17   Q.   Do you recognize this document?
18   A.   Do you mind scrolling down, please?
19   Q.   Sure.
20   A.   Yeah, it looks like the talking points for FTX US.
21   Q.   And at the bottom here, you see your name followed by
22        a number?
23   A.   No, where is that?
24   Q.   It's in the bottom right-hand corner.  Is that being
25        cut off on your screen?
```



JASPREET SINGH                                  February 01, 2024
FTX Cryptocurrency Exchange                              80

```
 1   A.   Yeah, I don't see that.  I see it now.

 2   Q.   Okay.  And I'll represent for the record that we are

 3        looking at another produced document, Jaspreet Singh

 4        7.

 5                 I'm going to direct your attention towards

 6        the bottom of this document.  There's a line, looking

 7        at the margin, it's the second up from the bottom.  It

 8        says:  Large partnerships to refer and as reference.

 9                 Do you see that line?

10   A.   Yes, I do.

11   Q.   Below that, it reads, The pitch would be, you might

12        have heard of FTX US from their marketing

13        partnerships, and then it lists certain partnerships.

14                 Do you see the list?

15   A.   I do, yes.

16   Q.   And the first one on that list, what is it?

17   A.   Home of Miami -- Miami Heat.

18   Q.   Do you recall ever using that particular talking point

19        in one of your videos?

20   A.   I don't recall, no.

21   Q.   Now I'm going to direct your attention up to the top

22        here, the second point in the document.  It says:  Two

23        main FTX products, and underlined there are FTX App

24        and FTX US.

25                 Do you see that?
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     81

```
 1   A.   I do, yes.
 2   Q.   Do you have an understanding of what those two
 3        products are?
 4   A.   No.
 5   Q.   Do you have an understanding of how Blockfolio relates
 6        to either FTX App or FTX US?
 7   A.   No.
 8             MS. ALEXANDER:  Can we go off the record?
 9             VIDEOGRAPHER:  Sure.
10             MR. ACHO:  Sure.
11             VIDEOGRAPHER:  One moment, please.  We're
12        going off the record.  The time is 4:40.
13             (Off the record at 4:40 p.m.)
14           (Back on the record at 4:51 p.m.)
15             VIDEOGRAPHER:  We are now back on record.
16        The time is 4:51.
17             MS. ALEXANDER:  Perfect.
18             Mr. Singh, I want to thank you for your
19        patience and your cooperation today.  We appreciate
20        it.  We're nearly through here.  I just have a few
21        things to clean up.
22             WITNESS:  Thank you.
23   BY MS. ALEXANDER:
24   Q.   So the first thing I want to talk about is
25        compensation.
```



```
 1                    Did FTX pay you directly for your work with
 2          FTX, or did your paychecks from Creators Agency?
 3                    MR. ACHO:  I'm going to object.  I'll allow
 4          you to ask this question, but not much more than this
 5          because this has nothing to do with jurisdiction.
 6                    But go ahead, Jaspreet.  We'll tolerate
 7          this one.
 8                    WITNESS:  Can you repeat the question for
 9          me?
10   BY MS. ALEXANDER:
11   Q.   Sure.
12                    Did FTX pay you directly, or did your
13          paychecks come from Creators Agency?
14   A.   I believe my payments came from Creators Agency.
15   Q.   And were you paid in cash or cryptocurrency?
16   A.   Well, it was -- it was money deposited into my bank
17          account, dollars.
18   Q.   Excellent.
19                    I'm going to put back up Exhibit 1.
20                    Do you recognize this screenshot from a
21          YouTube video we discussed earlier, correct?
22   A.   Yes, I recognize it as a video from Minority Mindset.
23          I don't remember this particular instance.
24   Q.   Sure.
25                    So what we have below here is a transcript
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                    83

1      of this time-stamped portion of your video which

2      contains your advertisement for FTX US.

3                    I'm representing that to you.  There is no

4      question pending about that.

5                    MR. ACHO:  Why are you presenting it then?

6      I mean, I'm going to object to it, because it's not --

7                    MS. ALEXANDER:  If you'd let me, I'm asking

8      a question.

9                    MR. ACHO:  I'm making an objection.  This

10     has not been authenticated.  This has not been

11     identified.  This hasn't been presented to us, so I

12     would object to any questions regarding this.  There's

13     no foundation even.

14                    MS. ALEXANDER:  Are you directing the

15     witness not to answer?

16                    MR. ACHO:  I'm making the objection that

17     this is inadmissible.  Go ahead, you can ask.  I'm not

18     sure he can answer, but go ahead.

19                    MS. ALEXANDER:  That's fine.

20     BY MS. ALEXANDER:

21     Q.   So Mr. Singh, earlier I asked you if you had a promo

22          code with FTX.  Do you recall that question?

23     A.   I recall you asking me the question, yes.

24     Q.   And you didn't recall whether you had a promo code or

25          not, correct?



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                      84

