# Exhibit 3

CONFIDENTIAL

**From:** Graham Stephan <graham_stephan@yahoo.com>
**To:** Erika Kullberg <erika@creatorsagency.co>; team@creatorsagency.co <team@creatorsagency.co>
**Sent:** Wednesday, February 9, 2022 at 11:09:48 AM PST
**Subject:** Re: FTX Super Bowl Talking Points - FOR APPROVAL ASAP

On top of that, you also have companies like the Cryptocurrency Exchange, FTX - who are going to be giving away up to $2 Million Dollars worth of FREE BITCOIN during this Sunday's Super Bowl - which, is insane.

Whenever their ad airs, they'll be giving away that time in Bitcoin…so, 9:43 = 9.43 Bitcoin. If you want to enter, just follow FTX on Twitter using the link in the description, and when the commercial airs, retweet their pinned feature between the time it airs and 11:59pm EST…then, 4 winners will be chosen to get some sweet, sweet Cryptocurrency…

On Wednesday, February 9, 2022, 10:58:51 AM PST, Erika Kullberg <erika@creatorsagency.co> wrote:

Hi Graham,

If you can, FTX would like to promote this as one of your sponsored videos (or a shout out), this week if possible (Super Bowl is on Sunday). Please keep the deck confidential. Only the bullet pointed talking points below are public.

Please see the details below.

**FTX has a Super Bowl commercial that's going to be airing and they are going to be giving away bitcoin!**

- How much are we giving away? $1 million worth?! $1.5 million worth?!!?! We don't actually know yet.
- Whenever our ad airs, we'll be giving away that time in BTC. So 9:43 = 9.43 BTC. 4 winners will win.
- To enter, follow FTX and when the commercial airs, check out our pinned tweet featuring our spot.
- Retweet that pinned tweet with the commercial between when the ad airs and 11:59pm EST for a chance to win!
- FTX SB teaser

Past campaigns

- Previous Tom Brady Commercial 1
- Previous Tom Brady Commercial 2

CONFIDENTIAL



**Erika Kullberg**
Attorney & Co-Founder, [Creators Agency](#)
Georgetown Law, *Juris Doctor*
7+ million followers on TikTok
3+ million followers on Instagram
300k followers on YouTube




As featured in Inc. Magazine, CNBC, Business Insider, U.S. News & World Report and [more](#)