# Exhibit 4

**From:** Creators Agency <compliance@creatorsagency.co>
**To:** Graham Stephan <graham_stephan@yahoo.com>; Jeremy Lefebvre <j.l.brandsproduction@gmail.com>; Andrei Jikh <themajikh@gmail.com>
**Cc:** Erika Kullberg <erika@creatorsagency.co>; Compliance Team <compliance@creatorsagency.co>
**Sent:** Monday, April 4, 2022 at 05:30:42 PM PDT
**Subject:** Re: FTX Talking Points - Millennial Money

Hi Millennial Money Team,

Please Use the **FTX US** Logo,
here: https://drive.google.com/drive/u/0/folders/1KbU9kEjwanLFYJl_gjKxYVw33EXkAPc- and say **FTX US** instead of just FTX. Thank you!

Attached are the new Talking Points for this month too. Please see below.

On Wed, Jan 26, 2022 at 2:06 AM Erika Kullberg <erika@creatorsagency.co> wrote:
Hi Team!


Here are the talking points for the live (attached and see below directly from FTX). They said that they were very happy with Graham's integration already, so similar talking points as what Graham did are great:

- **Important: before you go live, please get the affiliate link ready. Graham knows how to do this from the app. They want you to use a bit.ly (or link shortener) to make the affiliate link look nicer.**
- **Also important: please display the FTX logo the whole time throughout the live, here's the logo:** https://drive.google.com/drive/folders/1uzWrU7f8POk7Vnu2R63AESVpkmemU1zo?usp=sharing
- Make sure the affiliate link is displayed at the top of description and as the pinned comment. Here's the text you can copy and paste (make sure you grab the affiliate link and code first):
    - Trade Bitcoin, Doge, and other crypto with zero fees on FTX. Use our referral code and get a free coin when you trade $10 worth: [INSERT BITLY LINK HERE] - Use Code: [INSERT CODE HERE] - Enjoy!


--
The main thing is no fee trading for FTX App, no fixed minimum fees, etc. Please make the focus FTX.US though. Here are the designs (FTX Drive.) We are giving away $80K in NFTs, such as Mutant Apes, Doodles, etc. Their community can enter it by going to ftx.us or the ftx app creating an account, entering promo code NFTJAN22 and buying $50 worth of NFTs. If they want to also promote NFTs and this campaign - they can - but it is up to them.

For links - we can only make blockfolio.com/milllenialmoney, which is a bit confusing. If they can create an account similar to what we did for others and use their teams to create a customized link, such ftx.app/millenialmoney that deep linkes to the affiliate links they create through that app that would be great.

The below information might be really helpful too if they want more context.
**FTX**

- FTX was founded in 2019 built on a reputation for offering the best derivatives products and now has grown to be a top three exchange in the world by volume and users.

- In October of this year, FTX raised $420 million for 69 investors at a $25B valuation. Previously, this year, FTX raised $900 million at a $18B valuation
- FTX has FTX International and FTX.US. Similar to Coinbase - we have FTX App for retail users and FTX trading platforms for traders. On FTX App users can buy and sell crypto and NFTs with no fees and on FTX.US we have fees up to 85% cheaper than competitors. We believe FTX products offer the best litquidity and the cheapest fees in the industry for both sophisticated investors for more retail focused users (who want to DCA and buy crypto once in a while).
- *Last valuation is double Robinhood's current market share*
- Our founder SBF: Forbes: richest under 30

Acquisitions and Venture Investing

- FTX US has been growing rapidly and we acquired Blockfolio last year (now named FTX) as a primary place for new investors and acquired Ledger X, with a focus on regulated derivatives in the US
- FTX launched a $2B fund to invest in crypto projects



**Erika Kullberg**
Attorney & Co-Founder, Creators Agency
Georgetown Law, *Juris Doctor*
7,000,000+ on TikTok
2,000,000+ on Instagram
200,000+ on YouTube



