# Exhibit 5

**From:** Creators Agency <compliance@creatorsagency.co>
**To:** Graham Stephan <graham_stephan@yahoo.com>; Andrei Jikh <themajikh@gmail.com>; Jeremy Lefebvre <j.l.brandsproduction@gmail.com>
**Cc:** Erika Kullberg <erika@creatorsagency.co>; Compliance Team <compliance@creatorsagency.co>
**Sent:** Friday, April 29, 2022 at 12:50:44 PM PDT
**Subject:** FTX x Millennial Money

Hi Millennial Money Team,

Hope all is well!
Kindly switch the FTX logo and use the **FTX US** one here (this is important for compliance reasons): https://drive.google.com/drive/u/0/folders/1KbU9kEjwanLFYJI_gjKxYVw33EXkAPc-



Also, on your upcoming integrations, FTX would like you to show your screen/phone using the FTX App. Here's an example of what Minority Mindset did for their integration that performed exceptionally well: https://youtu.be/NOxKYAxvrkY?t=273.



Have a great weekend!

Many thanks,
Crezel