# Exhibit 7

CONFIDENTIAL

**From:** Gavin Lowder <gavin@creatorsagency.co>
**To:** "graham_stephan@yahoo.com" <graham_stephan@yahoo.com>
**Sent:** Monday, May 16, 2022 at 07:29:03 AM PDT
**Subject:** FTX Updated May Talking Points

Good Morning Graham,

I hope all is well. FTX updated their May talking points– which I have linked in this email. The points they feel are strongest to touch on are as follows:

- Trusted by millions of users vs 1m users
- Can we say get up to $100 in crypto when you trade with FTX US as well as free crypto on all trades over $10
- Launching stocks soon as seen here https://ftx.us/stocks/portfolio in the coming weeks to be an all encompassing finance app for stocks, crypto & NFTs
- Easy way to dollar cost average with recurring buys over time as it's hard to fully time the market
- One of the largest and most trusted exchanges in the US. Sam Bankman Fried our CEO plans to donate 99%+ of his money to charity
- Trusted partners and investors, such as Tom Brady, Steph Curry and others

Please send back a quick message to confirm you've got the updated points. Thank you!

Best,
Gavin

**FTX US Talking Points for Creators**                                    CONFIDENTIAL

What is FTX and FTX US
- FTX US is a US regulated crypto exchange and is one of the largest exchanges in the US. FTX US is rapidly growing its user base with millions of users.
  - FTX US recently raised [$400 million at $8 billion valuation](#).
- FTX International and FTX US were founded by Sam Bankman-Fried, known as SBF.
  - SBF of the richest people in the world 30 and under and is an effective altruist; he plans to give away 99% of his money to charity

FTX US Products
- [FTX App](#): Zero-fee trading app for top cryptocurrencies, stocks upcoming and NFTs with no gas fees. FTX US is up to 85% cheaper than top competitors

Main bullet points for FTX App
- The most complete crypto and finance app that allows users to buy and sell crypto, stocks in the near future and NFTs.
  - Please see here: FTX.US/Stocks.
- Trusted by millions of users
- Cheaper than other crypto exchanges
  - No fixed minimum fee on transactions (ex: other platforms charge a minimum of $2-3 USD on all transactions)
  - No ACH transaction fees
- Great for investing strategies, such as dollar cost averaging
  - Recurring buys directly from your bank account for dollar cost averaging strategies. This can be daily, weekly, bi-weekly or monthly
- NFTS: buy top ethereum and solana NFTs with no gas fees and follow top projects and upcoming projects listed with FTX.US
  - FTX.US has partnered with top brands, such as Coachella, one of the largest music festivals in the world, and Steph Curry for NFT projects that have unlocked real world use-cases to attend events and meet athletes/people in person
- Debit Card: Use a crypto debit card to spend your crypto at millions of merchants worldwide
- FTX Gaming
  - We have made a push into gaming, one of the first crypto companies to do so.
  - We recently acquired [Storybook Brawl Gaming](#) and launched FTX US Gaming division ([link](#)).
- FTX Ventures
  - FTX Ventures has invested in projects, such as Bored Ape Yacht Club creator Yuga Labs ([link](#))

**\*\* Do not reference our interest product for the time being**

Shorter ad read examples
- *The most complete crypto and finance app that allows users to buy crypto, stocks in the future and NFTs with no fees. You might have heard of the FTX brand from their partnerships with Tom Brady, Steph Curry or the Miami Heat Stadium. With FTX - you can trade crypto with up to 85% lower fees than top competitors. Download the FTX App today using my referral link below with code* "==Insert customized code==" *to earn free crypto on every trade over $10.*

New Partnerships/news
- [Gisele Bündchen on Crypto, Collaboration, and Helping FTX Donate Billions](#)
- [FTX.US backs 'Flash Boys' exchange IEX as firm maps out crypto strategy](#)
- [FTX US derivatives proposal in the US](#)
- [65,000 + people claimed FTX Coachella NFTs](#)
- [SBF, CEO of FTX/FTX US, will give away 99% of his fortune](#)

Large partnerships to refer and as reference
- The pitch would be "*you might have heard of FTX US from their marketing partnerships*"
  - [Home of Miami Heat](#) , [MLB (Major League Baseball)](#), NFT partnerships: [Golden State Warriors and FTX US](#), [Mercedes F1 and FTX](#), [Naomi Osaka](#)