# Exhibit 8

Chris Norlund / Video

Creators Agency & FTX - YouTube's Biggest Scam! ...

COMPARE TO...

Filter

Dec 17, 2022 – Jan 30, 2024
Since uploaded (lifetime)

Content | Traffic source | Geography | Cities | Viewer age | Viewer gender | Date | Revenue source | Subscription status | Subscription source | More

Views by: Cities | Select secondary metric | Line chart | Daily

| Cities | Views | | Watch time (hours) | | Average view duration |
|---|---|---|---|---|---|
| **Total** | **29,377** | | **2,680.9** | | **5:28** |
| New York, US-NY | 745 | 2.5% | 74.6 | 2.8% | 6:00 |
| Los Angeles, US-CA | 622 | 2.1% | 62.9 | 2.4% | 6:03 |
| Toronto, CA-ON | 402 | 1.4% | 36.2 | 1.4% | 5:23 |
| London, GB-ENG | 330 | 1.1% | 31.4 | 1.2% | 5:42 |
| Sydney, Australia | 282 | 1.0% | 25.7 | 1.0% | 5:27 |
| Chicago, US-IL | 253 | 0.9% | 21.3 | 0.8% | 5:02 |
| Las Vegas, US-NV | 230 | 0.8% | 22.5 | 0.8% | 5:52 |
| San Francisco, US-CA | 219 | 0.8% | 22.2 | 0.8% | 6:04 |
| Melbourne, Australia | 201 | 0.7% | 19.9 | 0.7% | 5:56 |
| Houston, US-TX | 197 | 0.7% | 19.1 | 0.7% | 5:48 |
| San Diego, US-CA | 180 | 0.6% | 18.1 | 0.7% | 6:02 |
| Dallas, US-TX | 171 | 0.6% | 18.5 | 0.7% | 6:30 |
| Seattle, US-WA | 164 | 0.6% | 16.2 | 0.6% | 5:56 |
| Miami, US-FL | 126 | 0.4% | 11.4 | 0.4% | 5:24 |
| Phoenix, US-AZ | 123 | 0.4% | 11.9 | 0.4% | 5:49 |
| San Jose, US-CA | 112 | 0.4% | 11.0 | 0.4% | 5:53 |
| Brisbane, Australia | 109 | 0.4% | 10.2 | 0.4% | 5:38 |

EXHIBIT 1

