

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Court Administrator • Clerk of Court

March 27, 2024

United States District Court

District of Columbia

RE:   MDL No.         3076

      Our Case No.    23-md-3076-KMM

      Your Case No.   24-cv-00655-JMC

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Rodolfo A. Ruiz II.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order ____5____) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

ANGELA E. NOBLE
Clerk of the Court


/s/ J. Adams

MDL Clerk

Encl.