# EXHIBIT A

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF FLORIDA

3             MDL No.  3076

4        CASE NO.  1:23-md-03076-KMM

5

6

7                                        )
                                         )
     In Re:  FTX Cryptocurrency     )
                                         )
8    Exchange Collapse Litigation   )
                                         )
9                                        )

11

12

13

14        DEPOSITION OF ARZU MALIK

15           APPEARING REMOTELY

16               VIA ZOOM

17        Thursday, January 25, 2024

18        10:04 a.m. to 11:44 a.m.

19

20

21

22

23   Reported by:

24   Dawn Mack-Boaden

25   Registered Professional Reporter; CSR# 153120



```
 1            Mr. Adams is here representing you today,
 2    and he may raise objections to some of my questions.
 3    So you might want to give him some space to do that.
 4    If he instructs you not to answer, then you can
 5    listen to your lawyer; otherwise, he's just making a
 6    record and saying that there is a reason he wants to
 7    raise later with the court, maybe, that there's an
 8    issue.
 9        A.    Uh-huh.
10        Q.    Does that make sense?
11        A.    Yes.
12        Q.    Do you know why you're here today?
13        A.    Yes.
14        Q.    Why are you here today?
15        A.    Just to, I guess, say my side of what
16    happened that evening that the person tried to serve
17    papers to Erika.
18        Q.    Okay.  And what happened on that night?
19        A.    Sure.  So I was just home at my apartment
20    by myself.  I was just watching TV, and then all of
21    a sudden I just heard, like, a really loud banging
22    on my door, which was pretty unusual and weird
23    because my apartment building is very calm.  There's
24    a lot of just, like, families, students.  So it was
25    just out of the blue.
```



1   worth, basically?

2      A.   Yeah, yeah.  Two school years' worth, yeah.

3      Q.   Okay.  And did you -- did you move in,

4   like, right before you started classes?  So, like,

5   it would be August 2021?

6      A.   No.  It was -- I think when I moved in, it

7   was around either June or July.  For my school, it

8   was all year round, for the most part.

9           So I moved in around, like, June or July,

10  one of those months; and then my lease ended at the

11  end of May 2023.

12     Q.   Okay.  And did you have any roommates

13  during that time?

14     A.   Yes, I did.  I had one -- well, for that

15  apartment, I had one roommate.

16     Q.   Okay.  And that was the same apartment in

17  that building that you lived in for all two years?

18     A.   Yeah.  For those last two years, yeah.

19     Q.   Okay.  And who was your roommate?

20     A.   Eileen Shannon.

21     Q.   That's Erika's sister?

22     A.   Yes; correct.

23     Q.   Did you guys move in together or was she

24  already living there?  How did that work?

25     A.   No.  Eileen and I lived together throughout



```
 1            So the question is do you know at the
 2       time that you received the subpoena in April
 3       of 2023, if she was living in or outside of
 4       the United States?
 5            MR. ADAMS:  That's a different question.
 6       I'll allow that.
 7            THE WITNESS:  Can you repeat the
 8       question again.  Sorry.
 9  BY MR. KAYE:
10    Q.   Sure.  In August -- not August.
11         In April of 2023 when you received the
12  subpoena, do you know whether Erika was living in
13  the United States?
14    A.   I don't think she was.
15    Q.   Do you know where she was living?
16            MR. ADAMS:  Objection.  I'm -- I'm going
17       -- I'm going to instruct the witness not to
18       answer that.
19            MR. KAYE:  On what grounds, Derek?
20            MR. ADAMS:  That it's outside the scope
21       of what you've been authorized to ask about.
22       You're authorized to ask about the events of
23       April 6, 2023, as it relates to service.
24            Where she lives is irrelevant.  What's
25       relevant is that she does not live at the
```



ARZU MALIK                                    January 25, 2024
FTX Cryptocurrency Exchange Collapse Lit.                 23

```
 1              MR. ADAMS:  Objection.
 2              You can answer.
 3              THE WITNESS:  Oh, okay.
 4              I -- I don't remember, you know, the
 5         exact, like, when I called, before -- like,
 6         first -- the first knocking happened, and
 7         then I was, like, okay, maybe it will stop.
 8         And then I called the doorman.  But I -- I
 9         can't remember if there was more knocking
10         right after or not.
11              But there was quite a few moments where
12         the guy was banging on the door and then it
13         would stop and then he was banging.
14    BY MR. KAYE:
15         Q.    Where was Eileen when this was happening?
16         A.    She was not home.
17         Q.    Okay.  So you heard the knocking.  You got
18    scared.  You called the doorman.  You went to your
19    room.  At what point did you then find the papers?
20         A.    When I -- when I left the apartment the
21    next day.  Because it was on the door.  So anyone
22    would notice it.
23         Q.    Did Eileen come home that night?
24         A.    I believe so, but I -- my recollection is
25    not too -- the best.
```



ARZU MALIK                                    January 25, 2024
FTX Cryptocurrency Exchange Collapse Lit.                  32

1    know, it was her.

2        Q.   Okay.  And then what?

3        A.   And then she, I believe, sent me a voice

4    memo about the situation and then if we could, you

5    know, get on a talk with her and her lawyers just to

6    explain my -- my side of what happened that evening.

7        Q.   And how did you respond?

8        A.   I just said that was -- I think I said that

9    was fine.  Whenever, you know, she was available, we

10   could get on a phone call.

11       Q.   And going back to the night, when you

12   called the doorman, how many doormen are at that

13   building -- or were at the building when you lived

14   there?

15       A.   I don't recall.  Just maybe a couple.  But

16   there was usually just one at one time, like, they

17   -- they have different shifts.

18       Q.   Okay.  And you said this one was Carlos?

19       A.   I believe so from his voice.

20       Q.   Okay.  Do you know what -- what does Carlos

21   look like?

22       A.   He was tall; slender, I would say;

23   Hispanic, maybe, background.

24       Q.   Any color of his hair, his eyes, his skin?

25       A.   I just -- I think tan, dark -- dark hair.



ARZU MALIK                                          January 25, 2024
FTX Cryptocurrency Exchange Collapse Lit.                        73

```
 1                  C E R T I F I C A T E

 2    COMMONWEALTH OF MASSACHUSETTS
      Norfolk, SS.
 3

 4            I, DAWN MACK-BOADEN, CSR #153120, RPR, and
      a Notary Public duly qualified in and for the
 5    Commonwealth of Massachusetts, do hereby certify
      that:
 6
              ARZU MALIK, the witness whose testimony is
 7    hereinbefore set forth, was duly sworn by me
      pursuant to Mass. R. Civ. 27, 29, 30, 30A, and 31,
 8    and that such testimony is a true and correct
      transcription of my original stenographic notes
 9    taken in the forgoing matter, to the best of my
      knowledge, skill and ability.
10
              I further certify that I am neither
11    attorney or counsel for, nor related to or employed
      by any of the parties to the action in which this
12    deposition is taken; and furthermore, that I am not
      a relative or employee of any attorney or counsel
13    employed by the parties thereto or financially
      interested in the action.
14
              IN WITNESS WHEREOF, I have hereunto set my
15    hand and affixed my Notarial seal this 26th day of
      January, 2024.
16

17

18            Dawn Mack-Boaden, RPR
              Notary Public
19

20
      My Commission Expires:  August 26, 2027
21

22
      THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
23    NOT APPLY TO ANY REPRODUCTION AND/OR DISTRIBUTION OF
      THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT
24    CONTROL AND/OR SUPERVISION OF THE CERTIFYING COURT
      REPORTER.
25
```

