# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3                    MDL No. 3076

 4
                CASE NO:  1:23-md-03076-KMM
 5

 6

 7   IN RE:  FTX Cryptocurrency Exchange  )
     Collapse Litigation,                 )
 8                                        )
                                          )
 9   -------------------------------------

10

11

12              VIDEOTAPED DEPOSITION

13          VIDEO CONFERENCE DEPOSITION OF

14           DEFENDANT CREATORS AGENCY, LLC

15            RULE 30(b)(6) REPRESENTATIVE

16                   ERIKA KULLBERG

17          (Also in Her Individual Capacity)

18

19              THURSDAY, FEBRUARY 1, 2024

20

21   REPORTED BY:

22   DENISE D. HARPER-FORDE
     Certified Shorthand Reporter (CSR)
23   Certified RealTime Reporter (CRR)
     Certified LiveNote Reporter (CLR)
24   Registered Professional Reporter (RPR)
     Notary Public (FLORIDA)
25
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1   Waterside Plaza address for any
 2   purposes?
 3              ATTORNEY ADAMS:  Objection.
 4   Vague.
 5              (BY ATTORNEY KAYE):
 6       Q.   Do you understand the
 7   question?
 8       A.   No, I don't.
 9       Q.   Other than receiving your mail
10   there, did you ever use the 40
11   Waterside Plaza address for any other
12   purposes?
13              ATTORNEY ADAMS:  Objection,
14   same.  Vague.  You can answer, if you
15   understand.
16              THE WITNESS:  I don't
17   understand the question.  If I used it
18   for any other purposes?  Did I live
19   there?  No.
20              (BY ATTORNEY KAYE):
21       Q.   Did you ever have a driver's
22   license with that address?
23       A.   No.
24       Q.   Did you ever register to vote
25   at that address?
```



```
 1                    C E R T I F I C A T E

 2                           * * * *

 3           I, Denise D. Harper-Forde,
     Registered Professional Reporter and
 4   Notary Public in and for the State of
     Florida at large, do hereby certify
 5   that I was authorized to and did
     stenographically report the deposition
 6   of ERIKA KULLBERG; and that the
     foregoing pages are a true and correct
 7   transcription of my stenographic notes
     of said deposition.

 8
             I further certify that said
 9   deposition was taken at the time and
     place hereinabove set forth, and that
10   the taking of said deposition was
     commenced and completed as hereinabove
11   set out.

12           I further certify that I am not an
     attorney or counsel of any of the
13   parties, nor am I a relative or
     employee of any attorney or counsel of
14   party connected with the action, nor
     am I financially interested in the
15   action.

16           The foregoing certification of
     this transcript does not apply to any
17   reproduction of the same by any means
     unless under the direct control and/or
18   direction of the certifying Reporter.

19

20   DATED this 2nd day of February, 2024

21   _____

22
     DENISE D. Harper-Forde, RPR, CRR, CLR
23   Notary Public - State of Florida
     My Commission Expires:  12-27-2025
24   My Commission No:  HH 211163

25
```

