# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

CASE NO: 1:23-md-03076-KMM

IN RE: FTX Cryptocurrency Exchange )
Collapse Litigation, )
)
)
-------------------------------------

VIDEOTAPED DEPOSITION

VIDEO CONFERENCE DEPOSITION OF

DEFENDANT CREATORS AGENCY, LLC

RULE 30(b)(6) REPRESENTATIVE

ERIKA KULLBERG

(Also in Her Individual Capacity)

THURSDAY, FEBRUARY 1, 2024

REPORTED BY:

DENISE D. HARPER-FORDE
Certified Shorthand Reporter (CSR)
Certified RealTime Reporter (CRR)
Certified LiveNote Reporter (CLR)
Registered Professional Reporter (RPR)
Notary Public (FLORIDA)

name, but it was in Orlando.

Q. And did you attend Fin Con 2022 -- let me start that over.

In what capacity did you attend Fin Con 2022?

ATTORNEY ADAMS: Objection. Vague.

(BY ATTORNEY KAYE):

Q. What was the answer?

A. The answer is, I didn't attend in a specific capacity.

Q. You were there for what purpose?

A. I was there as myself.

Q. Did you participate in any of the events?

ATTORNEY ADAMS: Objection. I mean, ask a question specific to FTX.

(BY ATTORNEY KAYE):

Q. When you attended Fin Con 2022, you were still working with Creators Agency; right?

A. Yes.

Q. And there was still --

Creators Agency was still working with FTX US as one of its Brands?

ATTORNEY ADAMS: Objection as to form.

THE WITNESS: Yes.

(BY ATTORNEY KAYE):

Q. Who were some of the Creators that you had working with FTX US?

ATTORNEY ADAMS: Objection as to vague. It's the US piece, Joey. She has already said that she is not sure of the distinction. That is all I'm trying to clarify here.

(BY ATTORNEY KAYE):

Q. Okay. Fair enough. So who were some of the Creators that you had working with FTX?

A. What is the relevant time period?

Q. At any point?

A. Of some of the Creators that worked with an FTX entity include Graham Stephan, Jaspreet Singh, Marco Whiteboard Finance, Deadnsyde, Jeremy Lefebere.

A. I can't recall. If you want to pull up the contracts, we can look.

Q. For any of the content that you created for FTX. This is 2021 up until they filed bankruptcy. Did you remove any of it from any of the platforms you originally posted it on?

ATTORNEY ADAMS: Objection.

THE WITNESS: Yes.

(BY ATTORNEY KAYE):

Q. When did you do that?

A. I don't recall, but it was close to bankruptcy date.

Q. After the bankruptcy date?

A. I don't recall.

Q. What was your reason for removing the contents?

ATTORNEY ADAMS: Objection. Instruct her not to answer. It has no bearing whatsoever on jurisdiction.

(BY ATTORNEY KAYE):

Q. So you are an accomplished YouTube-er; right? You have millions

country. I know it provides US. Those are the specifics that I am aware of.

Q. Okay. Do you know if it provides Cities?

A. I don't know.

Q. Have you ever checked?

A. I have checked the geography, and I don't see the City on it. When I check the geography, you see the countries and percentage.

Q. Is geography like a tab that you can click on to look at?

A. I don't recall, but I don't think it's a tab on it's own. I think it's probably grouped in with other things, but I don't know 100 percent.

Q. Okay. Now, if I told you that the video -- the page that shows the metrics for the video has the tabs content, traffic source, geography, Cities, viewer gender, date, revenue source, subscription status, subscription source...more.

Q. Now, I will PDF it to send it to the Court Reporter. I use my computer in dark mode, because I'm staring at the screen for like 16 hours a day. So it will be flipped when it's a PDF, but it will be the same document.

Do you so that E-mail on my screen?

A. Yes, I see that E-mail on your screen.

Q. Friday, March 31st, 12:30 in the morning. From me to Erika@CreatorsAgency.CO, Erika@ErikaKullberg.com.

Is this the E-mail you're referring to? Does that refresh your recollection?

