# Exhibit D

**EXHIBIT D: Proposed Schedule**

| Event | Schedule |
|---|---|
| Notice of Class Action Settlement to Be emailed and Posted on Internet | Within 30 days of Preliminary Approval Order |
| Summary Notice of Class Action Settlement to Be Published | Within 30 days of Preliminary Approval Order |
| Motions for Final Approval and Reimbursement of Litigation Costs and Expenses to Be Filed by Lead Class Counsel, together with Affidavit of Compliance with Notice Requirements | 56 days prior to Final Approval Hearing |
| Deadline for Settlement Class Members to Submit Claims or Request Exclusion | Submitted or postmarked by at least 30 days prior to Final Approval Hearing |
| Receipt/Filing Deadline for Comments and Objections | 30 days prior to Final Approval Hearing |
| Receipt/Filing Deadline for Notice of Intent to Appear by Objectors | 30 days prior to Final Approval Hearing |
| Opposition(s), if any, to Motions for Final Approval and Reimbursement of Expenses | 20 days prior to Final Approval Hearing |
| Responses to Objections and Replies in Support of Motions for Final Approval to Be Filed by Lead Class Counsel, only if Objections to the Motions are Filed | 10 days prior to Final Approval Hearing |
| Final Approval Hearing | At least 100 days after the filing of this Motion and at least 80 days after the Court's order of preliminary approval |