UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076

Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO:

The Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC*, No. 1:23-cv-20700 (S.D. Fla.)

*O'Keefe v. Temasek Holdings (Private) Limited*, No. 1:23-cv-23065 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*, No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*, No. 1:23-cv-23212 (S.D. Fla.)

_____/

**MULTINATIONAL VCS' RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

The Multinational VCs respectfully respond to Plaintiffs' Notice of Supplemental Authority (ECF No. 552) identifying a post-settlement judgment in an SEC action against Genesis Global Capital, LLC. As enumerated by other Defendants (ECF Nos. 549, 553), that action is irrelevant to this litigation and to the Multinational VCs' motions, including because it concerned inapposite questions of whether the SEC had adequately alleged violations of the Securities Act and whether or not various products were "securities."

The Multinational VCs add that Plaintiffs' Notice also misrepresents key facts. First, the Notice states that the judgment was against Genesis and co-defendant Gemini Trust Company,

LLC.  But the judgment is against only Genesis, a bankrupt entity.  (ECF No. 552-1).  The fact that Genesis settled has no bearing whatsoever on this action.

Second, the Notice states that judgment was entered five days after the S.D.N.Y. denied defendants' motion to dismiss, implying a causal relationship.  In actuality, the SEC's motion for entry of the judgment clearly states that the settlement was reached in January 2024, months before the decision on the motion to dismiss.  *See SEC v. Genesis Glob. Cap., LLC*, No. 23-cv-00287-ER, ECF No. 55 (S.D.N.Y. Mar. 15, 2014).

Dated: March 28, 2024

Respectfully submitted,

/s/ Jason P. Gottlieb
Jason P. Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
      mmix@morrisoncohen.com
      vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC and Sino Global Capital Limited*

/s/ Eric D. Lawson
Eric D. Lawson (mdl102196)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
      rkeats@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendants SoftBank Group Corp.; SB Group US, Inc.; SoftBank Investment Advisers (UK) Limited; and SoftBank Global Advisers Limited*

/s/ Adam S. Fels
Adam S. Fels (Fla. Bar No. 0114917)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

Brad S. Karp, *pro hac vice*
Andrew J. Ehrlich, *pro hac vice*
Nina M. Kovalenko, *pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com
      aehrlich@paulweiss.com
      nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd. and Temasek International (USA) LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28st day of March, 2024, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason P. Gottlieb*
Jason P. Gottlieb
