UNITED STATES DISTRICT CORT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
CASE NO.: 1:23-md-03076-MOORE

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

THIS DOCUMENT RELATES TO:

*Garrison, et al. v. FURIA Esports LLC, et al.*, No. 1:24-cv-20895 (S.D. Fla.)

*Garrison, et al. v. Lincoln Holdings LLC*, No. 1:24-cv-00655 (D.D.C.)

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Tyler M. Halloran, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of New York (Bar No. 5835871).

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedure.

Tyler M. Halloran
NY Bar No. 5835871
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
tyler.halloran@lw.com

Attorney Signature: _____    Date: __3/29/2024__

**Tyler M. Halloran**
Direct Dial: +1.212.303.2858
tyler.halloran@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin          Milan
Beijing         Munich
Boston          New York
Brussels        Orange County
Century City    Paris
Chicago         Riyadh
Dubai           San Diego
Düsseldorf      San Francisco
Frankfurt       Seoul
Hamburg         Silicon Valley
Hong Kong       Singapore
Houston         Tel Aviv
London          Tokyo
Los Angeles     Washington, D.C.
Madrid

March 29, 2024

<u>**VIA EMAIL**</u>

Jeffrey Adams, MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, FL 33128

      Re:    <u>Certificates of Understanding - MDL No. 3076</u>

Dear Mr. Adams:

      In accordance with the Paperless Order (Dkt. 55) and Clerk's Notice (Dkt. 57) filed in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, Case No. 1:23-md-03076-MOORE, enclosed please find an executed Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of myself for the parties listed below. My colleagues Andrew B. Clubok, Susan E. Engel, Michele D. Johnson, Marvin S. Putnam, Brittany M.J. Record, and Jessica Stebbins Bina already represent Thomas Brady, Gisele Bündchen, Lawrence Gene David, and Shaquille O'Neal in this action but have not previously submitted a Certificate of Understanding. Their appearances are forthcoming as to the parties listed below.

      *<u>Garrison, et al. v. FURIA Esports LLC, et al.</u>*, No. 1:24-cv-20895 (S.D. Fla.)
          Defendants FURIA ESPORTS LLC, FURIAGG, CORP., and FURIA EXPERIENCE LLC

      *<u>Garrison, et al. v. Lincoln Holdings LLC</u>*, No. 1:24-cv-00655 (D.D.C.)
          Defendant Lincoln Holdings LLC d/b/a Monumental Sports & Entertainment

      Please do not hesitate to contact me if you require any additional information.

                        Respectfully submitted,

                        */s/ Tyler M. Halloran*

                        Tyler M. Halloran
                        of LATHAM & WATKINS LLP