**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison et al v. Furia Esports LLC et al.*, Case No. 1:24-cv-20895-RS | |

## **DEFENDANT FURIAGG, CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant FURIAGG, CORP, by and through its undersigned counsel, hereby discloses that FURIAGG, CORP. has no parent company, and no publicly traded corporation owns ten percent (10%) or more of FURIAGG, CORP.'s stock.

Dated:  March 29, 2024        Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Tyler M. Halloran*
   Tyler M. Halloran

1271 Avenue of the Americas
New York, New York 10020
   Tel: +1.212.303.2858
   *tyler.halloran@lw.com*

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*certificate of understanding forthcoming*)
     *andrew.clubok@lw.com*
   Susan E. Engel (*certificate of understanding forthcoming*)
     *susan.engel@lw.com*
   Brittany M.J. Record (*certificate of understanding forthcoming*)
     *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*certificate of understanding forthcoming*)
     *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*certificate of understanding forthcoming*)
     *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*certificate of understanding forthcoming*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235

*Attorneys for Defendants FURIA ESPORTS LLC, FURIAGG, CORP., FURIA EXPERIENCE LLC, and Monumental Sports & Entertainment*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Tyler M. Halloran*
Tyler M. Halloran

4