**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> *Garrison et al v. Furia Esports LLC et al.*, Case No. 1:24-cv-20895-RS | |

**DEFENDANT FURIA ESPORTS LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant FURIA ESPORTS LLC, by and through its undersigned counsel, hereby discloses that FURIA ESPORTS LLC is a subsidiary of FURIAGG, CORP., and no publicly traded corporation owns ten percent (10%) or more of FURIA ESPORTS LLC's stock.

1

Dated:  March 29, 2024        Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Tyler M. Halloran*
   Tyler M. Halloran

1271 Avenue of the Americas
New York, New York 10020
   Tel: +1.212.303.2858
   *tyler.halloran@lw.com*

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*certificate of understanding forthcoming*)
     *andrew.clubok@lw.com*
   Susan E. Engel (*certificate of understanding forthcoming*)
     *susan.engel@lw.com*
   Brittany M.J. Record (*certificate of understanding forthcoming*)
     *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*certificate of understanding forthcoming*)
     *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*certificate of understanding forthcoming*)
     *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*certificate of understanding forthcoming*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235

*Attorneys for Defendants FURIA ESPORTS LLC, FURIAGG, CORP., FURIA EXPERIENCE LLC, and Monumental Sports & Entertainment*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 29, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                                                                By: */s/ Tyler M. Halloran*
                                                                    Tyler M. Halloran