**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison et al v. Furia Esports LLC et al.*, Case No. 1:24-cv-20895-RS | |

**DEFENDANT FURIA EXPERIENCE LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant FURIA EXPERIENCE LLC, by and through its undersigned counsel, hereby discloses that FURIA EXPERIENCE LLC is a subsidiary of FURIAGG, CORP., and no publicly traded corporation owns ten percent (10%) or more of FURIA EXPERIENCE LLC's stock.

1

Dated: March 29, 2024            Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Tyler M. Halloran*
    Tyler M. Halloran

1271 Avenue of the Americas
New York, New York 10020
  Tel: +1.212.303.2858
  *tyler.halloran@lw.com*

**LATHAM & WATKINS LLP**
  Andrew B. Clubok (*certificate of understanding forthcoming*)
    *andrew.clubok@lw.com*
  Susan E. Engel (*certificate of understanding forthcoming*)
    *susan.engel@lw.com*
  Brittany M.J. Record (*certificate of understanding forthcoming*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*certificate of understanding forthcoming*)
    *marvin.putnam@lw.com*
  Jessica Stebbins Bina (*certificate of understanding forthcoming*)
    *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500

**LATHAM & WATKINS LLP**
Michele D. Johnson (*certificate of understanding forthcoming*)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235

*Attorneys for Defendants FURIA ESPORTS LLC, FURIAGG, CORP., FURIA EXPERIENCE LLC, and Monumental Sports & Entertainment*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 29, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                                                      By: */s/ Tyler M. Halloran*
                                                           Tyler M. Halloran