**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison, et al. v. Lincoln Holdings LLC*<br>Case No. 1:24-cv-00655 | |

**DEFENDANT LINCOLN HOLDINGS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lincoln Holdings, LLC d/b/a Monumental Sports & Entertainment, by and through its undersigned counsel, hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated:  March 29, 2024               Respectfully submitted,

              **LATHAM & WATKINS LLP**

             By: */s/ Tyler M. Halloran*
               Tyler M. Halloran

             1271 Avenue of the Americas
             New York, New York 10020
              Tel: +1.212.303.2858
              *tyler.halloran@lw.com*

             **LATHAM & WATKINS LLP**
              Andrew B. Clubok (*certificate of understanding forthcoming*)
               *andrew.clubok@lw.com*
              Susan E. Engel (*certificate of understanding forthcoming*)
               *susan.engel@lw.com*
              Brittany M.J. Record (*certificate of understanding forthcoming*)
               *brittany.record@lw.com*
             555 Eleventh Street, N.W., Suite 1000
             Washington, D.C. 20004-1304
             Tel: +1.202.637.2200

             **LATHAM & WATKINS LLP**
              Marvin S. Putnam (*certificate of understanding forthcoming*)
               *marvin.putnam@lw.com*
              Jessica Stebbins Bina (*certificate of understanding forthcoming*)
               *jessica.stebbinsbina@lw.com*
             10250 Constellation Blvd., Suite 1100
             Los Angeles, California 90067
             Tel: +1.424.653.5500

**LATHAM & WATKINS LLP**
Michele D. Johnson (*certificate of understanding forthcoming*)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235

*Attorneys for Defendants FURIA ESPORTS LLC, FURIAGG, CORP., FURIA EXPERIENCE LLC, and Monumental Sports & Entertainment*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

>By: */s/ Tyler M. Halloran*
>Tyler M. Halloran