## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> *Garrison et al. v. Furia Esports LLC et al.*, No. 1:24-cv-20895-RS <br><br> *Garrison et al. v. Lincoln Holdings LLC*, No. 1:24-cv-00655-JMC <br><br> *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM | |

## [PROPOSED] ORDER

This matter came before the Court on Defendants FURIA ESPORTS LLC ("Furia Esports"), FURIAGG, CORP. ("FuriaGG"), and FURIA EXPERIENCE LLC ("Furia Experience") (collectively, "Furia") and Lincoln Holdings LLC d/b/a Monumental Sports & Entertainment ("Monumental") (together with Furia, the "Furia and Monumental Defendants") Unopposed Motion To Stay Pending A Ruling On The S&E Defendants' Motion To Dismiss Or, In The Alternative, For An Extension Of Time To Respond To The Complaints [ECF No. ___] (the "Motion"). With good cause shown, the Motion is **GRANTED**.

2

Accordingly, it is ORDERED and ADJUDGED that Accordingly, it is ORDERED and ADJUDGED that Plaintiffs claims against the Furia and Monumental Defendants are hereby STAYED pending a ruling the S&E Defendants' Motion to Dismiss (ECF No. 271).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2024.

                                                                             
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE