IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Ohtani*,<br>No. 23-cv-23064-KMM<br><br>*Garrison v. Golden State Warriors, LLC*,<br>No. 1:23-cv-23084-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM | |

**SPORTS AND ENTERTAINER DEFENDANTS' RESPONSE TO PLAINTIFFS'
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiffs' reliance on *Bhatia v. Silvergate Bank*, 2024 WL 1199679 (S.D. Cal. Mar. 20, 2024) (ECF 559), as supplemental authority is misplaced.

In *Silvergate*, the court allowed a lawsuit against FTX's bank to proceed because there were detailed, specific allegations the bank *knew* about, *actively* participated in, and *staked its business* on FTX's illegal activities. Those plaintiffs alleged Silvergate (i) had access to *transaction-level data* revealing FTX's fraud; (ii) identified suspicious FTX transactions totaling billions of dollars; and (iii) discovered "red flags" based on *legally-required* diligence pursuant to the Bank Secrecy Act and other banking regulations. *Id.* at *25–*30. Moreover, plaintiffs alleged

Silvergate had a strong motive to ignore FTX's fraud because its entire business depended on cryptocurrency companies, and FTX accounts comprised *10%* of its deposit base, leading Silvergate to collapse when FTX did.  *Id.* at *2, *5–*9, *30, *35.

There are no remotely comparable allegations against the S&E Defendants.  Plaintiffs plead no facts that the S&E Defendants actually knew about FTX's fraud or substantially assisted it.  ECF 271.  And, unlike Silvergate, the S&E Defendants are individuals and businesses that did not depend on FTX's success and had no reason to turn a blind eye.

Date:  April 2, 2024

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
   Roberto Martínez
   Florida Bar No. 305596
    *bob@colson.com*
   Stephanie A. Casey
   Florida Bar No. 97483
    *scasey@colson.com*
   Zachary Lipshultz
   Florida Bar No. 123594
    *zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Shaquille O'Neal, Golden State Warriors, LLC, and Naomi Osaka*

**LATHAM & WATKINS LLP**
  Andrew B. Clubok (*pro hac vice*)
   *andrew.clubok@lw.com*
  Susan E. Engel (*pro hac vice*)
   *susan.engel@lw.com*
  Brittany M.J. Record (*pro hac vice*)
   *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
  Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, and Shaquille O'Neal*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415.393.8200

Michael Dore (*pro hac vice*)
  *MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
  *JMacEbong@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580
    *christopher.carver@akerman.com*

    Jason S. Oletsky, Esq.
    Florida Bar No. 9301
    *jason.oletsky@akerman.com*
    Katherine A Johnson, Esq.
    Florida Bar No. 1040357
    *katie.johnson@akerman.com*

*Attorneys for Defendants Udonis Haslem and David Ortiz*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Pravin A. Patel*
    Pravin R. Patel (FBN 0099939)
     *pravin.patel@weil.com*
    Alli Katzen (FBN (FBN 1024803)
    *alli.katzen@weil.com* 1395 Brickell Avenue,
    Suite 1200
    Miami, FL 33131-3368
    Tel.: (305)-577-3100

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Zachary A. Schreiber*

    Zachary A. Schreiber
     *zach.schreiber@weil.com*
    767 Fifth Avenue
    New York, NY 10153
    Tel.: (212)-310-8000

*Attorney for Defendant Shohei Ohtani*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
    Nathan Bull (Fla. Bar No. 1029523)
    *nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
  Jason D. Strabo (*pro hac vice*)
    *jstrabo@mwe.com*
  Ellie Hourizadeh (*pro hac vice*)
    *ehourizadeh@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**

   Sarah P. Hogarth (*pro hac vice*)
    shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
  Jeffrey Neiman
  Fla Bar. No. 544469
   jneiman@mnrlawfirm.com
  Jeffrey Marcus
  Fla. Bar No. 310890
   jmarcus@mnrlawfirm.com
  Michael Pineiro
  Fla. Bar No. 041897
   mpineiro@mnrlawfirm.com
  Brandon Floch
  Fla. Bar No. 125218
   bfloch@mnrlawfirm.com

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation*

**BERK BRETTLER LLP**

9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
 abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Roberto Martínez*
      Roberto Martínez