IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Ohtani*,<br>No. 23-cv-23064-KMM<br><br>*Garrison v. Golden State Warriors, LLC*,<br>No. 1:23-cv-23084-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM | |

**SPORTS AND ENTERTAINER DEFENDANTS' RESPONSE TO PLAINTIFFS' <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiffs' submission of *SEC v. Coinbase, Inc.*, 23-cv-4738-KPF (S.D.N.Y. Mar. 27, 2024) (ECF 560), has no bearing on the S&E Defendants' Motion to Dismiss (ECF 271). Nor does it address any of the disputed issues that motion presents.

*Coinbase* concerns an SEC enforcement action against Coinbase, Inc., which operates a crypto-asset exchange platform like FTX. *Coinbase* holds in pertinent part that the SEC plausibly alleged "at least some" of the crypto-assets exchanged on the Coinbase platform constituted securities (ECF 560 at 41). Analogized to this case, *Coinbase* suggests that non-party FTX—not Defendants—could potentially be liable for the sale of crypto-assets or products like FTT or YBAs. But Defendants have never contested this proposition, and it is not relevant to Defendants' Motion.

1

Defendants are not alleged to have ever mentioned FTT or YBAs. Rather, Plaintiffs allege that Defendants promoted the FTX platform itself. But, contrary to Plaintiffs' allegations (*see,* ECF 179 ¶771), the FTX platform is not a security, as would be necessary (but not sufficient) for Plaintiffs to state their claims. *Coinbase* does not suggest that an exchange platform is itself a security. Accordingly, *Coinbase* provides no guidance on the disputed issues Defendants' Motion presents.

Date: April 2, 2024

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martinez*
 Roberto Martínez
 Florida Bar No. 305596
  bob@colson.com
 Stephanie A. Casey
 Florida Bar No. 97483
  scasey@colson.com
 Zachary Lipshultz
 Florida Bar No. 123594
  zach@colson.com

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Shaquille O'Neal, Golden State Warriors, LLC, and Naomi Osaka*

**LATHAM & WATKINS LLP**
 Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
 Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
 Brittany M.J. Record (*pro hac vice*)
  brittany.record@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
 Marvin S. Putnam (*pro hac vice*)

*marvin.putnam@lw.com*
Jessica Stebbins Bina (*pro hac vice*)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
Michele D. Johnson (*pro hac vice*)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, and Shaquille O'Neal*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415.393.8200

Michael Dore (*pro hac vice*)
  *MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
  *JMacEbong@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580
    *christopher.carver@akerman.com*
    Jason S. Oletsky, Esq.
    Florida Bar No. 9301

3

>
> *jason.oletsky@akerman.com*
> Katherine A Johnson, Esq.
> Florida Bar No. 1040357
> *katie.johnson@akerman.com*
>
> *Attorneys for Defendants Udonis Haslem and David Ortiz*
>
> **WEIL, GOTSHAL & MANGES LLP**
>
> By: */s/ Pravin A. Patel*
>   Pravin R. Patel (FBN 0099939)
>    *pravin.patel@weil.com*
>   Alli Katzen (FBN (FBN 1024803)
>   *alli.katzen@weil.com* 1395 Brickell Avenue, Suite 1200
>   Miami, FL 33131-3368
>   Tel.: (305)-577-3100
>
> **WEIL, GOTSHAL & MANGES LLP**
>
> By: */s/ Zachary A. Schreiber*
>
>   Zachary A. Schreiber
>    *zach.schreiber@weil.com*
>   767 Fifth Avenue
>   New York, NY 10153
>   Tel.: (212)-310-8000
>
> *Attorney for Defendant Shohei Ohtani*
>
> **McDERMOTT WILL & EMERY LLP**
> 333 SE 2nd Ave., Suite 4500
> Miami, Florida 33131
> Telephone: (212) 547-5768
> Facsimile: (305) 347-6500
>
> By: */s/ Nathan Bull*
>   Nathan Bull (Fla. Bar No. 1029523)
>   *nbull@mwe.com*
>
> **McDERMOTT WILL & EMERY LLP**
>   Jason D. Strabo (*pro hac vice*)
>    *jstrabo@mwe.com*
>   Ellie Hourizadeh (*pro hac vice*)
>    *ehourizadeh@mwe.com*
> 2049 Century Park East, Suite 3200
> Los Angeles, CA 90067
> Telephone: (310) 788-4125
> Facsimile: (310) 277-4730
>
> **McDERMOTT WILL & EMERY LLP**
>   Sarah P. Hogarth (*pro hac vice*)
>    *shogarth@mwe.com*

4

500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
   Jeffrey Neiman
   Fla Bar. No. 544469
    *jneiman@mnrlawfirm.com*
   Jeffrey Marcus
   Fla. Bar No. 310890
    *jmarcus@mnrlawfirm.com*
   Michael Pineiro
   Fla. Bar No. 041897
    *mpineiro@mnrlawfirm.com*
   Brandon Floch
   Fla. Bar No. 125218
    *bfloch@mnrlawfirm.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation*

**BERK BRETTLER LLP**

9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Jeffrey Neiman*
Jeffrey Neiman