UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MD-3076-MOORE/Sanchez

IN RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**This Document Relates to All Actions**

### AUDITOR DEFENDANTS' RESPONSE TO
### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [D.E. 559]

Plaintiffs' Notice violates Local Rule 7.8 because it is 276 words and fails to cite "the page of the motion" to which it relates.  *See* L.R. 7.8.

Regardless, the *Silvergate* decision is inapposite as to the Auditor Defendants.  There, plaintiffs alleged Silvergate Bank, which held deposits and processed transactions on behalf of all FTX and Alameda entities, obtained behind-the-scenes knowledge of *all* these entities' suspicious transfers of customers' funds through banking-specific compliance and due diligence, and developed the "SEN" network, facilitating customer participation in FTX.  Further, plaintiffs alleged Silvergate profited from holding FTX's customers' deposits, showing Silvergate "had a strong incentive to continue" facilitating FTX's business, and its interests were "tightly intertwined" with FTX's.  (D.E. 559-1 at *20, *27).

In contrast, Plaintiffs here make no such allegations as to the *independent* auditors for FTX US and FTX Trading, failing to allege either auditor (1) held or directly benefitted from customers' deposits; (2) applied banking-specific diligence, providing them actual knowledge of FTX Insiders' fraud; or (3) developed programs facilitating customer participation in FTX.  Thus,

1

Plaintiffs fail to allege the Auditor Defendants had a "strong incentive" to help FTX carry out its fraudulent activity, or that their interests were "intertwined" with FTX's.

Dated: April 3, 2024

/s/ Ian M. Ross
Ian M. Ross
Florida Bar No. 091214
Email: iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

Bruce R. Braun
Email: bbraun@sidley.com
Joanna R. Travalini
Email: jtravalini@sidley.com
Tommy Hoyt
Email: thoyt@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7050
Fax: (312) 853-7036

*Attorneys for Defendant
Prager Metis CPAs, LLC*

Respectfully submitted,

HUNTON ANDREWS KURTH LLP

/s/ Tom K. Schulte
Jamie Z. Isani
Florida Bar No. 728861
jisani@HuntonAK.com
Tom K. Schulte
Florida Bar No. 1025692
Email: tschulte@HuntonAK.com
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460

Matthew P. Bosher
Email: mbosher@HuntonAK.com
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 955-1500

Thomas R. Waskom
Email: twaskom@HuntonAK.com
Michael J. Bisceglia
Email: mbisceglia@HuntonAK.com
Elizabeth K. Brightwell
Email: ebrightwell@HuntonAK.com
Michael A. Goldberg
Email: mgoldberg@HuntonAK.com
951 E. Byrd Street
Richmond, VA 23219
Tel: (804) 788-8200

*Attorneys for Defendant Armanino LLP*

## **CERTIFICATE OF SERVICE**

I certify that on April 3, 2024, I filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF, which will send notice of the same to all counsel and parties of record.

*/s/ Tom K. Schulte*