UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

| | |
|---|---|
| In RE<br><br>**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | |
| THIS DOCUMENT RELATES TO:<br><br>Law Firms | |

### DEFENDANT FENWICK & WEST LLP'S RESPONSE PURSUANT TO LOCAL RULE 7.8 TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY (*BHATIA V. SILVERGATE BANK*) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Defendant Fenwick & West LLP responds to Plaintiffs' notice regarding *Bhatia v. Silvergate Bank*, 2024 WL 1199679 (S.D. Cal. Mar. 20, 2024). Dkt. 559. *Bhatia* is inapposite for several reasons.

*First*, *Bhatia* does not involve claims against counsel. As explained in Fenwick's motion, counsel cannot be held liable for a client's misconduct based on its provision of routine legal services. Dkt. 276 at 9–15; Dkt. 408 at 10–12, 15–17.

*Second*, the *Bhatia* court's holding that "actual knowledge" was adequately alleged is inapplicable because it turned on Silvergate's statutory obligation to monitor FTX's transactions and Silvergate's admission that it "conducted significant due diligence on FTX and its related entities." 2024 WL 1199679, at *25–26. Plaintiffs do not make similar allegations here. The *Bhatia* court also noted Silvergate's monitoring raised "red flags" that supported an inference of

knowledge, *id.* at *25–26, *28, but "red flags" do not "constitute actual awareness" under Florida law, Dkt. 276 at 17.

*Third*, the *Bhatia* court found the plaintiffs adequately alleged Silvergate "substantially assisted" FTX's fraud because it "processed transfers that diverted [customer] money from FTX to Alameda." 2024 WL 1199679, at *29. Here, Plaintiffs have not alleged that Fenwick processed transactions.

Respectfully submitted,

*/s/ Nicole K. Atkinson*
DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com
STEPHEN C. RICHMAN
Florida Bar No.: 1015692
srichman@gunster.com
jfirogenis@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK (*pro hac vice*)
mholecek@gibsondunn.com
SAMUEL ECKMAN (*pro hac vice*)
seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3rd, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Nicole K. Atkinson
NICOLE K. ATKINSON