**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
Case No: 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants
_____/

**DOMESTIC INVESTOR DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Undersigned Domestic Investor Defendants ("Defendants") respond to Plaintiffs' Notice of Filing Supplemental Authority (ECF No. 559) identifying *Bhatia v. Silvergate Bank*, No. 3:23-cv-01406-RBM-BLM, 2024 WL 1199679 (S.D. Cal. Mar. 20, 2024). *Silvergate* has no application here because it involved very different allegations. The *Silvergate* plaintiffs pled particularized facts that Silvergate, as one of FTX's banks, had actual knowledge that FTX was diverting customer funds to Alameda, as Silvergate created and monitored the accounts and systems that FTX used to do so, and directly facilitated those transactions, which were core to FTX's fraud. *Id.* at 25-29. And, far from performing "ordinary business transactions," Silvergate allegedly "defied industry norms" and "eliminat[ed]" traditional bank transfer scrutiny through its Silvergate Exchange Network, enabling and concealing the fraud. *Id.* at 29-30.

In contrast, Defendants here were not banks for FTX, and Plaintiffs do not and cannot allege that any Defendant had visibility into, ability to monitor, or involvement in any banking transactions between FTX and Alameda. ECF No. 301 at 9-15, 23-25. To the contrary, Plaintiffs' own pleading demonstrates that FTX concealed its fraud from Defendants, who were among FTX's largest victims. *Id.* at 14-15.

Dated: April 3, 2024

Respectfully submitted,

/s/ Paul C. Huck, Jr

**LAWSON HUCK GONZALEZ PLLC**
Paul C. Huck, Jr.
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com
jkim@csgh.com
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

/s/ Amy Jane Longo

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro
Florida Bar No. 776361
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2664
jshapiro@stearnsweaver.com

**ROPES & GRAY LLP**
David B. Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
david.hennes@ropesgray.com

Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone.: (310) 975-3000
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

/s/ Scott M. Malzahn

**TEIN MALONE TRIAL LAWYERS**
Michael Tein
Florida Bar No. 993522
3059 Grand Avenue
Coconut Grove, Florida 33133
Telephone: (305) 442-1101
tein@teinmalone.com

**WAYMAKER LLP**
Brian E. Klein
Scott M. Malzahn
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800

/s/ Anna Terteryan

**BERGER SINGERMAN LLP**
Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305)-714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

**KIRKLAND & ELLIS LLP**
Mark McKane (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)

Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

*Counsel for Defendant Multicoin Capital Management LLC*

/s/ T. Todd Pittenger
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Alexander C. Drylewski (admitted *pro hac vice*)
Mikal Davis-West
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Mark R.S. Foster (admitted *pro hac vice*)
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendant Paradigm Operations LP*

/s/ Nicholas D. Marais
**AKERMAN LLP**
Jacqueline M. Arango
Florida Bar No. 664162
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131

Stephen Silva (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*

/s/ Jeffrey F. Robertson
**SCHULTE ROTH & ZABEL LLP**
Peter H. White
Jeffrey F. Robertson
555 Thirteenth Street, NW
Suite 6W
Washington, DC 20004
Telephone: 202-729-7470
Facsimile: 202-730-4520
pete.white@srz.com
jeffrey.robertson@srz.com

*Counsel for Defendant Tiger Global Management, LLC*

/s/ Jason C. Hegt
**LATHAM & WATKINS LLP**
James E. Brandt
NY Bar No. 1858935
Jason C. Hegt
NY Bar No. 4781191
1271 Avenue of the Americas

Telephone: (305) 374 5600
jacqueline.arango@akerman.com

**KEKER, VAN NEST & PETERS LLP**
Steven P. Ragland
Nicholas D. Marais
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
sragland@keker.com
nmarais@keker.com

*Counsel for Defendant Ribbit Capital, L.P.*

*/s/ Douglas R. Hirsch*
**SADIS & GOLDBERG LLP**
Douglas R. Hirsch
Frank S. Restagno
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

*Counsel for Defendant SkyBridge Capital II, LLC*

New York, NY 10020
Telephone: (212) 906-1200
Fax: (212) 751-4864
james.brandt@lw.com
jason.hegt@lw.com

*Counsel for Defendant K5 Global Advisor, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2024, a true and correct copy of the foregoing has

been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send

notice of electronic filing to all counsel and parties of record.

*/s/ T. Todd Pittenger*
T. Todd Pittenger, Esq.

*Counsel for Defendant Paradigm Operations LP*