UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO:

The Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC*,
No. 1:23-cv-20700 (S.D. Fla.)

*O'Keefe v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23065 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23212 (S.D. Fla.)

/

## MULTINATIONAL VCS' RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The Multinational VCs respectfully respond to Plaintiffs' Notice of Supplemental Authority (ECF No. 559) identifying a decision denying a motion to dismiss by Silvergate Bank in connection with its alleged facilitation of the FTX fraud.

The Silvergate order is inapposite. As FTX's and Alameda's bank, Silvergate was privy to the details of FTX's and Alameda's accounts. Accordingly, there were well-pleaded allegations of Silvergate's actual knowledge of FTX's and Alameda's fraud. For example, FTX's and Alameda's "diversion and commingling of funds … was visible to Silvergate" and Silvergate "could and did see for themselves that numerous wires earmarked for deposit to FTX for trading

on its exchange were ultimately going to Alameda's trading account." (ECF No. 559-1 at 9.) Silvergate also accepted FTX investor funds directly into Alameda's accounts and permitted FTX to use Silvergate's proprietary network that enabled FTX to continue growing. (*Id.* at 10.)

In contrast, there are ***no*** non-conclusory factual allegations that the Multinational VCs knew about, or participated in, FTX's fraud. (ECF Nos. 303, 406.) Instead, Plaintiffs' allegations and SBF's conviction show that the Multinational VCs "were victims of the fraudulent scheme rather than being liable for it." (ECF No. 247 at 3, 14.)

Dated: April 3, 2024

Respectfully submitted,

/s/ *Jason P. Gottlieb*
Jason P. Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC and Sino Global Capital Limited*

/s/ *Eric D. Lawson*
Eric D. Lawson (mdl102196)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

/s/ *Adam S. Fels*
Adam S. Fels (Fla. Bar No. 0114917)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

Brad S. Karp, *pro hac vice*
Andrew J. Ehrlich, *pro hac vice*
Nina M. Kovalenko, *pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com
aehrlich@paulweiss.com
nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd. and Temasek International (USA) LLC*

Telephone: (415) 268-7000
Email: awhite@mofo.com
           rkeats@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendants SoftBank Group Corp.; SB Group US, Inc.; SoftBank Investment Advisers (UK) Limited; and SoftBank Global Advisers Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2024, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason P. Gottlieb*
Jason P. Gottlieb