UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO:

The Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC*,
No. 1:23-cv-20700 (S.D. Fla.)

*O'Keefe v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23065 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23212 (S.D. Fla.)

/

## MULTINATIONAL VCS' RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The Multinational VCs respectfully respond to Plaintiffs' Notice of Supplemental Authority (ECF No. 560) identifying an S.D.N.Y. decision granting in part and denying in part Coinbase, Inc. and Coinbase Global, Inc.'s Federal Rule of Civil Procedure 12(c) motion for judgment on the pleadings in an enforcement action brought by the SEC. As previously explained by the Multinational VCs and other Defendants (ECF Nos. 549, 553, 566), SEC actions against various entities alleging violations of the federal securities laws and decisions considering whether or not various products were "securities" are irrelevant to the Multinational VCs' motions. The reason is simple: Plaintiffs have not alleged that the Multinational VCs violated federal securities

laws, and the Multinational VCs did not challenge whether Plaintiffs adequately alleged that FTX's products are "securities."

The Multinational VCs thus respectfully request that the Court disregard Plaintiffs' inapposite Notice.

Dated: April 3, 2024                                                                 Respectfully submitted,

/s/ Jason P. Gottlieb
Jason P. Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
          mmix@morrisoncohen.com
          vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC and Sino Global Capital Limited*

/s/ Eric D. Lawson
Eric D. Lawson (mdl102196)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
          rkeats@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON & STRAWN LLP
Southeast Financial Center

/s/ Adam S. Fels
Adam S. Fels (Fla. Bar No. 0114917)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

Brad S. Karp, *pro hac vice*
Andrew J. Ehrlich, *pro hac vice*
Nina M. Kovalenko, *pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com
          aehrlich@paulweiss.com
          nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd. and Temasek International (USA) LLC*

2

200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendants SoftBank Group Corp.; SB Group US, Inc.; SoftBank Investment Advisers (UK) Limited; and SoftBank Global Advisers Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2024, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason P. Gottlieb*
Jason P. Gottlieb