UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-KMM; MDL No. 3076

IN RE:
**FTX Cryptocurrency Exchange Collapse Litigation**
**This Document Relates to:**
**All Actions**

_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney **Joseph R. Saveri** files this Notice of Change of Address in the above captioned case.   All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm:   **JOSEPH SAVERI LAW FIRM, LLP**

Address:   **601 California Street, Suite 1505**
**San Francisco, California 94108**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**all parties listed on the CM/ECF system.**

Dated: 04/09/2024

Respectfully submitted,

**Joseph R. Saveri**     130064
*Attorney Name*     *Bar Number*

**jsaveri@saverilawfirm.com**
*Attorney E-mail Address*

**JOSEPH SAVERI LAW FIRM, LLP**
*Firm Name*

**601 California Street, Suite 1505**
*Street Address*

**San Francisco, CA 94108**
*City, State, Zip Code*

**(415) 500-6800**     **(415) 395-9940**
*Telephone: (xxx)xxx–xxxx*     *Facsimile: (xxx)xxx–xxxx*

**Counsel to Plaintiffs and the Putative Classes**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*