UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL NO. 3076
CASE NO. 1:23-MD-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation
_____

THIS DOCUMENT RELATES TO:

DEFENDANT SAMUEL BANKMAN-FRIED

_____

### AGREED SUPPLEMENT TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF FIRST TRANCHE OF FTX SETTLEMENTS

Plaintiffs hereby provide this Agreed Supplement to Plaintiffs' Motion for Preliminary Approval of First Tranche of Settlements dated March 27, 2024 (ECF No. 565) (the "Motion"). This Supplement attaches three (3) new Exhibits:

1. Exhibit A - Stipulation of Settlement, Samuel Bankman-Fried dated April 17, 2024.[1]

2. Exhibit B - [Proposed] Order Preliminarily Approving Class Settlements, Certifying Settlement Class, Approving Notice Plan, and Approving the Proposed Schedule for Completing the Settlement Process.

3. Exhibit C – [Proposed] Long Form Class Notice.

For the reasons enumerated in the Motion, Plaintiffs respectfully request the Court include Defendant Bankman-Fried's settlement, along with the other Settling Defendants and grant the relief sought in the Motion.

---

[1] The Settlement Class, Terms and Claims for Defendant Bankman-Fried are consistent with the proposed Settlements with the other Insider Settling Defendants as defined in the Motion.

Dated: April 19, 2024

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was filed on April 19, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam Moskowitz