UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO:

*Garrison v. The Office of The Commissioner of Baseball d/b/a Major League Baseball, et al.*,
S.D. Fla. Case No. 1:23-cv-24479
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MAJOR LEAGUE BASEBALL ENTERPRISES AND MAJOR LEAGUE BASEBALL PROMOTION CORPORATION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of dismissal of Defendants Major League Baseball Enterprises ("MLBE") and Major League Baseball Promotion Corporation ("MLBPC") without prejudice from this action, who has not served an answer or motion for summary judgment.

Dated: April 19, 2024

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
Barbara C. Lewis
Florida Bar No. 118114
John E. Rodstrom III
Florida Bar No. 1003112
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
Telephone: (305) 740-1423
adam@moskowitz-law.com

    joseph@moskowitz-law.com
    barbara@moskowitz-law.com
    john@moskowitz-law.com
    service@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

José M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
MARK MIGDAL & HAYDEN, LLC
Brickell City Tower
80 SW 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com
desiree@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

    By: */s/ Adam M. Moskowitz*
        Adam M. Moskowitz