UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL ACTIONS

**MOTION TO WITHDRAW ATTORNEY KATHLEEN A. HERKENHOFF**

In accordance with Local Rules 7.1(a)(1)-(2) and 11.1(d)(3), the undersigned of the law firm Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") respectfully moves this Honorable Court for leave to withdraw attorney Kathleen A. Herkenhoff as counsel for Consolidated Plaintiff Julie Papadakis in the matter.

In support thereof, the undersigned states:

1. I am a partner at Kaplan Fox and Chair of Plaintiffs' Steering Committee for FTX Accountants. I, and other attorneys at Kaplan Fox, represent Consolidated Plaintiff Julie Papadakis.

2. Effective May 1, 2024, Kathleen A. Herkenhoff is no longer associated with Kaplan Fox and should be withdrawn as counsel for Consolidated Plaintiff Julie Papadakis. The withdrawal of Ms. Herkenhoff will not cause any prejudice nor delay. I, and other Kaplan Fox

lawyers appearing on the docket, continue to represent Consolidated Plaintiff Julie Papadakis in this matter.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests the Court grant the withdrawal of attorney Kathleen A. Herkenhoff from this action and discharge her from any further obligation and responsibility in this matter.

                                                Respectfully submitted,

                                                **KAPLAN FOX & KILSHEIMER LLP**

DATED:  May 3, 2024                    By:  /s/ *Laurence D. King*
                                                          Laurence D. King

                                                Laurence D. King
                                                1999 Harrison Street, Suite 1560
                                                Oakland, CA 94612
                                                Telephone:  415-772-4700
                                                Facsimile:  415-772-4707
                                                *lking@kaplanfox.com*

                                                *Chair, Plaintiffs' Steering Committee for FTX Accountants, and Consolidated Plaintiff Julie Papadakis*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which sends notification of such filing to all counsel of record in this matter.

                                        /s/ *Laurence D. King*
                                        Laurence D. King