UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:

*Papadakis v. Bankman-Fried, et al.*,
Case No. 1:23-cv-22326-KMM

## ORDER

THIS CAUSE came before the Court upon the Motion to Withdraw Attorney Kathleen A. Herkenhoff, who appeared as counsel for Plaintiff Julie Papadakis in the matter *Julie Papadakis v. Bankman-Fried, et al.* No. 1:23-cv-22326-KMM, consolidated herewith. Being fully advised, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. Kathleen A. Herkenhoff is permitted to withdraw as counsel for Plaintiff Julie Papadakis and shall have no further obligation in this matter.

DONE AND ORDERED in Miami, Florida this __ day of May, 2024.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE