UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-md-3076-KMM

| **In re: FTX Cryptocurrency Exchange Collapse Litigation** |
|---|
| This Document Relates To: *Garrison, et al. v. Sullivan and Cromwell, LLP*, Case No. 24-cv-20630-KMM |

**SULLIVAN & CROMWELL LLP'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES**

Defendant Sullivan & Cromwell, LLP ("S&C"), by and through undersigned counsel, hereby files this unopposed motion for leave to (i) exceed the twenty-page limitation set forth by Local Rule 7.1(c)(2) and (ii) file a forthcoming motion to dismiss no longer than forty pages. The Class Action Complaint and Demand For Jury Trial (the "Complaint") Plaintiffs filed against S&C is seventy-five pages long and contains 301 paragraphs and five counts. S&C therefore requests twenty additional pages to adequately place Plaintiffs' factual allegations and legal claims in context and to facilitate efficient resolution of the motion.

**MEMORANDUM OF LAW**

Good cause exists to allow S&C to exceed the page limitation set forth in Local Rule 7.1(c)(2).[1] Plaintiffs' Complaint against S&C, which is seventy-five pages long, contains 301 paragraphs and asserts five counts, including for civil conspiracy, aiding and abetting fraud and breaches of fiduciary duty, and violations of the RICO Act. Given the length of the Complaint

---

[1] The relief herein requested is authorized by Local Rule 7.1(c)(2), which allows the filing of briefs in excess of twenty pages with prior leave of the Court. S.D. Fla. L.R. 7.1(c)(2) ("***Absent prior permission of the Court***, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages; a reply memorandum shall not exceed ten (10) pages." (emphasis added)).

1

and the number and nature of the claims alleged, additional pages are necessary to fully develop and articulate the legal arguments in support of S&C's forthcoming motion to dismiss. Indeed, given the length of the complaints Plaintiffs have filed in this multidistrict litigation, other Defendants in other actions have also sought and have obtained similar relief from this Court. *See, e.g.*, ECF No. 216 (Order allowing Defendants to jointly file motion to dismiss and memorandum of law of up to forty pages); ECF No. 504 (Order granting Defendant Dentsu McGarry Bowen LLC leave to file forty-page motion to dismiss and memorandum of law).

S&C conferred with Plaintiffs' counsel prior to filing this motion, and Plaintiffs confirmed that they do not object to increasing the page limit for S&C's motion to dismiss to no more than forty pages, and do not oppose this motion.

## CONCLUSION

For the foregoing reasons, S&C respectfully requests that the Court enter an order allowing S&C to (i) exceed the page limits set forth in Local rule 7.1(c)(2) and (ii) file a motion to dismiss not to exceed forty pages.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

On May 3, 2023, counsel for S&C conferred via email with Plaintiffs' counsel regarding the relief herein requested, to which Plaintiffs do not object.

Dated: May 7, 2024

/s/ Samuel A. Danon
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

*Counsel for Defendant Sullivan & Cromwell, LLP*