# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lahav et al.* v. *Binance Holdings Limited et al.*, No. 1:24-cv-21421-MOORE | Case No. 1:23-MD-03076-KMM<br>MDL No. 3076 |

## DEFENDANT BINANCE HOLDINGS LIMITED'S
## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Binance Holdings Limited, by and through its undersigned counsel, identifies that its parent corporation is Binance (Services) Holdings Limited and that no publicly held corporation owns 10% or more of its stock.

Dated: May 8, 2024

/s/ Samson A. Enzer
Samson A. Enzer
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
Tel: (212) 701 3000
Fax: (212) 269 5420
senzer@cahill.com

*Attorney for Binance Holdings Limited*