UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL NO. 3076

CASE NO. 1:23-MD-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:
ALL CASES

## MDL PLAINTIFFS' REQUEST FOR STATUS CONFERENCE

Plaintiffs respectfully request the Court set a Status Conference, on any date that is convenient for the Court, so MDL Plaintiffs can provide the Court with updates, and get guidance from the Court, on various FTX issues. At the last Status Conference, on June 21, 2023, the Court advised that Plaintiffs could request a Status Conference if and when it would assist the Parties in this matter. As per the Court's June 21, 2023 Order [ECF No. 61], not less than five (5) business days prior to the Conference, the Parties shall submit a Joint Agenda that identifies any and all issues that either Plaintiffs or any other Party wish to raise with the Court.

1

Dated: May 13, 2024

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

Respectfully submitted,

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was filed on May 13, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam Moskowitz