UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

*Garrison, et al. v. Sullivan & Cromwell LLP,*
Case No. 24-cv-20630-KMM

_____/

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE AND PAGE LIMITS ON DEFENDANT SULLIVAN & CROMWELL LLP'S MOTION TO DISMISS [ECF NO. 671]**

Plaintiffs and Defendant Sullivan & Cromwell LLP ("S&C") (collectively, the "Parties"), respectfully file this joint motion seeking an order from this Court establishing an agreed-upon briefing schedule with page limitations for S&C's Motion to Dismiss [ECF No. 671] ("Motion to Dismiss"). Counsel for the Parties have conferred and agree to the relief requested herein.

1. Plaintiffs served process on S&C on February 22, 2024.

2. On March 14, 2024, the Court granted S&C's unopposed request for a 60-day extension of time until May 13, 2024 to file their Motion to Dismiss [ECF No. 534].

3. On May 10, 2024, the Court granted S&C's unopposed request to file a Motion to Dismiss not to exceed 40 pages [ECF No. 663].

4. S&C filed their Motion to Dismiss on May 13, 2024, and Plaintiffs' Opposition is currently due May 28, 2024.

5. Yesterday, the Parties conferred and agreed to the following proposed briefing schedule and page limitations on the Motion to Dismiss:

    a. The deadline for Plaintiffs to file an Opposition to the Motion to Dismiss shall be July 29, 2024. The Opposition shall not exceed 40 pages.

    b. The deadline for S&C to file its Reply in support of its Motion to Dismiss shall be September 9, 2024. The Reply shall not exceed 20 pages.

## CONCLUSION

6. The Parties respectfully request that the Court grant their Joint Motion to Establish Briefing Schedule and Page Limits as to Defendant S&C's Motion to Dismiss. A Proposed Order is attached as **Exhibit A**.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), counsel for Plaintiffs and S&C conferred regarding the relief requested herein, and the Parties agree on this joint request for relief.

**Dated: May 20, 2024**                                    Respectfully submitted,

**By:** */s/ Adam Moskowitz*                               **By:** */s/ Samuel A. Danon*
Adam M. Moskowitz                                          **HUNTON ANDREWS KURTH LLP**
Florida Bar No. 984280                                     Samuel A. Danon (FBN 892671)
Joseph M. Kaye                                             María Castellanos Alvarado (FBN 116545)
Florida Bar No. 117520                                     333 S.E. 2 Avenue, Suite 2400
**THE MOSKOWITZ LAW FIRM, PLLC**                           Miami, FL 33131
Continental Plaza                                          Telephone: (305) 810-2500
3250 Mary Street, Suite 202                                Facsimile: (305) 810-2460
Coconut Grove, FL 33133                                    sdanon@HuntonAK.com
Office: (305) 740-1423                                     mcastellanos@HuntonAK.com
adam@moskowitz-law.com
joseph@moskowitz-law.com                                   *Counsel for Defendant Sullivan & Cromwell LLP*
service@moskowitz-law.com

*Co-Lead Counsel*

Kerry J. Miller
Molly L. Wells
C. Hogan Paschal
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
kmiller@fishmanhaygood.com
mwells@fishmanhaygood.com
hpaschal@fishmanhaygood.com

José M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
**MARK MIGDAL & HAYDEN, LLC**
Brickell City Tower
80 SW 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on May 20, 2024 via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz