UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO:

Law Firms

**DEFENDANT FENWICK & WEST LLP'S RESPONSE PURSUANT TO LOCAL RULE 7.8 TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY (*SEC V. BALINA*) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Defendant Fenwick & West LLP responds to Plaintiffs' notice regarding *SEC v. Balina,* 22 Civ. 00950 (DEA), ECF No. 44 (W.D. Tex. Mar. 22, 2024). Dkt. 691.

The *Balina* order is irrelevant to Fenwick's motion to dismiss. Dkt. 276, 408. *Balina* addresses claims that Balina violated federal securities laws by offering and selling SPRK tokens, an unregistered security, through his online social media platforms. (Slip op. at 17-18, 34-36.) Here, Plaintiffs have not alleged that Fenwick violated any securities laws.

To the extent Plaintiffs claim that FTX violated similar securities laws, *Balina* nonetheless remains irrelevant. There are no allegations that Fenwick conspired with, or aided and abetted, FTX in committing securities violations. Nor are there allegations that Fenwick created, advertised, or facilitated any program to sell the alleged unregistered securities FTX offered through its Yield-Bearing Accounts ("YBA") or native cryptocurrency token ("FTT").

1

Respectfully submitted,

/s/ Nicole K. Atkinson
DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com
STEPHEN C. RICHMAN
Florida Bar No.: 1015692
srichman@gunster.com
jfirogenis@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK (*pro hac vice*)
mholecek@gibsondunn.com
SAMUEL ECKMAN (*pro hac vice*)
seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 5, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                                                  */s/ Nicole K. Atkinson*
                                                  NICOLE K. ATKINSON