IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-KMM

In RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

THIS DOCUMENT RELATES TO: ALL CASES

## MOTION TO WITHDRAW APPEARANCE OF ATTORNEY MICHELLE G. BERNSTEIN

Pursuant to LCvR 11.1(d), Michelle G. Bernstein, formerly of Mark Migdal Hayden, hereby requests to withdraw as counsel for Plaintiffs Alexander Chernyavsky, David Nicol, Gary Gallant, Gregg Podalsky, and Skyler Lindeen in the above-captioned proceeding. Michelle G. Bernstein is no longer affiliated with Mark Migdal Hayden. Plaintiffs Alexander Chernyavsky, David Nicol, Gary Gallant, Gregg Podalsky, and Skyler Lindeen will continue to be represented by The Moskowitz Law Firm, PLLC Mark Migdal Hayden, Boies Schiller Flexner LLP.

Dated: June 7, 2024

By: ___/s/ Michelle Bernstein_____
Michelle G. Bernstein
Florida Bar Number 1030736

**POLSINELLI PC**
315 S. Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 921-1818
Facsimile: (305) 921-1801

mbernstein@polsinelli.com
cmoreno@polsinelli.com
jaguerrebere@polsinelli.com

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notifications of such filing to all CM/ECF participants.

    */s/ Michelle Bernstein*