## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re:  FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION                    Case No.  1:23-md-03076-KMM

                                                                               MDL No.  3076

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Todd R. Legon, Esq., of the law firm of Legon Fodiman & Sudduth, P.A., appears as co-counsel for Defendant GISELE BÜNDCHEN and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated:  July 30, 2024                 Respectfully submitted,

                                               **LEGON FODIMAN & SUDDUTH, P.A.**
                                               121 Alhambra Plaza, Suite 1505
                                               Coral Gables, Florida  33134
                                               Telephone:  (305) 444-9991
                                               Facsimile:  (305) 444-9937
                                               Primary e-mail:  tlegon@lpflaw.com
                                               Secondary e-mail:  respinosa@lpflaw.com
                                               Secondary e-mail:  eservice@lpflaw.com

                                               By:     /s/ *Todd R. Legon*
                                                     TODD R. LEGON
                                                     Florida Bar No. 814415
                                               *Co-Counsel for Defendant Gisele Bündchen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system, which will effectuate served on all parties and/or their counsel of record, on this the 30th day of July, 2024.

                                                               By:     */s/ Todd R. Legon*
                                                                       TODD R. LEGON