UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

**JOINT MOTION FOR EXTENSION ON PLAINTIFF'S MOTION FOR *ALL WRITS ACT* INJUNCTION [ECF NO. 713]  AND  STAY  OF ORDER TO SHOW CAUSE [ECF NO. 706]**

Plaintiffs and the FTX Debtors ("Debtors") (Plaintiffs and FTX Debtors collectively, the "Parties"), respectfully file this joint motion seeking an order from this Court:

1. The Parties request that the Court extend the deadline for Debtor's opposition to Plaintiffs' *All Writs Act* Injunction Against Debtor-In-Possession, FTX Trading LTD, and Related FTX Debtors [ECF No. 713] ("Motion for *All Writs Act* Injunction") until August 23, 2024, and extend the deadline for Plaintiffs' Reply thereto until August 30, 2024; and

2. The Parties further request the Court take no action on the Order to Show Cause [ECF No. 706] pending negotiations between the Parties. The Parties agree to provide the Court with a status update on or before August 28, 2024.

## CONCLUSION

Plaintiffs and the FTX Debtors respectfully request that the Court grant their Joint Motion for Extension on Plaintiffs' Motion for All Writs Act Injunction [ECF No. 713] and Stay of Order to Show Cause [ECF No. 706]. A Proposed Order is attached as **Exhibit A**.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), counsel for Plaintiffs and the FTX Debtors conferred regarding the relief requested herein, and all parties came to agreement on this joint request for relief.

1

Dated: August 15, 2024                                    Respectfully submitted,

**By:** */s/ Jason D. Sternberg*                          **By:** */s/ David Boies*
Jason D. Sternberg                                        David Boies
**QUINN EMANUEL URQUHART**                                Alexander Boies
**& SULLIVAN, LLP**                                       Brooke A. Alexander
2601 South Bayshore Drive                                 **BOIES SCHILLER FLEXNER LLP**
15th Floor                                                333 Main Street
Miami, FL 33133                                           Armonk, NY 10504
(786) 850-3607                                            914-749-8200
                                                          dboies@bsfllp.com
                                                          aboies@bsfllp.com
**By:** */s/ Sascha N. Rand*                              balexander@bsfllp.com
Sascha N. Rand
**QUINN EMANUEL URQUHART**                                *Co-Lead Counsel*
**& SULLIVAN, LLP**
51 Madison Avenue,
New York, New York 10010,
Telephone: (212) 849-7000

                                                          **By:** */s/ Adam Moskowitz*
                                                          Adam M. Moskowitz
                                                          Florida Bar No. 984280
                                                          Joseph M. Kaye
                                                          Florida Bar No. 117520
                                                          **THE MOSKOWITZ LAW FIRM, PLLC**
                                                          Continental Plaza
                                                          3250 Mary Street, Suite 202
                                                          Coconut Grove, FL 33133
                                                          Office: (305) 740-1423
                                                          adam@moskowitz-law.com
                                                          joseph@moskowitz-law.com
                                                          service@moskowitz-law.com

                                                          *Co-Lead Counsel*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on August 15, 2024 via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                          **By:** */s/ Adam Moskowitz*
                                                          Adam M. Moskowitz

2