UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-md-3076-KMM

| | |
|---|---|
| **In re: FTX Cryptocurrency Exchange Collapse Litigation** | |
| This Document Relates To: *Garrison, et al. v. Sullivan and Cromwell, LLP*, Case No. 24-cv-20630-KMM | |

**SULLIVAN & CROMWELL LLP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant Sullivan & Cromwell, LLP ("S&C"), by and through undersigned counsel, hereby files this unopposed motion for an extension of time, through and including October 11, 2024, to file a reply in support of its Motion to Dismiss, ECF No. 671.  In support of this motion, S&C states as follows.

1. S&C filed its Motion to Dismiss on May 13, 2024.  ECF No. 671.

2. Pursuant to this Court's Paperless Order dated May 22, 2024, S&C's reply in support of its Motion to Dismiss is currently due on September 9, 2024.  ECF No. 690.

3. On August 15, 2024, the U.S. Bankruptcy Court for the District of Delaware entered its Order Amending the Order (I) Granting the Examiner Authority to Conduct Additional Investigations and (II) Establishing the Scope, Cost, Degree, and Duration of the Second Phase of The Examination.  *In re: FTX Trading LTD., et al.*, No. 22-11068 (JTD) (Bankr. Del. Aug. 15, 2024), ECF No. 23059 (the "Bankruptcy Order").  The Bankruptcy Order set September 27, 2024 as deadline for the Examiner to file an unredacted version of the Phase II Report on the public docket.  *Id.* at 2.  Plaintiffs attached the Examiner's opening

1

4. report as an exhibit to their opposition to S&C's Motion to Dismiss. *See* ECF No. 710, 710-3.

4. In light of the September 27, 2024 deadline set in the Bankruptcy Order for the filing of the Phase II Report, good cause exists for S&C's requested extension of time, and S&C seeks a two-week extension of time from said deadline, through and including October 11, 2024, to file its reply.

5. S&C conferred with Plaintiffs' counsel prior to filing this motion, and Plaintiffs confirmed that they do not oppose the extension herein requested.

## CONCLUSION

For the foregoing reasons, S&C respectfully requests that the Court enter an order extending S&C's deadline to file its reply in support of its Motion to Dismiss through and including October 11, 2024.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

On August 21, 2024, counsel for S&C conferred via email with Plaintiffs' counsel regarding the relief herein requested, to which Plaintiffs do not object.

Dated: August 23, 2024

*/s/ Samuel A. Danon*
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

Johnathon E. Schronce
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23229
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
jschronce@huntonak.com

*Counsel for Defendant Sullivan & Cromwell, LLP*