UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. The Office of The Commissioner of Baseball d/b/a Major League Baseball, et al.*,<br>S.D. Fla. Case No. 1:23-cv-24479 | |

**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES**

PLEASE TAKE NOTICE that effective July 1, 2024, Kaplan Hecker & Fink LLP changed its name to the following:

**Hecker Fink LLP**

PLEASE TAKE FURTHER NOTICE that all phone numbers, the fax number, and the mailing address for the firm remain the same. The firm's email addresses have transitioned from an "@kaplanhecker.com" domain to an "@heckerfink.com" domain. Attorneys' new email addresses are reflected in the signature block below.

Dated: September 3, 2024
       New York, New York

Respectfully submitted,

/s/ Sean Hecker

Sean Hecker
John Quinn
Mark Weiner
Sabrina Alvarez-Correa
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
shecker@heckerfink.com
jquinn@heckerfink.com

mweiner@heckerfink.com
salvarezcorrea@heckerfink.com

*Counsel for Defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and MLB Network, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Change of Law Firm Name and E-Mail Addresses was furnished via electronic filing, U.S. Mail, and/or facsimile to all counsel of record identified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

John Quinn