UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

**UPDATED JOINT MOTION FOR EXTENSION ON STATUS UPDATE [ECF NO. 729]**

In accordance with Order [ECF No. 729], Plaintiffs and the FTX Debtors ("Debtors") (collectively, the "Parties") respectfully request a brief extension, to September 25, 2024, to finalize documentation and file a status update and a copy of Global Resolution. The Parties continue to work diligently and in good faith towards this end.

## CONCLUSION

Plaintiffs and the FTX Debtors respectfully request that the Court grant their Joint Motion for Extension On Status Update [ECF No. 729]. A Proposed Order is attached as **Exhibit A**.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), counsel for Plaintiffs and the FTX Debtors conferred regarding the relief requested herein, and all parties came to agreement on this joint request for relief.

Dated: September 13, 2024

Respectfully submitted,

**By:** */s/ Jason D. Sternberg*
Jason D. Sternberg
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive
15th Floor
Miami, FL 33133
(786) 850-3607

**By:** */s/ Sascha N. Rand*
Sascha N. Rand
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue,
New York, New York 10010,
Telephone: (212) 849-7000

**By:** */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
Marc Ayala
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com
mayala@bsfllp.com

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Lead Counsel*

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on September 13, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam M. Moskowitz