# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

This document relates to:

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF PUTATIVE CLASS REPRESENTATIVE PLAINTIFFS SUNIL KAVURI, VITOR VOZZA, WARREN WINTER WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice of dismissal of Plaintiffs' Sunil Kavuri's, Vitor Vozza's, and Warren Winter's claims, brought as putative class representatives in these consolidated MDL Actions, without prejudice. Messrs. Kavuri, Vozza, and Winter will remain as absent class members. Plaintiffs' MDL Counsel anticipate moving at the appropriate time to join by interlineation additional putative class representatives in their stead. No Defendant in these consolidated MDL Actions has served an answer or motion for summary judgment as to any of these claims.

Dated: September 13, 2024                               Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

**By:** */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz