**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: | MDL No. 3076 |
| FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | 23-md-03076-KMM |

| |
|---|
| THIS DOCUMENT RELATES TO: |
| *Lahav et al.* v. *Binance Holdings Limited et al.*, No. 1:24-cv-21421-MOORE (PSLRA Class Action) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

**CONSIDERING** the foregoing Unopposed Motion for Leave to File Excess Pages ("Unopposed Motion") on Plaintiffs' Oppositions to CZ and Binance Defendants' and the Binance US Defendants' Motions to Dismiss (ECF No. 707 and 708, respectively) ("Motion to Dismiss"),

**IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED**:

- The Opposition to CZ and Binance Defendants' Motion to Dismiss shall not exceed 50 pages.

- The Opposition to the Binance US Defendants' Motion to Dismiss shall not exceed 26 pages.

- Defendants shall not exceed at least 50% of the requested pages for their respective replies.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of September, 2024.

_____
HONORABLE K. MICHAEL MOORE
U.S. District Judge