**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
No. 1:23-md-3076-KMM/Sanchez

*In re FTX Cryptocurrency Exchange Collapse Litigation*

THIS DOCUMENT RELATES TO ALL ACTIONS

**RESERVATION OF RIGHTS BY CERTAIN MDL DEFENDANTS TO MDL PLAINTIFFS' MOTION FOR APPROVAL OF GLOBAL RESOLUTION WITH FTX DEBTORS**

The undersigned Defendants ("Undersigned Defendants[1]"), by and through their respective counsel, file this Reservation of Rights to advise the Court, MDL Plaintiffs, and FTX Trading Ltd., and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors"), of their reservation of all rights and objections in respect to the proposed Global Settlement Agreement entered into by the FTX Debtors and MDL Plaintiffs, attached as **Exhibit A** to the *MDL Plaintiffs' Motion for Approval of Global Resolution with FTX Debtors* [MDL Dkt. No. 742] (the "Global Settlement Motion"), and state as follows:

1. On November 11 and November 14, 2022, the FTX Debtors filed voluntary petitions for relief under the Bankruptcy Code in the United States Bankruptcy Court for the

---

[1] By signing this Reservation of Rights, the Undersigned Defendants do not waive any of their respective rights, claims, or defenses, including any defenses or objections related to service of process, personal jurisdiction, or venue, all of which are expressly reserved. Moreover, the fact that certain actual or potential Defendants in the FTX MDL did not sign this Reservation of Rights is not meant to limit, extinguish, or otherwise affect those Defendants' ability to make the same arguments or statements herein, either in this or any other proceeding.

District of Delaware, captioned as *In re FTX Trading Ltd*., No. 22- 11068 (JTD) (Bankr. D. Del.). Joint administration of the FTX Debtors' cases was authorized by the Bankruptcy Court by entry of an order on November 22, 2022 [Bankr. Dkt. No. 128].

2. MDL Plaintiffs commenced multiple actions against various parties, including the Undersigned Defendants, asserting claims that MDL Plaintiffs allege are connected to one or more FTX Debtors (the "MDL Claims"). On June 5, 2023, these actions were consolidated by the United States Judicial Panel on Multidistrict Litigation and transferred to this Court, captioned as *In re FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 23-03076 (S.D. Fla.) (the "FTX MDL"). [FTX MDL D.I. 1].

3. Disputes subsequently arose between the FTX Debtors and MDL Plaintiffs over their respective rights to bring, pursue, and/or settle the MDL Claims. On or about September 17, 2024, the FTX Debtors and MDL Plaintiffs entered into the Global Settlement Agreement. *See* Dkt. No. 742-1, Ex. A.  On September 25, 2024, the MDL Plaintiffs filed the Global Settlement Motion, seeking approval of the Global Settlement Agreement.

4. The Undersigned Defendants are not parties to and are not agreeing to the proposed Global Settlement Agreement or any of its terms or conditions. As a result, the Global Settlement Agreement does not and cannot limit, extinguish, or otherwise affect the Undersigned Defendants' respective rights, claims, or defenses, or their ability to assert such rights, claims, or defenses in this case or in any other litigation, proceeding, hearing, or dispute of any kind.

5. For the avoidance of doubt, the Undersigned Defendants hereby reserve all their respective rights, claims, and defenses (whether legal, equitable, or otherwise) that are, were, or may be available to them notwithstanding the Global Settlement Agreement between FTX Debtors and MDL Plaintiffs, any of its terms or conditions, or its approval by this or any other

court or tribunal. This reservation of rights expressly includes, without limitation, the Undersigned Defendants' right to assert that MDL Plaintiffs lack standing to pursue any claim or cause of action, including without limitation any of the MDL Claims, and/or that MDL Plaintiffs' claimed damages, recoveries, or other relief (whether equitable, legal, or otherwise) is, has been, or will be satisfied, limited, compromised, or extinguished by any relief awarded or distribution made in this or any other case, proceeding, hearing, dispute, or settlement of any kind.

WHEREFORE**,** the Undersigned Defendants file this Reservation of Rights to advise the Court, FTX Debtors, and MDL Plaintiffs of their reservation of all rights in respect to the proposed Global Settlement Agreement.

Dated: October 9, 2024

Respectfully submitted,

*/s/ Joseph B. Isenberg*

| **DAVIS POLK & WARDWELL LLP** | **VENABLE LLP** |
|---|---|
| Lara Samet Buchwald | Desirée Moore |
| NY Bar No. 4700944 | Illinois Bar No. 6286198 |
| (Certificate of Understanding filed) | (Certificate of Understanding filed) |
| lara.buchwald@davispolk.com | dmoore@venable.com |
| Tatiana Martins | Daniel J. Hayes |
| NY Bar No. 4300455 | Illinois Bar No. 6243089 |
| (Certificate of Understanding filed) | (Certificate of Understanding filed) |
| tatiana.martins@davispolk.com | dhayes@venable.com |
| 450 Lexington Avenue | Joseph B. Isenberg |
| New York, New York 10017 | Florida Bar No. 1018077 |
| Tel: 212-450-4000 / Fax: 212-701-5351 | jbisenberg@venable.com |
| | 227 West Monroe St., Suite 1900 |
| | Chicago, IL 60606 |
| | Tel: 312-820-3436 / Fax: 312-820-3401 |

