UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION
_____/

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE came before the Court upon Plaintiffs' Motion for Approval of Global Resolution with FTX Debtors (ECF No. 742) and Plaintiffs' Supplement to Plaintiffs' Motion for Approval of Global Resolution and Renewed Request for Status Conference (ECF No. 766).

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED that a status conference will be held before the undersigned at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-1, 400 N. Miami Avenue, Miami, Florida 33128, on **November 14, 2024 at 2:30 p.m.** Counsel for Plaintiffs must be physically present at the hearing. Counsel for Plaintiffs must be prepared to answer questions relating to the Court's authority to grant the Motion approving the Global Resolution, which does not otherwise impact the rights, claims, or defenses of the MDL Defendants, *see* (ECF No. 751), and which would bind non-parties to the MDL. MDL Defendants who are otherwise unaffected by the proposed Global Resolution may attend but are not required to. Persons who are not named in this litigation but are parties in related litigation pending in other federal and state courts, may attend in person or by counsel, but will not be heard.

DONE AND ORDERED in Chambers at Miami, Florida, this  31st  day of October, 2024.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record