AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARTZ FUND INVESTMENTS PRIVATE LIMITED
60B Orchard Road
#06-18 Tower 2
The Atrium@Orchard
Singapore 238891

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Nov 22, 2024

SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-md-3076-KMM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BLAKISTON INVESTMENTS PTE. LTD.
60B Orchard Road
#06-18 Tower 2
The Atrium@Orchard
Singapore 238891

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Nov 22, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-md-3076-KMM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liquid Value Fund GP Limited

C/O Its Agent SINO GLOBAL CAPITAL MANAGEMENT LLC
1111 Brickell Avenue, 10th Floor
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 22, 2024



Angela E. Noble
Clerk of Court

SUMMONS

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIQUID VALUE GP LIMITED

C/O Its Agent SINO GLOBAL CAPITAL MANAGEMENT LLC
1111 Brickell Avenue, 10th Floor
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Nov 22, 2024

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIQUID VALUE OFFSHORE FEEDER FUND I LLP

C/O Its Agent SINO GLOBAL CAPITAL MANAGEMENT LLC
1111 Brickell Avenue, 10th Floor
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 22, 2024

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liquid Value Offshore Feeder Fund I LP

C/O Its Agent SINO GLOBAL CAPITAL MANAGEMENT LLC
1111 Brickell Avenue, 10th Floor
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Nov 22, 2024

SUMMONS

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-md-3076-KMM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SINO GLOBAL CAPITAL MANAGEMENT LLC
1111 Brickell Avenue, 10th Floor
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 22, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SOFTBANK II TEMPEST (DE) LLC

C/O SB INVESTMENT ADVISERS (US), INC.
300 EL CAMINO REAL, BUILDING 2
MENLO PARK, CA 94025-5239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  Nov 22, 2024

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-md-3076-KMM<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TEMASEK INTERNATIONAL PRIVATE LIMITED
60B Orchard Road
#06-18 Tower 2
The Atrium@Orchard
Singapore 238891

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts

Date:  Nov 22, 2024