**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-MOORE/Sanchez**

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE**
**COLLAPSE LITIGATION**

_____

THIS DOCUMENT RELATES TO:

*Lahav v. Binance Holdings Ltd., et al.,*
No. 1:24-cv-21421-MOORE
_____/

**<u>MOTION TO WITHDRAW APPEARANCE OF JOHN L. GIBBONS</u>**

John L. Gibbons of the law firm of Carlton Fields, P.A., respectfully moves this Honorable Court for leave to withdraw his appearance as counsel for defendant Binance Holdings Limited.

Defendant Binance Holdings Limited will continue to be represented by its counsel of record, Benjamin M. Stoll, and Aaron S. Weiss of the law firm of Carlton Fields, P.A., and Samson A. Enzer, Herbert S. Washer, Tammy L. Roy, and Miles C. Wiley of the law firm of Cahill Gordon & Reindel LLP.

WHEREFORE, attorney John L. Gibbons prays that the Court grant him leave to withdraw his appearance as counsel for defendant Binance Holdings Limited.

138294205.1

Dated: January 3, 2025

Respectfully submitted,

By: */s/ John L. Gibbons*

Benjamin M. Stoll (pro hac vice)
John L. Gibbons (pro hac vice)
**CARLTON FIELDS P.A.**
1025 Thomas Jefferson St. NW
Suite 400 West
Washington, D.C. 20007
Telephone: (202) 986-8160

Aaron S. Weiss
**CARLTON FIELDS P.A.**
700 NW 1st Ave., Ste. 1200
Miami, FL 33136
Telephone: (305) 530-0050

*Attorneys for Defendant*
*Binance Holdings Limited*

138294205.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 3, 2025,                              By: */s/ John L. Gibbons*
                                                                 John L. Gibbons