UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-03076-MOORE/Sanchez

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

THIS DOCUMENT RELATES TO:

*Lahav v. Binance Holdings Ltd., et al.,*
No. 1:24-cv-21421-MOORE
_____/

**[PROPOSED] ORDER GRANTING MOTION TO
<u>WITHDRAW APPEARANCE OF JOHN L. GIBBONS</u>**

**THIS CAUSE** came before the Court upon the Motion to Withdraw Appearance of John L. Gibbons as counsel for Binance Holdings Limited. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**.

Attorney John L. Gibbons's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida this ___ day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

138294221.1