# EXHIBIT 1

```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                          MDL No. 3076

                   CASE NO. 1:23-md-03076-KMM


    In Re:  FTX Cryptocurrency Exchange
    Collapse Litigation
    ------------------------------------/



                      VIDEOTAPED DEPOSITION
                 VIA ZOOM VIDEOCONFERENCE OF:
                          BELINDA CHAN
                  as corporate representative of
                 Temasek Holdings (Private) Limited


                       Pages 1 to 147


           Monday, January 29, 2024 at 8:05 p.m.
              to 12:12 a.m. on January 30, 2024







                   STENOGRAPHICALLY REPORTED BY:
                NANCY E. PAULSEN, CRR, CRC, RPR, RSA
```



```
BELINDA CHAN                                              January 29, 2024
FTX Cryptocurrency Exchange                                             20
```

| | | |
|---|---|---|
| 1 | were -- that you know of at Temasek that were involved | 08:21:50PM |
| 2 | in any of these transactions. | 08:21:52PM |
| 3 |             MS. KOVALENKO:  Objection to form. | 08:21:55PM |
| 4 |     A.    The only person I spoke to was Prady Agrawal. | 08:21:56PM |
| 5 | BY MR. SWANSON: | 08:22:05PM |
| 6 |     Q.    Was he the only person on the Temasek side | 08:22:05PM |
| 7 | that was involved in any of these transactions that | 08:22:08PM |
| 8 | Temasek did where they made investments with F -- in FTX | 08:22:11PM |
| 9 | entities and buying the tokens, or were there other | 08:22:18PM |
| 10 | people involved? | 08:22:21PM |
| 11 |     A.    Mr. Swanson, I like to be very clear, today I | 08:22:21PM |
| 12 | am representing Temasek Holdings.  These are employees | 08:22:25PM |
| 13 | of another company. | 08:22:28PM |
| 14 |             So Prady Agrawal, I spoke to Prady Agrawal, | 08:22:29PM |
| 15 | he's from -- he's not from Temasek Holdings, he's an | 08:22:39PM |
| 16 | employee of Temasek International. | 08:22:42PM |
| 17 |     Q.    Is there anybody other than Prady Agrawal that | 08:22:43PM |
| 18 | was involved in these transactions on the Temasek side | 08:22:47PM |
| 19 | that you're aware of? | 08:22:51PM |
| 20 |     A.    Okay, from the Temasek International side, | 08:22:52PM |
| 21 | when I spoke to Prady, he mentioned that -- I'm just | 08:22:54PM |
| 22 | looking at the Interrogatory 3, Antony Lewis and Chin C. | 08:22:59PM |
| 23 | Chao, but I did not speak to these two individuals, I | 08:23:04PM |
| 24 | only spoke to Prady. | 08:23:07PM |
| 25 |     Q.    Okay.  Do you know what either of those two | 08:23:10PM |



BELINDA CHAN  
FTX Cryptocurrency Exchange  
January 29, 2024  
21

```
 1   individuals did in connection with these transactions?            08:23:13PM
 2           MS. KOVALENKO:  Object to the form and to the             08:23:15PM
 3      scope.                                                         08:23:17PM
 4   BY MR. SWANSON:                                                   08:23:18PM
 5      Q.   Do you know what either of these individuals              08:23:21PM
 6   did with respect to the transactions?                             08:23:24PM
 7           MS. KOVALENKO:  Same objection.                           08:23:25PM
 8           You can answer if you can.                                08:23:26PM
 9      A.   I am not aware, Mr. Swanson.                              08:23:29PM
10   BY MR. SWANSON:                                                   08:23:32PM
11      Q.   All right.  Do you know where they did it,                08:23:32PM
12   where they were when they did anything that had to do             08:23:34PM
13   with these transactions, do you know what the locations           08:23:36PM
14   were?                                                             08:23:39PM
15           MS. KOVALENKO:  Object to the form.                       08:23:41PM
16           You can answer.                                           08:23:43PM
17      A.   They were in Singapore, I was informed they               08:23:44PM
18   were in Singapore by Prady.                                       08:23:51PM
19   BY MR. SWANSON:                                                   08:23:55PM
20      Q.   So you were informed that these two people                08:23:55PM
21   were in Singapore when they were conducting activities            08:23:57PM
22   that related to these transactions?                               08:24:02PM
23           MS. KOVALENKO:  Object to the form,                       08:24:08PM
24      mischaracterizes.                                              08:24:10PM
25   BY MR. SWANSON:                                                   08:24:12PM
```



