# EXHIBIT 2

Page 1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
             MDL No. 3076
3
          CASE NO. 1:23-md-03076-KMM
4
5
    In Re:  FTX Cryptocurrency Exchange
6    Collapse Litigation
    -----------------------------------/
7
8
9            VIDEOTAPED DEPOSITION
        VIA ZOOM VIDEOCONFERENCE OF:
10            JANE ATHERTON
        as corporate representative of
11       Temasek International (USA) LLC
12
             Pages 1 to 123
13
14        Wednesday, January 31, 2024
          9:06 a.m. - 12:22 p.m.
15
16
17
18
19
         STENOGRAPHICALLY REPORTED BY:
20    NANCY E. PAULSEN, CRR, CRC, RPR, RSA
21
22
23
24
25

Page 48

1   correct?

2       A.  That's correct.

3       Q.  And you never looked at any vendor billings in

4   connection with any due diligence?

5           For example, if a law firm, like a law firm

6   like Clifford Chance, was retained to do something with

7   respect to the FTX due diligence, you -- you've never

8   looked at their billings; is that right?

9       A.  That is correct.

10      Q.  Okay.  And you've never looked at any travel

11  reimbursement records for any of the people that were

12  involved in -- in sourcing and monitoring the

13  investments in FTX or Alameda?

14      A.  That's correct.

15      Q.  All right.  And you've never looked at the --

16  any summaries of advisory -- or any advisory board

17  minutes of FTX or any summaries of -- that were in

18  the -- the Temasek files for what happened at any

19  advisory boards of any of the FTX entities?

20          MS. KOVALENKO:  Object to the form.

21      A.  I don't -- I was not involved in those

22  transactions, Jim, so again, I don't know what those

23  documents would be.

24  BY MR. SWANSON:

25      Q.  All right.  And you don't know where any

1    advisory committee meetings were held and who, if

2    anybody, from Temasek went to those meetings?

3          MS. KOVALENKO:  Object to the form, lacks

4       foundation.

5       A.  Again, if it's reflect -- sorry.  If the

6    question is talking about Temasek USA, I know nobody

7    from Temasek USA was involved.  I can't comment on -- on

8    the rest, I don't know.

9    BY MR. SWANSON:

10      Q.  All right.  Why was Temasek USA not involved

11   in monitoring any of the FTX investments?  Do you have

12   any explanation of that?

13         MS. KOVALENKO:  Object to the form.

14      A.  Sure.  Again, Temasek USA may not be asked to

15   monitor all the investments that are made by Temasek.

16   So it is not unusual that investments could be made in

17   other entities where we in Temasek USA are not involved.

18   BY MR. SWANSON:

19      Q.  All right.  Now I want to look at...

20         Bear with me a second, I need to pull up

21   something on the computer here.

22         Can you pull up what's marked for our purposes

23   as 57, that's our internal number, but this will be

24   Number 2, Number 2 for purposes of today's deposition,

25   Exhibit Number 2.

Page 85

1    let's say you are me and you're trying to figure this

2    stuff out and figure out where -- you know, who -- where

3    there is jurisdiction or not.

4           Who is better situated to talk about what

5    happened in California, you, who talked to Prady one

6    time, or Prady, which one is better?

7           MS. KOVALENKO:  Object to the form.

8       A.  I'm not sure I understand the question, Jim.

9    Please rephrase.

10   BY MR. SWANSON:

11      Q.  You were -- you were a lawyer at one time, and

12   maybe -- maybe not in the litigation, like I am.  But I,

13   unfortunately, have been involved in it for a long time.

14          But if you were trying to figure out who --

15   who has a better amount of personal knowledge of what

16   meetings took place and where they took place, is it you

17   or is it Prady?

18          MS. KOVALENKO:  Object to this as being

19      completely improper and outside the scope of what's

20      permitted for this 30(b)(6) deposition.  Also calls

21      for speculation, lacks foundation.

22          You can answer if you can, Jane.

23      A.  I'm not quite sure what I'm answering.  I know

24   what I did, and I was not involved.  And I know none of

25   my employees were involved; otherwise, as the head of

Page 86

1    the financial services activities, I would have known.

2          And Prady, who, I understand, was involved,

3    confirmed to me that there was no meeting in California.

4    BY MR. SWANSON:

5       Q.   Who knows more about FTX meetings, you or

6    Prady?

7          MS. KOVALENKO:  Object to the form.

8       A.   I was not involved in the FTX transaction, so

9    I would have to say Prady.

10   BY MR. SWANSON:

11      Q.   That's what I thought.  Okay.

12         And you never spoke at all to Antony Lewis or

13   Sijia Chen; is that right?

14      A.   Correct.

15      Q.   And Sijia Chen I think I was referring to the

16   last deposition as Mr. Chen, but do you know -- but

17   that's wrong, it's not Mr.; right?  That's a --

18      A.   I believe it's a lady, yeah.

19      Q.   Yeah.  Have you met her?

20      A.   I have.

21      Q.   Where?

22      A.   In Singapore a number of years ago.

23      Q.   All right.  Okay.

24         MS. ALEXANDER:  I just need some prices first.

25   Do you have the 30 milliliter and the 50