# EXHIBITS 1 - 8

## TO BE FILED UNDER SEAL