# EXHIBITS 1 - 10

## TO BE FILED UNDER SEAL