UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:

    Multinational VC Defendants

_____/

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

**THIS CAUSE** came before the Court upon Unopposed Motion for Leave to File Under Seal the unredacted versions of Plaintiffs' oppositions to three motions to dismiss: Plaintiffs' Opposition to Defendants Deltec Bank and Trust Company Limited and Jean Chalopin's Motion to Dismiss the Amended Administrative Class Action Complaint ("Deltec Opposition"); Plaintiffs' Opposition to Defendant Moonstone Bank's Motion to Dismiss Plaintiffs' Amended Administrative Class Action Complaint ("Moonstone Opposition"); Plaintiffs' Opposition to Multinational VC Defendants' Motion to Dismiss Plaintiffs' Amended Administrative Class Action Complaint ("MVC Opposition"), and the Court being otherwise fully informed of the premises, it is:

**ORDERED AND ADJUDGED** that said Unopposed Motion is hereby GRANTED and the Plaintiffs may file under seal the unredacted versions of the Plaintiffs' Opposition to Defendants Deltec Bank and Trust Company Limited and Jean Chalopin's Motion to Dismiss the Amended Administrative Class Action Complaint ("Deltec Opposition"); Plaintiffs' Opposition to Defendant Moonstone Bank's Motion to Dismiss Plaintiffs' Amended Administrative Class

Action Complaint ("Moonstone Opposition"); Plaintiffs' Opposition to Multinational VC Defendants' Motion to Dismiss Plaintiffs' Amended Administrative Class Action Complaint ("MVC Opposition").

**DONE AND ORDERED** in Chambers in Miami, Florida on this \_\_\_\_ day of March 2025.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE