# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:

Bank Defendants

_____/

**PROPOSED ORDER**

**THIS CAUSE** came before the Court upon Unopposed Motion for Leave to File Under Seal the unredacted versions of Plaintiffs' opposition to Defendant Moonstone Bank's Motion to Strike Plaintiffs' Opposition to Moonstone's Motion to Dismiss Plaintiffs' Amended Administrative Class Action Complaint, and the Court being otherwise fully informed of the premises, it is:

**ORDERED AND ADJUDGED** that said Unopposed Motion is hereby GRANTED and the Plaintiffs may file under seal the unredacted versions of the Plaintiffs' opposition to Defendant Moonstone Bank's Motion to Strike Plaintiffs' Opposition to Moonstone's Motion to Dismiss Plaintiffs' Amended Administrative Class Action Complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida on this ____ day of April 2025.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATE DISTRICT JUDGE