# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:23-md-03076-KMM

**IN RE: FTX Cryptocurrency Exchange Collapse Litigation**

---

THIS DOCUMENT RELATES TO:

Defendants SoftBank Group Corp., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited

*O'Keefe v. Sequoia Capital Operations, LLC, et al.*, S.D. Fla. Case No. 1:23-cv-20700

*Chernyavsky et al. v. Temasek Holdings (Private) Ltd., et al.*, S.D. Fla. Case No. 1:23-cv-22960

*Cabo et al. v. Temasek Holdings (Private) Ltd. et al.*, N.D. Cal. Case No. 3:23-cv-03974

---

**DECLARATION OF ITAK MORADI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS TEMASEK HOLDINGS (PRIVATE) LIMITED ("HOLDINGS"), TEMASEK INTERNATIONAL PTE. LTD. ("INTERNATIONAL"), ARTZ FUND INVESTMENTS PTE. LTD. ("ARTZ"), AND BLAKISTON INVESTMENTS PTE. LTD.'S ("BLAKISTON")[1] MOTION TO DISMISS THE AMENDED ADMINISTRATIVE CLASS ACTION COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS ("MOT.")**

---

[1] Collectively, "Moving Defendants."

I, Itak Moradi, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in California and admitted *pro hac vice* in this case. I am an associate with the law firm of Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs in the above-captioned matter. I am over 18 years old, have personal knowledge of these facts and if called as a witness could and would testify competently to them. I write this declaration in support of Plaintiffs' Opposition to Defendants Temasek Holdings (Private) Limited, Temasek International Pte. Ltd., Artz Fund Investments Pte. Ltd., and Blakiston Investments Pte. Ltd.'s Motion to Dismiss the Amended Administrative Class Action Complaint for Insufficient Service Of Process ("Mot.")

2. On December 5, 2024, my office contacted DGR International to initiate the process for service of process of, inter alia, Temasek Holdings (Private) Limited, Temasek International Pte. Ltd., Artz Fund Investments Pte. Ltd., and Blakiston Investments Pte. Ltd. By January 10, we completed the requisite paperwork and fees, and DGR proceeded with contacting the Singapore Central Authority. Most recently, when my office requested an update, we were advised by email and by telephone that effectuation may take four to six more months.

Dated: April 4, 2025                    */s/ Itak Moradi*
                                         Itak Moradi