**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No: 1:23-md-03076-KMM

| |
|---|
| IN RE: <br><br> FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION |
| THIS DOCUMENT RELATES TO: <br><br> *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sorell E. Negro, of the law firm Brown Rudnick LLP, hereby appears as counsel for Defendant Shaquille O'Neal and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: April 16, 2025

                                                                                      Respectfully submitted,

                                                                                      */s/ Sorell E. Negro*
                                                                                      Sorell E. Negro (Florida Bar No. 116442)
                                                                                      **BROWN RUDNICK LLP**
                                                                                      Seven Times Square
                                                                                      New York, New York 10036
                                                                                      Telephone: (212) 209-4900
                                                                                      snegro@brownrudnick.com

                                                                                      *Attorney for Defendant Shaquille O'Neal*

1