UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-MOORE

In re:

**FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Stephen A. Best, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the District of Columbia and Virginia.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Stephen A. Best
District of Columbia Bar No. 428447; Virginia Bar No. 30215
Brown Rudnick LLP
1900 N Street NW, 4th Floor, Washington, DC 20036
Tel. 202-536-1737
sbest@brownrudnick.com

Attorney Signature: _____     Date: April 16, 2025