# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No.: 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO:

*Lahav et al.* v. *Binance Holdings Limited et al.*,
No. 1:24-cv-21421-MOORE

## NOTICE OF APPEARANCE

Lindy K. Keown, Esquire, of the law firm of Baker & Hostetler, LLP, 200 South Orange

Avenue, Suite 2300, Orlando, Florida 32801, hereby gives her notice of appearance as counsel for

Defendant Changpeng Zhao and requests that all pleadings and other papers filed herein be served

upon her.

Date: April 17, 2025                    Respectfully submitted,

                                        *s/ Lindy K. Keown*
                                        Lindy K. Keown
                                        Florida Bar No. 117888
                                        BAKER & HOSTETLER LLP
                                        200 South Orange Avenue, Suite 2300
                                        Orlando, FL 32801
                                        Telephone: (407) 649-4000
                                        Facsimile: (407) 841-0168
                                        Primary Email: lkeown@bakerlaw.com
                                        Secondary email: fapodaca@bakerlaw.com
                                        orlbakerdocket@bakerlaw.com
                                        *Attorneys for Defendant Changpeng Zhao*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on April 17, 2025, a true and correct copy of the foregoing has been electronically filed with Clerk of the Court using the Court's CM/ECF system, which will send notification of electronic filing to all counsel of record.

<u>*s/ Lindy K. Keown*</u>
Lindy K. Keown
