UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO:

*Lahav et al.* v. *Binance Holdings Limited et al.*,
No. 1:24-cv-21421-MOORE

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Katherine L. McKnight of the law firm of Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, D.C. 20036, (202) 861-1500, for purposes of appearance as counsel on behalf of Defendant Changpeng Zhao in the above-styled case only, and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Katherine L. McKnight to receive electronic filings in this case, and in support thereof states as follows:

1.  Katherine L. McKnight is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia, New York, and Virginia

bars and District of Columbia, Eastern District of New York, Southern District of New York, Eastern District of Virginia and Western District of Virginia District Courts.

2. Movant, Lindy K. Keown, of the law firm of Baker & Hostetler LLP, 200 S. Orange Ave., Ste. 2300, Orlando, Florida, 32801-3432, (407) 649-4000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Katherine L. McKnight has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Katherine L. McKnight, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Katherine L. McKnight at kmcknight@bakerlaw.com.

WHEREFORE, Lindy K. Keown, moves this Court to enter an Order allowing Katherine L. McKnight to appear before this Court on behalf of Defendant Changpeng Zhao for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Katherine L. McKnight.

Date: April 17, 2025											Respectfully submitted,

                    *s/ Lindy K. Keown*
                    Lindy K. Keown
                    Florida Bar No. 117888
                    BAKER & HOSTETLER LLP
                    200 South Orange Avenue, Suite 2300
                    Orlando, FL 32801
                    Telephone: (407) 649-4000
                    Facsimile: (407) 841-0168
                    Primary Email: lkeown@bakerlaw.com
                    Secondary email: fapodaca@bakerlaw.com
                    orlbakerdocket@bakerlaw.com
                    *Attorneys for Defendant Changpeng Zhao*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                    *s/ Lindy K. Keown*
                    Lindy K. Keown