UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO:

*Lahav et al.* v. *Binance Holdings Limited et al.*,
No. 1:24-cv-21421-MOORE

## CERTIFICATION OF KATHERINE L. MCKNIGHT

Katherine L. McKnight, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia, New York, and Virginia bars and District of Columbia, Eastern District of New York, Southern District of New York, Eastern District of Virginia and Western District of Virginia District Courts; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

*s/ Katherine L. McKnight*
Katherine L. McKnight
D.C. Bar No. 994456
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone No. (202) 861-1500
Primary Email: kmcknight@bakerlaw.com