UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM

| | |
|---|---|
| IN RE:<br><br>FTX CRYPTOCURRENCY EXCHANGE<br>COLLAPSE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*Lahav et al.* v. *Binance Holdings Limited et al.*,<br>No. 1:24-cv-21421-MOORE | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Teresa Goody Guillén of the law firm of Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, D.C. 20036, (202) 861-1500, for purposes of appearance as counsel on behalf of Defendant Changpeng Zhao in the above-styled case only, and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Teresa Goody Guillén to receive electronic filings in this case, and in support thereof states as follows:

    1.    Teresa Goody Guillén is not admitted to practice in the Southern District of Florida and is a member in good standing of the Commonwealth of Virginia and District of Columbia bars and U.S. District Court for the District of Columbia, U.S. District Court for the Eastern District of Virginia, and U.S. District Court for the Eastern District of Wisconsin.

  2. District of Columbia and Commonwealth of Virginia bars and District of Columbia Court, Eastern District of Virginia District Court, and Eastern District of Wisconsin District Courts.

  3. Movant, Lindy K. Keown, of the law firm of Baker & Hostetler LLP, 200 S. Orange Ave., Ste. 2300, Orlando, Florida, 32801-3432, (407) 649-4000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

  3. In accordance with the local rules of this Court, Teresa Goody Guillén has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

  4. Teresa Goody Guillén, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Teresa Goody Guillén at tgoodyguillen@bakerlaw.com.

  WHEREFORE, Lindy K. Keown, moves this Court to enter an Order allowing Teresa Goody Guillén to appear before this Court on behalf of Defendant Changpeng Zhao for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Teresa Goody Guillén.

  Date: April 17, 2025      Respectfully submitted,

*s/ Lindy K. Keown*
Lindy K. Keown
Florida Bar No. 117888
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Primary Email: lkeown@bakerlaw.com
Secondary email: fapodaca@bakerlaw.com
orlbakerdocket@bakerlaw.com
*Attorneys for Defendant Changpeng Zhao*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Lindy K. Keown*
Lindy K. Keown
