# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**Case No.: 1:23-md-03076-KMM**

| | |
|---|---|
| IN RE:<br><br>FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*Lahav et al.* v. *Binance Holdings Limited et al.*,<br>No. 1:24-cv-21421-MOORE | |

## CERTIFICATION OF TERESA GOODY GUILLÉN

Teresa Goody Guillén, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Commonwealth of Virginia and District of Columbia bars and U.S. District Court for the District of Columbia, U.S. District Court for the Eastern District of Virginia, and U.S. District Court for the Eastern District of Wisconsin.; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                *s/ Teresa Goody Guillén*
                                                Teresa Goody Guillén
                                                1050 Connecticut Avenue, NW
                                                Suite 1100, Washington, D.C. 20036
                                                tgoodyguillen@bakerlaw.com