UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 <br><br> Case No. 23-md-03076-KMM |
| THIS DOCUMENT RELATES TO: <br><br> *Lahav et al.* v. *Binance Holdings Limited et al.*, No. 1:24-cv-21421-MOORE | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CHANGPENG ZHAO**

Pursuant to Southern District of Florida Local Rules 7.1(a)(1)-(2) and 11.1(d)(3), undersigned counsel respectfully moves for the entry of an order permitting the law firm of Cahill Gordon & Reindel LLP ("Cahill") to withdraw as counsel and permitting the substitution of Baker & Hostetler LLP ("Baker") in their place and stead. In support of this motion, undersigned counsel states the following:

1. Cahill served as counsel for Defendant Changpeng Zhao in the above-captioned proceedings.

2. Baker agrees to appear for Defendant Changpeng Zhao as counsel in the above-captioned proceedings.

3. Defendant Changpeng Zhao knowingly and voluntarily agrees to this substitution of counsel in the above-captioned proceedings.

4. Cahill will continue to represent Defendant Binance Holdings Limited in the above-captioned proceedings.

5. This motion is brought in good faith and not for the purpose of delay. No parties will be prejudiced by the granting of this motion.

6. As required by Local Rule 7.1(a)(2), a proposed order is attached.

Dated: April 17, 2025      Respectfully submitted,

/s/ *Samson A. Enzer*
Samson A. Enzer
Herbert S. Washer
Tammy L. Roy
Edward N. Moss
Miles C. Wiley
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
senzer@cahill.com
hwasher@cahill.com
troy@cahill.com
emoss@cahill.com
mwiley@cahill.com

*Outgoing Counsel for Defendant Changpeng Zhao, and Counsel for Defendant Binance Holdings Limited*

/s/ *Lindy K. Keown*
Lindy K. Keown
Florida Bar No. 117888
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Primary Email: lkeown@bakerlaw.com
Secondary email: fapodaca@bakerlaw.com
orlbakerdocket@bakerlaw.com

Teresa Goody Guillén*
Katherine L. McKnight*
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.

Washington, D.C.
(202) 861-1500
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com
*Pro Hac Vice Applications Forthcoming*

*Incoming Counsel for Defendant Changpeng Zhao*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I caused a true and correct copy of the foregoing Motion for Withdrawal and Substitution of Counsel for Defendant Changpeng Zhao and Proposed Order to be served on all Counsel of Record via the Court's CM/ECF system.

By: <u>*/s/ Samson A. Enzer*</u>  
Samson A. Enzer