UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076<br><br>Case No. 23-md-03076-KMM |
| THIS DOCUMENT RELATES TO:<br><br>*Lahav et al.* v. *Binance Holdings Limited et al.*, No. 1:24-cv-21421-MOORE | |

**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CHANGPENG ZHAO**

**THIS CAUSE** comes before the Court on Cahill Gordon & Reindel LLP's Motion for Withdrawal and Substitution of Counsel for Defendant Changpeng Zhao (the "Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The attorneys from Cahill Gordon & Reindel LLP identified in the Motion are hereby relieved of their representation of Defendant Changpeng Zhao in this matter, and the attorneys from Baker & Hostetler LLP identified in the Motion are hereby substituted in their place and stead.

**DONE AND ORDERED** in Miami, Florida, this ___ day of April, 2025.

_____

United States District Judge K. Michael Moore