UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:23-md-03076-KMM

| | |
|---|---|
| IN RE:<br><br>FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM | |

**JOINT NOTICE OF SETTLEMENT AGREEMENT**
**WITH DEFENDANT SHAQUILLE O'NEAL**

Plaintiffs and Defendant Shaquille O'Neal (collectively, the "Parties") are pleased to inform the Court they have reached an amicable proposed resolution of the above-captioned class action. Plaintiffs will submit a motion seeking preliminary approval of the settlement. Pursuant to the Class-Action Settlement Agreement the Parties executed on April 1, 2025, the terms of the agreement will remain confidential until Plaintiffs file a motion seeking preliminary approval of the settlement.

Dated: April 23, 2025

By: */s/ Sorell E. Negro*
Sorell E. Negro
Florida Bar No. 116442
snegro@brownrudnick.com
Jonathan D. White
jwhite@brownrudnick.com
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4900

*and*

Stephen A. Best
sbest@brownrudnick.com
Rachel O. Wolkinson
rwolkinson@brownrudnick.com
**BROWN RUDNICK LLP**
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423