**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-md-3076-KMM

| | |
|---|---|
| **In RE** | |
| **FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | |
| THIS DOCUMENT RELATES TO: | |
| Law Firms | |

**STEPHEN C. RICHMAN'S UNOPPOSED MOTION**
**TO WITHDRAW AS COUNSEL FOR DEFENDANT FENWICK & WEST LLP**

On March 30, 2023, attorney Stephen C. Richman filed his Notice of Appearance on behalf of Defendant Fenwick & West LLP ("Fenwick") in Case No. 1:23-cv-20700-JEM; *Connor O'Keefe on behalf of himself and all others similarly situated v. Sequoia Capital Operations, LLC, et al.* (S.D. Fla.) (the "O'Keefe Case"). ECF No. 69. The O'Keefe Case was thereafter transferred to this Court and assigned the following case number: 23-MD-03076-KMM. ECF No. 96.

Stephen C. Richman moves for leave to withdraw as counsel of record for Fenwick as Mr. Richman is leaving the law firm of Gunster Yoakley & Stewart, P.A. Fenwick will continue to be represented by their counsel of record at Gunster Yoakley & Stewart, P.A. and Gibson, Dunn & Crutcher LLP whose names and addresses are provided below.

Respectfully submitted,

*/s/ Stephen C. Richman*
STEPHEN C. RICHMAN
Florida Bar No.: 1015692
srichman@gunster.com
kdaugharty@gunster.com

GUNSTER, YOAKLEY & STEWART, P.A.
777 S. Flagler Drive
Phillips Point East Tower, Suite 500
West Palm Beach, FL 33401
Tel: (561) 655-1980
Fax: (561) 655-5677

DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com
eservice@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

and

777 S. Flagler Drive
Phillips Point East Tower, Suite 500
West Palm Beach, FL 33401
Tel: (561) 655-1980
Fax: (561) 655-5677

NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com

GUNSTER, YOAKLEY & STEWART, P.A.
777 S. Flagler Drive
Phillips Point East Tower, Suite 500
West Palm Beach, FL 33401
Tel: (561) 655-1980
Fax: (561) 655-5677

and

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK (*pro hac vice*)
mholecek@gibsondunn.com
SAMUEL ECKMAN (*pro hac vice*)
seckman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Per Local Rules 7.1(a) and 11.1(d)(3), Fenwick and counsel for Plaintiffs received notice of the relief sought in this Motion, and do not object.

/s/ Nicole K. Atkinson
Nicole K. Atkinson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Stephen C. Richman
Stephen C. Richman