UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

Law Firms

**[PROPOSED] ORDER**

**THIS CAUSE** comes before the Court on Stephen C. Richman's Unopposed Motion to Withdraw as Counsel for Defendant Fenwick & West LLP (the "Motion"). Being fully advised it is,

**ORDERED** that the Motion is hereby **GRANTED**. Attorney Stephen C. Richman is relieved of all further responsibilities related to this action. The Clerk of Court shall terminate Stephen C. Richman's appearance in the above-captioned matter and is instructed to remove Stephen C. Richman as counsel of record for Defendant Fenwick & West LLP.

**DONE AND ORDERED** in Miami, Florida this __ day of April, 2025.

_____
**HONORABLE K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record