UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY_____D.C.
APR 29 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

Case No.: 1:23-md-03076-KMM

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Katherine L. McKnight, the undersigned, do hereby certify that:

1. I am a member of good standing of the bars of the District of Columbia, New York, and the Commonwealth of Virginia, and the District Courts of the District of Columbia, the Eastern District of New York, Southern District of New York, Eastern District of Virginia and Western District of Virginia.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Katherine L. McKnight
D.C. Bar No. 994456
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com

**Attorney Signature:** _____  Date: 4/25/25

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Katherine L. McKnight
direct dial: 202.861.1618
kmcknight@bakerlaw.com

April 25, 2025

**VIA U.S. MAIL**

MDL Clerk
United States District Court for the Southern
District of Florida
400 North Miami Avenue
Miami, FL 32128

Re:     In re: FTX Cryptocurrency Exchange Collapse Litigation, No. 1:23-md-03076-KMM

Dear Clerk:

We represent Defendant Changpeng Zhao in the above-referenced matter. In accordance with the Court's instructions per ECF No. 61 (at pp. 3-4) and ECF No. 55, enclosed please find two signed Certificates of Understanding Regarding Electronic Filing in the Southern District of Florida; one for me and the other for my colleague, Teresa Goody Guillén. Please enter our appearances on behalf of Defendant Zhao and provide us with MDL bar numbers for use in the instant case.

Thank you for your assistance with this matter. Should you have any questions or need further information, please do not hesitate to contact me.

Sincerely,

Katherine L. McKnight
Partner


Cc:     Teresa Goody Guillén
        Lindy Keown

Enclosures

4/25/25, 10:46 AM    Case 1:23-md-03076-KMM   Document 887   Entered on FLSD Docket 04/30/2025   Page 3 of 3    PS|Ship - FedEx Label



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

https://bakerhostetlercloud.psship.com/index.php    1/1