AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| In **RE** | ) | |
| | ) | |
| **FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | ) | Civil Action No.  1:23-md-3076-KMM |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | CASE NO. 1:22-cv-23753 |
| | ) | |
| Promoters and Digital Creators | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UDONIS HASLEM
5450 SW 192 TERRACE,
SOUTHWEST RANCHES, FL 33332.

Alternative address:
20461 NW 7th Court
Miami, Florida 33169-2555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  May 8, 2025

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts