UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

**ALL CASES**

_____/

**PLAINTIFFS' NOTICE OF STRIKING ECF NO. 902**

Plaintiffs give Notice of Striking regarding the Notice of Supplemental Authority filed at ECF No. 902, which mistakenly included an incorrect document. Plaintiffs file this notice of striking to request that ECF No. 902 be removed from the docket and replaced with Plaintiffs' Corrected Notice of Filing, which was filed at ECF No. 903.

Dated: May 22, 2025                                         Respectfully submitted,

**By:** */s/ Adam Moskowitz*                               **By:** */s/ David Boies*
Adam M. Moskowitz                                          David Boies
Florida Bar No. 984280                                     Alexander Boies
Joseph M. Kaye                                             Brooke A. Alexander
Florida Bar No. 117520                                     **BOIES SCHILLER FLEXNER LLP**
**THE MOSKOWITZ LAW FIRM, PLLC**                           333 Main Street
Continental Plaza                                          Armonk, NY 10504
3250 Mary Street, Suite 202                                914-749-8200
Coconut Grove, FL 33133                                    dboies@bsfllp.com
Office: (305) 740-1423                                     aboies@bsfllp.com
adam@moskowitz-law.com                                     balexander@bsfllp.com
joseph@moskowitz-law.com

*Co-Lead Counsel*                                          *Co-Lead Counsel*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 22, 2025, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam Moskowitz