UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

Bank Defendants

**DEFENDANT MOONSTONE BANK'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES**

Defendant Farmington State Bank d/b/a Moonstone Bank ("Moonstone"), by and through undersigned counsel, respectfully requests the Court grant Moonstone leave to file a reply brief in support of its Motion to Dismiss the Amended Administrative Class Action Complaint and Demand for Jury Trial against Bank Defendants (the "Amended Complaint") [ECF No. 779] in excess of the ten-page limitation in Local Rule 7.1(c)(2) or as modified by this Court's August 25, 2023 Paperless Order [ECF No. 216][1], but not to exceed twenty (20) pages, pursuant to this Court's inherent powers and Local Rule 7.1(c)(2).

On November 15, 2024, Plaintiffs filed the Amended Complaint, which is 112 pages, excluding exhibits, contains 318 paragraphs, and asserts six causes of action against Moonstone for civil conspiracy, aiding and abetting fraud and breaches of fiduciary duty, and violations of the

---

[1] The Court's prior Order permitted Defendants to file a "joint reply for the Rule 12(b)(6) motion … up to 20 pages" [ECF No. 216]; out of an abundance of caution, Moonstone does not assume the 20-page limitation applies here.

RICO Act. On May 21, 2025, counsel for Moonstone reached out to Plaintiffs' counsel and requested their consent to file a twenty (20) page reply brief. Plaintiffs counsel indicated that they do not oppose the requested page extension.

Given the multiple causes of action plead in the Amended Complaint and the issues Moonstone intends to re-raise regarding the Opposition, Moonstone submits ten additional pages are needed to fully address and articulate its position, for a total of twenty pages.

For the foregoing reasons, good cause exists to permit Moonstone to exceed the page limitations set forth by Local Rule 7.1(c)(2) and file a reply in support of its Motion to Dismiss that does not exceed twenty pages. Plaintiffs will not be prejudiced by this extension and have not opposed it; nor is the extension sought for the purpose of delay.

Moonstone thus respectfully requests the Court enter an Order, such as the proposed Order attached hereto, granting Moonstone leave to file a reply in support of its Motion to Dismiss of up to twenty (20) pages.

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Moonstone's counsel Mrs. Cronin, of the undersigned law firm, conferred via email on May 21, 2025, with Plaintiffs' counsel Ms. Paschal, who stated Plaintiffs do not oppose the requested relief.

Respectfully submitted,

/s/ *Marisa R. Dorough*
Ty Kelly Cronin
Maryland CPF No. 0212180158
(*Certificate of Understanding filed*)
Frank C. Bonaventure, Jr.
Maryland CPF No. 8011010040
(*Certificate of Understanding filed*)
BAKER, DONELSON, BEARMAN,

CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Phone: (410) 862-1049
tykelly@bakerdonelson.com
fbonaventure@bakerdonelson.com

-and-

Marisa Rosen Dorough
Florida Bar No. 73152
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
200 South Orange Avenue, Suite 2050
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com

*Counsel for Defendant*
*Farmington State Bank d/b/a Moonstone Bank*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2025, I caused the foregoing to be filed and electronically served on all counsel of record via this Court's CM/ECF filing system.

*s/ Marisa R. Dorough*
Marisa R. Dorough