UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-md-03076-KMM

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

Bank Defendants

**[PROPOSED] ORDER GRANTING DEFENDANT MOONSTONE BANK'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES**

THIS CAUSE came before this Court on the unopposed motion of Defendant Farmington State Bank d/b/a Moonstone Bank ("Moonstone") for entry of an Order permitting it to file a reply in support of its Motion to Dismiss [ECF No. 822] (the "Amended Complaint") [ECF No. 779] in excess of the ten-page limitation set forth by Local Rule 7.1(c)(2), but not to exceed twenty (20) pages. This Court, having considered the Motion and all other relevant factors, hereby ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. Defendant Moonstone shall file its reply not to exceed twenty (20) pages.

DONE AND ORDERED in Chambers at Miami, Florida on _____, 2025

_____
United States District Judge K. Michael Moore

Copies furnished to: All Counsel of Record