UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE: FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:

Multinational VC Defendants

### NOTICE OF FILING REQUEST FOR ISSUANCE OF SUMMONSES

Plaintiffs hereby give notice of filing request for issuance of summonses to Defendants Temasek Holdings (Private) Limited, Softbank Group Corp., Softbank Investment Advisors (UK) Ltd., SoftBank Global Advisers Ltd, and Sino Global Capital Limited.

Dated: May 27, 2025                                                    Respectfully Submitted,

| Plaintiffs' Co-Lead Counsel ||
|---|---|
| By: */s/ Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: */s/ David Boies*<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on May 27, 2025, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