AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Temasek Holdings (Private) Limited
*Attn:* Andrew J. Ehrlich, Brad S. Karp, and Nina Kovalenko
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas, New York, NY 10019-6064
Phone:  212-373-3000
bkarp@paulweiss.com; nkovalenko@paulweiss.com; aehrlich@paulweiss.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-md-3076-KMM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                *Server's signature*

                                                   _____
                                                                *Printed name and title*

                                                   _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Softbank Group Corp.
*Attn:* Adam Michael Foslid
Winston & Strawn
200 S Biscayne Blvd, Suite 2400, Miami, FL 33131
305-910-0646
AFoslid@winston.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-md-3076-KMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SoftBank Investment Advisers (UK) Limited
*Attn:* Adam Michael Foslid
Winston & Strawn
200 S Biscayne Blvd, Suite 2400, Miami, FL 33131
305-910-0646
AFoslid@winston.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-md-3076-KMM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SoftBank Global Advisers Limited
　　　　　　　　　　　　　　　　　　 *Attn:* Adam Michael Foslid
　　　　　　　　　　　　　　　　　　 Winston & Strawn
　　　　　　　　　　　　　　　　　　 200 S Biscayne Blvd, Suite 2400, Miami, FL 33131
　　　　　　　　　　　　　　　　　　 305-910-0646
　　　　　　　　　　　　　　　　　　 AFoslid@winston.com

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Adam M. Moskowitz
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Kaye
　　　　　　　　　　　　　　　　　　　　　　THE MOSKOWITZ LA FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　3250 Mary Street, Suite 202
　　　　　　　　　　　　　　　　　　　　　　Coconut Grove FL 33133
　　　　　　　　　　　　　　　　　　　　　　Tel: (305) 740-1423; Email: Service@moskowitz-law.com

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-md-3076-KMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Sino Global Capital Limited
 *Attn:* Jason P. Gottlieb, Michael Mix, Vani Upadhyaya
 MORRISON COHEN LLP
 909 Third Avenue, New York, New York 10022
 Telephone: (212) 735-8600
 mmix@morrisoncohen.com;   vupadhyaya@morrisoncohen.com;
 jgottlieb@morrisoncohen.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
 Joseph M. Kaye
 THE MOSKOWITZ LA FIRM, PLLC
 3250 Mary Street, Suite 202
 Coconut Grove FL 33133
 Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-md-3076-KMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                              *Server's signature*

                                              *Printed name and title*

                                              *Server's address*

Additional information regarding attempted service, etc: