UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO:

The Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC*,
No. 1:23-cv-20700 (S.D. Fla.)

*O'Keefe v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23065 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23212 (S.D. Fla.)

/

## MULTINATIONAL VCS' RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The Multinational VC Defendants ("MNVCs") respectfully respond to Plaintiffs' Notice of Supplemental Authority, Dkt. 903.

Plaintiffs cite *Otto Candies, LLC v. Citigroup, Inc.*, 2025 WL 1337052 (11th Cir. May 8, 2025), arguing that under Florida law, the "knowledge" element of an aiding and abetting claim is satisfied by alleging knowledge "generally." Plaintiffs omit that they must "plead[] factual content that allows the court to draw the reasonable inference that a defendant knew about the alleged fraud." *Id.* at *8 (emphasis added).

Plaintiffs plead no <u>facts</u> illustrating that any MNVC had actual knowledge of FTX's fraud. Dkt. 818 at 22-23. Instead, the MNVCs were <u>victims</u> of the fraud. *Id.* at 6-7. Notably, Plaintiffs point to allegations against <u>other</u> Defendants but mention no allegations against MNVCs, let alone any that are "sufficient" under *Otto*. And even under *Otto*'s standard, the "red flags" Plaintiffs rely on are insufficient to show knowledge. *Angell v. Allergan Sales, LLC*, 2019 WL 3958262, at *11 (M.D. Fla. Aug. 22, 2019).

Unlike Plaintiffs' Complaint, the *Otto* complaint pleaded concrete facts showing that the defendant actually knew about the underlying fraud, including that the defendant conceded its employees' criminal involvement in the fraud. 2025 WL 1337052, at *8-10.

Dated: May 29, 2025                                                                 Respectfully submitted,

/s/ Jason Gottlieb
Jason Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
       mmix@morrisoncohen.com
       vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital Holdings, LLC; Sino Global Capital Limited; Sino Global Capital Management LLC; Liquid Value Offshore Feeder Fund I LP; Liquid Value GP Limited; and Liquid Value Fund GP Ltd.*

/s/ Eric D. Lawson
Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
MORRISON & FOERSTER LLP

/s/ Andrew J. Ehrlich
Adam S. Fels (Fla. Bar No. 0114917)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

Brad S. Karp
Andrew J. Ehrlich
Nina M. Kovalenko
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com
       aehrlich@paulweiss.com
       nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd.; Temasek International (USA) LLC; Temasek International Pte. Ltd.; Artz*

425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
       rkeats@mofo.com

Eric D. Lawson (mdl102196)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Telephone: (305) 910-0500
Email: afoslid@winston.com

*Counsel for Defendants SoftBank Group Corp.; SB Group US, Inc.; SoftBank Investment Advisers (UK) Limited; SoftBank Global Advisers Limited; and SoftBank II Tempest (DE) LLC*

*Fund Investments Pte. Ltd.; and Blakiston Investments Pte. Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2025, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason Gottlieb*
Jason Gottlieb
