UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 1:23-md-3076-KMM

*In re*

*FTX Cryptocurrency Exchange Collapse Litigation*

This Document Relates to the Administrative Class Action Complaint and Demand for Jury Trial as to the Bank Defendants (ECF No. 155)

### DEFENDANTS DELTEC BANK AND TRUST COMPANY LIMITED AND JEAN CHALOPIN'S RESPONSE TO PLAINTIFFS' CORRECTED NOTICE OF FILING SUPPLEMENTAL AUTHORITY [ECF 903]

Deltec and Mr. Chalopin—both Bahamian citizens—moved to dismiss the amended complaint for lack of personal jurisdiction. They also advanced other arguments for dismissal, including that Plaintiffs' aiding-and-abetting claims must be dismissed because they have not pleaded actual knowledge of FTX's fraud. (ECF 823, pp. 22-25 (collecting authority).) *Otto Candies LLC v. Citigroup Inc.* has no impact on that argument.

*Otto Candies* held that a defendant's repeated concession that its agents and employees were "directly" and "criminally" involved in a fraud could support an inference that those individuals had "knowledge of the fraud," which could be imputed to the defendant. The defendant: (i) conceded that individuals "involved in the scheme" "functioned as [its] agents"; (ii) publicly terminated an officer it "believed was directly involved in the fraud"; and (iii) terminated others for "actions or inactions [related to] th[e] fraud." 2025 WL 1337052, at *8-10. From those admissions, it was reasonable to infer those individuals had "knowledge of that fraud" and that their knowledge could be imputed to the defendant. *Id*. at *9. Here, Plaintiffs have not alleged that Deltec or Mr. Chalopin admitted they or their agents were directly or criminally involved in or had knowledge of FTX's fraud.

Respectfully submitted,
*/s/ Daniel J. Hayes*
Desirée Moore
Illinois Bar No. 6286198
(Certificate of Understanding filed)
dmoore@venable.com
Daniel J. Hayes
Illinoi Bar No. 6243089
(Certificate of Understanding filed)
dhayes@venable.com
Joseph B. Isenberg
Florida Bar No. 1018077
jbisenberg@venable.com
**Venable LLP**
227 West Monroe St., Suite 1900
Chicago, IL 60606
Tel: 312-820-3436
Fax: 312-820-3401

-and-

Lara Samet Buchwald
NY Bar No. 4700944
(Certificate of Understanding filed)
lara.buchwald@davispolk.com
Tatiana Martins
NY Bar No. 4300455
(Certificate of Understanding filed)
tatiana.martins@davispolk.com
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
Fax: 212-701-5351
*Attorneys for Defendants Deltec Bank and Trust Company Limited and Jean Chalopin*