**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
Case No: 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants

_____/

## DOMESTIC INVESTOR DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Domestic Investor Defendants ("Defendants") respond to Plaintiffs' Notice of Supplemental Authority (ECF No. 903) identifying *Otto Candies, LLC v. Citigroup Inc.*, 2025 WL 1337052 (11th Cir. May 8, 2025). Yet again, Plaintiffs submit a decision involving different allegations with no application here. In *Otto Candies*, the plaintiffs pled particularized facts that the bank defendant "played an integral role" in the fraud perpetrated by its client, including drafting "fraudulent [investor] materials[.]" *See id.* at \*2, \*9. Further, the bank defendant allegedly "assured" plaintiffs it would "[re]solve" red flags and "[en]sure" the fraudulent entity's "surviv[al]," while "investigat[ing] the scheme and intend[ing] to shutter" the cash-advance facility. *Id.* at \*13. The defendant also allegedly conceded knowledge of the fraud by dismissing employees it believed were "directly involved in the fraud"—mirroring findings by foreign regulators and the SEC. *Id.* at \*31.

Here, Plaintiffs do not and cannot plead similar facts as to Defendants (who are not banks) including that they had visibility into, ability to monitor, or involvement in, any banking transactions between FTX and Alameda. ECF No. 301 at 9-15, 23-25. Indeed, Plaintiffs' own

pleading reflects that FTX concealed its fraud from Defendants, who were among FTX's largest

victims. *Id.* at 14-15.

Dated: May 29, 2025                                  Respectfully submitted,

/s/ Paul C. Huck, Jr                                 /s/ Amy Jane Longo
**LAWSON HUCK GONZALEZ PLLC**                        **STEARNS WEAVER MILLER**
Paul C. Huck, Jr.                                    **WEISSLER ALHADEFF & SITTERSON,**
Florida Bar No. 968358                               **P.A.**
334 Minorca Avenue                                   Jay B. Shapiro
Coral Gables, Florida 33134                          Florida Bar No. 776361
Telephone: (305) 441-2299                            150 West Flagler Street, Suite 2200
paul@lawsonhuckgonzalez.com                          Miami, FL 33130
                                                     Telephone: (305) 789-3200
                                                     Facsimile: (305) 789-2664
**CLEARY GOTTLIEB STEEN &**                          jshapiro@stearnsweaver.com
**HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice)*
Joon Kim (admitted *pro hac vice)*                   **ROPES & GRAY LLP**
Rishi N. Zutshi (admitted *pro hac vice)*            David B. Hennes (admitted *pro hac vice)*
1841 Page Mill Rd Suite 250                          1211 Avenue of the Americas
Palo Alto, CA 94304                                  New York, New York 10036
Telephone: (650) 815-4130                            Telephone: (212) 596-9000
Facsimile: (650) 815-4199                            Facsimile: (212) 596-9090
jkpark@cgsh.com                                      david.hennes@ropesgray.com
jkim@csgh.com
rzutshi@cgsh.com                                     Amy Jane Longo (admitted *pro hac vice)*
                                                     10250 Constellation Blvd.
*Counsel for Defendant Sequoia Capital*              Los Angeles, California 90067
*Operations, LLC*                                    Telephone.: (310) 975-3000
                                                     Facsimile: (310) 975-3400
                                                     amy.longo@ropesgray.com

                                                     *Counsel for Defendant Altimeter Capital*
                                                     *Management, LP*

/s/ Scott M. Malzahn                                 /s/ Mark McKane
**TEIN MALONE TRIAL LAWYERS**                        **BERGER SINGERMAN LLP**
Michael Tein                                         Jordi Guso
Florida Bar No. 993522                               Florida Bar No. 863580
3059 Grand Avenue                                    Ana Kauffman
Coconut Grove, Florida 33133                         Florida Bar No. 89092
Telephone: (305) 442-1101                            1450 Brickell Avenue, Ste 1900
tein@teinmalone.com                                  Miami, FL 33131
                                                     Telephone: (305)-714-4376
                                                     jguso@bergersingerman.com
**WAYMAKER LLP**                                     akauffmann@bergersingerman.com
Brian E. Klein
Scott M. Malzahn
515 S. Flower Street, Suite 3500                     **KIRKLAND & ELLIS LLP**

Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com

*Counsel for Defendant Multicoin Capital
Management LLC*

Mark McKane (admitted *pro hac vice)*
Anna Terteryan (admitted *pro hac vice)*
Stephen Silva (admitted *pro hac vice)*
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
anna.terteryan@kirkland.com
stephen.silva@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*

/s/ T. Todd Pittenger
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
Alexander C. Drylewski (admitted *pro hac vice)*
Mikal Davis-West
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Mark R.S. Foster (admitted *pro hac vice)*
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendant Paradigm Operations LP*

/s/ Jeffrey F. Robertson
**SCHULTE ROTH & ZABEL LLP**
Peter H. White
Jeffrey F. Robertson
555 Thirteenth Street, NW
Suite 6W
Washington, DC 20004
Telephone: 202-729-7470
Facsimile: 202-730-4520
pete.white@srz.com
jeffrey.robertson@srz.com

*Counsel for Defendant Tiger Global
Management, LLC*

/s/ Nicholas D. Marais
**AKERMAN LLP**
Jacqueline M. Arango
Florida Bar No. 664162
Three Brickell City Centre

/s/ Douglas R. Hirsch
**SADIS & GOLDBERG LLP**
Douglas R. Hirsch
Frank S. Restagno
551 Fifth Avenue, 21st Floor

98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374 5600
jacqueline.arango@akerman.com

New York, New York 10176
(212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

**KEKER, VAN NEST & PETERS LLP**
Steven P. Ragland
Nicholas D. Marais
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
sragland@keker.com
nmarais@keker.com

**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

*Counsel for Defendant Ribbit Capital, L.P.*

*Counsel for Defendant SkyBridge Capital II, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2025, a true and correct copy of the foregoing has

been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice

of electronic filing to all counsel and parties of record.

*/s/ T. Todd Pittenger*
T. Todd Pittenger, Esq.

*Counsel for Defendant Paradigm
Operations LP*