IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: FTX CRYPTOCURRENCY  No. 1:23-md-03076-KMM
EXCHANGE COLLAPSE LITIGATION
_____/   MDL NO. 3076

### NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

**PLEASE TAKE NOTICE** that the undersigned attorneys enter their appearance as counsel for Defendant Udonis Haslem in this action.  Undersigned counsel requests that all papers served or required to be served in this case, other than those served by operation of CM/ECF, served upon the undersigned at the following office address, telephone number, and e-mail addresses:

| | |
|---|---|
| Primary: | dorian.daggs@squirepb.com |
| Secondary: | Doreen.dougherty@squirepb.com |
| | FLA_DCKT@squirepb.com |
| | John.henslee@squirepb.com |
| | |
| Primary: | Digna.french@squirepb.com |
| Secondary: | Doreen.dougherty@squirepb.com |
| | FLA_DCKT@squirepb.com |
| | |
| Primary: | Amanda.preston@squirepb.com |
| Secondary: | patricia.sullivan@squirepb.com |
| | FLA_DCKT@squirepb.com |

Dated: May 30, 2025                                    Respectfully submitted,

                                              */s/ Dorian Daggs*
                                              Dorian Daggs (Fla. Bar No. 1028485)
                                              Dorian.daggs@squirepb.com
                                              Digna B. French (Fla. Bar No. 148570)
                                              Digna.french@squirepb.com
                                              Amanda E. Preston (Fla. Bar No. 123652)
                                              Amanda.preston@squirepb.com
                                              **Squire Patton Boggs (US) LLP**
                                              200 S. Biscayne Boulevard, Ste. 3400
                                              Miami, Florida  33131
                                              (305) 577-7000
                                              (305) 577-7001 (fax)

                                              *Counsel for Defendant Udonis Haslem*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF on May 29, 2025.

                                              */s/ Dorian Daggs*
                                              Dorian Daggs