# Exhibit C

# EXHIBIT C

## MDL PLAINTIFFS' PROPOSED CASE SCHEDULE (PROMOTER TRACK)

| Date | Deadline or Event |
|---|---|
| **May 28, 2025** | Plaintiffs file their Amended Consolidated Complaint in accordance with ECF No. 890. |
| **June 11, 2025** | Deadline to furnish Initial Disclosures pursuant to FRCP 26 |
| **July 14, 2025** | Defendants Answer the Amended Consolidated Complaint or file their Consolidated Motion to Dismiss in accordance with ECF No. 216. |
| **August 14, 2025** | Deadline for Plaintiffs to respond to the Motions to Dismiss |
| **August 28, 2025** | Deadline for Defendants to file replies in support of the Motions to Dismiss |
| **To be set by the Court.** | Hearing on Defendants Motions to Dismiss |
| **November 5, 2025** | Deadline to select mediator, and schedule time, date and place |
| **November 5, 2025** | Deadline for Plaintiffs to file Motion for Class Certification |
| **December 3, 2025** | Deadline for Defendants to file Response to Plaintiffs' Motion for Class Certification |
| **December 17, 2025** | Deadline for Plaintiffs to file Reply in support of Plaintiff's Motion for Class Certification |
| **To be set by the Court.** | Hearing on Plaintiff's Motion for Class Certification |
| **Within 28 days following the Court's ruling on Plaintiff's motion for class certification** | Deadline to file motions to amend pleadings or join parties |
| **February 6, 2026** | Deadline to complete fact discovery |
| **February 6, 2026** | Deadline for Parties to disclose experts, expert witness summaries and reports |
| **February 20, 2026** | Deadline to complete mediation |
| **Within 30 days of each Party's expert disclosures** | Deadline to exchange rebuttal expert witness summaries and reports |
| **Within 30 days of each Party's rebuttal expert disclosures** | Deadline to complete expert discovery |

| | |
|---|---|
| **March 6, 2026** | Deadline to select parties for bellwether trial |
| **March 27, 2026** | Deadline to file all dispositive pre-trial motions |
| **April 24, 2026** | Deadline to respond to all dispositive pre-trial motions |
| **May 15, 2026** | Deadline to reply in support of all dispositive pre-trial motions |
| **May 29, 2026** | Deadline to file joint pretrial stipulation, witness lists, exhibit lists, accordance with Local Rule 16.1(d) and (e), and proposed jury instructions/conclusions of law (for non-jury trials) |
| **June 12, 2026** | Deadline for Parties to submit their deposition designations |
| **June 19, 2026** | Deadline to file *Daubert* motions, motions to strike experts |
| **July 13, 2026 (approximate)** | Two-week bellwether trial period commences |