IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: FTX CRYPTOCURRENCY                    No. 1:23-md-03076-KMM
EXCHANGE COLLAPSE LITIGATION
_____/      MDL NO. 3076

## NOTICE OF APPEARANCE AND
## DESIGNATION OF EMAIL ADDRESSES

**PLEASE TAKE NOTICE** that the undersigned attorney enters her appearance as counsel for Defendant Udonis Haslem in this action. Undersigned counsel requests that all papers served or required to be served in this case, other than those served by operation of CM/ECF, served upon the undersigned at the following office address, telephone number, and e-mail addresses:

Primary:      Digna.french@squirepb.com
Secondary:    Doreen.dougherty@squirepb.com
              FLA_DCKT@squirepb.com

Dated:  June 2, 2025                         Respectfully submitted,

                                             /s/ Digna B. French
                                             Digna B. French (Fla. Bar No. 148570)
                                             Digna.french@squirepb.com
                                             **Squire Patton Boggs (US) LLP**
                                             200 S. Biscayne Boulevard, Ste. 3400
                                             Miami, Florida 33131
                                             (305) 577-7000
                                             (305) 577-7001 (fax)

                                             *Counsel for Defendant Udonis Haslem*

1104590147\1\AMERICAS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF on June 2, 2025, which will generate an electronic copy for all registered users.

*/s/ Digna B. French*
Digna B. French

1104590147\1\AMERICAS