IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: FTX CRYPTOCURRENCY　　　　　No. 1:23-md-03076-KMM
EXCHANGE COLLAPSE LITIGATION
_____/　　MDL NO. 3076

### NOTICE OF CHANGE OF ADDRESS
### AND CONTACT INFORMATION

**PLEASE TAKE NOTICE** that pursuant to **Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, compliance which is mandated pursuant to SDFL LR 5.1,** the undersigned attorney, Dorian Daggs, counsel for Defendant, Udonis Haslem, formerly with Heise Suarez Melville, P.A. has changed his law firm affiliation. Please direct all future pleadings and correspondence in this case to the address and email addresses shown below and update service list accordingly:

**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd, Suite 3400
Miami Florida  33131
Tel. 305.577.7000
Fax 305.577.7001
Primary:   Dorian.daggs@squirepb.com
Secondary:   Doreen.dougherty@squirepb.com
FLA_DCKT@squirepb.com
John.henslee@squirepb.com

Dated:  June 3, 2025                                          Respectfully submitted,

                */s/ Dorian Daggs*
                Dorian Daggs (Fla. Bar No. 1028485)
                Dorian.daggs@squirepb.com
                **Squire Patton Boggs (US) LLP**
                200 S. Biscayne Boulevard, Ste. 3400
                Miami, Florida  33131
                (305) 577-7000
                (305) 577-7001 (fax)

                *Counsel for Defendant Udonis Haslem*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF on June 3 2025.

                */s/ Dorian Daggs*
                 Dorian Daggs