AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Temasek Holdings (Private) Limited
*Attn:* Andrew J. Ehrlich, Brad S. Karp, and Nina Kovalenko
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas, New York, NY 10019-6064
Phone:  212-373-3000
bkarp@paulweiss.com; nkovalenko@paulweiss.com; aehrlich@paulweiss.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 3, 2025

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Softbank Group Corp.
*Attn:* Adam Michael Foslid
Winston & Strawn
200 S Biscayne Blvd, Suite 2400, Miami, FL 33131
305-910-0646
AFoslid@winston.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jun 3, 2025

s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SoftBank Investment Advisers (UK) Limited
*Attn:* Adam Michael Foslid
Winston & Strawn
200 S Biscayne Blvd, Suite 2400, Miami, FL 33131
305-910-0646
AFoslid@winston.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LA FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove FL 33133
Tel: (305) 740-1423; Email: Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 3, 2025

Angela E. Noble
Clerk of Court



SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SoftBank Global Advisers Limited
 *Attn:* Adam Michael Foslid
 Winston & Strawn
 200 S Biscayne Blvd, Suite 2400, Miami, FL 33131
 305-910-0646
 AFoslid@winston.com

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
 Joseph M. Kaye
 THE MOSKOWITZ LA FIRM, PLLC
 3250 Mary Street, Suite 202
 Coconut Grove FL 33133
 Tel: (305) 740-1423; Email: Service@moskowitz-law.com

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jun 3, 2025

s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IN RE FTX Cryptocurrency Exchange Collapse Litigation<br>Edwin Garrison, et al., on behalf of themselves and all other similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Sino Global Capital Limited, Sino Global Capital Holdings, LLC, Softbank Group Corp., SB Group US, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-md-3076-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sino Global Capital Limited
  *Attn:* Jason P. Gottlieb, Michael Mix, Vani Upadhyaya
  MORRISON COHEN LLP
  909 Third Avenue, New York, New York 10022
  Telephone: (212) 735-8600
  mmix@morrisoncohen.com;  vupadhyaya@morrisoncohen.com;
  jgottlieb@morrisoncohen.com

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
  Joseph M. Kaye
  THE MOSKOWITZ LA FIRM, PLLC
  3250 Mary Street, Suite 202
  Coconut Grove FL 33133
  Tel: (305) 740-1423; Email: Service@moskowitz-law.com

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 3, 2025

Angela E. Noble
Clerk of Court



s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS