**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

Case No. 1:23-md-03076-KMM

MDL No. 3076

This Document Relates To:

*Garrison v. Bankman-Fried*,
No. 22-cv-23753-KMM

*Garrison v. Paffrath*,
No. 1:23-cv-21023-KMM

*Norris v. Brady*,
No. 23-cv-20439-KMM

*Podalsky v. Bankman-Fried*
No. 1:22-cv-23983-KMM

*Garrison v. Golden State Warriors*,
No. 1:23-cv-23084-KMM

*Lam v. Bankman-Fried*,
No. 1:23-cv-22195-KMM

*Garrison v. Osaka*,
No. 1:23-cv-23064-KMM

*Garrison et al. v. Furia Esports LLC et al.*,
No. 1:24-cv-20895-RS

*Garrison et al. v. Lincoln Holdings LLC*,
No. 1:24-cv-00655-JMC

*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,
No. 1:23-cv-24480-JEM

*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,
No. 1:23-cv-24479-KMM

*Garrison v. Riot Games, Inc.*,
No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC*,
No. 23-cv-24478-KMM

**S&E DEFENDANTS' MOTION TO EXTEND RESPONSE DEADLINE AND TO SET A BRIEFING SCHEDULE ON S&E DEFENDANTS' FORTHCOMING MOTION TO DISMISS**

Defendants Thomas Brady, Gisele Bündchen, Lawrence David, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors, LLC, Shohei Ohtani, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX, Lincoln Holdings LLC, Furia Esports LLC, Furiagg, Corp., Furia Experience LLC, Mercedes-Benz Grand Prix Limited, Dentsu McGarry Bowen LLC, Wasserman Media Group, LLC, Riot Games, Inc., North America League of Legends Championship Series LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., The MLB Network, LLC, MLB Players, Inc., and The Office of the Commissioner of Baseball (collectively, the "S&E Defendants"), by and through undersigned counsel, respectfully submit this motion to seek an order from this Court granting an extension of time to respond to Plaintiffs' Amended Administrative Class Action Complaint and Demand for Jury Trial (the "Amended Complaint") and setting an extended briefing schedule concerning the S&E Defendants' response to the Amended Complaint, which may include a consolidated motion to dismiss (based on failure to state a claim in a number of respects and/or mootness of claims

based on Plaintiffs' recoveries from the FTX bankruptcy), and/or a motion to compel arbitration.[1] ECF No. 908.

The S&E Defendants request until July 27, 2025 (60 days from the Amended Complaint's filing) to respond to Plaintiffs' Amended Complaint; and that the Court order Plaintiffs to file a response to any motion on or before September 25, 2025, and for the S&E Defendants to file any reply within 45 days of Plaintiffs' response. Plaintiffs oppose this Motion.

## I. BACKGROUND

A subset of the current set of S&E Defendants previously moved collectively to dismiss Plaintiffs' prior complaint against them. ECF No. 271. On May 7, 2025, the Court granted in part and denied in part that Motion to Dismiss, dismissing 12 of 14 claims without prejudice. ECF No. 890. On May 19, 2025, the Court instructed Plaintiffs to file an Amended Complaint on or before May 28, 2025, and to join in that Amended Complaint fourteen additional defendants who had not been part of the prior complaint or joined the prior Motion to Dismiss. *See* ECF No. 900 at 4.[2] On May, 28, 2025, Plaintiffs filed the Amended Complaint. ECF No. 908. Under the Federal Rules of Civil Procedure, the S&E Defendants' current deadline to respond to the Amended Complaint is June 11, 2025. *See* Fed. R. Civ. P. 15(a)(3).[3] On June 2, 2025, Plaintiffs filed a

---

[1] The S&E Defendants do not know which agreements Plaintiffs signed with FTX, but based on publicly available information it appears one or more Plaintiffs may be bound to arbitrate the claims. The S&E Defendants reserve all rights to move to compel arbitration.

[2] The new S&E Defendants are Lincoln Holdings LLC, Furia Esports LLC, Furiagg, Corp., Furia Experience LLC, Mercedes-Benz Grand Prix Limited, Dentsu McGarry Bowen LLC, Wasserman Media Group, LLC, Riot Games, Inc., North America League of Legends Championship Series LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., The MLB Network, LLC, MLB Players, Inc., and The Office of the Commissioner of Baseball.

[3] Plaintiffs' current deadline to respond to the S&E Defendants' anticipated motion to dismiss the Amended Complaint is therefore June 25, 2025, and the S&E Defendants' deadline to file a reply is July 2, 2025. *See* S.D. Fla. L.R. 7.1(c).

