UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL NO. 3076
CASE NO. 1:23-MD-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

---

THIS DOCUMENT RELATES TO:
**PROMOTERS AND DIGITAL CREATORS**

---

**PLAINTIFFS' BRIEF OPPOSITION TO FTX DEFENDANTS' MOTION TO EXTEND RESPONSE DEADLINE FOR SIX MONTHS [ECF NO. 923]**

Plaintiffs respectfully request the Court deny the "Promoter and Digital Creators'"[1] request to extend briefing on their Motion to Dismiss for six months, through **November 9, 2025**. The Parties already agreed these FTX Defendants would have an extended forty-five (45) days to respond to the Amended Complaint, setting **July 14, 2025** as their deadline. *See* **ECF No. 916, Ex. C**. The Amended Complaint has only the two claims the Court upheld (Florida and Oklahoma securities) and the amended California securities claim.[2] As explained in Plaintiffs' Motion to Lift the Discovery Stay, [ECF No. 916], Plaintiffs request that this MDL Track should finally proceed, given the Court has already confirmed that the Amended Complaint states causes of action.

**WHEREFORE,** Plaintiffs respectfully request the Court deny the Promoter and Digital Creator Track Defendants' motion for an extended briefing schedule and enter the previously agreed-upon schedule proposed in Plaintiffs' Motion. *See* **ECF No. 916, Exhibit C**.

---

[1] While Plaintiffs and the Court have called this MDL Track of Defendants: "Promoters and Digital Creators," these Defendants call themselves "Sports and Entertainment Defendants."

[2] Most of these same firms already coordinated one Consolidated Motion to Dismiss.

1

| | |
|---|---|
| **Dated: June 3, 2025** | **Respectfully submitted,** |
| By: */s/ Adam Moskowitz* | By: */s/ David Boies* |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | Alexander Boies |
| Joseph M. Kaye | Brooke A. Alexander |
| Florida Bar No. 117520 | **BOIES SCHILLER FLEXNER LLP** |
| **THE MOSKOWITZ LAW FIRM, PLLC** | 333 Main Street |
| Continental Plaza | Armonk, NY 10504 |
| 3250 Mary Street, Suite 202 | 914-749-8200 |
| Coconut Grove, FL 33133 | dboies@bsfllp.com |
| Office: (305) 740-1423 | aboies@bsfllp.com |
| adam@moskowitz-law.com | balexander@bsfllp.com |
| joseph@moskowitz-law.com | |
| service@moskowitz-law.com | |
| | |
| *Co-Lead Counsel* | *Co-Lead Counsel* |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was filed on June 3, 2025, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam Moskowitz