**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM | |

**MOTION TO WITHDRAW APPEARANCES
ON BEHALF OF DEFENDANT UDONIS HASLEM**

Christopher S. Carver, Jason S. Oletsky, and Katherine A. Johnson of Akerman LLP respectfully move for leave to withdraw their appearances as counsel for Defendant Udonis Haslem. Defendant Udonis Haslem will continue to be represented by his other counsel of record, Dorian Daggs, Digna French, and Amanda Preston of Squire Patton Boggs (US) LLP. *See* ECF Nos. 915, 917 & 918.

WHEREFORE, attorneys Christopher S. Carver, Jason S. Oletsky, and Katherine A. Johnson request that the Court grant them leave to withdraw their appearances on behalf of Defendant Udonis Haslem and grant such other and further relief as the Court deems just and proper.

Dated:  June 4, 2025                              Respectfully submitted,

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No. 993580
    christopher.carver@akerman.com
    Jason S. Oletsky, Esq.
    Florida Bar No. 9301
    jason.oletsky@akerman.com
    Katherine A Johnson
    Florida Bar No. 1040357
    katie.johnson@akerman.com

*Attorneys for Defendant Udonis Haslem*

- 2 -