## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re: FTX Cryptocurrency Exchange Collapse Litigation | CASE NO. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Documents Relates To:<br><br>**Promotors and Digital Creators** | |

### DEFENDANT JASPREET SINGH'S NOTICE OF JOINDER IN S&E DEFENDANTS' RESPONSE IN OPPOSITION (ECF NO. 929) TO MDL PLAINTIFFS' MOTION TO LIFT DISCOVERY STAY, ENTER PROTECTIVE ORDER, AND ADOPT PROPOSED CASE MANAGEMENT SCHEDULE

Defendant Jaspreet Singh ("Mr. Singh") hereby gives notice of filing his Joinder in the S&E Defendants' Opposition to Plaintiffs' Motion to Lift Discovery Stay, Enter Protective Order, and Adopt Proposed Case Management Schedule [ECF No. 916]. Mr. Singh adopts and incorporates the S&E Defendants' Response in Opposition [ECF No. 929] as if fully set forth herein with respect to Mr. Singh.

The Court should deny Plaintiffs' Motion to Lift Discovery Stay, Enter Protective Order, and Adopt Proposed Case Management Schedule for all of the reasons set forth the S&E Defendants' Response in Opposition and herein.

Respectfully submitted,

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**

Dated: June 17, 2025

*/s/ Ronald G. Acho*
Ronald G. Acho
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com
P-23913

*Counsel for Defendant Jaspreet Singh*

|  |  |
|---|---|
|  | *-And-* |
|  | **CUMMINGS, McCLOREY, DAVIS & ACHO, P.C.** |
| Dated: June 17, 2025 | /s/ *Michael O. Cummings* <br> Michael O. Cummings <br> 1185 Avenue of The Americas, 3rd FL. <br> (212) 547-8810 <br> mcummings@cmda-law.com <br> N.Y. Bar No. 2701506 |
|  | *Counsel for Defendant Jaspreet Singh* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

By:   /s/ *Ronald G. Acho*
      Ronald G. Acho