UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

Law Firms

**DEFENDANT FENWICK & WEST LLP'S NOTICE OF JOINDER IN VARIOUS INVESTOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO LIFT DISCOVERY STAY, ENTER PROTECTIVE ORDER, AND ADOPT PROPOSED CASE MANAGEMENT SCHEDULE**

Fenwick joins in the Various Investor Defendants' Response to Plaintiffs' Motion to Lift Discovery Stay, Enter Protective Order, and Adopt Proposed Case Management Schedule. Dkt. 930.  As with the Various Investor Defendants, Plaintiffs did not confer with Fenwick before filing the Motion, and Plaintiffs' request for entry of a protective order governing all discovery in this MDL proceeding would be improper and premature.

Fenwick therefore respectfully requests that the Court deny the portion of the Motion seeking the entry of the proposed protective order to govern all discovery in the MDL proceeding. Fenwick takes no position on the rest of Plaintiffs' Motion, which is not directed to it.

Respectfully submitted,

*/s/ Nicole K. Atkinson*
DAVID R. ATKINSON
Florida Bar No.: 767239
datkinson@gunster.com
mmargolese@gunster.com

eservice@gunster.com
NICOLE K. ATKINSON
Florida Bar No.: 167150
natkinson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
krosen@gibsondunn.com
MICHAEL HOLECEK (*pro hac vice*)
mholecek@gibsondunn.com
SAMUEL ECKMAN (*pro hac vice*)
seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Nicole K. Atkinson*
NICOLE K. ATKINSON