UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:23-md-03076-KMM

| | |
|---|---|
| IN RE:<br><br>FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM | |

**JOINT NOTICE OF SETTLEMENT AGREEMENT WITH DEFENDANTS
ERIKA KULLBERG AND CREATORS AGENCY LLC**

Plaintiffs and Defendant Erika Kullberg and Defendant Creators Agency LLC (collectively, the "Parties") are pleased to inform the Court they have reached an amicable proposed resolution of the above-captioned class action. Plaintiffs will submit a motion seeking preliminary approval of the settlement. Pursuant to the Class-Action Settlement Agreement the Parties executed on June 11, 2025, the terms of the agreement will remain confidential until Plaintiffs file a motion seeking preliminary approval of the settlement.

Date: June 18, 2025

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br><br>By: */s/ Jose G. Sepulveda*<br>JOSE G. SEPULVEDA, FL Bar No. 154490<br>jsepulveda@stearnsweaver.com<br>mfigueras@stearnsweaver.com<br>150 W. Flagler Street, Suite 2000<br>Miami, Florida 33130<br>Telephone: 305-789-3200<br><br>*and*<br><br>POTOMAC LAW GROUP, PLLC<br>Derek Adams, Esq., *Pro Hac Vice*<br>dadams@potomaclaw.com<br>1717 Pennsylvania Avenue, NW, Suite 1025<br>Washington, D.C. 20006<br>Telephone: 202-204-3005 | By: */s/ Adam M. Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>adam@moskowitz-law.com<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>joseph@moskowitz-law.com<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Telephone: (305) 740-1423 |