UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO:

*Lahav et al.* v. *Binance Holdings Limited et al.*,
No. 1:24-cv-21421-MOORE

## NOTICE OF APPEARANCE

Chelsea J. Getz, Esquire, of the law firm of Baker & Hostetler, LLP, 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801, hereby gives her notice of appearance as counsel for Defendant Changpeng Zhao and requests that all pleadings and other papers filed herein be served upon her.

Date: July 8, 2025

Respectfully submitted,

*s/ Chelsea J. Getz*
Lindy K. Keown
Florida Bar No. 117888
Primary Email: lkeown@bakerlaw.com
Secondary email: fapodaca@bakerlaw.com
orlbakerdocket@bakerlaw.com
Chelsea J. Getz
Florida Bar No. 1060200
Primary Email: cgetz@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

Teresa Goody Guillén
*Admitted Pro Hac Vice*

Virginia Bar No. 50994
D.C. Bar No. 976253
Primary Email: tgoodyguillen@bakerlaw.com
Katherine L. McKnight
*Admitted Pro Hac Vice*
D.C. Bar No. 994456
Primary Email: kmcknight@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
(202) 861-1630

*Attorneys for Defendant Changpeng Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2025, a true and correct copy of the foregoing has been electronically filed with Clerk of the Court using the Court's CM/ECF system, which will send notification of electronic filing to all counsel of record.

*s/ Chelsea J. Getz*
Chelsea J. Getz

2