**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Paffrath*,<br>No. 1:23-cv-21023-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM<br><br>*Podalsky v. Bankman-Fried*<br>No. 1:22-cv-23983-KMM<br><br>*Garrison v. Golden State Warriors*,<br>No. 1:23-cv-23084-KMM<br><br>*Lam v. Bankman-Fried*,<br>No. 1:23-cv-22195-KMM<br><br>*Garrison v. Osaka*,<br>No. 1:23-cv-23064-KMM<br><br>*Garrison et al. v. Furia Esports LLC et al.*,<br>No. 1:24-cv-20895-RS<br><br>*Garrison et al. v. Lincoln Holdings LLC*,<br>No. 1:24-cv-00655-JMC<br><br>*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,<br>No. 1:23-cv-24480-JEM<br><br>*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,<br>No. 1:23-cv-24479-KMM | |

> *Garrison v. Riot Games, Inc.*,
> No. 1:24-cv-21296-KMM
>
> *Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*
> No. 23-cv-24478-KMM

# SPORTS AND ENTERTAINMENT DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

The Sports and Entertainment ("S&E") Defendants[1] respectfully submit this unopposed motion for an extension of time to respond to Plaintiffs' Amended Administrative Class Action Complaint and Demand for Jury Trial (the "Amended Complaint"). The current response deadline is Sunday, July 27, 2025, and the S&E Defendants seek an extension of one day to Monday, July 28, 2025.

In support of this Motion, the S&E Defendants state as follows:

1. The S&E Defendants filed a Motion to Extend Response Deadline and to Set a Briefing Schedule on S&E Defendants' Forthcoming Motion to Dismiss on June 3, 2025. ECF No. 923. In that motion, the S&E Defendants inadvertently requested a response deadline of July 27, 2025 (a Sunday) instead of July 28, 2025 (a Monday).

2. On June 17, 2025, the Court granted the S&E Defendants' request to extend the response

---

[1] "Sports and Entertainment Defendants" refers to Thomas Brady, Gisele Bündchen, Lawrence David, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors, LLC, Shohei Ohtani, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX, Lincoln Holdings LLC, Furia Esports LLC, Furiagg, Corp., Furia Experience LLC, Mercedes-Benz Grand Prix Limited, Dentsu McGarry Bowen LLC, Wasserman Media Group, LLC, Riot Games, Inc., North America League of Legends Championship Series LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., The MLB Network, LLC, MLB Players, Inc., and The Office of the Commissioner of Baseball.

1

deadline to July 27, 2025.  Dkt. 933.

3. The S&E Defendants request a one-day extension of their response deadline so that the deadline falls on Monday instead of Sunday.

4. On July 24, 2025, counsel for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC conferred via telephone with Plaintiffs' counsel regarding the relief requested herein, and Plaintiffs' counsel confirmed that Plaintiffs do not oppose the requested relief.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

On July 24, 2024, counsel for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC conferred via telephone with Plaintiffs' counsel regarding the relief requested herein, and Plaintiffs' counsel confirmed that Plaintiffs do not oppose the requested relief.

Dated: July 24, 2025

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martinez*
Roberto Martínez
Florida Bar No. 305596
  bob@colson.com
Stephanie A. Casey
Florida Bar No. 97483
  scasey@colson.com
Zachary Lipshultz
Florida Bar No. 123594
  zach@colson.com

*Attorneys for Defendants Thomas Brady, Gisele*

*Bündchen, Lawrence David, Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
 andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
 susan.engel@lw.com
Brittany M.J. Record (*pro hac vice*)
 brittany.record@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
Marvin S. Putnam (*pro hac vice*)
 marvin.putnam@lw.com
Jessica Stebbins Bina (*pro hac vice*)
 jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
Michele D. Johnson (*pro hac vice*)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

By: */s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, FuriaGG Corp, Furia Esports LLC, Furia Experience LLC, Lincoln Holdings LLC, Mercedes F1, and Mercedes-Benz Grand Prix Limited*

**GIBSON, DUNN & CRUTCHER LLP**

Matthew S. Kahn (*pro hac vice*)
 MKahn@gibsondunn.com
Michael J. Kahn (*pro hac vice*)
 MJKahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

3

Phone: 415.393.8200
Michael Dore (*pro hac vice*)
  MDore@gibsondunn.com
Jamila MacEbong (*pro hac vice*)
  JMacEbong@gibsondunn.com
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

By: */s/ Michael J. Kahn*
Michael J. Kahn

*Attorneys for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
  pravin.patel@weil.com
Alli G. Katzen
  alli.katzen@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

Zachary A. Schreiber
  zach.schreiber@weil.com
767 Fifth Avenue
New York, New York 10153
Phone: (212)-310-8000

