**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Paffrath*,<br>No. 1:23-cv-21023-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM<br><br>*Podalsky v. Bankman-Fried*<br>No. 1:22-cv-23983-KMM<br><br>*Garrison v. Golden State Warriors*,<br>No. 1:23-cv-23084-KMM<br><br>*Lam v. Bankman-Fried*,<br>No. 1:23-cv-22195-KMM<br><br>*Garrison v. Osaka*,<br>No. 1:23-cv-23064-KMM<br><br>*Garrison et al. v. Furia Esports LLC et al.*,<br>No. 1:24-cv-20895-RS<br><br>*Garrison et al. v. Lincoln Holdings LLC*,<br>No. 1:24-cv-00655-JMC<br><br>*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,<br>No. 1:23-cv-24480-JEM<br><br>*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,<br>No. 1:23-cv-24479-KMM | |

*Garrison v. Riot Games, Inc.*,
No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*
No. 23-cv-24478-KMM

**[PROPOSED] ORDER**

This matter came before the Court on The Sports and Entertainment ("S&E") Defendants'[1] Unopposed Motion to Extend Response Deadline [ECF No. __] (the "Motion"). With good cause shown, the Motion is **GRANTED**.

Accordingly, it is ORDERED and ADJUDGED that the S&E Defendants shall respond to Plaintiffs' First Amended Administrative Class Action Complaint (ECF No. 908) on or before July 28, 2025.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2025.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

---

[1] "Sports and Entertainment Defendants" refers to Thomas Brady, Gisele Bündchen, Lawrence David, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors, LLC, Shohei Ohtani, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX, Lincoln Holdings LLC, Furia Esports LLC, Furiagg, Corp., Furia Experience LLC, Mercedes-Benz Grand Prix Limited, Dentsu McGarry Bowen LLC, Wasserman Media Group, LLC, Riot Games, Inc., North America League of Legends Championship Series LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., The MLB Network, LLC, MLB Players, Inc., and The Office of the Commissioner of Baseball.