IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> *Garrison v. Bankman-Fried*, <br> No. 22-cv-23753-KMM <br><br> *Garrison v. Paffrath*, <br> No. 1:23-cv-21023-KMM <br><br> *Norris v. Brady*, <br> No. 23-cv-20439-KMM <br><br> *Podalsky v. Bankman-Fried* <br> No. 1:22-cv-23983-KMM <br><br> *Garrison v. Golden State Warriors*, <br> No. 1:23-cv-23084-KMM <br><br> *Lam v. Bankman-Fried*, <br> No. 1:23-cv-22195-KMM <br><br> *Garrison v. Osaka*, <br> No. 1:23-cv-23064-KMM <br><br> *Garrison et al. v. Furia Esports LLC et al.*, <br> No. 1:24-cv-20895-RS <br><br> *Garrison et al. v. Lincoln Holdings LLC*, <br> No. 1:24-cv-00655-JMC <br><br> *Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*, <br> No. 1:23-cv-24480-JEM <br><br> *Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*, <br> No. 1:23-cv-24479-KMM | |

1

*Garrison v. Riot Games, Inc.*,
No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*
No. 23-cv-24478-KMM

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that HAYDEN PUTRE of the Law Firm of MCDERMOTT WILL & EMERY LLP hereby makes an appearance as counsel of record for Defendant STEPHEN CURRY, and requests that all responsive pleadings and papers in the above action be served upon the following:

Hayden Putre
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
hputre@mwe.com
mblancoaleman@mwe.com

Dated: July 27, 2025

MCDERMOTT WILL & EMERY LLP

By:   */s/ Hayden Putre*
Nathan Bull (FBN 1029523)
nbull@mwe.com
Hayden Putre (FBN 1054794)
hputre@mwe.com
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-4336
Telephone: (212) 547-5768
Facsimile: (305) 347-6500
*Attorneys for Defendant Stephen Curry*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **July 27, 2025,** an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

/s/ *Hayden R. Putre*
HAYDEN R. PUTRE