# EXHIBIT 7





FTX.US  ›  Getting Started  ›  Getting Started with FTX.US

Search articles

# Open an Individual Account

**BROWSE** 

## Welcome to FTX!

We're excited to have you here!

In this article, we will go through the process on how to create your FTX US account and what you need to complete your individual KYC registration. Click on a tab below to get started.

- **Creating an Account on FTX US**

  **Step by Step Tutorial:** **https://youtu.be/6z4adxpp7DE**

  Follow these steps to sign up on the FTX US website.

## Step 1: Create your account





5. Click on "Create Account"



## Step 2: Begin the Individual KYC Process

*"Know Your Customer" (KYC) is a standard compliance procedure required by the legal authorities when opening an account. For a summary of the different levels of KYC, navigate to our article: Account Tiers and Limits.*

1. Enter your legal name and date of birth as stated on your government ID or passport

2. Enter your home address

3. Enter your phone number, click on "Get Code", and input your 6-digit SMS verification code

4. Enter your Social Security Number







# Step 3: Prepare for ID and facial verification

FTX partners with Stripe to ensure a secure identity verification process. Please note data will be stored and may be used according to the Stripe and FTX US privacy policies.

Stripe allows you to upload identity verification through 3 different methods:

- Take a picture with your phone







2. Click on "Complete on Mobile Device"

3. Select a connection type to link your mobile phone to your FTX US account for KYC process

4. On phone - Select your identification type

5. On phone - Click on "Accept and Continue" after reading how Stripe will verify your identity

6. You will need to take a photo of the front and back of your ID or passport, followed by 3 selfies



## Step 3.2: ID and facial verification using computer





4. Click on "Accept and Continue" after reading how Stripe will verify your identity

5. You will need to take a photo of the front and back of your ID or passport, followed by 3 selfies.



## Step 3.3: ID and facial verification using file upload



Identity

5. Upload a photo of the front and back of your ID or passport

6. Take 3 selfies using your computer or your phone



# Step 4: Click "Continue"





Congratulations. Your FTX US account and individual KYC registration is now complete.

**If you have any questions regarding your identity verification please open a support ticket at** ftx.us/support.

- **Creating an Account on the FTX App**

To get started, follow these steps to create an account in the FTX App:

# Step 1: Create your account

1. On the FTX App, tap **Register**.



2. Select the **FTX US platform**.









4. If you have been invited by a friend and have a referral code, tap on **Enter referral code**.



5. Agree to the FTX Terms of Service and Privacy Policy and select an option you'd like to use to register. Depending on the device you are using, you will see 2 or 3 options:

*Click on one of the options below if you need help registering using any of those methods.*









- **Using an email address to register**

  1. Enter the email address you'd like to use for your account and create a password. Please note that the password should contain at least 8 characters with at least one number and one letter. Tap **Register**.



                                                    



2. The FTX App will send an email to your address to verify that it's *your* email address. Tap the **Open Email App** button and select the email application you typically use.









3. Enter the code sent to your email. Your account will be verified at this point, and you'll be able to sign into your account on any mobile device with your username and password to use the app features.

4. Next, you'll verify your identity. Follow the prompts to complete identity verification steps below.

## • Using the Sign in with Google option

1.  Tap **Continue** on the pop-up to confirm that you would like to sign in using Google.








2. If you are logged in to any Google product on your device, you should see your Google account/s on the screen after selecting this option.  Select the Google account you'd like to use for signing in to the FTX App.

If the account you'd like to use is not on the list, tap on *Add another account* and follow the prompts.

3. The FTX App will send an email to your address to verify that it's *your* email address. Tap the **Open Email App** button and select the email application you typically use.



                                                    



4. Enter the code sent to your email. Your account will be verified at this point, and you'll be able to sign into your account on any mobile device with your username and password to use the app features.

