# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br><br> *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM <br><br> *Garrison v. Paffrath*, No. 1:23-cv-21023-KMM <br><br> *Norris v. Brady*, No. 23-cv-20439-KMM <br><br> *Podalsky v. Bankman-Fried* No. 1:22-cv-23983-KMM <br><br> *Garrison v. Golden State Warriors*, No. 1:23-cv-23084-KMM <br><br> *Lam v. Bankman-Fried*, No. 1:23-cv-22195-KMM <br><br> *Garrison v. Osaka*, No. 1:23-cv-23064-KMM <br><br> *Garrison et al. v. Furia Esports LLC et al.*, No. 1:24-cv-20895-RS <br><br> *Garrison et al. v. Lincoln Holdings LLC*, No. 1:24-cv-00655-JMC <br><br> *Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*, No. 1:23-cv-24480-JEM <br><br> *Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*, No. 1:23-cv-24479-KMM | |

> *Garrison v. Riot Games, Inc.*,
> No. 1:24-cv-21296-KMM
>
> *Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*
> No. 23-cv-24478-KMM

**DEFENDANT STEPHEN CURRY'S INDIVIDUAL BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

## I.   INTRODUCTION

Pursuant to the Court's Order on June 17, 2025, ECF 933, this brief raises an argument specific to Defendant Stephen Curry. In addition to the reasons set forth in the Sports & Entertainment Defendants' omnibus Motion to Dismiss (the "Omnibus Motion") (which Curry has joined), Plaintiffs' Amended Class Action Complaint (the "Complaint"), ECF No. 908, should be dismissed against Curry for the additional reasons set forth herein.

## II.   PLAINTIFFS' CALIFORNIA SECURITIES CLAIM FAILS TO PLEAD FACTS DEMONSTRATING THAT CURRY HAD ACTUAL KNOWLEDGE OF ANY UNREGISTERED SECURITIES FOR SALE

As the Omnibus Motion demonstrates, the Court already held that Plaintiffs did not adequately allege an intent to defraud because the Complaint does not contain any allegations that "demonstrate that Defendants had any knowledge of FTX's fraud." Order at 21. Plaintiffs' new allegations merely rehash their deficient allegations and innuendo that the S&E Defendants had constructive knowledge based on purported "red flags." The Court specifically rejected these "red flag" allegations, holding that even allegations which show that "Defendants were uninformed, negligent, or even reckless," do not state a claim because they do not "demonstrate that Defendants had any knowledge of FTX's fraud." *Id*.

1

In addition to the pleading deficiencies addressed in the Omnibus Motion, Plaintiffs have added an allegation against Curry that is equally speculative and inadequate. Plaintiffs refer vaguely to unspecified "NBA requirements that NBA teams ensure regulatory compliance regarding sponsorships and crypto products" in their allegations against Curry (and other defendants, including Haslem and the Golden State Warriors). FAC ¶¶ 548, 621, 651. On the basis of this allegation, Plaintiffs appear to speculate that Curry engaged in purported due diligence (into what exactly is not clear). This allegation does not have a shred of factual support and does not demonstrate any actual knowledge of fraud. Plaintiffs do not explain how supposed "NBA requirements for NBA teams" could possibly raise an inference of scienter for Curry, who is an individual, not a team. Plaintiffs do not allege any specific facts concerning any purported due diligence, let alone any diligence findings that would provide knowledge of the sale of unregistered securities. Accordingly, for this additional reason, the California Securities Act claim against Curry must be dismissed.

Dated: July 27, 2025

Respectfully submitted,

By: */s/ Nathan Bull*

**McDERMOTT WILL & EMERY LLP**
Nathan Bull (Fla. Bar No. 1029523)
 nbull@mwe.com
Hayden Putre (Fla. Bar No. 1054794)
 hputre@mwe.com
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (*pro hac vice*)
 jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
Sarah P. Hogarth (*pro hac vice* )
 shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 27, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Nathan Bull*