# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br><br>No. 22-cv-23753-KMM<br><br>*Garrison v. Paffrath*,<br><br>No. 1:23-cv-21023-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM<br><br>*Podalsky v. Bankman-Fried*<br><br>No. 1:22-cv-23983-KMM<br><br>*Garrison v. Golden State Warriors*,<br><br>No. 1:23-cv-23084-KMM<br><br>*Lam v. Bankman-Fried*,<br><br>No. 1:23-cv-22195-KMM<br><br>*Garrison v. Osaka*,<br><br>No. 1:23-cv-23064-KMM | |

*Garrison et al. v. Furia Esports LLC et al.*,

No. 1:24-cv-20895-RS

*Garrison et al. v. Lincoln Holdings LLC*,

No. 1:24-cv-00655-JMC

*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,

No. 1:23-cv-24480-JEM

*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,

No. 1:23-cv-24479-KMM

*Garrison v. Riot Games, Inc.*,

No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC*,

No. 23-cv-24478-KMM

**DEFENDANT UDONIS HASLEM'S INDIVIDUAL BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

In addition to the reasons in the *Motion to Dismiss* (ECF 943), Defendant Udonis Haslem ("Mr. Haslem") raises the following individual and specific issues in support of dismissal of all claims against him:

## Introduction and Argument

Plaintiffs allege nothing of consequence against Mr. Haslem in the *First Amended Administrative Class Action Complaint* (ECF 908) ("FAC") and instead recycle the same threadbare tweets, conjecture, and speculation present in the initial *[Corrected] Administrative Class Action Complaint and Demand for Jury Trial* (ECF 179). Nowhere do Plaintiffs credibly allege that any act or omission of Mr. Haslem caused them to do anything. Accordingly, the First Amended Complaint should be dismissed as to Mr. Haslem with prejudice.

Additionally, Mr. Haslem joins in and incorporates by reference Defendant Stephen Curry's Individual Brief in Support of Motion to Dismiss Plaintiffs Amended Class Action Complaint (ECF 949) in opposition to the allegation in the FAC that Mr. Haslem's affiliation with the NBA or any NBA team imposed any additional obligations on Mr. Haslem as an individual. FAC ¶ 548. This unsupported allegation establishes nothing and, to the extent relied upon by Plaintiffs to attempt to establish any element of a claim, further supports dismissal of the claims against Mr. Haslem.

## Conclusion

For the reasons stated in the Motion to Dismiss and herein, the Court should dismiss the Amended Complaint as to Mr. Haslem with prejudice, award him his fees and costs as provided by law, including pursuant to Fla. Stat. § 517.211(7), and grant him such other and further relief as the Court deems just and proper.

Dated:  July 27, 2025

Respectfully submitted,

/s/ *Dorian Daggs*
Dorian Daggs (Fla. Bar No. 1028485)
Dorian.daggs@squirepb.com
**Squire Patton Boggs (US) LLP**
200 S. Biscayne Boulevard, Ste. 3400
Miami, Florida  33131
(305) 577-7000
(305) 577-7001 (fax)

*Counsel for Defendant Udonis Haslem*