**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In Re: FTX Cryptocurrency Exchange Collapse Litigation | CASE NO. 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Documents Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Paffrath*,<br>No. 1:23-cv-21023-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM<br><br>*Podalsky v. Bankman-Fried*,<br>No. 1: 22-cv-23983-KMM<br><br>*Garrison v. Golden State Warriors*,<br>No. 1:23-cv-23084-KMM<br><br>*Lam v. Bankman-Fried*,<br>No. 1:23-cv-22195-KMM<br><br>*Garrison v. Osaka*,<br>No. 1: 23-cv-23064-KMM<br><br>*Garrison et al. v. Furia Esports LLC et al*,<br>No. 1: 24-cv-20895-RS<br><br>*Garrison v. Lincoln Holdings LLC*,<br>No. 1: 24-cv-00655-JMC<br><br>*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,<br>No. 1:23-cv-24480-JEM | |

> *Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball,*
> No. 1:23-cv-24479-KMM
>
> *Garrison v. Riot Games, Inc.,*
> No. 1:24-cv-21296-KMM
>
> *Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC,*
> No. 23-cv-24478-KMM

## DEFENDANT JASPREET SINGH'S NOTICE OF JOINDER IN S&E DEFENDANTS'MOTION TO DISMISS (ECF NO. 943)

Defendant Jaspreet Singh ("Mr. Singh") hereby gives notice of his Joinder in the S&E Defendants' Motion to Dismiss (the "Motion to Dismiss") [ECF No. 943] filed by Defendants Thomas Brady, Giselle Bùndchen, Lawrence Gene David, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors, LLC, Shohei Ohtani, Naomi Osaka, and Solomid Corporation d/b/a Team Solomid, TSM and/or TSM FTX, Lincoln Holdings, LLC, Furia Esports LLC, Furiagg, Corp., Furia Experience LLC, Mercedes-Benz Grand Prix Limited, Dentsu McGarry Bowen LLC, Wasserman Media Group, LLC, Riot Games, Inc., North America League of Legends Championship Series LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., The MLB Network, LLC, MLB Players, Inc., and The Office of the Commissioner of Baseball (collectively, the "S&E Defendants"). Mr. Singh adopts and incorporates the S&E Defendants' Motion to Dismiss as if fully set forth herein with respect to Mr. Singh.

The Court should also grant the S&E's Motion to extend for all of the reasons set forth therein.

Dated: July 28, 2025         Respectfully submitted,

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**

*/s/ Ronald G. Acho*
Ronald G. Acho
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com
P-23913

*Counsel for Defendant Jaspreet Singh*

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.C.**

/s/ *Michael O. Cummings*
Michael O. Cummings
1185 Avenue of The Americas, 3rd FL.
(212) 547-8810
mcummings@cmda-law.com
N.Y. Bar No. 2701506

*Counsel for Defendant Jaspreet Singh*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

By:     /s/ *Ronald G. Acho*
         Ronald G. Acho