# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No.: 1:23-md-3076-KMM <br><br> MDL No. 3076 |
| THIS DOCUMENT RELATES TO: <br><br> *Garrison v. The Office of The Commissioner of Baseball d/b/a Major League Baseball, et al.*, S.D. Fla. Case No. 1:23-cv-24479 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caroline H. Zalka hereby makes an appearance as counsel of record for Defendant MLB Players, Inc., and directs that all responsive pleadings and papers in the above action be served on the following:

>Caroline H. Zalka
>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, NY 10153
>Tel.: (212) 310-8527
>caroline.zalka@weil.com

|  |  |
|---|---|
| Dated:  July 30, 2025 | **WEIL, GOTSHAL & MANGES LLP**<br><br>By: /s/ *Caroline H. Zalka*<br>Caroline H. Zalka<br>*caroline.zalka@weil.com*<br>Yehudah L. Buchweitz<br>*yehudah.buchweitz@weil.com*<br>Zachary A. Schreiber<br>*zach.schreiber@weil.com*<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel.: (212) 310-8000<br><br> and<br><br>Pravin R. Patel (FBN 0099939)<br>*pravin.patel@weil.com*<br>Alli Katzen (FBN 1024803)<br>*alli.katzen@weil.com*<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131-3368<br>Tel.: (305) 577-3100<br><br>*Counsel for Defendant MLB Players, Inc.* |