UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-MD-3076-Moore

In re:

FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/



CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Sean Howell_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Sean Howell
State Bar Number  315967
Firm Name  Gibson Dunn & Crutcher LLP
Mailing Address  1 Embarcadero Center, Ste. 2600, San Francisco, CA  94111-3715
Telephone Number  415-393-8200
Email Address  showell@gibsondunn.com

Attorney Signature: ____[signature]____       Date: __July 24, 2025__

# GIBSON DUNN

Sean Howell
Associate Attorney
T: +1 415.393.8355
M: +1 626.818.2744
showell@gibsondunn.com

July 24, 2025

ATTN:  MDL Clerk
Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue
Room 8N09
Miami, FL  33128

Re:    In RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION
       Case No. 1:23-md-03076-KMM

Dear Mr. Ferguson:

Please find enclosed a Certificate of Understanding for the above captioned case.  If you have any further questions or comments, please do not hesitate to contact me.

Yours truly,

Sean Howell
Associate Attorney

SH/blc

109255932.1

**Gibson, Dunn & Crutcher LLP**
One Embarcadero Center Suite 2600  |  San Francisco, CA 94111-3715  |  T: 415.393.8200  |  F: 415.393.8306  |  gibsondunn.com

# GIBSON DUNN

**Gibson, Dunn & Crutcher LLP**
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715

SAN FRANCISCO CA 940
24 JUL 2025 PM
FIRST-CLASS




US POSTAGE
ZIP 94111
02 7H
0006224695
$

ATTN: MDL Clerk
Wlikie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue
Room 8N09
Miami, FL  33128

33128-771699

