UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:
  **PROMOTER AND DIGITAL CREATOR DEFENDANTS**
  /

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs hereby give notice of filing the attached Declaration of Graham D. Penny Regarding Notice Pursuant to Class Action Fairness Act of 2005 dated July 29, 2025 (Exhibit 1) which confirms that Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") has been completed for the proposed settlements with Defendants Shaquille O'Neal, Erika Kullberg, and Creators Agency LLC.

The CAFA Notices were completed: (1) on June 18, 2025, within 10 days of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Shaquille O'Neal [D.E. 928], filed June 9, 2025; and (2) on July 11, 2025, within 10 days of the Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Erika Kullberg and Creators Agency LLC [D.E. 939], filed July 9, 2025.

1

Dated: August 1, 2025,                               Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** ||
|---|---|
| By: /s/ Adam Moskowitz<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com | By: /s/ David Boies<br>David Boies<br>Alex Boies<br>Brooke Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Office: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on August 1, 2025, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam Moskowitz