# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3706
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

**DECLARATION OF GRAHAM D. PENNY REGARDING NOTICE PURSUANT
TO CLASS ACTION FAIRNESS ACT OF 2005**

I, Graham D. Penny, declare as follows:

1.      I am an Assistant Director of JND Legal Administration, LLC ("JND").  JND is a legal administration services provider with its headquarters located in Seattle, Washington.  This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees.

2.      Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), JND was asked to effect notice of the proposed Settlements with Defendants Shaquille O'Neal, Erika Kullberg, and Creators Agency LLC in the above-captioned action.

3.      On June 18, 2025, JND sent by Federal Express or U.S. Mail notice of the settlement with Defendant Shaquille O'Neal to the United States Attorney General and the appropriate State officials.  An example CAFA notice and list of recipients is attached hereto as **Exhibit A**.  JND subsequently confirmed that all of the notices had been delivered.  Copies of the delivery reports are attached hereto as **Exhibit B**.

4.      On July 11, 2025, JND sent by Federal Express or U.S. Mail notice of the settlement with Defendants Erika Kullberg and Creators Agency LLC to the United States Attorney General and the appropriate State officials.  An example CAFA notice and list of recipients is

attached hereto as **<u>Exhibit C</u>**.   JND subsequently confirmed that all of the notices had been delivered.  Copies of the delivery reports are attached hereto as **<u>Exhibit D</u>**.

5.      As of the date of this Declaration, JND has not received any inquiries or objections from any State or Federal officials.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2025, at Totowa, New Jersey.

BY: _____

        GRAHAM D. PENNY

# Exhibit A



June 18, 2025

The Appropriate Federal
and State Officials Identified
in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 in respect of Defendant Shaquille O'Neal, the Settling Defendant in the below-referenced class action ("the Action").  Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Shaquille O'Neal and Provisional Certification of Proposed Settlement Class was filed with the Court on June 9, 2025.  As of the date of this Notice, the Court has not scheduled an approval hearing.

|  |  |
|---|---|
| **Case Name:** | *In Re: FTX Cryptocurrency Exchange Collapse Litigation* |
| **Case Number:** | *1:23-md-03076-KMM* |
| **Jurisdiction:** | *United States District Court for the Southern District of Florida (Miami Division)* |
| **Date filed with Court:** | *June 9, 2025* |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

> **01 - Complaint (Promoters and Digital Creator Defendants).pdf**
> Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 156), filed August 8, 2023
>
> **02 - Corrected Complaint (Promoters and Digital Creator Defendants).pdf**
> [Corrected] Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 179), filed August 11, 2023
>
> **03 - Amended Complaint (Promoters and Digital Creator Defendants).pdf**
> First Amended Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 908), filed May 28, 2025
>
> **04 - Motion for Preliminary Approval.pdf**
> Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Shaquille O'Neal and Provisional Certification of Proposed Settlement Class, filed June 9, 2025, and attaching
>
> 1. **Settlement Agreement**
> 2. **[Proposed] Order Preliminarily Approving Proposed Settlement**

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Plaintiffs' Counsel's representative at:

> Joseph M. Kaye
> The Moskowitz Law Firm
> P.O. Box 653409
> Miami, FL 33175
> Phone: 305-740-1423
> Fax: 786-298-5737
> Email:Joseph@moskowitz-Law.Com

For questions regarding this Notice, please contact JND at:

> JND Class Action Administration
> 1201 2nd Ave, Suite 3400
> Seattle, WA  98101
> Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

**In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Attorney General's Office
501 Washington Ave
Montgomery, AL  36104

Tim Griffin
Office of the Attorney General
101 West Capitol Avenue
Little Rock, AR  72201

Kris Mayes
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004-1545

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102-7004

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801-3520

James Uthmeier
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334-1300

Anne E. Lopez
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813-2903

Brenna Bird
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319-0109

Raúl R. Labrador
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
Office Services
115 South LaSalle, 23rd Floor
Chicago, IL  60603

