**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried*,<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Paffrath*,<br>No. 1:23-cv-21023-KMM<br><br>*Norris v. Brady*,<br>No. 23-cv-20439-KMM<br><br>*Podalsky v. Bankman-Fried*<br>No. 1:22-cv-23983-KMM<br><br>*Garrison v. Golden State Warriors*,<br>No. 1:23-cv-23084-KMM<br><br>*Lam v. Bankman-Fried*,<br>No. 1:23-cv-22195-KMM<br><br>*Garrison v. Osaka*,<br>No. 1:23-cv-23064-KMM<br><br>*Garrison et al. v. Furia Esports LLC et al.*,<br>No. 1:24-cv-20895-RS<br><br>*Garrison et al. v. Lincoln Holdings LLC*,<br>No. 1:24-cv-00655-JMC<br><br>*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,<br>No. 1:23-cv-24480-JEM<br><br>*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,<br>No. 1:23-cv-24479-KMM* | |

1

*Garrison v. Riot Games, Inc.*,
No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC
and Dentsu McGarry Bowen LLC,*
No. 23-cv-24478-KMM

## NOTICE OF CHANGE OF LAW FIRM NAME

Pursuant to Local Rule 11.1(g), please take notice that effective August 1, 2025, McDermott Will & Emery LLP, counsel for Defendant Stephen Curry in the above captioned case, has changed its name to the following:

### McDERMOTT WILL & SCHULTE LLP

McDermott Will & Schulte LLP will continue to represent Defendant Stephen Curry in the above captioned case. All phone numbers, fax numbers, email addresses, and the mailing address for the firm remain the same.

Dated: August 2, 2025

Respectfully submitted,

By: */s/ Hayden Putre*

**McDERMOTT WILL & SCHULTE LLP**
Nathan Bull (Fla. Bar No. 1029523)
 nbull@mwe.com
Hayden Putre (Fla. Bar No. 1054794)
 hputre@mwe.com
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

**McDERMOTT WILL & SCHULTE LLP**
Jason D. Strabo (*pro hac vice*)
 jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

2

**McDERMOTT WILL & SCHULTE LLP**
Sarah P. Hogarth (*pro hac vice*)
 *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **August 2, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to counsel or parties authorized to receive electronic filings in this case.

*/s/ Hayden Putre*