**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |
| | MDL No. 3076 |

This Document Relates To:

*Garrison v. Bankman-Fried*,
No. 22-cv-23753-KMM

*Garrison v. Paffrath*,
No. 1:23-cv-21023-KMM

*Norris v. Brady*,
No. 23-cv-20439-KMM

*Podalsky v. Bankman-Fried*
No. 1:22-cv-23983-KMM

*Garrison v. Golden State Warriors*,
No. 1:23-cv-23084-KMM

*Lam v. Bankman-Fried*,
No. 1:23-cv-22195-KMM

*Garrison v. Osaka*,
No. 1:23-cv-23064-KMM

*Garrison et al. v. Furia Esports LLC et al.*,
No. 1:24-cv-20895-RS

*Garrison et al. v. Lincoln Holdings LLC*,
No. 1:24-cv-00655-JMC

*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,
No. 1:23-cv-24480-JEM

*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,
No. 1:23-cv-24479-KMM

*Garrison v. Riot Games, Inc.*,

No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC*
*and Dentsu McGarry Bowen LLC,*
No. 23-cv-24478-KMM

## NOTICE OF CHANGE OF LAW FIRM NAME

Pursuant to Local Rule 11.1(g), co-counsel for Plaintiffs hereby provides notice that Mark

Migdal & Hayden has changed its name to Mark Ferrer & Hayden, PLLC.   The undersigned

attorneys designate the following email addresses for the electronic service of documents:

**Jose Ferrer, Esq.**
Primary Email: jose@mfh.law
Secondary Email: eservice@mfh.law, kristine@mfh.law

**Desiree Fernandez, Esq.**
Primary Email: desiree@mfh.law
Secondary Email: eservice@mfh.law

Dated: August 5, 2025

Respectfully submitted,

**MARK FERRER & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/Jose M. Ferrer*
José M. Ferrer, Esq.
Florida Bar No. 173746
jose@mfh.law
Desiree Fernandez, Esq.
Florida Bar No. 119518
desiree@mfh.law
eservice@mfh.law

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk through the CM/ECF portal which will send electronic notification of the above filing to all registered users.

*/s Jose M. Ferrer*
Jose M. Ferrer

2