UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*O'Keefe v. Sequoia Capital Operations, LLC et al.*, No. 1:23-cv-20700<br><br>*Rabbitte et al. v. SkyBridge Capital II, LLC et al.*, No. 1:23-cv-22949<br><br>*Rabbitte et al. v. K5 Global Advisor, LLC et al.*, No. 1:23-cv-23213<br><br>*O'Keefe v. Tiger Global Management, LLC*, No. 1:23-cv-23047 | |

**NOTICE OF CHANGE OF LAW FIRM NAME**

Pursuant to Local Rule 11.1(g), please take notice that effective August 1, 2025, Schulte Roth & Zabel LLP, counsel for Defendant Tiger Global Management, LLC in the above-captioned case, has changed its name to the following:

**MCDERMOTT WILL & SCHULTE LLP**

McDermott Will & Schulte LLP will continue to represent Defendant Tiger Global Management, LLC in the above-captioned case. All phone numbers, fax numbers, email addresses, and mailing addresses for the firm remain the same.

Dated: August 6, 2025

Respectfully submitted,

By: */s/ George H. Rowe*

**McDERMOTT WILL & SCHULTE LLP**
Peter H. White (*pro hac vice*)
 *pete.white@srz.com*
Jeffrey F. Robertson (*pro hac vice*)
 *jeffrey.robertson@srz.com*
555 13th Street, NW, Suite 6W
Washington, DC 20004
Telephone: 202-729-7470
Facsimile: 202-730-4520

**McDERMOTT WILL & SCHULTE LLP**
George H. Rowe (*pro hac vice*)
 *george.rowe@srz.com*
919 Third Avenue
New York, NY 10022
Telephone: 212-756-2000
Facsimile: 212-593-5955

*Counsel for Defendant Tiger Global Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I filed a true and correct copy with the Clerk of Court via CM/ECF, which will send notice of the same to all counsel and parties of record.

*/s/ George H. Rowe*

*Counsel for Defendant Tiger Global Management LLC*