IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This Document Relates To:

*Garrison v. Bankman-Fried*,
Case No. 22-cv-23753-MOORE/OTAZO-REYES

_____

### NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Attorney Jeffrey E. Marcus files this Notice of Change of Address and Contact Information in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> Marcus Rashbaum Pineiro & Meyers LLP
> One Biscayne Tower
> 2 South Biscayne Boulevard, Suite 2530
> Miami, Florida 33131
> Telephone: (305) 400-4262
> Email: jmarcus@mrpfirm.com

Date: August 11, 2025

Respectfully submitted,

**MARCUS RASHBAUM PINEIRO
& MEYERS LLP**

By: */s/ Jeffrey E. Marcus*
    Jeffrey E. Marcus
    Fla. Bar No. 310890
    jmarcus@mrpfirm.com
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 2530
    Miami, Florida 33131
    Telephone: (305) 400-4262

*Counsel for Defendant Kevin O'Leary*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

By: */s/ Jeffrey E. Marcus*
Jeffrey E. Marcus