UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-md-03076-KMM

In re FTX Cryptocurrency Exchange
Collapse Litigation

_____/

## NOTICE OF CHANGE OF ADDRESS

Brandon S. Floch, Esq., of the law firm Neiman Mays Floch & Almeida, PLLC, under Southern District of Florida Local Rule 11.1(g) and Section 3D of the CM/ECF Administrative Procedures, files this Notice of Change of Address to advise the Court of his current contact information, which is as follows:

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
Mailing address: 100 SE 3rd Avenue, Suite 805, Fort Lauderdale, FL 33394
Email Address: bfloch@nmfalawfirm.com
Telephone number: (305) 434-4943

The undersigned counsel respectfully requests that copies of all future pleadings, orders, and other papers be provided to him at the above mailing or email addresses.

Dated: August 12, 2025

Respectfully submitted,

**NEIMAN MAYS
FLOCH & ALMEIDA, PLLC**

By: **Brandon S. Floch**
Florida Bar No. 125218
bfloch@nmfalawfirm.com

100 SE 3rd Avenue Suite 805
Fort Lauderdale, FL 33394
Telephone: (305) 434-4943

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 12, 2025, I filed this document through CM/ECF, which will cause a Notice of Electronic Filing to be transmitted to all parties and counsel of record.

By: **Brandon S. Floch**
Brandon S. Floch, Esq.