UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-md-03076-KMM

In re FTX Cryptocurrency Exchange
Collapse Litigation

_____/

**NOTICE OF CHANGE OF ADDRESS**

Jeffrey A. Neiman, Esq., of the law firm Neiman Mays Floch & Almeida, PLLC, under Southern District of Florida Local Rule 11.1(g) and Section 3D of the CM/ECF Administrative Procedures, files this Notice of Change of Address to advise the Court of his current contact information, which is as follows:

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
Mailing address: 100 SE 3rd Avenue, Suite 805, Fort Lauderdale, FL 33394
Email Address: jneiman@nmfalawfirm.com
Telephone number: (954) 462-1200

The undersigned counsel respectfully requests that copies of all future pleadings, orders, and other papers be provided to him at the above mailing or email addresses.

Dated: August 14, 2025                    Respectfully submitted,

                                          **NEIMAN MAYS
                                          FLOCH & ALMEIDA, PLLC**
                                          By: Jeffrey A. Neiman
                                          Florida Bar No. 544469
                                          jneiman@nmfalawfirm.com
                                          100 SE 3rd Avenue Suite 805
                                          Fort Lauderdale, FL 33394
                                          Telephone: (954) 462-1200

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 14, 2025, I filed this document through CM/ECF, which will cause a Notice of Electronic Filing to be transmitted to all parties and counsel of record.

By: Jeffrey A. Neiman
Jeffrey A. Neiman, Esq.
