IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

Case No: 1:23-md-03076-KMM

MDL No. 3076

THIS DOCUMENT RELATES TO:

*Garrison v. Bankman-Fried et al*
No. 22-cv-23753-KMM

## NOTICE OF APPEARANCE

Carlos A. Nunez-Vivas, Esq., of the law firm of Waserstein & Nunez, PLLC, 1124 Kane Concourse, Bay Harbor, Florida 33154, hereby gives his Notice of Appearance as counsel for Defendant Gisele Bündchen and requests that all pleadings and other papers filed herein be served upon him.

Date: August 28, 2025.    Respectfully submitted,

/s/Carlos A. Nunez-Vivas
Carlos A. Nunez-Vivas
Florida Bar No. 128181
**Primary Email**: carlos@wnlawgroup.com
**Secondary Emails**: jc@wnlawgroup.com
ma@wnlawgroup.com
WASERSTEIN & NUNEZ, PLLC
*Attorneys for Defendant Gisele Bündchen*
1124 Kane Concourse
Bay Harbor, Florida 33154
Tel: (305) 563-1011

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of electronic filing to all counsel of record.

/s/Carlos A. Nunez-Vivas
Carlos A. Nunez-Vivas