# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

Promoters and Digital Creators
_____/

## PROPOSED ORDER

**THIS CAUSE** came before the Court upon Unopposed Motion for Leave to File Under Seal the unredacted versions of Plaintiffs' First Amended Administrative Class Action Complaint and Demand for Jury Trial (the "Amended Complaint") [ECF No. 908] and Plaintiffs' Opposition to the Promoter Defendants' Motions to Dismiss for Failure to State a Claim or to Compel Arbitration (the "Opposition") [ECF No. 977], and the Court being otherwise fully informed of the premises, it is:

**ORDERED AND ADJUDGED** that said Unopposed Motion is hereby GRANTED and Plaintiffs may file under seal the unredacted versions of the Amended Complaint and the Opposition.

**DONE AND ORDERED** in Chambers in Miami, Florida on this _____ day of August 2025.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATE DISTRICT JUDGE