UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br>All Actions | |

### MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE

Pravin R. Patel hereby moves this Court for an order permitting Zachary A. Schreiber to withdraw as counsel of record for Defendants Shohei Ohtani and MLB Players, Inc. and to remove Mr. Schreiber from the distribution of CM/ECF electronic notifications in this matter. Mr. Schreiber is leaving the law firm of Weil, Gotshal & Manges LLP on October 3, 2025. Copies of all documents and pleadings relating to this litigation should continue to be served on existing counsel of record from Weil, Gotshal & Manges LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of Defendants Shohei Ohtani and MLB Players, Inc. caused by the withdrawal of Mr. Schreiber.

Dated: October 1, 2025

Respectfully submitted,

*/s/ Pravin R. Patel*
Pravin R. Patel
pravin.patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue
Miami, Florida 33131

*Counsel for Defendants Shohei Ohtani and MLB Players, Inc.*