# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM <br><br> MDL No. 3076 |
| This Document Relates To: <br> All Actions | |

## [PROPOSED] ORDER

**THIS CAUSE** comes before the Court on Pravin R. Patel's Motion to Withdraw Zachary A. Schreiber as Counsel and request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED.** Accordingly, the Clerk shall terminate Zachary A. Schreiber as counsel for Defendants Shohei Ohtani and MLB Players, Inc., and shall discontinue CM/ECF notice to him in this action.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this ___ day of _____, 2025.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT COURT
JUDGE