UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## MOTION TO WITHDRAW ANNA TERTERYAN AS COUNSEL AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE

Mark McKane hereby moves this Court for an order permitting Anna Terteryan to withdraw as counsel of record for Defendant Thoma Bravo, LP and to remove Ms. Terteryan from the distribution of CM/ECF electronic notifications in this matter. Ms. Terteryan is leaving the law firm of Kirkland & Ellis LLP. Copies of all documents and pleadings relating to this litigation should continue to be served on existing counsel of record from Kirkland & Ellis LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of Defendant Thoma Bravo, LP caused by the withdrawal of Ms. Terteryan.

DATED:  October 7, 2025

Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305) 714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

/s/ *Mark McKane*
Mark McKane (admitted *pro hac vice*)
Stephen Silva (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
mark.mckane@kirkland.com
stephen.silva@kirkland.com

Shayne Henry (*pro hac vice* forthcoming)
**KIRKLAND & ELLIS LLP**
Kirkland & Ellis LLP
401 W. 4th Street
Telephone: (512) 678-9100
shayne.henry@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*