**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO ALL CASES

_____/

**[PROPOSED] ORDER**

      **THIS CAUSE** comes before the Court on the Motion to Withdraw Anna Terteryan as

Counsel and Request for Deletion from CM/ECF Electronic Notification Service (the "Motion").

Being fully advised, it is hereby

      **ORDERED and ADJUDGED** that:

      The Motion is GRANTED.  Accordingly, the Clerk shall terminate Anna Terteryan as

counsel for Defendant Thoma Bravo, LP and shall discontinue CM/ECF notice to her in this

action.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this___ day of October, 2025.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE