| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| | Laurence D. King |
| 2 | Matthew B. George |
| | 1999 Harrison Street, Suite 1501 |
| 3 | Oakland, CA  94612 |
| | Telephone: (415) 772-4700 |
| 4 | Facsimile:  (415) 772-4707 |
| | Email:    *lking@kaplanfox.com* |
| 5 |           *mgeorge@kaplanfox.com* |
| 6 | **KAPLAN FOX & KILSHEIMER LLP** |
| | Frederic S. Fox |
| 7 | Brandon M. Fox |
| | Donald R. Hall, Jr. |
| 8 | Joel B. Strauss |
| | 800 Third Avenue, 38th Floor |
| 9 | New York, NY 10022 |
| | Telephone: (212) 687-1980 |
| 10 | Facsimile:  (212) 687-7714 |
| | Email:    *ffox@kaplanfox.com* |
| 11 |           *bfox@kaplanfox.com* |
| |           *dhall@kaplanfox.com* |
| 12 |           *jstrauss@kaplanfox.com* |
| 13 | *Counsel for Plaintiff Julie Papadakis* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |
| | **NOTICE OF CHANGE OF ADDRESS (SUITE NUMBER ONLY) FOR THE CALIFORNIA OFFICE OF KAPLAN FOX & KILSHEIMER LLP** |
| | Dist. Judge: Hon. K. Michael Moore |
| | Mag. Judge: Hon. Eduardo I. Sanchez |

Case No. 1:23-md-03076-KMM
NOTICE OF CHANGE OF FIRM ADDRESS (SUITE NUMBER ONLY)

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's

3  Oakland office has changed suite numbers, and the address information for California attorneys of

4  record Laurence D. King and Matthew B. George has changed.  The updated address information is:

5  
   Kaplan Fox & Kilsheimer LLP
   1999 Harrison Street, Suite 1501
6  Oakland, CA 94612

7  All other contact information, including the telephone number, facsimile number, and email

8  addresses for attorneys Laurence D. King and Matthew B. George remains the same.

9

10  Respectfully submitted,

11  **KAPLAN FOX & KILSHEIMER LLP**

12  DATED: October 8, 2025    By:  /s/ *Laurence D. King*
   Laurence D. King

13  Laurence D. King
   Matthew B. George
14  1999 Harrison Street, Suite 1501
   Oakland, CA 94612
15  Telephone:  (415) 772-4700
   Facsimile:   (415) 772-4707
16  Email:    lking@kaplanfox.com
           mgeorge@kaplanfox.com
17

18  **KAPLAN FOX & KILSHEIMER LLP**
   Frederic S. Fox
19  Brandon M. Fox
   Donald R. Hall, Jr.
20  Joel B. Strauss
   800 Third Avenue, 38th Floor
21  New York, NY 10022
   Telephone: (212) 687-1980
22  Facsimile:  (212) 687-7714
   Email:    ffox@kaplanfox.com
23           bfox@kaplanfox.com
           dhall@kaplanfox.com
24           jstrauss@kaplanfox.com

25  *Counsel for Plaintiffs Russell Hawkins and Julie Papadakis*

26

27

28