UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
CASE NO. 1:23-MD-03076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**This Document Relates to All Actions**

**JOINT NOTICE OF PROPOSED SETTLEMENT
WITH DEFENDANT PRAGER METIS CPAS, LLC**

      Plaintiffs and Defendant Prager Metis CPAs, LLC (collectively, the "Parties") inform the Court they have reached a proposed resolution of the above-captioned class action.  The Parties are in the process of preparing and finalizing the Settlement Agreement ("Agreement").  Plaintiffs will be filing a motion seeking preliminary approval of the settlement upon the Parties' execution of the Agreement, which the parties expect will be within 90 days.  While the Parties finalize the Agreement, the Parties respectfully request that the Court vacate all deadlines and pending motions for Prager Metis related to the above-captioned matter.

| | |
|---|---|
| Dated: October 9, 2025 | Respectfully submitted, |
| By: /s/ *Adam Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>THE MOSKOWITZ LAW FIRM, PLLC<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br>*Co-Lead Counsel for Plaintiffs* | By: /s/ *David Boies*<br>David Boies<br>Alexander Boies<br>Brooke A. Alexander<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com<br>*Co-Lead Counsel for Plaintiffs* |

/s/ *Ian M. Ross*
Ian M. Ross
Florida Bar No. 91214
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

Bruce R. Braun (pro hac vice)
bbraun@sidley.com
Joanna R. Travalini (pro hac vice)
jtravalini@sidley.com
Tommy Hoyt (pro hac vice)
thoyt@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7050
Fax: (312) 853-7036
*Counsel for Defendant Prager Metis CPAs, LLC*