UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Shayne Henry, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Texas and the Bar of California; I am also admitted to practice in the United States District Courts for the Northern District of Texas, the Eastern District of Arkansas, the Central and Northern Districts of California, and in the United States Court of Appeals for the Ninth Circuit.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Shayne Henry
TX Bar Number: 24134924
Kirkland & Ellis LLP
401 W. 4th Street
Austin, TX 78701
(512) 678-9100
shayne.henry@kirkland.com

Attorney Signature: _____    Date: 10/07/26

# KIRKLAND & ELLIS LLP

Shayne Henry
To Call Writer Directly:
+1 512 355 4363
shayne.henry@kirkland.com

401 West 4th Street
Austin, TX 78701
United States

+1 512 678 9100

www.kirkland.com

Facsimile:
+1 512 678 9101

October 7, 2025

***VIA FEDEX***

MDL Filing Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

   Re: Certificate of Understanding – In Re: FTX Cryptocurrency Exchange
    Collapse Litigation, 1:23-md-03076-KMM

Dear Sir or Madam:

  In accordance with the Paperless Order (Dkt. 55) and Clerk's Notice (Dkt. 57) filed in *In Re: FTX Cryptocurrency Exchange Collapse Litigation*, 1:23-md-03076-KMM, enclosed please find the executed Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida on behalf of myself. I am representing Defendant Thoma Bravo, LP in this matter.

                Sincerely,

                */s/ Shayne Henry*
                Shayne Henry



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.