**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-MD-3076-MOORE/Sanchez

In RE

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____

**This Document Relates to the Auditor Tranche**

**<u>NOTICE OF PENDENCY OF MOTION TO DISMISS</u>**

Defendant Armanino LLP respectfully submits this Notice in an abundance of caution to clarify that its Motion to Dismiss [ECF No. 281] remains pending notwithstanding the apparent settlement reached between Plaintiffs and Defendant Prager Metis CPAs, LLC.

In accordance with the Court's Order [ECF No. 216], Armanino and Prager Metis submitted a Joint Motion to Dismiss Plaintiffs' Complaint against the Auditor Defendants.  While the Motion to Dismiss has been pending, Armanino understands that Plaintiffs and Prager Metis have reached a proposed resolution.  *See* Joint Notice of Proposed Settlement [ECF No. 998].  In their Joint Notice, Plaintiffs and Prager Metis request that the Court "vacate all deadlines and pending motions for Prager Metis."  *Id.*  The Court's Order [ECF No. 1001] addressing the Joint Notice stated that all pending motions as to Prager Metis are denied as moot.  Armanino therefore files this Notice to avoid any doubt and to ensure that the Motion to Dismiss [ECF No. 281] is still treated as pending as it relates to Armanino.

1

Dated: October 22, 2025

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

/s/ Samuel A. Danon
Samuel A. Danon
Florida Bar No. 892671
Email: sdanon@Hunton.com
Tom K. Schulte
Florida Bar No. 1025692
Email: tschulte@Hunton.com
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Tel.: (305) 810-2500

Matthew P. Bosher
Email: mbosher@Hunton.com
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 955-1500

Thomas R. Waskom
Email: twaskom@Hunton.com
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
Email:twaskom@Hunton.com
Tel.: (213) 532-2000

Michael J. Bisceglia
Email: mbisceglia@Hunton.com
Elizabeth K. Brightwell
Email: ebrightwell@Hunton.com
951 E. Byrd Street
Richmond, VA 23219
Tel.: (804) 788-8200

*Attorneys for Defendant Armanino LLP*

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of the foregoing via CM/ECF on October 22, 2025, which will provide notice to all counsel of record.

/s/ Samuel A. Danon

2