**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-md-03076-KMM**

In Re: FTX Cryptocurrency Exchange
Collapse Litigation

_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

Attorney Michael A. Pineiro files this Notice of Change of Address and Contact
Information in the above captioned case. All future pleadings, memoranda, correspondence,
orders, etc., shall be sent to:

Marcus Rashbaum Pineiro & Meyers LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4268
Email: mpineiro@mrpfirm.com

Date: October 23, 2025                    Respectfully submitted,

                                          **MARCUS RASHBAUM PINEIRO**
                                          **& MEYERS LLP**

                                          By: _/s/ Michael A. Pineiro_
                                              Michael A. Pineiro
                                              Fla. Bar No. 41897
                                              mpineiro@mrpfirm.com
                                              2 South Biscayne Boulevard, Suite 2530
                                              Miami, Florida 33131
                                              Telephone: (305) 400-4268

                                              _Counsel for Consol Defendants Kevin_
                                              _O'Leary and Solomid Corporation_

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 23, 2025 a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

By:     <u>*/s/ Michael A. Pineiro*</u>
           *Michael A. Pineiro*