## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### Case No.: 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

_____/

### MOTION TO APPEAR *PRO HAC VICE*,
### CONSENT TO DESIGNATION, AND REQUEST TO
### <u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Petrina A. McDaniel of the law firm of Squire Patton Boggs (US) LLP, 1230 Peachtree Street NE, Suite 2200, Atlanta, Georgia 30309, Telephone: 678-272-3200, for purposes of appearance as co-counsel on behalf of Udonis Haslem in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ms. McDaniel to receive electronic filings in this case, and in support thereof states as follows:

1. Petrina McDaniel is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia Bar, the Georgia Supreme Court, the United States District Court for the Northern and Middle Districts of Georgia, the United States Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Eleventh Circuit.

2. Movant, Dorian Noel Daggs, Esquire, of the law firm of Squire Patton Boggs, 200 South Biscayne Boulevard, Suite 3400, Miami, Florida 33131, Telephone: (305) 577-7000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Petrina A. McDaniel has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Petrina A. McDaniel, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Petrina A. McDaniel at email address: petrina.mcdaniel@squirepb.com.

WHEREFORE, Dorian N. Daggs, Esq., moves this Court to enter an Order for Petrina A. McDaniel to appear before this Court on behalf of Udonis Haslem, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Petrina A. McDaniel.

Date: November 13, 2025.          Respectfully submitted,


                                   /s/ Dorian Daggs
                                   Dorian N. Daggs, Esq.
                                   Florida Bar ID # 1028485
                                   dorian.daggs@squirepb.com
                                   **Squire Patton Boggs (US) LLP**
                                   200 South Biscayne Boulevard, Suite 3400
                                   Miami, Florida 33131
                                   Phone: +1 305 577 7000
                                   Fax: +1 305 577 7001

                                   Attorney for Udonis Haslem

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:23-md-03076-KMM**

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____/

<u>**CERTIFICATION OF PETRINA A. MCDANIEL**</u>

Petrina A. McDaniel, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Georgia Bar, the Georgia Supreme Court, the United States District Court for the Northern and Middle Districts of Georgia, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the Eleventh Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Petrina McDaniel
_____
Petrina A. McDaniel
Georgia Bar No. 141301
petrina.mcdaniel@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street, NE, Suite 2200
Atlanta, Georgia 30309
Tel: 678-272-3200
Fax: 678-272-3211