UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                              CASE NO. 1:23-md-03076-KMM

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____/

**SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Lauren Virginia Humphries and Buchanan Ingersoll & Rooney, PC hereby withdraws as counsel to defendant Dentsu McGarry Bowen LLC, in the above-mentioned matter.

**PLEASE TAKE FURTHER NOTICE** that Mark A. Kornfeld and Fox Rothschild LLP hereby enter an appearance as counsel to defendant Dentsu McGarry Bowen LLC.

Dated: November 17, 2025

| **BUCHANAN, INGERSOLL & ROONEY PC** | **FOX ROTHSCHILD LLP** |
|---|---|
| By: */s/ Lauren V. Humphries* <br> Lauren V. Humphries <br> 401 East Jackson Street <br> Suite 2400 <br> Tampa, FL 33602-5236 <br> Telephone: (813) 222-1141 <br> lauren.humphries@bipc.com | By: */s/ Mark A. Kornfeld* <br> Mark A. Kornfeld <br> One Sarasota Tower <br> 2 North Tamiami Trail, Suite 400 <br> Sarasota, FL 34236 <br> Telephone: (941) 308-2700 <br> mkornfeld@foxrothschild.com <br> gdelacruz@foxrothschild.com |