UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  CASE NO. 1:23-md-03076-KMM

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____/

**NOTICE OF APPEARANCE**

PLEASE NOTE the appearance of ADAM J. LAMB, ESQ., Fox Rothschild LLP, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2750, Miami, Florida 33131, as co-counsel of record for Defendant Dentsu McGarry Bowen LLC in the above-referenced matter. Undersigned counsel requests that all pleadings, correspondence, and other communications filed in these proceedings be served upon or directed to the undersigned counsel.


Date:   November 17, 2025                          Respectfully submitted,


                                                                   */s/ Adam J. Lamb*
                                                                   Adam J. Lamb
                                                                   Fox Rothschild LLP
                                                                   One Biscayne Tower
                                                                   2 South Biscayne Boulevard, Suite 2750
                                                                   Miami, FL 33131
                                                                   Telephone: 305.442-6540
                                                                   Facsimile: 305.442.6541
                                                                   Email:  ALamb@foxrothschild.com

                                                                   *Attorneys for Defendant Dentsu McGarry*
                                                                   *Bowen LLC*

CASE NO. 1:23-md-03076-KMM

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2025, I electronically filed the foregoing document on all counsel of record with the Clerk of the Court using CM/ECF.

By: */s/ Adam J. Lamb*
Adam J. Lamb