UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CASE NO. 1:23-md-03076-KMM

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah Coleman, Esq., from the law firm of Fox Rothschild LLP, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2750, Miami, Florida 33131 hereby enters her appearance as co-counsel for Defendant Dentsu McGarry Bowen LLC. Undersigned counsel requests that all pleadings, correspondence, and other communications filed in these proceedings be served upon or directed to the undersigned counsel.

Date:   November 17, 2025                          Respectfully submitted,

                                                                   */s/ Sarah Coleman*
                                                                   Sarah Coleman
                                                                   secoleman@foxrothschild.com
                                                                   Fox Rothschild LLP
                                                                   One Biscayne Tower
                                                                   2 South Biscayne Boulevard, Suite 2750
                                                                   Miami, FL 33131
                                                                   Telephone: 305.442-6540
                                                                   Facsimile: 305.442.6541

                                                                   *Attorneys for Defendant Dentsu McGarry Bowen LLC*

CASE NO. 1:23-md-03076-KMM

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2025, I electronically filed the foregoing document on all counsel of record with the Clerk of the Court using CM/ECF.


By: */s/ Sarah Coleman*
Sarah Coleman