**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                     CASE NO. 1:23-md-03076-KMM

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____/

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**
**OF COUNSEL FOR DEFENDANT DENTSU MCGARRY BOWEN LLC**

PLEASE TAKE NOTICE that Mark A. Kornfeld, Esq., counsel for Dentsu McGarry Bowen LLC, formerly associated with the firm Buchanan Ingersoll and Rooney PC, has changed firm affiliation. Mr. Kornfeld is now with Fox Rothschild LLP, and, as indicated below, his contact information has changed. All pleadings, correspondence, and any other document or information relating to this case that are directed to Mr. Kornfeld should now be sent to:

    Mark A. Kornfeld
    Fox Rothschild LLP
    One Sarasota Tower
    2 North Tamiami Trail, Suite 400
    Sarasota, FL 34236
    Telephone: (941) 308-2700
    Fax: (941) 308-2701
    E-Mail: mkornfeld@foxrothschild.com
             gdelacruz@foxrothschild.com

Please take notice of this change and update your records accordingly.

Date:   November 18, 2025                    Respectfully submitted,

                                                                             */s/ Mark A. Kornfeld*
Mark A. Kornfeld
Fla. Bar No: 1019233
mkornfeld@foxrothschild.com
Fox Rothschild LLP
One Sarasota Tower
2 North Tamiami Trail, Suite 400
Sarasota, FL 34236
Telephone: 941.308.2700
Facsimile: 941.308.2701

*Attorneys for Defendant Dentsu McGarry Bowen LLC*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2025, I electronically filed the foregoing document on all counsel of record with the Clerk of the Court using CM/ECF.

By: */s/ Mark A. Kornfeld*
Mark A. Kornfeld