UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



CASE NO.: 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE

COLLAPSE LITIGATION

_____/SCHEDULE B

CERTIFICATE OF UNDERSTANDING REGARDING

ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Edward E. Lehman, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of: Illinois (Illinois ARDC #6194489).

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Edward E. Lehman

State Bar Number: Illinois ARDC #6194489

Firm Name: Lehman, Lee & Xu

Mailing Address: Suite 3313, Tower One, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong SAR, People's Republic of China

Telephone Number: (852) 3588-2188

Email Address: elehman@lehmanlaw.com

Attorney Signature: *[signature]* Date: Nov 17, 2025