# EXHIBIT "D"

11/5/25

Dear Ms. Travalini: You may recall that I am one of the attorneys representing plaintiffs in the captioned matter. I am writing as a professional courtesy to advise that my clients intend to formally seek permission from Judge Moore to file a Second Amended Complaint naming two (2) principal partners of your client Prager Metis CPAs personally as additional defendants, Glenn L. Friedman and Lori A. Roth. We would like to make this application to the court as soon as possible but are flexible if you wish to discuss the case with myself (and Edward Lehman of our group) sometime next week before communicating our intention to seek leave from the court. Thank you for your consideration. My cell phone is 973 476 0143.