# EXHIBIT "E"

11/6/25

Subject: Professional Courtesy: Intent to File Second Amended Complaint Naming Armanino Executives (MDL No. 3076)

To:

thomas.waskom@HuntonAK.com

mbisceglia@HuntonAK.com

ebrightwell@HuntonAK.com

mbosher@HuntonAK.com

sdanon@HuntonAK.com

tschulte@HuntonAK.com

Dear Thomas,

You may recall that I am one of the attorneys representing the plaintiffs in the above-captioned matter, In Re: FTX Cryptocurrency Exchange Collapse Litigation (MDL No. 3076) in the U.S. District Court for the Southern District of Florida.

I am writing to you as a professional courtesy to advise you of a forthcoming development in the case. As you are aware, Armanino LLP served as the auditor for FTX US for the 2020 and 2021 periods.

My clients intend to formally seek permission from Judge Moore to file a Second Amended Complaint. This amended pleading will seek to name three principal executives of your client, Armanino LLP, personally as additional defendants:

1. Matt Armanino, identified as the Chief Executive Officer (CEO) and a Managing Partner;

2. Chris Carlberg, identified as the Chief Operating Officer (COO); and

3. John Kogan, identified as the Chief Financial Officer (CFO) and a Partner.

We would like to make this application to the court as soon as is practicable. However, we are flexible and open to discussing the case with you and your team, along with myself and my co-counsel Edward Lehman, sometime this week before formally communicating our intention to seek leave from the court.

Thank you for your professional consideration of this matter. My mobile phone number is (973) 476-0143.

Sincerely,

Anthony Scordo

twaskom@HuntonAK.com

Michael J. Bisceglia mbisceglia@HuntonAK.com

Elizabeth K. Brightwell | Richmond, VA ebrightwell@HuntonAK.com

Work Postal Address: Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219