# EXHIBIT "F"

11/11/25

Dear Tom and Matt,

I write as co-counsel for the Lucky D plaintiffs. Lucky D et al. v. Prager Metis LLP; Armanino LLP was filed in the District of New Jersey as a separate direct action. After the Judicial Panel centralized related FTX matters, we submitted tag-along papers so Lucky D would be coordinated for pretrial in MDL No. 3076 (S.D. Fla., Moore, J.). The case remains a separate individual action within the MDL.

In early February 2023, we conferred regarding service and scheduling, and the parties jointly submitted a short extension/briefing-schedule request to Judge Arleo.  We then exchanged April 2023 correspondence about the JPML process and tag-along procedure. We appreciate the professionalism throughout.

Plaintiffs intend to seek leave to file an amended complaint to add three Armanino LLP executives in their individual and supervisory capacities. The proposed defendants are Matt Armanino, Chris Carlberg, and John Kogan. The amendment expands claims against Armanino LLP in addition to adding these individuals; jurisdiction and venue remain as pled. Allegations will address supervisory/practice-management responsibilities tied to professional-services duties.

Without arguing the merits, the amendment is supported by materials concerning roles and governance during the relevant period. Consistent with S.D. Fla. L.R. 15.1, we will circulate the proposed amended complaint (clean) and a redline for a meaningful conferral.

Pursuant to Fed. R. Civ. P. 15(a)(2), please advise whether Hunton will consent or stipulate to the amendment. If consent is not feasible, we will proceed under S.D. Fla. L.R. 7.1(a)(3) after a short meet-and-confer and are prepared to discuss a reasonable briefing schedule acceptable to all sides.

We can confer for 30 minutes at any of these ET times (alternatives welcome):

Mon., Nov. 10:  6:00–6:30 p.m. ET

Tuesday., Nov. 12: 6:00–6:30 a.m. ET

indly respond by Wednesday, November 12, 2025, at 5:00 p.m. ET with:

i. Your position on consent/stipulation under Rule 15(a)(2);

ii. Whether Hunton represents Messrs. Armanino, Carlberg, and Kogan for this matter; and

iii. Whether Hunton will accept service for them (and, if not, appropriate contact/service details).

If you wish to review the draft amended complaint (clean + redline) in advance of the call, we will circulate it.

Plaintiffs reserve all rights, including under Rule 15(c). This correspondence is for conferral only and does not waive any position or defense.

Sincerely,

Edward LEHMAN