**Anthony Scordo, Esq.**
**Attorney ID NJ 024591987**
**69 E. Saddle River Rd.**
**Saddle River, New Jersey 07458**
**(973) 476-0143**
<u>anthonyscordo@msn.com</u>

**Edward Lehman**
**Attorney ID IL ARDC #6194489**
  *Attorneys for Plaintiff,*

**In Re Cryptocurrency Exchange**
**Collapse Litigation**

_____

| | | |
|---|---|---|
| **Lucky D. et al** : | United States District Court for |
| | | the Southern District of Florida |
| Plaintiffs, : | Case No. 1:23-md-3076-KMM |
| | | MDL No. 3076 |
| : | |
| v. : | Originally venued in the District of |
| | | New Jersey, Civ. No. 23-389 |
| : | |
| **Prager Metis, et. al** | |
| : | CIVIL ACTION |
| Defendants : | ORDER |

_____

   This matter having been brought before this court on motion of Anthony Scordo and Edward Lehman, counsel for plaintiffs Lucky D et. al seeking intervention in the Proposed Settlement of putative class plaintiffs with defendant Prager Metis, LLC and Armanino, LLP and the court having considered the papaers submitted in support thereof, and any papers filed in opposition and for good cause shown, it is

   ON THIS           DAY OF            ,2025

ORDERED that plaintiffs motion to intervene in the proposed settlement and thereby participate in scheduled Rule 23(e) proceeding is hereby GRANTED; it is

FURTHER ORDERED that all documents submitted in support of the proposed settlement By the parties and currently sealed from public viewing are hereby unsealed for only the moving plaintiffs.

_____

Hon. K. Michael Moore, U.S.D.J.