UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

_____/

FILED BY _____ D.C.
NOV 21 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Petrina Ann McDaniel, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Georgia (#141301).
2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.
3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.
4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida
5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.
6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Petrina A. McDaniel

State Bar Number: Georgia Bar #141301

Firm Name: Squire Patton Boggs (US) LLP

Mailing Address: 1230 Peachtree Street, NE, Suite 2200, Atlanta, Georgia 30309

Telephone Number: (678) 272-3200

Email Addresses: petrina.mcdaniel@squirepb.com

Attorney Signature: *Petrina A. McDaniel*   Date: 11-20-2025

- 1 -



Squire Patton Boggs (US) LLP
1230 Peachtree Street, NE
Suite 2200
Atlanta, Georgia 30309

O   +1 678 272 3200
F   +1 678 272 3211
squirepattonboggs.com

Petrina A. McDaniel
T   +1 678 272 3207
petrina.mcdaniel@squirepb.com

November 20, 2025

ATTN: MDL Clerk
Wilkie D. Ferguson, Jr U.S. Courthouse
400 North Miami Avenue
Room 8N09
Miami, FL 33128

Re: *IN RE: FTX Cryptocurrency Exchange Collapse Litigation*; U.S. District Court, S.D. FL; Case No. 1:23-md-03076-KMM - Certificate of Understanding

Dear Sir/Madam:

Please find enclosed the executed Certificate of Understanding in the above-referenced matter. I represent the defendant, Udonis Haslem, and submit this document in compliance with the Court's requirements.

Kindly file the enclosed certificate in the Court record at your earliest convenience. Should you require any additional information, please do not hesitate to contact me.

Thank you for your attention to this matter.

Very truly yours,

Squire Patton Boggs (US) LLP


*Petrina A. McDaniel*

*Attorney for Defendant Udonis Haslem*

Enclosure

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.



---

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).