UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

Law Firms

**DEFENDANT FENWICK & WEST LLP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Defendant Fenwick & West LLP ("Fenwick"), through its undersigned counsel, hereby moves under Federal Rule of Civil Procedure 6(b)(1) and S.D. Fla. Local Rule 7.1 for a 60-day extension of time, up to and including March 6, 2026, to answer, move or otherwise respond to Plaintiffs' Amended Administrative Class Action Complaint and Demand for Jury Trial (the "Amended Complaint"), ECF No. 1019.  In support of this Motion, Fenwick states as follows:

1. On November 20, 2025, this Court granted Plaintiffs' Motion for Leave to File an Amended Complaint.  ECF No. 1017.  The Court ordered Plaintiffs to file the Amended Complaint before November 25, 2025, and that Fenwick file its response within 45 days after the filing of the Amended Complaint.

2. Plaintiffs filed the Amended Complaint that same day, on November 20, 2025.  ECF No. 1019.  The Amended Complaint includes almost 60 additional pages, 153 new allegations, and 2 new state securities claims against Fenwick.

3. The existing deadline for Fenwick's response to the Amended Complaint is January 5, 2025.

4. Fenwick requests a 60-day extension of time, up to and including, March 6, 2026, to respond to the Amended Complaint.

5. Good cause exists for the requested extension. Specifically, several holidays will occur between now and the current deadline for Fenwick's response, including Thanksgiving, various religious holidays in December, and the New Year holidays. Accordingly, many attorneys have pre-planned travel and other professional absences planned during this period.

6. This Motion is made in good faith and not for the purposes of delay.

7. On November 25, 2025, counsel for Fenwick conferred with Plaintiffs' counsel regarding the relief requested herein. Plaintiffs do not object to the 60-day extension.

**WHEREFORE**, Fenwick respectfully requests that the Court grant this unopposed Motion and extend the deadline for Fenwick to answer or otherwise respond to the Amended Complaint up to and including March 6, 2026.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

On November 25, 2025, counsel for Fenwick conferred via email with Plaintiffs' counsel regarding the relief herein requested, to which Plaintiffs do not object.

Date: November 26, 2025                Respectfully submitted,

/s/ Nicole K. Atkinson
DAVID R. ATKINSON
  Florida Bar No.: 767239
  datkinson@gunster.com
  mmargolese@gunster.com
  eservice@gunster.com
NICOLE K. ATKINSON
  Florida Bar No.: 167150
  natkinson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980

>Fax: (305) 376-6010, (561) 655-5677
>
>KEVIN S. ROSEN (*pro hac vice*)
>  krosen@gibsondunn.com
>MICHAEL HOLECEK (*pro hac vice*)
>  mholecek@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>333 South Grand Avenue
>Los Angeles, CA 90071
>Tel: (213) 229-7000
>Fax: (213) 229-7520
>
>*Counsel for Defendant Fenwick & West LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

>*/s/ Nicole K. Atkinson*
>NICOLE K. ATKINSON