UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

In RE

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

Law Firms

## ORDER

**CONSIDERING** Defendant Fenwick & West LLP's ("Fenwick") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Class Action Complaint (the "Amended Complaint"),

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline for Fenwick to answer or otherwise respond to the Amended Complaint is extended by 60 days, up to and including March 6, 2026.

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____, 2025.

_____
HONORABLE K. MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record

5004490031.3