**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

IN RE:

**FTX Cryptocurrency Exchange Collapse MDL Litigation**

THIS DOCUMENT RELATES TO:

    All Actions

_____/

**DEFENDANT PRAGER METIS CPAS LLC'S RESPONSE IN OPPOSITION TO**
**"LUCKY D PLAINTIFFS'" REVISED RULE 24 LIMITED-PURPOSE MOTIONS**
**TO INTERVENE AND FOR SETTLEMENT-RELATED RELIEF**

Defendant Prager Metis CPAs, LLC ("Prager Metis") hereby submits this Response concerning the Lucky D Plaintiffs' two "Revised" Rule 24 motions [ECF Nos. 1021, 1022].

On November 21, 2025, Prager Metis filed its Response and Notice of Joinder in the MDL Plaintiffs' Opposition [ECF No. 1023] to the original "Lucky D Plaintiffs'" Rule 24 Limited-Purpose Motion to Intervene and for Settlement-Related Relief [ECF No. 1007]. As the MDL Plaintiffs have mentioned through their recent filing [ECF No. 1025], the Lucky D Plaintiffs' "Revised" motions change nothing of substance. They do not cure the procedural deficiencies, the lack of conferral, or the Rule 24 defects explained in both (1) the MDL Plaintiffs' Opposition [ECF No. 1018]; and (2) Prager Metis's Response and Notice of Joinder [ECF No. 1023]. The "Revised" motions simply reassert the same request for intervention and access to settlement materials already briefed and addressed in the original motion and raise no new arguments affecting Prager Metis's position. Therefore, Prager Metis's Response and Notice of Joinder are fully incorporated herein.

For all the reasons stated in Prager Metis's Response and Notice of Joinder, Lucky D

Plaintiffs' motions [ECF Nos. 1007, 1021, 1022] should be denied in full.

Dated: November 26, 2025                                  Respectfully submitted,

*/s/ Ian M. Ross*
Ian M. Ross
Florida Bar No. 091214
Email: iross@sidley.com
SIDLEY AUSTIN LLP
830 Brickell Plaza
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

Bruce R. Braun
Email: bbraun@sidley.com
Joanna R. Travalini
Email: jtravalini@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7050
Fax: (312) 853-7036

*Counsel for Defendant Prager Metis CPAs, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

By: */s/ Ian M. Ross*
    Ian M. Ross