UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL NO. 3076

CASE NO. 1:23-MD-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:
**ALL ACTIONS**

## JOINT NOTICE OF PROPOSED SETTLEMENT
## WITH DEFENDANT UDONIS HASLEM

Plaintiffs and Defendant Udonis Haslem (collectively, the "Parties") inform the Court they have reached a proposed resolution of the above-captioned class action. The Parties are in the process of preparing and finalizing the Settlement Agreement ("Agreement"). Plaintiffs will be filing a motion seeking preliminary approval of the settlement upon the Parties' execution of the Agreement, which the parties expect will be on or before the January 13, 2025 deadline the Court set to move for preliminary approval of Plaintiffs' proposed settlement with Defendant Prager Metis CPAs, LLC, *see* [ECF No. 1001]. While the Parties finalize the Agreement, the Parties respectfully request that the Court vacate all deadlines and pending motions for Udonis Haslem related to the above-captioned matter.

**Dated: November 26, 2025**   Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander

1

| | |
|---|---|
| Florida Bar No. 117520<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>service@moskowitz-law.com<br><br>*Co-Lead Counsel* | **BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com<br><br><br><br><br>*Co-Lead Counsel* |

By: */s/ Dorian Daggs*
Dorian N. Daggs, Esq.
Florida Bar ID # 1028485
dorian.daggs@squirepb.com
**Squire Patton Boggs (US) LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Phone: +1 305 577 7000
Fax: +1 305 577 7001

*Attorney for Udonis Haslem*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was filed on November 26, 2025, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Adam Moskowitz***
Adam Moskowitz