IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 1:23-md-03076-KMM

In Re: FTX Cryptocurrency Exchange
Collapse Litigation

_____

THIS DOCUMENT RELATED TO:

ALL ACTIONS

_____/

### [PROPOSED] ORDER GRANTING WITHDRAW AS COUNSEL

**THIS CAUSE** came before the Court upon attorneys Michael Pineiro and Jeffrey Marcus's Motion to Withdraw as Counsel for Defendants Kevin O'Leary and Solomid Corporation. As set out in the Motion, O'Leary and Solomid will continue to be represented by attorneys Jeffrey Neiman and Brandon Floch of Neiman Mays Floch Almeida PLLC. Havin reviewed the Motion and being advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorneys Michael A. Pineiro and Jeffrey E. Marcus are hereby withdrawn and removed as counsel of record for Defendants O'Leary and Solomid, they are relieved of all further responsibilities in this matter, and they shall be removed from the distribution of CM/ECF notifications in this matter.

_____
**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**