**EXHIBIT A**
*In Re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076

| Fully-Briefed, Pending Matters | | |
|---|---|---|
| Title of Motion | Docket Entry | Filing Date of Motion |
| Defendants Armanino LLP and Prager Metis Joint Motion to Dismiss Complaint **[Auditor Track]** | D.E. 281 (denied in part as moot D.E. 1001) | 9/21/2023 |
| Investor [Domestic VC] Defendants' Motion to Dismiss the Administrative Class Action Complaint **[Domestic VC Track]** | D.E. 301 | 9/22/2023 |
| Motion to Dismiss MDL Amended Complaint for Insufficient Service of Process by Artz Fund Investments, et al. **[Multinational VC Track]** | D.E. 815 | 01/10/2025 |
| Motion to Dismiss MDL Amended Complaint for Insufficient Service of Process by Liquid Value Fund et al. **[Multinational VC Track]** | D.E. 816 | 01/10/2025 |
| Motion to Dismiss for Lack of Personal Jurisdiction MDL Amended Complaint, by Artz Fund Investments Private, et al. **[Multinational VC Track]** | D.E. 817 | 01/10/2025 |
| Multinational VC Defendants' Motion to Dismiss for Failure to State a Claim **[Multinational VC Track]** | D.E. 818 | 01/10/2025 |
| Motion to Dismiss MDL Amended Complaint for Insufficient Service of Process, by SoftBank et al. **[Multinational VC Track]** | D.E. 819 | 1/10/2025 |
| Farmington State Bank's Motion to Dismiss; Deltec Bank and Trust Company Limited and Jean Chalopin's Motion to Dismiss Second Amended Complaint **[Bank Track]** | D.E. 822-823 | 1/15/2025 |
| Plaintiffs' Omnibus Motion to Lift Discovery Stay for Limited Purposes and for Leave to Conduct Jurisdictional Discovery on Certain Multinational VC Defendants **[Multinational VC Track]** | D.E. 838 | 2/14/2025 |
| Sports and Entertainment Defendants' Motions to Dismiss First Amended Complaint or to Compel Arbitration **[Promoter Track]** | D.E. 943–951 | 7/27/2025–7/28/2025 |