## ANTHONY SCORDO, ESQ., PC

69 E. ALLENDALE ROAD
SADDLE RIVER, NEW JERSEY 07009
TEL: 973-837-1861
FAX: 973-837-9650

*E-MAIL: anthonyscordo@msn.com

December 1, 2025

**VIA ECF ONLY**

Honorable Kevin Michael Moore, U.S.D.J.
United States District Court
for the Southern District of Florida
Willkie D. Ferguson Courthouse
400 North Miami Avenue Miami,
FL 33128

        **Re: In re Cryptocurrency Collapse Litigation**
        **Lucky D, et al. v. Prager Metis, LLP, et al.**
        **District of New Jersey**
        **Civil Action No.: 2:23-cv-00389-KMM**

Dear Judge Moore:

    I represent Plaintiffs in the Lucky D matter pursuant to Rule 24 who have moved to intervene in the proposed settlement of the putative class representatives with the auditor Defendants. Lucky D Plaintiffs are in receipt of the application by representatives of the proposed putative class asking the court to hold a conference with the court addressing case management of pending applications/motions in which they reference matters pending and unresolved filed by various parties earlier in the year. **Lucky D plaintiffs hereby join in the request for a scheduling conference preferably to take place on an expedited basis** given the pendency of the 23(e) proceedings as to approval of the settlement. Lucky D plaintiffs also would request that the conference encompass their pending intervention motion which was not mentioned by putative class plaintiffs in their correspondence.

                                    Respectfully submitted,

                                    s/ Anthony Scordo

Anthony Scordo, Attorney for plaintiffs
Lucky D

.

Case 1:23-md-03076-KMM   Document 1035   Entered on FLSD Docket 12/12/2025   Page 2 of 2