## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076<br><br>C.A. No. 1:23-md-03076-KMM |
| THIS DOCUMENT RELATES TO:<br><br>*Lahav et al.* v. *Binance Holdings Limited et al.*, No. 1:24-cv-21421-MOORE | |

## LEAD PLAINTIFF NIR LAHAV'S REQUEST TO JOIN
## REQUEST FOR STATUS CONFERENCE (D.I. 1034)

Lead Plaintiff, Nir Lahav ("Lead Plaintiff"), on behalf of himself and all others similarly situated, joins the request for status conference (D.I. 1034) filed on December 11, 2025. It is noted that the Binance-related Defendants are not similarly situated to the other MDL Defendants (the Binance-related Defendants were competitors of FTX, and their competitor status is not disputed). Accordingly, Lead Plaintiff respectfully requests separate time to address any pending issues specific to the matter against the Binance-related defendants (e.g., regarding the two fully briefed motions to dismiss, D.E. 707-708), or, if the Court prefers, a separate conference to address such issues.

Dated: December 18, 2025									Respectfully submitted,

**DEVLIN LAW FIRM, LLC**

*/s/ Timothy Devlin*
Timothy Devlin (DE Bar No. 4241)
tdevlin@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

Deepali A. Brahmbhatt (CA 255646)
dbrahmbhatt@devlinlawfirm.com
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Tel: (650) 254-9805

*Attorneys for Lead Plaintiff and the Class*
*Nir Lahav, on behalf of himself and all others*
*similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Timothy Devlin
Timothy Devlin