**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT FOR FLORIDA**

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In re:


**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE**
**LITIGATION**

_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Brian E. Klein, Esq., with the law firm of Cooley LLP, hereby gives notice that he has changed law firms and joined Cooley LLP.  While he will continue to serve as counsel of record for Defendant Multicoin Capital Management LLC in this matter, he is updating his address and designated email address to which all future pleadings, court filings, orders, correspondence, etc. for this matter should be directed, and which will also be updated in CM/ECF after the filing of this notice, as follows:


> Brian E. Klein
> Cooley LLP
> 355 South Grand Avenue, Suite 900
> Los Angeles, California 90071
> bklein@cooley.com
> 213 561 3250


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF on this 23rd day of December 2025.

Dated: December 23, 2025

Respectfully Submitted,

COOLEY LLP

By: _/s/ Brian E. Klein_
_____

Brian E. Klein
bklein@cooley.com

355 South Grand Avenue
Suite 900
Los Angeles, CA  90071
Telephone:   +1 213 561 3250
Facsimile:     +1 213 561 3244

*Attorney for Defendant*
*Multicoin Capital Management LLC*