## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT FOR FLORIDA

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In re:

**FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION**

_____/

## NOTICE OF APPEARANCE

Derek Colla, Esq., of COOLEY LLP, hereby gives notice of his appearance on behalf of Defendant Multicoin Capital Management LLC, and requests that copies of all motions, notices, and other pleadings filed or served in this case be furnished to the undersigned.

Dated: January 5, 2026

Respectfully Submitted,

COOLEY LLP

By:*/s/ Derek Colla*_____
    DEREK COLLA
    FL#1048276
    COOLEY LLP
    429 Lenox Ave.
    Miami Beach, FL 33139
    Telephone: (305) 724-0529
    dcolla@cooley.com

    *Attorney for Defendant*
    *Multicoin Capital Management LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of January 2026, I electronically filed the foregoing document on all counsel of record with the Clerk of the Court using CM/EF.


By: */s/ Derek Colla*
      DEREK COLLA