**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT FOR FLORIDA**

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In re:



FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE
LITIGATION

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Alexander G. Galicki, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use the electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and this privilege may be revoked at any time without notice.

6. If any of the information below changes during the court of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

- 2 -

Alexander G. Galicki
CA SBN: 308737
Cooley LLP
355 S. Grand Avenue Suite 900
Los Angeles, California 90071
Telephone:   +1 213 561 3250
Facsimile:   +1 213 561 3244
agalicki@cooley.com

Attorney Signature: _/s/ Alexander Galicki_          Date: 12/31/2025



Alexander G. Galicki  
T: +1 213 561 3203  
agalicki@cooley.com

Via FedEx

December 31, 2025

ATTN: MDL Filing Clerk  
United States District Court  
Southern District of Florida  
400 N. Miami Avenue  
Miami, FL 33128

**Re:    In re: FTX Cryptocurrency Exchange Collapse Litigation, MDL No. 3076/ Case No. 1:23-md-03076-KMM (S.D. FLA.).**

Dear MDL Filing Clerk:

Enclosed, please find the executed Certificate of Understanding for attorney Alexander G. Galicki to be filed in the above-captioned matter at your earliest convenience.

Please contact me if you have any questions.

Sincerely

*[signature]*

Alexander G. Galicki

AG

