**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT FOR FLORIDA**

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In re:

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE**
**LITIGATION**
_____/

**NOTICE OF APPEARANCE**

Alexander G. Galicki, Esq., of COOLEY LLP, hereby gives notice of his appearance on behalf of Defendant Multicoin Capital Management LLC, and requests that copies of all motions, notices, and other pleadings filed or served in this case be furnished to the undersigned.

Dated: January 7, 2026

Respectfully Submitted,

COOLEY LLP

By: */s/ Alexander G. Galicki*
ALEXANDER G. GALICKI
CA#308737
COOLEY LLP
355 South Grand Avenue
Suite 900
Los Angeles, CA  90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
agalicki@cooley.com

*Attorney for Defendant*
*Multicoin Capital Management LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of January 2026, I electronically filed the foregoing document on all counsel of record with the Clerk of the Court using CM/EF.

By: */s/ Alexander G. Galicki*
ALEXANDER G. GALICKI