UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In Re: FTX Cryptocurrency Exchange
Collapse Litigation
_____

THIS DOCUMENT RELATED TO:
ALL ACTIONS

_____/

**MOTION TO WITHDRAW APPEARANCE
ON BEHALF OF DEFENDANT MULTICOIN CAPTIAL MANAGEMENT LLC**

Scott M. Malzahn of Waymaker LLP respectfully moves for leave to withdraw his appearance as counsel for Defendant Multicoin Capital Management LLC and to remove Mr. Malzahn from the distribution of CM/ECF electronic notifications in this matter. Defendant Multicoin Capital Management LLC will continue to be represented by its other counsel of record, Brian E. Klein and Derek Colla of Cooley LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of Defendant Multicoin Capital Management LLC caused by the withdrawal of Mr. Malzahn.

WHEREFORE, attorney Scott M. Malzahn respectfully requests that the Court grant him to leave to withdraw his appearance on behalf of Defendant Multicoin Capital Management LLC and grant such other and further relief as the Court deems just and proper.

Dated: January 7, 2026　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　WAYMAKER LLP


　　　　　　　　　　　　　　　　　　　　By: */s/ Scott M. Malzahn*
　　　　　　　　　　　　　　　　　　　　　　　SCOTT M. MALZAHN
　　　　　　　　　　　　　　　　　　　　　　　CA Bar No.: 229204
　　　　　　　　　　　　　　　　　　　　　　　WAYMAKER LLP
　　　　　　　　　　　　　　　　　　　　　　　515 S. Flower Street, Suite 3500
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　　Telephone 424 652 7821
　　　　　　　　　　　　　　　　　　　　　　　smalzahn@waymakerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Multicoin Capital Management LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance on Behalf of Defendant Multicoin Capital Management LLC to be served on all Counsel of Record via the Court's CM/ECF system.

By: */s/ Scott M. Malzahn*
Scott M. Malzahn