UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In Re: FTX Cryptocurrency Exchange
Collapse Litigation
_____

THIS DOCUMENT RELATED TO:
ALL ACTIONS

_____/

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**THIS CAUSE** came before the Court upon attorney Scott M. Malzahn's Motion to Withdraw as Counsel for Defendant Multicoin Capital Management LLC. As set out in the Motion, Multicoin Capital Management LLC will continue to be represented by attorneys Brian E. Klein and Derek Colla of Cooley LLP. Having reviewed the Motion and being advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Scott M. Malzahn is hereby withdrawn and removed as counsel of record for Defendant Multicoin Capital Management LLC, he is relieved of all further responsibilities in this matter, and he shall be removed from the distribution of CM/ECF notifications in this matter.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE