# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:

ALL ACTIONS

_____/

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE OMNIBUS  MOTION FOR PRELIMINARY APPROVAL OF**
**FTX GLOBAL CLASS ACTION SETTLEMENTS**

     **CONSIDERING** the foregoing Plaintiffs' Unopposed Motion for Extension of time to file Omnibus Motion for Preliminary Approval of to Second Tranche of Class Action Settlements filed by the Plaintiffs [ECF No. ____] (the "Motion"), and being otherwise fully advised, it is hereupon **ORDERED AND ADJUDGED** that

    1.    Plaintiffs' Motion is **GRANTED**.

    2.    The deadline for Plaintiffs to file their Omnibus Motion for Preliminary Approval of the Second Tranche of Settlements is on or before February 27, 2026.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this __ day of January, 2026.

                                          _____

                                          HONORABLE K. MICHAEL MOORE
                                            United States District Judge

Copies furnished to: All Counsel of Record