**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In Re: FTX Cryptocurrency Exchange
Collapse Litigation

_____

THIS DOCUMENT RELATED TO:
ALL ACTIONS
_____/

**MOTION TO WITHDRAW APPEARANCE ON BEHALF OF**
**DEFENDANT MULTICOIN CAPITAL MANAGEMENT LLC**

Michael R. Tein of Tein Malone PLLC respectfully moves for leave to withdraw his appearance as counsel for Defendant Multicoin Capital Management LLC and to remove Mr. Tein from the distribution of CM/ECF electronic notifications in this matter. Defendant Multicoin Capital Management LLC will continue to be represented by its other counsel of record, Brian E. Klein and Derek Colla of Cooley LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of Defendant Multicoin Capital Management LLC caused by the withdrawal of Mr. Tein.

WHEREFORE, attorney Michael R. Tein respectfully requests that the Court grant him leave to withdraw his appearance on behalf of Defendant Multicoin Capital Management LLC and grant such other and further relief as the Court deems just and proper.

Dated: January 21, 2026

Respectfully submitted,

**TEIN MALONE PLLC**

By: <u>/s/Michael R. Tein</u>
MICHAEL R. TEIN
Fla. Bar No. 993522
320 Miracle Mile, Suite 203
Coral Gables, FL 33134
Telephone: (305) 442-1101
Email: tein@teinmalone.com

*Counsel for Defendant,*
*Multicoin Capital Management LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel or record.

<u>/s/Michael R. Tein</u>
MICHAEL R. TEIN