UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In Re: FTX Cryptocurrency Exchange
Collapse Litigation

_____

THIS DOCUMENT RELATED TO:
ALL ACTIONS
_____/

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon attorney Michael R. Tein's Motion to Withdraw as Counsel for Defendant Multicoin Capital Management LLC.  Therein, Attorney Tein seeks to withdraw as counsel of record for Defendant Multicoin Capital Management LLC ("Defendant"), stating that Defendant will continue to be represented by its other counsel of record, Brian E. Klein and Derek Colla of Cooley LLP.

Here, the Court finds good cause to permit Attorney Tein to withdraw.  Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.  Michael R. Tein is relieved of all further responsibilities related to this action.  The Clerk of Court is INSTRUCTED to REMOVE Michael R. Tein as counsel of record for Defendant.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE