UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**<br><br>This Document Relates To:<br><br>*Chernyavsky, et al. v. Temasek Holdings (Private) Ltd.*, No. 1:23-cv-22960-KMM | Civil Action No. 1:23-md-3076-KMM<br><br>MDL NO. 3076 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Amy M. Bowers hereby respectfully withdraws her appearance as counsel for Alexander Chernyavsky and this case and all related proceedings. Ms. Bowers left the firm Stumphauzer Kolaya Nadler & Sloman, PLLC (f/k/a Stumphauzer Foslid Sloman Ross & Kolaya, PLLC), which represents Mr. Chernyavsky, on March 30, 2025, and has not been associated with Plaintiff or any party in this action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that she be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: January 23, 2026

Respectfully submitted,

CONTINENTAL PLLC
1747 Pennsylvania Avenue NW, Suite 1150
Washington, D.C. 20006
Tel.: (202) 642-5989

By: */s/ Amy M. Bowers*
Amy M. Bowers (FBN: 105755)
Email: abowers@continentalpllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>/s/ Amy M. Bowers</u><br>
Amy M. Bowers