**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-md-03076-KMM**

| | |
|---|---|
| **IN RE FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

PLEASE TAKE NOTICE that Kerry J. Miller, Rebekka C. Veith, C. Hogan Paschal, and Monica L. Bergeron have formed a new law firm, Miller, Thibodeaux, Dysart, Veith & Paschal, LLC. Mr. Miller, Ms. Veith, Ms. Paschal, and Ms. Bergeron will continue to serve as counsel of record for Plaintiff Connor O'Keefe in this matter. Their updated office address and designated email addresses to which all future pleadings, court filings, orders, correspondence, etc. for this matter should be directed, and which will also be updated in CM/ECF after the filing of this notice, as follows:

> **Miller, Thibodeaux, Dysart, Veith & Paschal, LLC**
> 643 Magazine Street, Suite 405
> New Orleans, Louisiana 70130
> Tel: (504) 977-9150
> Fax: (504) 977-9151
> kmiller@mtdvp.com
> rveith@mtdvp.com
> hpaschal@mtdvp.com
> mbergeron@mtdvp.com

DATED: January 28, 2026

Respectfully submitted,

**MILLER, THIBODEAUX, DYSART, VEITH & PASCHAL, LLC**
643 Magazine Street
Suite 405
New Orleans, LA 70130
Tel: (504) 977-9150
Fax: (504) 977-9151

By: /s/ C. Hogan Paschal
Kerry J. Miller, La. Bar. No. 24562
(Admitted *Pro Hac Vice*)
Rebekka C. Veith, La. Bar No. 36062
(Admitted *Pro Hac Vice*)
C. Hogan Paschal, La. Bar No. 38495
(Admitted *Pro Hac Vice*)
Monica L. Bergeron, La. Bar No. 39124
(Admitted *Pro Hac Vice*)
kmiller@mtdvp.com
rveith@mtdvp.com
hpaschal@mtdvp.com
mbergeron@mtdvp.com

***Attorneys for Plaintiff Connor O'Keefe***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2026, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *C. Hogan Paschal*
C. HOGAN PASCHAL