UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-md-3076-KMM

| |
|---|
| In RE |
| **FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** |
| |
| THIS DOCUMENT RELATES TO: |
| Law Firms |

**JOINT NOTICE OF PROPOSED SETTLEMENT**
**WITH DEFENDANT FENWICK & WEST LLP**

  Plaintiffs and Defendant Fenwick & West LLP (collectively, the "Parties") inform the Court they have reached a proposed resolution of the above-captioned class action. The Parties are in the process of preparing and finalizing the Settlement Agreement ("Agreement"). Plaintiffs will be filing a motion seeking preliminary approval of the settlement upon the Parties' execution of the Agreement. The Parties are endeavoring to finalize the Agreement such that it can be included in the omnibus motion for preliminary approval currently due on February 27, 2026 (*see* Dkt. 1048), and if the Agreement is not finalized in time to be included in the omnibus motion for preliminary approval, the Parties will file a further status report. While the Parties finalize the Agreement, the Parties respectfully request that the Court vacate all deadlines and pending motions for Fenwick related to the above-captioned matter.

Date: January 30, 2026          Respectfully submitted,

By: */s/ Adam Moskowitz*         */s/ Nicole K. Atkinson*
Adam M. Moskowitz           NICOLE K. ATKINSON

| | |
|---|---|
| Florida Bar No. 984280 | Florida Bar No.: 167150 |
| Joseph M. Kaye | natkinson@gunster.com |
| Florida Bar No. 117520 | DAVID R. ATKINSON |
| **THE MOSKOWITZ LAW FIRM, PLLC** | Florida Bar No.: 767239 |
| Continental Plaza | datkinson@gunster.com |
| 3250 Mary Street, Suite 202 | mmargolese@gunster.com |
| Coconut Grove, FL 33133 | eservice@gunster.com |
| Office: (305) 740-1423 | GUNSTER, YOAKLEY & STEWART, P.A. |
| adam@moskowitz-law.com | Brickell World Plaza |
| joseph@moskowitz-law.com | 600 Brickell Avenue, Suite 3500 |
| service@moskowitz-law.com | Miami, FL 33131 |
| | Tel: (305) 376-6000, (561) 655-1980 |
| *Co-Lead Counsel* | Fax: (305) 376-6010, (561) 655-5677 |
| | |
| By: */s/ David Boies* | KEVIN S. ROSEN (*pro hac vice*) |
| David Boies | krosen@gibsondunn.com |
| Alexander Boies | MICHAEL HOLECEK (*pro hac vice*) |
| Brooke A. Alexander | mholecek@gibsondunn.com |
| **BOIES SCHILLER FLEXNER LLP** | GIBSON, DUNN & CRUTCHER LLP |
| 333 Main Street | 333 South Grand Avenue |
| Armonk, NY 10504 | Los Angeles, CA 90071 |
| 914-749-8200 | Tel: (213) 229-7000 |
| dboies@bsfllp.com | Fax: (213) 229-7520 |
| aboies@bsfllp.com | |
| balexander@bsfllp.com | *Counsel for Defendant Fenwick & West LLP* |
| | |
| *Co-Lead Counsel* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 30, 2026**, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Nicole K. Atkinson*
NICOLE K. ATKINSON
Florida Bar No.: 167150