**ANTHONY SCORDO, ESQ. P.C.**
**Anthony Scordo, Esq.**
**NJ Bar No.~ 024591987**
**69 East Allendale Road**
**Saddle River, NJ 07458**
**Tele: (973) 837-1861**
**Fax: (973) 837-9650**
**Attorney for plaintiffs**


**LEHMAN LEE & XU**
**Edward Lehman, Esq.**
**IL SBN 6194489**
**Suite 3313, Tower One, Times Square**
**1 Matheson St., Causeway Bay**
**Tele: (852) 3588-2188**
**Fax: (852) 3588-2088**
**Attorney for plaintiffs, admitted**


Attorney for plaintiffs

In Re Cryptocurrency Exchange
Collapse Litigation

_____

| | | |
|---|---|---|
| **Lucky D. et al** | : | United States District Court for the Southern District of Florida |
| **Plaintiffs,** | : | Case No. 1:23-md-3076-KMM<br>MDL No. 3076 |
| | : | |
| v. | | Originally venued in the U.S. District Court,<br>District of New Jersey, Civ. No. 23-389 |
| | : | |
| **Prager Metis, et. al** | | |
| | : | **CIVIL ACTION** |
| **Defendants** | : | |

_____

**MOTION TO AMEND JOINT**
**COMPLAINT TO ADD INDIVIDUAL**
**DEFENDANTS**
**PURSUANT TO RULE 15**

To:   (via email jtravalini@sidley.com and ecf)
Joanna R. Travalini, Esq.
Sidley Austin LLP
One South Dearborn
Chicago IL 60603

(via email mbosher@huntonAK.com and ecf)
Matthew P. Bosher, Esq.
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. NW Suite 900
Washington DC 20037-1701

PLEASE TAKE NOTICE THAT PURSUANT TO RULE 15 of the Federal Rules of the Civil Procedure, Anthony Scordo and Edward E. Lehman, attorneys for joint plaintiffs hereby move on plaintiffs' behalf for an Order seeking leave to amend the joint complaint to name as defendants additional individuals as well as fictitiously named defendants whose names are presently amount unknown as set forth in the proposed First Amended Complaint as attached hereto. Plaintiffs also seek to include a number of new causes of action based on additional facts that have arisen since the original pleading, negligent misrepresentation, civil conspiracy and unjust enrichment. Finally, plaintiffs seek to amend and increase the ad damnum clause(s) to increase the claims for monetary damages sought. In support of said motion, plaintiffs attach hereto a memorandum setting forth reasons the motion to amend should be granted, a form of proposed Order and a proposed First Amended Complaint in the form to be filed should the Order be granted.

Dated: February 4, 2026

Respectfully submitted
s/ Anthony Scordo

_____

Anthony Scordo, Esq.
Attorney for plaintiffs

s/ Edward E. Lehman
_____
Edward E. Lehman, Esq.
Attorney for plaintiffs

## CERTIFICATION OF CONFERRAL

Pursuant to the Court's guidelines and the Local Rules of this District, Edward E. Lehman, counsel for Plaintiffs, hereby certifies as follows:

1. I am one of the attorneys representing plaintiffs and am fully familiar with the facts asserted herein.

2. I have made extensive, good-faith efforts to confer with counsel for Defendants Prager Metis, LLP, Joanna R. Travalini, Esq. and Ian M. Ross Esq. of the law firm of Sidley Austin, to resolve the issues raised in this Motion without judicial intervention.

3. I first initiated substantive communication with Defendants regarding the amendment of the Complaint to name individual partners and members of defendant Prager Metis, LLP as defendants on November 7, 2025.

4. On several occasions over the course of the past three months, on behalf of plaintiffs, I broached with Defendant's counsel the issue of whether it would consent to naming additional defendants given that discovery had not even commenced in the underlying matter and the case was in its infancy. I gave counsel ample time and multiple options to discuss the proposed filing. I also repeatedly sought to schedule a formal meet-

    and-confer to discuss the reliance of our clients—High-Net-Worth (HNW) investors—on the audit reports and opinions issued by defendant Prager Metis.

5. Despite these efforts, Defendant's counsel has been unable or unwilling to commit to a meeting time. In the interest of judicial economy, Plaintiffs offered a resolution via consent order as recently as February 3, 2026, to avoid the necessity of a formal filing.

6. Yesterday, February 3, 2026, Ms. Travalini did respond, and indicated that her client intended to oppose the motion to amend the complaint to add individual defendants as being futile, ostensibly because "there is no basis for individual liability

7. I certify the above statements are true. I realize if any of the above statements are willfully false, I am subject to punishment.

                                                                                   s/ Edward E. Lehman

Dated: February 4, 2026                                                _____

                                                                                     Edward E. Lehman