**ANTHONY SCORDO, ESQ. P.C.**
**Anthony Scordo, Esq.**
**NJ Bar No.~ 024591987**
**69 East Allendale Road**
**Saddle River, NJ 07458**
**Tele: (973) 837-1861**
**Fax: (973) 837-9650**
**Attorney for plaintiffs**

**LEHMAN LEE & XU**
**Edward Lehman, Esq.**
**IL SBN 6194489**
**Suite 3313, Tower One, Times Square**
**1 Matheson St., Causeway Bay**
**Tele: (852) 3588-2188**
**Fax: (852) 3588-2088**
**Attorney for plaintiffs, admitted**

Attorney for plaintiffs

In Re Cryptocurrency Exchange
Collapse Litigation

_____
**Lucky D. et al**                            :         United States District Court for
                                                                    the Southern District of Florida

                        **Plaintiffs,**    :         Case No. 1:23-md-3076-KMM
                                                             MDL No. 3076
                                                  :

                    v.                              Originally venued in the U.S. District
                                                             Court,
                                                             District of New Jersey, Civ. No. 23-389
                                                  :
**Prager Metis, et. al**
                                                  :         CIVIL ACTION

                        **Defendants**  :
_____

## CERTFICATION OF SERVICE

I, Anthony Scordo, being of full age hereby certifies as follows:

1.      I am one of the attorneys for joint plaintiffs known collectively as Lucky D plaintiffs .

2.      On this day, I electronically filed by ECF with the court a copy of the moving papers on the court and upon defendants' attorneys as follows

>   (via email jtravalini@sidley.com and ecf)
>   Joanna R. Travalini, Esq.
>   Sidley Austin LLP
>   One South Dearborn
>   Chicago IL 60603
>
>   (via email mbosher@huntonAK.com and ecf)
>   Matthew P. Bosher, Esq.
>   Hunton Andrews Kurth LLP
>   2200 Pennsylvania Ave. NW Suite 900
>   Washington DC 20037-1701

A courtesy copy of the moving papers was sent by regular mail to Honorable K. Michael Moore, U.S.D.J., 400 N. Miami Avenue, Room 13-1, Miami FL 33128.

3.      I hereby certify that the foregoing statements are true and correct to the best of my knowledge and that if any of the foregoing statements are false, I am subject to punishment.

                                                                    s/ Anthony Scordo

Dated: February 4, 2026                    _____
                                                                    ANTHONY SCORDO