UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

IN RE:

FTX Cryptocurrency Exchange Collapse Litigation

THIS DOCUMENT RELATES TO ALL ACTIONS
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas A. Tucker Ronzetti of Tucker Ronzetti, P.A., hereby gives notice of appearances as co-counsel for Plaintiffs. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

Respectfully submitted on February 6, 2026.

By: *s/ Thomas A. Tucker Ronzetti*
THOMAS A. TUCKER RONZETTI
Florida Bar No. 965723
TUCKER RONZETTI, P.A.
5760 S.W. 46th Terrace
Miami, FL 33155-6015
Tel. (305) 546-4638
tr@tuckrlaw.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on February 6, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: *S/ Thomas A. Tucker Ronzetti*
THOMAS A. TUCKER RONZETTI

1