UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:
**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

    ALL ACTIONS

_____/

**PLAINTIFFS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME
TO FILE OMNIBUS MOTION FOR PRELIMINARY APPROVAL OF
<u>FTX GLOBAL CLASS ACTION SETTLEMENTS</u>**

Plaintiffs have now reached Global settlements with the following MDL Defendants:

- Accountants Track: Prager Metis;

- Professionals Track: Fenwick & West;

- FTX Insider Defendants Track: Gary Wang, Nishad Singh, Caroline Ellison, and Dan Friedberg; and

- Promoters Track: Udonis Haslem, William Trevor Lawrence, Kevin Paffrath, Tom Nash, Brian Jung, Graham Stephan, Andre Jikh, Jeremy LeFebvre, Erika Kullberg, Creators Agency, LLC, and Shaquille O'Neal.

MDL Plaintiffs and Defendants have worked diligently and in good faith to document these settlements and proceed to preliminary approval and appreciate this Court's time and attention to finalizing these matters. As explained in their January 12, 2026 request, the benefits to the class of proceeding with this round of settlements in one go are enormous.

Since Plaintiffs' last filing on the preliminary approval motion (ECF No. 1047), three important developments have occurred which necessitate a further extension in order to maximize the value to the class.

First, Plaintiffs have reached a proposed settlement with Defendant Fenwick & West, which they wish to include in this round of approvals.

Second, in cooperation with the Estate, Plaintiffs have determined that it is necessary to establish a claims process—independent of the bankruptcy—for distribution of MDL settlement proceeds. Plaintiffs have therefore engaged the necessary experts and begun designing a notice and claims program structured to reach the maximum number of class members as efficiently as possible. Although important to protect the class, developing this new, stand-alone process has required more time than would have been necessary had distribution proceeded through the existing bankruptcy claims channels.

Third, some of the proposed settlements were reached with the assistance of third-party neutrals, in cooperation with the Estate. Under the MDL's agreement with the Estate (filed with this Court at ECF No. 742-1 and approved by the bankruptcy court, *see* ECF No. 766-1), the parties are now engaging an arbitrator to allocate the settlement proceeds equitably between the Estate and the MDL for distribution through their respective channels. Plaintiffs have requested an expedited schedule and anticipate that the allocation process will be completed within 60 days. Until that allocation is made, MDL Plaintiffs do not know what portion of those settlement proceeds will be distributed through this Court.

Because of the substantial benefits of proceeding collectively and with complete information, Plaintiffs respectfully request a brief extension of the deadline to file their Omnibus Motion for Preliminary Approval from February 27, 2026, to **April 24, 2026**. On that date,

Plaintiffs will either (1) file the Omnibus Motion for Preliminary Approval of the First and Second Tranche of FTX Global Settlements, or (2) file a status update advising the Court of the arbitration's progress and the anticipated timeline for completion.

## CONCLUSION

Plaintiffs respectfully request that the Court enter an Order extending the deadline to file their Omnibus Motion for Preliminary Approval to ***April 24, 2026***, with the understanding that on that date Plaintiffs will either file the motion or submit a status report regarding the arbitration. A proposed Order granting this unopposed motion is attached as **Exhibit A**.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

In compliance with Local Rule 7.1(a)(3), Plaintiffs' counsel certify they have conferred with counsel for Prager, Haslem, and Fenwick in a good faith effort to resolve any issues raised in this motion and are authorized to state that none oppose the relief sought in this motion.

Dated: February 24, 2026,                Respectfully submitted,

| **Plaintiffs' Co-Lead Counsel** ||
|---|---|
| By: */s/ Adam Moskowitz* <br> Adam M. Moskowitz <br> Florida Bar No. 984280 <br> Joseph M. Kaye <br> Florida Bar No. 117520 <br> **THE MOSKOWITZ LAW FIRM, PLLC** <br> Continental Plaza <br> 3250 Mary Street, Suite 202 <br> Coconut Grove, FL 33133 <br> Office: (305) 740-1423 <br> adam@moskowitz-law.com <br> joseph@moskowitz-law.com <br> service@moskowitz-law.com | By: */s/ David Boies* <br> David Boies <br> Alex Boies <br> Brooke Alexander <br> **BOIES SCHILLER FLEXNER LLP** <br> 333 Main Street <br> Armonk, NY 10504 <br> Office: (914) 749-8200 <br> dboies@bsfllp.com <br> aboies@bsfllp.com <br> balexander@bsfllp.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on February 24, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
Adam Moskowitz