UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**
_____

This document relates to:

    ALL ACTIONS
_____/

**[PROPOSED] ORDER GRANTING
PLAINTIFFS'** _UNOPPOSED_ **MOTION FOR EXTENSION OF TIME
TO FILE OMNIBUS MOTION FOR PRELIMINARY APPROVAL OF
<u>FTX GLOBAL CLASS ACTION SETTLEMENTS</u>**

    **CONSIDERING** Plaintiffs' Unopposed Motion for Extension of Time to File Omnibus Motion for Preliminary Approval of FTX Global Class Action Settlements [ECF No. ___] (the "Motion"), and being otherwise fully advised, it is hereupon **ORDERED AND ADJUDGED** that

    1.    Plaintiffs' Motion is **GRANTED**.

    2.    On April 24, 2026, Plaintiffs shall either (a) file the Omnibus Motion for Preliminary Approval of the First and Second Tranche of FTX Global Settlements, or (b) file a status update advising the Court of the arbitration's progress and the anticipated timeline for completion.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2026.

_____
HONORABLE K. MICHAEL MOORE
United States District Judge

Copies furnished to: All Counsel of Record