UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This document relates to:

     ALL ACTIONS

_____/

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

PLEASE TAKE NOTICE that Kerry J. Miller, Rebekka C. Veith, C. Hogan Paschal, and Monica L. Bergeron have formed a new law firm, Miller, Thibodeaux, Dysart, Veith & Paschal, LLC. Mr. Miller, Ms. Veith, Ms. Paschal, and Ms. Bergeron will continue to serve as counsel of record for Plaintiff Connor O'Keefe in this matter. Their updated office address and designated email addresses to which all future pleadings, court filings, orders, correspondence, etc. for this matter should be directed, and which will also be updated in CM/ECF after the filing of this notice, as follows:

     **Miller, Thibodeaux, Dysart, Veith & Paschal, LLC**
     643 Magazine Street, Suite 405
     New Orleans, Louisiana 70130
     Tel: (504) 977-9150
     Fax: (504) 977-9151
     kmiller@mtdvp.com
     rveith@mtdvp.com
     hpaschal@mtdvp.com
     mbergeron@mtdvp.com

| | |
|---|---|
| DATED: March 4, 2026 | Respectfully submitted,<br><br>/s/ *Adam M. Moskowitz*<br><br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>Barbara C. Lewis<br>Florida Bar No. 118114<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, Florida 33133<br>Telephone: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br><br>/s/ *David Boies*<br>David Boies<br>Alexander Boies<br>Brooke A. Alexander<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street  Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br>balexander@bsfllp.com<br><br>*CO-LEAD COUNSEL* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was filed on March 4, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Adam M. Moskowitz*
ADAM M. MOSKOWITZ