UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE: FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO:

    ALL ACTIONS

_____

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

**TO THE CLERK OF COURT AND ALL OTHER PARTIES**, please take notice that Joseph Saveri Law Firm, LLP has changed its name and address for service of pleadings and notices in the above-captioned cases. The new firm name and address are:

>Saveri Law Firm, LLP
>550 California Street, Suite 910
>San Francisco, California 94104.

The firm's telephone number, fax number, and email addresses remain the same.

Dated: March 5, 2026

Respectfully submitted,

By: _____/s/ Joseph R. Saveri_____

Joseph R. Saveri (CA Bar No. 130064)
Christopher Young (CA Bar No. 318371)
Itak K. Moradi (CA Bar No. 310537)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

*Counsel to Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the forgoing was filed on March 5, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.              By: */s/ Joseph R. Saveri*