**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-KMM**

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that ADAM M. FOSLID, ESQ. with the law firm of Winston & Strawn LLP hereby gives notice that although he will continue to serve as counsel of record for Defendants SoftBank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited in this matter, he is updating here the address to which all future pleadings, court filings, orders, correspondence, etc. for this matter should be directed to undersigned counsel, and which will also be updated in CM/ECF after the filing of this notice, as follows:

Adam M. Foslid, Esq.
Winston & Strawn LLP
200 South Biscayne Boulevard
Suite 1700
Miami, FL 33131
afoslid@winston.com
Tel: (305) 910-0500

- 1 -

- 2 -

Dated: March 6, 2026

Respectfully submitted,

ADAM M. FOSLID
Florida Bar No. 682284
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 1700
Miami, Florida 33131
Telephone: (305) 910-0500
Fax: (305) 910-0505
afoslid@winston.com


By: */s/ Adam M. Foslid*
      Adam M. Foslid

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


By: */s/ Adam M. Foslid*
Adam M. Foslid