**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |
| | MDL No. 3076 |

This Document Relates To:

*Garrison v. Bankman-Fried*,
No. 22-cv-23753-KMM

*Garrison v. Golden State Warriors*,
No. 1:23-cv-23084-KMM

*Garrison v. Osaka*,
No. 1:23-cv-23064-KMM

*Garrison v. Riot Games, Inc.*,
No. 1:24-cv-21296-KMM

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Civil Local Rule 11.1(d)(3)(A), Matthew S. Kahn hereby moves for leave to withdraw his appearance as counsel for defendants Golden State Warriors, LLC ("GSW"), Naomi Osaka ("Osaka"), Riot Games, Inc., and North America League of Legends Championship Series LLC ("Riot") and to be removed from the Court's CM/ECF electronic notification list. Mr. Kahn is leaving the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), but Gibson Dunn and Colson, Hicks, Eidson, P.A. continue to represent GSW, Osaka, and Riot. Accordingly, there will be no disruption or delay in this matter or to the representation of GSW, Osaka, and Riot caused by Mr. Kahn's withdrawal.

WHEREFORE, attorney Matthew S. Kahn respectfully requests that the Court enter an order authorizing Mr. Kahn to withdraw from this matter, removing him as counsel of record for GSW, Osaka, and Riot, relieving him of any further responsibilities, and removing him from the distribution of CM/ECF electronic notifications in this matter.

Dated: March 25, 2026

| | |
|---|---|
| **COLSON, HICKS, EIDSON, P.A.** | **GIBSON, DUNN & CRUTCHER LLP** |
| 255 Alhambra Circle, Penthouse | |
| Coral Gables, Florida 33134 | By: */s/ Matthew S. Kahn* |
| (305) 476-7400 | Matthew S. Kahn (*pro hac vice*) |
| |   MKahn@gibsondunn.com |
| By: */s/ Roberto Martínez* | Michael J. Kahn (*pro hac vice*) |
| Roberto Martínez |   MJKahn@gibsondunn.com |
| Florida Bar No. 305596 | One Embarcadero Center, Suite 2600 |
|   bob@colson.com | San Francisco, CA 94111-3715 |
| Stephanie A. Casey | Phone: 415.393.8200 |
| Florida Bar No. 97483 | Michael Dore (*pro hac vice*) |
|   scasey@colson.com |   MDore@gibsondunn.com |
| Zachary Lipshultz | 333 South Grand Avenue |
| Florida Bar No. 123594 | Suite 4600 |
|   zach@colson.com | Los Angeles, CA 90071-3197 |
| | Phone: 213.229.7155 |

*Attorneys for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

## <u>FILER ATTESTATION</u>

I, Roberto Martínez, am the ECF user whose identification and password are being used to file the Notice of Withdrawal of Counsel. Pursuant to the CM/ECF Administrative Procedures, I hereby attest that I have obtained concurrence from Matthew S. Kahn to file this motion and sign it electronically on his behalf.

By: */s/ Roberto Martínez*

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: */s/ Roberto Martínez*