**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM MDL No. 3076 |
| This Document Relates To: *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM *Garrison v. Golden State Warriors*, No. 1:23-cv-23084-KMM *Garrison v. Osaka*, No. 1:23-cv-23064-KMM *Garrison v. Riot Games, Inc.*, No. 1:24-cv-21296-KMM |  |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE comes before the Court upon attorney Matthew S. Kahn's Motion to Withdraw as Counsel (the "Motion") for defendants Golden State Warriors, LLC ("GSW"), Naomi Osaka ("Osaka"), Riot Games, Inc., and North America League of Legends Championship Series LLC ("Riot").

Having reviewed the Motion and being advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Matthew S. Kahn is hereby withdrawn and removed as counsel of record for GSW, Osaka, and Riot, he is relieved of all further responsibilities in this matter, and he shall be removed from the distribution of CM/ECF notifications in this matter.

Dated: _____        _____
THE HONORABLE K. MICHAEL MOORE
United States District Judge