**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

This Document Relates To:

*Garrison, et al. v. Bankman-Fried, et al.,*
Case No. 22-cv-23753-MOORE/BECERRA

_____

NOTICE OF CHANGE OF LAW FIRM NAME, ADDRESS, AND CONTACT INFORMATION

Attorney Alexander M. Peraza, Esq., files this Notice of Change of Law Firm Name, Address, and Contact Information in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Alexander M. Peraza, Esq.
KAPLAN ROTHSTEIN PRÜSS PERAZA, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida  33133
Telephone: (305) 374-1920
Facsimile:  (305) 374-1961
E-Mail: APeraza@krp2.com

Dated: April 17, 2026                                      Respectfully submitted,

KAPLAN ROTHSTEIN PRÜSS PERAZA, P.A.
By:    /s Alexander M. Peraza
           Alexander M. Peraza, Esq.
           Fla. Bar No. 107044
           APeraza@krp2.com
           Offices at Grand Bay Plaza
           2665 South Bayshore Drive, PH-2B
           Miami, Florida  33133
           Telephone:    (305) 374-1920
           Facsimile:     (305) 374-1961
           *Counsel for Defendant*
           *William Trevor Lawrence*