**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-md-3076-KMM

**In RE**

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE LITIGATION**

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**STATUS REPORT REGARDING PROPOSED OMNIBUS MOTION FOR**
**<u>PRELIMINARY APPROVAL</u>**

Pursuant to this Court's order dated February 25, 2026 (Dkt. 1070), Plaintiffs provide this report regarding the status of their Omnibus Motion for Preliminary Approval.

Plaintiffs have made substantial progress on all fronts since their February 24, 2026 Unopposed Motion for Extension of Time. First and foremost, through extensive negotiations, Plaintiffs have recently resolved their allocation dispute with the Estate such that the Parties need not await an arbitration ruling. Second, Plaintiffs have continued working with the proposed claims administrator to plan and prepare for an efficient notice and administration process. Third, Plaintiffs have turned numerous drafts of the definitive documentation necessary to file their Preliminary Approval motion with the parties, and are near completion of those drafts. Nonetheless, at this time, Plaintiffs do not have execution versions of those agreements from three defendants included in this round of settlements. Together with those defendants, Plaintiffs are committed to continuing to work diligently towards finalizing those documents, and thus allowing Plaintiffs to finalize the Motion and accompanying exhibits.

As explained in the January 12, 2026 request (Dkt. 1074), the benefits to the class of proceeding with this round of settlements in one go are enormous, and proceeding with notice and administration on the currently approved settlements alone is not economically viable.

Accordingly, Plaintiffs respectfully request the Court enter an Order giving Plaintiffs a three-week extension, until *May 15, 2026*, to file their Omnibus Motion for Preliminary Approval of First and Second Tranche of FTX Global Settlements.

Date:  April 17, 2026               Respectfully submitted,

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead Counsel*

By: */s/ David Boies*
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel*

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 17, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Adam M. Moskowitz<br>Adam M. Moskowitz

3