## ANTHONY SCORDO, ESQ., PC

69 East Allendale Rd.
Saddle River NJ 07458
TEL: 973-837-1861
FAX: 973-837-9650

*E-MAIL: anthonyscordo@msn.com

April 20, 2026

Filed Via ECF

Hon. K. Michael Moore, U.S.D.J.
Wilkie D. Ferguson Jr. Courthouse
400 North Miami Ave.- Room 13-1
Miami, FL 33128

Re: In re FTX Cryptocurrency Exchange Collapse Litigation
Case No. : 1:23-md-03076-KMM

Dear Judge Moore:

I am writing on behalf of joint plaintiffs in matter <u>Lucky D et. al v. Prager Metis et. al.,</u> first filed in the District of New Jersey with docket number 2:23-389, which was transferred by the Joint Panel on Multi-District Litigation over objection to this court <u>In re Cryptocurrency Exchange Collapse Litigation,</u> MDL No. 3076, 1:23-md-03076 (S.D. Fl.). I am in receipt of the application of the certain representatives of putative class plaintiffs to extend by two weeks the deadline for filing their motion to approve the "global settlement" with defendant auditor Prager Metis as well as several other defendants. While Lucky D plaintiffs do not oppose the extension sought, <u>they reiterate their request to the court to expedite disposition of their pending motion for intervention and other relief, (including unsealing of the proposed settlement terms prior to expiration of said deadline)</u> such that they are properly apprised of the facts relevant for arriving at an informed decision how to proceed, particularly including whether it is in their best interest to seek remand from the

MDL to the District of New Jersey before the May 15 proposed deadline. Respectfully, Your Honor should  be aware that the motion to intervene has been pending since November 19, 2025.

In addition, the application filed by putative class plaintiffs should afford the time for plaintiffs not seeking to be part of the putative class to respond to the motion to approve settlement to at least ninety (90) days from the proposed May 15 deadline. The application tacitly concedes that the "parties" (presumably referring to non-participating plaintiffs such as Lucky  D), described therein have not been properly apprised of the substance and course of the settlement negotiations.  As noted in my submission to Your Honor of April 10, transparency from the selected representatives to other counsel for other plaintiffs, particular the designated representative for the auditor claims, has been sorely lacking throughout. In fact,  my clients maintain that  such lack of transparency taken as a whole could be found to have risen to the level of an  unconstitutional  deprivation of procedural Due Process if the settlement later is the subject of appellate review.

To summarize, plaintiffs in the Lucky D matter respectfully request that this court dispose of their pending intervention motion prior to the extended deadline of May 15, 2026 and afford those parties seeking to oppose approval of the proposed settlement at least ninety days.

Respectfully submitted,

Anthony Scordo Esq. PC


s/Anthony Scordo



Anthony Scordo

NJ ID 024591987

Attorney for joint plaintiffs Lucky D, et .al

Lehman Lee & Xu

s/ Edward E. Lehman

Edward E. Lehman

IL ARDC 6194489

Attorney for joint plaintiffs Lucky D, et .al

Cc: all counsel via ECF

I certify that I have file this submission via ECF on this date.

s/ Anthony Scordo

Dated: April 20, 2026                    _____

Anthony Scordo