# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM<br><br>MDL No. 3076 |
| This Document Relates To:<br><br>*Garrison v. Bankman-Fried,*<br>No. 22-cv-23753-KMM<br><br>*Garrison v. Paffrath,*<br>No. 1:23-cv-21023-KMM<br><br>*Norris v. Brady,*<br>No. 23-cv-20439-KMM<br><br>*Podalsky v. Bankman-Fried*<br>No. 1:22-cv-23983-KMM<br><br>*Garrison v. Golden State Warriors,*<br>No. 1:23-cv-23084-KMM<br><br>*Lam v. Bankman-Fried,*<br>No. 1:23-cv-22195-KMM<br><br>*Garrison v. Osaka,*<br>No. 1:23-cv-23064-KMM<br><br>*Garrison et al. v. Furia Esports LLC et al.,*<br>No. 1:24-cv-20895-RS<br><br>*Garrison et al. v. Lincoln Holdings LLC,*<br>No. 1:24-cv-00655-JMC<br><br>*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team),*<br>No. 1:23-cv-24480-JEM<br><br>*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball,*<br>No. 1:23-cv-24479-KMM | |

| *Garrison v. Riot Games, Inc.*,<br>No. 1:24-cv-21296-KMM<br><br>*Garrison v. Wasserman Media Group, LLC<br>and Dentsu McGarry Bowen  LLC*,<br>No. 23-cv-24478-KMM | |
|---|---|

**SPORTS & ENTERTAINMENT DEFENDANTS'<br>NOTICE OF SUPPLEMENTAL AUTHORITY**

The undersigned Defendants submit this Notice of Supplemental Authority to apprise the Court of a recent FTX bankruptcy development. On April 21, 2026, the FTX Trust announced it recently distributed another $2.2 billion to creditors, bringing total recovery to date to over $10 billion. *See In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del.), ECF No. 35420 (Exhibit A). Defendants' last update noted some Plaintiffs had already recovered *more* than the value of their claims. *See* ECF 1000, 1000-1. Now, additional Plaintiffs have recovered the *entire* value of their claims (*see* Exhibit A at 2 (Class 5B); ECF 943-1 at 39 (Plaintiffs Papadakis, Chernyavsky, Podalsky, Huang, and Livieratos)), while others have recovered nearly the full value of their claims, increasing from 78% following the September 2025 distribution to 96% (*see* Exhibit A at 2 (Class 5A); ECF 943-1 at 39 (Plaintiff Rupprecht)). *Compare* ECF 1000-1 at 2 (Class 5A recovery), *with* Exhibit A at 2 (Class 5A recovery).

This development further proves that the bankruptcy court is the proper forum for addressing any of Plaintiffs' alleged damages, or at a minimum, this proceeding should be stayed pending bankruptcy resolution. ECF 943 at 24-25, 38-40; ECF 987 at 7-8, 20.

Dated: April 23, 2026

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
Florida Bar No. 0099939
  *pravin.patel@weil.com*
Alli G. Katzen
Florida Bar No. 1024803
  *alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305) 577-3100

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant Shohei Ohtani*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
Florida Bar No. 0099939
  *pravin.patel@weil.com*
Alli G. Katzen
Florida Bar No. 1024803
  *alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305) 577-3100

Yehudah L. Buchweitz
  *yehudah.buchweitz@weil.com*
Caroline H. Zalka
  *caroline.zalka@weil.com*
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant MLB Players, Inc.*

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400
Roberto Martínez
Florida Bar No. 305596

*bob@colson.com*
Stephanie A. Casey
Florida Bar No. 97483
*scasey@colson.com*
Zachary Lipshultz
Florida Bar No. 123594
*zach@colson.com*

By: */s/ Roberto Martinez*
Roberto Martinez

*Attorneys for Defendants Thomas Brady, Lawrence David, Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
Brittany M.J. Record (*pro hac vice*)
*brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
Marvin S. Putnam (*pro hac vice*)
*marvin.putnam@lw.com*
Jessica Stebbins Bina (*pro hac vice*)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
Michele D. Johnson (*pro hac vice*)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

