# EXHIBIT A



**3/31/2026 Distribution to Holders of Allowed Convenience and Non-Convenience Class Claims**

$ in Millions

| Claim Class | Distributions | On Account of Allowed Claims | % Recovery |
|---|---|---|---|
| Administrative Claims | $ 0 | $ 0 | 100% |
| Class 1: Priority Tax Claims | - | - | 0% |
| Class 2: Other Priority Claims | - | - | 0% |
| Class 3A: Secured Loan Claims | - | - | 0% |
| Class 4: Separate Subsidiary Claims | - | - | 0% |
| Class 5A: Dotcom Customer Entitlement Claims | 1,502 | 7,286 | 21% |
| Class 5A: Dotcom Customer Entitlement Claims (Bahamas Opt-In) | 163 | 416 | 39% |
| Class 5B: U.S. Customer Entitlement Claims | 19 | 133 | 14% |
| Class 6A: General Unsecured Claims | 374 | 622 | 60% |
| Class 6B: Digital Asset Loan Claims | 85 | 577 | 15% |
| Class 7A: Dotcom Convenience Claims | 12 | 10 | 120% |
| Class 7A: Dotcom Convenience Claims (Bahamas Opt-In) | 21 | 17 | 120% |
| Class 7B: U.S. Convenience Claims | 5 | 4 | 120% |
| Class 7C: General Convenience Claims | 0 | 0 | 120% |
| Class 8A: PropCo Operating Expense Claims | - | - | 0% |
| Class 8B: Priority DM Claims | - | - | 0% |
| Class 10A: Senior Subordinated IRS Claims | - | - | 0% |
| Class 10B: Senior Subordinated Governmental Claims | - | - | 0% |
| Class 10C: Junior Subordinated IRS Claim | - | - | 0% |
| Class 12: Preferred Equity Interests | - | - | 0% |
| **Total** | **$ 2,181** | **$ 9,066** | |

Note: Distribution amounts reflect the funds sent to the Distribution Service Providers to be delivered to customers, as well as the payments to creditors made directly by the FTX Trust. It is possible that certain distributions may be undeliverable; final distributed amounts will be reflected on the next Quarterly Report. Actual distribution percentages may differ slightly due to rounding of the figures referenced above.

For classes 5 and 6, distributions on account of Allowed Claims include "catch-up" distributions on newly Allowed Claims, resulting in blended recovery percentages.



**Total Cumulative Distributions to Date**

$ in Millions

| Claim Class | | Distributions | | On Account of Allowed Claims | % Recovery |
|---|---|---|---|---|---|
| Administrative Claims | $ | 191 | $ | 191 | 100% |
| Class 1: Priority Tax Claims | | 200 | | 200 | 100% |
| Class 2: Other Priority Claims | | 0 | | 0 | 100% |
| Class 3A: Secured Loan Claims | | 276 | | 250 | 110% |
| Class 4: Separate Subsidiary Claims | | - | | - | 0% |
| Class 5A: Dotcom Customer Entitlement Claims | | 7,043 | | 7,314 | 96% |
| Class 5A: Dotcom Customer Entitlement Claims (Bahamas Opt-In) | | 402 | | 418 | 96% |
| Class 5B: U.S. Customer Entitlement Claims | | 134 | | 134 | 100% |
| Class 6A: General Unsecured Claims | | 622 | | 622 | 100% |
| Class 6B: Digital Asset Loan Claims | | 577 | | 577 | 100% |
| Class 7A: Dotcom Convenience Claims | | 571 | | 474 | 120% |
| Class 7A: Dotcom Convenience Claims (Bahamas Opt-In) | | 204 | | 170 | 120% |
| Class 7B: U.S. Convenience Claims | | 92 | | 76 | 120% |
| Class 7C: General Convenience Claims | | 2 | | 2 | 120% |
| Class 8A: PropCo Operating Expense Claims | | - | | - | 0% |
| Class 8B: Priority DM Claims | | - | | - | 0% |
| Class 10A: Senior Subordinated IRS Claims | | - | | - | 0% |
| Class 10B: Senior Subordinated Governmental Claims | | - | | - | 0% |
| Class 10C: Junior Subordinated IRS Claim | | - | | - | 0% |
| Class 12: Preferred Equity Interests | | - | | - | 0% |
| Total | $ | 10,313 | $ | 10,425 | |

Note: Distribution amounts reflect the funds sent to the Distribution Service Providers to be delivered to customers, as well as the payments to creditors made directly by the FTX Trust. It is possible that certain distributions may be undeliverable; final distributed amounts will be reflected on the next Quarterly Report. Actual distribution percentages may differ slightly due to rounding of the figures referenced above.