**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-3076-KMM**

In RE: FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION

_____/

FILED BY _____ D.C.

APR 2 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Staci Yablon, the undersigned, do hereby certify that:

1.       I am a member of good standing of the New York Bar.

2.       I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.       I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.       I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted _pro hac vice_ status in another case in the Southern District of Florida.

5.       I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6.       If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Staci Yablon |
| State Bar Number: | 4399085 |
| Firm Name: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Mailing Address: | 1285 Avenue of the Americas, New York, NY 10019 |
| Telephone Number: | 212-373-3000 |
| Email Address: | syablon@paulweiss.com |

Attorney Signature: _Staci Y_____   Date: _4/22/2026_

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Staci Yablon**
**Direct Dial:** +1 212 373 3396
**Email:** syablon@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

April 22, 2026

**VIA FEDEX**

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, Florida 33128

Re:   *In Re: FTX Cryptocurrency Exchange Collapse Litigation, 1:23-md-03076-KMM*

MDL Filling Clerk:

I am counsel in the above-titled action for Defendants Temasek Holdings (Private) Ltd., Temasek International (USA) LLC, Temasek International Pte. Ltd., Blakiston Investments Pte. Ltd., and Artz Fund Investments Pte. Ltd.  Enclosed is a Certificate of Understanding Regarding Electronic Filling in the Southern District of Florida, as required by ECF No. 55.

Kind regards,

*/s/ Staci Yablon*
Staci Yablon



REC'D BY _____ D.C.

APR 23 2026

/ ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

X6 MPBA

TRK# 8709 6548 4655
0201

THU - 23 APR 5:00P
STANDARD OVERNIGHT

33128
FL-US        MIA

ORIGIN ID:QNYA          (212) 373-3000
GABRIELLA PINSON
PAUL WEISS LLP
1285 AVENUE OF THE AMERICAS

NEW YORK, NY 10019
UNITED STATES US

TO UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 N. MIAMI AVENUE

MIAMI FL 33128

(212) 373-2416
INV:
PO:                              REF: 060767.00015PW72755

                                 DEPT:

SHIP DATE: 22APR26
ACTWGT: 0.50 LB
CAD: 267711667/FAPI2208

BILL SENDER

J261026012001uv                  58KJ4/42C3/484B

FedEx Express

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

