**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:23-md-03076-KMM**

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

THIS DOCUMENT RELATES TO:

*Lahav et al.* v. *Binance Holdings Limited et al.*,
No. 1:24-cv-21421-MOORE

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW TERESA GOODY**
**GUILLÉN AS COUNSEL AND REQUEST FOR DELETION FROM**
**CM/ECF ELECTRONIC NOTIFICATION SERVICE**

THIS CAUSE comes before the Court on the Motion To Withdraw Teresa Goody Guillén

As Counsel And Request For Deletion From CM/ECF Electronic Notification Service (the

"Motion"). Being fully advised, it is hereby ORDERED and ADJUDGED that:

The Motion is GRANTED. Accordingly, the Clerk shall terminate Teresa Goody Guillén

as counsel for Defendant Changpeng Zhao and shall discontinue CM/ECF notice to her in this

action.

DONE AND ORDERED in Chambers at Miami, Florida, on _____.

_____
Judge K. Michael Moore
United States District Judge

Copies furnished to: All Counsel of Record