**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

                                    **MDL No. 1:23-md-03076-KMM**

**FTX CRYPTOCURRENCY EXCHANGE**
**COLLAPSE LITIGATION**

This Document Relates to:
*Lucky D et al. v. Prager Metis LLP and Armanino LLC*
(formerly D.N.J. No. 2:23-cv-00389)

---

**STATEMENT OF LUCKY D PLAINTIFFS AND REQUEST**
**TO DEFER ANCILLARY RELIEF AFFECTING DIRECT-ACTION CLAIMS**

The Lucky D Plaintiffs respectfully file this Statement in response to the Court's Order at ECF 1102. They are direct-action plaintiffs in this MDL and ask the Court to defer ruling on any ancillary relief in connection with the forthcoming omnibus motion that would, in operation, reach the Lucky D Plaintiffs' direct-action claims, until the Court has ruled on their pending Motion to Intervene at Doc. 1051.

**I.      PROCEDURAL POSTURE**

The Lucky D action was filed in the District of New Jersey on January 24, 2023 and was transferred into this MDL pursuant to 28 U.S.C. § 1407. The action is prosecuted under Federal Rule of Civil Procedure 20 by eighteen individually named, foreign-citizen natural-person Plaintiffs and three foreign entity Plaintiffs. Each is a citizen or subject of Hong Kong, Singapore, the United Kingdom, the European Union, or the Republic of Korea. The Lucky D Plaintiffs assert aggregate direct-action claims pleaded in their operative First Amended Complaint, and likewise

1

reflected in the related action pending in the District of New Jersey, of not less than USD $500 million.

The Lucky D Plaintiffs have not sought, and do not seek, certification under Federal Rule of Civil Procedure 23. They are not class representatives in this MDL. They are not class members — or putative class members — by their own election. They are direct-action plaintiffs who prosecute their own claims, on their own facts, against defendants of their own selection.

The Lucky D Plaintiffs filed their Motion to Intervene in the settlement proceedings of this MDL more than four months ago. The motion was fully briefed as of January 22, 2026 (Doc. 1051). It remains pending.

## II.    THE DEFERRAL REQUEST

The Court's Order at ECF 1102 indicated that the Court would review the Lucky D Plaintiffs' filings before determining whether additional relief should be adjudicated in connection with the forthcoming settlements. The Lucky D Plaintiffs file this Statement to apprise the Court that the ancillary relief identified in ECF 1102 may, depending on the terms of the omnibus motion as filed, affect the prosecution of the Lucky D Plaintiffs' direct-action claims.

The Lucky D Plaintiffs do not at this stage know the precise terms of the omnibus motion. They cannot, and do not, object to language that has not been filed. They ask only that the Court, in the orderly sequencing of its rulings, adjudicate the pending Motion to Intervene at Doc. 1051 before ruling on any aspect of any ancillary relief that, on its face, would reach the Lucky D Plaintiffs' direct-action claims.

This sequencing is procedurally proper for two reasons. First, the Lucky D Plaintiffs' standing to be heard on any aspect of the omnibus motion that would affect their direct-action

claims depends in part on the disposition of their Motion to Intervene. Adjudicating Doc. 1051 first clarifies the procedural posture in which the Lucky D Plaintiffs participate in any subsequent ruling. Second, the Motion to Intervene has been fully briefed and pending for more than four months. The omnibus motion will be filed within days. The sequencing the Lucky D Plaintiffs request adds no delay to the omnibus proceedings; it asks only that the pending motion be reached on its existing schedule.

## III.    RESERVATION

The Lucky D Plaintiffs reserve the right to be heard, pursuant to the pending Motion to Intervene, on any aspect of the omnibus motion as filed that would reach their direct-action claims. The grounds available to them include those arising under Federal Rule of Civil Procedure 23 and otherwise, and will be particularized upon review of the omnibus papers.

Dated: May 20, 2026                                  Respectfully submitted,

/s/ Anthony Scordo III
Anthony Scordo III, Esq.
NJ Attorney ID 024591987
ANTHONY SCORDO, ESQ., P.C.
69 E. Allendale Road
Saddle River, NJ 07458
Tel: (973) 837-1861
anthonyscordo@msn.com

/s/ Edward E. Lehman
Edward E. Lehman, Esq.
Illinois ARDC No. 6194489
LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street
Causeway Bay, Hong Kong SAR
Tel: (852) 3588-2188

3

elehman@lehmanlaw.com

*Attorneys for the Lucky D Plaintiffs*