**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

                                              **MDL No. 1:23-md-03076-KMM**

**FTX CRYPTOCURRENCY EXCHANGE**
**COLLAPSE LITIGATION**

This Document Relates to:
*Lucky D et al. v. Prager Metis LLP and Armanino LLC*
(formerly D.N.J. No. 2:23-cv-00389)

---

### <u>NOTICE OF LUCKY D PLAINTIFFS REGARDING PROCEDURAL STATUS</u>

The Lucky D Plaintiffs file this Notice in response to the Court's Order at ECF 1102.

1. The Lucky D action was filed in the District of New Jersey on January 24, 2023 (No. 2:23-cv-00389) and was subsequently transferred into this MDL pursuant to 28 U.S.C. § 1407.

2. The Lucky D action is a direct action under Federal Rule of Civil Procedure 20, prosecuted by eighteen individually named, foreign-citizen natural-person Plaintiffs and three foreign entity Plaintiffs. The Lucky D Plaintiffs have not sought, and do not seek, certification under Federal Rule of Civil Procedure 23. They prosecute their claims as Rule 20 direct-action plaintiffs.

3. The Lucky D Plaintiffs' Motion to Intervene in the settlement proceedings of this MDL was fully briefed as of January 22, 2026 (Doc. 1051) and remains pending.

4. Two related actions naming defendants other than the partnership entity Prager Metis LLP are pending in other federal courts:

   a. *Alistair et al. v. Decker et al.*, No. 2:26-cv-05195 (D.N.J., filed May 13, 2026), naming eleven current and former individual partners of Prager Metis CPAs, LLC

1

in their individual capacities. Conditional Transfer Order CTO-6 was entered by the JPML on May 14, 2026.

b. *Byers et al. v. Fenwick & West LLP et al.*, No. 1:26-cv-01651 (D.D.C., filed May 13, 2026), prosecuted by separate counsel of record. No tag-along notice has been filed in respect of the Byers action.

5. The Lucky D Plaintiffs reserve their right to be heard, pursuant to the pending Motion to Intervene at Doc. 1051, on any aspect of any forthcoming settlement or ancillary relief that would reach their direct-action claims.

Dated: May 20, 2026          Respectfully submitted,

/s/ Anthony Scordo III
Anthony Scordo III, Esq.
NJ Attorney ID 024591987
ANTHONY SCORDO, ESQ., P.C.
69 E. Allendale Road
Saddle River, NJ 07458
Tel: (973) 837-1861
anthonyscordo@msn.com

/s/ Edward E. Lehman
Edward E. Lehman, Esq.
Illinois ARDC No. 6194489
LEHMAN, LEE & XU
Suite 3313, Tower One, Times Square
1 Matheson Street
Causeway Bay, Hong Kong SAR
Tel: (852) 3588-2188
elehman@lehmanlaw.com

*Attorneys for the Lucky D Plaintiffs*