# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:

FTX Promoter Defendants

**SUPPLEMENTAL DECLARATION OF GINA INTREPIDO-BOWDEN REGARDING PROPOSED SETTLEMENT NOTICE PLAN**

I, Gina Intrepido-Bowden, hereby declare as follows:

1.      I am a judicially recognized legal notice expert with more than 20 years of experience designing and implementing class action legal notice programs. I have been involved in many of the largest and most complex class action notice programs, including all aspects of notice dissemination.

2.      On March 27, 2024, at the request of Class Counsel in the above-referenced action, I submitted a declaration regarding the proposed settlement notice plan for providing notice to Class Members (the "Initial Declaration"). That Declaration summarized JND's and my background and experience and the notice elements I would propose to reach and inform Class Members about the settlement and their rights and options.

3.      I have been asked by Class Counsel to submit this supplemental declaration to update the proposed notice effort (the "Notice Plan") in accordance with the proposed settlement with settling parties and address why it is consistent with other best practicable court-approved notice programs and the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), the Due Process Clause of the United States Constitution, the Federal Judicial Center ("FJC") guidelines for best practicable notice, and any other applicable statutes, laws, and rules.

1

## NOTICE PLAN OVERVIEW

4.      The objective of the proposed Notice Plan is to provide the best notice practicable, consistent with the methods and tools employed in other court-approved notice programs and to allow Class Members the opportunity to review a plain language notice with the ability to easily take the next step and learn more about the settlement. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* consider a notice plan with a high reach (above 70%) to be effective.[1]

5.      As I understand it, the Class consists of all persons or entities who held assets (including Yield-Bearing Accounts) on the FTX platform, AND/OR held FTT tokens on the FTX platform, AND/OR held FTT tokens outside the FTX platform.

6.      The proposed Notice Plan includes the following components, as further described in the sections below.

a.      CAFA Notice to appropriate state and federal officials;

b.      Digital notice to effectively reach Class Members;[2]

c.      An internet search campaign;

d.      The distribution of an informational press release;

e.      Notice posting on the bankruptcy docket and in the customer claim portal;

f.      Notice post by John Ray on X (formerly Twitter) from the FTX account;

g.      A settlement website that will provide detailed information about the settlement including a page with answers to frequently asked questions, contact information, key dates, links to important case documents including the Long Form Notice, attached as **Exhibit A**, a Short Form Notice, attached as **Exhibit B**, and the Settlement Agreement; and

---

[1] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), p. 3 states: "…the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."

[2] Reach is the percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once over the course of a campaign. Reach factors out duplication, representing total different/net persons.

h.  A settlement toll-free number, which will include an interactive voice response (IVR), email address, and post office box.

7.  Based on my experience in developing and implementing settlement notice programs, I believe that a Notice Plan with these elements will provide the best notice practicable under the circumstances.

8.  Each component of the proposed Notice Plan is described in more detail in the sections below.

## CAFA NOTICE

9.  JND will work with Counsel for Settling Defendants to provide notice of the proposed settlement under the Class Action Fairness Act (CAFA), 28 U.S.C. §1715(b), no later than 10 days after the proposed settlement is filed with the Court. CAFA Notice will be mailed to the appropriate state and federal government officials.

## DIGITAL NOTICE

10.  JND proposes a digital effort to effectively reach the Class. When designing our digital campaign, we first analyzed our audience to understand *who* we are trying to reach so that we could determine *how* best to reach and communicate with them. Research indicates that users of the FTX cryptocurrency exchange heavily skewed toward **young, tech-savvy, male individuals**.[3] It is also our understanding that the vast majority of Class Members are located in Canada, EU (Austria, Belgium, Bulgaria, Croatia, Cyprus, Czechia, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Ireland, Italy, Latvia, Lithuania, Luxembourg, Malta, Netherlands, Poland, Portugal, Romania, Slovakia, Slovenia, Spain, Sweden), Great Britian, Hong Kong, Japan, and Singapore (the "Key Countries"). As a result, the proposed media effort consists of **82 million digital impressions**[4] being served to adults 18 years of age or older (Adults 18+) in the Key Countries with focused cryptocurrency targeting to concentrate efforts specifically on

---

[3] https://www.similarweb.com/website/ftx.com/

[4] Impressions or Exposures are the total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. Impressions are a gross or cumulative number that may include the same person more than once. As a result, impressions can and often do exceed the population size.

Class Members.

11.     We recommend using a diversified mix of digital platforms including the largest digital network (the *Google Display Network* - "*GDN*"), three popular social media platforms (*Facebook*, *Instagram*, and *Reddit*), and two leading cryptocurrency eNewsletters (*CoinDesk's Headlines eNewsletter* and *Benzinga's Ring the Bell eNewsletter*). Our plan is structured as an 8-week campaign to allow impressions to be distributed efficiently over time, improving unduplicated reach and avoiding excessive frequency.

12.     **_GDN_** is recommended to build reach while maintaining relevance to Class Members through a layered targeting approach. Impressions will specifically target individuals (1) with an affinity for Cryptocurrencies, CoinDesk Trading, Digital Currency, Cryptocurrency Funds, Bitcoin Investing Advice, Binance Information, Bitcoin Futures, Cryptocurrency Tax Reporting, Bitcoin Card, Cryptocurrency Wallets, or similar; (2) who browse websites like cointelegraph.com, coindesk.com, ftx.com, binance.com, coinbase.com, kraken.com, bybit.com, or investopedia.com; and/or (3) who use apps such as CoinDesk, Trust, Kraken, Binance, Coinbase, IronWallet, or Crypto Wallet. An emphasis will be placed on men.

13.     **_Facebook and Instagram_** are included due to their high penetration among adults and their ability to combine demographic and interest-based targeting. Efforts will reach those with an interest in digital currency, digital gold currency, digital wallet (software), financial market, stock exchange or similar, with an emphasis on men.

14.     **_Reddit_** is a popular social news source, particularly among young men. Impressions will target those who interact with (1) keywords such as FTX crypto, FTX bankruptcy, FTT token, FTX class action, FTX collapse, FTX Platform, FTX YBA, yield Bearing Accounts; (2) communities like r/CryptoCurrency, r/crypto, r/CryptoMarkets, r/Crypto_Currency_News, r/Crypto_com, r/CryptoScams, r/AsianStocks; and/or (3) interest groups similar to cryptocurrency.

15.     **_CoinDesk's Headlines eNewsletter_** provides important news and views on cryptocurrency. It is distributed on weekdays to approximately 19,000 subscribers. We propose

running notice for one week in five issues.[5]

16.    ***<u>Benzinga's Ring the Bell eNewsletter</u>*** provides top stories, top movers, and trade ideas built for market enthusiasts by market enthusiasts. It is distributed on weekdays to approximately 320,000 subscribers. We propose running notice in four issues.

17.    The digital activity will be served across all devices, with an emphasis on mobile. The digital ads will include an embedded link to the settlement website, where Class Members can receive more information, as well as file an online claim.

18.    A copy of the digital ads is attached as **Exhibit C**.

**<u>INTERNET SEARCH</u>**

19.    Given that web browsers frequently default to a search engine page, search engines are a common source to get to a specific website (i.e., as opposed to typing the desired URL in the navigation bar). As a result, JND proposes a global Google search effort to assist interested Class Members in finding the settlement website. A custom keyword and ad group list will be generated based on content on the settlement website landing page, as well as other case information. Keywords are words/phrases that are bid on when they match the search term (or a variation of the search term) a person types into their Google search bar. When a search term matches a keyword or phrase, a Responsive Search Ad (RSA) may be served, generating a tailored message relevant to the search term. RSAs utilize machine learning to pair various combinations of ad copy (headlines and descriptions) based on which groupings have worked well previously (i.e., produced a strong CTR/conversion performance), and what the platform anticipates will generate the ideal results from the unique searcher. When the RSA is clicked on, the visitor will be redirected to the settlement website where they can get more information, as well as file a claim electronically.

