# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX CRYPTOCURRENCY EXCHANGE**
**COLLAPSE LITIGATION**
_____/

## ALLOCATION PLAN

Upon the Effective Date, or as soon thereafter as reasonably practicable, distributions to the Class shall occur in accordance with this Plan of Allocation as described below.

### I.   DEFINITIONS

Except as defined below, capitalized terms in this Plan of Allocation shall have the same meaning as in the Settlement Agreement.

1. "Eligible Claimant" means a Settlement Class Member or those authorized by the Settlement Class Member with Supporting Documentation, that submits a Claim Form.

2. "Claim Form" means the document(s) a Settlement Class Member must submit to the Settlement Administrator to make a claim under the Settlement, together with the Supporting Documentation, completed to the satisfaction of the Settlement Administrator.

3. "Approved Claim" means a timely, complete, and valid Claim Form that is accepted by the Settlement Administrator.

4. "Bankruptcy Customer Entitlement Amount" means, for each Approved Claim, the amount of the Eligible Claimant's allowed claim as a creditor in

the jointly-administered chapter 11 cases captioned *In re FTX Trading Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del.) (the "FTX Bankruptcy"), pursuant to the October 8, 2024, order in the FTX Bankruptcy confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D. I. 26404], which became effective on January 3, 2025 [D.I. 29127].

5. "Gross Claim Value" means, for each Approved Claim, the value of the assets in the Eligible Claimant's allowed FTX Bankruptcy claim as of the date of May 14, 2026. Value will be determined by the price of the assets on https://www.coingecko.com/ as of May 14, 2026.

6. "Class Member Claim Amount" means, for each Approved Claim, the Gross Claim Value minus the Bankruptcy Customer Entitlement Amount.

   A. For example, if the value of the collective assets in the Approved Claim as of May 14, 2026 is $10,000, and the allowed FTX Bankruptcy claim was $5,000, then the Class Member Claim Amount will be $5,000.

7. "FTT Value" means, for each Approved Claim, the FTT Token shall be valued at the documented purchased price for the FTT Token. For example, if the Eligible Claimant paid $50 out of pocket for FTT, and can provide Supporting Documentation for the purchase, the Class Member Claim Amount for the FTT purchase will be $50. If the Claimant received FTT for free or at no cost, then the Class Member Claim Amount would be zero.

8. "Supporting Documentation" means proof acceptable in form to the

Settlement Administrator.   The Settlement Administrator may request documentation to support any claim made in this Settlement.

## II.   ELIGIBILITY

9.   Only a Settlement Class Member, or those authorized by the Settlement Class Member with Supporting Documentation, may submit a Claim Form.

10.   A Settlement Class Member is authorized to make a single claim per FTX account.

11.   A Settlement Class Member must submit an Approved Claim to recover.

12.   A Settlement Class Member that opts out of the Settlement Class is not entitled to payment under the Settlement.

## III.   DISTRIBUTION OF SETTLEMENT FUND

13.   To determine each Eligible Claimant's *pro rata* share of the Net Settlement Fund, the Settlement Administrator will multiply the total value of the Net Settlement Fund by a fraction, for which (a) the numerator is the Class Member Claim Amount for that Eligible Claimant, and (b) the denominator is the sum total of all Class Member Claim Amounts for all Eligible Claimants.

## IV.   CLAIM SUBMISSION AND DETERMINATION

14.   The Settlement Administrator will prepare the Claim Form.

15.   The Claim Form will require an attestation under oath that the information and documentation submitted are true and correct to the best of the Settlement Class Member's knowledge, information and belief.

16.   The Settlement Administrator may rely on the creditor records in the FTX Bankruptcy Proceedings or a reproduction or representation thereof satisfactory in form to the Settlement Administrator.

17.    The Claim Form will be submitted for Court approval. The Settlement Administrator may make minor, non-substantive changes to the Claim Form without Court approval. Any change that would materially alter the Claim Form or impose additional proof requirements or burdens on Settlement Class Members must be approved by the Court.

18.    If the Claims Administrator determines that a Claim is inadequately supported, suspicious, or contains indicia of fraud, the Settlement Administrator may disallow the claim or request additional supporting documentation.  The Claims Administrator may rely upon other documentation, as necessary in its discretion, to determine Class Member Claim Amounts.

19.    The Settlement Administrator has the discretion (but not the obligation), to accept late claims.

20.    For administrative efficiency, each Eligible Claimant will receive a minimum payment of $5.00. Payments to Eligible Claimants that would otherwise receive less than $5.00 on a *pro rata* basis will be increased to $5.00. The amounts paid to Eligible Claimants who would otherwise receive more than $5.00 will be reduced on a *pro rata* basis until all Eligible Claimants receive the minimum $5.00 payment.

21.    A Settlement Class Member who objects to the Settlement Administrator's determination of his or her claim must so notify the Settlement Administrator within thirty (30) days after the date that the Settlement Administrator mailed or emailed the determination to the Claimant.  The Claimant must provide a written statement setting forth the basis for his or her disputed claim. Any disputed claim

that is not postmarked or emailed within that thirty (30) day period will be waived. Upon the timely submission of a disputed claim, the Settlement Administrator, and the objecting Settlement Class Member, will have thirty (30) days to attempt to resolve the disputed claim by agreement. At the end of this thirty (30) day period, the Settlement Administrator will provide the Settlement Class Member with its written notice of its decision regarding the disputed claim. The decision of the Settlement Administrator will be binding and not subject to further review or appeal.

22. The Settlement Administrator will provide the Parties with weekly written reports, beginning on the Notice Date and continuing until submission of the final post-distribution accounting (and thereafter upon request), summarizing all statistics and actions taken by the Settlement Administrator in connection with administering the Settlement.

23. The determination of the validity of Claim Forms and the proper amount of the payment to a Settlement Class Member is the sole responsibility of the Claims Administrator. The parties will have no role in, nor will they be held liable in the determination of monetary relief to be accorded to any Settlement Class Member. No Party to this Agreement will be deemed in default of its obligations due to a dispute between a Settlement Class Member and the Claims Administrator.

24. Prior to distribution, as part of standard payment compliance measures, Eligible Claimants will be screened through the United States Department of the Treasury's Office of Foreign Assets Control (OFAC) economic and trade sanctions lists. Eligible Claimants identified as potentially sanctioned persons as

a result of the screening will be notified and provided instructions on how to proceed.

## V.   DISTRIBUTION OF REMAINDER FUNDS

25.   If any distributable balance remaining by reason of uncashed payments or otherwise three months after the distribution of the Net Settlement Fund, then that balance shall be redistributed on a *pro rata* basis among those Eligible Claimants that have collected their payments and would receive at least $5.00 from the redistribution, after payment of any additional costs or fees incurred in administering the Net Settlement Fund for the redistribution. The minimum payment provision in Paragraph 17 above will not apply to any redistribution.

26.   If Class Counsel determines that the cost of a redistribution would be impracticable, Class Counsel will petition the Court for authorization to distribute the residual fund. Any motion seeking approval of an order will detail the means by which the proposed recipient(s) were selected and submit the issue to the Court.