# Exhibit 4

# About BSF

Boies Schiller Flexner is a firm of litigators, crisis managers, and strategic advisers widely recognized for our **creative, aggressive, and efficient pursuit of successful outcomes for our clients.** Our lawyers have a long record of winning complex, groundbreaking, and cross-border matters in diverse circumstances and industries. From the thorniest, highest stakes matters to straightforward business disputes, we have a knack for developing the strongest arguments, understanding the legal and strategic risks and rewards of each argument and stratagem, and determining when and how to deploy them most effectively.

**We use the law as a tool to increase value and reduce risk.** We relentlessly and methodically develop the case, while remaining attuned to opportunities for negotiated solutions.

We build **deep relationships with clients**, allowing us to advise them in any matter and any forum, and we regularly represent them as both plaintiffs and defendants. Everything we do for our clients is intended to advance their interests while helping them evaluate the costs, benefits, and risks of litigation.

Clients benefit from our experience on more than **450 trials** before juries and judges in federal and state courts throughout the United States, courts throughout England, and more than **200 international arbitration proceedings** around the world.

With offices located throughout the United States and in London and Milan, we operate as **a single international firm with a seamless approach** to building the most skillful, tenacious, and cost-effective team possible for every matter.

## What Others Say About Us

**Boies Schiller Flexner** has earned a world-class reputation for our highly successful practice. As early as 2001, BSF was described by *The National Law Journal* as a firm of **"casual brilliance."** More recently, *The American Lawyer* called BSF **"A Galaxy of Bright Lights,"** and *Lawdragon* declared the firm **"the most powerful litigation turbine in America."**



"The firm from its inception has **focused on preparing cases for trial** from the first day of the case."

"known as the **go-to law firm** for high-stakes, high-profile litigation—what executives and corporate lawyers call 'bet the company' cases"

"One of America's **most successful** and sought-after law firms for cases that matter."

"a national litigation **powerhouse**"





**Recognized for Excellence**

 

"They're fantastic. They are absolutely trial lawyers, and they're extremely responsive and intelligent."

Client feedback from Chambers & Partners

   

# Our Global Experience

Our one-firm approach and strategic office locations allow us to provide seamless representation of clients around the world.

**Office Locations**

| | | |
|---|---|---|
| New York | Albany | Armonk |
| Fort Lauderdale | Las Vegas | London |
| Los Angeles | Miami | Milan |
| Rome | San Francisco | Washington D.C. |





# Diversity, Equity, and Inclusion

We believe that teams with **diverse viewpoints and perspectives are critical** to providing creative solutions to the unique challenges of our global client base. We have a proven commitment to diversity and inclusion at the firm, in the legal profession, and in society as a whole.



Certified under Mansfield 6.0 for our commitment to diversity



High-potential BSF attorneys participate in Pathfinder and Fellow Programs



Charter member of the LFAA, a collaboration among law firms to identify and fight racism



Scored 100 percent on Human Rights Campaign's Corporate Equality Index for the eighth consecutive year



Member of Human Rights Campaign's Business Coalition in calling for the passage of the Equality Act



Recognized with DFA's "Tipping the Scale" award for having a partner class of 50% or more women



# Class Actions – Plaintiffs

Boies Schiller Flexner has a proven track record of achieving impressive victories on behalf of plaintiffs in high stakes class litigation. BSF has negotiated record settlements and won substantial verdicts on behalf of class members in several prominent cases. The firm handles a multitude of class action cases. Our unique experience of representing both defense and plaintiff classes allows for a particular advantage, resulting in favorable outcomes for our clients. The firm's work includes a broad range of representing plaintiff classes in consumer cases, antitrust, securities fraud, and employment cases. Our lawyers work efficiently and strategically at all stages of litigation to obtain meaningful recoveries. When trial threatens, our track record of success in the courtroom serves as an effective spur to negotiation.

## SELECT REPRESENTATIONS

- **Class of Best-Selling Authors:** BSF and co-counsel represent a putative class of authors in multidistrict litigation against OpenAI and Microsoft in which the plaintiffs allege direct copyright infringement based on OpenAI's downloading of, and training on, millions of copyrighted works for ChatGPT models and those models' generation of unauthorized copies and derivative works.

- **Google Plaintiffs:** Certified and ultimately settled the first national case on wiretapping, computer hacking, and privacy tort claims against Google. Over 100 million users were involved, and every cause of action survived. Additionally, BSF certified a second national case against Google on computer hacking and privacy tort claims, with over 400 million devices involved.

- **CrowdStreet Customers:** Representing customers of the fintech platform accusing it of operating unregistered broker-dealer services. BSF alleges that CrowdStreet's failure to register led to fraudulent offerings exceeding $1 billion, impacting hundreds of investors.

- **Victims of Jeffrey Epstein:** Representing numerous victims of serial sex trafficker Jeffrey Epstein in criminal prosecutions of Epstein and his accomplices, as well as in civil lawsuits against Epstein and various banks that facilitated his crimes, resulting in a recovery of more than $360 million. Most recently, Bank of America N.A. agreed to pay $72.5 million.

- **Cherokee Nation:** Following the largest-ever settlement in Cherokee Nation history with prescription drug wholesalers in 2021, we successfully settled with the individual retail pharmacies (Walmart, Walgreens, and CVS) over claims they contributed to the opioid epidemic in and around Cherokee Nation tribal lands in Oklahoma.

- **Voyager Investors:** Representing a putative nationwide class of investors in a complaint against the now-defunct cryptocurrency trading app Voyager, alleging that the platform was an unregulated and unsustainable fraud that bilked consumers out of billions of dollars.

- **Grupo Televisa Plaintiffs:** After receiving a favorable class definition in our case, we successfully negotiated a settlement on behalf of the securities class action plaintiffs against Grupo Televisa in connection with allegations of bribery that resulted in a significant stock drop.

- **Florida Children on Medicaid:** Led a 10-year pro bono case brought on behalf of the more than 2 million Florida children that, after a 93-day federal trial, resulted in a sweeping favorable decision, and led to improved medical and dental care for the children on Medicaid.

- **Fairfield Greenwich Investors:** Recovered more than $235 million on behalf of the investors in the feeder funds to Bernard Madoff's Ponzi fraud, by far the largest amount recovered in any litigation.

- ***Erica P. John Fund v. Halliburton*:** Represented a securities class action which took 14 years, repeat visits to the Fifth Circuit Court of Appeals, and produced two major wins for plaintiffs in the United States Supreme Court, the firm obtained a $100 million settlement for the class.

BSF | BOIES SCHILLER FLEXNER

# David Boies



## Founding Partner

**Armonk**

333 Main Street

Armonk, NY 10504

(t) 914 749 8200

(e) dboies@bsfllp.com

**New York**

55 Hudson Yards

20th Floor

New York, NY 10001

**David is a founding partner of Boies Schiller Flexner, chairman emeritus, and a permanent member of the firm's Executive Committee.**

In 2024, David was honored by *The American Lawyer* with the Lifetime Achievement Award. He was also selected as one of the 100 Most Influential People in the World by *Time Magazine* (2010). He has been named Global International Litigator of the Year by *Who's Who Legal* an unprecedented seven times. David has been named the Litigator of the Year by *The American Lawyer*; the Lawyer of the Year by *The National Law Journal* (twice); the Antitrust Lawyer of the Year by the New York Bar Association; *Best Lawyers in America* from 1987-2024; *Lawdragon 500* Leading Lawyers; and an Eminent Practitioner by *Chambers USA*. He was named one of the Top 50 Big Law Innovators of the Last 50 Years by *The American Lawyer* in 2013.

David is the recipient of Honorary Doctor of Laws from the University of Redlands (2000), New York Law School (2007), University of New Hampshire School of Law (2013), and New York University (2013) and an Honorary Doctor of Letters from the Chicago Theological Seminary (2011). His awards include the Award of Merit from the Yale Law School, the ABA Medal from the American Bar Association, the Vanderbilt Medal from New York University Law School, the Pinnacle Award from the International Dyslexia Association, the William Brennan Award from the University of Virginia, the Role Model Award from Equality Forum, the Lead by Example Award from the National Association of Women Lawyers, the Torch of Learning Award from the American Friends of Hebrew University, the Eisendrath Bearer of Light Award from the Union for Reform Judaism, and a Lifetime Achievement Award from the Mississippi Center for Justice.

David served as Chief Counsel and Staff Director of the United States Senate Antitrust Subcommittee in 1978 and Chief Counsel and Staff Director of the United States Senate Judiciary Committee in 1979.

In 1991-1993, he was counsel to the Federal Deposit Insurance Corporation, recovering $1.2 billion from companies who sold junk bonds to failed savings and loan associations.

From 1997-2024, David served as Chairman of Boies Schiller Flexner. In 1998-2000, he served as Special Trial Counsel for the United States Department of Justice in its antitrust suit against Microsoft. David also served as the lead counsel for former Vice-President Al Gore in connection with litigation relating to the 2000 election Florida vote count. As co-lead counsel for the plaintiffs in *Perry v. Brown*, he won the first judgment establishing the right to marry for gay and lesbian citizens under the U.S. Constitution.

David was born in Sycamore, Illinois on March 11, 1941. He attended the University of Redlands (1960-62), and received a B.S. from Northwestern University (1964), an LL.B., magna cum laude from Yale University (1966), and an LL.M. from New York University (1967).

He is a member of Phi Beta Kappa, a Fellow of the American College of Trial Lawyers and the International Academy of Trial Lawyers; and a Trustee of the National Constitution Center, Cold Spring Harbor Laboratory, New York University Law School Foundation and St. Luke's-Roosevelt Hospital Center. He is the author of numerous publications including Courting Justice (2004), Redeeming the Dream (with Ted Olson), and Public Control of Business

(with Paul Verkuil), published by Little Brown in 1977. He has taught courses at New York University Law School and Cardozo Law School.

