**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO ALL CASES

_____/

### MOTION TO WITHDRAW SHAYNE HENRY AS COUNSEL AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE

Mark McKane hereby moves this Court for an order permitting Shayne Henry to withdraw as counsel of record for Defendant Thoma Bravo, LP and to remove Mr. Henry from the distribution of CM/ECF electronic notifications in this matter.  Mr. Henry is leaving the law firm of Kirkland & Ellis LLP.  Copies of all documents and pleadings relating to this litigation should continue to be served on existing counsel of record from Kirkland & Ellis LLP.  Accordingly, there will be no disruption or delay in this matter or to the representation of Defendant Thoma Bravo, LP caused by the withdrawal of Mr. Henry.

DATED:  May 27, 2026

Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305) 714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

/s/ *Mark McKane*_____
Mark McKane (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
mark.mckane@kirkland.com

*Counsel for Defendant Thoma Bravo, LP*