**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

_____

THIS DOCUMENT RELATES TO ALL CASES

_____/

### [PROPOSED] ORDER

**THIS CAUSE** comes before the Court on the Motion to Withdraw Shayne Henry as Counsel and Request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is hereby

**ORDERED and ADJUDGED** that:

The Motion is GRANTED.  Accordingly, the Clerk shall terminate Shayne Henry as counsel for Defendant Thoma Bravo, LP and shall discontinue CM/ECF notice to him in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this___ day of May, 2026.


_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE