**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

**FTX Cryptocurrency Exchange Collapse**
**Litigation**

---

THIS DOCUMENT RELATES TO:

*O'Keefe* v. *Sequoia Capital Operations, LLC, et al.*,
Case No. 23–cv–20700 (S.D. Fla.)

*O'Keefe* v. *Temasek Holdings (Private) Limited,*
*et al.*, Case No. 1:23–cv–23065 (S.D. Fla.)

*Chernyavsky, et al.* v. *Temasek Holdings (Private)*
*Limited, et al.*, Case No. 1:23–cv–22960 (S.D. Fla.)

*Cabo, et al.* v. *Temasek Holdings (Private) Limited,*
*et al.*, Case No. 1:23–cv–23212 (S.D. Fla.)

Case No. 1:23–md–03076–KMM

---

**ANDREW J. EHRLICH'S MOTION TO WITHDRAW AS COUNSEL**
**FOR THE TEMASEK DEFENDANTS**

Pursuant to Civil Local Rule 11.1(d)(3)(A), Andrew J. Ehrlich hereby moves for leave to

withdraw his appearance as counsel for Defendants Temasek Holdings (Private) Ltd., Temasek

International (USA) LLC, Temasek International Pte. Ltd., Blakiston Investments Pte. Ltd., and

Artz Fund Investments Pte. Ltd. (the "Temasek Defendants") and to be removed from the Court's

CM/ECF electronic notification list.  Mr. Ehrlich is leaving the law firm of Paul, Weiss, Rifkind,

Wharton & Garrison LLP ("Paul, Weiss"), but Paul, Weiss and Fridman Fels & Soto, PLLC

continue to represent the Temasek Defendants.  Accordingly, there will be no disruption or delay

in this matter or to the representation of the Temasek Defendants caused by Mr. Ehrlich's withdrawal.

WHEREFORE, attorney Andrew J. Ehrlich respectfully requests that the Court enter an order authorizing Mr. Ehrlich to withdraw from this matter, removing him as counsel of record for the Temasek Defendants, relieving him of any further responsibilities, and removing him from the distribution of CM/ECF electronic notifications in this matter.

Dated: May 27, 2026                                 Respectfully submitted,


By: */s/ Adam S. Fels*

Adam S. Fels (Fla. Bar No. 0114917)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

By: */s/ Andrew J. Ehrlich*

Andrew J. Ehrlich
Brad S. Karp
Staci Yablon
Nina M. Kovalenko
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: aehrlich@paulweiss.com
          bkarp@paulweiss.com
          syablon@paulweiss.com
          nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings
(Private) Ltd., Temasek International (USA)
LLC, Temasek International Pte. Ltd., Artz*

*Fund Investments Pte. Ltd., and Blakiston Investments Pte. Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2026, I e–filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Adam S. Fels*