**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**

**FTX Cryptocurrency Exchange Collapse**
**Litigation**

Case No. 1:23–md–03076–KMM

THIS DOCUMENT RELATES TO:

*O'Keefe* v. *Sequoia Capital Operations, LLC, et al.*, Case No. 23–cv–20700 (S.D. Fla.)

*O'Keefe* v. *Temasek Holdings (Private) Limited, et al.*, Case No. 1:23–cv–23065 (S.D. Fla.)

*Chernyavsky, et al.* v. *Temasek Holdings (Private) Limited, et al.*, Case No. 1:23–cv–22960 (S.D. Fla.)

*Cabo, et al.* v. *Temasek Holdings (Private) Limited, et al.*, Case No. 1:23–cv–23212 (S.D. Fla.)

**[PROPOSED] ORDER GRANTING ANDREW J. EHRLICH'S MOTION TO**
**WITHDRAW AS COUNSEL FOR THE TEMASEK DEFENDANTS**

THIS CAUSE came before the Court upon Andrew J. Ehrlich's Motion to Withdraw as Counsel ("the Motion") for Defendants Temasek Holdings (Private) Ltd., Temasek International (USA) LLC, Temasek International Pte. Ltd., Blakiston Investments Pte. Ltd., and Artz Fund Investments Pte. Ltd (the "Temasek Defendants").

Having reviewed the Motion and being advised in the premises, it is **ORDERED AND AJUDGED** that the Motion is **GRANTED**.  Attorney Andrew J. Ehrlich is hereby withdrawn and removed as counsel of record for the Temasek Defendants, he is relieved

of all further responsibilities in this matter, and he shall be removed from the distribution

of CM/ECF notifications in this matter.

**DONE AND ORDERED** in Miami, Florida this _____ Day of _____, 2026.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

2