**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-md-3076-KMM

In RE

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE LITIGATION**

---

THIS DOCUMENT RELATES TO:

Law Firms

**DEFENDANT FENWICK & WEST LLP'S RESPONSE TO**
**"STATEMENT OF LUCKY D PLAINTIFFS AND REQUEST TO DEFER**
**ANCILLARY RELIEF AFFECTING DIRECT-ACTION CLAIMS"**

Defendant Fenwick & West LLP submits this response to the "Statement of Lucky D Plaintiffs and Request to Defer Ancillary Relief Affecting Direct-Action Claims" (Dkt. 1105) (the "Statement"). The Lucky D Plaintiffs filed their Statement in response to the Court's order dated May 18, 2026, which granted an extension of time for Plaintiffs to file their motion for preliminary approval of the second tranche of settlements, and further stated that the Court "will determine whether any additional relief should be adjudicated at this time in connection with the forthcoming settlements upon review of the Lucky D Plaintiffs' filings in this action." (Dkt. 1102.)

Now that Plaintiffs have timely filed their motion for preliminary approval (Dkt. 1106), the Court should proceed with consideration of preliminary approval of the second-tranche settlements. In their Statement, the Lucky D Plaintiffs ask the Court to "adjudicate [their] pending Motion to Intervene at Doc. 1051 before ruling on any aspect of any ancillary relief that, on its face, would reach the Lucky D Plaintiffs' direct-action claims." (Dkt. 1105 at 2.) While the Lucky D Plaintiffs' motion to intervene relates to proceedings against another Defendant (Prager Metis CPAs LLC),

no special relief is necessary for the Lucky D Plaintiffs in connection with Plaintiffs' motion for preliminary approval of the second-tranche settlements.  As has already been extensively briefed by MDL Co-Lead Counsel and Prager Metis, Rule 23(e)'s settlement notice and approval procedures already fully protect the rights of settlement class members.  (*See* Dkts. 1018 at 3–9, 1023 at 2, 1037 at 1–2, 1065 at 5.)

Date: May 28, 2026

Respectfully submitted,

*/s/ Nicole K. Atkinson*

DAVID R. ATKINSON
  Florida Bar No.: 767239
  datkinson@gunster.com
  mmargolese@gunster.com
  eservice@gunster.com
NICOLE K. ATKINSON
  Florida Bar No.: 167150
  natkinson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
  krosen@gibsondunn.com
MICHAEL HOLECEK
  Florida Bar No.: 1035950
  mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 28, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Nicole K. Atkinson*
NICOLE K. ATKINSON