**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MDL No. 3076**
**CASE NO. 1:23-md-03076-KMM**

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO ALL ACTIONS

_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Thomas A. Tucker Ronzetti of Tucker Ronzetti, P.A., hereby gives notice of change of address. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

Respectfully submitted on May 29, 2026.

By: *s/ Thomas A. Tucker Ronzetti*
　　THOMAS A. TUCKER RONZETTI
　　Florida Bar No. 965723
　　TUCKER RONZETTI, P.A.
　　5760 S.W. 46th Terrace
　　Miami, FL 33155-6015
　　Tel. (305) 546-4638
　　tr@tuckrlaw.com

　　*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 29, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: *S/ Thomas A. Tucker Ronzetti*
　　THOMAS A. TUCKER RONZETTI

1