**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:

      **AUDITOR DEFENDANTS**

      **LAW FIRM DEFENDANTS**

      **PROMOTER DEFENDANTS**

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs hereby give notice of filing the attached Declaration of Peter DeMers Regarding Compliance With 28 U.S.C. § 1715 dated May 29, 2026 (Exhibit A) which confirms that Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") has been completed.

The CAFA Notice was completed within 10 days of Plaintiffs' Motion for Preliminary Approval [D.E. 1106].

Dated: May 29, 2026                      Respectfully submitted,

By: */s/ Adam Moskowitz*            By: */s/ David Boies*
Adam M. Moskowitz                 David Boies
Florida Bar No. 984280            Alexander Boies
Joseph M. Kaye                   Brooke A. Alexander
Florida Bar No. 117520            **BOIES SCHILLER FLEXNER LLP**
**THE MOSKOWITZ LAW FIRM, PLLC**    333 Main Street
3250 Mary Street, Suite 202        Armonk, NY 10504
Coconut Grove, FL 33133         914-749-8200
Office: (305) 740-1423            dboies@bsfllp.com
adam@moskowitz-law.com       aboies@bsfllp.com
joseph@moskowitz-law.com      balexander@bsfllp.com
service@moskowitz-law.com

*Co-Lead Counsel*

*Co-Lead Counsel*

1

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was filed on May 29, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*

Adam Moskowitz