**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 3706
Case No. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

**DECLARATION OF PETER DEMERS REGARDING**
**COMPLIANCE WITH 28 U.S.C. § 1715**

I, Peter DeMers, declare as follows:

1.      I am a Director of JND Legal Administration, LLC ("JND").  JND is a legal administration services provider with its headquarters located in Seattle, Washington.  This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2.      I submit this Declaration at the request of Plaintiffs' Counsel in connection with the preparation and mailing of the CAFA notice as required by 28 U.S.C. § 1715, in relation to the proposed Settlements with Defendants Prager Metis, Fenwick & West LLP, and Udonis Haslem in *FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 1:23-md-03076-KMM, pending in the United States District Court for the Southern District of Florida.

3.      On May 22, 2026, counsel for the named plaintiffs in the above-captioned matter filed a motion for preliminary approval of the parties' proposed settlement, which incorporates the settlements of Defendants Prager Metis, Fenwick & West LLP, and Udonis Haslem.

4.      At the direction of Plaintiffs' Counsel, JND prepared CAFA notice packets for delivery to the appropriate Federal and State officials (collectively, the "CAFA Notice Packets"). Each CAFA notice packet included the same notice letter and recipient list, true and correct copies

1

of which are attached as **Exhibit A**.  A compact disc was enclosed with each CAFA notice packet containing copies of the documents described in the notice letter.

5.      On May 28, 2026, JND duly mailed the CAFA Notice Packets via FedEx when possible or by USPS to the Federal and State officials at the mailing addresses indicated in **Exhibit A**.

6.      The mailing of the CAFA Notice Packets occurred "not later than 10 days after [the] proposed settlement" was filed with the Court.  28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026, at Seattle, Washington.

BY: _____

PETER DEMERS

2

# Exhibit A

**JND** | LEGAL ADMINISTRATION

May 28, 2026

The Appropriate Federal
and State Officials Identified
in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlements**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of Defendants Prager Metis, Fenwick & West LLP, and Udonis Haslem, the Second-Tranche Settling Defendants in the below-referenced class action ("the Action").  Plaintiffs' Motion for Preliminary Approval of Second Tranche of Settlements, Provisional Certification of Proposed Settlement, and Approval of the Proposed Schedule was filed with the Court on May 22, 2026.  As of the date of this Notice, the Court has not scheduled an approval hearing.

| | |
|---|---|
| **Case Name:** | *In Re: FTX Cryptocurrency Exchange Collapse Litigation* |
| **Case Number:** | *1:23-md-03076-KMM* |
| **Jurisdiction:** | *United States District Court for the Southern District of Florida (Miami Division)* |
| **Date Settlement filed with Court:** | *May 22, 2026* |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 – Complaint (Law Firms).pdf**
Administrative Class Action Complaint and Demand for Jury Trial: Law Firms (ECF 153), filed August 7, 2023

**02 – Complaint (Promoters and Digital Creator Defendants).pdf**
Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 156), filed August 8, 2023

**03 – Complaint (Auditor Defendants).pdf**
Administrative Class Action Complaint and Demand for Jury Trial: Auditor Defendants (ECF 158), filed August 8, 2023

**04 – Corrected Complaint (Promoters and Digital Creator Defendants).pdf**
[Corrected] Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 179), filed August 11, 2023

**05 – Amended Complaint (Promoters and Digital Creator Defendants).pdf**
First Amended Administrative Class Action Complaint and Demand for Jury Trial: Promoters and Digital Creator Defendants (ECF 908), filed May 28, 2025

**06 – Amended Complaint (Fenwick & West LLP).pdf**
　　Amended Complaint Administrative Class Action Complaint and Demand for Jury Trial: Fenwick & West LLP (ECF 1019), filed November 20, 2025

**07 - Motion for Preliminary Approval (Second-Tranche Settling Defendants).pdf**
　　Plaintiffs' Motion for Preliminary Approval of Second Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule (ECF 1106), filed May 22, 2026, and attaching:

1. **Composite Settlement Agreements**
2. **Supplemental Declaration of Gina Intrepido-Bowden**
3. **Allocation Plan**
4. **Class Counsel Summaries**
5. **Proposed Order Preliminarily Approving Second Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule**

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Plaintiffs' Counsel's representative at:

　　Joseph M. Kaye
　　The Moskowitz Law Firm
　　P.O. Box 653409
　　Miami, FL 33175
　　Phone: 305-740-1423
　　Fax: 786-298-5737
　　Email:Joseph@moskowitz-Law.Com

For questions regarding this Notice, please contact JND at:

　　JND Class Action Administration
　　1201 2nd Ave, Suite 3400
　　Seattle, WA  98101
　　Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

**In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

Stephen J. Cox
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Attorney General's Office
501 Washington Ave
Montgomery, AL  36104

Tim Griffin
Office of the Attorney General
101 West Capitol Avenue
Little Rock, AR  72201

Kris Mayes
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004-1545

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102-7020

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801-3520

James Uthmeier
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334-1300

Anne E. Lopez
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813-2903

Brenna Bird
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319-0109

Raúl R. Labrador
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
Office Services
115 South LaSalle, 23rd Floor
Chicago, IL  60603

**In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Kris W. Kobach
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612-1597

Russell Coleman
Office of the Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY  40601

Liz Murrill
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA  02108

Anthony G. Brown
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933-1067

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 600
St. Paul, MN  55101-2131

Catherine L. Hanaway
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101-1516

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Austin Knudsen
Office of the Attorney General
Justice Building, Third Fl
215 N. Sanders
Helena, MT  59601-4517

Jeff Jackson
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Drew H. Wrigley
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

**In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

Mike Hilgers
Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68508

John Formella
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

Jennifer Davenport
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ 08611

Raúl Torrez
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701-4717

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY 10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215-3414

Gentner Drummond
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105-3207

Dan Rayfield
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR 97301-4096

Dave Sunday
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI 02903-2907

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201

Marty Jackley
Office of the Attorney General
1302 S.D. E. Hwy 1889
Ste 1
Pierre, SD 57501-8501

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN 37219

**In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Derek Brown
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Jay Jones
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

Charity R. Clark
Attorney General's Office
109 State St.
Montpelier, VT  05609-1001

Nick Brown
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501-2283

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707-7857

J.B. McCuskey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305-0029

Keith Kautz
Office of the Attorney General
109 State Capitol
200 W 24th St Rm W109
Cheyenne, WY  82002-3642

Brian Schwalb
Office of the Attorney General
400 6th St NW
Washington, DC  20001

Todd Blanche
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0001

Gwen Tauiliili-Langkilde
Department of Legal Affairs
P.O. Box 7
Exec Ofc Bldg, 3rd Fl
Pago Pago, AS  96799

Douglas B. Moylan
Office of the Attorney General
134 W. Soledad Avenue
4th Floor, Suite 412
Hagatna, GU  96910

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950-8907

Lourdes Lynnette Gómez Torres
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

**In Re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-md-03076-KMM (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

Gordon Rhea
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802-5749

Leonito Bacalando, Jr.
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Bernard Adiniwin, Attorney General
C/O Marshall Islands Embassy
2433 Massachusetts Ave NW
Washington, DC  20008

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96940