**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-KMM**

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

PLEASE TAKE NOTICE that pursuant to Southern District of Florida Local Rule 11.1(g), ADAM M. FOSLID, ESQ. and the law firm of Winston & Strawn LLP as counsel of record for Defendants SoftBank Group Corp., SB Group US, Inc., SoftBank Investment Advisers (UK) Limited, and SoftBank Global Advisers Limited in this matter, hereby gives notice of change in law firm name and email address to which all future pleadings, court filings, orders, correspondence, etc. for this matter should be directed to undersigned counsel, and which will also be updated in CM/ECF after the filing of this notice, as follows

Adam M. Foslid, Esq.
WINSTON TAYLOR LLP
200 South Biscayne Boulevard
Suite 1700
Miami, FL 33131
adam.foslid@winstontaylor.com
Tel: (305) 910-0500

- 1 -

- 2 -

Dated: June 1, 2026

Respectfully submitted,

ADAM M. FOSLID
Florida Bar No. 682284
WINSTON TAYLOR LLP
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 1700
Miami, Florida 33131
Telephone: (305) 910-0500
Fax: (305) 910-0505
adam.foslid@winstontaylor.com


By: */s/ Adam M. Foslid*
        Adam M. Foslid

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


By:  */s/ Adam M. Foslid*
Adam M. Foslid