**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-KMM**

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION.

---

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

PLEASE TAKE NOTICE that pursuant to Southern District of Florida Local Rule 11.1(g),

DANIEL T. STABILE, ESQ. and the law firm of Winston & Strawn LLP as counsel of record for

Defendants BAM Trading Services, Inc., and BAM Management US Holdings Inc. in this matter,

hereby gives notice of change in law firm name and email address to which all future pleadings,

court filings, orders, correspondence, etc. for this matter should be directed to undersigned counsel,

and which will also be updated in CM/ECF after the filing of this notice, as follows:

Daniel T. Stabile, Esq.
WINSTON TAYLOR LLP
200 South Biscayne Boulevard
Suite 1700
Miami, FL 33131
daniel.stabile@winstontaylor.com
Tel: (305) 910-0500

Counsel respectfully requests the Clerk and all counsel update their records to reflect the

above referenced changes.

- 1 -

- 2 -

Dated: June 3, 2026

Respectfully submitted,

DANIEL T. STABILE
Florida Bar No. 95750
WINSTON TAYLOR LLP
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 1700
Miami, Florida 33131
Telephone: (305) 910-0500
Fax: (305) 910-0505
daniel.stabile@winstontaylor.com

By: */s/ Daniel T. Stabile*
     Daniel T. Stabile

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: */s/ Daniel T. Stabile*
     Daniel T. Stabile

- 2 -