**EXHIBIT B**
**REDLINE OF FOOTNOTE 5**

Lucky D Plaintiffs' Opposition to Motion for Preliminary Approval [ECF No. 1111]

**Legend:** ~~struck-through text~~ indicates language deleted from the Opposition as originally filed; underlined text indicates language added in the corrected Opposition. No change is made to any other portion of the Opposition.

---

**Footnote 5, as corrected (redline):**

[5] Industry sources indicate that mid-tier CPA-firm professional-liability towers are typically structured with a primary layer of $30–50 million and Lloyd's-syndicated excess layers of similar magnitude. Such policies are uniformly written on duty-to-defend, wasting-asset terms: every dollar of defense expenditure erodes available indemnity. ~~The doctrine permitting first-in-time settlements to exhaust such towers in good faith is well established. Metropolitan Life Ins. Co. v. Aetna Cas. & Sur. Co., 690 F. Supp. 565 (S.D.N.Y. 1988); Mendota Ins. Co. v. Huss, 806 F.3d 856, 861 (8th Cir. 2015).~~ <u>Such towers may also be depleted by earlier good-faith settlements, so that the limits available to fund the Prager Settlement today may be materially reduced before later-asserted claims can reach them.</u> The Lucky D Plaintiffs reserve their right to seek policy-limits and reserves disclosure at the Rule 23(h) and Rule 26(a)(1)(A)(iv) stages.

---

**Footnote 5, as corrected (clean):**

[5] Industry sources indicate that mid-tier CPA-firm professional-liability towers are typically structured with a primary layer of $30–50 million and Lloyd's-syndicated excess layers of similar magnitude. Such policies are uniformly written on duty-to-defend, wasting-asset terms: every dollar of defense expenditure erodes available indemnity. Such towers may also be depleted by earlier good-faith settlements, so that the limits available

to fund the Prager Settlement today may be materially reduced before later-asserted claims can reach them. The Lucky D Plaintiffs reserve their right to seek policy-limits and reserves disclosure at the Rule 23(h) and Rule 26(a)(1)(A)(iv) stages.