The Honorable K. Michael Moore

United States District Court, Southern District of Florida

Wilkie D. Ferguson, Jr. United States Courthouse, Miami, Florida

Re: In re FTX Cryptocurrency Exchange Collapse Litigation, MDL No. 3076, No. 1:23-md-03076-KMM — Correction of two citations in footnote 5 of the Lucky D Plaintiffs' Opposition to Preliminary Approval [ECF No. ____]

Dear Judge Moore:

Consistent with the Court's standing order governing the correction of filings, counsel for the Lucky D Plaintiffs respectfully advise the Court of a correction to footnote 5 of their Opposition to the Motion for Preliminary Approval [ECF No. ____].

Footnote 5 cited two cases inaccurately. The citation to Metropolitan Life Ins. Co. v. Aetna Cas. & Sur. Co., 690 F. Supp. 565 (S.D.N.Y. 1988), did not correspond to that reporter and page, and counsel has been unable to verify the citation to Mendota Ins. Co. v. Huss, 806 F.3d 856 (8th Cir. 2015), against the official reporters. Counsel takes responsibility for both and has removed them and revised the single sentence that introduced them. Neither citation was necessary: the point is supported on the present record by the Prager Settlement Agreement itself (§ 8(a)) and does not depend on outside authority. No argument, factual assertion, or item of requested relief in the Opposition is affected.

Upon identifying the error, counsel re-verified every legal authority cited in the Opposition against the official reporters and confirmed that footnote 5 contained the only citations requiring correction. Counsel bring this to the Court's attention promptly and on counsel's own responsibility, in keeping with counsel's duty of candor under Rule 4-3.3 of the Rules Regulating the Florida Bar.

A corrected Opposition and a redline are enclosed, and counsel will file them in whatever form the Court directs. Counsel have conferred with Co-Lead Class Counsel and counsel for the Settling Defendants, none of whom has stated opposition. Counsel respectfully regret the need to trouble the Court with this correction and are available at the Court's convenience.

Respectfully,

/s/ Edward E. Lehman

Edward E. Lehman · Anthony Scordo III · Counsel for the Lucky D Plaintiffs

cc: All counsel of record (via CM/ECF), simultaneously herewith.