**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-md-3076-KMM

**In RE**

**FTX CRYPTOCURRENCY
EXCHANGE COLLAPSE LITIGATION**

**SETTLING DEFENDANTS' RESPONSE TO THE LUCKY D PLAINTIFFS'
"NOTICE OF CORRECTED FILING OF LUCKY D PLAINTIFFS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL"**

Settling Defendants Prager Metis CPAs, LLC and Fenwick & West LLP submit this response to the Lucky D Plaintiffs' latest filings, which purport to "correct" erroneous citations to case law in the Lucky D Plaintiffs' Opposition to the Plaintiffs' Motion for Preliminary Approval of Second Tranche Settlements.  (Dkts. 1118, 1119, 1119-1, 1120.)

In their filings, the Lucky D Plaintiffs represented to the Court that they had conferred with counsel for the Settling Defendants and that none of the Settling Defendants opposed their request.[1]  These representations are untrue.  The Lucky D Plaintiffs did not reach out to counsel for any of the undersigned Settling Defendants about the Lucky D Plainitffs' request to correct their prior brief.[2]

Given that the Lucky D Plaintiffs have already filed their "Notice of Corrected Filing," the Settling Defendants take no position on their request to correct the erroneous  case citations in their

---

[1] *See* Dkt. 1118 at 2 ("Counsel conferred with Co-Lead Class Counsel and counsel for the Settling Defendants regarding this Notice; no party has stated that it opposes the filing of a corrected Opposition."); Dkt. 1119 at 2 (same); Dkt. 1120 ("Counsel have conferred with Co-Lead Class Counsel and counsel for the Settling Defendants, none of whom has stated opposition.").

[2]  Undersigned counsel also contacted counsel for Defendant Udonis Haslem, who confirmed that they did not discuss this matter with counsel for the Lucky D Plaintiffs.

prior brief, which appear to be the result of the unchecked use of artificial intelligence.

Date: June 5, 2026

Respectfully submitted,

/s/ *Ian M. Ross*

IAN M. ROSS
  Florida Bar No.: 91214
  iross@sidley.com
SIDLEY AUSTIN LLP
830 Brickell Plaza
Miami, FL 33131
Tel: (305) 391-5100
Fax: (305) 391-5101

BRUCE R. BRAUN (*pro hac vice*)
  bbraun@sidley.com
JOANNA R. TRAVALINI (*pro hac vice*)
  jtravalini@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7050
Fax: (312) 853-7036

*Counsel for Defendant Prager Metis CPAs, LLC*

/s/ *Nicole K. Atkinson*

DAVID R. ATKINSON
  Florida Bar No.: 767239
  datkinson@gunster.com
  mmargolese@gunster.com
  eservice@gunster.com
NICOLE K. ATKINSON
  Florida Bar No.: 167150
  natkinson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Tel: (305) 376-6000, (561) 655-1980
Fax: (305) 376-6010, (561) 655-5677

KEVIN S. ROSEN (*pro hac vice*)
  krosen@gibsondunn.com
MICHAEL HOLECEK
  Florida Bar No.: 1035950
  mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Defendant Fenwick & West LLP*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 5, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ *Nicole K. Atkinson*
NICOLE K. ATKINSON