**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT FOR FLORIDA**

MDL NO. 3076
CASE NO. 1:23-MD-3076-KMM

In re:

**FTX CRYPTOCURRENCY**
**EXCHANGE COLLAPSE**
**LITIGATION**

_____

THIS DOCUMENT RELATES TO:

Domestic Investor Defendants
_____/

## DOMESTIC INVESTOR DEFENDANTS' RESERVATION OF RIGHTS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SECOND TRANCHE SETTLEMENTS

The undersigned Domestic Investor Defendants (the "Investor Defendants") respectfully submit this reservation of rights in response to Plaintiffs' Motion for Preliminary Approval of Second Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule, filed May 22, 2026 (ECF No. 1106) (the "Motion"). The Motion seeks preliminary approval of proposed settlements with three defendants—Prager Metis ("Prager"), Fenwick & West LLP ("Fenwick"), and Udonis Haslem ("Haslem") (collectively, the "Second-Tranche Settling Defendants"). The Investor Defendants submit this reservation to preserve their rights with respect to the proposed settlements—and, in particular, the "Complete Bar Order" that each settlement requests the Court to enter.

Each of the three proposed settlements asks the Court to enter a Complete Bar Order that, in general terms, would permanently bar persons and entities from commencing, prosecuting, or asserting any claim against a Released Party where the claim arises from or relates to a Released

Claim.  The three bar orders, however, are not uniform and differ in scope and terms.  The Fenwick bar order expressly extends to "any and all persons and entities (including, but not limited to, other defendants in the FTX MDL)" (Fenwick Agreement § 17.1.1), its carve-out protects only "Settlement Class Members who have validly excluded themselves" (*id*. § 17.1.5), and its definition of Released Claims includes "any issue raised in the Fenwick Litigation, the FTX MDL, or any other related proceeding[.]" (*id*. § 14.1).  The Prager and Haslem bar orders, by contrast, both omit any express reference to other FTX MDL defendants.  (Prager Agreement § 17(a); Haslem Agreement § 18(a).)  Nevertheless, their carve-outs only protect "any persons who are excluded from the Class by definition or by request[.]"  (Prager Agreement § 17(e); Haslem Agreement § 18(e).)

Accordingly, the Investor Defendants hereby reserve all rights, claims, defenses, and objections with respect to the Motion and the proposed settlements, including without limitation: (i) all rights to contribution, indemnification, set-off, and judgment reduction or credit; (ii) the right to object to the scope, terms, and entry of each proposed Complete Bar Order and any related release or permanent injunction; and (iii) the right to be heard at or in advance of the Final Approval Hearing.  Nothing in the Motion, in any preliminary approval of the proposed settlements, or in this reservation shall constitute a waiver of, or otherwise prejudice, any such right, claim, defense, or objection, all of which are expressly reserved in full.

Dated:  June 5, 2026

Respectfully submitted,

/s/ Rishi N. Zutshi

**LAWSON HUCK GONZALEZ PLLC**
Paul C. Huck, Jr.
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com
jkim@cgsh.com
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

/s/ Brian E. Klein

**COOLEY LLP**
Brian E. Klein
Alexander G. Galicki
Derek Colla
350 S. Grand Ave, Suite 3200
Los Angeles, California 90071
Telephone: 213 561 3250
Facsimile: 213 561 3244
bklein@cooley.com
agalicki@cooley.com
dcolla@cooley.com

*Counsel for Defendant Multicoin Capital Management LLC*

/s/ Amy Jane Longo

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro
Florida Bar No. 776361
150 West Flagler Street, Suite 2200
Miami, FL 33130
Tel.: (305) 789-3200 / Fax: (305) 789-2664
jshapiro@stearnsweaver.com

**ROPES & GRAY LLP**
David Hennes (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Tel.: (212) 596-9000 / Fax: (212) 596-9090
david.hennes@ropesgray.com

Amy Jane Longo (admitted *pro hac vice*)
10250 Constellation Blvd.
Los Angeles, California 90067
Tel..: (310) 975-3000 / Fax: (310) 975-3400
amy.longo@ropesgray.com

*Counsel for Defendant Altimeter Capital Management, LP*

/s/ Mark McKane

**BERGER SINGERMAN LLP**
Jordi Guso
Florida Bar No. 863580
Ana Kauffman
Florida Bar No. 89092
1450 Brickell Avenue, Ste 1900
Miami, FL 33131
Telephone: (305) 714-4376
jguso@bergersingerman.com
akauffmann@bergersingerman.com

**KIRKLAND & ELLIS LLP**
Mark McKane (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
*Counsel for Defendant Thoma Bravo, LP*

3

*/s/ Alexander C. Drylewski*

*/s/ Kelly J. H. Garcia*
**GRAY ROBINSON, P.A.**
T. Todd Pittenger, Esq.
Florida Bar No. 768936
Kelly J.H. Garcia, Esq.
Florida Bar No. 0694851
301 E. Pine Street, Suite 1400
Orlando, FL 32802-3068
Telephone: 407-843-8880
Facsimile: 407-244-5690
todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Alexander C. Drylewski (admitted *pro hac vice*)
Mikal Davis-West
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
mikal.davis-west@skadden.com

Mark R.S. Foster (admitted *pro hac vice*)
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendant Paradigm Operations LP*

*/s/ Nicholas D. Marais*
**AKERMAN LLP**
Jacqueline M. Arango
Florida Bar No. 664162
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: 305 374-5600
Jacqueline.arango@akerman.com

**KEKER, VAN NEST & PETERS LLP**

Steven P. Ragland
Nicholas D. Marais

*/s/ George H. Rowe*
**MCDERMOTT WILL & SCHULTE LLP**
George H. Rowe
919 Third Avenue
New York, NY 10022
Telephone: 212-756-2000
Facsimile: 212-593-5955
growe@mcdermottlaw.com

*Counsel for Defendant Tiger Global Management, LLC*

4

633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
sragland@keker.com
nmarais@keker.com

*Counsel for Defendant Ribbit Capital, L.P.*

*/s/ Douglas R. Hirsch*
**SADIS & GOLDBERG LLP**
Douglas R. Hirsch
Frank S. Restagno
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
dhirsch@sadis.com
frestagno@sadis.com

**MELAND BUDWICK, P.A.**
Eric W. Ostroff
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
Tel: 305-358-6363
Fax: 305-358-1221
eostroff@melandbudwick.com

*Counsel for Defendant SkyBridge Capital II,
LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 5, 2026, a true and correct copy of the foregoing has

been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send

notice of electronic filing to all counsel and parties of record.

*/s/ Kelly J. H. Garcia*
Kelly J. H. Garcia, Esq.

*Counsel for Defendant Paradigm
Operations LP*

5