**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

_____/

## <u>NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS</u>

PLEASE TAKE NOTICE that the firm name and email address for Thania (Athanasia)

Charmani and Winston & Strawn LLP, counsel for BAM Trading Services, Inc. and BAM

Management US Holdings Inc., has changed. Accordingly, Thania Charmani's new contact

information is as follows:

**Thania (Athanasia) Charmani**
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Thania.Charmani@winstontaylor.com

Dated: June 10, 2026

Respectfully submitted,

/s/ Thania Charmani
Thania (Athanasia) Charmani (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Thania.Charmani@winstontaylor.com

*Attorney for BAM Trading Services, Inc. and*
*BAM Management US Holdings Inc..*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on all counsel of record by e-mail generated by the E-Portal system.

*/s/ Thania Charmani*
Thania Charmani