**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 3076

Case No. 1:23-md-03076-KMM

IN RE:

**FTX Cryptocurrency Exchange Collapse Litigation**

THIS DOCUMENT RELATES TO:

The Multinational VC Defendants

*O'Keefe v. Sequoia Capital Operations, LLC*,
No. 1:23-cv-20700 (S.D. Fla.)

*O'Keefe v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23065 (S.D. Fla.)

*Chernyavsky v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-22960 (S.D. Fla.)

*Cabo v. Temasek Holdings (Private) Limited*,
No. 1:23-cv-23212 (S.D. Fla.)

/

**THE MULTINATIONAL VC DEFENDANTS' RESERVATION OF RIGHTS
REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF SECOND TRANCHE SETTLEMENTS**

The undersigned Multinational VC Defendants (the "Multinational VC Defendants") respectfully submit this reservation of rights in response to Plaintiffs' Motion for Preliminary Approval of Second Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule, filed May 22, 2026 (ECF No. 1106) (the "Motion"). The Motion seeks preliminary approval of proposed settlements with three defendants—Prager Metis ("Prager"), Fenwick & West LLP ("Fenwick"), and Udonis Haslem ("Haslem") (collectively, the "Second-Tranche Settling Defendants"). The Multinational VC Defendants

1

submit this reservation to preserve their rights with respect to the proposed settlements—and, in particular, the "Complete Bar Order" that each settlement requests the Court to enter.

Each of the three proposed settlements asks the Court to enter a Complete Bar Order that, in general terms, would permanently bar persons and entities from commencing, prosecuting, or asserting any claim against a Released Party where the claim arises from or relates to a Released Claim. The three bar orders, however, are not uniform and differ in scope and terms. The Fenwick bar order expressly extends to "any and all persons and entities (including, but not limited to, other defendants in the FTX MDL)" (Fenwick Agreement § 17.1.1), its carve-out protects only "Settlement Class Members who have validly excluded themselves" (*id*. § 17.1.5), and its definition of Released Claims includes "any issue raised in the Fenwick Litigation, the FTX MDL, or any other related proceeding" (*id*. § 14.1). The Prager and Haslem bar orders, by contrast, both omit any express reference to other FTX MDL defendants. (*See* Prager Agreement § 17(a); Haslem Agreement § 18(a).) Nevertheless, their carve-outs only protect "any persons who are excluded from the Class by definition or by request[.]" (Prager Agreement § 17(e); Haslem Agreement § 18(e).)

Accordingly, the Multinational VC Defendants hereby reserve all rights, claims, defenses, and objections with respect to the Motion and the proposed settlements, including without limitation: (i) all rights to contribution, indemnification, set-off, and judgment reduction or credit; (ii) the right to object to the scope, terms, and entry of each proposed Complete Bar Order and any related release or permanent injunction; and (iii) the right to be heard at or in advance of the Final Approval Hearing. Nothing in the Motion, in any preliminary approval of the proposed settlements, or in this reservation shall constitute a waiver of, or otherwise prejudice, any such right, claim, defense, or objection, all of which are expressly reserved in full.

Dated: June 15, 2026

Respectfully submitted,

*/s/ Eric D. Lawson*
Anna Erickson White (mdl102198)
Ryan M. Keats (mdl102197)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
        rkeats@mofo.com

Eric D. Lawson (mdl102196)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Email: elawson@mofo.com

Adam M. Foslid (Fla. Bar No. 682284)
WINSTON TAYLOR LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 1700
Miami, FL 33131
Telephone: (305) 910-0646
Email: adam.foslid@winstontaylor.com

*Counsel for Defendants SoftBank Group Corp.;
SB Group US, Inc.; SoftBank Investment Advisers
(UK) Limited; SoftBank Global Advisers Limited;
and SoftBank II Tempest (DE) LLC*

*By: /s/ Adam S. Fels* (with permission)
Adam S. Fels (Fla. Bar No. 0114917)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

*By: /s/ Staci Yablon* (with permission)
Staci Yablon
Brad S. Karp
Nina M. Kovalenko
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: syablon@paulweiss.com
        bkarp@paulweiss.com
        nkovalenko@paulweiss.com

*Counsel for Defendants Temasek Holdings
(Private) Ltd., Temasek International (USA) LLC,
Temasek International Pte. Ltd., Artz Fund
Investments Pte. Ltd., and Blakiston Investments
Pte. Ltd.*

*/s/ Michael Mix* (with permission)
Jason Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Email: jgottlieb@morrisoncohen.com
        mmix@morrisoncohen.com
        vupadhyaya@morrisoncohen.com

*Counsel for Defendant Sino Global Capital
Holdings, LLC; Sino Global Capital Limited; Sino
Global Capital Management LLC; Liquid Value
Offshore Feeder Fund I LP; Liquid Value GP
Limited; and Liquid Value Fund GP Ltd.*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2026, I e-filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Eric D. Lawson*