**SCHEDULE B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  1:23-MDL-03076-KMM**

In re:

**FTX CRYPOCURRENCY**
**EXCHANGE COLLAPSE**

_____/



FILED BY _____ D.C.

JUN 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Laura E. Miller, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Laura E. Miller
State Bar Number: 5095856
Firm Name: Seward & Kissel LLP
Mailing Address: 1 Battery Park Plaza, New York, New York 10004, United States
Telephone Number: (212) 574-1200
Email Address: millerl@sewkis.com

Attorney Signature: _____          Date: June 16, 2026 _____

SK 03559 0029 12178505 v1

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

LAURA E. MILLER
(212) 574-1481
millerl@sewkis.com
Counsel

901 K STREET, NW
WASHINGTON, DC  20001
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

June 16, 2026

**VIA FEDEX**

MDL Filing Clerk
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, Florida 33128

Re:     *In Re: FTX Cryptocurrency Exchange Collapse Litigation,*
        *1:23-md-03076-KMM.*

MDL Filing Clerk:

I write on behalf of myself and Craig Warkol, of Seward & Kissel LLP, which was recently retained as counsel in the above-titled action for Defendant Tiger Global Management, LLC. Please find enclosed:

1.  Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida, as required by ECF No. 55, for Craig Warkol.

2.  Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida, as required by ECF No. 55, for Laura E. Miller.

Respectfully submitted,

Laura E. Miller



ORIGIN ID:SXYA   (212) 574-1511
RODRIGUEZ, RICHARD
SEWARD & KISSEL LLP
1 BATTERY PARK PLAZA
21ST FL
NEW YORK, NY 10004
UNITED STATES US

TO  MDL FILING CLERK
UNITED STATES DISTRICT COURT
400 N. MIAMI AVENUE
SOUTHERN DISTRICT OF FLORIDA
MIAMI FL 33128
(212) 574-1511
INV:
PO:                REF: 03559-0029
                   DEPT:

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 251586669/INET4535

BILL SENDER

TRK# 0201   8731 5295 0360

X6 MPBA

WED – 17 JUN 10:30A
PRIORITY OVERNIGHT

FL-US MIA
33128

FedEx Express
J261026012001uv

58KJ5/6A57/484B

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.