**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MDL NO. 3076**
**CASE NO. 1:23-md-03076-KMM**



FILED BY _____ D.C.

AUG 1 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING
### IN THE SOUTHERN DISTRICT OF FLORIDA

I, Anthony Wayne Hood II, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the District of Columbia (D.C. Bar No. 187551) and of the Bar of the United States District Court for the District of Columbia.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**INFINITE ESTATE PLANNING LLC**
1720 I Street NW
Washington, DC 20006
Tel: (202) 978-0505
Email: wayne@infiniteestateplanning.com

**Anthony Wayne Hood II**
D.C. Bar No. 187551 | D.D.C.

Date: August 10, 2026

## INFINITE ESTATE PLANNING LLC

1720 I Street NW, Washington, DC 20006
Tel: (202) 978-0505  |  wayne@infiniteestateplanning.com

---

August 10, 2026

ATTN: MDL Clerk
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

Re:    **In re: FTX Cryptocurrency Exchange Collapse Litigation**
       **MDL No. 3076  |  Case No. 1:23-md-03076-KMM (Hon. K. Michael Moore)**
       **Certificate of Understanding Regarding Electronic Filing**
       **Related action: Byers, et al. v. Fenwick & West LLP, et al.**
       **transferred from D.D.C. No. 1:26-cv-01651-RJL, effective August 7, 2026**

Dear MDL Clerk:

Enclosed is my Certificate of Understanding Regarding Electronic Filing, submitted under the Court's Order at ECF 55.

I am counsel of record for the plaintiffs in Byers, et al. v. Fenwick & West LLP, et al., and I represent each of the plaintiffs captioned in that action. I appeared for them in the transferor court, the United States District Court for the District of Columbia, No. 1:26-cv-01651-RJL. The Judicial Panel on Multidistrict Litigation transferred the action into MDL No. 3076 by order entered August 6, 2026, effective August 7, 2026.

I am a member in good standing of the Bar of the District of Columbia, D.C. Bar No. 187551, and of the Bar of the United States District Court for the District of Columbia. I am not a member of the bar of this Court and I have not obtained local counsel. I seek electronic filing privileges in this litigation only.

This letter and the Certificate are transmitted by electronic mail today. The wet-signed originals follow by registered mail.

Plaintiffs' time to effect service under Federal Rule of Civil Procedure 4(m) expires August 11, 2026, and I intend to file a motion to extend it. I would welcome the Clerk's guidance on whether that motion may be submitted conventionally while my credentials are processed.

Respectfully,

**Anthony Wayne Hood II**
D.C. Bar No. 187551
INFINITE ESTATE PLANNING LLC
wayne@infiniteestateplanning.com  |  (202) 978-0505

Enclosure:    Certificate of Understanding Regarding Electronic Filing