**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No: 1:23-md-03076-KMM |
| | MDL No. 3076 |
| This Document Relates To: | |
| *Garrison v. Bankman-Fried*, No. 22-cv-23753-KMM | |
| *Garrison v. Ohtani*, No. 23-cv-23064-KMM | |
| *Garrison v. Golden State Warriors, LLC*, No. 1:23-cv-23084-KMM | |
| *Norris v. Brady*, No. 23-cv-20439-KMM | |
| *Garrison v. Wasserman Media Group, LLC,* No. 23-cv-24478-KMM | |
| *Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*, No. 1:23-cv-24479-KMM | |

**CERTAIN MDL DEFENDANTS' RESERVATION OF RIGHTS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SECOND TRANCHE <u>SETTLEMENTS</u>**

Defendants Thomas Brady, Lawrence Gene David, Mercedes-Benz Grand Prix Limited,

Lincoln Holdings LLC, Furia Esports LLC, Furia Experience LLC, Furiagg, Corp., Stephen Curry,

Gisele Bündchen, Kevin O'Leary, Solomid Corporation, MLB Advanced Media, L.P., MLB

Players, Inc., Major League Baseball Properties, Inc., The MLB Network, LLC, The Office of the

1

Commissioner of Baseball, Shohei Ohtani, Naomi Osaka, Golden State Warriors LLC, Riot Games, Inc., North America League of Legends Championship Series LLC, and Wasserman Media Group, LLC (collectively, "Defendants") respectfully submit this reservation of rights in response to Plaintiffs' Motion for Preliminary Approval of Second Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule, filed May 22, 2026 (ECF No. 1106) (the "Motion").

The Motion seeks preliminary approval of proposed settlements with three defendants— Prager Metis, Fenwick & West LLP, and Udonis Haslem. The Fenwick bar order included in the proposed Fenwick settlement—which permanently bars persons and entities from commencing, prosecuting, or asserting any claim against a Released Party where the claim arises from or relates to a Released Claim—expressly extends to "any and all persons and entities (including, but not limited to, other defendants in the FTX MDL)" (Fenwick Agreement § 17.1.1), excepting only "Settlement Class Members who have validly excluded themselves" (*id.* § 17.1.5). The definition of Released Claims includes "any issue raised in the Fenwick Litigation, the FTX MDL, or any other related proceeding" (*id.* § 14.1).

Defendants do not agree to be bound by this agreement and hereby reserve all rights, claims, defenses, and objections with respect to the Motion and proposed settlements. Nothing in the Motion, in any preliminary approval of the proposed settlements, or in this reservation shall constitute a waiver of, or otherwise prejudice, any such right, claim, defense, or objection, all of which are expressly reserved in full.

Date:  August 11, 2026

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martinez*
   Roberto Martínez
   Florida Bar No. 305596
    *bob@colson.com*
   Stephanie A. Casey
   Florida Bar No. 97483
    *scasey@colson.com*
   Zachary Lipshultz
   Florida Bar No. 123594
    *zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Mercedes-Benz Grand Prix Limited, Lincoln Holdings LLC, Furia Esports LLC, Furia Experience LLC, Furiagg, Corp., Naomi Osaka, Golden State Warriors LLC, Riot Games, Inc., North America League of Legends Championship Series LLC*

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax:  +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Lawrence Gene David, Mercedes-Benz Grand Prix Limited, Lincoln Holdings LLC, Furia*

*Esports LLC, Furia Experience LLC, Furiagg, Corp.*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
    Nathan Bull (Fla. Bar No. 1029523)
      *nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
  Jason D. Strabo (*pro hac vice*)
    *jstrabo@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
  Sarah P. Hogarth (*pro hac vice*)
    *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**NEIMAN MAYS FLOCH & ALEMIDA PLLC**
1 SE 3rd Ave.,  Suite 1800
Miami, Florida 33131
Tel: (954) 462-1200

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
  *jneiman@nfmalawfirm.com*
Brandon Floch
Fla. Bar No. 125218
  *bfloch@nfmalawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation*

**HOLLAND & KNIGHT LLP**
Stephen P. Warren (Fla. Bar No. 788171)
  *Stephen.Warren@hklaw.com*
Andrew W. Balthazor (Fla. Bar No. 1019544)
  *Andrew.Balthazor@hklaw.com*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
(305) 374-8500

*Attorneys for Defendant Wasserman Media Group, LLC*

**WASERSTEIN & NUNEZ, PLLC**
Carlos A. Nunez-Vivas, Esq.
Fla. Bar. No. 128181
*carlos@wnlawgroup.com*
1124 Kane Concourse
Bay Harbor, Florida 33154
Tel: (305) 563-1011

/s/*Carlos A. Nunez-Vivas*
Carlos A. Nunez-Vivas
*Attorneys for Defendant Gisele Bündchen*

**HECKER FINK LLP**
Sean Hecker
  *shecker@heckerfink.com*
John Quinn
  *jquinn@heckerfink.com*
Sabrina Alvarez-Correa
  *salvarezcorrea@heckerfink.com*
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

By: */s/  John Quinn*
John Quinn

*Counsel for Defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and The MLB Network, LLC*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel

Florida Bar No. 0099939
   *pravin.patel@weil.com*
Alli G. Katzen
Florida Bar No. 1024803
   *alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305) 577-3100

Yehudah L. Buchweitz (*pro hac vice*)
   *yehudah.buchweitz@weil.com*
Caroline H. Zalka (*pro hac vice*)
   *Caroline.zalka@weil.com*
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant MLB Players, Inc.*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
Florida Bar No. 0099939
   *pravin.patel@weil.com*
Alli G. Katzen
Florida Bar No. 1024803
   *alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305) 577-3100

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant Shohei Ohtani*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2026, a true and correct copy of the foregoing

was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true

and correct copy to be served on all counsel of record.

By: */s/ Roberto Martinez*
Roberto Martíne