**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-KMM**

IN RE:


FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the mailing address of Jennifer Kennedy

Park, with the law firm of Cleary Gottlieb Steen & Hamilton LLP, has changed. The new address is

as follows:


Cleary Gottlieb Steen &
Hamilton LLP
151 University Avenue
Palo Alto, CA 94301


Ms. Park has updated her contact information in PACER and respectfully request that the service

lists for this matter be updated as necessary. All other contact information remains the same.

- 1 -

- 2 -

Dated: August 11, 2026

Respectfully submitted,

*/s/ Paul Courtney Huck, Jr.*
Paul Courtney Huck, Jr.
**LAWSON HUCK GONZALEZ PLLC**
Florida Bar No. 968358
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (admitted *pro hac vice*)
151 University Avenue
Palo Alto, CA 94301
Telephone: (650) 815-4130
Facsimile: (650) 815-4199
jkpark@cgsh.com

Joon Kim (admitted *pro hac vice*)
Rishi N. Zutshi (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
212-225-2950
jkim@cgsh.com
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


By:  */s/ Paul Courtney Huck, Jr.*
Paul Courtney Huck, Jr.