**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | No. 1:23-md-03076-KMM<br>MDL No. 3076 |
| THIS DOCUMENT RELATES TO:<br>PROMOTERS AND DIGITAL CREATORS | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO THE PROMOTER DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM OR TO COMPEL ARBITRATION [ECF NO. 977]**

Plaintiffs respectfully submit the Eleventh Circuit's August 19, 2026 Order in *In re Martin*, No. 26-11695, attached as **Exhibit A**, as supplemental authority supporting Plaintiffs' Opposition to the Promoter Defendants' Motions to Compel Arbitration. ECF No. 977 at 28–30.

*Martin* squarely supports Plaintiffs' argument that equitable estoppel cannot compel arbitration because their statutory securities claims do not depend upon the FTX Terms. The Eleventh Circuit held that contractual provisions being "factually significant" is insufficient; the claims must require "reference to, or construction of," the contract. *Id.* at 4–5. Claims "grounded legally" in independently imposed federal and state-law duties do not.

That holding defeats Defendants' equitable-estoppel theory that Plaintiffs' claims are sufficiently intertwined with FTX and its Terms to permit these non-signatories to compel arbitration. *See* ECF No. 943 at 35–37. As Plaintiffs explained, their claims "would be the same regardless of the FTX Terms." ECF No. 977 at 30.

Indeed, *Martin* granted mandamus, finding a "clear and indisputable" right to relief and reaffirming that equitable estoppel cannot "alter and expand an arbitration clause that would not otherwise cover the claims asserted." *Id.* at 6–7.

Dated: August 21, 2026

Respectfully submitted,

**By: */s/ Adam Moskowitz***
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

***Co-Lead MDL Counsel***

**By: */s/ David Boies***
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

***Co-Lead MDL Counsel***

Laurence D. King
Matthew B. George
Clarissa R. Olivares
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*colivares@kaplanfox.com*

Frederic S. Fox
Joel B. Strauss
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*

*Plaintiffs' Steering Committee Member*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

By: *\/s/ Adam M. Moskowitz*
Adam M. Moskowitz