**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

No: 1:23-md-03076-KMM

MDL No. 3076

This Document Relates To:

*Garrison v. Bankman-Fried*,
No. 22-cv-23753-KMM

*Garrison v. Paffrath*,
No. 1:23-cv-21023-KMM

*Norris v. Brady*,
No. 23-cv-20439-KMM

*Podalsky v. Bankman-Fried*
No. 1:22-cv-23983-KMM

*Garrison v. Golden State Warriors*,
No. 1:23-cv-23084-KMM

*Lam v. Bankman-Fried*,
No. 1:23-cv-22195-KMM

*Garrison v. Ohtani*,
No. 1:23-cv-23064-KMM

*Garrison et al. v. Furia Esports LLC et al.*,
No. 1:24-cv-20895-KMM

*Garrison et al. v. Lincoln Holdings LLC*,
No. 1: 24-cv-21158-KMM

*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team)*,
No. 1:23-cv-24480-KMM

*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,

No. 1:23-cv-24479-KMM

*Garrison v. Riot Games, Inc.*,
No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC*,
No. 23-cv-24478-KMM

**SPORTS & ENTERTAINMENT DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF 1136)**

Plaintiffs have again filed irrelevant supplemental authority: *In re Martin*, No. 26-11695, 2026 WL 2469945 (11th Cir. Aug. 19, 2026), a nonprecedential decision in which the dispositive facts are that those plaintiffs "were not Binance customers who had accepted the Terms[.]" *Id.* at *1. Consequently, signatory "Defendants should not be allowed to force nonsignatory Plaintiffs to arbitrate claims that lack a significant relationship to the Terms." *Id.* at *3.

Plaintiffs here allege they ***were*** FTX customers – *i.e.*, ***signatories*** – and that customer status is the entire basis of their claims. *See* ECF 908 ¶¶ 38-39, 54-70. Plaintiffs allege concerted misconduct with FTX entities that were parties to the arbitration and class waiver provisions. *See, e.g.*, *id.* ¶¶ 7, 14, 322. Further, Plaintiffs expressly rely on, allege false representations in, and assert that FTX violated the FTX Terms – all to advance their claims. *See* ECF 908 ¶¶ 118, 162-63, 169. Finally, Plaintiffs agreed to arbitrate arbitrability and allege Defendants were FTX's agents, *see id.* ¶¶ 9, 324, 1238; *but see* ECF 987 at 18 n.14, circumstances ***not*** present in *Martin*.

Accordingly, *Martin* is inapposite. Plaintiffs must arbitrate their claims. *See* ECF 943 § VI; ECF 987 §§ III-A, III-B.

Dated: August 27, 2026

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
*bob@colson.com*
Stephanie A. Casey
Florida Bar No. 97483
*scasey@colson.com*
Zachary Lipshultz
Florida Bar No. 123594
*zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
Brittany M.J. Record (*pro hac vice*)
*brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
Marvin S. Putnam (*pro hac vice*)
*marvin.putnam@lw.com*
Jessica Stebbins Bina (*pro hac vice*)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
Michele D. Johnson (*pro hac vice*)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

By: */s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

*Attorneys for Defendants Thomas Brady, Lawrence David, FuriaGG Corp, Furia Esports LLC, Furia Experience LLC, Lincoln Holdings LLC, Mercedes F1, and Mercedes-Benz Grand Prix Limited*

**GIBSON, DUNN & CRUTCHER LLP**

Michael J. Kahn (*pro hac vice*)
*MJKahn@gibsondunn.com*
Sean F. Howell (*pro hac vice pending*)
*SHowell@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415.393.8200

Michael Dore (*pro hac vice*)
*MDore@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

By: */s/ Michael J. Kahn*
Michael J. Kahn

*Attorneys for Defendants Golden State Warriors, LLC, Naomi Osaka, Riot Games, Inc., and North America League of Legends Championship Series LLC*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
Florida Bar No. 0099939
*pravin.patel@weil.com*
Alli G. Katzen
Florida Bar No. 1024803
*alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305) 577-3100

