**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 1:23-md-3076-KMM

In RE

FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

This Document Relates to:

KENT BYERS, ERROL ALISTAIR, JUNHAO, LUCKY D., JONG R.D., S. ROBERTS, J. BELL, MOREBET LIMITED, L. ZHAO, KHOO WING, P. DEVIN, LOODS B.V., S. JAMES, YANG HOW, K. DAVID, EDWARD JOHNS, NICKLE LEE, S. JONG, DRAKE HK, and JUSTIN BERK,

Plaintiffs,

v.

FENWICK & WEST LLP, a California limited liability partnership, TYLER NEWBY, an individual, ANDREW T. ALBERTSON, an individual, RICHARD L. DICKSON, an individual, RODGER R. COLE, an individual, THOMAS ENSIGN, an individual; NOAH ROSENTHAL, an individual; and JOHN DOES 1-10,

Defendants.

Case No. 1:26-cv-25359-KMM

**NOTICE OF APPEARANCE**
**AND RESERVATION OF RIGHTS**

Michael J. Holecek, Esq., of Gibson, Dunn & Crutcher LLP, hereby gives notice of his appearance as counsel for Defendants Fenwick & West LLP, Tyler Newby, Andrew T. Albertson, Richard L. Dickson, Rodger R. Cole, Thomas Ensign, and Noah Rosenthal (collectively, "Defendants") in this action, and requests that copies of all motions, notices, orders, and other

pleadings hereafter filed or served in this case be directed to the undersigned at the address below. By appearing in this action, Defendants do not waive, and Defendants expressly reserve, all objections and defenses in this action, including with respect to service of process and jurisdiction. Defendants intend to raise all such objections and defenses. In light of the Court's order staying this action, Defendants are continuing to reserve all rights and shall respond to the complaint and raise all such objections and defenses at the appropriate time and upon further direction from the Court. *See Byers et al. v. Fenwick & West LLP et al.*, No. 1:26-cv-25359 (S.D. Fla. Aug. 11, 2026), Dkt. 15 (order staying this action).

Date: August 28, 2026

Respectfully submitted,

*/s/ Michael J. Holecek*

Michael J. Holecek
Florida Bar No.: 1035950
mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7635
Fax: (213) 229-6635

*Counsel for Defendants Fenwick & West LLP, Tyler Newby, Andrew T. Albertson, Richard L. Dickson, Rodger R. Cole, Thomas Ensign, and Noah Rosenthal*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Michael J. Holecek*
Michael J. Holecek