**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
CASE NO. 1:23-md-03076-KMM

**IN RE:**

**FTX Cryptocurrency Exchange Collapse Litigation**

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ian M. Ross of the law firm Sidley Austin LLP, hereby enters his appearance as counsel of record for Defendants Francis Decker, Lori Roth, Michael J. Aroyo, David A. Moss, Brian Goldblatt, Stuart H. Mayer, Ronald Friedlander, Walt Brasch Jr., Glenn L. Friedman, Craig Michaelson, and Joseph D. Zarkowski (collectively, the "Prager Metis Individual Defendants") in the above matter and requests that all papers in this action be served at the address set forth below.

By appearing in this action, the Prager Metis Individual Defendants do not waive, and expressly reserve, all objections and defenses, including with respect to service of process and jurisdiction. In light of the Court's order staying and administratively closing the transferred action against them, *see Alistair v. Decker et al.*, S.D. Fla. No. 1:26-cv-25378 at Dkt. 32, the Prager Metis Individual Defendants continue to reserve all rights and shall respond to the complaint and raise all such objections and defenses at the appropriate time and upon further direction from the Court.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Ian M. Ross*

Ian M. Ross
Florida Bar No.: 91214
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive

Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

*Counsel for Defendants Francis Decker, Lori Roth, Michael J. Aroyo, David A. Moss, Brian Goldblatt, Stuart H. Mayer, Ronald Friedlander, Walt Brasch Jr., Glenn L. Friedman, Craig Michaelson, and Joseph D. Zarkowski*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2026, I e-filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ian M. Ross*
Ian M. Ross