**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

No. 1:23-md-03076-KMM

MDL No. 3076

THIS DOCUMENT RELATES TO:

*Garrison v. Bankman-Fried*,
No. 22-cv-23753-KMM

*Garrison v. Paffrath*,
No. 1:23-cv-21023-KMM

*Norris v. Brady*,
No. 1:23-cv-20439-KMM

*Podalsky v. Bankman-Fried,*
No. 1:22-cv-23983-KMM

*Garrison v. Golden State Warriors*,
No. 1:23-cv-23084-KMM

*Lam v. Bankman-Fried*,
No. 1:23-cv-22195-KMM

*Garrison v. Osaka*,
No. 1:23-cv-23064-KMM

*Garrison et al. v. Furia Esports LLC et al.*,
No. 1:24-cv-20895-RS

*Garrison et al. v. Lincoln Holdings LLC*,
No. 1:24-cv-00655-JMC

*Garrison et al. v. Mercedes-Benz Grand Prix Limited (d/b/a Mercedes-AMG Petronas Formula One Team),*
No. 1:23-cv-24480-JEM

*Garrison v. Office of The Commissioner of Baseball d/b/a Major League Baseball*,
No. 1:23-cv-24479-KMM

**--***caption cont'd. on next page***--**

*Garrison v. Riot Games, Inc.*
No. 1:24-cv-21296-KMM

*Garrison v. Wasserman Media Group, LLC and Dentsu McGarry Bowen LLC*,
No. 1:23-cv-23378-KMM

**PLAINTIFFS' RESPONSE TO PROMOTER DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY [ECF No. 1139]**

Defendants' assertion that Plaintiffs have "likely" recovered "*more* than the value of their claims," ECF No. 1139 at 1, is at best misleading. For example, *FTT holders will receive no recovery from the bankruptcy estate for these assets.* That is because the cited percentages reflect the distributions measured against the "Allowed Claims"—which were dollarized using the depressed value of customers' cryptocurrency as of Petition Date—not customers' purchase price, the present value of their assets, or the full damages recoverable in this action.

This Class is defined by victims of the alleged FTX misconduct—FTX customers and FTT purchasers—not the broader universe of bankruptcy creditors. Plaintiffs have secured $69,701,985 in separate monetary settlements for this Class, including $66,170,000 presently awaiting preliminary approval. *See* ECF No. 1106. Granting that motion will permit notice, final-approval proceedings, and ultimately distribution of settlement relief directly to Class Members. Plaintiffs' allocation also deducts bankruptcy recoveries, preventing double recovery while further underscoring that the damages pursued here are distinct from what bankruptcy compensates. *See id.* at 11.

The supplemental authority provides no basis to dismiss or stay. Instead, because this MDL proceeding involves different claims, plaintiffs, and damages, it should proceed forthwith.

Dated: September 3, 2026

Respectfully submitted,

**By: *<u>/s/ Adam Moskowitz</u>***
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

***Co-Lead MDL Counsel***

**By: *<u>/s/ David Boies</u>***
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

***Co-Lead MDL Counsel***

Laurence D. King
Matthew B. George
Clarissa R. Olivares
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*colivares@kaplanfox.com*

Frederic S. Fox
Joel B. Strauss
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*

*Plaintiffs' Steering Committee Member*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system which will send an electronic notification of such filing to all counsel of record.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz