**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

---

This document relates to:

ALL ACTIONS

_______________________________________________/

# JOINT MOTION FOR STATUS CONFERENCE

MDL Plaintiffs and Settling Defendants Fenwick & West LLP, Prager Metis CPAs, LLC, and Udonis Haslem (collectively, "Movants") jointly respectfully request that the Court convene a brief Status Conference concerning Plaintiffs' pending Motion for Preliminary Approval of Second Tranche of Settlements [ECF No. 1106] (the "Motion") and the continued progress of this MDL.

On May 22, 2026, Plaintiffs filed the agreed Motion seeking preliminary approval of settlements that, together with previously negotiated settlements reached with the assistance of Mediator David Geronemus, provide $69,701,985 in monetary relief to the proposed Class. [ECF No. 1106]. Preliminary approval will permit notice to the Class and allow the settlement approval process to proceed. The Honorable David A. Proctor (Ret.) has been assisting the parties with other FTX-related mediations.

Accordingly, Movants respectfully request that the Court schedule a brief Status Conference, by Zoom or in person, at the Court's convenience.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)**

In compliance with Local Rule 7.1(a)(3), Movants' counsel certify they have all conferred in a good faith effort to resolve any issues raised in this Joint Motion and are authorized to state that none oppose the relief sought in this Joint Motion.

Dated: September 10, 2026, Respectfully submitted,

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Office: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Kevin S. Rosen*
KEVIN S. ROSEN (pro hac vice)
krosen@gibsondunn.com
MICHAEL J. HOLECEK
mholecek@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Counsel for Fenwick & West LLP*

By: */s/ Bruce R. Braun*
Bruce R. Braun
Joanna R. Travalini
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
bbraun@sidley.com
jtravalini@sidley.com

*Counsel for Prager Metis CPAs, LLC*

By: */s/ Dorian N. Daggs*
Dorian N. Daggs, Esq.
Florida Bar ID # 1028485
dorian.daggs@squirepb.com
**Squire Patton Boggs (US) LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Phone: +1 305 577 7000
Fax: +1 305 577 7001

*Counsel for Udonis Haslem*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on September 10, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Adam Moskowitz***

Adam Moskowitz