**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## MOTION TO WITHDRAW ATTORNEY BLAIR E. REED

In accordance with Local Rules 7.1(a)(1)-(2) and 11.1(d)(3), the undersigned of the law firm Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") respectfully moves this Court for leave to withdraw attorney Blair E. Reed as counsel for Consolidated Plaintiff Julie Papadakis in this matter.

In support thereof, the undersigned states:

1. I am a partner at Kaplan Fox and member of the Plaintiffs' Steering Committee. I, and other attorneys at Kaplan Fox, represent Consolidated Plaintiff Julie Papadakis.

2. Effective September 4, 2026, Blair E. Reed is no longer associated with Kaplan Fox and should be withdrawn as counsel for Consolidated Plaintiff Julie Papadakis. The withdrawal of Ms. Reed will not cause any prejudice nor delay. I, and other Kaplan Fox lawyers appearing on the docket, continue to represent Consolidated Plaintiff Julie Papadakis in this matter.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests the Court to grant the withdrawal of attorney Blair E. Reed from this action and discharge her from any further obligation and responsibility in this matter.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: September 21, 2026

By: /s/ *Laurence D. King*
Laurence D. King

Laurence D. King
1999 Harrison Street, Suite 1501
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

*Counsel for Consolidated Plaintiff Julie Papadakis*