**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**ORDER**

THIS CAUSE came before the Court upon the Motion to Withdraw Attorney Blair E. Reed, who appeared as counsel for Consolidated Plaintiff Julie Papadakis. Being fully advised, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. Blair E. Reed is permitted to withdraw as counsel for Consolidated Plaintiff Julie Papadakis and shall have no further obligation in this matter.

DONE AND ORDERED in Miami, Florida this __ day of September, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE