**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

This Document Relates to All Cases

Case No. 1:23-md-3076-KMM

**NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS**

PLEASE TAKE NOTICE that pursuant to Southern District of Florida Local Rule 11.1(g) and Section 3D of the CM/ECF Administrative Procedures, Timothy A. Kolaya, Esq. as counsel of record in this matter for Plaintiff Connor O'Keefe, hereby gives notice that his law firm name and email address have both changed. All future pleadings, court filings, orders and other court documents pertinent this matter should be directed to undersigned counsel, as follows:

Timothy A. Kolaya
STUMPHAUZER KOLAYA & SLOMAN, PLLC
2 S. Biscayne Blvd, Suite 1600
Miami, Florida 33131
Email: tkolaya@skslegal.com

Undersigned counsel will update his law firm name and email address on PACER after this Notice has been filed in all open cases in the Southern District of Florida, as required by the Rules cited above.

Dated: September 22, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA & SLOMAN, PLLC**
2 S. Biscayne Blvd., Ste. 1600
Miami, Florida 33131
Tel.: (305) 614-1400

By: */s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
Fla. Bar No. 056140
tkolaya@skslegal.com

*Counsel for Plaintiff Connor O'Keefe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September 2026, a true and correct copy of the foregoing has been e-filed with the Clerk of Court using CM/ECF and served via email on all counsel of record.

By: */s/ Timothy A. Kolaya*
Timothy A. Kolaya