**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

---

This document relates to:
*Byers, et al. v. Fenwick & West LLP, et al.*,
No. 1:26-cv-25359-KMM

______________________________________________/

**BYERS PLAINTIFFS' RESPONSE IN SUPPORT OF JOINT MOTION FOR STATUS CONFERENCE [ECF NO. 1142]**

The plaintiffs in *Byers, et al. v. Fenwick & West LLP, et al.*, No. 1:26-cv-25359-KMM (the "Byers Plaintiffs"), support the Joint Motion for Status Conference [ECF No. 1142] and file this response so the Court knows their interest before it sets a conference. They request no relief.

1. *Byers* is a direct action. Its twenty plaintiffs sue as direct claimants, not as class representatives or class members, and assert claims against Fenwick & West LLP, six of its current and former partners individually, and John Does 1–10. The Panel transferred the action to this Court on August 6, 2026. Transfer Order, MDL No. 3076 (J.P.M.L.), ECF No. 317. The Court stayed it on August 11, 2026, and its claims proceed on this docket. Order, No. 1:26-cv-25359-KMM (S.D. Fla.), ECF No. 15.

2. Fenwick & West LLP is a proposed Settling Defendant under the Motion for Preliminary Approval of Second Tranche of Settlements [ECF No. 1106] and a Movant here. The individual *Byers* defendants are not proposed Settling Defendants. The scope of any release or bar order therefore bears directly on the Byers Plaintiffs.

3. Counsel for the Byers Plaintiffs will attend any conference the Court sets. Before it, counsel will confer with Co-Lead Counsel and counsel for Fenwick & West LLP so that any

question regarding scope reaches the Court narrowed or agreed, and will address it only if the Court asks.

4. The Byers Plaintiffs take no position on ECF No. 1106 and reserve all rights with respect to it, including the rights to object and to seek exclusion. Nothing here concedes membership in any proposed class.

Dated: September 22, 2026, Respectfully submitted,

By: */s/ Anthony Wayne Hood, II*
Anthony Wayne Hood, II
D.C. Bar No. 187551
**INFINITE ESTATE PLANNING, LLC**
2525 Elvans Road SE
Washington, DC 20020
Tel: (202) 978-0505
wayne@infiniteestateplanning.com

*Counsel for the Byers Plaintiffs*
*No. 1:26-cv-25359-KMM*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on September 23, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Anthony Wayne Hood, II***
Anthony Wayne Hood, II