**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MDL NO. 3076**
**CASE NO. 1:23-md-03076-KMM**

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

*This Document Relates To:*

*Byers, et al. v. Fenwick & West LLP, et al.*
transferred from D.D.C. No. 1:26-cv-01651-RJL

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS**

THIS CAUSE came before the Court upon Plaintiffs' Motion for an Extension of Time to Effect Service of Process Under Federal Rule of Civil Procedure 4(m) (the "Motion"). The Court has considered the Motion, the Declaration of Anthony Wayne Hood II and the exhibits thereto, the Declaration of Edward E. Lehman, the pertinent portions of the record, and is otherwise fully advised in the premises.

The Court finds that good cause exists for the extension requested and that, in any event, the circumstances of this action warrant an extension of the time for service. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. The time within which Plaintiffs in the Byers action must effect service of process upon each Defendant is EXTENDED to and including October 13, 2026.

3. Plaintiffs shall file proof of service as to each Defendant within seven (7) days of service upon that Defendant.

4. Any motion for leave to amend to name the Defendant pleaded as John Doe No. 1 shall be filed on or before October 11, 2026.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of ____________, 2026.

________________________________
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record