**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MDL NO. 3076**
**CASE NO. 1:23-md-03076-KMM**

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

---

*This Document Relates To:*
*Byers, et al. v. Fenwick & West LLP, et al.*
transferred from D.D.C. No. 1:26-cv-01651-RJL

---

# EXHIBIT B

to the Declaration of Edward E. Lehman

## CONFERRAL UNDER LOCAL RULE 7.1(a)(3)

Electronic mail of August 10, 2026

*One item.*

## NOTE ON THE TIME OF TRANSMISSION

The header of the message reproduced below bears the time 04:05:44 on August 11, 2026, GMT+8. That is the local time at the office of counsel for Plaintiffs in Hong Kong. The corresponding times elsewhere are:

4:05 p.m. Eastern Daylight Time, Monday, August 10, 2026

1:05 p.m. Pacific Daylight Time, Monday, August 10, 2026

Counsel for Fenwick & West LLP is in Palo Alto, California. The message was therefore transmitted during business hours at the office of the recipient.

---

| ITEM 1 | August 11, 2026, 4:05:44 a.m. GMT+8 (August 10, 2026, 4:05 p.m. Eastern) |
|---|---|
| **From** | Edward E. Lehman <elehman@lehmanlaw.com> |
| **To** | Wesley Sze <WSze@gibsondunn.com> |
| **Cc** | Kevin S. Rosen <KRosen@gibsondunn.com>; Nancy Hart <NHart@gibsondunn.com>; Wayne Hood <Wayne@infiniteestateplanning.com>; Lene Ma <lma@lehmanlaw.com>; Michael Holecek <MHolecek@gibsondunn.com> |
| **Subject** | Byers v. Fenwick & West — MDL 3076 — name a time to confer |

Hi Mr. Sze,

The case reached this court August 7. The service period expires August 11. The notice is short. In June I said I would give you more.

You have not appeared. I do not know whether Gibson Dunn represents each Defendant. There is no one else to ask.

Three questions. Will Gibson Dunn accept service, and for whom. Will the Defendants waive under Rule 4(d); if so, forms follow separately. Does Fenwick oppose an extension of the service period to October 13.

Name the time and I will be there, any hour, today or tomorrow. Wayne will be there.

If you want the notice, take it. We file before the period expires. Your position follows and you waive nothing.

Sincerely,

Edward Lehman

LEHMAN, LEE & XU

T: +(86)(10) 8532-1919 M: +(86)13511020522 F: +(86)(10) 8532-1999

elehman@lehmanlaw.com | www.lehmanlaw.com