AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Kent Byers; Hyeon-Ki Min; Jong-Won Park; Tae-Ho Kim
Hyun-Soo Lee; Chin-Kwang Kang; Jung-Soo Kim;
Sooyong Kwon; Seokhee Won; Seyeon Chang;
Kyoung-Jai Choi; Wonjae Lee; Ji-Yeon Kim;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby; Andrew T. Albertson
Richard L. Dickson; Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Fenwick & West LLP
c/o Richard L. Dickson, Firmwide Chair
801 California Street
Mountain View, California 94041

[Individual defendants — see separate summonses]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning
Washington, D.C. | Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | 1 Matheson Street
Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01651

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Kent Byers; Hyeon-Ki Min; Jong-Won Park;
Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;
Jung-Soo Kim; Sooyong Kwon; Seokhee Won;
Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby;
Andrew T. Albertson; Richard L. Dickson;
Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tyler Newby, Esq.
Privacy/Cybersecurity Partner
Fenwick & West LLP
801 California Street
Mountain View, California 94041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01651

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Kent Byers; Hyeon-Ki Min; Jong-Won Park;
Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;
Jung-Soo Kim; Sooyong Kwon; Seokhee Won;
Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby;
Andrew T. Albertson; Richard L. Dickson;
Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew T. Albertson, Esq.
Corporate Partner
Fenwick & West LLP
801 California Street
Mountain View, California 94041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01651

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Kent Byers; Hyeon-Ki Min; Jong-Won Park;
Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;
Jung-Soo Kim; Sooyong Kwon; Seokhee Won;
Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby;
Andrew T. Albertson; Richard L. Dickson;
Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Richard L. Dickson, Esq.
Firmwide Chair
Fenwick & West LLP
801 California Street
Mountain View, California 94041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01651

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Case 1:26-cv-01651-RJL Document 1-5 Filed 05/14/26 Page 9 of 16

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Kent Byers; Hyeon-Ki Min; Jong-Won Park;
Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;
Jung-Soo Kim; Sooyong Kwon; Seokhee Won;
Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby;
Andrew T. Albertson; Richard L. Dickson;
Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rodger R. Cole, Esq.
Former Managing Partner (Retired)
Fenwick & West LLP
801 California Street
Mountain View, California 94041

[Personal address to be confirmed — former partner, now retired]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01651

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Kent Byers; Hyeon-Ki Min; Jong-Won Park;
Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;
Jung-Soo Kim; Sooyong Kwon; Seokhee Won;
Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby;
Andrew T. Albertson; Richard L. Dickson;
Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Noah Rosenthal, Esq.
Conflicts Attorney
Fenwick & West LLP
801 California Street
Mountain View, California 94041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01651

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because __________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Kent Byers; Hyeon-Ki Min; Jong-Won Park;<br>Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;<br>Jung-Soo Kim; Sooyong Kwon; Seokhee Won;<br>Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-01651 |
| Fenwick & West LLP; Tyler Newby;<br>Andrew T. Albertson; Richard L. Dickson;<br>Rodger R. Cole; Thomas Ensign;<br>Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Daniel Friedberg, Esq.
Fmr. Fenwick Crypto Practice Chair / Fmr. FTX Chief Regulatory Officer
Fenwick & West LLP
801 California Street
Mountain View, California 94041

[Personal/current address to be confirmed — former partner]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01651

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

District of

Kent Byers; Hyeon-Ki Min; Jong-Won Park;
Tae-Ho Kim; Hyun-Soo Lee; Chin-Kwang Kang;
Jung-Soo Kim; Sooyong Kwon; Seokhee Won;
Seyeon Chang; Kyoung-Jai Choi; Wonjae Lee;

*Plaintiff(s)*

v.

Fenwick & West LLP; Tyler Newby;
Andrew T. Albertson; Richard L. Dickson;
Rodger R. Cole; Thomas Ensign;
Noah Rosenthal; John Doe No. 1 (Daniel Friedberg)

*Defendant(s)*

Civil Action No. 1:26-cv-01651

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Thomas Ensign, Esq.
D.C. Founding Partner
Fenwick & West LLP
1050 Connecticut Avenue NW, Suite 600
Washington, D.C. 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wayne Hood, Esq. (DC Bar No. 187551)
Infinite Estate Planning | Washington, D.C.
Tel: (202) 978-0505

Edward E. Lehman, Esq. (PHV)
Lehman, Lee & Xu | Causeway Bay, Hong Kong

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: May 14, 2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01651

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: