**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

---

This document relates to:
*Alistair, et al. v. Decker, et al.*,
No. 1:26-cv-25378-KMM

*Lucky D, et al. v. Prager Metis LLP, et al.*,
No. 1:23-cv-23871-KMM

_______________________________________________/

**ALISTAIR AND LUCKY D PLAINTIFFS' RESPONSE IN SUPPORT OF JOINT MOTION FOR STATUS CONFERENCE [ECF NO. 1142] AND REQUEST FOR DECISION ON PENDING MOTIONS [ECF NOS. 1022 AND 1062]**

The plaintiffs in the two actions identified above (the "Alistair and Lucky D Plaintiffs") support the Joint Motion for Status Conference [ECF No. 1142]. They ask the Court to decide the *Lucky D* plaintiffs' motion to intervene [ECF No. 1022] and motion for leave to amend [ECF No. 1062] before or at that conference.

1. Neither action is a class action. Each plaintiff sues as a direct claimant. *Lucky D* was filed in the District of New Jersey in January 2023 against Prager Metis and others and was transferred to this Court on October 11, 2023. Transfer Order, MDL No. 3076 (J.P.M.L.), Dkt. 42. *Alistair* was filed in the District of New Jersey against Decker and other individually named defendants and was transferred to this Court on August 6, 2026. Transfer Order, MDL No. 3076 (J.P.M.L.), ECF No. 317.

2. The *Lucky D* plaintiffs moved to intervene on November 21, 2025 [ECF No. 1022]. Briefing closed on January 22, 2026. They moved for leave to amend on February 5, 2026 [ECF No. 1062]. They asked the Court to expedite decision on February 23, 2026 [ECF No. 1066] and renewed that request on April 10, 2026 [ECF No. 1081] and on May 20 and 21, 2026 [ECF Nos. 1103, 1105]. Neither motion has been heard. Neither has been decided. The Joint Motion asks for a

conference concerning ECF No. 1106 "and the continued progress of this MDL." ECF No. 1142 at 1. The pending motions are within that subject.

3. Prager Metis CPAs, LLC is a proposed Settling Defendant under the Motion for Preliminary Approval of Second Tranche of Settlements [ECF No. 1106] and a Movant here. The *Alistair* defendants are not. The scope of any release or bar order bears directly on the Alistair and Lucky D Plaintiffs.

4. Counsel will attend any conference the Court sets, will confer with Co-Lead Counsel and counsel for Prager Metis CPAs, LLC before it, and will address these subjects if the Court asks.

5. The Alistair and Lucky D Plaintiffs reserve all rights with respect to ECF No. 1106, including the rights to object, to seek exclusion, and to contest any release or bar order. Nothing here concedes membership in any proposed class.

Dated: September 23, 2026, Respectfully submitted,

By: */s/ Anthony Scordo*
Anthony Scordo, Esq.
N.J. Attorney ID 024591987
**THE LAW OFFICE OF ANTHONY SCORDO, ESQ., P.C.**
69 E. Allendale Road
Saddle River, NJ 07458
Tel: (973) 837-1861
anthonyscordo@msn.com

*Counsel for the Alistair and Lucky D Plaintiffs*
*Nos. 1:26-cv-25378-KMM; 1:23-cv-23871-KMM*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on September 23, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Anthony Scordo***
Anthony Scordo