**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

**FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION**

*This Document Relates To:*

*Lucky D, et al. v. Prager Metis LLP, et al.*
No. 1:23-cv-23871-KMM

*Alistair, et al. v. Decker, et al.*
No. 1:26-cv-25378-KMM

*Byers, et al. v. Fenwick & West LLP, et al.*
No. 1:26-cv-25359-KMM

______________________________________/

MDL No. 3076

Case No. 1:23-md-03076-KMM

FILED BY JA D.C.
Sep 24, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Edward E. Lehman, the undersigned, do hereby certify that:

1. I am a member in good standing of the bar of the Supreme Court of Illinois.
2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.
3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.
4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.
5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable K. Michael Moore and that any such misuse may result in the revocation of the privilege to electronically file.
6. I understand and agree that the Honorable K. Michael Moore, without further notice, may revoke my electronic filing privilege anytime during the pendency of this action if the privilege is being used in an improper manner.

Name: Edward E. Lehman

State Bar Number: Illinois ARDC No. 6194489

Firm Name: Lehman, Lee & Xu

Mailing Address: Suite 3313, Tower One, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong SAR

Telephone Number: +852 3588-2188

Email Address: elehman@lehmanlaw.com

Attorney Signature: ______________________ Date: September 21, 2026