**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 1:23-md-3076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

This Document Relates to:

KENT BYERS, ERROL ALISTAIR, JUNHAO, LUCKY D., JONG R.D., S. ROBERTS, J. BELL, MOREBET LIMITED, L. ZHAO, KHOO WING, P. DEVIN, LOODS B.V., S. JAMES, YANG HOW, K. DAVID, EDWARD JOHNS, NICKLE LEE, S. JONG, DRAKE HK, and JUSTIN BERK,

Plaintiffs,

v.

FENWICK & WEST LLP, a California limited liability partnership, TYLER NEWBY, an individual, ANDREW T. ALBERTSON, an individual, RICHARD L. DICKSON, an individual, RODGER R. COLE, an individual, THOMAS ENSIGN, an individual, NOAH ROSENTHAL, an individual, and JOHN DOES 1-10,

Defendants.

Case No. 1:26-cv-25359-KMM

**DEFENDANTS' RESPONSE TO THE *BYERS* PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME THEIR MOTION FOR LEAVE TO EFFECT SERVICE OF PROCESS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

Pursuant to the Court's Paperless Order Requiring Expedited Briefing (Dkt. 1152), Defendants Fenwick & West LLP, Tyler Newby, Andrew T. Albertson, Richard L. Dickson, Rodger R. Cole, Thomas Ensign, and Noah Rosenthal respectfully submit this response to the

*Byers* Plaintiffs' Motion for Leave to File Out of Time Their Motion for Leave to Effect Service of Process (Dkt. 1149) (the "Motion for Leave").

Defendants take no position as to the *Byers* Plaintiffs' single request for leave to file a motion to extend their time to serve Defendants under Rule 4(m). However, if the Court grants the Motion for Leave to file a Rule 4(m) motion, Defendants request that briefing and consideration of any such Rule 4(m) motion be stayed along with the rest of this action. Upon ordering that this action be consolidated into the MDL, the Judicial Panel on Multidistrict Litigation recognized that the *Byers* Plaintiffs "are members of the proposed class in the MDL." *In re FTX Cryptocurrency Exch. Collapse Litig.*, MDL No. 3076 (J.P.M.L. Aug. 6, 2026), Dkt. 317, at 3. Upon transfer into the MDL, this Court subsequently stayed this action in the "interests of judicial economy." *Byers et al. v. Fenwick & West LLP et al.*, No. 1:26-cv-25359 (S.D. Fla. Aug. 11, 2026), Dkt. 15. Accordingly, a Rule 4(m) motion should also be held in abeyance while the Court adjudicates the pending Motion for Preliminary Approval and remain held in abeyance unless and until the Court lifts the stay in this action.

By submitting this response, Defendants do not waive, and Defendants expressly reserve, all rights, objections, and defenses in this action, including with respect to service of process and jurisdiction. Defendants do not agree that proper service of process has been made upon any Defendant and reserve all rights, including to seek dismissal under Rule 4(m) if appropriate. Nothing in this response constitutes a submission to the jurisdiction of this Court, or a waiver of any defense or objection to this action. *See* Dkt. 1138 (reserving rights when filing notice of appearance).

Date: September 29, 2026

Respectfully submitted,

*/s/ Michael J. Holecek*
Michael J. Holecek
Florida Bar No.: 1035950
mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7635
Fax: (213) 229-6635

*Counsel for Defendants Fenwick & West LLP, Tyler Newby, Andrew T. Albertson, Richard L. Dickson, Rodger R. Cole, Thomas Ensign, and Noah Rosenthal*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Michael J. Holecek*
Michael J. Holecek