**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

This document relates to:
ALL ACTIONS
/

**CLASS PLAINTIFFS' RESPONSE TO SEPTEMBER 23, 2026, FILINGS BY THE BYERS PLAINTIFFS [ECF Nos. 1148 & 1149], AND ALISTAR AND LUCKY D PLAINTIFFS [ECF No. 1150]**

Class Plaintiffs respectfully submit this response to the filings submitted by the "Byers Plaintiffs" (ECF Nos. 1148 & 1149) and "Lucky D Plaintiffs" (ECF No. 1150) on September 23, 2026.

The Byers Plaintiffs filed a "Response in Support of Joint Motion for Status Conference" that expressly "request[s] no relief." ECF No. 1148 at 1. They likewise "take no position" on the Motion for Preliminary Approval of Second Tranche of Settlements (ECF No. 1106, the "Preliminary Approval Motion"), while reserving their asserted rights with respect to it. *Id.* at 2. The Byers Plaintiffs also acknowledge that the Court stayed their action on August 11, 2026, and state that their counsel will attend any conference the Court sets. *Id.* at 1–2. Class Plaintiffs have no objection to counsel for the Byers Plaintiffs attending any status conference the Court sets concerning the Preliminary Approval Motion.

The Byers Plaintiffs separately filed a Motion for Leave to File Out of Time their Motion for Leave to Effect Service of Process under Federal Rule of Civil Procedure 4(m). ECF No. 1149. As the Fenwick Defendants explained in their September 29, 2026 response, however, the Byers

action remains stayed "in the interests of judicial economy." ECF No. 1153 at 2 (citing *Byers et al. v. Fenwick & West LLP et al.*, No. 1:26-cv-25359, ECF No. 15 (S.D. Fla. Aug. 11, 2026)). The Fenwick Defendants therefore request that, even if leave is granted, briefing and consideration of any Rule 4(m) motion remain stayed while the Court adjudicates the pending Preliminary Approval Motion and unless and until the Court lifts the stay in the Byers action. *Id.* Class Plaintiffs agree that the existing stay should remain in place and that proceedings concerning the Byers Plaintiffs' individual action should not affect or delay the Court's consideration of the pending settlements.

The Alistair and Lucky D Plaintiffs separately filed a Response in Support of the Joint Motion for Status Conference (ECF No. 1142) and request that the Court decide the Lucky D Plaintiffs' Motion to Intervene (ECF No. 1022) and Motion for Leave to Amend (ECF No. 1062) before or at the requested status conference. ECF No. 1150. Those motions have already been fully briefed. Class Plaintiffs respectfully refer the Court to their Oppositions at ECF Nos. 1025 and 1065, respectively, and continue to oppose the relief requested in those motions. The Alistair and Lucky D Plaintiffs also state that their counsel will attend any conference the Court sets and will address those subjects if the Court asks. ECF No. 1150 at 2.

Class Plaintiffs reiterate the narrow relief requested in the Joint Motion for Status Conference: that the Court schedule a brief status conference, by Zoom or in person, concerning the pending Motion for Preliminary Approval of Second Tranche of Settlements. *See* ECF Nos. 1142, 1106. Class Plaintiffs have no objection to counsel for the Byers, Alistair, and Lucky D Plaintiffs attending that conference should the Court permit or direct them to do so. But the requested conference should remain focused on the pending Preliminary Approval Motion and the continued progress of the MDL, and should not be used to litigate matters that are presently stayed or to relitigate motions that have already been fully briefed.

Dated: September 30, 2026

Respectfully submitted,

**By: _/s/ Adam Moskowitz_**
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

***Co-Lead MDL Counsel***

**By: _/s/ David Boies_**
David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

***Co-Lead MDL Counsel***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was filed on September 30, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Adam Moskowitz***
Adam Moskowitz