**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-KMM**

IN RE:

FTX CRUPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

**MOTION TO WITHDRAW JOON H. KIM AS COUNSEL AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE**

Paul C. Huck, Jr. hereby moves this Court for an order permitting Joon H. Kim to withdraw as counsel of record for Sequoia Capital Operations, LLC ("Sequoia") and to remove Mr. Kim from the distribution of CM/ECF electronic notifications in this matter. As of September 30, 2026, Mr. Kim is no longer affiliated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"). Jennifer Kennedy Park and Rishi N. Zutshi of Cleary Gottlieb and Paul C. Huck, Jr. of Lawson Huck Gonzalez PLLC ("Lawson Huck") have also appeared for Sequoia in this case and will remain as counsel of record. Accordingly, no delay or prejudice to any party will result from Mr. Kim's withdrawal. Copies of all documents and pleadings should continue to be served on remaining counsel of record from Cleary Gottlieb and Lawson Huck.

Pursuant to Local Rule 11.1(d)(3), notice has been served on Sequoia and all counsel of record by service of this motion. Further, the current mailing address for Sequoia's remaining counsel is listed in the signature block below.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Paul C. Huck, Jr.*

Paul C. Huck, Jr.
Florida Bar No. 968358
**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue

Coral Gables, Florida 33134
Telephone: (850) 825-4334
paul@lawsonhuckgonzalez.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park
Admitted *pro hac vice*
151 University Avenue
Palo Alto, California 94301
Telephone: (650) 815-4130
jkpark@cgsh.com

Rishi N. Zutshi
Admitted *pro hac vice*
One Liberty Plaza
New York, New York 10006
Telephone: (212)-225-2950
rzutshi@cgsh.com

*Counsel for Defendant Sequoia Capital Operations LLC*