**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-md-03076-KMM**

IN RE:

FTX CRUPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

**THIS CAUSE** comes before the Court on the Motion to Withdraw Joon H. Kim as Counsel and request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is hereby

**ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**. Accordingly, Joon H. Kim is hereby withdrawn as counsel for Defendant, Sequoia Capital Operations, LLC. The Clerk shall terminate Joon H. Kim as counsel for Defendant, Sequoia Capital Operations, LLC and shall discontinue CM/ECF notice to him in this action.

**DONE and ORDERED** in Chambers at Miami, Florida, this __ day of October, 2026.

______________________________

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE