**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
MDL No. 3076
Case No. 1:23-md-03076-KMM

**IN RE:**
**FTX Cryptocurrency Exchange Collapse Litigation**

---

This document relates to:
*Byers, et al. v. Fenwick & West LLP, et al.,*
No. 1:26-cv-25359-KMM

_______________________________________________/

**BYERS PLAINTIFFS' PLAINTIFFS' REPLY IN SUPPORT OF IT'S MOTION FOR AN EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS [ECF NO. 1149]**

Byers Plaintiff's respectfully submit this limited Reply in support of Its Motion to which Responses were filed by both the Class Plaintiff's, submitted on September 30, 2026, and the Defendant's, submitted on September 29, 2026.

Both Responses take no position on the sole relief presently requested by Byers Plaintiffs—leave to file a motion seeking an extension of time to effect service under Federal Rule of Civil Procedure 4(m). Byers Plaintiffs therefore respectfully submit that there is no dispute presently requiring resolution with respect to whether Plaintiffs should be permitted to file the Rule 4(m) motion.

Both Responses request, however, that if leave is granted, briefing and consideration of the Rule 4(m) motion be stayed together with the remainder of this action while the Court considers the pending Motion for Preliminary Approval. Plaintiffs agree with that proposed procedure.

Byers Plaintiffs do not ask the Court to disturb that stay or to adjudicate the merits of the Rule 4(m) issue while the stay remains in effect. Rather, Byers Plaintiffs seek only leave to place their Rule 4(m) motion properly before this Court so that the issue is preserved. Byers Plaintiffs agree that, once filed, the Rule 4(m) motion may remain held in abeyance unless and until this Court determines that further proceedings in the *Byers* action are appropriate.

Accordingly, Byers Plaintiffs respectfully request that the Court:

1. GRANT Byers Plaintiffs' Motion for Leave to file their motion for an extension of time under Rule 4(m);
2. permit Byers Plaintiffs to file the Rule 4(m) motion on the docket; and
3. direct that the Rule 4(m) motion be held in abeyance, without further briefing or adjudication, while the stay of this action remains in effect, unless otherwise ordered by the Court

Dated: October 5, 2026,

Respectfully submitted,

By: <u>*/s/ Anthony Wayne Hood, II*</u>
Anthony Wayne Hood, II
D.C. Bar No. 187551
**INFINITE ESTATE PLANNING, LLC**
2525 Elvans Road SE
Washington, DC 20020
Tel: (202) 978-0505
wayne@infiniteestateplanning.com

*Counsel for the Byers Plaintiffs*
*No. 1:26-cv-25359-KMM*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on October 5, 2026, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Anthony Wayne Hood, II***
Anthony Wayne Hood, II