UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

MDL NO. 3076
CASE NO. 1:23-md-03076-KMM

______________________________________/

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to S.D. Fla. Local Rule 11.1(g), PLEASE TAKE NOTICE that the contact information for attorney Brooke A. Alexander has changed, effective as of October 12, 2026. Please update Brooke A. Alexander's information on this matter and direct all future pleadings and correspondence as follows:

Brooke A. Alexander
Boies Schiller Flexner LLP
1 North Lexington Avenue, 17th Floor
White Plains, NY 10601
Email: balexander@BSFLLP.com
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Please update all records and service lists.

Dated: October 12, 2026

Respectfully submitted,

By: */s/ Brooke A. Alexander*
Brooke A. Alexander
BOIES SCHILLER FLEXNER LLP
1 North Lexington Avenue, 17th Floor
White Plains, NY 10601
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
Email: balexander@BSFLLP.com

*Firm of Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: *<u>/s/ Brooke A. Alexander</u>*
Brooke A. Alexander