**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MDL NO. 3076**
**CASE NO. 1:23-md-03076-KMM**

IN RE: FTX CRYPTOCURRENCY EXCHANGE
COLLAPSE LITIGATION

---

*This Document Relates To:*

*Byers, et al. v. Fenwick & West LLP, et al.*
transferred from D.D.C. No. 1:26-cv-01651-RJL

---

**DECLARATION OF ANTHONY WAYNE HOOD II IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS**

I, Anthony Wayne Hood II, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am a member of the Bar of the District of Columbia, Bar No. 187551, and of the Bar of the United States District Court for the District of Columbia, admitted December 2, 2024. I was counsel of record for Plaintiffs in the transferor court and continue to represent them. I make this declaration from my own knowledge and from the records of my firm, which are kept in the ordinary course. If called, I could testify competently to each fact stated.

2. Plaintiffs filed the Complaint on May 13, 2026 in the United States District Court for the District of Columbia, No. 1:26-cv-01651-RJL.

3. The Clerk of that court issued summonses as to each of the seven named Defendants on May 14, 2026. True and correct copies are attached as it A.

4. The Complaint contained a Service of Process Address Schedule. It identified Fenwick & West LLP as a California limited liability partnership to be served at 801 California Street, Mountain View, California, and it listed each individual Defendant at that same address. As to

two individual Defendants the Schedule stated that a residential address remained to be confirmed.

5. On May 14, 2026 Wesley Sze of Gibson, Dunn & Crutcher LLP filed with the Judicial Panel on Multidistrict Litigation a Notice of Tag-Along Action identifying this case, together with the docket and the Complaint. That filing was made one day after the Complaint was filed.

6. The following paragraphs set out the steps taken to effect service, in sequence.

7. On July 29, 2026, I determined that the address information in the Service of Process Address Schedule was inaccurate as to Fenwick & West LLP and as to one or more individual Defendants. Beginning on that date, and continuing until the exercise was complete, I caused each Defendant's identity and current service address to be checked against public records. The sources consulted were the records of the California Secretary of State, the online attorney registry of the State Bar of California, the records of the Washington State Bar Association, and the records of the District of Columbia Bar.

8. That exercise established the following addresses, at which service is now being effected.

(a) Fenwick & West LLP, through its registered agent, Corporation Service Company d/b/a Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833.

(b) Tyler Griffin Newby, One Front Street, 33rd Floor, San Francisco, California 94111.

(c) Noah Samuel Rosenthal, One Front Street, 33rd Floor, San Francisco, California 94111.

(d) Richard Lloyd Dickson, 801 California Street, Mountain View, California. This address is unchanged from the Schedule.

(e) Andrew T. Albertson, 401 Union Street, Floor 5, Seattle, Washington 98101-2668. The Schedule had identified this Defendant as located in California.

(f) Rodger Ryan Cole, 2 Wild Turkey Run, Carmel, California 93923-7710, a residential address in Monterey County. This Defendant is no longer in active practice.

(g) Thomas B. Ensign, 733 10th Street NW, Floor 4, Washington, DC 20005-3960. The Complaint had identified this Defendant as Thomas J. Ensign.

9. The checks described in paragraphs 7 and 8 were completed on August 4, 2026.

10. Defendant Albertson practices in Washington State. Based on my review of Washington law, substituted service upon an individual at a business address is not available there, and personal service is the only method by which he may be served.

11. One Defendant is pleaded as John Doe No. 1. He was pleaded in that form because his identity was not established when the Complaint was filed. No amendment naming him has been made. He cannot be served until he is named. Plaintiffs will move under Rule 15 to name him on or before September 11, 2026.

12. On August 7, 2026 process servers were retained and instructed in Monterey County and San Francisco, California; in Seattle, Washington; and in the District of Columbia. Each was instructed to attempt service without delay, to attempt service on Saturdays and Sundays where a residential address is involved, and to report the result of each attempt the same day.

13. As of the date of this declaration, service has been effected as follows:

Fenwick & West LLP on August 7, 2026; Tyler Newby on August 10, 2026; Richard L. Dickson on August 10, 2026; Noah Rosenthal on August 7, 2026; No other Defendant has been served to date. No Defendant has entered an appearance.

14. On August 6, 2026 the Judicial Panel on Multidistrict Litigation entered an order transferring this action to this Court. On August 7, 2026 at 10:29 a.m. Eastern Time a certified copy of that order was docketed in the transferor court, and at 10:32 a.m. Eastern Time the transferor court transferred the case out and closed it.

15. Plaintiffs seek an extension to and including October 13, 2026 to complete service on all Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, at Washington, District of Columbia.

**Anthony Wayne Hood II**
D.C. Bar No. 187551