**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MDL No. 3076
Case No: 1:23-md-03076-KMM

IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION

This Document Relates To All Cases

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

PLEASE TAKE NOTICE that Mikal Davis-West, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby withdraws as counsel in the above-captioned action for Defendant Paradigm Operations LP. Mikal Davis-West will be on a secondment outside of Skadden, Arps, Slate, Meagher & Flom LLP for at least six months, and, as a result, will not represent Defendant Paradigm Operations LP during that time. Defendant Paradigm Operations LP will continue to be represented by the remaining counsel of record from Skadden, Arps, Slate, Meagher & Flom LLP.

Dated: October 27, 2026
New York, NY

*/s/ Mikal Davis-West*

Mikal Davis-West
NY Bar No.: 5685482
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
mikal.davis-west@skadden.com

*Counsel for Defendant Paradigm Operations LP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Mikal Davis-West*
Mikal Davis-West