**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective immediately, the mailing address of Nina Kovalenko, Brad Karp, and Staci Yablon, with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, has changed. The new address is as follows:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105

Ms. Kovalenko, Mr. Karp, and Ms. Yablon respectfully request that the service lists for this matter be updated as necessary. All other contact information remains the same.

Dated: November 16, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Nina M. Kovalenko*

Nina M. Kovalenko
Staci Yablon
Brad S. Karp
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Email: nkovalenko@paulweiss.com
bkarp@paulweiss.com
syablon@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd., Temasek International (USA) LLC, Temasek International Pte. Ltd., Blakiston Investments Pte. Ltd., and Artz Fund Investments Pte. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

*/s/ Nina M. Kovalenko*
Nina M. Kovalenko