**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective immediately, the mailing address of Brad Karp with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, has changed. The new address is as follows:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105

Mr. Karp respectfully requests that the service lists for this matter be updated as necessary. All other contact information remains the same.

Dated: November 18, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Brad S. Karp*
Brad S. Karp
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bkarp@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd., Temasek International (USA) LLC, Temasek International Pte. Ltd., Blakiston Investments Pte. Ltd., and Artz Fund Investments Pte. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

*/s/ Brad S. Karp*
Brad S. Karp