**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | Case No. 1:23-md-03076-KMM |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective immediately, the mailing address of Staci Yablon with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, has changed. The new address is as follows:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105

Ms. Yablon respectfully requests that the service lists for this matter be updated as necessary. All other contact information remains the same.

Dated: November 20, 2026

Respectfully submitted,

**FRIDMAN FELS & SOTO, PLLC**

*/s/Adam S. Fels*
Adam S. Fels (Fla. Bar No. 0114917)
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Telephone: (305) 569-7701
Email: afels@ffslawfirm.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*<u>/s/ Staci Yablon</u>*
Staci Yablon
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: syablon@paulweiss.com

*Counsel for Defendants Temasek Holdings (Private) Ltd., Temasek International (USA) LLC, Temasek International Pte. Ltd., Blakiston Investments Pte. Ltd., and Artz Fund Investments Pte. Ltd.*