**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-md-03076-KMM

IN RE:

FTX CRYPTOCURRENCY EXCHANGE

COLLAPSE LITIGATION

_______________________________________/

THIS DOCUMENT RELATES TO:

*Lucky D v. Prager Metis LLP*,

No. 1:23-cv-23871-KMM

**LUCKY D PLAINTIFFS' NOTICE OF APPEAL**

The Lucky D Plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered on October 29, 2026 (ECF No. 1166). The Order denied their motions to intervene (ECF Nos. 1020–22, 1030). The appeal is from the whole Order, including the denial of intervention of right under Fed. R. Civ. P. 24(a)(2) and the denial of permissive intervention under Fed. R. Civ. P. 24(b).

The Lucky D Plaintiffs are the twenty plaintiffs in *Lucky D v. Prager Metis LLP*, No. 1:23-cv-23871-KMM, whom the Order identifies as the movants: (1) Lucky D.; (2) Jong R.D.; (3) How Yuan; (4) S. Roberts; (5) B. Ken; (6) J. Bell; (7) MoreBet, Limited; (8) L. Zhao; (9) Khoo Wing; (10) P. Devin; (11) Sunli; (12) Loods B.V.; (13) S. James; (14) Yang How; (15) K. David; (16) Edward Johns; (17) Nickle Lee; (18) S. Jong; (19) Drake HK; and (20) Justin Berk. ECF No. 1166 at 1 n.2. Each of them appeals.

Dated: November [FACT], 2026

Respectfully submitted,

/s/ Anthony Scordo III

Anthony Scordo III
N.J. Attorney ID No. 024591987
anthonyscordo@msn.com
The Law Office of Anthony Scordo, Esq., P.C.
69 E. Allendale Road
Saddle River, NJ 07458
Telephone: (973) 837-1861
Attorneys for the Lucky D Plaintiffs

Edward E. Lehman
Illinois ARDC No. 6194489
elehman@lehmanlaw.com
Lehman, Lee & Xu
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay
Hong Kong SAR
Telephone: +852 3588-2188
Attorneys for the Lucky D Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on November [FACT], 2026, I filed this notice through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Anthony Scordo III