```
 1   A.   That is correct.

 2   Q.   So we went back to this transcript, and I'm scrolling

 3        down to the bottom here, and I'm going to read a

 4        portion of it which says:  And the best part of all is

 5        that because you are all Minority Mindset fans

 6        watching this video, they will also give you a free

 7        coin when you trade $10.  But what you have to do if

 8        you want to get this free coin is you have to download

 9        the app using my link down in the description below,

10        and then you have to enter in the referral code

11        Minority.

12                  So after you download the app, make sure

13        you enter the referral code Minority.  And if you do

14        that, once you trade $10, you'll also get a free coin.

15                  Does that refresh your recollection about

16        an FTX promo code?

17   A.   I don't recall.

18   Q.   Do you recall receiving any information from FTX about

19        this promo or referral code?

20   A.   No, ma'am.  It was a long time ago.

21   Q.   Do you know how many individuals approximately entered

22        the promo code Minority on FTX?

23   A.   I'm sorry, I don't.

24   Q.   Do you recall ever having had that information?

25   A.   No, ma'am.
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     85

```
 1   Q.   Do you recall ever asking anyone about that
 2        information?
 3   A.   I'm sorry, no.
 4   Q.   If you wanted to know how many people used your FTX
 5        referral code, who would you ask?
 6   A.   I have no idea.
 7   Q.   Am I, therefore, to assume that you would not know
 8        what percentage of the individuals who used that code
 9        reside in Florida?
10   A.   Ma'am, I can't speculate.
11   Q.   Would you know who to ask to get that information?
12   A.   Sorry, no.
13   Q.   If I were to play that video clip, would that refresh
14        your recollection about the promo code?
15   A.   That would help, yes.
16   Q.   Yes?  Okay.
17             Bear with me while I see if I can make that
18        happen.
19             (Video playing.)
20             MR. SINGH:  -- market is a little bit
21        crazy.  This is kind of indirectly pushed --
22             MS. ALEXANDER:  Okay.
23             SPEAKER 1:  -- (inaudible) --
24        cryptocurrency because cryptocurrency is this new
25        asset class, it's a new space, it's new technology and
```



```
1   people are trying to cultivate it, create it and

2   invest in it before all these other institutions do

3   because people believe that this is going to change

4   the world, not just our money, but our technology and

5   the way that we do business among the Internet.

6             And so people are looking to invest in

7   cryptocurrency as a way to kind of create their new

8   American dream outside of just housing because we're

9   now starting to see more institutions getting involved

10  with cryptocurrency, we're starting to see regulations

11  come into cryptocurrency.

12            And so it's one of the reasons why people

13  have been looking for an alternative to the

14  traditional American dream.

15            Now, if you are looking for an easy way to

16  buy and sell cryptocurrency online, you want to make

17  sure that you use a reputable brokerage.  And if

18  you're looking for a good brokerage, you can check out

19  our sponsor FTX US (inaudible) our cryptocurrency

20  passively.

21            I don't really care what's going on in the

22  market day to day.  I am a long-term investor.  I have

23  a system set up for every day I'm buying a little bit

24  of Bitcoin and a little bit of a Derium and some of

25  the smaller coins and that's it.  It happens whether
```



1   the market's up or down.  But it's completely passive

2   and it's completely automatic.