*As featured in Inc. Magazine, CNBC, Business Insider, U.S. News & World Report and more*

**FTX US Talking Points for Creators**                                           CONFIDENTIAL

- What is FTX and FTX US
    - FTX US is a US regulated crypto exchange, which aims to inspire loyalty amongst users. FTX US is one of the largest exchanges in the US and is rapidly growing its user base. FTX US also recently raised [$400 million at $8 billion valuation](#).
    - FTX is one of the largest cryptocurrency exchanges in the world, in terms of trading volume and daily users.
    - FTX was founded by Sam Bankman-Fried, known as SBF. SBF of the richest people in the world 30 and under and is an effective altruist; he plans to give away 99% of his money to charity
- Two main FTX Products
    - [FTX App](#): this will be the app that most creators promote. For screenshots, b rolls etc please make sure graphics are from FTX App and not pro sites.
        - *Please create an affiliate link under the present button, customize your code and copy **BOTH** your affiliate link and code for users to click or enter the code (ex: Jack) when signing up*
    - [FTX.US](#): this is our trading platform for more advanced users. Most creators will not need to create affiliate links for this unless they are NFT focused creators.
- Main bullet points
    - The most complete crypto and finance app that allows users to buy and sell crypto and NFTs with no fees.
    - Stocks: FTX US will also be launching stocks in the near future: FTX.US/Stocks.
    - Trusted by millions of users
    - Cheaper than other crypto exchanges
        - No fixed minimum fee on transactions (ex: other platforms charge a minimum of $2-3 USD on all transactions)
        - No ACH transaction fees
    - Great for investing strategies, such as dollar cost averaging
        - Recurring buys directly from your bank account for dollar cost averaging strategies. This can be daily, weekly, bi-weekly or monthly
    - NFTS: buy top ethereum and solana NFTs with no gas fees and follow top projects and upcoming projects listed with FTX.US
        - FTX.US has partnered with top brands, such as Coachella, one of the largest music festivals in the world, and Steph Curry for NFT projects that have unlocked real world use-cases to attend events and meet athletes/people in person
    - Debit Card: Use a crypto debit card to spend your crypto at millions of merchants worldwide
    - We have made a push into gaming, one of the first crypto companies to do so. We recently acquired [Storybook Brawl Gaming](#) and launched FTX US Gaming division ([link](#)). FTX Ventures has invested in projects, such as Bored Ape Yacht Club creator Yuga Labs ([link](#))
- **\*\* Do not reference our interest product for the time being**
- Shorter ad read examples
    - *The most complete crypto and finance app that allows users to buy crypto and NFTs with no fees and will soon be launching stocks. You might have heard of the FTX brand from their partnerships with Tom Brady, Steph Curry or the Miami Heat Stadium. With FTX - you can trade crypto with up to 85% lower fees than top competitors. You can also use the FTX app to buy your favorite NFTs with no gas fees, supporting both Ethereum and Solana blockchains. Download the FTX App today using my referral link below with code* "==Insert customized code==" *to earn free crypto on every trade over $10.*
- Large partnerships to refer and as reference
    - The pitch would be *"you might have heard of FTX US from their marketing partnerships"*
        - [Home of Miami Heat](#) , [MLB (Major League Baseball)](#), NFT partnerships: [Golden State Warriors and FTX US](#), [Mercedes F1 and FTX](#), [Naomi Osaka](#)
- Social links and learning resources:
    - Twitter: [FTX](#), [FTX App](#), [FTX US](#), [FTX NFTs](#), [SBF](#)
    - Podcast: [FTX Podcast](#): [SBF Episode 1](#), [SBF Episode 2](#), [Ryan Salame CEO of FTX Bahamas](#), [Brett Harrison President of FTX US](#), [Nishad Singh Head of Engineering at FTX](#)
    - FTX Deep-Dive via the Generalist Newsletter: [Part 1: SBF](#), [Part 2: Data Insights](#) , [Part 3: The everything exchange](#)