A. I don't recall the specific E-mail, but as I stated I recall receiving an E-mail from your firm.

Q. Okay. Do you recall seeing a notice of commencement of action and a request of waiver of service form?

A. Again, I don't recall

organization for Creators Agency.

Q. Did you prepare it?

A. Yes.

Q. What is Registered Agents, Inc.?

A. Registered Agents, Inc. is a Registered Agent service.

Q. What is your understanding of that location? Have you ever been there physically?

ATTORNEY ADAMS: Joe, could I just ask can you put the whole document in here or put it in the chat so half of it is not cut off here.

ATTORNEY KAYE: Sure. I will put it in the chat.

(BY ATTORNEY KAYE):

Q. So the question is, have you ever physically been to that location, Erika?

A. I have never physically been to the Sheraton Wyoming location.

Q. Why did you decide to create the LLC in Wyoming?

ATTORNEY ADAMS: To the extent

that might call for Attorney/Client communication, I remind you not to disclose that.

THE WITNESS: I read that --

(BY ATTORNEY KAYE):

Q. Did Derek represent you -- go ahead. You read?

A. I read that Wyoming was a good state to open a LLC.

Q. Why is it a good state to open an LLC?

ATTORNEY ADAMS: The document is still not in the chat. Can you go ahead and put that in the chat so that the witness can actually see the document.

ATTORNEY KAYE: Yes, I will put it in the chat. We will get to it. I'm asking why did you think Wyoming was a good state to open an LLC?

ATTORNEY ADAMS: I am not going to allow additional questions when you're putting half of the document up. Either show the

Q. You said you can answer this to the best of your ability?
A. I can. What is the time frame? And who are we speaking about?
Q. The time frame would be from August, 2021 through November, 2022?
A. So list the States where independent contractors are located?
Q. Yes, to the best of your ability. Does Creators Agency have any records of this? Like where these people were located?
A. I'm not sure.
Q. Okay. So based on memory, to the best of your ability, what States were the independent contractors located in?
A. Nevada. That is it.
Q. That is all you remember?
A. No, that's it.
Q. What about the Creators from August, 2021 through November, 2022?
A. That I can try to answer for specific Creators, but I don't know everyone. I can answer for the

have an awareness of that?
A. No, that is not something that I recall. I would have recalled or that I recalled. But I just saw the document probably in the last few days because of prep.
Q. And both as a representative of Creators and individually, your answer is the same? Your awareness of Miami being in the talking points came a couple of days ago?
A. Yes, my answer is the same.
Q. Did you ever travel to Miami for anything FTX related?
A. No, I did not.
Q. Did you ever attend Bitcoin 2021?
A. No, I did not.
Q. Did you attend Bitcoin 2022?
A. No, I did not.
ATTORNEY ADAMS: Object.
(BY ATTORNEY KAYE):
Q. Did you go to any Miami Heat games?
ATTORNEY ADAMS: Objection. I

for it's Creators?

ATTORNEY ADAMS: Objection. Instruct not to answer, unless it is tide some way to Florida.

ATTORNEY KAYE: You know where I'm going with this, Derek. If there is analytics, and it shows any kind of geographical location, we need to know that.

ATTORNEY ADAMS: That's a fair question, but that wasn't the one you asked. You can ask that question.

ATTORNEY KAYE: Yes, because I lead into it. Give me a little bit of leeway, so that there is less that we have to go to the Magistrate Judge on would be great. We are rounding out the 4 hours on the record.

(BY ATTORNEY KAYE):

Q. So, the first question Erika, did Creators Agency ever create any reports on promo code usage or any kind of analytics for the Creators?

A. I don't believe we had that information, no.

BEGINS"

* * * *

ATTORNEY ADAMS: Hold on. Objection. I'm going to designate this portion of the transcript as "confidential". Beyond the scope of what you're permitted to ask about. Instruct the witness not to answer.

You can answer specifically if it relates to Florida tracking.