*Counsel for Defendants Deltec Bank and Trust Company Limited and Jean Chalopin*

*/s/ Nina M. Kovalenko (w/permission)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp, *pro hac vice*
Andrew J. Ehrlich, *pro hac vice*
Nina M. Kovalenko, *pro hac vice*
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com
          aehrlich@paulweiss.com
          nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd. and Temasek International (USA) LLC*

*/s/ Eric D. Lawson (w/permission)*
**MORRISON & FOERSTER LLP**
Eric D. Lawson (mdl102196)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

**MORRISON & FOERSTER LLP**
Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
          rkeats@mofo.com

**WINSTON & STRAWN LLP**
Adam M. Foslid (Fla. Bar No. 682284)
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendants SoftBank Group Corp.; SB Group US, Inc.; SoftBank Investment Advisers (UK) Limited; and SoftBank Global Advisers Limited*

*/s/ Steven P. Ragland  (w/permission)*
**AKERMAN LLP**
Jacqueline M. Arango
Florida Bar No. 664162
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374 5600
jacqueline.arango@akerman.com

**KEKER, VAN NEST & PETERS LLP**
Steven P. Ragland
Nicholas D. Marais
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
sragland@keker.com
nmarais@keker.com

*Counsel for Defendant Ribbit Capital, L.P.*

*/s/ Marisa R. Dorough (w/permission)*
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
Ty Kelly Cronin (*Pro hac vice*)
Frank C. Bonaventure, Jr. (*Pro hac vice*)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Phone: (410) 862-1049
tykelly@bakerdonelson.com
fbonaventure@bakerdonelson.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
Marisa Rosen Dorough
Florida Bar No. 73152
200 South Orange Avenue, Suite 2050
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com

*Counsel for Defendant Farmington State Bank d/b/a Moonstone Bank*

*/s/ Rishi N. Zutshi (w/permission)*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com
jkim@csgh.com
rzutshi@cgsh.com

**LAWSON HUCK GONZALEZ PLLC**
Paul C. Huck, Jr.
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

*/s/ Michael Mix (with permission)*
**MORRISON COHEN LLP**
Jason P. Gottlieb
Michael Mix
Vani Upadhyaya
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
         mmix@morrisoncohen.com
         vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC*

*/s/ Scott M. Malzahn (with permission)*
**WAYMAKER LLP**
Brian E. Klein
Scott M. Malzahn
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

**TEIN MALONE TRIAL LAWYERS**
Michael Tein Florida Bar No. 993522 3059 Grand Avenue Coconut Grove, Florida 33133
Telephone: (305) 442-1101
tein@teinmalone.com

*Counsel for Defendant Multicoin Capital Management LLC*

*/s/ Douglas R. Hirsch (w/ permission)*
**SADIS & GOLDBERG LLP**
Douglas R. Hirsch
Frank S. Restagno
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

*Counsel for Defendant SkyBridge Capital II, LLC*

5

*/s/ Michael Holecek (w/ permission)*
DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com
STEPHEN C. RICHMAN
Florida Bar No.: 1015692
srichman@gunster.com
jfirogenis@gunster.com
**GUNSTER, YOAKLEY & STEWART, P.A.**
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK (*pro hac vice*)
mholecek@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

*/s/ Anna Terteryan*
**KIRKLAND & ELLIS LLP**
Mark McKane, P.C. (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com

*/s/ Amy Jane Longo*
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro
Florida Bar No. 776361
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2664
jshapiro@stearnsweaver.com

**ROPES & GRAY LLP**
David Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
david.hennes@ropesgray.com
Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone.: (310) 975-3000
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

*/s/ Alexander C. Drylewski*
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

| | |
|---|---|
| **BERGER SINGERMAN LLP**<br>Jordi Guso<br>Florida Bar No. 863580<br>Ana Kauffman<br>Florida Bar No. 89092<br>1450 Brickell Avenue, Ste 1900<br>Miami, FL 33131<br>Telephone: (305)-714-4376<br>jguso@bergersingerman.com<br>akauffmann@bergersingerman.com<br><br>*Counsel for Defendant Thoma Bravo, LP* | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Alexander C. Drylewski (admitted *pro hac vice*)<br>Mikal Davis-West<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>alexander.drylewski@skadden.com<br>mikal.davis-west@skadden.com<br><br>Mark R.S. Foster (admitted *pro hac vice*)<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>mark.foster@skadden.com<br><br>*Counsel for Defendant Paradigm Operations LP* |
| */s/ Jeffrey F. Robertson* (w/ permission)<br>**SCHULTE ROTH & ZABEL LLP**<br>Peter H. White<br>Jeffrey F. Robertson<br>555 Thirteenth Street, NW, Suite 6W<br>Washington, DC 20004<br>Tel: (202) 729-7470 / Fax: (202) 730-4520<br>pete.white@srz.com<br>jeffrey.robertson@srz.com<br><br>*Counsel for Defendant Tiger Global Management, LLC* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel and parties of record.

*/s/ Joseph B. Isenberg*
Joseph B. Isenberg