800.211.DEPO (3376)  
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | Q. Is that right? | 08:24:13PM |
| 2 | I'm trying to get an understanding of what | 08:24:14PM |
| 3 | your knowledge base is.  Because obviously, you've come | 08:24:17PM |
| 4 | and you've said there are no contacts that anybody has | 08:24:19PM |
| 5 | with any of these jurisdictions, so I'm trying to figure | 08:24:21PM |
| 6 | out what did you do to verify that? | 08:24:25PM |
| 7 | Did you ever speak -- you never spoke | 08:24:30PM |
| 8 | personally to Antony Lewis or the other person you | 08:24:33PM |
| 9 | mentioned.  Am I correct on that? | 08:24:36PM |
| 10 | A. Yes, you are correct, Mr. Swanson, yes. | 08:24:38PM |
| 11 | Q. And you don't know what they did with respect | 08:24:40PM |
| 12 | to these transactions at all; that's correct? | 08:24:43PM |
| 13 | A. Yes, that's correct. | 08:24:45PM |
| 14 | Q. And you don't know where they did it -- | 08:24:46PM |
| 15 | MS. KOVALENKO: Object to the form. | 08:24:49PM |
| 16 | BY MR. SWANSON: | 08:24:50PM |
| 17 | Q. -- because you never asked them? | 08:24:50PM |
| 18 | MS. KOVALENKO: Object to the form, | 08:24:51PM |
| 19 | mischaracterizes. | 08:24:53PM |
| 20 | BY MR. SWANSON: | 08:24:58PM |
| 21 | Q. Is that right? | 08:24:59PM |
| 22 | A. I spoke to Prady, and he's the leader of the | 08:24:59PM |
| 23 | group, he told me he was in Singapore, he confirmed to | 08:25:02PM |
| 24 | me he was in Singapore, as well as his team. | 08:25:06PM |
| 25 | Q. Well, Prady, for example, he travels to other | 08:25:08PM |



```
BELINDA CHAN                                          January 29, 2024
FTX Cryptocurrency Exchange                                         23
```

| | | |
|---|---|---|
| 1 | places other than Singapore; correct? | 08:25:11PM |
| 2 |     A.   Yes. | 08:25:14PM |
| 3 |     Q.   And he traveled to the United States from time | 08:25:14PM |
| 4 | to time; correct? | 08:25:16PM |
| 5 |     A.   Yes. | 08:25:21PM |
| 6 |     Q.   And he traveled to California and to Florida; | 08:25:21PM |
| 7 | correct? | 08:25:26PM |
| 8 |         MS. KOVALENKO:  Object to the form. | 08:25:26PM |
| 9 |         Traveled to California and Florida in | 08:25:33PM |
| 10 |    connection with what? | 08:25:35PM |
| 11 | BY MR. SWANSON: | |
| 12 |     Q.   In just -- have they -- did he travel in this | 08:25:37PM |
| 13 | time period to California and Florida?  That's my | 08:25:38PM |
| 14 | question. | 08:25:41PM |
| 15 |         MS. KOVALENKO:  Then I object to the scope of | 08:25:42PM |
| 16 |    the question, to the extent you're asking about any | 08:25:44PM |
| 17 |    and all travel, that has nothing to do with this | 08:25:46PM |
| 18 |    case.  And it's completely outside of the | 08:25:48PM |
| 19 |    permissible topics. | 08:25:51PM |
| 20 | BY MR. SWANSON: | 08:25:53PM |
| 21 |     Q.   Did they travel in this -- did Prady travel in | 08:26:02PM |
| 22 | this period to California and Florida, do you know that | 08:26:07PM |
| 23 | one way or the other? | 08:26:10PM |
| 24 |         MS. KOVALENKO:  Same objection to the scope. | 08:26:11PM |
| 25 |     A.   Mr. Swanson, maybe you'd want to be -- because | 08:26:17PM |