Motion to Lift Discovery Stay, Enter Protective Order, and Adopt Proposed Case Management Schedule. ECF No. 916. The Court had ordered the parties to confer and submit a joint protective order and proposed case management order. ECF No. 900. Nevertheless, while the parties were still conferring, Plaintiffs filed their own proposed protective order and case management order unilaterally. The S&E Defendants will continue to attempt to confer with Plaintiffs to determine whether any matters raised in that motion may be addressed without the Court's intervention. If the parties cannot reach an agreement, the S&E Defendants will include proposed modifications to the draft protective order and scheduling order submitted by Plaintiffs when they respond to Plaintiffs' Motion to Lift Discovery Stay on June 16, 2025. *See* ECF No. 900 (setting briefing schedule). The S&E Defendants request that the Court not enter a protective order or case management order until the S&E Defendants have had an opportunity to respond to Plaintiffs' motion.

The S&E Defendants file this separate motion in light of the immediate deadline otherwise in place for the S&E Defendants to respond to the Amended Complaint.

## II.     BASIS FOR RELIEF

The request of 60 days for the S&E Defendants to respond to the Amended Complaint is reasonable, and is only 15 days later than the deadline proposed by Plaintiffs. *See* ECF No. 916. The request for 45 days for the S&E Defendants to file a reply in support of any opposition filed by Plaintiffs is also reasonable. The Amended Complaint is 514 pages long (not including exhibits). As noted above, it adds 14 new S&E Defendants, and includes a total of 25 S&E Defendants. ECF No. 908. By comparison, the prior Administrative Class Action Complaint was 309 pages (not including exhibits). *See* ECF No. 179. In order to respond to the Amended Complaint, the 25 S&E Defendants will need to coordinate across twelve law firms—which is a time-intensive process, particularly given the unique factual allegations for each S&E Defendant.

*See generally* ECF No. 908.  Coordination will require drafting a single brief that addresses disparate factual circumstances spanning from statements made over social media, to billboards at sports games, to advertisements made over television, to live events sponsored by FTX.  *See generally* ECF No. 908 ¶¶ 305-1177.

The page length, structure, and content, of the Amended Complaint also provide good cause for an extension.  The 514 pages includes dozens of paragraphs of legal argument to distract from the deficiencies in the Amended Complaint and the fact that Plaintiffs have been compensated through the FTX bankruptcy.  These irrelevant allegations include, for example, allegations regarding cryptocurrencies that Plaintiffs do not allege they even purchased (*see* Am. Compl. ¶¶ 43-47, 232-278), several paragraphs regarding allegations that Plaintiffs will not make a full recovery in the bankruptcy (*see* Am. Compl. ¶¶ 1203-1213), new allegations regarding the supposed efficacy of the promoters' advertisements (*see* Am. Compl. ¶¶ 325-339), and paragraphs dedicated solely to other cryptocurrency related issues that have nothing to do with this case, such as cryptocurrency use in North Korea (*see* Am. Compl. ¶¶ 224-231).  All of these allegations are incorporated into each count. Am. Compl. ¶¶ 1232, 1240, 1252 (each incorporating all preceding allegations into each respective count).[4]  This convoluted manner of pleading makes responding to the Amended Complaint enormously difficult and necessitates an extended briefing schedule to adequately address the allegations in the Amended Complaint.

---

[4] This manner of pleading has been deemed an improper shotgun pleading and underscores the difficult the S&E Defendants will have in responding. *Barmapov v. Amuial*, 986 F.3d 1321, 1324 (11th Cir. 2021) (upholding dismissal of shotgun pleading where "the second amended complaint indiscriminately incorporates and repeats 249 numbered paragraphs of factual allegations—spanning 50 pages—into nine of the 19 counts, without any effort to connect or separate which of those 249 factual allegations relate to a particular count.").

This is the S&E Defendants' first request for an extension of these deadlines, and the extension is not sought for the purpose of delay. Accordingly, the S&E Defendants propose that the Court: (1) set July 27, 2025, as the date for the S&E Defendants' to respond to the Amended Complaint, in a manner consistent with the briefing requirements previously set by the Court at ECF No. 216, (2) set September 25, 2025 as the date for Plaintiffs to respond to any motion filed by the S&E Defendants in response to the Amended Complaint; and (3) grant the S&E Defendants' 45 days from the date of Plaintiffs' response to file a reply.

On June 2, 2025, attorney Jessica Stebbins Bina, counsel of record for Thomas Brady, Gisele Bündchen, Lawrence David, Lincoln Holdings LLC, Furia Esports LLC, Furiagg, Corp., Furia Experience LLC, and Mercedes-Benz Grand Prix Limited, contacted Plaintiffs' counsel Joseph Kaye—who stated that Plaintiffs oppose the relief requested herein.

## III. CONCLUSION

WHEREFORE, the S&E Defendants respectfully request this Court enter an order (i) granting this Motion; (ii) setting July 27, 2025, as the date for S&E Defendants' to respond to the Amended Complaint; (iii) setting September 25, 2025, as the date for Plaintiffs' to file their response to any motion filed by the S&E Defendants; (iv) granting the S&E Defendants 45 days from the filing of Plaintiffs' opposition to file their reply; and (v) granting such further relief as this Court deems just and proper.