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant Shohei Ohtani*

**HECKER FINK LLP**
Sean Hecker
  shecker@heckerfink.com
John Quinn
  jquinn@heckerfink.com
Sabrina Alvarez-Correa
  salvarezcorrea@heckerfink.com
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

By: */s/ John Quinn*
John Quinn

*Counsel for Defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and The MLB Network, LLC*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
Nathan Bull (Fla. Bar No. 1029523)

**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (*pro hac vice* pending)
 jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
Sarah P. Hogarth (*pro hac vice* pending)
 shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700

By: */s/ Christopher Carver*
Christopher S. Carver, Esq.
Florida Bar No. 993580
 christopher.carver@akerman.com
Jason S. Oletsky, Esq.
Florida Bar No. 9301
 jason.oletsky@akerman.com
Katherine A Johnson, Esq.
Florida Bar No. 1040357
 katie.johnson@akerman.com

*Attorneys for Defendant David Ortiz*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel

5

      *pravin.patel@weil.com*
    Alli G. Katzen
     *alli.katzen@weil.com*
    1395 Brickell Avenue, Suite 1200
    Miami, FL 33131-3368
    Phone: (305)-577-3100

    Yehudah L. Buchweitz
     *yehudah.buchweitz@weil.com*
    Zachary A. Schreiber
     *zach.schreiber@weil.com*
    767 Fifth Avenue
    New York, New York 10153
    Phone: (212)-310-8000

    By: */s/ Pravin R. Patel*
    Pravin R. Patel

    *Attorneys for Defendant MLB Players, Inc.*

    **MARCUS NEIMAN RASHBAUM**
    **& PINEIRO LLP**
    100 Southeast Third Avenue, Suite 805
    Fort Lauderdale, Florida 33394
    Tel: (954) 462-1200

    2 South Biscayne Blvd., Suite 2530
    Miami, Florida 33131
    Tel: (305)-400-4260

    By: */s/Jeffrey Neiman*
    Jeffrey Neiman
    Fla Bar. No. 544469
     *jneiman@mnrlawfirm.com*
    Jeffrey Marcus
    Fla. Bar No. 310890
     *jmarcus@mnrlawfirm.com*
    Michael Pineiro
    Fla. Bar No. 041897
     *mpineiro@mnrlawfirm.com*
    Brandon Floch
    Fla. Bar No. 125218
     *bfloch@mnrlawfirm.com*

    **BERK BRETTLER LLP**
    9119 Sunset Boulevard
    West Hollywood, CA 90069
    Tel.: (310) 278-2111
    Andrew B. Brettler (*pro hac vice*)
     *abrettler@berkbrettler.com*

    *Attorneys for Defendant Kevin O'Leary and*

*Solomid Corporation, D/B/A Team Solomid, TSM, and/or TSM FTX*

**SQUIRE PATTON BOGGS (US) LLP**
Dorian Daggs (Fla. Bar No. 1028485)
  *Dorian.daggs@squirepb.com*
Digna B. French (Fla. Bar No. 148570)
  *Digna.french@squirepb.com*
Amanda E. Preston (Fla. Bar No. 123652)
  *Amanda.preston@squirepb.com*
200 S. Biscayne Boulevard, Ste. 3400
Miami, Florida 33131
(305) 577-7000

By: */s/ Dorian Daggs*
Dorian Daggs

*Counsel for Defendant Udonis Haslem*

**HOLLAND & KNIGHT LLP**
Stephen P. Warren (Fla. Bar No. 788171)
  *Stephen.Warren@hklaw.com*
Brandon T. White (Fla. Bar No. 106792)
  *Brandon.White@hklaw.com*
Andrew W. Balthazor (Fla. Bar No. 1019544)
  *Andrew.Balthazor@hklaw.com*
701 Brickell Avenue, Suite 3F300
Miami, Florida 33131
(305) 374-8500

By: */s/ Stephen P. Warren*
Stephen P. Warren

*Attorneys for Defendant Wasserman Media Group, LLC*

**BUCHANAN INGERSOLL & ROONEY PC**
Mark Kornfeld
  *Mark.Kornfeld@bipc.com*
401 E. Jackson Street, Suite 2400
Tampa, Florida 33602
(813) 222-8180

7

By: */s/ Mark Kornfeld*
Mark Kornfeld

*Attorney for Defendant Dentsu McGarry Bowen LLC*

## **FILER ATTESTATION**

I, Roberto Martínez, am the ECF user whose identification and password are being used to file the Unopposed Motion to Extend Response Deadline. Pursuant to the CM/ECF Administrative Procedures, I hereby attest that I have obtained concurrence from the other parties to file this motion and sign it electronically on their behalf.

By: */s/ Roberto Martinez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Roberto Martinez*