5. Next, you'll verify your identity. Follow the prompts to complete identity verification steps below.

- ## Using the Sign in with Apple option

    1. Tap **Continue** on the Sign in with Apple page.









2. To ensure that you receive important emails from us, select the **Share My Email** option.



                                          



3. Select the email address you'd like to use and tap **Continue**.

4.  If prompted, tap **Continue with Passcode** and enter your passcode.

5. Next, you'll verify your identity. Follow the prompts to complete identity verification steps below.

# Step 2: Begin the Individual KYC Process









2. You can use the search field to find your address (no PO Boxes), or tap **Manually enter address instead**. Tap **Next**.











3. Enter your phone number and a code will be sent to you via SMS.  Enter this on the next page to verify your account.









**Congratulations!**  You have now completed the first level of verification (KYC1).  To see the features you have unlocked in this level, visit this page: Account Limits.

To unlock more features, complete verification by following the steps below.

# Step 3: Prepare for ID and facial verification



 US 

1. Tap the ⚙ **icon** at the top right corner of your FTX App.

2. Tap **Account Limits** and then on **Increase Limits**.



3. Tap **Let's Go**.









4. If you are a US resident, enter your SSN and tap **Next**. Otherwise, tap **Not a US citizen**.











5.  Prepare your government-issued ID and tap **Verify Identity**.









6. You will see Stripe's page along with a link to their Privacy Policy and webpage.  Tap on **Get Started** to complete Level 2 Verification on your device. If you would like to complete verification on another device, this option is available on the same page as well.





FTX US

FTX US partners with Stripe for secure
identity verification

Data will be stored and may be used according to the Stripe
Privacy Policy and the FTX US Privacy Policy. Learn more.

Please have a form of identification ready, and be prepared
to take a selfie.

**Get started**

Complete on another device

Powered by **stripe**

Privacy    Contact    Feedback?    🌐 English (United States)

7.  Select the type of ID you will be using and tap **Next**.  You can use any of the
following government-issued IDs:

- Driver's license

- Passport

- National ID





← | ⚡ FTX US

### Select identification type

- ⦿ Driver's license
- ○ Identity card
- ○ Passport



Next

---

8. The next page contains information and a link to how Stripe verifies your identity.  Tap **Accept and continue** when you're ready.





How Stripe will verify your identity

Stripe will use biometric technology (on images of you and your IDs), as well as other data sources and our service providers (such as document issuer or authorised record holder), to confirm your identity and for fraud and security purposes. Stripe will store the data it collects and the results of this check and share them with FTX US.

Learn how Stripe Identity works



Accept and continue

No, don't verify

9.  You might see prompts asking you to allow FTX and Stripe to access your camera, you will need to allow both in order to complete Level 2 Verification.









10.  Take a picture of the front and back parts of your ID when prompted. Make sure that the image is clear and the edges can be seen. Tap **Looks good** after an image of each side has been taken, or tap **Try a different image** if you want to retake the picture.

11. You will be asked if you'd like to allow Stripe to use your information to improve their technology.  This is optional.

12. After submitting the pictures of your ID, you will be asked to verify yourself with a selfie. Tap **Done** after your selfie has been taken.



  



If your verification is not auto-approved, please allow up to 3 days for our team to review your information. Please make sure to check your email or in-app messages while waiting for verification to complete.  Our team might send you an email or send you a message in the app if they need more information from you.

**Notes:**

- You must be 18 years old to open a FTX App account.

- Residents of the State of New York can sign up and trade stocks, but not trade or deposit crypto.





How to create a support ticket on FTX US

About FTX US

Open an Institutional account

Location Restrictions

---

**RELATED ARTICLES**

Account Tiers and Limits

Fees

Account Funding Options

How to Make a Fiat Deposit

Spot Margin Trading

---

**PROMOTED ARTICLES**

Open an Individual Account

FAQ: Account Funding

API Rate Limits on FTX US

Become a Market Maker on FTX US

How to Buy & Sell Crypto

Spot Margin Trading

Solana NFT FAQ

Introducing New Tiers to the FTX US MM/VIP Program & Lower Fees











Copyright © 2022 All Rights Reserved.