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Kris W. Kobach
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612-1597

Russell Coleman
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601-3449

Liz Murrill
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA  02108

Anthony G. Brown
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933-1067

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 600
St. Paul, MN  55101-2131

Andrew Bailey
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101-1516

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Austin Knudsen
Office of the Attorney General
Justice Building, Third Fl
215 N. Sanders
Helena, MT  59601-4517

Jeff Jackson
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Drew H. Wrigley
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

Mike Hilgers
Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE  68508

John Formella
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH  03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ  08611

Raúl Torrez
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM  87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV  89701-4717

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY  10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH  43215-3414

Gentner Drummond
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK  73105-3207

Dan Rayfield
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR  97301-4096

Dave Sunday
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA  17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI  02903-2907

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC  29201

Marty Jackley
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501-8501

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN  37219

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Derek Brown
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

Charity R. Clark
Attorney General's Office
109 State St.
Montpelier, VT  05609-1001

Nick Brown
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501-2283

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707-7857

J.B. McCuskey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305-0029

Ryan Schelhaas
Office of the Attorney General
109 State Capitol
200 W 24th St Rm W109
Cheyenne, WY  82002-3642

Brian Schwalb
Office of the Attorney General
400 6th St NW
Washington, DC  20001

Pam Bondi
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0001

Gwen Tauiliili-Langkilde
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

Douglas B. Moylan
Office of the Attorney General
134 W. Soledad Avenue
4th Floor, Suite 412
Hagatna, GU  96910

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950-8907

Héctor L. Siaca Flores
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

Gordon Rhea
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802-5749

Leonito Bacalando, Jr.
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Bernard Adiniwin, Attorney General
C/O Marshall Islands Embassy
2433 Massachusetts Ave NW
Washington, DC  20008

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96940

# Exhibit B





FedEx® Tracking

# Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 390086129644 | 6/18/25 | Seattle, WA | Anchorage, AK | ✅ Delivered | 6/20/25 1:06 PM | | FedEx Express |
| 390086126998 | 6/18/25 | Seattle, WA | Montgomery, AL | ✅ Delivered | 6/20/25 12:49 PM | | FedEx Express |
| 390086128340 | 6/18/25 | Seattle, WA | Little Rock, AR | ✅ Delivered | 6/19/25 12:20 PM | | FedEx Express |
| 390086102670 | 6/18/25 | Seattle, WA | Phoenix, AZ | ✅ Delivered | 6/20/25 9:15 AM | | FedEx Express |
| 390086070822 | 6/18/25 | Seattle, WA | San Francisco, CA | ✅ Delivered | 6/20/25 2:04 PM | | FedEx Express |
| 390086119172 | 6/18/25 | Seattle, WA | Denver, CO | ✅ Delivered | 6/20/25 10:15 AM | | FedEx Express |
| 390086133875 | 6/18/25 | Seattle, WA | Hartford, CT | ✅ Delivered | 6/20/25 9:47 AM | | FedEx Express |
| 390086098880 | 6/18/25 | Seattle, WA | Wilmington, DE | ✅ Delivered | 6/20/25 11:13 AM | | FedEx Express |
| 390086091625 | 6/18/25 | Seattle, WA | Tallahassee, FL | ✅ Delivered | 6/19/25 9:33 AM | | FedEx Express |
| 390086075294 | 6/18/25 | Seattle, WA | Atlanta, GA | ✅ Delivered | 6/20/25 9:12 AM | | FedEx Express |
| 390086228890 | 6/18/25 | Seattle, WA | Honolulu, HI | ✅ Delivered | 6/19/25 1:27 PM | | FedEx Express |
| 390086068373 | 6/18/25 | Seattle, WA | Des Moines, IA | ✅ Delivered | 6/20/25 12:52 PM | | FedEx Express |
| 390086120691 | 6/18/25 | Seattle, WA | Boise, ID | ✅ Delivered | 6/20/25 10:17 AM | | FedEx Express |