By: */s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

*Attorneys for Defendants Thomas Brady, Lawrence David, FuriaGG Corp, Furia Esports*

*LLC, Furia Experience LLC, Lincoln Holdings LLC, and Mercedes-Benz Grand Prix Limited*

**GIBSON, DUNN & CRUTCHER LLP**
Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*
Sean F. Howell (*pro hac vice pending*)
  *SHowell@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415.393.8200

Michael Dore (*pro hac vice*)
  *MDore@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

By: */s/ Michael J. Kahn*
Michael J. Kahn

*Attorneys for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**HECKER FINK LLP**
Sean Hecker
  *shecker@heckerfink.com*
John Quinn
  *jquinn@heckerfink.com*
Sabrina Alvarez-Correa
  *salvarezcorrea@heckerfink.com*
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

By: */s/ John Quinn*
John Quinn

*Counsel for Defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and The MLB Network, LLC*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500

Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
Nathan Bull (Fla. Bar No. 1029523)

**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (*pro hac vice* pending)
 *jstrabo@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
Sarah P. Hogarth (*pro hac vice*)
 *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700

By: */s/ Christopher S. Carver*
Christopher S. Carver, Esq.
Florida Bar No. 993580
 *christopher.carver@akerman.com*
Jason S. Oletsky, Esq.
Florida Bar No. 9301
 *jason.oletsky@akerman.com*
Katherine A Johnson, Esq.
Florida Bar No. 1040357
 *katie.johnson@akerman.com*

Bryan T. West
Florida Bar No. 83526
 *bryan.west@akerman.com*
Three Brickell City Centre
98 Southeast Seventh Street – Suite 1100
Miami, FL 33131
Tel.: 305-374-5600
Fax: 305-374-5095

*Attorneys for Defendant David Ortiz*

**NEIMAN MAYS FLOCH & ALMEIDA PLLC**

100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
  *jneiman@nmfalawfirm.com*
Brandon Floch
Fla. Bar No. 125218
  *bfloch@nmfalawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and
Solomid Corporation, D/B/A Team Solomid,
TSM, and/or TSM FTX*

**HOLLAND & KNIGHT LLP**
Stephen P. Warren (Fla. Bar No. 788171)
  *Stephen.Warren@hklaw.com*
Brandon T. White (Fla. Bar No. 106792)
  *Brandon.White@hklaw.com*
Andrew W. Balthazor (Fla. Bar No. 1019544)
  *Andrew.Balthazor@hklaw.com*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
(305) 374-8500

By: */s/ Stephen P. Warren*
Stephen P. Warren

*Attorneys for Defendant Wasserman Media
Group, LLC*

**FOX ROTHSCHILD LLP**
Mark A. Kornfeld
Fla. Bar No. 1019233
*mkornfeld@foxrothschild.com*
One Sarasota Tower
2 North Tamiami Trail, Suite 400
Sarasota, Florida 34236
T: 941-308-2700

By: */s/ Mark A. Kornfeld*

Mark A. Kornfeld

*Attorneys for Defendant Dentsu McGarry Bowen LLC*

**WASERSTEIN & NUNEZ, PLLC**
Carlos A. Nunez-Vivas
Fla. Bar. No. 128181
*carlos@wnlawgroup.com*
1124 Kane Concourse
Bay Harbor, Florida 33154
Tel: (305) 563-1011

By: */s/ Carlos A. Nunez-Vivas*
Carlos A. Nunez-Vivas

*Attorneys for Defendant Gisele Bündchen*

## FILER ATTESTATION

I, Pravin R. Patel, am the ECF user whose identification and password are being used to file the Notice of Supplemental Authority. Pursuant to the CM/ECF Administrative Procedures, I hereby attest that I have obtained concurrence from the other parties to file this notice and sign it electronically on their behalf.

By: */s/ Pravin R. Patel*
Pravin R. Patel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2026, a true and correct copy of the foregoing

was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a

true and correct copy to be served on all counsel of record.

By: */s/ Pravin R. Patel*
Pravin R. Patel