20.    A sampling of RSAs is attached as **Exhibit D**.

**<u>PRESS RELEASE</u>**

21.    To further assist in getting "word of mouth" out about the settlement, JND proposes

---

[5] *Coindesk's Headlines eNewsletter* publishes Monday through Friday and is sold on a weekly basis.

5

the distribution of a global press release at the start of the campaign. The distribution will be over *PR Newswire*'s Global Crypto & Financial Markets Premium newswire. It will include a comprehensive distribution to major crypto/blockchain outlets, financial media, newsrooms, syndication partners, journalists and influencers, and more in U.S., Canada, Europe, India, Latin America, Africa and Asia. The press release will be translated into English, Chinese (Traditional), Dutch, French, German, Italian, Indonesian, Vietnamese, Portuguese, and Spanish (Latin America and Spain).

22.     A copy of the press release is attached as **Exhibit E**.

## NOTICE POSTING

23.     Additional sources of notice will include posting on the bankruptcy docket and in the customer claim portal, and a notice post by John Ray on Twitter/X from the FTX account.

## SETTLEMENT WEBSITE

24.     JND will develop and deploy the informational case-specific settlement website, www.FTXSettlement.com, where Class Members may obtain more information about the settlement. The settlement website will have an easy-to-navigate design that will be formatted to emphasize important information and deadlines; will provide links to essential case documents, including the Long Form Notice; and will allow Class Members to file an online claim or print a Claim Form, attached as **Exhibit F**, to submit by mail.

25.     The settlement website will be prominently displayed in all printed notice documents and accessible through the email and digital notices.

26.     The settlement website will also be ADA-compliant and optimized for mobile visitors so that information loads quickly on mobile devices. It will be designed to maximize search engine optimization through Google and other search engines.

27.     The settlement website will inform the Settlement Class Members of the terms of the Settlement Agreement, their rights under the Settlement Agreement, and dates (including for the Final Approval Hearing), deadlines, and other related case information. The settlement website will post copies of all relevant settlement documents and copies of relevant documents filed with

6

the Court.

## TOLL-FREE NUMBER, EMAIL, AND POST OFFICE BOX

28.     JND will establish and maintain an automated toll-free telephone line that Class Members may call for information related to the settlement. The telephone line will have an IVR available 24 hours a day, seven days a week.

29.     JND will also establish and maintain a case email address through which Class Members may send inquiries and other correspondence.

30.     In addition, JND will establish and maintain a dedicated post office box for this matter.

## NOTICE DESIGN

31.     JND designed the proposed notice documents so that they are written in plain language and comply with the requirements of Rule 23, the Due Process Clause of the United States Constitution, and the FJC's *Checklist*.

32.     The notice documents contain plain and easy-to-read summaries of the settlement and the options available to Class Members. Additionally, the notice documents provide instructions on how to obtain more information about the settlement.

33.     Courts routinely approve notices that have been written and designed in a similar manner.

## REACH

34.     To calculate digital reach, JND used a Comscore reach and frequency platform.[6] According to this reputable digital reach platform, the proposed digital effort alone will reach approximately **70% of likely Class Members in the Key Countries on average 2.3 times each**. The notice placements in the industry eNewsletters, internet search campaign, distribution of a global press release, and notice postings will extend reach and frequency of notice exposure

---

[6] Comscore provides unduplicated audiences (net reach) across multiple platforms (e.g., Google, Facebook, Instagram, Reddit) and devices (desktop and mobile), allowing us to assess the efficiency and effectiveness of digital plan options, and thereby reduce waste and improve campaign performance.

further. The provided reach is similar to that of other court approved programs and meets the standard set forth by the FJC.

## CONCLUSION

35.     In my opinion, the Notice Plan described above provides the best notice practicable under the circumstances; is consistent with the requirements of Rule 23 and other similar court-approved notice programs. The Notice Plan is designed to provide Class Members with the opportunity to review the notice and the ability to easily take next steps to learn more about the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 21ˢᵗ day of May 2026, in Stone Harbor, NJ.


_Gina Intrepido-Bowden_

_____

Gina Intrepido-Bowden

8

# - EXHIBIT A -

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

NOTICE OF PROPOSED PARTIAL SETTLEMENTS

## If you purchased or held legal title to any money or cryptocurrency deposited or invested through an FTX platform OR purchased or enrolled in a YBA OR purchased FTT, you may be affected by a class action settlement

*Please read this notice carefully. A federal court authorized this notice.*
*This is not an advertisement or a solicitation from a lawyer.*

- This notice is to inform you that partial settlements in the collective amount of **$x** have been reached in a class action lawsuit called *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, Case No. 1:23-md-03076-KMM. The lawsuit alleges that FTX Insiders, Promoters and Digital Creators, Domestic VCs, Multinational VCs, and Accounting and Law Firm and Bank Defendants (the "Defendants") aided, abetted, and/or otherwise participated in a central conspiracy to promote unregistered securities and to misappropriate customer funds on the FTX cryptocurrency exchange.

- Proposed settlements have been reached with the following Defendants:  FTX Insiders (Samuel Bankman-Fried, Gary Wang, Nishad Singh, Caroline Ellison, and Dan Friedberg), Promoters and Digital Creators (Kevin Paffrath, Trevor Lawrence, Tom Nash, Brian Jung, Graham Stephan, Andrei Jikh, Jeremy LeFebvre, Shaquille O'Neal, Erika Kullberg, Creators Agency LLC, and Udonis Haslem), and Accountants and Professionals (Prager Metis CPAs and Fenwick & West LLP) (collectively, "Settling Defendants").  Settlements have not been reached with the remaining Defendants in the lawsuit ("Non-Settling Defendants").

- You are a Class Member if you are a person or entity who:
    - ✓ held assets (including Yield-Bearing Accounts) on the FTX platform, AND/OR
    - ✓ held FTT tokens on the FTX platform, AND/OR
    - ✓ held FTT tokens outside the FTX platform.

    Excluded from the Class are Defendants and their officers, directors, affiliates, legal representatives, and employees, the FTX Group and their officers, directors, affiliates, legal representatives, and employees, any governmental entities, any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

- If you are a Class Member, you are included in the partial settlements with Settling Defendants.  You are also included in the ongoing lawsuit against Non-Settling Defendants.

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

1

- The Court has to decide whether to approve the partial settlements with Settling Defendants. Payments may be made if the Court approves the partial settlements, and after appeals, if any, are resolved. Please be patient.

- The outcome of the ongoing class action lawsuit against Non-Settling Defendants is unknown. You will be notified if money or benefits are obtained from any Non-Settling Defendants through settlement(s) or trial.