## Practices

Antitrust and Competition

Class Actions

Securities and Shareholder Disputes

Sports and Gaming

Technology

Data Privacy and Cybersecurity

Crisis Management

Global Investigations and White Collar Defense

Creditor Rights, Bankruptcy, and Restructuring

## Education

New York University School of Law, LL.M.

Yale Law School, LL.B., *magna cum laude*

Northwestern University, B.S.

University of Redlands; Phi Beta Kappa

## Bar Admissions

New York

U.S. Supreme Court

U.S. Court of Appeals: First Circuit

U.S. Court of Appeals: Second Circuit

U.S. Court of Appeals: Third Circuit

U.S. Court of Appeals: Fourth Circuit

U.S. Court of Appeals: Fifth Circuit

U.S. Court of Appeals: Sixth Circuit

U.S. Court of Appeals: Seventh Circuit

U.S. Court of Appeals: Ninth Circuit

U.S. Court of Appeals: Tenth Circuit

U.S. Court of Appeals: Eleventh Circuit

U.S. Court of Appeals: Federal Circuit

U.S. Court of Appeals: D.C. Circuit

U.S. District Court: Southern District of New York

U.S. District Court: Eastern District of New York

U.S. District Court: District of Colorado

U.S. Court of International Trade

London Court of International Arbitration

## Associations

American Bar Association

American Bar Foundation

New York State Bar Association

New York City Bar Association

New York Bar Foundation

Fellow, American College of Trial Lawyers

Fellow, International Academy of Trial Lawyers

Honorary Board, National Association of Urban Debate Leagues

## Government Service

Special Trial Counsel, United States Department of Justice, United States v. Microsoft

Counsel to the Federal Deposit Insurance Corp.

Chief Counsel and Staff Director, of the United States Senate Judiciary Committee

Chief Counsel and Staff Director, United States Senate Antitrust Subcommittee

## Awards

Litigation Star, *Benchmark Litigation*

**Lifetime Achievement Award**, *The American Lawyer* (2024)

**Top 200 Lawyers**, *Forbes* (2024)

Global International Litigator of the Year, Who's Who Legal (seven times)

Litigator of the Year, American Lawyer

Lawyer of the Year, National Law Journal (twice)

Antitrust Lawyer of the Year, New York Bar Association

Best Lawyers in America (1987-2024)

Lawdragon 500 Leading Global Antitrust & Competition Lawyers

Lawdragon 500 Global Plaintiff Lawyers

Lawdragon's 500 Leading Lawyers

Lawdragon's 500 Leading Plaintiff Financial Lawyers

Lawdragon 500 Leading Global Litigators

Lawdragon 500 Leading Litigators in America

Eminent Practitioners, Chambers USA (Antitrust; Antitrust Plaintiff; Litigation: General Commercial; Litigation: Trial Lawyers; and Antitrust: Mainly Plaintiff)

Top 50 Big Law Innovators, American Lawyer (2013)

Honorary Doctor of Laws, New York University

Honorary Doctor of Letters, Chicago Theological Seminary

Honorary Doctor of Laws, University of Redlands

Honorary Doctor of Laws, New York Law School

Honorary Doctor of Laws, New Hampshire School of Law

Award of Merit, Yale Law School

ABA Medal, American Bar Association

Vanderbilt Medal, New York University Law School

Pinnacle Award, International Dyslexia Association

William Brennan Award, University of Virginia

Role Model Award, Equality Forum

Lead by Example Award, National Association of Women Lawyers

Torch of Learning Award, American Friends of Hebrew University

Eisendrath Bearer of Light Award, Union for Reform Judaism

Lifetime Achievement Award, Mississippi Center for Justice

**Publications & Presentations**

Redeeming the Dream (2014)

Courting Justice (2004)

Public Control of Business (1977)

BSF | BOIES SCHILLER FLEXNER

# Stephen Zack



### Partner

**Miami**
100 SE Second Street
Suite 2800
Miami, FL 33131
(t) 305 539 8400
(e) szack@bsfllp.com

**Steve is a member of the firm's Executive Committee, a Board Certified trial lawyer, and a widely recognized leader. He is Past President of the American Bar Association and was the first Hispanic American to assume the ABA Presidency. He was also the first Hispanic American and the youngest person to become President of the Florida Bar. He has served as President of the National Conference of Bar Presidents and as the Chair of the ABA's House of Delegates–one of the nation's most influential positions on matters relating to the legal profession. He is a Fellow of the International Academy of Trial Lawyers, and he received a Lifetime Achievement Award from *The American Lawyer*.**

Steve's main practice as a civil trial lawyer is in the areas of products liability, class actions and federal multidistrict litigation, complex commercial litigation, arbitration, international law, and voting rights.

He was nominated by President Barack Obama for the position of Alternate U.S. Representative to the 68th Session of the General Assembly of the United Nations, and he served as Senior Advisor to the United States State Department. He is also a member of the Council on Foreign Relations. Steve was nominated by President Biden to serve as a member of the President's Advisory Committee on the Arts.

## Experience

### Steve's recent experience includes:

- Steve has represented: Florida's former Governor and U.S. Senator, Bob Graham as General Counsel; the Florida Senate; the Florida Department of Professional Regulation; the Cities of Hollywood, Hialeah, Miami Beach, Miami, numerous government dignitaries and national clients such as Philip Morris and National Geographic Society.

- His class action cases include Takata, Volkswagen, and General Motors.

- He represented former Vice President Al Gore in the trial of *Bush v. Gore*.

- He was appointed by Governor Lawton Chiles to rewrite the Florida Constitution as a member of the Florida Constitution Revision Commission in 1997. He served as Chair of the Florida Ethics Commission from 1987 to 1994.

- Steve chaired the American Bar Association's Rule of Law Initiative (2011 - 2015), which does work in 50 countries with a $40 million budget and over 500 lawyers on the promotion of the rule of law; he actively participates within the private sector, the judiciary and governments throughout the world.

- As President of the American Bar Association, Steve visited and spoke with bar associations, law schools, the judiciary and the media in 22 countries about the rule of law and professional integrity and created the

BSF | BOIES SCHILLER FLEXNER

Commission on Hispanic Legal Rights and Responsibilities; the Commission on Civic Education in the Nation's Schools; and the Task Force on Preservation of the Justice System.

## Practices

Products Liability

Class Actions

International Arbitration

Employment Disputes

Professional Malpractice

Insurance Disputes

Government Litigation

Commercial Disputes

Elections and Political Disputes

Real Estate Disputes

## Education

University of Florida Law School, J.D.; President of the Florida Blue Key Honorary Society

University of Florida, B.A., Political Science; Omicron Delta Kappa; Pi Sigma Alpha; Hall of Fame and Who's Who in American Colleges and Universities

## Bar Admissions

Florida

New York

District of Columbia

U.S. Supreme Court

U.S. Court of Appeals: Fifth Circuit

U.S. Court of Appeals: Eleventh Circuit

U.S. District Court: Southern District of Florida

U.S. District Court: Northern District of Florida

## Awards and Associations

Ted Klein Award, Miami-Dade Chapter Florida Association for Women Lawyers (2023)

Distinguished Leader, *Daily Business Review* (2021)

Lifetime Achievement Award, *The American Lawyer* (2019)

ABA Spirit of Excellence Award (2017)

Lawdragon 500 Hall of Fame

Lawdragon 500 Global Plaintiff Lawyers (2024)

Lawdragon 500 Leading Litigators in America

Lawdragon 500 Leading Lawyers (2011-2017)

Lawdragon's 500 Leading Plaintiff Financial Lawyers

Lawdragon 500 Leading Global Litigators (2021, 2023, 2024)

Top Latino Lawyers, *Latino Leaders Magazine* (2017-2018)

25 Most Influential Hispanic Lawyers, *Latino Leaders Magazine* (2016)

David W. Dyer Professionalism Award, Dade County Bar Association (2015)

Lifetime Achievement Award, *Daily Business Review* (2015)

Fellow, International Academy of Trial Lawyers

Member, Council on Foreign Relations

Member, The American Law Institute

Member, Anti-Defamation National Commission (2012-2014)

President, American Bar Association (2010-2012)

President, Florida Bar (1989-1990)

Chair, National Center for Access to Justice (2012)

Chair, House of Delegates of the American Bar Association (2004-2006)

American Jewish Committee Learned Hand Award (2011)

Best Lawyers in America (2011-2025)

Latino Lawyer of the Year, Hispanic National Bar Association (2010)

Legal Legends Award, History Miami and 11th Judicial Circuit Historical Society (2010)

University of Florida Distinguished Alumnus Award (2010)

Lawdragon 500 Leading Lawyers in America (2011-2015)

J. Ben Watkins Award for Excellence in the Legal Profession, Stetson Law Review (2010)

100 Top Influential Hispanics by Hispanic Business Magazine (2004, 2009)

Florida Trend Legal Elite, Hall of Fame Attorney (2004-2021)

Listed in Florida Super Lawyers (2006-2012)

University of Florida Award for Service to the Profession

St. Thomas University Award for Outstanding Service and Commitment to Legal Education, Professionalism and an Independent Judiciary

Lifetime Fellow of the American Bar Association

American Bar Association Board of Governors

Past President of the Florida Bar

Past President of the National Conference of Bar Presidents

Past Chair of American Bar Association International Law Committee

Past Chair of the American Bar Association's Standing Committee on Bar Activities and Services

Past Chair of the Latin American Council

Served on the American Bar Association Commission on the Judiciary in the 21st Century

American Board of Trial Advocates

Cuban American Bar Association

Dade County Bar Association

Past President of Young Lawyers Division of the Dade County Bar Association

District of Columbia Bar Association

New York State Bar Association

United States Supreme Court Historical Society

## Publications & Presentations

**Publications**

Personal Injury Practice Chapter, *The Dade County Court Handbook* (1977)

External Business Litigation Chapter, *The Florida Bar Handbook on Representing Florida Corporations* (1977)



# Alexander Boies

## Partner

**Armonk**
333 Main Street
Armonk, NY 10504
(t) 914 749 8205
(e) aboies@bsfllp.com

**New York**
55 Hudson Yards
20th Floor
New York, NY 10001

**Alexander has significant experience with complex litigation, including high-stakes class actions on behalf of consumer plaintiffs. He has represented clients in matters that touch upon a wide range of industries and cutting-edge areas of the law, including sports and gaming, technology, and cryptocurrency. He has advised on cases with antitrust, privacy, and securities issues, among other areas of law.**

## Practices

Class Actions

Sports and Gaming

Employment Disputes

## Education

New York University School of Law, J.D.