By: */s/ Pravin R. Patel*
Pravin R. Patel

*Attorneys for Defendant Shohei Ohtani*

**HECKER FINK LLP**

Sean Hecker
*shecker@heckerfink.com*
John Quinn
*jquinn@heckerfink.com*
Sabrina Alvarez-Correa
*salvarezcorrea@heckerfink.com*
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

By: */s/ John Quinn*
John Quinn

*Counsel for Defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and The MLB Network, LLC*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
Nathan Bull (Fla. Bar No. 1029523)

**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (*pro hac vice* pending)
*jstrabo@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
Sarah P. Hogarth (*pro hac vice*)
*shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700

By: */s/ Christopher S. Carver*

Christopher S. Carver, Esq.
Florida Bar No. 993580
*christopher.carver@akerman.com*
Jason S. Oletsky, Esq.
Florida Bar No. 9301
*jason.oletsky@akerman.com*
Katherine A Johnson, Esq.
Florida Bar No. 1040357
*katie.johnson@akerman.com*

Bryan T. West
Florida Bar No. 83526
Three Brickell City Centre, Suite 1100
98 Southeast Seventh Street
Miami, Florida 33131
Telephone: (305) 374-5600
Fax: (305) 374-5095
bryan.west@akerman.com

*Attorneys for Defendant David Ortiz*

**WEIL, GOTSHAL & MANGES LLP**
Pravin R. Patel
Florida Bar No. 0099939
*pravin.patel@weil.com*
Alli G. Katzen
Florida Bar No. 1024803
*alli.katzen@weil.com*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305) 577-3100

Yehudah L. Buchweitz (*pro hac vice*)
*yehudah.buchweitz@weil.com*
Caroline H. Zalka (*pro hac vice*)
*caroline.zalka@weil.com*
767 Fifth Avenue
New York, New York 10153
Phone: (212) 310-8000

By: *<u>/s/ Pravin R. Patel</u>*
Pravin R. Patel

*Attorneys for Defendant MLB Players, Inc.*

**NEIMAN MAYS FLOCH & ALMEIDA PLLC**
550 S. Andrews Ave., Suite 720
Fort Lauderdale, Florida 33301
Tel: (954) 462-1200

1 SE 3rd Ave, Suite 1800
Miami, Florida 33131
Tel: (954) 462-1200

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
*jneiman@nmfalawfirm.com*
Brandon Floch
Fla. Bar No. 125218
*bfloch@nmfalawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
*abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary and Solomid Corporation, D/B/A Team Solomid, TSM, and/or TSM FTX*

**HOLLAND & KNIGHT LLP**
Stephen P. Warren (Fla. Bar No. 788171)
*Stephen.Warren@hklaw.com*
Brandon T. White (Fla. Bar No. 106792)
*Brandon.White@hklaw.com*
Andrew W. Balthazor (Fla. Bar No. 1019544)
*Andrew.Balthazor@hklaw.com*
701 Brickell Avenue, Suite 3F300
Miami, Florida 33131
(305) 374-8500

By: */s/ Stephen P. Warren*
Stephen P. Warren

*Attorneys for Defendant Wasserman Media Group, LLC*

**FOX ROTHSCHILD LLP**
Mark Kornfeld
*MKornfeld@foxrothschild.com*
One Sarasota Tower
2 N Tamiami Trl # 400,
Sarasota, FL 34236
(203) 216-8508

By: */s/ Mark Kornfeld*
Mark Kornfeld

*Attorney for Defendant Dentsu McGarry Bowen*

*LLC*

**WASERSTEIN & NUNEZ, PLLC**
Carlos A. Nunez-Vivas
Fla. Bar. No. 128181
*carlos@wnlawgroup.com*
1124 Kane Concourse
Bay Harbor, Florida 33154
Tel: (305) 563-1011

*/s/ Carlos A. Nunez-Vivas*
Carlos A. Nunez-Vivas

*Attorneys for Defendant Gisele Bündchen*