3            I like FTX because they make this type of

4   passive dollar cost investing, strategy and

5   cryptocurrency super, super simple.  All you gotta do

6   is click a couple buttons and it's all set up.

7            If you're already investing in money

8   cryptocurrency, you should still check out FTX because

9   the fees on FTX are so much cheaper than pretty much

10  every other major brokerage out there which means you

11  can have more of your money being invested into your

12  cryptocurrency instead of just making your brokerage

13  richer.

14           The cool thing about FTX is the versatility

15  that they have on the platform, because not only can

16  you buy and sell cryptocurrency, but you can also buy

17  and sell NFTs, and they also have a feature coming

18  soon where you will be able to buy and sell stocks

19  right off the app too.

20           And the best part of all is that because

21  you are a Minority Mindset fan watching this video,

22  they will also give you a free coin when you trade

23  $10, but what you have to do if you want to get this

24  free coin is you have to download the app using my

25  link down in the description below, and then you have



```
 1   to enter in the referral code minority.

 2             So after you download the app, make sure

 3   you enter the referral code minority.  And if you do

 4   that, once you trade $10, you'll also get a free coin.

 5             Now, I want to quickly highlight this whole

 6   idea of the American dream --

 7             (End of playing video.)

 8             MS. ALEXANDER:  Okay.  Thank you.

 9             MR. ACHO:  I'm going to object unless you

10   show the whole thing.  I object to you showing

11   partial.  That's misleading.  The whole thing should

12   be shown to the witness.

13             MS. ALEXANDER:  The entire video is 21

14   minutes and 33 seconds.

15             MR. ACHO:  I don't care.  I don't care.

16   Frankly, it should be inadmissible because you never

17   introduced this before.  That's why I object to all

18   the exhibits.  But if you're going to ask about this

19   exhibit, to not show him the complete video to me is

20   highly improper.

21             MS. ALEXANDER:  So let me two do things.

22   First of all, my understanding is that the only

23   portion of that video that pertains to FTX is the

24   portion we just played.

25             MR. ACHO:  That's your representation.  I
```



1    don't accept it.

2              MS. ALEXANDER:  Understood.  You're free to

3        note your objection.  It was simply shown to the

4        witness at his request to see if it refreshed his

5        recollection as to the promo code.

6              MR. ACHO:  But you didn't show him the

7        whole video.  He has to see the video.  And if you're

8        not going to show him the whole video, I'm going to

9        direct him not to answer.  Show him the whole video.

10             MS. ALEXANDER:  All right.  If you would

11       like to see the whole video, we can go back to zero,

12       and we can watch the 21 minutes of the video.

13             MR. ACHO:  Or you can continue where you

14       left off.

15             MS. ALEXANDER:  The question is simply to

16       the witness, and the same question will be pending

17       when the video is over in 21 minutes, whether it

18       refreshes his recollection about having a promo code

19       with FTX that his subscribers could use to get a free

20       coin.

21  BY MS. ALEXANDER:

22  Q.   So I will ask him now if the portion he has seen has

23       refreshed his recollection.