THE WITNESS: No. --

(BY ATTORNEY KAYE):

Q. -- that you are aware?

A. No, there are no analytics related to Florida that I am aware of, that FTX provided to either Creators Agency or Creators.

Q. Or that Creators Agency collected on its own?

A. Or that Creators Agency collected on its own.

Q. Okay. For any of these scenarios, did you ever ask or check?

A. No. For analytics

US.

Q. Okay. Do you ever ask to have it broken down By State?

A. No.

Q. Could you have?

A. Sorry?

Q. Could you have?

A. "Could" or "should"?

Q. "Could", C-O-U-L-D. Could you have?

A. I did not know this was an option until you showed me today.

Q. Okay. I'm sure you will check after this.

So the answer is "no", you only ever asked about US versus international?

A. The only geographical data we have ever asked Creators for is what percent of their audience is based in is specific country.

Q. Okay. And did you ever do this for FTX? Any of the FTX content?

A. Did FTX ever request this?

Q. No. Did you ever request it from the Creators about any of the FTX content that they created?

A. No.

Q. Did anybody at Creators Agency request it?

A. Not that I am aware.

Q. Did anybody at FTX request it?

A. Not that I am aware.

Q. So same for Creators Agency. Did Creators Agency ever collect any geographical tracking data for content that was generated by the Creators?

A. Again, for Creators Agency we have asked for geographical data as to what percent of their audience as a whole is in a specific country.

Q. Okay. And so that would be data coming from the Creators themselves; right?

A. As opposed to?

Q. As opposed to Creators Agency doing their own analysis and collecting their own data?

CROSS EXAMINATION

(BY ATTORNEY ADAMS):

Q. Ms. Kullberg, just a few follow-up questions here. So Mr. Kaye was asking you about geographical data, and you talked a little bit about that. I want to make sure we are clear on it.

Did Creators Agency track State-By-State data of it's Creators for any purpose?

A. No.

Q. Okay. Did FTX ever ask you to track State-By-State data for any purpose?

A. No.

Q. Did you ever talk to anyone at FTX about tracking data as it relates to posts, videos, et cetera being watched in Florida?

A. No.

Q. Did you ever talk to anyone at FTX in terms of targeting of Florida?

A. No.

Q. Did you or Creators Agency post any videos or make any posts that targeted Florida?

A. No.

Q. You mentioned Jack Roberts in your testimony. What is your understanding of where Jack Roberts was when you spoke with him?

A. My understanding is he was between Chicago and New York.

Q. There is a name I want to ask you if you or Creators Agency to your knowledge has had any contact with, and that is Avinash Dabir.

Do you recognize Avinash Dabir?

A. No, I do not.

Q. Okay. And you mentioned the conference in 2022 earlier today. Do you recall testifying about that?

A. I'm sorry. Which conference?

Q. The Bitcoin conference in Orlando that you mentioned September -- I think you said September of 2022. Is that right?



CERTIFICATE OF OATH

(VIDEO CONFERENCE PROCEEDINGS)

* * * *

UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF FlORIDA )

I, DENISE D. Harper-Forde, shorthand Reporter and Notary Public, certify that ERIKA KULLBERG, appeared before me and was duly sworn on the 1st day of February, 2024.

WITNESS my hand and official seal this 2nd day February, 2024.

Denise HarperForde

DENISE D. Harper-Forde, RPR, CRR, CLR
Notary Public - State of Florida
My Commission Expires: 12-27-2025
My Commission No: HH 211163

Personally Known as, ERIKA KULLBERG, produced a US Passport.

C E R T I F I C A T E

* * * *

I, Denise D. Harper-Forde, Registered Professional Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did stenographically report the deposition of ERIKA KULLBERG; and that the foregoing pages are a true and correct transcription of my stenographic notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth, and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying Reporter.

DATED this 2nd day of February, 2024

Denise HarperForde

DENISE D. Harper-Forde, RPR, CRR, CLR
Notary Public - State of Florida
My Commission Expires: 12-27-2025
My Commission No: HH 211163