|    |                                                              |            |
|----|--------------------------------------------------------------|------------|
| 1  | your question is so wide, I mean, because you are asking     | 08:26:25PM |
| 2  | me what is Prady's travel schedule.                          | 08:26:29PM |
| 3  |         So I'm not aware of Prady's travel schedule.         | 08:26:34PM |
| 4  | But if you -- so if you can be more specific, then I         | 08:26:37PM |
| 5  | can -- like I said, I will answer what's in the              | 08:26:39PM |
| 6  | declaration and the interrogatories.                         | 08:26:43PM |
| 7  | BY MR. SWANSON:                                              | 08:26:45PM |
| 8  |     Q.   You -- do you know whether Prady traveled to       | 08:26:46PM |
| 9  | California in the time period from 2021 to 2022?            | 08:26:49PM |
| 10 |         MS. KOVALENKO:  Object to the extent you're         | 08:26:56PM |
| 11 |    asking about anything other than FTX.                     | 08:26:58PM |
| 12 |         You can answer to the extent that you know,         | 08:27:06PM |
| 13 |    Belinda.                                                  | 08:27:09PM |
| 14 |     A.   I would have to guess, Mr. Swanson, because        | 08:27:10PM |
| 15 | you are asking for such a long -- large time period, I'm    | 08:27:21PM |
| 16 | afraid I can't -- I don't know.                              | 08:27:25PM |
| 17 | BY MR. SWANSON:                                              | 08:27:28PM |
| 18 |     Q.   You don't know the -- you don't know whether        | 08:27:28PM |
| 19 | he traveled to California.  Do you know whether he           | 08:27:29PM |
| 20 | traveled to --                                               | 08:27:31PM |
| 21 |         MS. KOVALENKO:  Objection.  Objection to form,      | 08:27:32PM |
| 22 |    mischaracterizes.  That's not what she said.  She         | 08:27:33PM |
| 23 |    asked for -- she asked for clarification to your          | 08:27:36PM |
| 24 |    question as to the subject matter of the travel.          | 08:27:38PM |
| 25 | BY MR. SWANSON:                                              | 08:27:41PM |



BELINDA CHAN                                                   January 29, 2024
FTX Cryptocurrency Exchange                                                  25

```
 1        Q.   Do you know whether Prady traveled to              08:27:41PM
 2   California in the years 2021 or 2022?                        08:27:44PM
 3             MS. KOVALENKO:  Same objection to the scope.       08:27:49PM
 4        A.   Mr. Swanson, your question -- traveled to          08:27:54PM
 5   California or Florida in the context of what?  Can you       08:28:08PM
 6   be more specific?                                            08:28:11PM
 7   BY MR. SWANSON:
 8        Q.   In the concept of travel, travel.  I'm just        08:28:14PM
 9   asking a very simple question.  Do you know whether          08:28:16PM
10   Prady traveled to California in 2021 -- 2021 or 2022?        08:28:19PM
11             MS. KOVALENKO:  Object to the scope to the         08:28:25PM
12        extent you are asking about anything other than         08:28:27PM
13        travel related to FTX.                                  08:28:29PM
14   BY MR. SWANSON:                                              08:28:34PM
15        Q.   Do you know?  It's pretty simple, it's a           08:28:37PM
16   either yes, I do know; or no, I don't know.                  08:28:41PM
17        A.   Mr. Swanson, I said that I will answer those       08:28:44PM
18   questions in relation to the declaration and my              08:28:49PM
19   interrogatory.  I think my interrogatory is very             08:28:52PM
20   specific.  That if you are asking whether the travel was     08:28:55PM
21   in connection with FTX to California or Florida, that        08:28:58PM
22   answer will be no.  Anything else I'm not aware,             08:29:02PM
23   Mr. Swanson.                                                 08:29:05PM
24        Q.   Okay.  So you -- you do not know whether Prady     08:29:05PM
25   traveled to California or to Florida in 2021 or 2022,        08:29:11PM
```



800.211.DEPO (3376)
EsquireSolutions.com