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
Roberto Martínez

Florida Bar No. 305596
*bob@colson.com*
Stephanie A. Casey
Florida Bar No. 97483
*scasey@colson.com*
Zachary Lipshultz
Florida Bar No. 123594
*zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, Mercedes-Benz Grand Prix Limited, Golden State Warriors, LLC, Naomi Osaka, and Riot Games*

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
Brittany M.J. Record (*pro hac vice*)
*brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
Marvin S. Putnam (*pro hac vice*)
*marvin.putnam@lw.com*
Jessica Stebbins Bina (*pro hac vice*)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
Michele D. Johnson (*pro hac vice*)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, FuriaGG Corp, Furia Esports LLC, Furia Experience LLC, Lincoln Holdings LLC, Mercedes F1, and Mercedes-Benz Grand Prix Limited*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
*MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
*MJKahn@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415.393.8200
Michael Dore (*pro hac vice*)
*MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
*JMacEbong@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
*pravin.patel@weil.com*
Alli G. Katzen
*alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

Zachary A. Schreiber
*zach.schreiber@weil.com*
767 Fifth Avenue
New York, New York 10153
Phone: (212)-310-8000

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant Shohei Ohtani*

**HECKER FINK LLP**
Sean Hecker
*shecker@heckerfink.com*
John Quinn

  *jquinn@heckerfink.com*
Sabrina Alvarez-Correa
*salvarezcorrea@heckerfink.com*
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

By: */s/ John Quinn*
John Quinn

*Counsel for Defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and The MLB Network, LLC*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
Nathan Bull (Fla. Bar No. 1029523)
*nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (*pro hac vice* pending)
*jstrabo@mwe.com*
Ellie Hourizadeh (to file *pro hac vice*)
*ehourizadeh@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
Sarah P. Hogarth (*pro hac vice* pending)
*shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
Christopher S. Carver, Esq.
Florida Bar No. 993580
*christopher.carver@akerman.com*
Jason S. Oletsky, Esq.
Florida Bar No. 9301
*jason.oletsky@akerman.com*
Katherine A Johnson, Esq.
Florida Bar No. 1040357
*katie.johnson@akerman.com*

*Attorneys for Defendant David Ortiz*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
*pravin.patel@weil.com*
Alli G. Katzen
*alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

Yehudah L. Buchweitz
*yehudah.buchweitz@weil.com*
Zachary A. Schreiber
*zach.schreiber@weil.com*
767 Fifth Avenue
New York, New York 10153
Phone: (212)-310-8000

By: */s/ Parvin R. Patel*
Pravin R. Patel

*Attorneys for Defendant MLB Players, Inc.*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
*jneiman@mnrlawfirm.com*
Jeffrey Marcus
Fla. Bar No. 310890
*jmarcus@mnrlawfirm.com*
Michael Pineiro
Fla. Bar No. 041897

*mpineiro@mnrlawfirm.com*
Brandon Floch
Fla. Bar No. 125218
*bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
*abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation, D/B/A Team Solomid, TSM, and/or TSM FTX*

**BUCHANAN INGERSOLL & ROONEY PC**

Lauren V. Humphries
Fla. Bar No: 0117517
*lauren.humphries@bipc.com*
Mark A. Kornfeld
Fla. Bar No. 1019233
*mark.kornfeld@bipc.com*
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Telephone: 813-222-8180

*Attorneys for Dentsu McGarry Bowen LLC*

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
(305) 374-8500

By: */s/ Stephen P. Warren*
Stephen P. Warren (Fla. Bar No. 788171)
*Stephen.Warren@hklaw.com*
Brandon T. White (Fla. Bar No. 106792)
*Brandon.White@hklaw.com*
Andrew W. Balthazor (Fla. Bar No. 1019544)
*Andrew.Balthazor@hklaw.com*

*Attorneys for Defendant Wasserman Media Group, LLC*

By: */s/ Dorian Daggs*
Dorian Daggs (Fla. Bar No. 1028485)
Dorian.daggs@squirepb.com
Digna B. French (Fla. Bar No. 148570)
Digna.french@squirepb.com
Amanda E. Preston (Fla. Bar No. 123652)
Amanda.preston@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
200 S. Biscayne Boulevard, Ste. 3400
Miami, Florida 33131
(305) 577-7000
(305) 577-7001 (fax)

*Counsel for Defendant Udonis Haslem*

**FILER ATTESTATION**

I, Roberto Martínez, am the ECF user whose identification and password are being used to file the Motion to Extend the Response Deadline and To Set a Briefing Schedule. Pursuant to the CM/ECF Administrative Procedures, I hereby attest that I have obtained concurrence from the other parties to file this motion and sign it electronically on their behalf.

By: */s/ Roberto Martínez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Roberto Martínez*