 

| 390086107179 | 6/18/25 | Seattle, WA | Chicago, IL | ✅ Delivered | 6/20/25 10:11 AM | FedEx Express |
| 390086130372 | 6/18/25 | Seattle, WA | Indianapolis, IN | ✅ Delivered | 6/19/25 9:45 AM | FedEx Express |
| 390086105728 | 6/18/25 | Seattle, WA | Topeka, KS | ✅ Delivered | 6/20/25 9:20 AM | FedEx Express |
| 390086123554 | 6/18/25 | Seattle, WA | Frankfort, KY | ✅ Delivered | 6/20/25 10:12 AM | FedEx Express |
| 390086108988 | 6/18/25 | Seattle, WA | Baton Rouge, LA | ✅ Delivered | 6/20/25 10:17 AM | FedEx Express |
| 390086071005 | 6/18/25 | Seattle, WA | Boston, MA | ✅ Delivered | 6/20/25 9:33 AM | FedEx Express |
| 390086064676 | 6/18/25 | Seattle, WA | Baltimore, MD | ✅ Delivered | 6/20/25 9:22 AM | FedEx Express |
| 390086060497 | 6/18/25 | Seattle, WA | Augusta, ME | ✅ Delivered | 6/20/25 9:55 AM | FedEx Express |
| 390086079510 | 6/18/25 | Seattle, WA | Lansing, MI | ✅ Delivered | 6/20/25 9:40 AM | FedEx Express |
| 390086100943 | 6/18/25 | Seattle, WA | Saint Paul, MN | ✅ Delivered | 6/19/25 8:48 AM | FedEx Express |
| 390086064518 | 6/18/25 | Seattle, WA | Jefferson City, MO | ✅ Delivered | 6/20/25 9:25 AM | FedEx Express |
| 390086109057 | 6/18/25 | Seattle, WA | Jackson, MS | ✅ Delivered | 6/19/25 10:05 AM | FedEx Express |
| 390086067550 | 6/18/25 | Seattle, WA | Helena, MT | ✅ Delivered | 6/19/25 11:25 AM | FedEx Express |
| 390086095182 | 6/18/25 | Seattle, WA | Raleigh, NC | ✅ Delivered | 6/19/25 11:15 AM | FedEx Express |
| 390086085788 | 6/18/25 | Seattle, WA | Bismarck, ND | ✅ Delivered | 6/19/25 12:22 PM | FedEx Express |
| 390086113200 | 6/18/25 | Seattle, WA | Lincoln, NE | ✅ Delivered | 6/20/25 11:25 AM | FedEx Express |

                                                        