- This notice explains your legal rights and options and the deadlines to act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE PARTIAL SETTLEMENTS | | |
|---|---|---|
| **FILE A CLAIM** | • Get benefits from the partial settlements<br>• Give up your rights to sue Settling Defendants for the legal claims in this case<br>• Be bound by the partial settlements | File by **Month x, 202x** |
| **ASK TO BE EXCLUDED (OPT OUT)** | • Get no benefits from the partial settlements<br>• Keep your right to file or continue your own lawsuit concerning the legal claims in this case against the Settling Defendants | Postmarked no later than **Month x, 2026** |
| **COMMENT OR OBJECT** | • Tell the Court what you like or do not like about the partial settlements<br>• You will still be bound by the partial settlements, and you may still file a claim<br>• You may also ask to speak at the Fairness Hearing about your comment or objection, but you don't have to | Postmarked no later than **Month x, 2026** |
| **ATTEND THE FAIRNESS HEARING** | • Ask to speak in Court about the partial settlements — You or your own attorney are welcome to come at your own expense<br>• File your Notice of Intention to Appear by Month x, 202x | **Month x, 202x at x:xx x.m. ET** |
| **DO NOTHING** | • Get no payment from the partial settlements<br>• Give up your rights to sue Settling Defendants for the legal claims in this case<br>• Be bound by the partial settlements | |

- This notice is a summary. For the precise terms and conditions of the partial settlements, please see the Settlement Agreements available at www.FTXSettlement.com or access the Court docket through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.flsd.uscourts.gov or by visiting the office of the Clerk of the Court for the United States District Court for the Southern District of Florida, 400 North Miami Avenue, Miami, FL 33128, between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT CONTACT THE COURT ABOUT THIS NOTICE.**

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ...................................................................... **PAGE 4**

1. Why was this notice issued?
2. What is this lawsuit about?
3. Why is this a class action and who is involved?
4. Why are there settlements?
5. Why are the settlements "partial"?
6. Why is the lawsuit continuing if there are settlements?
7. What happens if Plaintiffs later reach a settlement with Non-Settling Defendants?

**WHO HAS THE RIGHT TO PARTICIPATE IN THE PARTIAL SETTLEMENTS AND THE CLASS ACTION LAWSUIT?** .................................................................. **PAGE 5**

8. Am I a Class Member who is part of the partial settlements and the ongoing class action lawsuit against Non-Settling Defendants?
9. I am still not sure if I am included.
10. What are my rights as a Class Member?

**THE PARTIAL SETTLEMENTS BENEFITS** ........................................................ **PAGE 6**

11. What do the partial settlements provide?
12. How do I get a payment?
13. How much money can I get from the partial settlements?
14. When will I get my payment(s)?
15. What am I giving up under the partial settlements?

**THE LAWYERS REPRESENTING YOU** ............................................................. **PAGE 8**

16. Who represents me in this case?
17. Should I get my own lawyer?
18. How will the lawyers be paid?

**EXCLUDING YOURSELF FROM THE PARTIAL SETTLEMENTS** ..................... **PAGE 9**

19. How do I opt out of the partial settlements?
20. If I do not exclude myself, can I sue Settling Defendants for the same thing later?
21. If I exclude myself, can I get money from this case?

**COMMENTING ON OR OBJECTING TO THE PARTIAL SETTLEMENTS** ......**PAGE 11**

22. How do I tell the Court that I like or do not like the partial settlements, and may I speak at the hearing?

**THE COURT'S FAIRNESS HEARING** ............................................................. **PAGE 12**

23. When and where will the Court decide whether to approve the partial settlements?
24. Do I have to come to the Fairness Hearing?

**IF YOU DO NOTHING** .................................................................................. **PAGE 12**

25. What happens if I do nothing at all?

**GETTING MORE INFORMATION** .................................................................. **PAGE 13**

26. Are more details about the partial settlements and the lawsuit available?
27. How do I get more information?

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

## BASIC INFORMATION

### 1.  Why was this notice issued?

This notice was issued to alert Class Members about their legal rights and options in the pending partial settlements in a class action lawsuit *before* the Court holds a Fairness Hearing to decide whether to grant final approval of the partial settlements. This notice explains the lawsuit, the partial settlements, and Class Members' legal rights. It also explains what benefits from the partial settlements are available, who is eligible to participate, and how to participate.

The Court will hold the Fairness Hearing on Month x, 202x to decide whether the proposed partial settlement with each of the Settling Defendants is fair, reasonable, and adequate. The Court will also consider Class Counsel's request for payment of attorneys' fees, incentive awards, and reimbursement of litigation expenses.

### 2.  What is this lawsuit about?

The lawsuit claims that Defendants (FTX Insiders, Promoters and Digital Creators, Domestic VCs, Multinational VCs, and Accounting and Law Firm and Bank Defendants) aided, abetted, and/or otherwise participated in a central conspiracy to promote unregistered securities and to misappropriate customer funds on the FTX cryptocurrency exchange before the November 2022 collapse of the FTX cryptocurrency exchange platform (comprised of FTX.US and FTX.com) and subsequent bankruptcy. Settling Defendants deny these claims and are entering into these partial settlements to avoid burdensome and costly litigation. The partial settlements are not an admission of wrongdoing by any of the Settling Defendants.

To obtain more information about the claims in this lawsuit, you can view the complaint and other court documents in this case at www.FTXSettlement.com.

### 3.  Why is this a class action and who is involved?

In a class action lawsuit, one or more people, known as "Named Plaintiffs" or "Class Representatives," sue on behalf of other people and companies who have similar claims. The people and companies with similar claims are known together are a "Class" and each individually is called a "Class Member." In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves (or "opt out") from the Class.

### 4.  Why are there settlements?

The Court has not yet found in favor of Plaintiffs or Defendants. While the lawsuit is still pending before the United States District Court, Plaintiffs and Settling Defendants have agreed to settlements that, if approved, will bring the claims against Settling Defendants to an end. This way, Plaintiffs and Settling Defendants avoid the uncertainty of continuing the case between them. They also avoid the cost and delay of further litigation, and Class Members will receive the benefits of the settlements.

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

4

## 5. Why are the settlements "partial"?

Although the settlements with Settling Defendants fully resolve Class Members' claims against Settling Defendants (see Question 15), the settlements only partially resolve the case. The lawsuit will continue against Non-Settling Defendants (see Question 6). For this reason, the settlements with Settling Defendants are partial settlements.

## 6. Why is the lawsuit continuing if there are settlements?

Settling Defendants have agreed to settle this case. The remaining Non-Settling Defendants have not agreed to settle, so the lawsuit will continue as a class action against them. Additional money may become available in the future as a result of additional settlements with Non-Settling Defendants or following a trial but there is no guarantee.

## 7. What happens if Plaintiffs later reach a settlement with Non-Settling Defendants?

The lawsuit will continue as a putative class action against Non-Settling Defendants on behalf of all Class Members. It is unknown whether Plaintiffs will obtain settlements with, or prevail at trial against, Non-Settling Defendants. If there are additional settlements in the future, there will be notice of those settlements as well.

## WHO HAS THE RIGHT TO PARTICIPATE IN THE PARTIAL SETTLEMENTS AND THE CLASS ACTION LAWSUIT?

## 8. Am I a Class Member who is part of the partial settlements and the ongoing class action lawsuit against Non-Settling Defendants?

In general, investors or holders of funds deposited or invested with FTX are Class Members. Specifically, you are a Class Member and eligible for a payment from the proposed partial settlements if you are a person or entity that:

- ✓ held assets (including Yield-Bearing Accounts) on the FTX platform, AND/OR
- ✓ held FTT tokens on the FTX platform, AND/OR
- ✓ held FTT tokens outside the FTX platform.

Excluded from the Class are Defendants and their officers, directors, affiliates, legal representatives, and employees, the FTX Group and their officers, directors, affiliates, legal representatives, and employees, any governmental entities, any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

## 9. I am still not sure if I am included.

If you are still not sure whether you are included in the Class, you can get help by contacting the Settlement Administrator at 1-866-910-1317 or info@FTXSettlement.com.

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

5

## 10. What are my rights as a Class Member?

You have several rights and options as a Class Member:

1. *File a Claim*. Stay in the Class and file a claim to get benefits from the partial settlements (see Question 11 and Question 12).