University of Michigan, B.S., Statistics

## Bar Admissions

New York

U.S. District Court: Southern District of New York

U.S. District Court: Eastern District of New York



# Brooke A. Alexander

## Partner

**Armonk**
333 Main Street
Armonk, NY 10504
(t) 914 749 8231
(e) balexander@bsfllp.com

**New York**
55 Hudson Yards
20th Floor
New York, NY 10001

Brooke has extensive experience managing class action litigation, including cases involving consumer products, insurance, securities, and medical devices. She has experience before the JPML and has held leadership positions in the resulting MDL. Brooke also has extensive experience managing complex litigation, including interfacing with and coordinating regulatory agency inquiries, US law enforcement investigations, and foreign government investigations.

Brooke leverages her background in economics and graduate coursework in business to help clients navigate complex financial areas of the law, including antitrust, securities, and business valuation. She is often called upon to work with economists, accountants, and bankers to develop damages models and prepare expert testimony. Having seen complex class action litigation from both sides, she provides unique strategic insights that help her clients resolve disputes more efficiently. Her clients have come to rely on her as a trusted advisor, from day-to-day inquiries to their most serious crises.

Brooke has been repeatedly recognized for her accomplishments, being selected by Benchmark Litigation for its 40 & Under Hot List, and by *Lawdragon* for its 500 Leading Plaintiff Financial Lawyers in America and its 500 X - The Next Generation lawyers.

Brooke's recent experience includes:

**Class Action and MDL Litigation**

- Serving as Co-Chair of the Briefing Committee and working alongside David Boies as he co-leads *In re: FTX Cryptocurrency Exchange Collapse Litigation* (MDL 3076), a nationwide MDL against the third parties who propped up the fraudulent enterprise, on both consumer protection, fraud, and securities theories.

- Representing a putative consumer class against the defunct cryptocurrency exchange Voyager Capital under consumer protection and securities theories.

- Representing a putative consumer class against the cryptocurrency exchange Binance under consumer protection and securities theories.

- Representing an international footwear brand in a putative consumer class action over claims of false advertising.

- Representing an insurance company in class actions concerning cost of insurance charges.

- Representing a medical device manufacturer in a putative class action and related regulatory investigations concerning pelvic mesh.

**Antitrust**

- Representing a commercial bakery as plaintiff in an antitrust litigation on monopolization and conspiracy claims.

- Representing a litigation trust holding the claims of a foreign state-run oil company to pursue antitrust and RICO claims concerning bid rigging.

## Education

University of Pennsylvania Law School, J.D.; Senior Editor, *Journal of International Economic Law*; Editor-in-Chief, *Journal of Animal Law and Ethics*

Wharton School, University of Pennsylvania; Certificate in Business and Public Policy

Vassar College, B.A., *departmental honors*, Economics; Ruth Gillette Hutchinson Thesis Prize

## Bar Admissions

New York

U.S. Court of Appeals: Second Circuit

U.S. District Court: Southern District of New York

U.S. District Court: District of Colorado

## Awards and Associations

New York State Bar Association

American Bar Association

National Association of Women Lawyers

Fellow, American Bar Foundation

Future Star, *Benchmark Litigation* (2026)

40 and Under, *Benchmark Litigation* (2023, 2024)

Lawdragon's 500 Leading Plaintiff Financial Lawyers (2023-2026)

Lawdragon 500 X - The Next Generation (2023, 2024)

Lawdragon Top Women Attorneys, Rising Stars in Metro NY (2016, 2017, 2023)

Lawdragon Top Attorneys in Westchester and Metro NY, Rising Stars (2018-2020, 2022)

New York Metro Super Lawyers (2025)

New York Metro Super Lawyers Rising Star (2015-2023)

BSF | BOIES SCHILLER FLEXNER

# Tyler Ulrich



## Partner

**Miami**
100 SE Second Street
Suite 2800
Miami, FL 33131
(t) 305 357 8422
(e) tulrich@bsfllp.com

**Tyler is an experienced litigator who focuses on complex civil litigation and high-stakes business matters, and frequently represents both plaintiffs and defendants in consumer class actions. He is valued by clients for his judgment, creativity, and tenacity in litigating challenging, high-profile, and cutting-edge cases.**

Tyler's diverse clients have included Fortune 100 companies, sovereign nations, consumers in class actions, Indian tribes, high-net-worth individuals, and individuals in pro bono cases. Tyler has extensive experience with all aspects of litigation, including early-stage strategies, dispositive motions, trial, and appeals. He has litigated, managed, arbitrated, mediated, negotiated settlements, tried to verdict, and handled appeals in significant cases across the country. Tyler also has been appointed to leadership committees in a variety of multibillion-dollar federal multidistrict litigations, including *In re FTX Cryptocurrency Collapse Litigation*, *In re National Prescription Opiate Litigation*, and *In re Takata Airbag Products Liability Litigation*.

Before joining the firm, Tyler clerked several years for federal judges in New Orleans and Miami, and worked as an associate in the antitrust group of another national firm in Washington D.C.

### Experience

### Tyler's representative matters include:

- Class counsel for consumers in multidistrict litigation in the Southern District of Florida against Takata, Honda, Toyota, and other automotive companies concerning defective airbags, in which BSF has recovered over $1.5 billion dollars in settlements

- Lead counsel for Cherokee Nation in claims against McKesson, AmerisourceBergen, Walgreens and other prescription drug distributors litigated in state, federal, and tribal trial courts in Oklahoma, as well the Oklahoma Supreme Court and the U.S. Court of Appeals for the Tenth Circuit, resulting in settlements of over $130 million

- Co-lead counsel for class of FTX users seeking over $1 billion in damages in pending multidistrict litigation relating to the promotion and sale of unregistered securities

- Litigation counsel for Philip Morris USA in numerous jury trials brought by former smokers in Florida state court

- Lead counsel for United Healthcare in pending litigation against AmerisourceBergen in the District of Minnesota relating to payments for over $100 million in oncology medicine

- Trial and appellate counsel for movie production company in a two-week trial relating to the funding of a major Hollywood motion picture

- Trial counsel for an investment fund manager successfully defending against a $20 million breach-of-contract claim in AAA arbitration

- Class counsel for mortgage borrowers against United Wholesale Mortgage in a putative class action pending in the Eastern District of Michigan relating to overpayments for their mortgages and broker services

- Litigation and appellate counsel for major commercial real estate company in $25 million breach of contract case against Walgreens in Miami Dade County, in which BSF prevailed on summary judgment and on appeal

- Trial counsel in a two-week federal bench trial against the Bureau of Prisons in the Southern District of Florida

- Litigation counsel to Chevron in successful prosecution of a high-profile RICO lawsuit in the Southern District of New York related to defendants' bribery of a judge in Ecuador to enter a multi-billion dollar judgment against Chevron

- Litigation and appellate counsel in Missouri mass action by cancer patients against major pharmaceutical companies relating to defective chemotherapy

## Practices

Products Liability

Class Actions

Antitrust and Competition

Appellate

International Arbitration

Life Sciences and Health Care

## Education

New York University School of Law, J.D.

Connecticut College, B.A., Chinese

## Bar Admissions

New York

Florida

Cherokee Nation

## Awards and Associations

Lawdragon's 500 Leading Plaintiff Financial Lawyers (2023-2026)

Lawdragon 500 Leading Global Litigators (2023)

## Clerkships

Hon. William M. Hoeveler, U.S. District Court: Southern District of Florida

Hon. Martin L.C. Feldman, U.S. District Court: Eastern District of Louisiana

BSF | BOIES SCHILLER FLEXNER

# Marc Ayala



### Partner

**Armonk**
333 Main Street
Armonk, NY 10504
(t) 914 749 8422
(e) mayala@bsfllp.com

**New York**
55 Hudson Yards
20th Floor
New York, NY 10001

**Marc serves as co-administrative partner for the firm's New York City and Armonk offices as well as co-leader of the firm's creditors' rights practice. He is a well-established and nationally recognized trial court litigator who is regarded as one of the "leading litigators" in the U.S. and is among the "next generation" who will "define where the legal profession of our country goes" and "whose leadership will be called upon by businesses and individuals when they face their crossroads" (*Lawdragon*). He is also recognized as one of the top "40 & Under" litigators in the U.S. (*Benchmark Litigation*). Marc's adversaries have publicly praised his success on behalf of his clients as an "extraordinary accomplishment," and his matters have received widespread coverage from publications such as *The Wall Street Journal*, the *Financial Times*, *Fortune Magazine*, and *Forbes*.**

Marc's practice focuses on complex commercial litigation, including corporate governance disputes, contentious restructurings, and structured financial products. His practice includes representing both plaintiffs and defendants in federal and state courts, as well as in arbitration proceedings. Marc also provides advice to clients regarding risk analysis, risk management, and potential exposures. In each of his matters, Marc focuses on achieving his clients' business and legal objectives efficiently and effectively.