24  A.   Ma'am, I don't remember what the promotion codes were.

25       I notice I mention something in the video.  However, I



JASPREET SINGH                                          February 01, 2024
FTX Cryptocurrency Exchange                                           90

```
 1        can't confirm that that's what the promotion code was

 2        that I was given.

 3   Q.   Who would have provided that promotion code to you?

 4   A.   What do you mean by that?

 5   Q.   Do you recall it coming from FTX directly or from

 6        Creators Agency?

 7   A.   I would assume Creators Agency.

 8   Q.   Do you recall if your team had to create that

 9        promotional code?

10   A.   I don't recall.

11              MS. ALEXANDER:  I'm going to pull up one

12        more, and we can go to the video if we need to.

13   BY MS. ALEXANDER:

14   Q.   Do you see the screenshot of a YouTube video on your

15        screen?

16   A.   Yes, I do.

17   Q.   The title of the video is FTX Update Unscripted.

18              Do you see that?

19   A.   Yes, I do.

20   Q.   And the date is November 10th, 2022; is that correct?

21   A.   Yes.

22   Q.   What, if anything, do you recall about this video?

23   A.   I don't remember.

24              MS. ALEXANDER:  I'm going to stop sharing

25        and my colleague will play the video.  We will play
```



```
 1   the video in its, entirety, and then I will pose the
 2   question.
 3              (Video playing.)
 4              MR. SINGH:  There's been a lot of craziness
 5   around crypto and FTX particularly.  So I wanted to
 6   make this quick video, it's completely raw, it's
 7   unscripted, so let me just talk about what's going on
 8   so that we're both on the same page.
 9              First, on the topic of FTX, I want to talk
10   about what's important to you.  There's two different
11   companies.  You have ftx.com, which is the
12   international division, and then you have FTX US.
13              So I began working with FTX US earlier in
14   2022.  And by the time I began working with FTX US,
15   ftx.com, which is the international division, had
16   already spun off and you have these two companies,
17   ftx.com and FTX US.  So I never worked with ftx.com.
18              Well, ftx.com, the international division,
19   is now facing a lot of liquidity issues, they're on
20   the verge of bankruptcy, they're not funding crypto
21   withdrawals, people can't get their money out.  So
22   they're right now facing a lot of issues.
23              FTX US, which is the company that has
24   sponsored me, I haven't worked with them in a little
25   while now, but the company that has sponsored me in
```



1   the past, they are currently okay.  You can still buy

2   and sell crypto, you can still pull your crypto out,

3   and so the platform is still working.

4            However, this is where I want to caution

5   you, and I want you to be smart and be aware here,

6   that you don't want to risk spill-over or bleed-over

7   from the ftx.com company into the US subsidiary.

8            So right now, yes, you can still access

9   your account, you can still access your funds, and you

10  can still pull your money out.  And, like I've been

11  saying in every one of these videos that I mentioned

12  crypto is you never want to keep your crypto in the

13  exchange because your exchange is not a wallet.  Your

14  wallet is where you want to keep your crypto.  This is

15  something like a hot wallet or a cold wallet.  Cold

16  wallet is the best thing.

17           And so you want to pull your crypto out of

18  the exchange because if you leave a crypto or money in

19  an exchange, you're at the mercy of the exchange.

20           Now, as of right now, we're recording this

21  video.  This could change in the future.  FTX US still

22  has their reserves.  They're still operating normally,

23  people can still withdraw their money.  But you don't

24  want to risk this, especially when you're seeing the

25  things that are happening with ftx.com.



1              So FTX US is still okay, and this is an

2    opportunity for you to get your money out.

3              So if you used any of my links, used any of

4    my promotions, they are all only for FTX US, none of

5    them are for ftx.com.

6              Now, this brings me to the second thing

7    that I want to talk about which has to do with more of

8    a personal level because your trust, your faith, and

9    your belief in me is why I'm here.  And I work with

10   very few sponsors.

11             The vast, vast majority of my videos do not

12   have a sponsorship.  One, because it's very difficult

13   to become a sponsor for my channel, and the second,

14   because I want to make sure everything that we do is

15   packed with value first.

16             When we approve a sponsor, it goes

17   through a pretty rigorous process.  First, you have to

18   be approved by somebody who is not me, then you have

19   to be approved by me.  You look at things like the

20   team, the company, the product, and the liquidity.

21             And with FTX US, one of the big questions

22   that I kept asking is in regards to liquidity and

23   capital.  What happens if Bitcoin was to lose 50 to 70

24   percent of its value, how is that going to affect you.