| 390086097038 | 6/18/25 | Seattle, WA | Concord, NH | ✅ Delivered | 6/19/25 9:10 AM | FedEx Express |
| 390086111790 | 6/18/25 | Seattle, WA | Trenton, NJ | ✅ Delivered | 6/19/25 9:29 AM | FedEx Express |
| 390086122959 | 6/18/25 | Seattle, WA | Santa Fe, NM | ✅ Delivered | 6/20/25 11:52 AM | FedEx Express |
| 390086059081 | 6/18/25 | Seattle, WA | Carson City, NV | ✅ Delivered | 6/20/25 9:29 AM | FedEx Express |
| 390086074129 | 6/18/25 | Seattle, WA | New York, NY | ✅ Delivered | 6/20/25 8:38 AM | FedEx Express |
| 390086083097 | 6/18/25 | Seattle, WA | Columbus, OH | ✅ Delivered | 6/20/25 8:47 AM | FedEx Express |
| 390086087508 | 6/18/25 | Seattle, WA | Oklahoma City, OK | ✅ Delivered | 6/20/25 1:25 PM | FedEx Express |
| 390086077790 | 6/18/25 | Seattle, WA | Salem, OR | ✅ Delivered | 6/20/25 10:47 AM | FedEx Express |
| 390086081278 | 6/18/25 | Seattle, WA | Harrisburg, PA | ✅ Delivered | 6/20/25 10:13 AM | FedEx Express |
| 390086117272 | 6/18/25 | Seattle, WA | Providence, RI | ✅ Delivered | 6/20/25 8:46 AM | FedEx Express |
| 390086061200 | 6/18/25 | Seattle, WA | Columbia, SC | ✅ Delivered | 6/19/25 10:56 AM | FedEx Express |
| 390086109594 | 6/18/25 | Seattle, WA | Pierre, SD | ✅ Delivered | 6/20/25 9:01 AM | FedEx Express |
| 390086097987 | 6/18/25 | Seattle, WA | Nashville, TN | ✅ Delivered | 6/20/25 10:52 AM | FedEx Express |
| 390086102523 | 6/18/25 | Seattle, WA | Austin, TX | ✅ Delivered | 6/19/25 10:05 AM | FedEx Express |
| 390086083454 | 6/18/25 | Seattle, WA | Salt Lake City, UT | ✅ Delivered | 6/19/25 12:05 PM | FedEx Express |
| 390086093569 | 6/18/25 | Seattle, WA | Richmond, VA | ✅ Delivered | 6/20/25 9:59 AM | FedEx Express |

 

| 390086075386 | 6/18/25 | Seattle, WA | Montpelier, VT | ✅ **Delivered** | 6/19/25 11:04 AM | FedEx Express |
| 390086115372 | 6/18/25 | Seattle, WA | Olympia, WA | ✅ **Delivered** | 6/20/25 10:07 AM | FedEx Express |
| 390086088765 | 6/18/25 | Seattle, WA | Charleston, WV | ✅ **Delivered** | 6/19/25 9:42 AM | FedEx Express |
| 390086125822 | 6/18/25 | Seattle, WA | Cheyenne, WY | ✅ **Delivered** | 6/19/25 3:01 PM | FedEx Express |
| 390086595429 | 6/18/25 | Seattle, WA | Washington, DC | ✅ **Delivered** | 6/20/25 8:56 AM | FedEx Express |
| 390086597627 | 6/18/25 | Seattle, WA | Washington, DC | ✅ **Delivered** | 6/20/25 10:26 AM | FedEx Express |
| 882097036197 | 6/18/25 | SEATTLE, WA | HAGATNA | ✅ **Delivered** | 6/24/25 8:32 AM | FedEx Express |
| 882097130835 | 6/18/25 | SEATTLE, WA | SAIPAN | ✅ **Delivered** | 6/26/25 8:14 AM | FedEx Express |
| 390086982290 | 6/18/25 | SEATTLE, WA | SAN JUAN, PR | ✅ **Delivered** | 6/20/25 1:47 PM | FedEx Express |
| 882097206899 | 6/18/25 | SEATTLE, WA | ST. THOMAS | ✅ **Delivered** | 6/20/25 4:52 PM | FedEx Express |
| 882097299750 | 6/18/25 | SEATTLE, WA | POHNPEI STATE | ✅ **Delivered** | 6/28/25 10:30 AM | FedEx Express |
| 882097371532 | 6/18/25 | SEATTLE, WA | KOROR | ✅ **Delivered** | 6/30/25 3:42 PM | FedEx Express |

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY …

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove ✕**

## 9470109105156140850790

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

**FRIDAY**

**20** June 2025 ⓘ  |  by **6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 9:04 am on June 21, 2025 in MADISON, WI 53707.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**

MADISON, WI 53707
June 21, 2025, 9:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                              ⌄

---

**Proof of Delivery**                                                 ⌄

---

Feedback

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY …

# USPS Tracking®

FAQs ❯

**Tracking Number:**

Remove ✕

## 94701091051156140854088

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

## SATURDAY

# 21
June
2025 ⓘ

by
## 6:00pm ⓘ

Your item has been delivered and is available at a PO Box at 5:59 am on June 24, 2025 in PAGO PAGO, AS 96799.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**