2. *Object*. Stay in the Class **AND** comment on or object to the partial settlements and/or the request for attorneys' fees and litigation expenses (see Question 22). You may also attend the Court's Fairness Hearing to speak in support of or against the Court's final approval of the proposed partial settlements and the request for attorneys' fees and litigation expenses. If you object, you may still file a claim to get the benefits from the partial settlements.

3. *Exclude Yourself or "Opt Out."* You may exclude yourself from the partial settlements (see Question 19). You will not get any benefits from the partial settlements, but this is the only option that will allow you to keep your right to file or continue your own lawsuit concerning the legal claims in this case against the Settling Defendants.

4. *Do Nothing*. Stay in the Class but don't get any benefits from the partial settlements (see Question 25).

**THE PARTIAL SETTLEMENTS BENEFITS**

## 11. What do the partial settlements provide?

Certain Settling Defendants have agreed to contribute a collective **$x** to a Settlement Fund, and certain Settling Defendants have agreed to provide cooperation (based upon their individual facts) in exchange for reaching these partial settlements. Because the Insider Defendants do not have substantial funds at this time, their payment is uncertain.

The Settlement Fund *less* notice administration fees and expenses; legal fees of up to $_____ (___% of the Settlement Fund); litigation expenses of up to $_____ (___% of the Settlement Fund); and Class Representative incentive awards in the amount of $x (the "Net Settlement Fund"), will be used to pay Class Members who submit an approved claim.

Settling Defendants who are Insider Defendants (some of whom have pled guilty to criminal charges related to the FTX criminal prosecution) are also obligated to provide information, including in the form of documents and interviews (proffers) to assist in the ongoing litigation against Non-Settling Defendants. In addition, Settling Defendants who are Insider Defendants agree to assign any future rights they may have to money from insurance policies to the Class.

As a Class Member, you will give up, or "release," claims against Settling Defendants. This release includes any claims made or that could have been made arising from the facts alleged in this class action lawsuit.

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

6

All of the specific terms of the partial settlements and the releases are described in more detail in the Settlement Agreements and in Question 15 below. You can view or download copies of the Settlement Agreements at www.FTXSettlement.com.

## 12. How do I get a payment?

To be eligible to get a payment from the partial settlements, Class Members must complete and submit a Claim Form and supporting documentation at www.FTXSettlement.com by Month x, 2026.

## 13. How much money can I get from the partial settlements?

Class Members who submit an Approved Claim will be assigned a Class Member Claim Amount and receive a *pro rata* share of the Net Settlement Fund based on the total number of Approved Claims the Settlement Fund receives.

"Class Member Claim Amount" means, for each Approved Claim, the Gross Claim Value *minus* any Bankruptcy Customer Entitlement Amount.

"Gross Claim Value" means, for each Approved Claim, the value of the assets in the Eligible Claimant's allowed FTX Bankruptcy claim as of the date of May 14, 2026. Value will be determined by the price of the assets on https://www.coingecko.com/ as of May 14, 2026.

The Bankruptcy Customer Entitlement Amount is the assigned value of your assets in the jointly-administered Chapter 11 cases captioned *In re FTX Trading Ltd*., No. 22-11068 (JTD) (Bankr. D. Del.) (the "FTX Bankruptcy"), pursuant to the October 8, 2024, order in the FTX Bankruptcy confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D. I. 26404], which became effective on January 3, 2025.

For example, if the Gross Claim Value of the collective assets in the Approved Claim as of May 14, 2026 is $10,000, and the Bankruptcy Customer Entitlement Amount was $5,000, then the Class Member Claim Amount will be $5,000.

For Class Members who purchased FTT, the "FTT Value" means, for each Approved Claim, the FTT Token is valued at the documented purchase price for the FTT Token.  For example, if the Eligible Claimant paid $50 out of pocket for FTT, and can provide Supporting Documentation for the purchase, the Class Member Claim Amount for the FTT purchase will be $50. If the Claimant received FTT for free or at no cost, then the Class Member Claim Amount for FTT Tokens would be zero.

For administrative efficiency, each Class Member who submits an approved claim will receive a minimum payment of $5.00. Payments to approved claims that would otherwise receive less than $5.00 on a *pro rata* basis will be increased to $5.00. Payments to approved claims that would otherwise receive more than $5.00 will be reduced on a *pro rata* basis until all approved claims receive the minimum $5.00 payment.

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

7

For further information on the Claims Process and the Court approved Allocation Plan, please visit www.FTXSettlement.com. All Claims are subject to the rules, terms, and restrictions of the Allocation Plan.

## 14. When will I get my payment(s)?

Class Members who submit a valid and timely Claim Form will receive payments *after* the Court grants "final approval" to the partial settlements and, if there are any appeals, after all appeals are resolved. If there are any appeals, resolving them can take time. Please be patient.

## 15. What am I giving up under the partial settlements?

If you are a Class Member, unless you exclude yourself from the partial settlements with the Settling Defendants, you will stay in the Class. By staying in the Class, you cannot sue, continue to sue, or be part of any other lawsuit against the Settling Defendants about the legal claims in this case. In addition, all of the Court's orders will apply to you and legally bind you. You will also agree to the releases in the Settlement Agreements available at www.FTXSettlement.com.

Upon the Settlement Agreements becoming effective, the Named Plaintiffs and Class Members who do **not** properly and timely exclude themselves agree that the Settling Defendants and the associated Released Parties will be completely released from any and all claims asserted or which could have been asserted in this litigation. The release includes claims for: (1) sales of unregistered securities, (2) securities fraud, (3) sale of unqualified securities, (4) securities market manipulation, (5) control person liability, (6) civil conspiracy, (7) common law aiding and abetting fraud, (8) common law aiding and abetting fiduciary breach, (9) common law aiding and abetting conversion, (10) violation of California's Unfair Competition Law, (11) violation of California's False Advertising Law, (12) violation of Florida's Deceptive and Unfair Trade Practices Act, (13) negligent misrepresentation, (14) intentional misrepresentation, (15) fraudulent inducement, and (16) declaratory judgment. For more information about the releases, please review the Settlement Agreements available at www.FTXSettlement.com.

By participating in the partial settlements, you are not giving up your right to sue the Non-Settling Defendants.

## THE LAWYERS REPRESENTING YOU

## 16. Who represents me in this case?

The Court appointed the following law firms as Class Counsel to represent the Class:

| | |
|---|---|
| David Boies | Adam M. Moskowitz |
| Boies Schiller Flexner LLP | The Moskowitz Law Firm, PLLC |
| 333 Main Street | P.O. Box 653409 |
| Armonk, NY 10504 | Miami, FL 33175 |

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

8

## 17. Should I get my own lawyer?

You do not need to hire your own lawyer, because Class Counsel are working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your lawyer to appear in Court for you if you want someone other than Class Counsel to speak for you. You may also appear for yourself without a lawyer.

## 18. How will the lawyers be paid?

At the Fairness Hearing, Class Counsel will seek payment of up to $_____ (___% of the Settlement Fund) for legal fees for the work they have done in this case and up to $_____ (approximately ____% of the Settlement Fund), for reimbursement of their reasonable litigation expenses. If the Court awards these payments, they will be made from the Settlement Fund along with administrative fees and expenses related to the provision of notice to Class Members, administrating the settlement payments, and distributing Settlement Funds to Class Members. Class Counsel will also ask the Court to approve incentive awards for the Class Representatives in the amount of $x. You personally do not have to pay any of Class Counsel's fees, costs, or expenses.