Marc is also a member of the board of directors for the Kunhardt Film Foundation, a nonprofit dedicated to distributing free educational media, including documentary films and interviews, concerning social justice, history, politics, the arts, and culture, to schools and communities across the country.

## Experience

**Marc's recent experience includes:**

- Defending major U.S. airline against putative class claims brought in connection with CrowdStrike outage event

- Defense of a private equity firm against fraud, fraudulent transfer, and other claims brought by a litigation trustee in connection with the Chapter 11 bankruptcy of Instant Brands Acquisition Holdings Inc. and certain of its affiliates

- Litigation counsel for Ad Hoc Group of 2016 Term Loan Lenders in Chapter 11 bankruptcy for Revlon Inc., et al.

- Co-lead counsel for class of FTX users in MDL captioned as *In re FTX Cryptocurrency Exchange Collapse Litigation*

- Trial counsel for an ad hoc group of convertible noteholders in Chapter 11 bankruptcy for Intelsat S.A., et. al

- Litigation counsel for 2L noteholders in contested plan confirmation in Chapter 11 bankruptcy for LBI Media, Inc.

- Prosecuting claims on behalf of Ad Hoc Group of Noteholders in connection with unpaid backstop fee arising out of Chapter 11 bankruptcy for The Hertz Corporation

- Defending a leading international bank against claims by a competing bank arising out of a credit default swap

- Prosecuting claims on behalf of an institutional investor in connection with a control dispute concerning a highly valued boutique whiskey company

## Practices

Financial Institutions and Private Funds

Creditors' Rights, Bankruptcy, and Restructuring

Securities and Shareholder Disputes

## Education

The George Washington University School of Law, J.D., *high honors*; *Order of the Coif*; George Washington Merit Scholarship; Member, *The George Washington International Law Review*; Member, The George Washington Moot Court Board

Dartmouth College, B.A., History

## Bar Admissions

New York

## Awards and Associations

40 and Under, *Benchmark Litigation* (2023-2025)

Lawdragon 500 Leading Litigators in America

Lawdragon's 500 Leading Plaintiff Financial Lawyers

Lawdragon 500 X - The Next Generation

## Publications & Presentations

**Perspectives**

**Co-author,** Del. Match.com Ruling Maintains Precedent In Time Of Change, *Law360* (April 2024)

BSF | BOIES SCHILLER FLEXNER

# Adam R. Shaw



### Partner

**Albany**

30 South Pearl Street

12th Floor

Albany, NY 12207

(t) 518 694 4227

(e) ashaw@bsfllp.com

**Adam solves complex business and consumer disputes in courts and regulatory proceedings across the country. Clients rely on his more than 30 years' experience to assist them with successfully prosecuting and defending consumer and securities fraud cases, recovering millions of dollars for corporations and plaintiff classes. His extensive experience includes trying cases to verdict before juries and judges. Adam understands his clients' business operations and goals, and brings sound judgment to all of his representations.**

Adam's firm leadership roles include managing the firm's Albany office and leading the firm's eDiscovery practice. He manages and has extensive experience with the discovery efforts in large and complex international and multidistrict litigation. He leads teams in the collection and analysis of terabytes of data from sources across the globe.

Passionate about serving the community, Adam serves as pro bono trial counsel for the U.S. District Court for the Northern District of New York. After conducting more than six jury trials and litigating dozens of other cases, he received the Pro Bono Service Award from the Court.

His leadership roles in the legal community include having served as president of the Federal Court Bar Association for the Northern District of New York and he writes a column, the "Northern District Roundup," for the *New York Law Journal*.

### Experience

**Some of his representative litigations include:**

- Recovering over $25 million as class counsel for consumers whose debts were illegally collected after bankruptcy

- Representing class of borrowers in multiple class actions to recover for wrongful collection of student loans

- Recovering over $50 million for global chemical company and global construction company for securities fraud

- Successfully defending technology company, its officers and investors in multidistrict IP theft lawsuit

- Successfully defending state officials in inspector general and ethics board investigations

- Serving as class committee member for multibillion-dollar antitrust litigation concerning health insurance practices

### Practices

Securities and Shareholder Disputes

Class Actions

Commercial Disputes

Artificial Intelligence

### Education

Albany Law School, J.D., *cum laude*; Cardozo Prize; Matthew Bender Prize; Editor-in-Chief, *Albany Law Review*

Union College, MBA

State University of New York at Albany, B.S., *cum laude*, History

### Bar Admissions

New York

### Awards and Associations

Federal Bar of the Northern District of New York

Lawdragon 500 Leading Litigators in America

### Clerkships

Hon. Frederick J. Scullin, Jr., U.S. District Court: Northern District of New York

### Publications & Presentations

**Perspectives**

**Co-author, IEEPA Tariff Refund Update (March 2026)**

**Co-author, Road Map for IEEPA Tariff Refunds (March 2026)**

**Co-author, New Frameworks Not Required to Address the Constitutional Boundaries of Privacy Statutes (May 2025)**

**The Wait for Clarity on the Scope and Size of Class Actions Continues (April 2025)**

**Publications**

**Co-author, Recent Decisions Regarding the Telephone Consumer Protection Act, *New York Law Journal* (December 2024)**

**Co-author, Constitutional Challenge to Recent NY Emergency Tenant Protection Act Amendment, *New York Law Journal* (July 2024)**

**Co-author, Dormant Commerce Clause Does Not Apply to State Cannabis Licensing Programs, *New York Law Journal* (March 2024)**

**Co-author, The Taliban, Al-Qaeda, the Russian Federation and Economic Sanctions, Oh My!, *New York Law Journal* (September 2023)**

**Co-author, Recent Decisions: Defamation Claims and Maintaining Standing Throughout an Action, *New York Law Journal* (May 2023)**

**Author, Why the Supreme Court Should Rule This Way on Client Privilege, *Bloomberg Law* (November 2022)**

**BSF** BOIES SCHILLER FLEXNER

**Co-author,** Trump Complaint Dismissed, DTSA Claims Lacked Jurisdiction, *New York Law Journal* (August 2022)

**Co-author,** Decisions Demonstrate Nuances of First Amendment Law, *New York Law Journal* (May 2022)

**Co-author,** Affirmative Defense Forfeited; Relevant Market Definition Held Insufficient, *New York Law Journal* (February 2022)

**Editorial Consultant, Federal Litigation Guide: New York and Connecticut, Lexis Nexis (2022)**

**Co-author,** Two Cases Challenge Constitutionality of COVID-19 Mandates, *New York Law Journal* (November 2021)

**Co-author,** Water Contamination Settlement and Student Loan Class Certification, *New York Law Journal* (August 2021)

Court Revisits Personal Jurisdiction Issues Post-'Daimler,' *New York Law Journal* (November 1, 2017)

Court Decides Finality of Settlement and Service of Process Issue, *New York Law Journal* (August 30, 2017)

**Author,** Northern District Roundup, *New York Law Journal* (1997-present)

**Author,** Anonymity in Lawsuit Maintained; Removal to Federal Court Denied, *New York Law Journal* (2016)

**Contributing Editor, Federal Litigation Guide, New York and Connecticut (Matthew Bender 1998-2003)**



For more than 32 years, the lawyers at The Moskowitz Law Firm, PLLC ("The Moskowitz Law Firm") have successfully litigated significant class action and complex commercial cases involving the rights of consumers, investors, and businesses. The Firm and its attorneys consistently rank among the most highly regarded litigation attorneys locally and on the national stage — according to clients, judges, opponents, and professional journals — for effectiveness in and out of the courtroom.

*Adam Moskowitz*. Mr. Moskowitz is the Founder and Managing Partner of The Moskowitz Law Firm and is experienced in all forms of class action claims, including civil conspiracy claims under the Racketeering Influenced and Corrupt Organizations ("RICO") Act. Mr. Moskowitz serves and has served as Lead Counsel in some of the largest class action cases in Florida and nationwide. Mr. Moskowitz has been an Adjunct Professor at the University of Miami School of Law teaching Class Action Litigation for over 26 years. Adam has received numerous awards for his results including the "Most Effective Lawyer Award" for his work in litigating and resolving numerous nationwide force-placed insurance cases. Mr. Moskowitz filed one of the first class action lawsuits regarding these practices and has since spearheaded class action litigation in over 32 nationwide class actions brought against the largest banks or mortgage servicers and the force-placed insurers across the country, reaching 30 settlements to



date totaling over $4.2 billion dollars for the proposed nationwide classes of over 5.3 million homeowners.[1]

---

[1] *See for example Williams v. Wells Fargo Bank, N.A.,* No. 11-cv-21233 (S.D. Fla.) (final approval granted); *Saccoccio v. JPMorgan Chase Bank N.A.,* No. 13-cv-21107 (S.D. Fla.) (final approval granted); *Diaz v. HSBC Bank (USA), N.A.,* No. 13-cv-21104 (S.D. Fla.) (final approval granted); *Fladell v. Wells Fargo Bank, N.A.,* No. 13-cv-60721 (S.D. Fla.) (final approval granted); *Hamilton v. SunTrust Mortg., Inc.,* No. 13-cv-60749 (S.D. Fla.) (final approval granted); *Hall v. Bank of Am., N.A.,* No. 12-cv-22700 (S.D. Fla.) (final approval granted); *Lee v. Ocwen Loan Servicing, LLC,* No. 14-cv-60649 (S.D. Fla.) (final approval granted); *Braynen v. Nationstar Mortg.,* LLC, No. 14-cv-20726 (S.D. Fla.) (final approval granted); *Wilson v. Everbank,* N.A., No. 14-cv-22264 (S.D. Fla.) (final approval granted); *Montoya v. PNC Bank, N.A.,* No. 14-cv-20474 (S.D. Fla.) (final approval

Prior to filing the FPI class actions, Adam Moskowitz served as Co-Lead Counsel in one of the largest MDLs, *In re: Managed Care Litigation*, MDL No. 1334. The MDL was finalized about 6 years ago and was actively litigated for about 7 years. Plaintiffs brought suit against the seven largest managed care providers on behalf of approximately 600,000 physicians alleging that these defendants engaged in a civil conspiracy in violation of the RICO Act. Adam Moskowitz worked almost all of his time assisting the Co-Lead team with every aspect of the case, including taking and defending depositions, coordinating with co-counsel, working with scientists, drafting pleadings, and helping with settlement efforts. Through this litigation before Judge Moreno, plaintiffs were able to revise the manner in which managed care is conducted with physicians throughout the country, and obtained almost a billion dollars in monetary relief. To date, this is the only certified nationwide RICO class action to be upheld by the Eleventh Circuit Court of Appeal.