25   Because the reality is crypto is very volatile.  We



```
 1   know this.  It's not uncommon to see crypto crashes
 2   and booms.  We know this.
 3           And so my big concern is what happens when
 4   things go wrong.  And I was reassured multiple times,
 5   and have writings of this, that FTX US is well
 6   capitalized and there's nothing for you to worry
 7   about.
 8           Now, clearly, FTX has lied, ftx.com, about
 9   their capital structure, about their liquidity issues.
10   And because of that, they're on the verge of a
11   bankruptcy or something like that.
12           FTX US, again, the company that I worked
13   with, is still okay.  But this is where you want to be
14   cautious and understand that you don't want to be at
15   risk and you want to take your money out as fast as
16   you can, that way you can protect yourself.
17           Now, hopefully, hopefully, this blows over
18   FTX US and nothing is wrong with them and everything
19   is fine.  But at the very least, you have to remember
20   that an exchange is not where you want to keep your
21   crypto.
22           You want to keep your crypto on a wallet.
23   You want to keep your crypto on, ideally, a cold
24   wallet, but at the very least, a hot wallet.
25           So what does this mean going forward.
```



1   Well, for one, you bet that me and my team are going

2   to be even stricter than we are already with the

3   sponsors that I work with.  So that's the first thing

4   that I want to do.

5              And, second, we're going to be working to

6   make sure that all of you who trusted us and will

7   trust us are okay in taking care of because I want to

8   make sure that this is right.  I am -- this is not the

9   way that I want to operate.  This is not the way that

10  I do things because your trust is the reason why I'm

11  here.

12             And everything that I do revolves around

13  making sure that we provide a good value, good

14  product, and good education.  And I'm very sorry that

15  this had had to happen this way.  But I want you to be

16  aware that we're doing everything that we can to keep

17  you educated, keep you informed, take care of you on

18  that front.

19             So just understand that if you did use any

20  of my links, any of my promotions, you still have

21  access to your money.  FTX US is still operational.

22  But be aware that ftx.com is having issues and

23  (inaudible) protect your money.  And, like I've been

24  saying, get the wallet, get your crypto out of an

25  exchange.



```
 1                   (End of playing video.)

 2   BY MS. ALEXANDER:

 3   Q.   Mr. Singh, where was that video recorded?

 4   A.   In my office.

 5   Q.   In what state?

 6   A.   Michigan.

 7   Q.   From whom did you get the information that you relayed

 8        in that video?

 9   A.   I don't recall.  I don't remember.

10   Q.   What do you recall about preparing that video?

11   A.   I remember there was a lot of media coverage on the

12        financial issues with FTX.

13   Q.   Did FTX US ask you to make that video?

14   A.   No.

15   Q.   Did Creators Agency ask you to make that video?

16   A.   No.

17   Q.   Did FTX US provide talking points for that video?

18   A.   No, ma'am.

19   Q.   Did Creators Agency or anyone at Creators Agency, like

20        Apple Crider, provide talking points for that video?

21   A.   No, ma'am.

22   Q.   Did you know that FTX US was based in Miami at the

23        time you made that video?

24   A.   I don't recall.

25   Q.   Are you aware today that FTX US was based in Miami in
```



```
 1        2022?
 2   A.   If you're telling me now and only now, but before this
 3        minute, no.
 4   Q.   In that video, you made reference to "using my links
 5        and promotions".
 6               Do you recall what any of those links or
 7        promotions were?
 8   A.   I don't know.
 9   Q.   Do you recall if those links and promotions were
10        provided directly by FTX US or whether they came
11        through Creators Agency?
12   A.   I don't recall how I got the links.
13   Q.   Do you recall if anyone reviewed this video before you
14        made it live?
15               MR. ACHO:  I'm going to object.  Again,
16        this has nothing to do with Florida.  This is
17        liability, and I'm telling you, this is getting out of
18        hand now.
19               Go ahead, you can answer this one.
20               We're not going to continue this path much
21        longer.
22               WITNESS:  Sorry, ma'am.  Would you mind
23        repeating that question for me?
24               MS. ALEXANDER:  Of course.
25   BY MS. ALEXANDER:
```