PAGO PAGO, AS 96799
June 24, 2025, 5:59 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**Proof of Delivery**                                    ⌄

Feedback


ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY …

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 94701091051561408050615

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

### FRIDAY
# 20
June 2025 ⓘ

by
## 6:00pm ⓘ

Your item was delivered in or at the mailbox at 1:35 pm on June 23, 2025 in WASHINGTON, DC 20008.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, In/At Mailbox**
WASHINGTON, DC 20008
June 23, 2025, 1:35 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                               ⌄

Proof of Delivery                                                       ⌄

USPS Tracking Plus®                                                 ⌄

Feedback

# Exhibit C

JND LEGAL ADMINISTRATION

July 11, 2025

The Appropriate Federal
and State Officials Identified
in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 in respect of Defendants Erika Kullberg and Creators Agency LLC, the Settling Defendants in the below-referenced class action ("the Action").  Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Erika Kullberg and Creators Agency LLC and Provisional Certification of Proposed Settlement Class was filed with the Court on July 9, 2025.  As of the date of this Notice, the Court has not scheduled an approval hearing.

| | |
|---|---|
| **Case Name:** | *In Re: FTX Cryptocurrency Exchange Collapse Litigation* |
| **Case Number:** | *1:23-md-03076-KMM* |
| **Jurisdiction:** | *United States District Court for the Southern District of Florida (Miami Division)* |
| **Date filed with Court:** | *July 9, 2025* |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Complaint (Promoters and Digital Creator Defendants).pdf**
Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 156), filed August 8, 2023

**02 - Corrected Complaint (Promoters and Digital Creator Defendants).pdf**
[Corrected] Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 179), filed August 11, 2023

**03 - Amended Complaint (Promoters and Digital Creator Defendants).pdf**
First Amended Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 908), filed May 28, 2025

**04 - Motion for Preliminary Approval (Kullberg etc).pdf**
Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Erika Kullberg and Creators Agency LLC and Provisional Certification of Proposed Settlement Class (ECF 939), filed July 9, 2025, and attaching

1. Settlement Agreement
2. [Proposed] Order Preliminarily Approving Proposed Settlement

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Plaintiffs' Counsel's representative at:

Joseph M. Kaye
The Moskowitz Law Firm
P.O. Box 653409
Miami, FL 33175
Phone: 305-740-1423
Fax: 786-298-5737
Email:Joseph@moskowitz-Law.Com

For questions regarding this Notice, please contact JND at:

JND Class Action Administration
1201 2nd Ave, Suite 3400
Seattle, WA  98101
Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)
CAFA Notice – Attachment A – Service List

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Attorney General's Office
501 Washington Ave
Montgomery, AL  36104

Tim Griffin
Office of the Attorney General
101 West Capitol Avenue
Little Rock, AR  72201

Kris Mayes
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004-1545

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102-7004

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801-3520

James Uthmeier
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334-1300

Anne E. Lopez
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813-2903

Brenna Bird
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319-0109

Raúl R. Labrador
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
Office Services
115 South LaSalle, 23rd Floor
Chicago, IL  60603

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Kris W. Kobach
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612-1597

Russell Coleman
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601-3449

Liz Murrill
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA  02108

Anthony G. Brown
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933-1067

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 600
St. Paul, MN  55101-2131

Andrew Bailey
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101-1516

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Austin Knudsen
Office of the Attorney General
Justice Building, Third Fl
215 N. Sanders
Helena, MT  59601-4517

Jeff Jackson
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Drew H. Wrigley
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

Mike Hilgers
Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68508

John Formella
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ 08611

Raúl Torrez
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701-4717

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY 10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215-3414