### EXCLUDING YOURSELF FROM THE PARTIAL SETTLEMENTS

## 19. How do I opt out of the partial settlements?

If you are a Class Member (see Question 8) but wish to keep the right to sue or continue to sue one or more of the Settling Defendants (at your own expense) about the legal issues in this case, then you must take steps to remove yourself from the Class. This is called excluding yourself from, or opting out of, the partial settlements. Opting out of the partial settlements will not affect your status as a member of the Class in the ongoing litigation against Non-Settling Defendants. If you exclude yourself, you exclude yourself as to **all** Settling Defendants. If further settlements occur against Non-Settling Defendants, you will be given notice of that Settlement, but not another chance to opt out with Settling Defendants in these partial settlements. Moreover, a Request for Exclusion received from one Settlement Class Member will be deemed and construed as a Request for Exclusion by **all** other account holders associated with any account the Settlement Class Member maintained on the FTX Platform.

To exclude yourself from (or opt out of) the partial settlements with Settling Defendants, you must send an Opt-Out Request Letter to the Settlement Administrator. Your Opt-Out Request Letter MUST be in writing and include:

- ✓ A caption or title that identifies it as a "Request for Exclusion in *In re FTX Cryptocurrency Exchange Collapse Litigation*";
- ✓ Your full legal name, current mailing and email address, and current contact telephone number (as well as any pseudonyms or alternative names, mailing and email addresses, or telephone numbers you may have used on the FTX Platform);

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

✓ A statement that you held assets or FTT tokens through the FTX Platform, or held FTT tokens outside the FTX Platform;

✓ A list of all your known account(s) on the FTX Platform;

✓ A statement that you want to be excluded from the *FTX Cryptocurrency Exchange Collapse Litigation* class action settlement.

✓ A statement that you understand that by opting out, you will not be able to get any money or benefits from the partial settlements with the Settling Defendants in this case;

✓ Your signature and date.

You must personally submit your own signed Opt-Out Request Letter. A letter that purports to request exclusion from the partial settlements is not valid unless it complies with these requirements.

If you ask to be excluded from the partial settlements with the Settling Defendants, you will not get any payment from the partial settlements, and you cannot object to the partial settlements because they no longer affect you.

To exclude yourself from the partial settlements, your Opt-Out Request Letter must be received by the Settlement Administrator no later than **Month x, 2026** and sent to:

*In Re: FTX Cryptocurrency Exchange Collapse Litigation*
c/o JND Legal Administration
P.O. Box 11050
Seattle, WA 98111
exclusions@FTXSettlement.com

You cannot exclude yourself (opt out) by telephone.

### 20. If I do not exclude myself, can I sue Settling Defendants for the same thing later?

No. Unless you exclude yourself from the partial settlements with the Settling Defendants, you give up the right to sue the Settling Defendants for the claims that the partial settlements resolve (see Question 15).

If you have a pending lawsuit against any of the Settling Defendants, speak to your lawyer in that lawsuit immediately, because you may need to exclude yourself from the Class to continue your own lawsuit. The process for excluding yourself from the partial settlements is described in Question 19.

### 21. If I exclude myself, can I get money from this case?

If you exclude yourself from the partial settlements, you will not receive money from the partial settlements. You will, however, remain eligible for a share of money recovered, if any, from Non-Settling Defendants in the future.

**COMMENTING ON OR OBJECTING TO THE PARTIAL SETTLEMENTS**

> **22. How do I tell the Court that I like or do not like the proposed partial settlements, and may I speak at the hearing?**

You can ask the Court to deny approval of the partial settlements by filing an objection. You cannot ask the Court to order a different settlement. The Court can only approve or reject the partial settlements. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

Any objection to the proposed partial settlements must be in writing. All written objections and supporting papers must include:

- ✓ The case name and number - *In Re: FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 1:23-md-03076-KMM (S.D. FL.);
- ✓ Your name, current address and email address, and current telephone number (as well as any pseudonyms or alternative names, mailing and email addresses, or telephone numbers you may have used on the FTX Platform);
- ✓ Your personal signature;
- ✓ Documentation (such as an attestation personally signed by you under penalty of perjury) sufficient to establish that you are a member of the Class;
- ✓ A specific statement of your comment(s) or objection(s), including the grounds for your objection(s), if any, together with any documents you think support it;
- ✓ A statement as to whether the objection is intended only to apply to you, a specific subset of the Class, or the entire Class;
- ✓ A list of any prior objections you have made to any class action over the last seven (7) years, including the case name, name of court, and result of your objection;
- ✓ A list of four (4) dates when you are available for an in-person deposition in Miami, Florida;
- ✓ A statement identifying any counsel representing you, including former counsel who may be entitled to compensation; and
- ✓ A statement identifying all persons (including *pro se* or through an attorney) who will testify or argue at the Final Approval Hearing.

Objections must be submitted to the Court in person at any location of the United States District Court for the Southern District of Florida OR by mail to:

Class Action Clerk
United States District Court for the Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Objections must also be served by first-class or mail to Class Counsel and counsel for the Settling Defendants at the addresses below or email to objections@FTXSettlement.com.

<u>Class Counsel</u>          <u>Counsel for Settling Defendants</u>
               

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

11

  

Objections must be filed or postmarked on or before **Month x, 2026**.

If you file a timely written objection, you do not need to attend or speak at the Fairness Hearing for your comments or objections to be considered (see Question 24). If you or your attorney would like to speak at the Fairness Hearing about your comments or objections to the partial settlements, you must add to your objection a statement that you intend to appear and speak at the hearing (for example, by stating "This is my Notice of Intention to Appear in *In Re: FTX Cryptocurrency Exchange Collapse Litigation*"). If you appear through your own attorney, you are responsible for hiring and paying that attorney.

You cannot object if you choose to exclude yourself from the partial settlements, because the partial settlements no longer affect you if you opt out of them.

## THE COURT'S FAIRNESS HEARING

### 23. When and where will the Court decide whether to approve the partial settlements?

The Court will hold a Fairness Hearing on _____ at _____ in Courtroom__ , on the ___ Floor of the United States District Court for the Southern District of Florida located at 400 North Miami Avenue, Miami, FL 33128. At the Fairness Hearing, the Court will consider the proposed partial settlements with the Settling Defendants and determine whether each is fair, reasonable, and adequate. The Court will also consider the request for attorneys' fees and litigation expenses, and for payment of other administrative expenses. If there are written comments or objections, the Court will consider them. The Court will decide whether to allow people who have raised objections or comments to speak at the hearing. After the Fairness Hearing, the Court will separately decide whether to approve the partial settlements. The Court may reschedule the Fairness Hearing or change any of the deadlines described in this notice. Please check www.FTXSettlement.com for news of any such changes.

### 24. Do I have to come to the Fairness Hearing?

No. Class Counsel will be present at the Fairness Hearing to answer any questions the Court may have. You are welcome to come at your own expense. If you send comments or objections to the proposed partial settlements, you do not have to come to Court to talk about them. If you mailed your written comments or objections on time, the Court will consider them. You may also pay your own lawyer to attend, but such attendance is not necessary.

## IF YOU DO NOTHING

### 25. What happens if I do nothing at all?

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

12

If you are a Class Member and you do nothing, you will not get a payment from the partial settlements. You will remain a Class Member and you will be bound by the partial settlements. You will give up your rights to sue Settling Defendants and the associated Released Parties for the legal claims in this case.

## GETTING MORE INFORMATION

**26. Are more details about the partial settlements and the ongoing lawsuit available?**

Yes. This notice summarizes the proposed partial settlements with the Settling Defendants and the ongoing lawsuit against the Non-Settling Defendants. More details about the partial settlements are available in the proposed Settlement Agreements at www.FTXSettlement.com. More information about the ongoing class action lawsuit against Non-Settling Defendants, including the Plaintiffs' class action complaint, can also be viewed or printed at www.FTXSettlement.com.