Mr. Moskowitz was also appointed Co-Lead Counsel for the Economic Loss and Property Damage Track in *In re: Champlain Towers South Condominium Collapse Litigation*, Case No. 2021-015089-CA-01 (Fla. 11th Jud. Cir.) to bring class claims on behalf of the victims of the catastrophic collapse of the Champlain Towers South condominium in Surfside, Florida.  This resulted in a settlement for the victims of over $1.3 billion.

Recently, Mr. Moskowitz was appointed Co-Lead Counsel of the MDL in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076 (S.D. Fla.), bringing claims on behalf of customers and investors in the FTX cryptocurrency exchange which collapsed in November of 2022 due to a multi-billion dollar fraud. Plaintiffs are bringing suit against a wide variety of defendants involved with the FTX exchange and fraud, including tracks for FTX insider defendants, auditor defendants, venture capital defendants, law firm defendants, promoter and digital creator defendants, and bank defendants for their actions which include, but are not limited to, aiding and abetting or actively participating in the multibillion dollar fraud, and the promoting, offering, or selling of unregistered securities such as FTX's yield-bearing accounts and FTX's native crypto currency token, FTT.

Mr. Moskowitz has also been Lead Class Counsel in the cryptocurrency, non-fungible token case, *Daniel Harper, et al. v. Shaquille O'Neal, et al.*, Case No. 1:23-cv-21912-FAM (S.D. Fla.), where he reached a $11,000,000 settlement with the defendants that is currently pending final approval. The plaintiffs brought securities claims under the Private Securities Litigation Reform Act

---

granted)*; Almanzar v. Select Portfolio Servicing,* No. 14-cv-22586 (S.D. Fla.) (final approval granted); *Jackson v. U.S. Bank, N.A.,* No. 14-cv-21252 (S.D. Fla.) (final approval granted); *Circeo-Loudon v. Green Tree Servicing, LLC,* No. 14-cv-21384 (S.D. Fla.); *Beber v. Branch Banking & Trust Co.*, No. 15-cv-23294 (S.D. Fla.) (final approval granted); *Ziwczyn v. Regions Bank, No.* 15-cv-24558 (S.D. Fla.) (final approval granted); *McNeil v. Selene Finance, LP,* No. 16-cv-22930 (S.D. Fla.); *McNeil v. Loancare, LLC,* No. 16-cv-20830 (S.D. Fla.) (final approval granted) (final approval granted); *Edwards v. Seterus, Inc.*, No. 15-cv-23107 (S.D. Fla.) (final approval granted); *Cooper v. PennyMac Loan Servicing*, LLC, No. 16-cv-20413 (S.D. Fla.) (final approval granted). *Strickland, et al. v. Carrington Mortgage Services, LLC, et al.*, 16-cv-25237 (S.D. Fla.) (final approval granted for three separate settlements); *Quarashi et al v. Caliber Home Loans Inc. et al.;* 16-9245 (D.N.J.) (final approval granted).

of 1995 against Shaquille O'Neal, Astrals LLC, Astrals Holding, LLC, and Astrals Operations LLC on behalf of a class of worldwide purchasers of Galaxy tokens and Astrals non-fungible tokens which were advertised and marketed by the defendants. Plaintiffs brought claims that the defendants were sellers of these unregistered securities in violation of Sections 5 and 12(a)(1) of the Securities Act, 15 U.S.C. §§ 77e(a), 771(a)(1) and control persons in violation of Section 15 of the Securities Act.

Mr. Moskowitz is also currently litigating the class actions *Karnas, et al. v. Cuban, et. al.*, Case No. 1:22-cv-22538-RKA (S.D. Fla.), a case related to the Voyager cryptocurrency exchange, and *Sizemore v. Zhao*, Case No. 1:23-cv-21261-RKA (S.D. Fla.), a case related to the Binance cryptocurrency exchange.

Mr. Moskowitz was appointed as Co-Lead counsel in *In re Transamerica COI Litigation*, Case No. 2:16-cv-01378-CAS-AJW (C.D. Cal.), and reached a finally-approved nationwide settlement for a certified class of nationwide consumers who purchased life insurance policies from Transamerica Life Insurance Company, a subsidiary of Aegon—one of the world's largest providers of life insurance, pension solutions and asset management products—which resulted in recovering a gross Settlement Common Fund of over $100 million, as well as extremely valuable injunctive relief for the nationwide class. Mr. Moskowitz also personally resolved the sole objection to the settlement with the objector's counsel who brought separate "copycat" Transamerica COI class actions in Iowa. Judge Snyder also recently granted final approval of a nationwide class action settlement regarding a very similar COI nationwide class action against Transamerica for the 2017 COI increases. *Thompson v. Transamerica Life Insurance Company*, No. 2018-cv-5422-CAS, ECF No. 197 (C.D. Cal. Sept. 16, 2020). Further, in *In re Fieldturf Multi District Litigation*, Case No. 3:17-md-02779-MAS-TJB (D.N.J.), U.S. District Judge Michael A. Shipp recently appointed Mr. Moskowitz as Co-Lead counsel for all of the plaintiffs after numerous class actions brought against Fieldturf were consolidated in the District of New Jersey earlier last year. The claims were brought on behalf of municipalities related to the marketing and sale of allegedly defective artificial fields, and class certification was granted.

Mr. Moskowitz has been appointed Lead and Co-Lead counsel in numerous other state and federal class actions, including resolving one of the nation's largest consumer class actions, *LiPuma vs. American Express*, No. 04-cv-20314 (S.D. Fla.). Mr. Moskowitz was also appointed Class Counsel in a finally-approved nationwide settlement with Spartan Race, Inc., in a nationwide class action arising from Spartan Race's business practices relating to its Racer Insurance Fee, *see Fruitstone v. Spartan Race, Inc.*, No. 1:20-cv-20836-BLOOM/Louis (S.D. Fla.), as well as in *Collins v. Quincy Bioscience, LLC*, No. 19-22864-Civ-COOKE/Goodman, ECF No. 200 (S.D. Fla. Nov. 18, 2020), where Magistrate Judge Jonathan Goodman for the United States District Court for the Southern District of Florida granted final approval of a nationwide class action settlement resolving claims of a nationwide class of purchaser of the memory improvement supplement Prevagen.

In *Cherry v. Dometic Corp.*, No. 19-13242 (11th Cir. Feb 2, 2021), Mr. Moskowitz was successful in overturning a denial of class certification for failing to demonstrate the "administrative feasibility" of identifying class members. This decision represents a sea change in class action litigation in the Eleventh Circuit, which now joins the Second, Sixth, Seventh, Eighth and Ninth

Circuits in rejecting any heightened ascertainability requirement purportedly inherent in Federal Rule of Civil Procedure 23(a).

In *Pain Clinic et al. v. Allscripts Healthcare Solutions, Inc.,* 12-49371 (Fla 11th Cir. Ct. 2012), Mr. Moskowitz reached a nationwide settlement against Allscripts Healthcare Solution on behalf of thousands of small physician practices regarding the sale and marketing of defective electronic healthcare software. Mr. Moskowitz has also served as Lead, Co-lead or as part of Plaintiffs' counsel in various nationwide class actions including *In re: Marine Hose Antitrust Litigation*, No. 08-MDL-1888-Graham/Turnoff (S.D. Fla.); *Natchitoches Parrish Hospital v. Tyco (In re Sharps Containers)*, No. 05-cv- 12024 (D. Mass.) (serving as co-lead counsel in a nationwide antitrust class action on behalf of direct purchasers of containers for the disposal of sharp medical instruments); *Texas Grain Storage Inc. v. Monsanto Co.*, No. 5:2007-cv-00673 (W.D. Texas) (serving as co-lead counsel with Bruce Gerstein in a nationwide antitrust class action on behalf of direct purchasers of genetically modified seeds); *In re: Hypodermic Products Antitrust Litigation*, MDL No. 1730, No. 05-cv-1602 (JLL/CCC) (D. N.J.) (Linares, J.) (obtaining final approval of a nationwide settlement of an antitrust class action on behalf of direct purchasers of needle products); *In re: Mushroom Direct Purchase Antitrust Litigation*, No. 06-cv-00620l (E.D. Pa.) (representing direct purchasers of fresh agaricus mushrooms sold in the United States east of the Rocky Mountains in antitrust class action); *Miller v. Dyadic International*, No. 07-cv-80948 (S.D. Fla.) (consolidated securities fraud class action against biotech company arising out of material misstatements and omissions regarding financial improprieties of its subsidiaries in violation of federal securities laws); *Louisiana Wholesale v. Becton Dickinson, et al.*, No. 05-cv-01602 (D.N.J.); and *Bruhl v. Price Waterhouse Coopers, International, et al.*, No. 03-cv-23044 (S.D. Fla.).  Adam is currently lead and co-lead counsel in numerous other class actions currently pending in state and federal courts across the country.