JASPREET SINGH                                    February 01, 2024
FTX Cryptocurrency Exchange                                     98

```
 1   Q.   Did anyone review this video before you posted it or
 2        made it live?
 3   A.   I don't believe so, no.
 4   Q.   You didn't submit it to FTX US for approval before
 5        posting?
 6   A.   That's correct.
 7   Q.   In the video, you mention that the agreement to work
 8        with FTX was approved by somebody who is not me.
 9              Who are you referring to there?
10   A.   The team.
11   Q.   So your team did their due diligence on FTX before you
12        agreed to the sponsorship with them?
13   A.   I'm not sure what you mean by that.
14   Q.   I'm clarifying the statement you made in the video
15        that somebody else who is not me had reviewed and
16        agreed to your advertisements with FTX US before you
17        went forward.
18   A.   Ma'am, due diligence is a very complex process, so I'm
19        not sure what you mean by that.
20   Q.   So what term would you use instead if you're not
21        comfortable with due diligence there?
22   A.   Maybe you can repeat your question so I can get a
23        better understanding of what you're asking me, that
24        might help.  Thank you.
25   Q.   I'm asking you to clarify your language from the
```



JASPREET SINGH                                           February 01, 2024
FTX Cryptocurrency Exchange                                           99

```
 1         video, which is that somebody who is not me reviewed
 2         and had to agree to the sponsorship with FTX US before
 3         you did.
 4    A.   Ma'am, before we agree to any sponsorship, it goes
 5         through a lengthy due diligence process, so I'm not
 6         sure what you mean by that.
 7    Q.   Who conducted that due diligence process?
 8    A.   Ma'am, we have a team.
 9    Q.   What team are you referring to?
10    A.   Primarily, the Minority Mindset team.
11    Q.   And additionally?
12    A.   Well, I can't speak for this particular sponsor
13         because I don't recall, but we also have a team at
14         Briefs Media where we have advertisements, and we do
15         very thorough due diligence there as well.
16              MR. ACHO:  I'm going to continue to object.
17         We're going to cut this off very soon, ma'am.  You're
18         going beyond what the magistrate judge said.  This has
19         no connection to Florida, none.
20              MS. ALEXANDER:  You are free to do whatever
21         it is you need to do and instruct your witness however
22         you so desire.
23              MR. ACHO:  I understand that.  I'm
24         cautioning you to get this done because it's beyond
25         the scope, and I'm going to seek sanctions if this
```



1  continues against you.

2          MS. ALEXANDER:  You are free to do whatever

3  it is you need to do, but I'm going to finish my

4  deposition.

5          MR. ACHO:  Only if you get to Florida and

6  not all these other things.  You're attempting to

7  bring in things aside from jurisdiction.  This has

8  nothing to do with jurisdiction.  Due diligence, what

9  does that have to do with jurisdiction?  Can you show

10  me?  Can you tell me now, and I'm going to --

11          MS. ALEXANDER:  I have heard enough of the

12  speaking objections.  Please confine your objections

13  to what is permitted in the rules of this district.

14          MR. ACHO:  I'm asking you a question, and

15  that's permitted.  Show me where I'm wrong.  Show me

16  how this complies with the Court's order, and then

17  I'll withdraw my objection.

18          MS. ALEXANDER:  I'm not asking you to

19  withdraw your objection.  If you're not directing the

20  witness not to answer, then I'll continue.

21          MR. ACHO:  Not yet, but we're almost there,

22  just so you know.