Gentner Drummond
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105-3207

Dan Rayfield
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR 97301-4096

Dave Sunday
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI 02903-2907

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201

Marty Jackley
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501-8501

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN 37219

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Derek Brown
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

Charity R. Clark
Attorney General's Office
109 State St.
Montpelier, VT  05609-1001

Nick Brown
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501-2283

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707-7857

J.B. McCuskey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305-0029

Keith Kautz
Office of the Attorney General
109 State Capitol
200 W 24th St Rm W109
Cheyenne, WY  82002-3642

Brian Schwalb
Office of the Attorney General
400 6th St NW
Washington, DC  20001

Pam Bondi
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0001

Gwen Tauiliili-Langkilde
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

Douglas B. Moylan
Office of the Attorney General
134 W. Soledad Avenue
4th Floor, Suite 412
Hagatna, GU  96910

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950-8907

Lourdes Lynnette Gómez Torres
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

Gordon Rhea
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802-5749

Leonito Bacalando, Jr.
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Bernard Adiniwin, Attorney General
C/O Marshall Islands Embassy
2433 Massachusetts Ave NW
Washington, DC  20008

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96940

# Exhibit D





FedEx® Tracking

# Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 390895269327 | 7/11/25 | Seattle, WA | Anchorage, AK | ✅ Delivered | 7/14/25 12:50 PM | | FedEx Express |
| 390895265354 | 7/11/25 | Seattle, WA | Montgomery, AL | ✅ Delivered | 7/14/25 11:26 AM | | FedEx Express |
| 390895265777 | 7/11/25 | Seattle, WA | Little Rock, AR | ✅ Delivered | 7/14/25 10:18 AM | | FedEx Express |
| 390895238740 | 7/11/25 | Seattle, WA | Phoenix, AZ | ✅ Delivered | 7/14/25 12:32 PM | | FedEx Express |
| 390895201239 | 7/11/25 | Seattle, WA | San Francisco, CA | ✅ Delivered | 7/14/25 12:51 PM | | FedEx Express |
| 390895257562 | 7/11/25 | Seattle, WA | Denver, CO | ✅ Delivered | 7/14/25 10:04 AM | | FedEx Express |
| 390895271810 | 7/11/25 | Seattle, WA | Hartford, CT | ✅ Delivered | 7/14/25 9:27 AM | | FedEx Express |
| 390895229242 | 7/11/25 | Seattle, WA | Wilmington, DE | ✅ Delivered | 7/14/25 9:35 AM | | FedEx Express |
| 390895224582 | 7/11/25 | Seattle, WA | Tallahassee, FL | ✅ Delivered | 7/14/25 9:35 AM | | FedEx Express |
| 390895208678 | 7/11/25 | Seattle, WA | Atlanta, GA | ✅ Delivered | 7/14/25 9:04 AM | | FedEx Express |
| 390895476563 | 7/11/25 | Seattle, WA | Honolulu, HI | ✅ Delivered | 7/14/25 11:22 AM | | FedEx Express |
| 390895196887 | 7/11/25 | Seattle, WA | Des Moines, IA | ✅ Delivered | 7/14/25 3:18 PM | | FedEx Express |
| 390895259760 | 7/11/25 | Seattle, WA | Boise, ID | ✅ Delivered | 7/14/25 10:39 AM | | FedEx Express |

 