**27. How do I get more information?**

The website www.FTXSettlement.com provides answers to common questions about the lawsuit, the partial settlements, and other information to help you determine whether you are a Class Member, whether you are eligible for a payment, and when Settlement Funds will be distributed. You may also call or write to the Settlement Administrator with your questions at:

In Re: FTX Cryptocurrency Exchange Collapse Litigation
c/o JND Legal Administration
P.O. Box 11050
Seattle, WA 98111

You may also seek the advice and counsel of your own attorney at your own expense if you desire.

**PLEASE DO NOT CONTACT THE COURT ABOUT THIS NOTICE.**

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.

13

# - EXHIBIT B -

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

NOTICE OF PROPOSED PARTIAL SETTLEMENTS

# Investors or holders of funds deposited or invested with FTX may be affected by a class action settlement

*Please read this notice carefully. A federal court authorized this notice.*
*This is not an advertisement or a solicitation from a lawyer.*

This notice is to inform you that partial settlements in the collective amount of $x have been reached in a class action lawsuit called *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, Case No. 1:23-md-03076-KMM.

## What is the lawsuit about?

The lawsuit alleges that FTX Insiders, Promoters and Digital Creators, Domestic VCs, Multinational VCs, and Accounting and Law Firm and Bank Defendants (the "Defendants") aided, abetted, and/or otherwise participated in a central conspiracy to promote unregistered securities and to misappropriate customer funds on the FTX cryptocurrency exchange.

Proposed settlements have been reached with FTX Insiders (Samuel Bankman-Fried, Gary Wang, Nishad Singh, Caroline Ellison, and Dan Friedberg), Promoters and Digital Creators (Kevin Paffrath, Trevor Lawrence, Tom Nash, Brian Jung, Graham Stephan, Andrei Jikh, Jeremy LeFebvre, Shaquille O'Neal, Erika Kullberg, Creators Agency LLC, and Udonis Haslem), and Accountants and Professionals (Prager Metis CPAs and Fenwick & West LLP) (collectively, "Settling Defendants"). Settlements have not been reached with the remaining Defendants in the lawsuit ("Non-Settling Defendants").

Settling Defendants deny the lawsuit claims and are entering into these partial settlements to avoid burdensome and costly litigation. The partial settlements are not an admission of wrongdoing by any of the Settling Defendants. The Court has to decide whether to approve the partial settlements with Settling Defendants. Payments may be made if the Court approves the partial settlements, and after appeals, if any, are resolved. Please be patient.

The outcome of the ongoing class action lawsuit against Non-Settling Defendants is unknown. You will be notified if money or benefits are obtained from any Non-Settling Defendants through settlement(s) or trial.

## Who is affected?

You are a Class Member if you are a person or entity who:

- ✓ held assets (including Yield-Bearing Accounts) on the FTX platform, AND/OR
- ✓ held FTT tokens on the FTX platform, AND/OR
- ✓ held FTT tokens outside the FTX platform.

Class Members are included in the partial settlements with Settling Defendants and the ongoing lawsuit against Non-Settling Defendants.

For more details about who is eligible visit www.FTXSettlement.com.

## What do the partial settlements provide?

Certain Settling Defendants have agreed to contribute a collective $x to a Settlement Fund, and certain Settling Defendants have agreed to provide cooperation (based upon their individual facts) in exchange for reaching these partial settlements. Because the Insider Defendants do not have substantial funds at this time, their payment is uncertain.

If the partial settlements are approved, Class Members who file a valid claim by Month x, 2026 may get a payment. Visit www.FTXSettlement.com for details on the Plan of Allocation of the Settlement Funds to qualified Class Members.

## What are my options?

- *File a Claim* for payment online at www.FTXSettlement.com by Month x, 2026.

- *Exclude yourself ("opt out")* from the partial settlements by Month x, 2026. You will not get any benefits from the partial settlements, but this is the only option that will allow you to keep your right to file or continue your own lawsuit concerning the legal claims in this case against the Settling Defendants.

- *Object* to the partial settlements by Month x, 2026. You may also attend the Court's Fairness Hearing to speak in support of or against the Court's final approval of the proposed partial settlements. If you object, you are still a Class Member and you may still file a claim.

- *Do nothing* and stay in the Class and be bound by the partial settlements, but you won't get any benefits unless you file a claim.

If you ask to be excluded from the Class, then you aren't a Class Member and you don't have the right to file a claim or to object.

For details on how to opt out or object, visit www.FTXSettlement.com.

## The Fairness Hearing

The Court will hold a Fairness Hearing on Month x, 202x to consider whether the proposed partial settlements with Settling Defendants are fair, reasonable, and adequate. The Court appointed the law firms of Boies Schiller Flexner LLP and The Moskowitz Law Firm, PLLC to represent the Class as Class Counsel. At the hearing the Court will also decide whether to approve Class Counsels' fees of up to $x (x% of the Settlement Fund) and legal fees of up to $x (x% of the Settlement Fund), administrative fees and expenses, and incentive awards for the Class Representatives in the amount of $x, all of which will be paid from the Settlement Fund. You personally do not have to pay any of Class Counsel's fees, costs, or expenses. If there are objections, the Court will consider them. The Court cannot alter the terms of the partial settlements. If the Court denies approval, no settlement payments will be sent.

If you wish, you may ask to appear at the Fairness Hearing, on your own behalf or through your counsel, at your own expense.

The date and time of the hearing may change. Check www.FTXSettlement.com for updates.

## Questions?

For updates and more information, visit www.FTXSettlement.com.

### Please Do Not Contact The Court Regarding This Notice

# - EXHIBIT C -

## Banner Ads - Version 1                                          1

**728 x 90**



**300 x 600**



**300 x 250**



**320 x 50**



## Banner Ads - Version 2      2

**728 x 90**



**300 x 600**



**300 x 250**



**320 x 50**



## Facebook Ads - Version 1

3

### Desktop Feed



### Mobile Stories



### Mobile Feed



## Facebook Ads - Version 2 4

### Desktop Feed



### Mobile Stories



### Mobile Feed



## Instagram Ads - Version 1                     5

**Mobile Feed**



**Mobile Stories**



## Instagram Ads - Version 2                                      6

**Mobile Feed**



**Mobile Stories**



## Reddit Ads                                                    7

**Desktop**







## Reddit Ads                                                                      8

**Mobile**







## Benzinga Ring the Bell



**TOP STORY**

**The Great Market Rotation: What It Means For Your Portfolio**

For more than a decade, investors chased software's promise of limitless growth while writing off energy as a dying trade.

Now, in the fist month of the new year, that playbook is being shredded amid a historic rotation that appears to be far bigger than just a short-term bounce.

The divergence happening beneath the indexes hints at a much larger shift in how value is being created, priced, and rewarded. This isn't a normal sector move — it's a signal. **Click to see how to position your portfolio** before the rest of the market catches on.

**Read The Full Story**

**FTX Platform Partial Settlements**



Your rights and options may be affected by the FTX Class Action Partial Settlements

Investors or holders of funds through FTX may get benefits.

**Learn more.**

## Electronic Newsletter                                    10

## Coindesk Headlines





SPONSORED BY



**Bank of America survey flags dollar bearish bets at over a decade high** →

- Investors are more bearish on the U.S. dollar than ever, a positioning that has historically been a bullish tailwind for bitcoin because a weaker dollar tends to support risk assets.
- Since early 2025, bitcoin has developed an unusually positive correlation with the dollar, with their 90-day correlation reaching 0.60 even as both the dollar index and BTC have fallen.
- If this new link holds, a further dollar slide could hurt bitcoin, while a sharp dollar short squeeze and rebound could instead lift BTC.