Mr. Moskowitz's practice also encompasses various other complex commercial litigation matters, arbitrations before FINRA and numerous jury trials. Adam obtained one of the largest jury verdicts in Miami-Dade County (over $100 million dollars) in a jury trial against a global agricultural company on behalf of growers from the United States and Costa Rica. Adam has also served as chairperson in numerous NASD securities arbitrations, and actively participates in local and national seminars and panels, lectures across the country regarding class action litigation, and has published numerous articles on class action practices and settlements.[2] Mr. Moskowitz has actively served on numerous state and national class action organizations, including being appointed to the Duke Law Center for Judicial Studies Advisory Council and serves as the Topics Coordinator. The Council brings together all federal judges, experienced plaintiffs' and defense attorneys, and academics to develop practical solutions to legal issues by way of rule changes, best practices, guidelines, and principles. The Council conducts numerous national seminars each year, attended by hundreds of class action practitioners and federal and state judges. One such seminar was the "National Townhall Meeting Developing a Useful Framework to Address Alcohol Abuse, Drug Addiction, and Anxiety/Depression Among Bench, Bar, and Related Professionals," which included many great

---

[2] *See, e.g., The Right Way to Calculate Attorneys' Fees in Class Actions*, December 4, 2015, available at http://www.law360.com/articles/733534/the-right-way-to-calculate-atty-fees-in-class-actions.

speakers (39 Panelists for 8 Panels), including many federal judges. Adam is married to his wife Jessica and has three children, Serafina, Michael and Samantha and is very active with his children's school Temple Beth Am in Miami, Florida. Attached are two personal articles about Adam Moskowitz, including one regarding his family being named "Family of the Year" for their synagogue this past year, based mainly on the great dedication and pro bono service by his wife to his children's school.

**_Howard Bushman_**. Howard Bushman is a Partner at The Moskowitz Law Firm and a seasoned litigator with over 25 years of experience prosecuting nationwide class actions and mass tort litigation. Mr. Bushman was most recently appointed Co-Lead Class Counsel in _Mamboleo v. Pacific Life Insurance Company_, Case No. 30-2021-01208045-CU-BT-CXC (pending in the Superior Court of the State of California in and for Orange County). This is a lawsuit on behalf of persons who purchased in California a Pacific Discovery Xelerator indexed universal life insurance policy from Pacific Life that were marketed with allegedly misleading materials and illustrations used to sell the PDX Policy. The action settled for over $50 million in benefits to the Class (including $33 million in cash payments) and has received preliminary approval.



Further, Mr. Bushman led the firm's prosecution of _In re: Lincoln National COI Litigation Case_ No.: 2:16-cv-6605-GJP (E.D.Pa..) and _In re: Lincoln National 2017 COI Rate Litigation_ 2:17-cv-04150-GJP (E.D.Pa.) which reached a finally-approved nationwide settlement for a class of nationwide consumers who purchased life insurance policies serviced by Lincoln National, recovering a Settlement Common Fund of over $100 million.

Mr. Bushman prosecuted claims on behalf of investors who invested in a ponzi scheme perpetrated by Equialt, LLC. These claims resulted in a settlement of $44 million. _SEC v. Davison, et al._, Case No. 8:20-cv-00325-MSS-UAM, pending in the United States District Court for the Middle District of Florida. He was also is a central figure in litigating the lender placed insurance class actions listed in Footnote 1.

He has also effectively litigated the following class actions: _Kenneth F. Hackett & Associates, Inc. v. GE Capital Information Technology Solutions, Inc. et al.,_ Case No.: 10-20715-CIV-ALTONAGA/BROWN (S.D. Fla.) (multi-million dollar settlement on behalf of a nationwide class of copier lessees whom were overcharged for their monthly payments); _Aarons et al. v. BMW of North America, LLC_, Case No. 2:11-cv-07667-PSG (S.D.Cal.) (multi-million dollar settlement on behalf of a nationwide class of owners of defective Mini-Cooper vehicles); _Lockwood et al. v. Certegy Check Services, Inc._, Case No.: 8:07-CV-01657-SDM-MSS (M.D. Fla.) (nationwide data breach action resulting in a settlement valued at over $75 million dollars; _Brenda Singer v. WWF Operating Company_, Case No.: 13-CV-21232 (S.D. Fla. 2013) (nationwide litigation regarding alleged deceptive marketing of evaporated cane juice; successfully settled nationwide class action over deceptive labeling of evaporated cane juice); _In Re: Countrywide Financial Corp. Customer Data Security Breach Litigation,_ Case No. 3:08-MD-01998-TBR (WDKY) (class action on behalf of over 17 million consumers, achieved a settlement valued at over $300 million dollars); _Eugene Francis v._

*Serono Laboratories, Inc., et al.* ("Serostim")*, Case No. 06-10613 PBS (U.S. District Court of Mass.) ($24 million cash settlement in a nationwide class action litigation against multiple entities regarding the deceptive and illegal marketing, sales and promotional activities for the AIDS wasting prescription drug Serostim); *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL No. 1708 (U.S. District of Minnesota) ($245 million dollar settlement for patients in this nationwide mass tort class action regarding the sale of defective cardiac defibrillators and pacemakers); *In Re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2096 (mass tort involving over $15 million settlement).

As passionate for the law as he is for giving back to the local community, Howard recently received the Eleventh Judicial Circuit and Miami-Dade County Bar Associations' Put Something Back Pro Bono Service Award.  He has been Named a Super Lawyer by Super Lawyer Magazine multiple times.



***Joseph Kaye.*** Joey is a Partner at The Moskowitz Law Firm. His practice focuses on multi-state consumer class action litigation, complex commercial litigation, and multidistrict litigation. He has extensive experience litigating a broad range of matters, including consumer protection, cryptocurrency and digital asset litigation, insurance, mass torts, construction defect, products liability, federal antitrust, and securities litigation.

Joey contributes to the Firm's success by taking a leading role in many of its largest and most complex cases. He is frequently entrusted with briefing leadership, strategic motion practice, and appellate-level legal issues central to class certification, liability, and settlement approval. His recent significant involvements include serving as a member of the Steering Committee and as Co-Chair of the Briefing Committee in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076 (S.D. Fla.). He is also litigating putative nationwide class actions arising out of the collapse of the Voyager and Binance cryptocurrency exchanges, including *Karnas, et al. v. Cuban, et al.*, Case No. 1:22-cv-22538-RKA (S.D. Fla.), and *Sizemore v. Zhao*, Case No. 1:23-cv-21261-RKA (S.D. Fla.).

Joey was also appointed Class Counsel in the cryptocurrency and non-fungible token securities action *Daniel Harper, et al. v. Shaquille O'Neal, et al.*, Case No. 1:23-cv-21912-FAM (S.D. Fla.), a case brought on behalf of worldwide purchasers of Astrals non-fungible tokens and governance tokens (GLXY), alleging violations of the Securities Act of 1933 arising from the promotion and sale of unregistered securities. In addition, Joey has played a leading role in numerous finally approved nationwide class action settlements involving claims of unfair and deceptive practices by large corporations in the marketing and sale of consumer products and services, health supplements, insurance products, and investment products.

Joey was also actively involved in litigating to protect the interests of victims of the collapse of the Champlain Towers South Condominium before Judge Michael Hanzman in the Miami-Dade Complex Business Litigation Division in *In re: Champlain Towers South Collapse Litigation*, No. 2021-015089-CA-01, which resulted in a settlement exceeding $1.3 billion for the victims that was finally approved by the Court approximately one year after the tragic collapse.

Joey has been instrumental in advancing and expanding important areas of class action law for plaintiffs. In *Las Olas Company Inc., et al. v. Florida Power & Light Company, et al.*, representing a class of businesses forced to close after contractors negligently ruptured a water main during a directional drilling operation, Joey helped The Moskowitz Law Firm obtain the first reported decision

since *Engle v. Liggett Group, Inc.*, 945 So. 2d 1246 (Fla. 2006), affirming certification of a litigated liability issue class pursuant to Florida Rule of Civil Procedure 1.220(d)(4). *Infratech Corp. v. Las Olas Co.*, 320 So. 3d 751 (Fla. 4th DCA 2021). He subsequently helped secure a jury verdict finding the contractor 98% liable for the class's damages, followed by final approval of a class action settlement providing monetary and injunctive relief to class members.

Joey has also had substantial success opposing objections and obtaining final approval of nationwide class action settlements, including *Fruitstone v. Spartan Race, Inc.*, No. 1:20-cv-20836-BLOOM/Louis (S.D. Fla.), and *Collins v. Quincy Bioscience, LLC*, No. 19-22864-Civ-COOKE/Goodman, ECF No. 200 (S.D. Fla. Nov. 18, 2020). In *Collins*, Magistrate Judge Jonathan Goodman recommended certification of a litigated Florida statewide issue class pursuant to Federal Rule of Civil Procedure 23(c)(4), which would have bifurcated liability and damages. *Collins*, ECF No. 119 (S.D. Fla. Mar. 19, 2020). Joey was also integral to the successful appeal in *Cherry v. Dometic Corp.*, 986 F.3d 1296 (11th Cir. 2021), which overturned the imposition of an administrative feasibility requirement as part of ascertainability, benefiting class action plaintiffs throughout the Eleventh Circuit and beyond.

Joey's litigation work has been consistently recognized by independent legal organizations. He has been named a Super Lawyers Rising Stars honoree for multiple years, holds an AV Preeminent rating from Martindale-Hubbell, has been featured in *Top 100 Attorneys Magazine*, and maintains a 10.0 "Superb" rating on Avvo.

Joey is also a frequent speaker and commentator on class action litigation and emerging issues in cryptocurrency and digital asset disputes. He has presented at multiple Miami Law Class Action & Complex Litigation Forums on topics including MDL strategy, class action settlement approval, and cryptocurrency litigation, appeared as a podcast guest on Broward Bar Buzz, and spoken before the Coalition of Civil Advocates regarding developments in blockchain-related litigation. His speaking engagements focus on practical litigation strategy, emerging regulatory risk, and the intersection of class actions and digital assets.