23          How much longer do you have?

24          MS. ALEXANDER:  Not long.

25          MR. ACHO:  You said that --



JASPREET SINGH                                February 01, 2024
FTX Cryptocurrency Exchange                                      101

```
 1   BY MS. ALEXANDER:
 2   Q.   Mr. Singh --
 3                MR. ACHO:  -- 40 minutes ago.
 4   BY MS. ALEXANDER:
 5   Q.   -- you were talking about due diligence.
 6                Did your team include any outside providers
 7        of due diligence?
 8   A.   Ma'am, I don't recall.  I'm sorry.
 9   Q.   To your knowledge in conducting due diligence on the
10        deal, did anyone from your team or Creators Agency
11        meet with anyone at FTX US in person?
12   A.   I'm sorry, can you repeat that question?
13   Q.   Sure.
14                In conducting due diligence on the deal,
15        did you, any member of your team, or anyone at
16        Creators Agency acting on your behalf, meet with
17        anyone at FTX US in person?
18   A.   I can't recall.
19   Q.   Do you recall meeting with anyone at FTX US through
20        any medium before entering into the deal?
21   A.   Can you tell me what you mean by that?
22   Q.   Sure.
23                What's confusing?
24   A.   Can you clarify your question for me?
25   Q.   Before you signed your agreement to create
```



JASPREET SINGH                                   February 01, 2024
FTX Cryptocurrency Exchange                                   102

1        advertisements for FTX US, did you meet with anyone

2        from FTX US?

3   A.   I'm not sure what you mean by that question.

4   Q.   What is confusing you?

5   A.   I'm sorry, ma'am, but the question is a bit confusing

6        because I'm not sure what you mean by "meeting

7        somebody".

8   Q.   In any capacity, Zoom, phone, in person.  I'm not

9        asking about e-mails.  I'm asking did you speak with

10       anyone from FTX US?

11  A.   I don't recall.

12  Q.   Do you recall if you exchanged e-mails with anyone at

13       FTX US before you entered into the deal?

14  A.   Ma'am, I don't recall.

15            MS. ALEXANDER:  Okay.  That wraps up the

16       questions I have for you today.

17            I want to thank you for your participation

18       and your cooperation.

19            And we can now go off the record.

20            WITNESS:  Thank you, Brooke, it was nice

21       speaking with you.

22            VIDEOGRAPHER:  If there are no other

23       questions, are we concluding the deposition now?

24            MR. ACHO:  Yes.

25            VIDEOGRAPHER:  This now concludes the



1  videoconference deposition of Jaspreet Singh.  At this

2  time, we do ask all counsel stay connected briefly to

3  provide your transcript and video orders to the court

4  reporter.

5          Ms. Alexander, I do understand you have a

6  standing order.

7          MS. ALEXANDER:  Yes.

8          VIDEOGRAPHER:  Mr. Acho, did you need a

9  copy of the transcript and/or video today -- of

10  today's deposition?

11          MR. ACHO:  Not the video, just the

12  transcript, written transcript.

13          VIDEOGRAPHER:  Okay.  Anyone else?

14          Okay.  We are now going off the record on

15  February 1st, 2024, at 5:26 p.m. Eastern Time.

16       (Deposition concluded at 5:26 p.m.)

17                      - - -

18

19

20

21

22

23

24

25



```
 1   STATE OF MICHIGAN )

 2   COUNTY OF OAKLAND )

 3              Certificate of Notary Public

 4       I certify that this transcript is a complete, true,

 5   and correct record of the testimony of WITNESS held in this

 6   case.

 7       I also certify that prior to taking this deposition,

 8   WITNESS was duly sworn or affirmed to tell the truth.

 9       I further certify that I am not a relative or an

10   employee of or an attorney for a party; and that I am not

11   financially interested, directly or indirectly, in the

12   matter.

13       In witness whereof, I have hereunto set my hand this

14   9th day of February, 2024.

15

16

17

18   LORY A. HELLAND, CER-#3778

19   Notary Public, Oakland County, Michigan

20   My Commission Expires:  02/15/26

21

22

23

24

25
```