| 390895240085 | 7/11/25 | Seattle, WA | Chicago, IL | ✓ Delivered | 7/14/25 11:52 AM | FedEx Express |
|---|---|---|---|---|---|---|
| 390895267298 | 7/11/25 | Seattle, WA | Indianapolis, IN | ✓ Delivered | 7/14/25 9:56 AM | FedEx Express |
| 390895239450 | 7/11/25 | Seattle, WA | Topeka, KS | ✓ Delivered | 7/14/25 9:15 AM | FedEx Express |
| 390895263053 | 7/11/25 | Seattle, WA | Frankfort, KY | ✓ Delivered | 7/14/25 10:21 AM | FedEx Express |
| 390895244139 | 7/11/25 | Seattle, WA | Baton Rouge, LA | ✓ Delivered | 7/14/25 10:06 AM | FedEx Express |
| 390895201880 | 7/11/25 | Seattle, WA | Boston, MA | ✓ Delivered | 7/14/25 9:42 AM | FedEx Express |
| 390895193991 | 7/11/25 | Seattle, WA | Baltimore, MD | ✓ Delivered | 7/14/25 9:19 AM | FedEx Express |
| 390895189484 | 7/11/25 | Seattle, WA | Augusta, ME | ✓ Delivered | 7/14/25 9:45 AM | FedEx Express |
| 390895213975 | 7/11/25 | Seattle, WA | Lansing, MI | ✓ Delivered | 7/14/25 10:05 AM | FedEx Express |
| 390895232890 | 7/11/25 | Seattle, WA | Saint Paul, MN | ✓ Delivered | 7/14/25 8:54 AM | FedEx Express |
| 390895191922 | 7/11/25 | Seattle, WA | Jefferson City, MO | ✓ Delivered | 7/14/25 8:51 AM | FedEx Express |
| 390895246131 | 7/11/25 | Seattle, WA | Jackson, MS | ✓ Delivered | 7/14/25 9:51 AM | FedEx Express |
| 390895190499 | 7/11/25 | Seattle, WA | Helena, MT | ✓ Delivered | 7/14/25 9:35 AM | FedEx Express |
| 390895227386 | 7/11/25 | Seattle, WA | Raleigh, NC | ✓ Delivered | 7/14/25 12:32 PM | FedEx Express |
| 390895219090 | 7/11/25 | Seattle, WA | Bismarck, ND | ✓ Delivered | 7/14/25 11:52 AM | FedEx Express |
| 390895249277 | 7/11/25 | Seattle, WA | Lincoln, NE | ✓ Delivered | 7/14/25 9:05 AM | FedEx Express |

 

| 390895228198 | 7/11/25 | Seattle, WA | Concord, NH | ✓ Delivered | 7/14/25 1:36 PM | FedEx Express |
|---|---|---|---|---|---|---|
| 390895247002 | 7/11/25 | Seattle, WA | Trenton, NJ | ✓ Delivered | 7/14/25 9:02 AM | FedEx Express |
| 390895261782 | 7/11/25 | Seattle, WA | Santa Fe, NM | ✓ Delivered | 7/14/25 8:48 AM | FedEx Express |
| 390895187529 | 7/11/25 | Seattle, WA | Carson City, NV | ✓ Delivered | 7/14/25 11:44 AM | FedEx Express |
| 390895204065 | 7/11/25 | Seattle, WA | New York, NY | ✓ Delivered | 7/14/25 8:27 AM | FedEx Express |
| 390895217227 | 7/11/25 | Seattle, WA | Columbus, OH | ✓ Delivered | 7/14/25 10:25 AM | FedEx Express |
| 390895220944 | 7/11/25 | Seattle, WA | Oklahoma City, OK | ✓ Delivered | 7/14/25 12:47 PM | FedEx Express |
| 390895210862 | 7/11/25 | Seattle, WA | Salem, OR | ✓ Delivered | 7/14/25 9:04 AM | FedEx Express |
| 390895214754 | 7/11/25 | Seattle, WA | Harrisburg, PA | ✓ Delivered | 7/14/25 9:58 AM | FedEx Express |
| 390895254975 | 7/11/25 | Seattle, WA | Providence, RI | ✓ Delivered | 7/14/25 1:48 PM | FedEx Express |
| 390895190694 | 7/11/25 | Seattle, WA | Columbia, SC | ✓ Delivered | 7/14/25 11:08 AM | FedEx Express |
| 390895247609 | 7/11/25 | Seattle, WA | Pierre, SD | ✓ Delivered | 7/14/25 8:51 AM | FedEx Express |
| 390895230670 | 7/11/25 | Seattle, WA | Nashville, TN | ✓ Delivered | 7/14/25 10:12 AM | FedEx Express |
| 390895238269 | 7/11/25 | Seattle, WA | Austin, TX | ✓ Delivered | 7/14/25 10:05 AM | FedEx Express |
| 390895215110 | 7/11/25 | Seattle, WA | Salt Lake City, UT | ✓ Delivered | 7/14/25 10:08 AM | FedEx Express |
| 390895222101 | 7/11/25 | Seattle, WA | Richmond, VA | ✓ Delivered | 7/14/25 9:16 AM | FedEx Express |