*A message from JND Legal Administration*

Your rights and options may be affected by the FTX Class Action Partial Settlements

LEARN MORE

FTX

Investors or holders of funds through FTX may get benefits.

[Learn more](#).

*Additional Coverage*

- **Michael Saylor's Strategy purchased $168 million in bitcoin last week** →

- **Gemini stock falls 10% after it parts ways with COO, CFO and Chief Legal Officer months after IPO** →



See all of CoinDesk's newsletters

CoinDesk, Inc., 61 9th Avenue, 5th Floor, New York,NY,10011,USA,

Unsubscribe Manage Preferences

Copyright © 2026 CoinDesk, All rights reserved.

# - EXHIBIT D -

## Responsive Search Ads - Sample List                    1

**Desktop**



## Responsive Search Ads - Sample List                    2

**Mobile**





# - EXHIBIT E -

**Investors or holders of funds deposited or invested with FTX may be affected by a class action settlement**

## NOTICE OF PROPOSED PARTIAL SETTLEMENTS

Seattle/Month x, 2026/JND Legal Administration---

*Please read this notice carefully. A federal court authorized this notice.*
*This is not an advertisement or a solicitation from a lawyer.*

This notice is to inform you that partial settlements in the collective amount of $x have been reached in a class action lawsuit called *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, Case No. 1:23-md-03076-KMM.

**What is this lawsuit about?**

The lawsuit alleges that FTX Insiders, Promoters and Digital Creators, Domestic VCs, Multinational VCs, and Accounting and Law Firm and Bank Defendants (the "Defendants") aided, abetted, and/or otherwise participated in a central conspiracy to promote unregistered securities and to misappropriate customer funds on the FTX cryptocurrency exchange.

Proposed settlements have been reached with FTX Insiders (Samuel Bankman-Fried, Gary Wang, Nishad Singh, Caroline Ellison, and Dan Friedberg), Promoters and Digital Creators (Kevin Paffrath, Trevor Lawrence, Tom Nash, Brian Jung, Graham Stephan, Andrei Jikh, Jeremy LeFebvre, Shaquille O'Neal, Erika Kullberg, Creators Agency LLC, and Udonis Haslem), and Accountants and Professionals (Prager Metis CPAs and Fenwick & West LLP) (collectively, "Settling Defendants"). Settlements have not been reached with the remaining Defendants in the lawsuit ("Non-Settling Defendants").

Settling Defendants deny the lawsuit claims and are entering into these partial settlements to avoid burdensome and costly litigation. The partial settlements are not an admission of wrongdoing by any of the Settling Defendants. The Court has to decide whether to approve the partial settlements with Settling Defendants. Payments may be made if the Court approves the partial settlements, and after appeals, if any, are resolved. Please be patient.

The outcome of the ongoing class action lawsuit against Non-Settling Defendants is unknown. You will be notified if money or benefits are obtained from any Non-Settling Defendants through settlement(s) or trial.

**Who is affected?**

You are a Class Member if you are a person or entity who:

- ✓ held assets (including Yield-Bearing Accounts) on the FTX platform, AND/OR
- ✓ held FTT tokens on the FTX platform, AND/OR
- ✓ held FTT tokens outside the FTX platform.

Class Members are included in the partial settlements with Settling Defendants and the ongoing lawsuit against Non-Settling Defendants.

For more details about who is eligible visit www.FTXSettlement.com.

**What do the partial settlements provide?**

Certain Settling Defendants have agreed to contribute a collective $x to a Settlement Fund, and certain Settling Defendants have agreed to provide cooperation (based upon their individual facts) in exchange for reaching these partial settlements. Because the Insider Defendants do not have substantial funds at this time, their payment is uncertain.

If the partial settlements are approved, Class Members who file a valid claim by Month x, 2026 may get a payment. Visit www.FTXSettlement.com for details on the Plan of Allocation of the Settlement Funds to qualified Class Members.

**What are my options?**

- *File a Claim* for payment online at www.FTXSettlement.com by Month x, 2026.

- *Exclude yourself ("opt out")* from the partial settlements by Month x, 2026. You will not get any benefits from the partial settlements, but this is the only option that will allow you to keep your right to file or continue your own lawsuit concerning the legal claims in this case against the Settling Defendants.

- *Object* to the partial settlements by Month x, 2026. You may also attend the Court's Fairness Hearing to speak in support of or against the Court's final approval of the proposed partial settlements. If you object, you are still a Class Member and you may still file a claim.

- *Do nothing* and stay in the Class and be bound by the partial settlements, but you won't get any benefits unless you file a claim.

If you ask to be excluded from the Class, then you aren't a Class Member and you don't have the right to file a claim or to object.

For details on how to opt out or object, visit www.FTXSettlement.com.

**The Fairness Hearing**

The Court will hold a Fairness Hearing on Month x, 202x to consider whether the proposed partial settlements with Settling Defendants are fair, reasonable, and adequate. The Court appointed the law firms of Boies Schiller Flexner LLP and The Moskowitz Law Firm, PLLC to represent the Class as Class Counsel. At the hearing the Court will also decide whether to approve Class Counsels' fees of up to $x (x% of the Settlement Fund) and legal fees of up to $x (x% of the Settlement Fund), administrative fees and expenses, and incentive awards for the Class Representatives in the amount of $x, all of which will be paid from the Settlement Fund. You personally do not have to pay any of Class Counsel's fees, costs, or expenses. If there are objections, the Court will consider them. The Court cannot alter the terms of the partial settlements. If the Court denies approval, no settlement payments will be sent.

If you wish, you may ask to appear at the Fairness Hearing, on your own behalf or through your counsel, at your own expense.

The date and time of the hearing may change. Check www.FTXSettlement.com for updates.

**Questions?**

For updates and more information, visit www.FTXSettlement.com.

**Please Do Not Contact The Court Regarding This Notice**

- EXHIBIT F -

# FTX CRYPTO & FTT TOKEN SETTLEMENT
## CLAIM FORM INSTRUCTIONS
### *IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION*

No. 1:23-md-03076-KMM
(Pending District Court for Southern District of Florida)
Please read all instructions carefully before filling out your Claim Form.

## THIS CLAIM FORM MUST BE SUBMITTED BY _____, 2026.

- The following Defendants in this Action have reached a proposed Class Action Settlement to provide monetary relief to eligible FTX customers and FTT token holders: Samuel Bankman-Fried, Gary Wang, Nishad Singh, Caroline Ellison, and Dan Friedberg (FTX Insiders); Kevin Paffrath, Trevor Lawrence, Tom Nash, Brian Jung, Graham Stephan, Andrei Jikh, Jeremy LeFebvre, Shaquille O'Neal, Erika Kullberg, Creators Agency LLC, and Udonis Haslem (Promoters and Digital Creators), and Prager Metis CPAs and Fenwick & West LLP (Accountants and Professionals) (collectively, "Settling Defendants"). Through this Claim Form, you may submit a claim with supporting documentation if you held assets (including Yield-Bearing Accounts) on the FTX platform and/or FTT tokens.

- This Claim Form requires you to confirm your identity and provide information that qualifies you participate in the Partial Settlement. You do not need to hire your own lawyer and/or calculate your claim amount.

- Certain Settling Defendants have agreed to contribute a collective **$x** to a Settlement Fund from which all approved Class Member Claims will be paid after administration fees and expenses, legal fees and litigation expenses, and incentive awards to the Named Plaintiffs, subject to Court approval, have been paid (Net Settlement Fund). Your recovery, if any, will be determined pursuant to a Court-approved Plan of Allocation based on the Net Settlement Fund.