Prior to joining The Moskowitz Law Firm, Joey began his practice at 23 years old at a commercial litigation boutique in Aventura, where he represented businesses and individuals in a wide range of disputes involving breach of contract, commercial transactions, fraud, business torts, deceptive and unfair trade practices, intellectual property, probate, guardianship, and trust litigation, at both the trial and appellate court levels, as well as in arbitration. For example, Joey successfully represented plaintiffs in *Oded Meltzer, et al. v. NMS Capital Group LLC, et al.*, Case No. 1:17-cv-23068-UU (S.D. Fla.), who sought a declaratory judgment that they were not bound to an arbitration agreement they entered into as representatives of their business entities, and an injunction enjoining defendants from joining them as parties to arbitration of a multi-million-dollar dispute with those business entities. Joey obtained a preliminary injunction on the papers without a hearing, which caused the defendants to stipulate to entry of a final judgment and permanent injunction. Further, Joey authored the answer brief and litigated an appeal in *Yehezkel Nissenbaum, et al. v. AIM Recovery Services, Inc.*, Case No. 3D15-1000 (Fla. 3d DCA 2015), which resulted in the Third District Court of Appeal issuing a *per curiam* affirmance upholding a final judgment exceeding $125,000.00.

Similarly, in *Dantro LLP, et al. v. In rem Dantro Fund, et al.*, Case No. 12-ca-001643 (Fla. 20th Jud. Cir.), after obtaining a final summary judgment entitling plaintiff limited liability partnerships to recover $90,000.00 from the Court Registry after it was stolen by their former managing partner, Joey successfully sought an order entitling plaintiffs to recover their attorneys' fees and costs in maintaining the action against the former managing partner in his individual capacity as the real party in interest because he entered an appearance and sought to obtain the stolen funds for himself, purportedly on behalf of the dissolved partnerships. Joey argued and won the motion before the trial court, then successfully defended the order on appeal to the Second District Court of Appeal. *See Edward Adkins v. Dantro LLP, et al.*, Case No. 2D16-4751 (Fla. 2d DCA 2017).

Joey is known for his attention to detail and commitment to professionalism, and for exercising careful judgment in crafting and executing litigation strategy tailored to the specific needs of each case.

A lifelong Florida resident, Joey earned his Bachelor of Arts in Creative Writing from Florida State University in 2012 and his Juris Doctor, *magna cum laude*, from the University of Miami School of Law in 2015. While in law school, he served as a Dean's Fellow, earned multiple Dean's Certificates of Achievement, received honors in litigation skills, and was on the Dean's List multiple times. He also gained valuable experience as a judicial intern for Magistrate Judge Jonathan Goodman of the United States District Court for the Southern District of Florida and as a certified legal intern with the Miami-Dade State Attorney's Office.

Joey is a Member of the American Bar Association, the Florida Bar, the North Carolina Bar, and the Dade County Bar Association, and is admitted to practice in the State of Florida, the United States District Courts for the Southern, Middle, and Northern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit.

Joey currently resides in Pinecrest, Florida, with his wife, Melody, and daughters, Soleil and Mischa, who inspire him every day to keep fighting for those who need it most. "I can feel proud when I tell them what I do for a living, and that I do it all for them, to make the world we live in better. It's a beautiful thing."

**Barbara Lewis.** Barbara is an Associate Attorney at The Moskowitz Law Firm. Most of her practice has focused on representing consumers in multi-state class action litigation, complex commercial litigation and multidistrict litigation. She handles a broad range of disputes, including force-placed insurance litigation and complex nationwide litigation relating to health insurance, products liability, false advertising, fraudulent business practices, and other consumer issues. Her fluency in Spanish makes her a valued source to the firm's Hispanic and multicultural clients in South Florida. She has authored various publications including *Amending Rule 23: Modernizing Class Notice and Debunking Bad-Faith Objectors*, published by the Federal Litigation Section of the Federal Bar Association (SideBAR) in Spring 2017, and *Lawsuits Target Hiden Fees, Pass-Through Charges*, published by the Daily Business Review in July 2016.



Barbara also briefly worked at Clarke Silverglate, P.A. where her practice consisted of litigating employment law and general commercial matters. She defended employers against a variety of discrimination and wrongful termination lawsuits in federal and state court. She was instrumental in authoring and arguing various discovery motions against the plaintiff in a contentious sexual harassment dispute which led to a successful mediation. Barbara also represented insurance companies nationwide in a variety of breach of contract actions. In this capacity, she briefed and successfully obtained summary judgment in *Dwyer v. Globe Life and Accident Insurance Company*, Case No. 2:19-cv-14071 (S.D. Fla.), where the plaintiff demanded accidental death insurance benefits on behalf of an insured who had overdosed on illegal drugs. The court's opinion not only clarified existing Florida insurance law, but also created new Florida law on accidental death coverage.

Barbara was born in Cuba but has been a long time Miami resident. She obtained her Bachelor's degree with honors in Government from the University of Virginia in 2012, and her Juris Doctorate degree *cum laude* from the University of Miami School of Law in 2015. While at the University of Miami, Barbara earned the CALI Excellence for the Future Award and Dean's Certificate of Achievement, awarded to the highest scoring student in the class, in her Legal Communication and Research courses. She interned at the Investor Rights Clinic, where she represented under-served investors in securities arbitration claims against their brokers before the Financial Industry Regulatory Authority (FINRA). She was also a member of the school's International Moot Court Program and earned Second Place in the Moot Madrid competition, an international commercial arbitration competition that is conducted entirely in Spanish.

***Leo Wiesinger.*** Leo Wiesinger is an Associate Attorney at the Moskowitz Law Firm. Leo's practice focuses on representing plaintiffs in multi-state consumer class action litigation, complex commercial litigation, and multidistrict litigation.

Leo works with the other attorneys at the Moskowitz Law Firm in litigating the firms active cases including: In re: FTX Cryptocurrency Exchange Collapse Litigation; Dominik Karnas et al. v. Mark Cuban et al.; Sizemore, et al. v. Zhao, et al.; Jane Doe (S.F.) et al. v. Royal Caribbean Cruises Ltd., et al.; Seminole Tribe of Florida v. Lennar Homes, LLC; and Hop-A-Jet Worldwide Jet Charter Inc., et al. v. General Electric Company, et al.



Leo also assisted the firm in settling and obtaining final approval for Daniel Harper, et al. v. O'Neal, et al., a securities class action alleging promotion and sale of unregistered securities in the form of Astrals Non-Fungible Tokens and Galaxy cryptocurrency tokens.

Leo attained his Bachelor's degree from the University of Florida in 2021 and a Juris Doctorate degree from St. Thomas University College of Law in 2024, where graduated second in his class as Summa Cum Laude. While at St. Thomas University College of Law, Leo was a Staff Editor on the St. Thomas Law Review, and earned CALI Excellence for the Future Awards, awarded to the highest scoring student in the class, for Constitutional Law, Sales (UCC Article 2), Secured Transactions (UCC Article 9), White Collar Crime, Mergers and Acquisitions, Bankruptcy, and Seminar: First Amendment. Leo also participated in the Bankruptcy Clinic, where he worked with clients to successfully file Chapter 7 bankruptcies.

Leo was admitted to the Florida Bar on September 24, 2024. Shortly after, he was invited by the Florida Third District Court of Appeal's Chief Judge Thomas Logue to speak on behalf of the new inductees at the Third DCA Induction Ceremony for admission to the Florida Bar due to his high score on the Florida Bar. Leo is also admitted to practice in the United States District Court for the Southern District of Florida.





Dione Iturria is a Senior Paralegal at the Moskowitz Law Firm and has been with MLF since its inception in 2018. In total, Ms. Iturria has been a Paralegal for 18 years where most of this time has been spent specializing in Class Actions and Complex Commercial Litigation. She graduated with Honors from Miami Dade College with a Bachelor Degree in Applied Science in Supervision and Management in 2012. In 2010, she earned an Associated in Arts in Pre-Law degree from Miami Dade College. Finally, she was awarded an Associates in Science in Paralegal Studies ABA Approved in 2008.

Most recently, Ms. Iturria's Hourly Rate of $350 was approved in the *In Re: Champlain Towers South Collapse Litigation* Collapse Litigation. *See* Order on Class Counsel's Motion for Attorney's Fees dated August 29, 2022 in the matter of *In Re: Champlain Towers South Collapse Litigation*, Case No.: 2021-015089-CA-01 (11th Jud. Cir. 2021) (Judge Michael A. Hanzman approving application including a rate of $350 for Ms. Iturria); *see also Quarashi v. M&T Bank Corp., et al.*, Case No. 3:17-cv-06675, ECF No. 84 (D. N.J. June 24, 2019) (Judge Brian R. Martinotti approving Ms. Iturria's rate of $325 per hour); *Rickert, et al. v. Caliber Home Loans, Inc., et al.*, Case No. 3:17-cv-06677, ECF No. 85 (D. N.J. April 1, 2019) (same); *Smith v. Specialized Loan Servicing, LLC., et al.*, Case No. 3:17-cv-06668, ECF No. 69 (D. N.J. April 1, 2019) (same).

 Rejane Passos is a Senior Paralegal at the Moskowitz Law Firm and has began her career as paralegal in 2010 and joined The Moskowitz Law Firm in May 2019. She received her Paralegal Certificate from the Florida International University (FIU), Miami Florida. Rejane attended two years of Business Administration program in Brazil before moving to the United States, at FUMEC College. Ms. Passos has been a paralegal for a mid-size service plaintiff/defense law firm experienced in commercial litigation, probate, real estate, immigration, bankruptcy and other areas of law involving complex business disputes, business torts, landlord tenants' disputes, foreclosure among others. She is responsible for assisting attorneys during all phases of litigation, from the initiation of a case to the discovery period through trial and post-trial findings and appeals.