 

| 390895206447 | 7/11/25 | Seattle, WA | Montpelier, VT | ✅ **Delivered** | 7/14/25 10:57 AM | FedEx Express |
| 390895252755 | 7/11/25 | Seattle, WA | Olympia, WA | ✅ **Delivered** | 7/14/25 10:23 AM | FedEx Express |
| 390895222237 | 7/11/25 | Seattle, WA | Charleston, WV | ✅ **Delivered** | 7/14/25 9:21 AM | FedEx Express |
| 390895234311 | 7/11/25 | Seattle, WA | Cheyenne, WY | ✅ **Delivered** | 7/14/25 2:32 PM | FedEx Express |
| 390895198743 | 7/11/25 | Seattle, WA | Washington, DC | ✅ **Delivered** | 7/14/25 9:46 AM | FedEx Express |
| 390895254335 | 7/11/25 | Seattle, WA | Washington, DC | ✅ **Delivered** | 7/14/25 10:08 AM | FedEx Express |
| 882680440310 | 7/11/25 | SEATTLE, WA | HAGATNA | ✅ **Delivered** | 7/14/25 1:30 PM | FedEx Express |
| 882680513742 | 7/11/25 | SEATTLE, WA | SAIPAN | ✅ **Delivered** | 7/17/25 1:20 PM | FedEx Express |
| 882680585307 | 7/11/25 | SEATTLE, WA | SAN JUAN, PR | ✅ **Delivered** | 7/14/25 2:31 PM | FedEx Express |
| 882680627259 | 7/11/25 | SEATTLE, WA | ST. THOMAS | ✅ **Delivered** | 7/14/25 2:58 PM | FedEx Express |
| 882680684509 | 7/11/25 | SEATTLE, WA | POHNPEI STATE | ✅ **Delivered** | 7/29/25 12:10 PM | FedEx Express |
| 882680739130 | 7/11/25 | SEATTLE, WA | KOROR | ✅ **Delivered** | 7/15/25 2:33 PM | FedEx Express |

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY …

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 94701401051560001887 07

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

## SATURDAY
## 12 July 2025 ⓘ
by
## 6:00pm ⓘ

Your item has been delivered and is available at a PO Box at 9:37 am on July 12, 2025 in MADISON, WI 53708.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, PO Box**

MADISON, WI 53708
July 12, 2025, 9:37 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                   ⌄

Proof of Delivery                                                      ⌄

Feedback

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY …

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9470140105156000188752

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

## MONDAY
## 14 July 2025 ⓘ

by
## 6:00pm ⓘ

Feedback

Your item has been delivered and is available at a PO Box at 2:39 am on July 18, 2025 in PAGO PAGO, AS 96799.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**
PAGO PAGO, AS 96799
July 18, 2025, 2:39 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** 

**Proof of Delivery** 

**ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY …**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 94701401051560001887 76

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

### SATURDAY

# 12 July 2025 ⓘ

by

## 6:00pm ⓘ

Your item was delivered in or at the mailbox at 3:46 pm on July 14, 2025 in WASHINGTON, DC 20008.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, In/At Mailbox**

WASHINGTON, DC 20008
July 14, 2025, 3:46 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| Proof of Delivery | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

Feedback