- Class Member Claim Amounts will be increased or decreased *pro rata* depending on the number and amount of Approved Claims there are in this Partial Settlement. No unclaimed funds from the Settlement Fund will revert back to the Settling Defendants.

- You are eligible to recover under this Partial Settlement if you provide the necessary documentation demonstrating that you held assets (including Yield-Bearing Accounts) on the FTX platform, AND/OR held FTT tokens on the FTX platform, AND/OR held FTT tokens outside the FTX platform.

- You are not required to calculate your claim amount, but you must submit proof of purchase for assets on FTX's platform and/or FTT tokens held *outside* the FTX platform. The Settlement Administrator will determine each Approved Claim pursuant to a Court-approved Plan of Allocation based on the information you provide and other information that may be accessible to the Settlement Administrator, including FTX's account and transaction records, net of any prior payments from third parties or bankruptcy distributions. Qualified FTX Account holdings will be dollarized as of [the date of preliminary approval].

- If you held FTT tokens *outside* the FTX platform, you are required to provide documentation sufficient to verify those holdings. Each qualifying FTT purchase will be valued at 10% of the verified purchased price that was paid for each FTT token through documentation or $_____USD per token, whichever is greater.

- Once your Claim Form is received, the Settlement Administrator will review it for compliance with the Partial Settlement requirements. Keep a copy of your completed Claim Form for your records. If your claim is rejected, the Settlement Administrator will notify you by email of the rejection and the reason(s) for the rejection. Upon receiving such a notice from the Settlement Administrator, you will have XX days to appeal the rejection of your claim, including, if applicable, by providing any information required by this Claim Form or that is otherwise necessary to confirm your eligibility to receive benefits.

**Additional documentation may be requested by the Settlement Administrator.**

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy.

**Fraudulent Claim Forms will be rejected.**

- You have two (2) options to submit a claim:

  1. You may submit a Claim Form **online** by going to www.FTXSettlement.com.
  2. You may print out, complete, and **mail** your Claim Form to:

*In Re: FTX Cryptocurrency Exchange Collapse Litigation*
c/o JND Legal Administration
P.O. Box 11050
Seattle, WA 98111

## Claim Forms MUST be submitted online or postmarked by _____, 2026.

## Complete All Sections of this Claim Form

### Part A - Claimant Information

Provide your FTX User ID and FTX Bankruptcy Claim Number. Only one (1) Claim Form may be submitted per FTX User ID. If you are making a claim on behalf of a FTX Claimant, you must submit qualifying documentation authorizing you to make this claim on their behalf.

### Part B – FTX Asset & FTT Token Confirmation

Confirm whether you held assets (including Yield-Bearing Accounts) on the FTX platform and/or FTT tokens.

### Part C - Assets & FTT Tokens Held On The FTX Platform

Detail the type and quantity of the crypto assets and/or FTT tokens you held on the FTX platform. You must include qualifying documentation evidencing the total type and quantity of the crypto assets and/or FTT tokens, which can include:

- Screen shots of the FTX Bankruptcy Platform portal which has an FTX Balance – Show Quantities page,
- Printouts from the FTX original website/app, or
- Other acceptable official FTX documentation illustrating the total crypto balance in your FTX Account on November 11, 2022.

### Part D - FTT Tokens Held Outside FTX

Only if you held FTT tokens *outside* the FTX platform, provide the Platform or Wallet where your FTT tokens were held, the quantity of FTT tokens. You must include documentation to verify those holdings, which can include:

- Copies of your Exchange statement,
- Screen shots of your FTT tokens held outside FTX, or
- The Transaction Hash associated with your FTT tokens held outside FTX on November 11, 2022.

### Part E - Bankruptcy Distribution Acknowledgment

Provide your acknowledgment that any recovery under this Partial Settlement will be reduced by the value of the quantity of the crypto assets and/or FTT tokens in your FTX Account, and any prior payments from third parties. This acknowledgment is required for you to be eligible to receive benefits from the Partial Settlement. You must list the total amount you have already received on account of your FTX holdings.

### Part F – Payment Election

Select your preferred method of payment. Payment elections are subject to availability and the procedures approved by the Court and implemented by the Claims Administrator.

### Part G - Signature and Representations

2

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com.
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy.

Provide your signature, under penalty of perjury, and make certain representations that you are the authorized person to submit the Claim Form and have not sold or otherwise transferred your claim. For online claim submissions, there will be an e-signature requirement.

Questions? Visit www.FTXSettlement.com, call 1-866-910-1317, or email info@FTXSettlement.com. To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy.

# <mark>FTX CRYPTO & FTT TOKEN SETTLEMENT</mark>

## CLAIM FORM

| PART A – CLAIMANT INFORMATION | |
|---|---|
| **Full Name of FTX Account Holder** | |
| **Claimant Name** *(If different from the FTX Account Holder)* | |
| **Mailing Address** | Street Address Line 1 |
| | Street Address Line 2 |
| | City / State / Zip |
| | Country |
| **Daytime Phone Number** | |
| **E-Mail Address** | |
| **FTX User ID (REQUIRED)** *(If you had an FTX Account but do not know your User ID, the Claims Administrator may be able to locate it using the information above)* | |
| **FTX Bankruptcy Claim Number** | |

| PART B – FTX ASSET & FTT TOKEN CONFIRMATION |
|---|

Please check all that apply:

☐ **I held assets (including Yield-Bearing Accounts) on the FTX platform**

☐ **I held FTT tokens on the FTX platform**

☐ **I held FTT tokens <u>outside</u> the FTX platform**

By checking the boxes above, I confirm that I am submitting a claim for assets reflected in FTX's records and/or FTT tokens held outside FTX as of the bankruptcy petition date.

4

## PART C – ASSETS & FTT TOKENS HELD ON THE FTX PLATFORM

| Name of Crypto Asset or FTT Token | Quantity on the FTX Platform |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**For any asset or token identified above, you are required to submit qualifying documentation in the form of FTX Bankruptcy screenshot(s)/statement(s), FTX website printout(s), or other official documentation**

## PART D – FTT TOKENS HELD OUTSIDE FTX
### (Complete Only If Applicable)

| Quantity of FTT purchased | Date of Purchase | Amount of Purchase | Public Wallet Address(es) where Purchase(s) are Currently Held |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**For any FTT identified above, you are required to submit qualifying documentation in the form of exchange statement(s), screenshot(s), transaction hash(es), or other official documentation**

## PART E – BANKRUPTCY DISTRIBUTION ACKNOWLEDGMENT

☐   **I understand that any recovery under this Partial Settlement may be reduced by the value of the quantity of crypto assets and/or FTT tokens in my FTX Account, or any third-party payments I received.**

**IF APPLICABLE, answer the following:**

**To date, I have received $_____ from third parties for my FTX damages.**

5

## PART F – PAYMENT ELECTION

☐ **Kraken Email:** _____

☐ **PayPal Email:** _____

## PART G – SIGNATURE AND REPRESENTATIONS

**Check All and Sign to Complete this Claim Form:**

☐ *I hereby warrant and represent that I have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, my FTX Claim or any matter released pursuant to the releases in the Settlement Agreement or any other part or portion thereof.*

☐ *I hereby warrant and represent that I (we) have included the information requested about all of holdings which are the subject of this Claim Form.*

☐ *I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form and within the provided Supporting Documentation by the undersigned is true and correct.*

_____     _____
Signature of Claimant                              Print Name

_____
Date

_____
**If not the actual FTX Account Holder, Capacity of Person Signing (e.g., Beneficial Purchaser, Executor or Administrator)**

**THIS CLAIM FORM MUST BE SUBMITTED BY
_____, 2026**

**FRAUDULENT CLAIM FORMS WILL BE REJECTED.**

6