Most recently, Ms. Passos's Hourly Rate of $350 was approved in the *In Re: Champlain Towers South Collapse Litigation* Collapse Litigation. *See* Order on Class Counsel's Motion for Attorney's Fees dated August 29, 2022 in the matter of *In Re: Champlain Towers South Collapse Litigation*, Case No.: 2021-015089-CA-01 (11th Jud. Cir. 2021) (Judge Michael A. Hanzman approving application including a rate of $350 for Ms. Passos).



Lorenza Ospina joined the Moskowitz Law Firm in November of 2020 where she has specialized in Class Actions and Complex Commercial Litigation. Prior to that, she worked in the Workers' Compensation field for over 15 years. She attended Florida Metropolitan University where she studied Business Administration.

Most recently, Ms. Ospina's Hourly Rate of $350 was approved in the *In Re: Champlain Towers South Collapse Litigation* Collapse Litigation. *See* Order on Class Counsel's Motion for Attorney's Fees dated August 29, 2022 in the matter of *In Re: Champlain Towers South Collapse Litigation*, Case No.: 2021-015089-CA-01 (11th Jud. Cir. 2021) (Judge Michael A. Hanzman approving application including a rate of $350 for Ms. Ospina).

# 2019 'Family of the Year'

*We Salute the Moskowitz Family, honored as the Committee of 100's 2019 'Family of the Year'*

Each year, Temple Beth Am is proud to recognize an outstanding family of volunteers. Congratulations to the *Moskowitz Family* — **Jessica**, **Adam, Serafina, Michael** and **Samantha** — who were honored on March 10, 2019 as recipients of the *Committee of 100's 2019 "Family of the Year" Award*, for their continued participation in our Temple community and their ongoing commitment to congregational leadership.



**Jessica**'s TBAM journey began almost a decade ago in the Tot Shabbat and Mommy and Me programs, with the oldest of her three Temple Beth Am Day School students **Serafina**. She has been involved as a lay leader in the Temple Beth Am Day School for several years, including being a room parent, and for two years was Co-Chair of the Day School Annual Auction (2017 and 2018). Jessica is a member of the Day School Board, and is now Co-President of **PATIO** (Parent and Teacher Involvement Organization). She previously chaired the Grandparents & Special Friends Day Committee, served as Vice

President of the Elementary School on the PATIO Board and is currently enrolled in Temple Beth Am's *Atideynu* leadership training program.

**Adam**, founding partner of **The Moskowitz Law Firm**, is in his 26th year on the faculty at the University of Miami School of Law teaching Class Action Litigation, and donates his salary back to the school for student scholarships. He helped establish the annual Class Action Forum at the UM School of Law. Last year, Adam helped organize a new group of parent volunteers to launch the inaugural Day School Chanukah Games on December 21, 2018 — **watch video**. All 230 elementary school students participated in 12 physical and mental activities, and Opening and Closing Ceremonies. Adam is active in the Alexander Muss High School in Israel program, having been a student and then a *Madrich* (counselor). He is passionate about Israel and works tirelessly in behalf of AIPAC in Washington, DC. A member of the "Beyond the Curve" Capital Campaign Committee, he proudly coaches his daughter's 3rd grade Beth Am Basketball League team and is a frequent guest reader in his childrens' classrooms.



**Serafina** *(pictured at right)* is a third grader at Temple Beth Am Day School where she began her studies in Early Childhood in Junior Pre-Nursery. She enjoys art, tennis, Beth Am Basketball League, spending time with her friends and setting out on her own path in life.

**Michael**, a first grader at Temple Beth Am Day School who also began here in the Early Childhood, also loves playing tennis at Coral Oaks, basketball and spending time with friends and family in Miami and North Carolina.

In Fall 2019, **Samantha**, a Pre-K student, will find her way across the quad to Kindergarten. Eager to learn to read and write, her spunky personality comes shining through, especially during After School U's Hip Hop.

(Family Photo by Anastasia Murphy — ***Stasia Shoots)***

# dbr
## DAILY BUSINESS REVIEW

March 26, 2018                                   Circulation: 25,128/ UMV: 57,146

# National Class Action Litigator Opens Up About Stress, Quitting Drinking

**by Celia Ampel**

Adam Moskowitz realized a few years ago that he needed to make a change.

One of the top federal class action lawyers in the country, Moskowitz has led enormous cases including force-placed insurance litigation that recovered more than $5 billion for homeowners who alleged their mortgage servicers took kickbacks from insurers.

But with huge victories came a lot of stress — and he wasn't handling it well.

"As the cases became more stressful and they became larger and I was traveling a lot more, I found myself getting more unhealthy," said Moskowitz, who was leading the class action practice at Kozyak Tropin & Throckmorton in Coral Gables. "A lot of the lifestyles of lawyers involve drinking and involve celebration. When you win a big case, you open champagne."

Drinking became his go-to method for relieving stress, and while it wasn't affecting his work, he felt he was on a "path to destruction." Moskowitz realized something had to give.

"Having a beautiful wife and having three kids made me really analyze my situation," he said. "I looked around and there were terrible things happening to people. People were committing suicide that I knew."

A lot of lawyers deal with mental health issues but don't feel they can talk about them, he said. The issue has become a focus of the Florida Bar, particularly after the suicide of powerhouse litigator Ervin Gonzalez last year.

"You're fighting people so often that they're looking for any weakness in you, and you don't want to admit, maybe, that you have a problem," Moskowitz said. "Or you don't want to seek help from those people that you're probably around the most because of this competition and how vicious our industry can be."

Moskowitz quit drinking and got back to old habits of running races and practicing yoga. The resulting mental clarity gave the 50-year-old the resolve to strike out on his own, leaving the firm he'd joined as a second-year associate in 1993. He still has working and personal relationships with his old partners at Kozyak Tropin, but that firm wasn't his dream.

"I want my own future," he said. "I want to create my own legacy and have my own traditions and really focus in on class actions."

Two months after founding the Moskowitz Law Firm with partner



J. ALBERT DIAZ

Coral Gables litigator Adam Moskowitz said he wants to help stoke honest conversations about stress and mental health in the legal profession.

## ADAM MOSKOWITZ

**Born:** 1967, New York City

**Spouse:** Jessica Moskowitz

**Children:** Serafina, Michael, Samantha

**Education:** University of Miami, J.D., 1993; Syracuse University, B.A., 1989

**Experience:** Founding and managing partner, The Moskowitz Law Firm, 2018-present; Partner, associate and class action chairman, Kozyak Tropin & Throckmorton, 1993-2018; Associate, Friedman, Rodriguez, Ferraro & St. Louis, 1993

Howard Bushman, Moskowitz leads a firm with four attorneys, several support staff and an office in downtown Coral Gables. He admits he's scared, but mentors such as legendary Miami attorney Aaron Podhurst told him they were scared, too — and it all worked out.

Moskowitz knows about perseverance, starting with his upbringing after his father left.

"My mom was amazing," he said. "With nothing, she moved to Miami with my sister and I, and she worked five jobs. Five jobs. She was a nurse. She was a receptionist. She was a hostess. She did summer jobs — she worked at my summer camp as the nurse so we could go for free."

Moskowitz said his mother also begged a private school to let him attend on a scholarship. From there he went to college, studied abroad in London and worked in Israel, all thanks to her.

### BENLATE CASES

When he graduated from the University of Miami School of Law, he joined a five-attorney firm that sent him during his second week to speak with a grower whose claimed his plants were dying because of the DuPont Co. fungicide Benlate. The firm took about 70 similar cases.

"They said, 'Adam, you go handle them,' " Moskowitz said. " 'You go travel around the state of Florida to Apopka, to Dade City, to Plant City, to Tallahassee.' I was a first-year associate. I knew nothing. I was getting killed. … I was learning trial by fire."

But he broke the cases open during a trip to Costa Rica when he learned about Benlate studies done there that produced "horrible" results. In sworn interrogatories, DuPont said it had not done any testing in Costa Rica. Moskowitz's firm made a long-shot move and asked the judge to strike the pleadings and find against DuPont on liability — and she did.

The resulting settlements led to infighting over money and ethical issues among the partners, and the firm broke up. Moskowitz decided to take his cases with him to Kozyak Tropin. As a second-year associate, he negotiated a contract that would give him a percentage of the fees. Soon afterward, he did the openings and closings for a trial that led to a $130 million jury verdict against DuPont.

Forced-place insurance has been much of Moskowitz's focus for the past decade. He's also known for representing victims of Scott Rothstein's $1.2 billion Ponzi scheme and serving as lead counsel in a currency-conversion class action against American Express and securities litigation against Lancer Partners, among other cases.

At his new firm, he's leading class action litigation alleging life insurance companies are charging illegal rates to people near the end of their lives.

### TAKE CARE

His career isn't not slowing down. But Moskowitz now understands the importance of taking care of himself. He's thrilled about organizing the kids' field day at his synagogue, quipping that these days, he'd rather make the Temple Beth Am Commentator than the front page of the Wall Street Journal.

Moskowitz hopes he can inspire even one attorney struggling with drinking or stress to do something about it.

"The tragedies are these people who commit suicide and they leave their children orphans," he said, beginning to choke up. "We had somebody in our school who died — her son is in our son's class. I can only imagine if my son grew up without a father. Maybe if that lawyer or that person says, 'Yeah, things are rough, but you know, Adam went through it, and he's a tougher person as a result of dealing with it. Maybe I'll go see somebody. Maybe I'll go talk to somebody.' "

**Celia Ampel covers South Florida litigation. Contact her at campel@alm.com or on Twitter at @CeliaAmpel.**